```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE J04-0029--CV (JKS)
            "ORGANIZED VILLAGE OF KAKE ET AL V U.S. FOREST"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/05/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters
                    5 USC 702
            Origin: (1) Original Proceeding
            Demand: 99999
        Filing fee: Paid $150.00 on 11/05/04 receipt # 10096851
          Trial by:
```

Parties of Record:                                Counsel of Record:

```
PLF 1.1            ORGANIZED VILLAGE OF KAKE       Thomas S. Waldo
                                                   Earthjustice
                                                   325 4th Street
                                                   Juneau, AK 99801
                                                   907-586-2751

PLF 2.1            SOUTHEAST ALASKA CONSERVATION   Thomas S. Waldo
                   COUNCIL                         (see above)

PLF 3.1            NATURAL RESOURCES DEFENSE COUNCIL  Thomas S. Waldo
                                                   (see above)

PLF 4.1            SIERRA CLUB                     Thomas S. Waldo
                                                   (see above)

PLF 5.1            WILDERNESS SOCIETY, THE         Thomas S. Waldo
                                                   (see above)

PLF 6.1            CENTER FOR BIOLOGICAL DIVERSITY Thomas S. Waldo
                                                   (see above)

DEF 1.1            U.S. FOREST SERVICE             Bruce M. Landon
                                                   U.S. Department of Justice
                                                   801 B Street, Suite 504
                                                   Anchorage, AK 99501-3657
                                                   907-271-5452

DEF 2.1            U.S. DEPT OF AGRICULTURE        Bruce M. Landon
                                                   (see above)

DEF 3.1            REY, MARK                       Bruce M. Landon
                                                   (see above)
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE J04-0029--CV (JKS)
"ORGANIZED VILLAGE OF KAKE ET AL V U.S. FOREST"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 4.1 | BSCHOR, DENNIS E. | Bruce M. Landon (see above) |
| DEF 5.1 | COLE, FORREST | Bruce M. Landon (see above) |
| DII 1.1 | ALASKA FOREST ASSOC | Steven W. Silver<br>Robertson Monagle et al<br>2300 Clarendon Blvd, #1010<br>Arlington, VA 22201<br>703-527-4414 |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE J04-0029--CV (JKS)
                   "ORGANIZED VILLAGE OF KAKE ET AL V U.S. FOREST"

                                 For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 11/05/04
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (893) Environmental Matters
                    5 USC 702
             Origin: (1) Original Proceeding
             Demand: 99999
         Filing fee: Paid $150.00 on 11/05/04 receipt # 10096851
           Trial by:
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 11/05/04 | Complaint filed; Summons issued. |
| 2 - | 1 | 11/12/04 | PLF 1-6 Notice of related cases. |
| 3 - | 1 | 12/08/04 | RRB Minute Order that by agreement of the judges this case is reassigned to Judge Singleton for all further proceedings. Use case number J04-0029 CV (JKS) on all future filings. cc: cnsl, Judge Singleton |
| 4 - | 1 | 12/23/04 | DEF 1-5 motion for leave to file administrative record in electrionic form. |
| 4 - | 2 | 12/29/04 | JKS Order granting motion for leave to file administrative record in electronic form (4-1). cc: cnsl |
| 5 - | 1 | 01/03/05 | DEF 1-5 Attorney Appearance of B. Landon (AUSA). |
| 6 - | 1 | 01/10/05 | DEF 1-5 Answer to Complaint. |
| 7 - | 1 | 01/11/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 8 - | 1 | 01/24/05 | NOT USED. |
| 8A- | 1 | 01/31/05 | ZZZ 1 motion to intervene w/att memo, decls, lodged proposed answer. |
| 8B- | 1 | 01/31/05 | ZZZ 1 Notice of filing fax O. Graham and S. Seley signatures at 8A-1. |
| 9 - | 1 | 02/01/05 | DEF 1-5 Notice of Lodging Administrative Record in electronic form w/att exh. (external hard drive forwarded to Judge) |
| 10 - | 1 | 02/02/05 | ZZZ 1 Original signed O. Graham decl re: ZZZ 1 motion to intervene. (8A-1) |
| 11 - | 1 | 02/08/05 | DEF 1-5 motion (joint) for ext to 2/11 to file their scheduling & conf report. |
| 11 - | 2 | 02/11/05 | JWS Order granting motion (joint) for ext to 2/11 to file their scheduling & conf report (11-1). cc: cnsl |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J04-0029--CV (JKS)
                       "ORGANIZED VILLAGE OF KAKE ET AL V U.S. FOREST"

                                   For all filing dates

Document #    Filed      Docket text


   12 -  1   02/11/05    PLF 1-6 Return of Service Executed on defs 1-5.

   13 -  1   02/11/05    PLF 1-6; DEF 1-5 [Second] Unopposed motion to extend to 2/18/04
                         scheduling and planning report.

   13 -  2   02/18/05    JWS Order granting [Second] unopposed motion to extend to 2/18/04 to
                         file scheduling and planning report (13-1). cc: cnsl

   14 -  1   02/18/05    PLF 1-6 [Qualified] non-opposition to ZZZ 1 motion to intervene w/att
                         exhs. (8A-1)

   15 -  1   02/18/05    PLF 1-6 Rule 7.1 Disclosure statement.

   16 -  1   02/18/05    PLF 1-6 Report re: 26(f) conf w/disc on merits not anticipated.

