BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacty as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest,<br><br>                          Defendant. | Case No. J04-0029-CV (JKS) |

UNOPPOSED MOTION FOR MODIFICATION OF BRIEFING SCHEDULE

Federal defendants move for a modification of the merits briefing schedule in this action as follows:

Federal defendants to file their Opposition Brief on January 20, 2006.

Any briefing filed by intervenor-defendant Alaska Forest Association (AFA) on the merits of the legal claims shall be filed on February 10, 2006.

Plaintiffs will file their consolidated reply brief on March 10, 2006.

This modification is necessary because the holiday season has impaired the ability of counsel for federal defendants to consult adequately with clients.

Counsel for plaintiffs and for intervenor-defendant AFA have authorized the undersigned to represent that this motion is unopposed.

RESPECTFULLY SUBMITTED this 11th day of January, 2006, at Anchorage, Alaska.

>  /s/ Bruce M. Landon
> BRUCE M. LANDON
> Department of Justice
> Environment & Natural Resources Division
> 801 B Street, Suite 504
> Anchorage, Alaska  99501-3657
> Phone: (907) 271-5452
> Facsimile: (907) 271-5827
> bruce.landon|@usdoj.gov
> Attorney for federal defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 11th day of January, 2006, a copy of the foregoing UNOPPOSED MOTION FOR MODIFICATION OF BRIEFING SCHEDULE and PROPOSED ORDER were served electronically to the following counsel of record:

Thomas S. Waldo

Nathaniel S.W. Lawrence

Amy Mead Gurton

Steve Silver

 /s/ Bruce M. Landon