

United States
Department of
Agriculture

Forest Service

Tongass National Forest

R10-MB-446b

# Threemile Timber Harvest
## Final Environmental Impact Statement

April 2004





DEF.
EXHIBIT 1
Page 1 of 46

# Summary

**Introduction**

The Forest Service has prepared this Environmental Impact Statement (EIS) to analyze the potential effects of timber harvest in the Threemile Project Area in compliance with the National Environmental Policy Act (NEPA) and other relevant federal and state laws and regulations.

**Project Area**

The Threemile Project Area encompasses approximately 21,660 acres on Kuiu Island. It is located approximately 20 miles southwest of Kake, Alaska, on the peninsula surrounded by Port Camden, Rocky Pass, and Threemile Arm. Kuiu is one of many islands that comprise the Alexander Archipelago in Southeast Alaska. The project area lies within Townships 60-61 South, and Ranges 73-75 East, Copper River Meridian (Figure I-2).

**Proposed Action**

A Proposed Action is a proposed activity identified at the beginning of the analysis to briefly describe the project's actions and magnitude. A proposed action serves as a starting point for the interdisciplinary team (IDT), and gives the public and other agencies information on which to focus comments.

The proposed action for the Threemile Timber Harvest was first published in the Federal Register as a Notice of Intent to Prepare an Environmental Impact Statement on March 8, 1999. As state in the Register, the action will:

> '...harvest timber on approximately 2,300 acres including both clearcut with reserves and overstory removal harvest methods. This will entail harvest of an estimated 48 million board feet of timber. Approximately 33 miles of new roads will be built, as well as a new log transfer facility at No Name Bay.'

This proposed action was revised in June of 1999 to reflect the April 13, 1999 Record of Decision (ROD) for the Tongass Land and Resource Management Plan (Forest Plan). The current proposed action is:

> "... to harvest timber within Threemile Arm, and to construct associated roads and a new log transfer facility."

The Proposed Action, Alternative 2, for this environmental analysis proposes partial harvest of 434 acres and clearcut of 81 acres, construction of approximately 1.8 miles of temporary road, reconstruction of the existing boat ramp in Threemile Arm into a barge loading facility for transferring logs, construction of a log sort yard, and closure of approximately 11.4 miles of existing road after harvest. All roads constructed for this timber sale will be closed after harvest. The Threemile small Old-growth Habitat Reserve will be modified to meet Forest Plan standards and guidelines. Adjustments to the small reserve may result in a non-significant amendment to the Forest Plan.

# Purpose and Need 1

## Decisions to be Made

Based on the environmental analysis in this EIS, the Forest Supervisor for the Tongass National Forest will decide whether and how to make timber available from the Threemile Project Area in accordance with Forest Plan goals, objectives and desired future conditions. This decision will include:

- The location, design, and scheduling of timber harvest and silvicultural practices
- Access management measures such as road closures, road construction, and the location and type of log-transfer facilities
- Mitigation measures and monitoring requirements
- Whether there may be a significant restriction on subsistence uses
- Whether any changes in small old-growth habitat reserves should be made and approved as a non-significant amendment to the Forest Plan

## Project Area Description

**Geographic Location and Boundaries**

The Threemile Project Area is on Kuiu Island, one of the many islands of Southeast Alaska's Alexander Archipelago. It encompasses about 21,660 acres of a large peninsula on the east side of Kuiu Island. Three bodies of water, Port Camden, Rocky Pass, and Threemile Arm surround the peninsula. The community of Kake lies approximately 20 miles to the north. The project area lies within Townships 60-61 South, and Ranges 73-75 East, Copper River Meridian. See Vicinity Map, Figure 1-1.

**Prior Management of the Area**

Timber harvest has occurred within the Threemile Project Area since 1924. This harvest was confined to timber adjacent to the beach and occurred prior to the development of the pulp mills and the long-term contracts. Timber harvest from beaches in the Threemile Project Area resumed from 1966 to 1970. No additional harvest occurred until 1989. At that time, logging again resumed and roads were built to connect the analysis area to the road system from Rowan Bay. No harvest has occurred in the Threemile Project Area since 1993.

