Subsistence                                    Environment and Effects **3**

### Effects on Deer

In the Threemile Project Area, there may be a significant possibility of a significant restriction on subsistence deer hunting. This is due to the cumulative effects of past management actions, the proposed actions, and the reasonably foreseeable actions. Application of riparian buffers including beach and estuary buffers, may protect deer winter habitat. Additional measures, like partial harvest prescriptions, are especially designed to protect deer habitat and vary among alternatives. Second growth thinning will help maintain deer winter habitat and prolong understory browse. Small Old-growth Habitat reserves have been designed to include some of the most important deer wintering areas and "pinch-points" on the island. These "pinch-points" are areas where the island narrows significantly and forces animal movements to be constricted.

### ANILCA 810 Hearing

A subsistence hearing was held in Kake, Alaska on July 19, 2001. Kake is the community most likely to be affected by any changes in subsistence resource availability on Kuiu Island. Nine people attended the meeting, six of whom are Kake residents. Of the Kake residents, three provided oral testimony. One non-rural resident also provided oral testimony. The concerns expressed in their testimonies centered on impacts of partial timber harvest to deer habitat, the amount of timber harvest near Native communities, timber harvest in Apricot Valley, and the amount of open roads on Kuiu being used by guides for bear harvest.

### Abundance and Distribution of Moose

Moose are in the process of migrating onto Kuiu Island from Kupreanof and Mitkof Islands and the Mainland. Their population is increasing but they are still at a low level.

### Abundance and Distribution of Furbearers

According to the Alaska Department of Fish and Game, furbearers appear to be abundant and have stable populations on Kuiu Island. Within the project area, some fur trapping occurs primarily for marten. Trapping is moderate, reflecting the current low to moderate fur prices. Harvest is well below sustained yield potentials. Most harvest occurs along the coast and is accessed by boat.

Some timber harvest does occur in marten habitat in the action alternatives, but with the mitigation measures discussed in the Marten section under Wildlife in this chapter, the population of marten found on Kuiu Island and in the Threemile Project Area will not be significantly affected.

### Effects on Furbearers

A significant possibility of significant subsistence restrictions on marten are not expected as a result of any action alternatives proposed. Boat access to the study area will not change so access to marten trapping will not change. The change in road access after timber harvest should not affect the amount of marten harvest.

EXHIBIT 1
Page 16   46

> Wolves tend to have home ranges that cross several Wildlife Analysis Areas. Therefore, the appropriate scale for the model should be a combination of WAAs or the biogeographic province. Using the model at the watershed or VCU scale is too fine a resolution. Conversely, the forest is too large to provide meaningful analysis.
>
> 4) **Other Work Underway:** other work is currently underway which to analyze wolf population and viability. Information from these other sources should be considered when it becomes available. However, until the Forest Plan is amended or revised, the most current interagency deer/wolf model should be used and evaluated against the deer per square mile figures.
>
> 5) **Other Ownerships:** while the standard and guideline for 13 deer per square mile applies only to National Forest System lands, the NEPA analysis at the project level needs to consider the effects of management activities on all land ownerships."

The current open road density in the Threemile Project Area is 0.55 mile per square mile. In all of the action alternatives, the open road density will decrease because some existing permanent roads will be place in storage. Table 3-31 displays the open road density of each alternative.

Part of the Forest Plan standards and guidelines involves working with the Alaska Department of Fish and Game and the U.S. Fish and Wildlife Service to examine the relationship between wolf mortality, human access, and hunter and trapper harvest. Excessive wolf mortality due to hunting and trapping does not seem to be a problem in the Threemile Project Area. Trappers primarily use saltwater access to establish their trap lines. Wolf mortality from hunting is incidental and is based on opportunistic sightings of wolves while hunting other wildlife.

Census and harvest data indicate both wolf and deer populations in Southeast Alaska declined during the 1970's after peaking in the mid-1960s (Kirchhoff, 1994). Recent surveys have suggested that wolf populations are increasing on portions of Mitkof, Kupreanof, and Revillagigedo islands, probably as a response to locally increasing deer populations (Kirchhoff, 1991). Kuiu Island is included in this supposition since the deer population is also increasing on the island.

