amount of timber volume to be made available to industry, as described above. Once a determination is made for the current year (annual demand) offer level, the information is presented to Congress via the Regional Forester and Chief of the Forest Service. Whether or not funding is appropriated to attain the program is the responsibility of the Congress and the President of the United States.

While the debate on funding takes place, the Tongass Forest Supervisor directs the District Rangers to formulate a timber sale plan that attains the prescribed offer level for the current year as well as developing outyear timber programs based on projected market demand for the planning cycle. District Rangers are also directed to prioritize efforts in areas that are economical as possible and are not subject to pending legislation and litigation. The Ranger's role is to recommend to the Forest Supervisor timber harvest projects that meet Forest Plan goals and objectives. Districts work on various projects simultaneously, resulting in continual movement of projects through the stages of the timber program pipeline. Their schedule allows the necessary time to complete preliminary analysis, resource inventories, environmental documentation, field layout preparations and permit acquisition, appraisal of timber resource values, advertisement of sale characteristics for potential bidders, bid opening, and physical award of the timber sale. Once all of the Rangers' recommendations are made and compiled into a consolidated schedule, the Forest Supervisor is responsible for the review and approval of the final schedule.

The implementation of the sales on the schedule depends on Congressional appropriations. In the event insufficient funds or resolution to pending litigation or legislation delay planned sales, timber sale projects are selected and implemented on a priority basis. Generally, the higher priority projects include sales where investments such as road networks, camps or log transfer facilities have already been established or where land management status is not under dispute. The location and distribution of sales across the Tongass is also taken into account to distribute the impacts to the environment and users of the area and to provide sales in proximity to all processing facilities. Those sales that are not implemented or only partially implemented are moved to an outyear. The sale schedule becomes very dynamic in nature due to the number of influences on each district. A formal review of the schedule is done annually by the Forest Supervisor in consultation with the District Rangers, and amendments are made as needed through the course of the year. (The Tongass Timber Sale Plan is located on the Tongass National Forest Website, *www.fs.fed.us/r10/tongass/*).

The National Forest Management Act requires the Forest Service to develop timber sale schedules that encompass the life of the Forest Plan. The Tongass National Forest Planning process culminated in issuance of the *Record of Decision* for the *Tongass Land and Resource Management Plan*. The timber sale schedule is included in Appendix L of the Forest Plan. In response to this Plan, the Tongass has prepared a Ten Year Timber Sale Schedule for Fiscal Years 2004-2013. The Ten Year Timber Sale Schedule for Fiscal Year 2004-

EXHIBIT 1
Page 33 of 46

2013 offer levels are based to the extent possible on the annual market demand estimates. This demand is calculated annually and the ten year plan is then updated. Demand may fluctuate from year to year but recent years have shown little change in the demand. Offerings may vary from year to year but averages out to the low market scenario range as determined by the calculated annual demand. Planning delays attributable to the resolution of the Roadless Rule and court ordered injunctions has affected this offer level in recent years. Table A-5 displays the timber sales planned for Fiscal Year 2004 and are an example of the information available on the schedule. These sales may change because of appeals and litigation, economics or policy changes.

The Ten Year Timber Sale Schedule provides the following information among other items:

**NEPA Project:** Environmental document project name. This name may or may not differ from the timber sale project name depending on how many sales originate from the original NEPA document.

**Decision Date:** The date of the decision document, whether planned or actual. "(Date)*" denotes the project has started and completion is planned within the Fiscal Year but there is no decision at this time.

**RD:** Ranger district where project is located

**NEPA decision volume (MMBF):** The amount of volume in million board foot approved by the NEPA decision document. Timber sale project volume (sawlog plus utility).

**Sale Name:** Timber sale project name. Volume from a NEPA document may be divided into several sales or volumes can be combined from several NEPA documents.

**Gate 3 (Layout):** The fiscal year sale is to be laid out. If blank, the sale has previously been delineated on the ground and cruised. Number indicates potential or actual volume depending if cruise and appraisal is complete.

**Gate 5 (Offer):** The fiscal year sale is to be offered for sale. Number indicates potential or actual volume depending if cruise and appraisal is complete.