   17 -  1   02/25/05    PLF 1-6 motion to stay merits briefing pending resolution by 9th Circuit
                         of NRDC 1 w/att exhs.

   18 -  1   03/04/05    ZZZ 1 motion (Unopposed) to extend to 3/15/05 ZZZ-1 reply to DEFs'
                         qualified  non-opp to motion to intervene. (8A-1)

   19 -  1   03/08/05    ZZZ 1 Notice of filing orig signed S. Seley decl re: ZZZ 1 motion to
                         intervene. (8A-1)

   20 -  1   03/10/05    DEF 1-5 opposition to PLF 1-6 motion to stay merits briefing pending
                         resolution by 9th Circuit of NRDC 1 (17-1) w/att exhs.

   21 -  1   03/14/05    RRB Order granting motion (unopposed) to extend to 3/15/05 ZZZ-1 reply
                         to DEFs' qualified non-oppo to mot to intervene (18-1). cc: cnsl

   22 -  1   03/18/05    ZZZ 1 motion to accept late-filed reply.

   23 -  1   03/18/05    ZZZ 1 joinder to DEF 1-5 opposition to PLF 1-6 motion to stay merits
                         briefing pending resolution by 9th Circuit of NRDC 1. (17-1)

   24 -  1   03/18/05    ZZZ 1 reply to opposition to ZZZ 1 motion to intervene. (8A-1)

   25 -  1   03/21/05    PLF 1-6 opposition to ZZZ 1 motion to accept late-filed reply. (22-1)

   26 -  1   03/22/05    PLF 1-6 reply to opposition to PLF 1-6 motion to stay merits briefing
                         pending resolution by 9th Circuit of NRDC 1 w/att exh. (17-1)

   27 -  1   03/23/05    ZZZ 1 reply to opposition to ZZZ 1 motion to accept late-filed reply.
                         (22-1)

   28 -  1   05/04/05    JKS Order granting motion to accept late-filed reply (22-1). cc: cnsl

   29 -  1   05/04/05    JKS Order granting motion to allow Alaska Forest Assoc to intervene
                         (8A-1).  cc: cnsl

   30 -  1   05/04/05    JKS Minute Order granting in part/denying in part motion to stay merits
                         briefing pending resolution by 9th Circuit of NRDC 1 (17-1); Briefing
                         should go forward on claims V, VII, VIII, & IX; parties to meet & confer
                         & agree to an updated briefing schedule; pltf to file jnt status rpt due
                         5/18/05. cc: cnsl

   31 -  1   05/04/05    DII 1 Answer to Complaint.


ACRS: R_VDSDX              As of 12/01/05 at 3:58 PM by GARRY                       Page 2
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE J04-0029--CV (JKS)
"ORGANIZED VILLAGE OF KAKE ET AL V U.S. FOREST"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 32 - | 1 | 05/19/05 | Stipulation and Order ext to 6/3/05 filing of joint status report. cc: cnsl |
| 33 - | 1 | 06/03/05 | Stipulation and Order ext to 6/7/05 joint status report. cc: cnsl |
| 34 - | 1 | 06/07/05 | PLF 1-6 Response to 5/04/05 Order at 30-1 re: status. |
| 35 - | 1 | 06/24/05 | PLF 1-6; DEF 1-5; DII 1 Stipulation to file first amended complaint. |
| 35 - | 2 | 06/24/05 | JKS Order granting stipulation to file first amended complaint (35-1) |
| 36 - | 1 | 06/24/05 | PLF 1-6 First Amended Complaint. |
| 37 - | 1 | 06/30/05 | DEF 1-5 Answer to first amended complaint. |
| 38 - | 1 | 07/11/05 | JKS Minute Order re report & further proposed briefing scheduled at doc #34 is accepted; parties to proceed in conformity with that schedule cc: cnsl |
| 39 - | 1 | 07/11/05 | DII 1 Answer (Amended). |
| 40 - | 1 | 08/11/05 | PLF 1-6; DEF 1-5; DII 1 motion (joint) for stay until 10/12/05 w/att exhs. |
| 41 - | 1 | 08/17/05 | JKS Order granting motion (joint) for stay until 10/12/05 (40-1); parties to file jnt status rpt by 10/12/05. cc: cnsl |
| 42 - | 1 | 10/06/05 | DEF 1-5 Joint motion for continuance of stay and extension of time to file status report. |
| 43 - | 1 | 10/12/05 | JKS Minute Order granting motion Joint motion for continuance of stay and extension of time to file status report (42-1); status report due 11/7/05. cc: cnsl |
| 44 - | 1 | 11/07/05 | DEF 1-5 motion for continuance of stay and ext of time to file status report. |
| 44 - | 2 | 11/10/05 | JKS Order granting motion for continuance of stay and ext of time to file status report until 11/10/05 (44-1). cc: cnsl |
| 45 - | 1 | 11/10/05 | DEF 1-5 Jnt Rprt on further proceedings. |
| 46 - | 1 | 11/17/05 | PLF 1-6 Unopposed motion for extension to 11/23/05 to file opening brief on CTs V and IX. |
| 47 - | 1 | 11/22/05 | JKS Order granting unopposed motion for extension for to 11/23/05 for plf to file opening brief on cts V & IX (46-1). cc: cnsl |
| 48 - | 1 | 11/23/05 | PLF 1-6 Opening Brief. |