The Kuiu Island road system is an isolated road system with no direct access to any communities or other road systems. The forest road system was constructed for timber management. The first roads to the interior of the island were built on the north end near Saginaw Bay in 1962. Within the Threemile Project Area, there are approximately 20.5 miles of classified road.

Although remote recreational opportunities abound in the Threemile Project Area, numbers of recreation users are low due to the remoteness and difficult access to the area. Recreation activities include hunting, fishing, and camping. The Threemile Arm Portage Trail traverses the

# 1 Purpose and Need

isthmus separating Port Camden from Threemile Arm and allows canoeists and kayakers a loop trip from Kake via Rocky Pass.

The existing transportation system in the Threemile Project Area was designed as part of the long-term timber sale contract to access timber to the north (east side of Port Camden) and to the south (north side of Salt Lagoon), and to connect to the potential road system and a potential log transfer facility in No Name Bay. Part of the project area remained unroaded and was included in the 1997 Forest Plan Inventoried Roadless Area inventory (Figure 3-2).

In March 2001, the U. S. District Court, District of Alaska made two rulings on litigation of the Forest Plan. In one ruling the Court vacated the 1999 Record of Decision for the Tongass Land and Resource Management Plan. This makes the 1997 Forest Plan the management direction for the Tongass National Forest. In a separate ruling, the Court ruled that further analysis was needed to determine which, if any, Inventoried Roadless Areas on the Tongass National Forest should be recommended for inclusion in the National Wilderness Preservation System. In response to this ruling, the Forest Service completed a Supplemental Environmental Impact Statement (SEIS) analyzing Inventoried Roadless Areas. This document was signed in February 2003. The No Action Alternative was selected.

**Project Implementation Scheduling**

If the decision is made to harvest timber in the Threemile Project Area, the timber may be offered in one or more sales. The timing and number of sales will depend on the final decision and the timber demand. If the decision is made not to harvest timber in this area, other areas may be examined for timber harvest based on supply and demand. Appendix A has more information on timber harvest scheduling.

Figure 1-1
Chapter 1-5
Vicinity Map



ALASKA VICINITY MAP
BLOW-UP SHOWN IN ORANGE



VICINITY MAP
THREEMILE PROJECT AREA OUTLINED IN RED

EXHIBIT 1
Page 5 of 46

# 2 Alternatives

**Forest Plan Monitoring**

The activities in the Threemile Project Area will be incorporated into the Forest-wide monitoring and evaluation plan as described in Chapter 6 of the Forest Plan. Some of the harvest units may be included in the annual forest-wide monitoring plan.

Much of the monitoring at the Forest Plan level consists of annually surveying a representative sample of harvest units. Some monitoring items are contingent on management activities while others are based on the condition of the Tongass National Forest as a whole.

## Alternatives Considered but Eliminated from Detailed Study

Several alternatives were considered during the planning process, but have not been included in the EIS for detailed study. These are described briefly below, along with the reasons for not considering them further.

Four action alternatives were considered that would have harvested timber and constructed roads in other parts of the East Kuiu planning area. All these alternatives were dropped from further consideration when the 1999 Forest Plan Record of Decision allocated most of the East Kuiu Study Area to non-development LUDs. These included:

- The original Proposed Action alternative proposed harvest of approximately 48 mmbf from about 2,300 acres from Threemile Arm and Reid Bay. It included the construction of 33 miles of new road and a new log transfer facility (LTF) in No Name Bay.
- The Keku Alternative proposed harvest in Salt Lagoon, Threemile, and the east side of Port Camden.
- The No Name Alternative proposed harvest from the No Name Bay area and proposed construction of an LTF in No Name Bay.
- The Alvin Alternative proposed harvest from south of No Name Bay, including Alvin and Reid Bays and proposed construction of an LTF in No Name Bay.

During the time when the Draft EIS was out for public review and comment, the U.S. District Court, District of Alaska, vacated the 1999 Record of Decision. This changed the Land Use Designations of the East Kuiu Study Area back to development. These alternatives may be considered in another EIS.