Hunting and trapping are the most significant mortality factors for wolf populations. Until the late 1970's, wolf management in Southeast Alaska centered on wolf control and included a bounty program until 1968. Since then, there has been a hunting and trapping season. In WAA 5018, a total of nine wolves have been harvested since the 1988-1989 season with an average harvest of 0.75 animals annually. The highest harvest was in the 1998-99 season when four wolves were harvested. In seven of the twelve-recorded harvest years, no animals were harvested.

EXHIBIT 1
Page 17 of 46

Threemile Timber Harvest EIS                              Chapter 3 ■ 3-177

# Appendix A
## Reasons for Scheduling the Environmental Analysis of the Threemile Timber Harvest

EXHIBIT 1
Page 18 of 46

# Appendix A

# Reasons for Scheduling the Environmental Analysis of the Threemile Timber Harvest

## Table of Contents

Introduction........................................................................................................ A-1

Why is Timber from the Tongass National Forest Being Offered for
Sale?.................................................................................................................. A-1

What Steps Must Be Completed to Prepare a Sale for Offer?.......... A-4

How does the Forest Service Develop Expectations about Future
Timber Markets?............................................................................................. A-6

How does the Forest Service Maintain an Orderly and Predictable
Timber Sale Program?................................................................................... A-8

How Does the Forest Service Decide Where Timber Harvest Projects
Should be Located?...................................................................................... A-17

How Does This Project Fit into the Tongass Timber Program?..... A-17

Why Can't This Project Occur Somewhere Else?........................... A-18

EXHIBIT 1
PAGE 19 of 46

# Introduction

This appendix provides an explanation of the rationale for a specific timber harvest project and its importance to the multi-year timber program on the Tongass National Forest. To accomplish this, the following questions are answered:

- Why is timber from the Tongass National Forest being offered for sale?
- What steps must be completed to prepare a sale for offer?
- How does the Forest Service develop expectations about the market demand for timber?
- How does the Forest Service maintain an orderly and predictable timber sale program?
- How does the Forest Service decide where timber sale projects should be located?
- How does this project fit into the Tongass timber program?
- Why can't this project be located somewhere else?

Coordinated timber sale planning is essential for meeting the goals of the Tongass Land Management Plan and to provide an orderly flow of timber to local industry. To determine the volume of timber to offer each year, the Forest Service can look to current market conditions and the level of industry operations. However, the lengthy planning process, of which this document is a part, requires the Forest Service to rely on projections of future harvest levels to decide how many timber sale projects to begin each year. This document explains how the Forest Service uses information about future markets and past experience with the logistics of timber sale planning to determine the volume of timber that needs to be started through this process each year. Using a timber sale schedule that provides information about each sale as it moves through each stage of the planning process, this appendix explains the rationale and the necessity for completing this particular timber sale project at this time. This appendix is updated annually after the ten-year timber sale schedule is approved by the Forest Supervisor.

# Why is Timber from the Tongass National Forest Being Offered for Sale?

**National Legislation**

On a national level, the legislative record is very clear about the role of the timber program in the multiple-use mandate of the national forests. The Organic Act of 1897, 16 USC 473-481 (partially repealed in 1976) directed the agency to manage the forests in order to "improve and protect the forest ... [and] for the purpose of securing favorable conditions of water flows, and to _furnish a continuous supply of timber_ for the use and necessities of the citizens

of the United States" (emphasis added). The Multiple-Use Sustained Yield Act of 1960, 16 U.S.C. 528-531, directs the Forest Service to administer federal lands for "outdoor recreation, range, timber, watershed, and wildlife and fish purposes."

The National Forest Management Act (NFMA) of 1976 (16 U.S.C. 472a) states that "the Secretary of Agriculture...[may sell, at not less than appraised value, trees, portions of trees, or forest products located on National Forest System Lands]." Although the heart of the Act is land management planning, the Act also sets policy direction for timber management and public participation in Forest Service decision-making. Under NFMA, the Forest Service was directed to "limit the sale of timber from each national forest to a quantity equal to or less than a quantity which can be removed from such forest annually in perpetuity on a sustained-yield basis" (16 U.S.C. 1611).

NFMA directs the Forest Service to complete land management plans for all units of the National Forest System. Forest Plans are developed by an interdisciplinary team to provide for the coordination of outdoor recreation, range, timber, watershed, wildlife and fish, and wilderness. These plans allocate certain parts of national forest for certain uses.