Table A-5
Tongass Ten Year Timber Sale Schedule -Fiscal Year 2004

| Project Name | NEPA Decision Date Gate 2 | Ranger District (RD) | NEPA Decision (MMbf) | Sale Name | Gate 3 | Gate 5 |
|---|---|---|---|---|---|---|
| Licking Ck EIS, Sea Level EIS, Mop Point EA, Brand X EA | Various | Ketchikan RD | 73.0 | Painted Peak | 40.0 | 40.0 |
| Sea Level EIS | X | Ketchikan RD | 51.0 | Orion North | 8.0 | 8.0 |
| Boundary EA | Jan-04 | Ketchikan RD | 3.0 | Boundary | 3.0 | 3.0 |
| Cholmondeley EIS | Apr-03 | Craig RD | 35.0 | Sunny | 7.0 | 7.0 |
| Cholmondeley EIS | Apr-03 | Craig RD | 35.0 | Cher | 5.0 | 5.0 |
| Thorne Bay Small Sale EAs | Various | Thorne Bay RD | 11.2 | Various | 2.7 | 3.0 |
| Roadside EA | X | Thorne Bay RD | 15.0 | Small Sales | 1.9 | 2.0 |
| Lab Bay EIS | X | Thorne Bay RD | 42.2 | Thorne Island | 0.0 | 1.8 |
| Luck Lake EIS | X | Thorne Bay RD | 22.0 | Luck Lake ReOffer | 0.0 | 13.9 |
| Luck Lake EIS | X | Thorne Bay RD | 22.0 | Lucky Logger | 0.0 | 0.5 |
| Control Lake EIS | X | Thorne Bay RD | 57.9 | Kogish/Shiniku | 2.0 | 10.0 |
| Heceta Second Growth EA | (Apr-04)* | Thorne Bay RD | 5.5 | Heceta CT Sale | 0.1 | 5.5 |
| | | Juneau RD | 0.0 | No Sales Planned | | |
| Finger Mountain EIS | Jun-03 | Sitka RD | 21.4 | Inbetween | | 10.1 |
| Finger Mountain EIS | Jun-03 | Sitka RD | 21.4 | Fogg Creek | 10.3 | 10.3 |
| 8-Fathom | X | Hoonah RD | X | Midway/Hotsprings | | 15.8 |
| Hoonah RD Small Sales EA | (Jul-04)* | Hoonah RD | 0.4 | Small Sales | 0.4 | 0.4 |
| Salvage CE | (May- | Yakatat RD | 0.2 | Small Sales | 0.1 | 0.1 |
| South Lindenberg EIS | X | Petersburg RD | 40.0 | South Lindy Mt. Re-sale Two | 13.5 | 13.5 |
| Woodpecker EIS | March-02 | Petersburg RD | 4.5 | Cove | 0.5 | 0.5 |
| Threemile EIS | (April-04)* | Petersburg RD | 20.0 | Threemile | 20.0 | 20.0 |
| Overlook EA NEPA | (Jun-04)* | Petersburg RD | 7.0 | Overlook | 2.0 | 2.0 |
| Doughnut EA | X | Wrangell RD | 8.0 | Doughnut | | 3.4 |

EXHIBIT 1
Page 35 of 46

## How Does the Forest Service Decide Where Timber Harvest Projects Should be Located?

The location of timber sale projects is based on the land allocation directed in the Forest Plan decision. The Forest Plan allows timber sales in areas identified as Timber Production, Modified Landscape, and Scenic Viewshed Land Use Designations.

The District Ranger is responsible for identifying and recommending the project areas for the Ten Year Timber Sale Schedule. The considerations the Ranger makes on each project include but are not limited to the following:

- The project area contains a sufficient number of acres allocated to development Land Use Designations to make timber harvest in the area appropriate under the Forest Plan. There is an adequate amount of suitable and available land for timber harvest opportunities. Available information indicates harvest of the amount of timber volume being considered for this project can occur consistent with the Forest Plan standards and guidelines, other resource protection requirements and human needs such as subsistence.
- The project and proposed timber harvest volume contribute to achieving the goals and objectives of implementing the Forest Plan.
- The potential investment in infrastructure (roads, bridges, log transfer facilities, camps, rock pits, etc.) necessary for sustainable timber harvest offerings is achievable with the project and estimated value of timber. Where infrastructure already exists, this project will enable any maintenance and upgrade of the facilities necessary for removal of timber volume.
- Based on current year and anticipated outyear timber volume demand, volume currently under contract; anticipated Congressional allocations, and the availability of resources to fully prepare and offer this project for sale, this project is consistent with and meets all laws and regulations governing the removal of timber from National Forest System lands, Forest Service policies as described in the manuals and handbooks, and the 1997 Tongass Land and Resource Management Plan FEIS and ROD.