# Alternatives 2

During the public comment period, people requested the addition of an alternative that would have harvested along the existing road and completely outside of the Inventoried Roadless Areas. This was considered and eliminated from detailed study for two reasons.

- Due to previous harvest in the Threemile Project Area, further timber harvest along the road system at this time does not meet Forest Plan standards and guidelines for visual quality.
- Timber sale planning on Kuiu Island must consider the cost of mobilization of equipment to a remote setting. Since these costs are high, in order to be economically feasible timber sales must be large enough to recover the cost of mobilization. This would not be possible with an alternative that harvested only along the road system.

Also, it was suggested that we consider a restoration-only alternative. Restoration activities are part of all the action alternatives. The restoration-only alternative was considered and eliminated from detailed study because it failed to meet the Purpose and Need of this project.

Other public comments requested the addition of an alternative that used helicopter harvest systems and a log transfer facility at Threemile Arm. A NEAT analysis test was run on Alternative 1 replacing the use of the LTF at Rowan Bay with the construction of a new LTF in Threemile Arm. LTF construction costs were added into the economics and road maintenance miles, haul time, and tow miles were reduced. The haul to Threemile Arm LTF generated a slightly less deficit alternative, -$91.33 versus -$103.15. This alternative was considered but eliminated from detailed study because the use of a Threemile Arm LTF in Alternative 1 did not significantly affect the economics and it was not necessary to create a new alternative to have an adequate range of alternatives. However, the Record of Decision can incorporate selected features of different alternatives. For example, it would be possible to select Alternative 1 with construction of an LTF in Threemile Arm.

# 3 Environment and Effects

Issue 2: Timber

The Tongass National Forest is valued not only as the basis for the regional economy but also for the degree to which it enhances the quality of life for many residents of the region. Alaska is generally regarded as a wild and magnificent place, a vast expanse of limitless scenery and abundant natural resources. Many southeast Alaskans want to preserve their local environment while maintaining their economic livelihood. The balancing of these sometimes-conflicting needs is becoming increasingly more difficult. The Forest Plan represents the most recent effort to balance these concerns and reach a resolution.

The Forest Plan included a comprehensive analysis of the economic and social environment of southeast Alaska, the Tongass National Forest, and the communities within southeast Alaska. The scope of the economic and social analysis needs to be broader than the Threemile Project Area since livelihoods depend on a broader base of resources. The socioeconomic information found in Chapter 3, Part 2 of the Forest Plan FEIS and Appendix H is incorporated here by reference.

The discussion of economics for the Threemile Project Area is based on the use of the Forest Service timber NEPA economic analysis tool to compare the relative value of the alternatives. This comparison can only be used for relative values and not for exact monetary values. Some of the factors that influence the cost of timber harvest are presented. The effects on local and regional economies are evaluated by analyzing the benefits of the proposed timber harvest (opportunities for timber sales and number of jobs created). The effects on other commercial enterprises are briefly discussed in a local context, but this analysis has been done in more detail at the Forest Plan level (and this project tiers to the analysis done in the Forest Plan, Forest Plan FEIS, pp 3-431 to 3-685).

**Timber Supply and Market Demand**

The amount of timber available for harvest is determined by site capability, Forest Plan land allocation, and management direction. First of all, a proposed project area must be within a Forest Plan land used designation (LUD) that allows timber harvest. The Forest Plan LUDs that generally allow timber harvest are Timber Production, Modified Landscape, and Scenic Viewshed. Within the LUDs that allow timber harvest, all Forest Plan standards and guidelines and Best Management Practices mitigating harvest effects are to be implemented. An area of forest is considered suitable for timber harvest if it is not withdrawn by legislation, is within a land use designation that permits timber harvest under the allocations of the Forest Plan, is capable of producing 20 cubic feet of wood per acre per year of commercial tree species, and is on stable soils that will regenerate commercial tree species. There are approximately 5,709 acres of suitable forest lands in the Threemile Project Area that have not been harvested. This equates to about 177 million board feet (mmbf). Of the approximately 177 mmbf of timber available and suitable for harvest, action alternatives propose between 11.0 and 20.2 mmbf for harvest (about 11 percent of available). About 40 million board feet on approximately 1,337 acres have been harvested within the Threemile Project Area. Only about half of these

previously harvest acres (700) are on land currently classified as suitable for timber production. The remaining acres include National Forest System lands not available for timber harvest due to current land use designations and Forest Plan standards and guidelines.