**Alaska-Specific Legislation**

Legislation unique to Alaska also directs the Forest Service to maintain a commercial timber program. The Alaska National Interest Lands Conservation Act (ANILCA; P.L. 96-487, 1980) and the Tongass Timber Reform Act (TTRA; P.L. 101-625, 1990) speak directly to the issue of Tongass timber supply. Section 705(a) of ANILCA directed the Forest Service to maintain a timber supply from the Tongass at a rate of 4.5 billion board feet per decade. To ensure that the timber target was met, Congress provided for a $40 million annual earmark to fund pre-roading, cultural treatments and innovated logging systems.

Section 101 of TTRA repealed the timber supply mandate and fixed appropriations of ANILCA and replaced them with the following more general direction:

> Sec. 705. (a), Subject to appropriations, other applicable law, and the requirements of the National Forest Management Act (P.L. 94-588); except as provided in subsection 9d) of this section, the Secretary shall, to the extent consistent with providing for the multiple use and sustained yield of all renewable forest resources, seek to provide a supply of timber from the Tongass National Forest which (1) meets the annual market demand for timber from such forest and (2) meets the annual market demand from such forest for each planning cycle.

Timber from the Tongass National Forest is being offered as part of the multiple-use mission of the Forest Service as identified in public laws. Alaska-specific legislation and the Forest Plan direct the Forest Service to seek to provide timber to meet market demand subject to appropriations and balancing of forest uses.

EXHIBIT 1
Page 21 of 46

**Tongass National Forest Land and Resource Management Plan (Forest Plan, 1997, as amended)**

The 1979 *Tongass National Forest Land Management Plan* (TLMP) was the first Forest Plan to be completed. This Forest Plan was scheduled for revision in the late 1980's. This revision incorporated new resource information and scientific studies and went through an intensive public involvement process. The Record of Decision for the revised Forest Plan (*Tongass National Forest Land and Resource Management Plan*) was issued in 1997. This decision was modified in 1999. Subsequently, Alaska Federal Court Judge James K. Singleton vacated the 1999 Forest Plan Record of Decision in a March 30, 2001 court decision. The 1997 Record of Decision is now in effect. Since then, amendments have been made to the 1997 Forest Plan, primarily to modify small Old-growth Habitat Reserves to meet Forest Plan, Appendix K criteria. These amendments have been accomplished with environmental analysis and are documented in decision documents. In certain areas, Land Use Designations have changed from development LUDs that allow timber harvest to Old-growth Habitat LUD or changed from the Old-growth Habitat LUD to development LUDs.

Alaska Federal Court Judge Singleton also directed the Forest Service to supplement the 1997 Forest Plan Final EIS to further evaluate the wilderness values of Inventoried Roadless Areas and make any necessary changes to the prescribed Land Use Designations. The Record of Decision for this Supplemental Environmental Impact Statement was signed in February 2003. The No-action Alternative was selected; no additional lands were recommended for Wilderness designation and no changes were made to the Land Use Designations from the 1997 Record of Decision, as amended.

With regard to timber production, the Record of Decision for the 1997 Plan states: "The Tongass National Forest will continue timber harvest consistent with sustained yield and multiple use goals...The maximum amount of timber that could be harvested (Allowable Sale Quantity or ASQ) during the first decade of the 1997 Forest Plan implementation is an average of 267 MMBF per year." (The SEIS for the Forest Plan estimated that the ASQ would be 259 MMBF, as a result of changes in Land Use Designations, such as Old-growth Reserves and land ownership.) A timber volume level less than the ASQ is likely to be offered over the next few years, given current market conditions, the transition that both the timber industry and the Forest Service are experiencing, and the current amount of appeals and litigation.

The timber resource will be managed for production of sawtimber and other wood products from timberlands available for sustainable timber harvest, on an even-flow, sustained-yield basis and in an economically efficient manner. The Tongass National Forest will seek to provide a timber supply sufficient to meet the annual market demand for Tongass National Forest timber and the market demand for the planning cycle.