## How Does This Project Fit into the Tongass Timber Program?

The Threemile Timber Harvest project is currently in Gate 2, "Volume Under Analysis." The amount of volume for the action alternatives is approximately 11.0 mmbf to 20.2 mmbf that could contribute to the Tongass Timber Sale Program. A no-action alternative is also included. If an action alternative is

selected in the decision for Threemile Timber Harvest this volume will be added to the volume available for sale. As described in above, the volume of timber needed to maintain Pool 1 is 4.5 times the expected harvest for that year. Currently, forest-wide, Pool 1 contains from 450 mmbf to 520 mmbf inclusive of this project. Therefore, the Threemile Timber Harvest project is consistent with program planning objectives and necessary to meet the goal of providing an orderly flow of timber from the Tongass on a sustained yield basis. Given the included information, it is reasonable to be conducting the environmental analysis for this project at this time. The Threemile Timber Harvest project is tentatively proposed for decision in FY 04 and offer beginning in Fiscal Year 05 (Tongass National Forest Ten Year Timber Sale Plan, Forrest Cole, Forest Supervisor, Tongass National Forest, January 12, 2004).

## Why Can't This Project Occur Somewhere Else?

The suitable and available land base on the Tongass National Forest is capable of supporting an Allowable Sale Quantity of 267 MMBF annually, 220 MMBF of which is considered economical (i.e. the NIC I component) under the usual markets. Based on the projected market demand for the planning cycle, all suitable timberlands will eventually be scheduled for harvest to meet the current and projected demand for raw material in Southeast Alaska. The relocation of this project to another area is inefficient and potentially contrary to the standards and guidelines of the Forest Plan. This decision is based on the cumulative impact on other resources from past harvest activities, the location of timber sales under contract, and the eventual use of all suitable lands for timber sale projects.

The reasons this area is being considered include:

- Areas with available timber will be necessary to consider for harvest in order to seek to provide a supply of timber from the Tongass National Forest which (1) meets the annual market demand for timber from such forest and (2) meets the market demand from such forest for each planning cycle, pursuant to Section 101 of the Tongass Timber Reform Act (TTRA).
- The potential effects on subsistence resources are projected to differ little based on the sequence these areas are harvested. Harvesting other areas with available timber on the Tongass National Forest is expected to have similar potential effects on resources, including those used for subsistence, because of widespread distribution of subsistence use and other factors. Harvest within other areas is foreseeable under the Forest Plan.
- Providing substantially less timber volume than required to meet Forest Plan and TTRA Section 101 timber supply and employment objectives in order to avoid harvest in the project area is not necessary or reasonable.
- It is reasonable to schedule harvest in the project area rather than in other areas at the present time based on access and the roaded nature of the area,

level of controversy over subsistence and other effects, the ability to complete the National Environmental Policy Act (NEPA) process and make timber available to meet the needs of dependent industries. Other areas that are reasonable to consider for harvest in the near future are the subjects of other project EISs that are currently ongoing or scheduled to begin soon.

EXHIBIT 1
Page 38 of 46

# Alaska Forest Association, Inc.



June 18, 2001

111 STEDMAN SUITE 200
KETCHIKAN, ALASKA 99901-6599
Phone 907-225-6114
FAX 907-225-5920

Patricia Grantham
District Ranger
P.O. Box 1328
Petersburg, AK 99833

**RE: Threemile Timber Harvest Draft Environmental Impact Statement**

Dear Mrs. Grantham:

This letter is Alaska Forest Association's (AFA) response to the Threemile Timber Harvest Draft Environmental Impact Statement, Tongass National Forest. AFA represents approximately 80 members and 140 associate member companies. AFA, its members, their hundreds of employees and the communities of Alaska depend on the Forest Service to provide economic timber sales of sufficient volume to meet the needs of Alaska's timber industry.

AFA has reviewed the Threemile Timber Harvest DEIS published and distributed in January 2001. AFA supports the Threemile Timber Harvest project and looks forward to the successful implementation of timber sales that help meet all the goals set forth in the Tongass Land Management Plan (TLMP), including production of sufficient timber to meet the market demand.

AFA supports the "Purpose and Need" statement for the Threemile Timber Harvest Sales project (DEIS, page 1-2 through 1-8), particularly the forest plan goals and objectives listed at the top of page 1-2. Number 1 is particularly important as it requires the management of the timber resource to provide for timber harvest "...on an even-flow, long-term sustained yield basis **and in an economically efficient manner**". Timber sale economics are as critical to a successful timber sale program as is adequate volume offered.