Determining market demand is a complex process. Detailed explanations of the rationale for considering timber harvest in the Threemile Project Area and market demand for wood products is located in Appendix A of this document. More information can also be found in the Forest Plan FEIS, Part 1 (pages 3-248 to 3-307) to which this document is tiered.

The Tongass National Forest makes two determinations on volume to be offered. The first is a determination on volume to be offered for the current year (annual market demand). The annual market demand is analogous to assessing industry performance in the short-term. In the short-run, a firm will make use of its existing equipment to maximize profits or minimize losses. The general approach is to consider the timber requirements of the region's sawmills at different levels of operation and under different assumptions about market conditions and technical processing capability. These assumptions provide a basis for estimating the volume of timber likely to be processed by the industry as a whole in any given year. Timber inventory requirements are acknowledged and estimated in a related calculation. The volume of timber likely to be purchased is equal to the volume needed to make up any inventory shortfall in addition to the volume likely to be harvested in the coming year. The document, *Evaluating the Demand for Tongass Timber* (Morse, 1998), forms the basis for how these estimates were developed. The document, *Tongass National Forest Timber Sale Procedures* (Morse, 2000b), documents the process used to determine the current fiscal year offer. The Regional Office annually updates actual estimates for each year. This estimate is what the Tongass plans to offer for the current year of the Ten Year Timber Sale Schedule pending sufficient funding to do so. Final procedures can be located in *Responding to the Market Demand for Tongass Timber* (Morse, 2000a).

Based on the analysis procedure documented in the *Tongass Timber Sale Procedures* updated for Fiscal Year 2004, the Tongass National Forest offering required to meet timber supply objectives is 162 mmbf. The offer planned will be a combination of new, previously offered, and previously offered and reconfigured timber sales. Both standing timber and salvage will be components of the program. Offerings will consist of those targeted for Small Business qualified firms as well as a portion of the volume being made available for open market.

The second estimate the Tongass National Forest makes regarding determinations on volume to be offered is the long-term offer. The basis for this estimate is the long-range timber market projections documented in *Timber Products Output and Timber Harvest in Alaska: Projections for FY97-10* (Brooks and Haynes, 1997).

Table 3-18. Old Growth Habitat Reserve Acres

|  | Acres of POG | Acres of Suitable Timber | Total Acres |
|---|---|---|---|
| Forest Plan Criteria* | 1,549 | -- | 3,098 |
| Forest Plan Mapped | 1,435 | 458 | 2,721 |
| Revised OGR | 1,874 | 826 | 3,396 |
| **Difference between Revised and Mapped** | 439 | 368 | 675 |

\* Appendix K criterion for the size of a small OGR is that the OGR should include at least 16% of the total VCU. The total size of VCU 419 is 19,364 acres.

### Maintenance of Old-growth Habitat

The following methods are used to maintain old-growth habitat within the Threemile Project Area.

- Old-growth forest is maintained by Forest Plan standards and guidelines (riparian, beach, and estuarine buffers, avoidance of unstable slopes over 72 percent).
- Old-growth is protected in the Old-growth Habitat Land Use Designation and other non-development land use designations.
- Connectivity between old-growth habitat reserves is maintained through the matrix and riparian buffers.

Currently there are about 10,709 acres of productive old growth in the Threemile Project Area. Approximately 700 acres were previously harvested. Of the remaining acres, about 4,300 acres will remain in an old-growth condition throughout the life of the Forest Plan. These acres are within beach, estuary, and riparian buffers, on soils classed as unsuitable for timber harvest, or within non-development land use designations such as Old-Growth Habitat Reserve (Figure 3-4).