The Tongass National Forest will continue to allow timber harvest while maintaining sustained yield and multiple-use goals. The forest-wide standards and guidelines for timber include general direction to "[e]nsure that

EXHIBIT 1
Page 22 of 46

silvicultural systems other than clearcutting are considered through an appropriate project level analysis process. However, uneven-aged management systems will be limited to areas where yarding equipment suited to selective logging can be used..."

Forest-wide, considering all land allocations where timber harvest is permitted, it is estimated that 65 percent of harvesting will involve clearcutting, with the remaining 35 percent utilizing other methods."

In the operation of the Tongass timber program, the Forest Service attempts to strike a balance among timber availability as documented in the Forest Plan, the market demand for timber in Southeast Alaska, the needs and desires of other forest users, and funding allocations made by Congress. The analysis for the Threemile Timber Harvest was completed to comply with the direction in the 1997 Tongass Land and Resource Management Plan (Forest Plan). The effects for the Forest Plan were analyzed as if the maximum timber harvesting allowed by the Forest Plan will occur over the next decade and into the future. This displayed the maximum amount of environmental impacts that could be reasonably foreseen. It is likely that the impacts will be less, since less timber has been harvested in the first 7 years of implementation (Table A-1) than what was projected to occur in the Forest Plan.

**Roadless Area Conservation Rule**

The Roadless Area Conservation Rule (Roadless Rule, January 2001) generally prohibited timber harvest and road construction in inventoried roadless areas on National Forest System lands. Effective January 29, 2004, the Tongass National Forest is temporarily exempted from the prohibitions against timber harvest and road construction within Inventoried Roadless Areas. This temporary exemption of the Tongass will be in effect until the USDA promulgates a subsequent final rule concerning the application of the Roadless Rule within the State of Alaska. An analysis to the effects to Inventoried Roadless Areas within the project area has been included as part of the analysis for this project.

## What Steps Must Be Completed to Prepare a Sale for Offer?

The timber sale program is complex. A number of projects are underway at any given point in time, each of which may be in a different stage of planning and preparation. A system of checkpoints, or "gates" (FSH 2409.18), helps the Forest Service track the accomplishments of each stage of a project from inception to contract termination.

### Gate 1 - Completion of Position Statement

The Position Statement is a brief analysis of the project area with the intent of determining the feasibility of the potential timber sale. This is the first step in the timber sale planning process and it is usually completed from 7 to 10 years before a sale is offered. After the Position Statement is developed, the Forest

Service decides whether to continue to the next phase of the project where an investment in time and money will be made.

### Gate 2 – Sale Area Design, Environmental Documentation, and Decision

This phase of the project is commonly referred to as the "NEPA" phase and includes inventory, public scoping, analysis, draft disclosure of the effects of the project on the environment, public comment, final analysis and disclosure, decision, potential appeal, and potential litigation. Gate 2 activities are generally completed 2 to 6 years before a sale is offered. Legislation and policy changes and appeals and litigation have recently delayed some projects to a much longer timeframe. The product of Gate 2, an environmental decision document, forms the starting point for the next phase.

### Gate 3 – Plan Implementation and Field Layout

During this phase, the information and direction included in the decision document (Gate 2) is used to designate the actual project on the ground. Additional site-specific information is collected at this time. Gate 3 activities are typically completed 1 to 3 years before a sale is offered.

### Gate 4 – Appraisal

The costs and value associated with the timber sale designed in Gate 3 are computed and packaged in a timber sale contract. The contract tells the prospective timber sale purchaser how the sale must be harvested to be in conformance to the project decision document. This occurs during the final year of the project development and culminates with the advertisement of the project for sale.

### Gate 5 – Bid Opening

Gate 5 is completed with the opening of bids for the project. If a bid is submitted, contractual provisions govern when the award of the sale takes place, when the sale will be completed (contract length and operation season), and how timber removal is to occur.

### Gate 6 - Award

Gate 6 is the formal designation of a contract between a bidder and the Forest Service.