AFA supports Alternative 4, with modifications of the Threemile Timber Harvest DEIS. This alternative provides TLMP-required environmental mitigation as well as being the most economical alternative. This alternative will harvest 18.3 mmbf bringing in a net stumpage value at a little more than four million dollars. Therefore, AFA feels alternative 4 is the most economically feasible sale. Our second choice is Alternative 3 which will harvest 20.1 mmbf bringing in a net stumpage value at about 3.4 million dollars. In alternative 3 there will be approximately 360 acres harvested by helicopter. The Forest Service should consider changing helicopter harvest prescriptions to conventional and less expensive harvesting methods which would improve the economic viability of these sales.

**RECEIVED**

**JUN 25 2001**

**FOREST SERVICE**

SERVING ALASKA'S FOREST INDUSTRY

EXHIBIT 1
Page 39 of 46

Managing stands on Kuiu Island under a 200-year rotation is not feasible given the amount of timberlands withdrawn from timber management by wilderness and other management prescriptions that do not allow timber management. The small amount of the Tongass on which timber management is permitted must be utilized to maximize timber production if the demand for timber is to be met.

Many of the prescriptions for harvest of the units on the Threemile EIS are not practical given the small number of acres available for timber management and the large number of undisturbed acres adjacent to the units proposed for harvest. Partial cuts on the Tongass have questionable value given the adverse impact on economics and the questionable effects on second growth. Partial cuts started with the Alternatives to Clearcut Program 4-5 years ago. It is time to evaluate the silvicultural benefits of this program. This is an important under taking given the fact that there are millions of acres available for habitat and stand structure and only a few thousand acres available for production of timber. The vigorous second growth on the clear cut lands are evidence of the value of clear cutting as a preferred silvicultural practice with little evidence that the partial cut methods being imposed are beneficial.

Partial cutting the shovel logging in unit 7 will reduce the volume in and the economics of the unit. The pay back for this prescription is questionable the unit is surrounded by untouched areas. The space between units provide corridors as well as the stream buffers and partial cuts between settings.

The large portion cut in the SE ½ of unit 9 should be converted to clearcut for the same reasons expressed for unit 7. The potential damage to residual trees will have the overall effect of weakening the stand. The root damage from the shovel walking will effect the health as well as the potential breakage.

The partial cut setting in unit 10 should be converted to clearcut for the same reasons as units 7 and 9. It is even more difficult to protect residual trees when cable logging than with shovel logging. Breakage is greater and root damage will result from logs dragged to the landing.

Extend yarding distance in unit 12 to at least 1000 feet in the areas where additional timber can be reached. Drop at least 2 of the partial cuts on the setting boundaries.

Clearcut the setting in unit 13 that is to be shovel logged for the same reasons as in unit 7. Unit 15 should have the partial cut dropped. Add unit 18 to Alternative 4, for economics. The partial cuts on the setting boundaries should be designed so that there are no blind leads for cable logging settings.

Making the above changes will increase the volume to be logged in Alternative 4 and improve the economics by reducing the fixed and yarding costs. See attached table:

RECEIVED
JUN 25 2001
FOREST SERVICE

**3 Mile Units**

| Unit No. | Total Acres | Clear Cut Acres | Dia. Limit Acres | Ind. Trees Acres | Remarks |
|---|---|---|---|---|---|
| 7 | 62 | 40 | 13 | 9 | Clear cut the shovel logging |
| 8 | 8 | 8 | | | |
| 9 | 91 | 30 | 51 | 10 | Clear cut SE ½ of unit |
| 10 | 113 | 60 | 43 | 10 | Clear cut NE setting |
| 11 | 16 | 16 | | | |
| 12 | 78 | 62 | | 16 | Extend yarding distance to pick up all that can be reached |
| 13 | 105 | 51 | 42 | 12 | Clear cut the shovel logging |
| 15 | 140 | 70 | 48 | 22 | Clear cut the shovel logging |
| 18 | 11 | 11 | | | add to alternative |
| Total | 624 | 348 | 197 | 79 | Before changes |
| Percent | 100% | 56% | 31% | 13% | Before changes |
| MBF | 18500 | | | | Before changes |
| MBF/AC | | 34 | 34 | 21 | After changes |
| Total MBF | 20189 | 11832 | 6698 | 1659 | Volume resulting from changing Diameter Limit cut to clear cut and adding unit 18 |

Alaska Forest Association appreciated the opportunity to comment on the Threemile Timber Harvesting DEIS; should you have any questions concerning any of these comments, please contact me at (907)225-6114.