Even though partial harvest units will contain less volume or will have small openings after harvest, these stands will still have some of the functions of productive old-growth.

EXHIBIT 1
Page 10 of 46

# 3 Environment and Effects

Subsistence

## Subsistence

This section discusses all subsistence resources within the Threemile Project Area. Wildlife species (deer, bear, and marten) are also discussed in the Wildlife section.

With the passage of the Alaska National Interest Lands Conservation Act (ANILCA), the U.S. Congress recognized the importance of subsistence resource gathering to the rural communities of Alaska. ANILCA (16 USC 31130) defines subsistence as:

> "The customary and traditional uses by rural Alaska residents of wild, renewable resources for direct personal or family consumption as food, shelter, fuel, clothing, tools or transportation; for the making and selling of handicraft articles out of non-edible byproducts of fish and wildlife resources taken for personal or family consumption; and for customary trade."

ANILCA provides for the opportunity to continue subsistence practices by rural residents of Alaska, including both Natives and non-Natives, on public lands. It also legislates that customary and traditional subsistence uses of renewable resources shall be the priority consumptive uses of all such resources on the public lands of Alaska. Non-rural residents are not provided a preference for the taking of fish and wildlife on public lands. Juneau and Ketchikan are the only communities in southeast Alaska that have been determined to be non-rural by ANILCA and the Federal Subsistence Board.

## Traditional Community Use in the Threemile Project Area

**Kake**

Kake is on the northwestern tip of Kupreanof Island about 20 miles north of the Threemile Project Area. In 1990, the population of Kake was reportedly 700 people and the 2000 population was reported as 710 people (U. S. Census, 1990 and 2000). Approximately 67 percent of the population is Native American. Employment in Kake includes fishing, seafood processing, and timber.

Kake residents have traditionally used the project area for subsistence activities throughout past centuries. They continue to harvest a wide variety of resources from in and around the project area including fish, deer, bear, seal, waterfowl, shellfish, seaweed, medicinal plants, and berries.

**Petersburg**

Petersburg is on the northwest shore of Mitkof Island at the north end of Wrangell Narrows, approximately 34 miles east of the Threemile Project Area. The 1990 census population of Petersburg was 3,207 people and the 2000 census population was 3,224. Approximately 7.2 percent of the population is Native American.

EXHIBIT 1
Page 11 of 46

The employment in Petersburg includes fishing, seafood processing, tourism, and timber. Petersburg is currently one of the top-ranking ports in the United States for quality and value of fish landed. Petersburg residents make limited use of the project area for deer and bear hunting and for sport fishing.

**Point Baker and Port Protection**  Point Baker and Port Protection are on the northwest end of Prince of Wales Island, approximately 20 miles southeast of the project area. The 1990 census reported a population of 39 in Point Baker and 62 in Port Protection. In 2000, the U. S. Census reported 35 people living in Point Baker and 63 in Port Protection. Less than 1 percent of the populations of both communities combined are Native Americans. Employment in both communities is seasonal based on commercial fishing. Residents of both communities use the area for deer hunting and fishing.

**Wrangell**  Wrangell is on the northern tip of Wrangell Island, approximately 40 miles east of the Threemile Project Area. In 1990, the U. S. census reported the population of Wrangell as 2,479 people and the 2000 census population was 2,308 people. Approximately 15.5 percent of the population is Native American. Employment in Wrangell includes commercial fishing, tourism, and timber. Wrangell residents make limited use of the project area for deer and bear hunting, and for sport fishing.

**Other Communities**  Meyers Chuck is another community that has some reported subsistence use in the project area.

## Areas Most Often Used for Subsistence Activities

The marine waters surrounding the project area, including Threemile Arm, Port Camden, and Rocky Pass, are popular areas for subsistence fishing. Stream subsistence fishing is also likely to occur in some of the streams in the project area. Tidal zones in and around the project area are gathering places for marine invertebrates, including bivalves, shrimp, and crab.

Deer and black bear hunting and furbearer trapping occur mostly along the beach-fringe, along the existing road system, and, to a lesser extent, in the inland forests of the project area. Because Kuiu Island is difficult to reach during the winter months, subsistence use and marten trapping are not as heavy as in other areas of the Tongass.