EXHIBIT 1
Page 24 of 46



Chart A-1
Average Timeline for the Gate System

**Average Timeline for the Gate System through Award**

Gate 1 — Completion of Project Plan
Gate 2 — Environmental Analysis, Documentation and Decision
Gate 3 — Project Implementation and Field Layout
Gate 4 — Appraisal Offering Package
Gate 5 — Bid Opening
Gate 6 — Award

* Source: Alaska Regional Office unpublished data, (Region 10 2002 Planning Workshop)

## How does the Forest Service Develop Expectations about Future Timber Markets?

The Tongass National Forest makes two determinations on volume to be offered. The first is a determination on volume to be offered for the current year (annual market demand). The annual market demand is analogous to assessing industry performance in the short-term. In the short-run, a firm will make use of its existing equipment to maximize profits or minimize losses. The general approach is to consider the timber requirements of the region's sawmills at different levels of operation and under different assumptions about market conditions and technical processing capability. These assumptions provide a basis for estimating the volume of timber likely to be processed by the industry as a whole in any given year. Timber inventory requirements are acknowledged and estimated in a related calculation. The volume of timber likely to be purchased is equal to the volume needed to make up any inventory shortfall in addition to the volume likely to be harvested in the coming year. The document titled *Evaluating the Demand for Tongass Timber* (Morse 1998) forms the basis for how these estimates were developed. The document titled *Tongass National Forest Timber Sale Procedures* (Morse 2000a) documents actual estimates for the current year. This estimate is what the Tongass plans to offer for the current year of the Ten Year Timber Sale Schedule pending

sufficient funding. Final procedures can be located in the document titled: *Responding to the Market Demand for Tongass Timber* (Morse 2000).

The offer planned could include a combination of new, previously offered, or previously offered and reconfigured timber sales. Both standing timber and salvage will be components of the program. Offerings will consist of those targeted for Small Business qualified firms as well as a portion of the volume being made available for the open market.

## Life of the Forest Plan (Market Demand over the Planning Cycle)

For planning purposes, the Forest Service needs to estimate what the long-term timber demand will be, given the cycles in the market. The Pacific Northwest Research Station was asked for professional assistance in assessing the long-term timber demand.

As the Tongass Land and Resource Management Plan was being revised in 1997, research economists at the Pacific Northwest Research Station (PNW) updated their earlier projections of Alaska timber products output and timber harvest by ownership. The most recent projections of timber harvest over the planning cycle account for several dramatic changes in the region's manufacturing capabilities, increased competition from a number of sources, and steady decline of North America's share of Japanese timber markets.

The Forest Service documents these projections and the means of implementation through the issuance of a Ten Year Timber Sale Schedule. Each year this plan is updated whereby the current year is dropped at the culmination of the fiscal year and a new year ten is added. The basis for this schedule is long-range timber market projections documented in the publication titled *Timber Products Output and Timber Harvest in Alaska: Projections for FY97-10* (Brooks and Haynes 1997). These projections of Alaska timber products output, the derived demand for raw material, and timber harvest by owner are developed from a trend-based analysis. These projections reflect the consequences of recent changes in the Alaska forest sector and long-term trends in markets for Alaska products. With the closure of the two Southeast Alaska pulp mills, demand for Alaska's National Forest System timber now depends on markets for sawn wood and the ability to export manufacturing residues and lower-grade logs. Three alternative projections are used to display a range of possible future demand (Table A-1). Areas of uncertainty include the prospect of continuing changes in markets, in conditions faced by competitors, and the speed and magnitude of investment in manufacturing in Alaska.

Demand projections are important for program planning. They provide guidance to the Forest Service to request budgets, to make decisions about workforce and facilities, and to indicate the need to begin new environmental analysis for future program offerings. They also provide a basis for expectations regarding future harvest, and thus provide an important source of information for establishing the schedule of probable future sale offerings. The weight given to the projections will vary depending on a number of factors,

EXHIBIT 1
Page 26 of 46

Threemile Timber Harvest FEIS                                 Appendix A ■ A-7

such as how recently they were done and how well they appear to have accounted for recent, site-specific events in the timber market.