Sincerely,

Owen Graham
Executive Director

**RECEIVED**
JUN 25 2001
FOREST SERVICE



June 15, 2001

RECEIVED
JUN 1 8 2001
PETERSBURG OFFICE
TONGASS N.F.

Everett Kissinger, Team Leader
USDA forest Service
P.O. Box 1328
Petersburg, AK 99833

Attn: Threemile Project Area

Sealaska Corporation appreciates being given the opportunity to comment on the above referenced sale. Sealaska supports a combination of Alternatives 2 and 4, with other recommended modifications, which provides the largest amount of volume while maintaining all other amenities, including indicator species, at a continued high level. The forest products industry is fighting to stay alive because past Forest Service actions have reduced the supply of timber for sale to record low levels. The industry needs this sale and others to come in order to provide employment while still meeting other amenity needs. Sealaska urges that the Forest Service implement Alternative 4 with our suggested modifications in an expeditious manner.

Sealaska Corporation has reviewed the above referenced document and offers the following comments for your consideration:

Due to recent court decisions, the guidelines in the 1997 ROD should govern how much timber should be made available for sale in the area covered by this DEIS. At that time consideration was given to providing for a harvest of 48 MMBF, which can be sustained while still protecting habitat and other uses.

It is recommended that road access be provided to units 1 – 5. In addition, the layout should be done in a manner that will allow for conventional hi-lead harvest.

Portions of old harvest units have been designated for partial harvest in order to salvage blown down timber. In order for such units to be harvested economically, helicopter turns must be no greater than ½ mile in distance. Our analysis shows that units 30-33, 36, and 40 have the best opportunities for economical salvage largely because they can be accessed by road. Also, some of the standing green plus all of the merchantable down timber should be harvested. Some of these units can be harvested using conventional cable yarding.

An LTF should be constructed in Three Mile Arm. Since up to 48 MMBF may be harvested during the next entry, careful introduction of log bundles into the water can be

One Sealaska Plaza, Suite 400 · Juneau, AK 99801-1276 · Phone (907) 586-1512 · Fax (907) 586-1826

EXHIBIT 1
Page 42 of 46

Appendix C ■ C - 82

Threemile Timber Harvest EIS

tolerated because bark dispersal should be well within one acre. This will have minimal impact on the marine ecology in Three Mile Arm.

Units 19 – 25 are small, isolated, difficult for fallers to reach, and costly to harvest by helicopter. They should either be deleted or modified in size to include road access so that they will be more economical while still meeting forest management objectives.

Thank you for giving Sealaska the opportunity to respond to the Three Mile Arm Sales DEIS.

Sincerely,

SEALASKA CORPORATION

Richard P. Harris
Senior Vice President
Natural Resources

EXHIBIT 1
PAGE 43 46

**KETCHIKAN GATEWAY BOROUGH**
Office of the Borough Manager • 344 Front Street • Ketchikan, Alaska 99901

Georgianna Zimmerle
Borough Manager
(907) 228-6625
Fax: (907) 247-6625
boromgr@ktn.net

June 22, 2001

RECEIVED
JUN 27 2001
FOREST SERVICE

Patricia Grantham
District Ranger
P.O. Box 1328
Petersburg, AK 99833

**THREEMILE TIMBER HARVEST DRAFT ENVIRONMENTAL IMPACT STATEMENT**

The Ketchikan Gateway Borough ("KGB") has reviewed the Draft Environmental Impact Statement (DEIS) for the Threemile Timber Harvest, Tongass National Forest. The KGB is a second class borough and municipality organized under the laws of the State of Alaska, and is located in the Tongass National Forest. Ketchikan is a timber-dependant community and a recipient of timber receipt revenues pursuant to 16 U.S.C. sec. 500. KGB residents engage in varied activities within the Tongass National Forest, including recreation activities such as hiking, camping, fishing, hunting, and personal use timber extraction. Other KGB residents participate in commercial timber harvest as part of the activities that comprise the area economy.