## Types and Amounts of Resources Gathered

Subsistence use areas and the levels of harvest were estimated from a variety of sources. Alaska Department of Fish and Game records the level of community harvests for select species, such as deer, moose, marten, black bear, wolf, and otter, within specific areas referred to as Wildlife Analysis Areas (WAAs). All of the Project Area is within WAA 5018.

Alaska Department of Fish and Game harvest data and Tongass Resource Use Cooperative Survey (TRUCS) maps reveal subsistence use areas for

EXHIBIT ___1___
Page __12__ of __46__

# 3 Environment and Effects                                      Subsistence

deer, marine invertebrates, marine mammals, salmon, and other fish within the project area. Other sources of subsistence use information came from public testimony and published accounts of community use surveys (Table 3-29). Open houses held in Kake, Petersburg, Point Baker, and Port Protection and meetings with the Organized Village of Kake provided informal opportunities to discuss subsistence practices.

In general, subsistence resources most intensively used in the Threemile Project Area by nearby community residents include deer, seaweed, finfish, anadromous fish and bottom fish.

**Table 3-29.** Estimated Subsistence Resource Use by Community

| Resources | Pounds of Resources Per Capita | | | | |
|---|---|---|---|---|---|
| | Kake | Petersburg | Point Baker | Port Protection | Wrangell |
| All Resources | 179.1 | 197.7 | 288.6 | 450.9 | 155.2 |
| All Fish | 85.3 | 89.8 | 171.0 | 170.2 | 73.2 |
| *Salmon* | *43.6* | *45.3* | *82.4* | *58.8* | *30.2* |
| All Land Mammals | 52.0 | 57.2 | 47.5 | 101.1 | 31.9 |
| Marine Invertebrates | 21.9 | 38.5 | 58.0 | 139.4 | 37.7 |
| Marine Mammals | 10.3 | 0.0 | 0.0 | 8.6 | 6.5 |
| Birds | 0.7 | 3.6 | 0.0 | 1.8 | 1.5 |
| Plants and Berries | 8.9 | 8.6 | 12.1 | 29.8 | 4.3 |

Source: Alaska Department of Fish and Game, Division of Subsistence, Community Profile Database, 2001. Not all numbers will sum to the total due to rounding factors.

## Wildlife Effects and Evaluation

**Abundance and Distribution of Deer**

An evaluation of the abundance and distribution of deer is based on a comparison study of supply and demand using the Forest Plan habitat capability model. The model provides an estimate of the potential number of deer that the habitat within the project area can support. This is the potential supply available for subsistence use. The Alaska Department of Fish and Game assumes that approximately ten percent of the deer population can be harvested annually on a sustained basis if the population is near carrying capacity. Carrying capacity is an estimate of the maximum deer population an area can support. Thus, the number of deer needed in an area to meet hunter demand is approximately ten times the number needed to maintain a sustainable population.

EXHIBIT 1
Page 13 of 46

Historically the project area had a four to five month deer-hunting season with a four deer bag limit. In 1972, the deer population crashed dramatically and the season was closed from 1973 to 1991. This was due to several factors including a deep, persistent snow pack that did not retreat until late June 1973 and deer populations were above their carrying capacity as a result of artificially low wolf populations (due to the wolf eradication program).

Since 1992, all of Kuiu Island has been open with a two-buck bag limit. The reason for the long and slow recovery of deer is due high black bear populations (black bears prey on deer) and an increasing wolf population due to the rescinded wolf control program.