Table A-1
Projected National Forest Harvest for Market Demand[1]

| Fiscal Year | Projected Harvest (MMBF) | | | Actual |
|---|---|---|---|---|
| | Low | Medium | High | |
| 1998 | 77.3 | 86.0 | 112.2 | 119.8 |
| 1999 | 86.4 | 99.3 | 127.9 | 145.8 |
| 2000 | 95.5 | 115.9 | 142.7 | 146.8 |
| 2001 | 104.6 | 129.0 | 157.7 | 47.8[2] |
| 2002 | 113.7 | 134.9 | 173.1 | 33.8 |
| 2003 | 122.8 | 140.8 | 188.9 | 50.8 |
| 2004 | 131.9 | 146.5 | 205.0 | |
| 2005 | 131.9 | 152.2 | 221.4 | |
| 2006 | 131.9 | 157.8 | 238.2 | |
| 2007 | 132.0 | 163.4 | 255.3 | |
| Average | 112.8 | 132.6 | 182.2 | 90.8 |

[1] Table 1 from *Responding to Market Demand for Tongass Timber*, Morse, April 2000, R10-MB-413. This schedule is based on the projections documented in *Timber Products Output and Timber Harvest in Alaska: Projections for FY97-10* (Brooks and Haynes 1997), and current volumes in the timber sale pipeline process. Prior to the beginning of each fiscal year the amount of volume to be scheduled in that fiscal year is once again analyzed to determine if the projection meets the anticipated need.

[2] Truncated logging season due to Judge James K. Singleton's Forest Plan Appeal Decision, March 30, 2001.

## How does the Forest Service Maintain an Orderly and Predictable Timber Sale Program?

**Pools of Timber (Pipeline Volume)**

As discussed earlier, the Forest Service tracks the accomplishment of various stages of development of each timber sale with the Gate System process. From a timber sale program standpoint, it is also necessary to track and manage multiple projects through a "pipeline" of time as projects collectively move through the Gate System. Because of the timeframes needed to accomplish a given timber sale and the complexities inherent in timber sale project and

program development, it is necessary to track various timber sale program volumes from Gate 1 through Gate 6. Gate 1 volume represents a large amount of program volume, but represents a relatively low investment from project to project. This relative investment level offers the timber program manager a higher degree of flexibility and thus, does not greatly influence the flow of volume through the pipeline. In addition, tracking how much volume that is in appeals or litigation may be necessary to determine possible effects on the flow of potential timber sales.

The goal of the Tongass National Forest is to provide an even flow of timber sale offerings on a sustained yield basis. In past years, this has been difficult to accomplish due to continual reductions in the suitable timberland base, reductions in the timber industry processing capabilities, rapid market fluctuations, and Forest Plan modifications and litigation. To achieve an even flow of timber sale offerings, 'pools' of volume in various stages of the Gate System are maintained so volume offered can be balanced against current year demand and market cycle projections (*Declaration of Frederick L. Norbury, 1994*).

Today, upward trends in demand are resolved by moving outyear timber projects forward which may leave later years not capable of meeting the needs of the industry. In other instances, a number of new projects are started based on today's market but will not be available for a number of years. By the time the added projects are ready for offer, the market and demand for this volume may have changed. Three pools are being tracked to achieve an even flow of timber sale offerings:

- **Pool 1, Timber volume under analysis (Gate 2):** Timber volume under analysis contains sales being analyzed and undergoing public comment through the NEPA process. This process can often take from 1 to 5 years and ends with a NEPA decision. This pool includes any project with a formal Notice of Intent through those with a decision document issued. Volume in appeals and litigation is tracked as a subset of this pool as necessary (Table A-3).
- **Pool 2, Timber volume available for sale (Gate 3, Gate 4 and Gate 5):** Timber volume available for sale contains sales for which environmental analysis has been completed, and administrative appeals and litigation (if any) have been resolved. Enough volume in this pool is maintained to be able to schedule future sale offerings in an orderly manner of the size and configuration that best meets the need of the public. As a matter of policy, and sound business practice, the Forest Service announces probable future sale offerings with the Periodic Timber Sale Announcement. At Gate 4, sales have been fully prepared and appraised, and are available to managers to schedule for sale offerings. This allows potential purchasers an opportunity to do their own evaluations of these offerings in order to determine whether to bid, and if so, at what level.