As a general matter, the KGB supports the proposal to harvest timber from the Threemile Timber Sales project area. The KGB believes that the Forest Service should make the maximum utilization of timber sale opportunities in areas of the Tongass that are designated Timber Production in the Tongass Land Management Plan so that manufacturing facilities in Ketchikan and elsewhere in Southeast Alaska have an opportunity to purchase sufficient timber to meet their manufacturing needs.

The KGB supports the "Purpose and Need" evaluation for the Threemile Timber Harvest Sales project (DEIS, page 1-2 through 1-8), particularly the forest plan goals and objectives listed at the top of page 1-2. Number 1 is particularly important as it requires the management of the timber resource to provide for timber harvest "…on an even-flow, long-term sustained yield basis and in an economically efficient manner". Timber sale economics are as critical to a successful timber sale program as is adequate volume offered.

KGB supports Alternative 4, with modifications of the Threemile Timber Harvest DEIS. This alternative appears to meet all the requirements of the current Land Management Plan as well as being the most economical alternative in the Draft. This alternative

1
44 of 46

Patricia Grantham     2     June 22, 2001

will harvest 18.3 mmbf bringing in a net stumpage value of a little more than four million dollars. Therefore, KGB feels alternative 4 is the most economically feasible sale. Our second choice is Alternative 3 which will harvest 20.1 mmbf bringing in a net stumpage value at about 3.4 million dollars. In alternative 3 there will be approximately 360 acres harvested by helicopter. The Forest Service should consider changing helicopter harvest prescriptions to conventional and less expensive harvesting methods which would improve the economic viability of these sales. This will be particularly important in low wood products market cycles.

Managing stands on Kuiu Island under a 200-year rotation is not feasible given the amount of timberlands already withdrawn from timber management by wilderness and other management prescriptions that do not allow timber management. The small amount of the Tongass on which timber management is permitted must be utilized to maximize timber production if the demand for timber is to be met.

Many of the prescriptions for harvest of the units on the Threemile EIS are not practical given the small number of acres available for timber management and the large number of undisturbed acres adjacent to the units proposed for harvest. Partial cuts on the Tongass have questionable value given the adverse impact on economics and the questionable effects on second growth. Partial cuts started with the Alternatives to Clearcut Program 4-5 years ago. It is time to evaluate the silvicultural benefits of this program. This is an important undertaking given the fact that there are millions of acres available for habitat and stand structure and only a few thousand acres available for production of timber. The vigorous second growth on the lands clear cut in the past are evidence of the value of clear cutting as a preferred silvicultural practice with little evidence that the partial cut methods being imposed are beneficial.

Partial cutting of the shovel logging in unit 7 will reduce the volume and the economics of the unit. The pay back for this prescription is questionable as the unit is surrounded by untouched areas. The leave strips between units provide adequate wildlife corridors as do the stream buffers.

The large partial cut in the South East ½ of unit 9 should be converted to clearcut for the same reasons expressed for unit 7. The potential damage to residual trees will have the overall effect of weakening the stand. The root damage from the shovel walking will effect the health as well as the potential breakage.

The partial cut silvicultural prescription in unit 10 should be converted to a clear cut prescription for the same reasons as units 7 and 9. It is even more difficult to protect residual trees when cable logging than it is with shovel logging because breakage is greatest. Root damage will result from logs dragged to the landing.

RECEIVED
JUN 27 2001
FOREST SERVICE



EXHIBIT 1
Page 45 of 46

Patricia Grantham                                    -3-                          June 22, 2001

We recommend you expand unit 12 until the yarding distance is at least 1000 feet in the areas where additional timber can be reached. Drop at least two of the partial cuts on the setting boundaries.

Try to clear cut the setting in unit 13 that is to be shovel logged for the same reasons as in unit 7.

For timber economics unit 15 should also have the partial cut dropped.

We recommend you add unit 18 to Alternative 4, for timber sale economic improvement. The partial cuts on the setting boundaries should be designed so that there are no blind leads for all cable logging settings in all units.

Making the above changes will increase the volume to be logged in Alternative 4 and improve the economics by reducing the fixed costs and yarding costs.

The Ketchikan Gateway Borough appreciated the opportunity to comment on the Threemile Timber Harvesting DEIS. Should you have any questions concerning any of these comments, please contact me at (907)228-6625.

*[signature]*
Georgianna Zimmerle
Borough Manager

RECEIVED
JUN 27 2001
FOREST SERVICE

EXHIBIT 1
Page 46 of 46

Threemile Timber Harvest EIS                                        Appendix C ■ C - 121