Data from the Alaska Department of Fish and Game Deer Hunter Surveys show that in the 2000-2001 season, 48 hunters spent a total of 185 days hunting and harvested 27 deer from Kuiu Island, an average of 6.8 hunting days per deer. During the 1998-99 season, 41 hunters spent a total of 211 days hunting and harvested 28 deer from Kuiu Island, an average of 7.5 hunting days per deer. The number harvested on Kuiu Island only accounted for 2.6 percent of the 1,085 deer harvested from Game Management Unit 3 during the 1998-99 season. Game Management Unit 3 includes all of Deer, Etolin, Kadin, Kasheverof, Kuiu, Kupreanof, Mitkof, Woronkofski, Wrangell, and Zarembo Islands. No hunters from Kake or the Rowan Bay Camp reported harvesting deer from Kuiu during the 2000-2001 or 1998-99 season. The lowest recorded deer harvest on Kuiu Island was in the 1997-98 season. That year, 50 hunters spent 148 days to harvest 13 deer, an average of 11.4 hunting days per deer.

The Threemile Project Area encompasses about 45 percent of Wildlife Analysis Area (WAA) 5018. The Alaska Department of Fish and Game in their 1991-1995 Strategic Plan for Management of Deer in Southeast Alaska (ADF&G, 1991) set a population objective of 1,603 deer for WAA 5018. The population objective is the number of deer needed to sustain a huntable population. The interagency deer model estimates the deer habitat carrying capacity of 1954 at 2,411 (USDA Forest Service, 1995b). The interagency deer model uses 1954 as a base year assuming this is before large-scale timber harvest. The interagency deer model estimates a current habitat carrying capacity of 2,194 deer.

Current hunter demand for deer is estimated at 156 per year. To sustain a healthy deer population, harvest should not exceed ten percent of the deer population in any WAA. Therefore, a minimum number of deer needed to meet that hunter demand would be 1,560 deer. Table 3-30 displays estimated deer carrying capacity and hunter demand in the WAA 5018. It is predicted by the year 2040 that the demand for deer will exceed the carrying capacity. The predicted need is based on current demand and predicted human population increases using the Forest Plan formula.

According to the model predictions, the demand for deer will eventually exceed supply even if no additional timber harvest occurred.

It is important to note, however, that the estimated growth in the hunter population does not reflect actual conditions. In the last decade, the population of Kake increased by 1.4 percent, Petersburg increased by 0.5 percent, Port Protection increased by 1.5 percent, Point Baker decreased by 10.2 percent and Wrangell decreased by 6.9 percent. These actual figures were not used to calculate hunter demand. Another factor that may influence the predicted habitat capability is silvicultural prescriptions for partial harvest. Since the model assumes that all the units will be clearcut, the lesser effects of partial harvest are not included in the estimate of carrying capacity. The carrying capacity shown is the most conservative scenario.

Table 3-30. Estimated Changes in Deer Carrying Capacity and Demand[1] in WAA 5018

| Year | Estimated Deer Carrying Capacity[2] (# of animals) | Estimated Deer Needed for Subsistence[3] | Difference between Estimated Carrying Capcity and Estimated Subsistence Needed |
|---|---|---|---|
| 1954 | 2411 | 800 | +1611 |
| 2000 | 2194 | 1560 | +634 |
| 2010 | 2194 | 1840 | +354 |
| 2040 | 2129 | 2800 | -671 |
| 2050 | 2129 | 3220 | -1091 |
| 2075 | 2129 | 4510 | -2381 |
| 2100 | 2129 | 5632 | -3503 |

[1] All deer harvest is assumed to be subsistence.

[2] Deer numbers shown are the estimated deer habitat potential assuming a theoretical winter carrying capacity of 100 deer/square mile in habitats with a suitability index of 1.0.

[3] Hunter Demand is from Strategic Management Plan for Deer, ADF&G 1991. For decades 1954 to 2010 TLMP assumed 18 percent increase per decade in human population. From 2010 to 2100 TLMP assumed 15 percent increases in human population. The estimated number of deer needed for subsistence is ten times the hunter demand.

The project alternatives call for both clearcut and partial timber harvest prescriptions that are designed to mimic natural disturbance events. Alternatives were developed that selected harvest units in areas with lower deer winter range values to mitigate the impacts on the deer population. Areas designated for non-harvest like stream buffers, beach fringe, and Old-growth Habitat, will help maintain huntable deer populations.

EXHIBIT 1
Page 15 of 46

3-128 ■ Chapter 3                                     Threemile Timber Harvest EIS