- **Pool 3, Timber volume under contract (Gate 6):** Timber volume under contract contains sales that have been sold and a contract awarded to a purchaser, but which have not yet been fully harvested. Timber contracts typically, but not always, give the purchaser 3 years to harvest and remove the timber purchased. Contract length is based on the amount of timber in the sale, the current timber demand, and takes into account the accessibility of the area. The longer the contract period the more flexibility the operator has to remove the timber based on market fluctuations. Traditional Forest Service practice is to attempt to maintain about 2 to 3 years of unharvested timber volume under contract to timber purchasers. This volume of timber is the industry's dependable timber supply, which allows immediate flexibility in business decisions. This practice is not limited to the Alaska Region, but is particularly pertinent to Alaska because of the nature of the land base. The relative absence of roads, the island geography, the steep terrain, and the consequent isolation of much of the timber land means that timber purchasers need longer-than-average lead times to plan operations, stage equipment, set up camps, and construct roads prior to beginning harvest.

A combination of actual harvest and projected demand drives the varying timber sale program pipeline pool volume. As purchasers harvest this timber, they deplete the volume under contract. Managers track harvest, and offer sales that give the industry the opportunity to replace this volume and build or maintain their working inventory. Although there can be variation for practical reasons from year to year, in the long-run, over both the high points and low points of the market cycle, timber harvest will equal timber sales.

The Forest Service, based on historical patterns, determines the amount of pipeline volume needing to be maintained in each of the pools.

- Pool 1, Timber Volume under Analysis, should be maintained at approximately 4.5 times the amount of anticipated harvest.
- Pool 2, Timber Volume Available for Sale, should be maintained at approximately 1.3 times the amount of anticipated harvest.
- Pool 3, Volume under Contract, should be maintained at approximately 3 times the amount of anticipated harvest to allow for continuous timber volume to be available.

The objective of the pools concept is to maintain sufficient volume in preparation and under contract to be able to respond to yearly fluctuations in a timely manner. The amount of volume estimated to be harvested for the year sets the basis for what will be maintained in Pools 1-3 (Gates 2 through 6). Should this estimate be incorrect, adjustments can be made in the following years without significant departures in outyear program capabilities. Table A-2 displays the volume levels that are currently in each pool.

EXHIBIT 1
PAGE 29 46

**Appendix A**

Table A-2
Crosswalk between Gate Tracking System (FSH 2409.18) and the concept of Pools of Timber 

| Pipeline Pool Volume | | FY 03 | Planned During FY 04 | Planned End of FY 04 |
|---|---|---|---|---|
| Pool 1 Volume Under Analysis[1] (Gate 2) (MMBF) (4.5 times expected harvest) | | 370-500[2] | 150 [3] | 450-520[4] |
| Pool 2 Volume Available for Sale[5] (Gate 3, Gate 4 and Gate 5) (MMBF) (1.3 times expected harvest) | NEPA Cleared | 360[6] | 70-130[7] | 284-314 |
| | Offered | 118 | 176[8] | -- |
| | Sold | 36 | -- | -- |
| Pool 3. Volume Under Contract[9] (Gate 6) (MMBF) (3 times expected harvest) | Volume under Contract | 193[10] | 176[11] | 223-459[12] |
| | Volume Harvested | 51 | 132[13] | |

[1] Gate 2: projects for which an environmental analysis has been started
[2] Estimated Volume range from all alternatives for all NEPA projects
[3] Estimated volume for environmental analysis projects to be started in FY 04
[4] NEPA project volume minus the volume cleared with NEPA decisions planned for FY 04
[5] Gate 3, field preparation work; Gate 4, timber sale contract package preparation; Gate 5, timber sale bid opening.
[6] Estimated Volume cleared from previous NEPA decisions
[7] Possible Volume from NEPA decisions in FY 04 (if action alternaitve is selected)
[8] From Ten-year Timber Sale Schedule. Average ten-year schedule demand using Tongass National Forest Timber Sale Procedures, (Morse 2000a), updated for FY 2004, is 153 mmbf.
[9] Gate 6: Timber sale award and contract execution, based on the Timber Sale Statement of Accounts.
[10] Volume under contract as of September 30, 2003.
[11] Volume planned for sale in FY 04. Tongass National Forest Ten Year Timber Sale Plan, approved by Forrest Cole, Forest Supervisor, Tongass national Forest, January 12, 2004
[12] Assumes that all sales sell. If all contracts eligible for mutual concellation occur, this volume would be 223 mmbf.
[13] Projected harvest from FY04 demand calculation. Projected harvest from the PNW Research Station using the LOW market scenario was 123 mmbf.

Table A-3
Timber Volume in Appeals and/or Litigation (as of 4/21/04)

| Timber volume remanded on appeals * | 35 Million Board Feet |
|---|---|
| Timber volume enjoined in litigation | 233.65 Million Board Feet |

*Does not include those documents currently in the appeal period or undergoing an appeal.

# Appendix A

**Timber Resource Land Suitability**

The chart below depicts the classification of all the lands within the Tongass National Forest. Four percent of the Tongass land base, the productive suitable and available forest land, provides the land base for the Allowable Sale Quantity of 267 MMBF per year. The remainder of the land, approximately 96 percent, does not allow, is not scheduled, or will not support timber harvest activities (based on Forest Plan, Appendix A).

Chart A-2
1997 Forest Plan Timber Resource Suitability Analysis



Non-Forest land – Land that has never supported forests, e.g. muskeg, rock, ice, etc.
Withdrawn Lands – Lands designated by Congress, the Sec. of Agriculture, or Chief for purposes that preclude timber harvest are classified, e.g. Wilderness Areas
Non-productive Forest – Forest land not capable of producing commercial wood on a sustained yield basis
Productive, Non-development LUD – Productive forest lands that where timber production is not allowed due to Forest Plan land use designation e.g. Semi-Remote Recreation, Old-growth Habitat, etc.
Productive Forest Not suitable – Forest land unsuitable for timber due to physical attributes (steep slopes) and/or inadequate information to insure restocking trees (soils).
Productive Forest, Suitable and Available Scheduled – Forest land that meets all the criteria for timber production suitability and is available and is scheduled by the Forest Plan over the rotation
Productive Forest Suitable and Available Unscheduled – Forest land that meets all the criteria for timber production suitability and is available but not scheduled for harvest over the rotation.

**Allowable Sale Quantity (ASQ)**

The 1997 Forest Plan Record of Decision established an Allowable Sale Quantity (ASQ) for timber at 2.67 billion board feet per decade, which equates to an annual average of 267 million board feet (MMBF) per year. The ASQ serves as an upper limit on the amount of timber that may be offered for sale

Exhibit 1
Page 31 of 46

each year as part of the regularly scheduled timber sale program. It consists of two separate Non-Interchangeable Components (NICs) called NIC I and NIC II. The NIC I component includes lands that can be harvested with normal logging systems including helicopter logging with less than ¾ mile yarding distance. The NIC II component includes land that has high logging costs due to isolation or special equipment requirements. Most of these NIC II lands are presently considered economically and technically marginal.

There are two purposes of partitioning the ASQ into two components:

- to maintain the economic sustainability of the timber resource by preventing the over-harvest of the best operable ground and
- to identify that portion of the timber supply that is at risk of attainment because of marginal economic conditions.

**District-Level Planning**

The Tongass National Forest is divided into ten ranger districts. For planning and scheduling purposes, the allowable sale quantity is distributed by ranger district. Each district has been allocated a portion of the timber harvest program based on the FORPLAN computer run and availability of suitable and available acres, to implement the Forest Plan, and Section 101 of the Tongass Timber Reform Act (1990). The average distribution of the Forest Plan ASQ harvest among the ranger districts is displayed in Table A-4 (all volumes are identified as sawlog plus utility).

Table A-4
Distribution of Forest Plan ASQ for the Tongass National Forest Ranger Districts

| Ranger District | Non-Interchangeable Components | |
|---|---|---|
| | NIC I | NIC II |
| Ketchikan/Misty Fiords | 32 | 7 |
| Thorne Bay | 42 | 9 |
| Craig | 33 | 7 |
| Wrangell | 28 | 6 |
| Petersburg | 50 | 9 |
| Sitka | 17 | 4 |
| Hoonah | 7 | 2 |
| Juneau | 7 | 2 |
| Yakutat | 4 | 1 |
| Admiralty National Monument | 0 | 0 |
| **NIC Totals** | 220 | 47 |
| **ASQ Total (mmbf)** | 267 | |

The Forest Supervisor for the Tongass National Forest has discrete responsibilities for the overall management of the Forest's timber sale program. Included within these responsibilities is making the determination on the

EXHIBIT J
Page 32 of 46