**Current Sales From Tongass Database**

| F | R D | STARS Number | Sale Name | Purchaser | G S | t | CF | Fiscal Year | Offer Year | Contract Number |
|---|-----|-------------|-----------|-----------|-----|---|----|-------------|------------|-----------------|
| 5 | 52 | 5118 | Buckdance-Madder Re-offer | | O | 3 | 6 | 2006 | | |
| 5 | 54 | 6047 | Bucktooth Special Salvage | | O | 4 | 6T | 2006 | 2006 | |
| 5 | 22 | 6054 | HOEDOWN SPECIAL SALVAGE | | | 4 | 4T | 2006 | 2006 | |
| 5 | 33 | 5120 | KENSINGTON SETTLEMENT #2 | COEUR ALASKA, INC. | O | 6 | 6T | 2006 | 2006 | 61005 |
| 5 | 54 | 6046 | Lucky Charm Reoffer II | | O | 4 | 6T | 2006 | 2006 | |
| 5 | 54 | 6048 | MICROSALE # 100 | SCOTT ARRINGTON | O | 6 | 4T | 2006 | 2006 | 903156 |
| 5 | 54 | 6051 | MICROSALE #115 | JERRY BAKER WEIRD ALASKA | O | 6 | 4T | 2006 | 2006 | 903164 |
| 5 | 54 | 6053 | MICROSALE #116 | BRENT COLE | O | 3 | 3T | 2006 | 2006 | 61054 |
| 5 | 54 | 6056 | MICROSALE #117 | | O | 3 | 4T | 2006 | | |
| 5 | 51 | 6043 | MICROSALE #21 | | O | 3 | 3T | 2006 | | |
| 5 | 51 | 6044 | POWER LINE ROW | | O | 4 | 3T | 2006 | 2006 | |
| 5 | 54 | 6045 | Red Carpet Special Salvag | | O | 4 | 3T | 2006 | 2006 | |
| 5 | 51 | 5076 | AMBROSIA | H & L SALVAGE, INC. | O | 6 | 6T | 2005 | 2005 | 60866 |
| 5 | 54 | 5040 | ANGEL | MEL COOK | O | 6 | 6T | 2005 | 2005 | 60809 |
| 5 | 34 | 5093 | 'B' ROAD POWERLINE | KWAAN ELECTRIC TRANSMISSI | O | 6 | 6T | 2005 | 2005 | 60783 |
| 5 | 22 | 5081 | BEARCLAW SPECIAL SALVAGE | | D | 5 | 3T | 2005 | 2005 | |
| 5 | 54 | 5114 | Beaver Tail Special Salva | JAMES HARRISON | O | 6 | 6T | 2005 | 2005 | 61039 |
| 5 | 32 | 5088 | BIG BEAR | DAN FANNING D & L WOODWOR | O | 6 | 6T | 2005 | 2005 | 60932 |
| 5 | 54 | 5041 | BINDER | JAMES HARRISON | O | 6 | 6T | 2005 | 2005 | 60817 |
| 5 | 21 | 9999 | Bocephus | | D | 5 | 6 | 2005 | 2005 | |
| 5 | 54 | 5054 | BUCKDANCE-MADDER | | D | 5 | 6T | 2005 | 2005 | |
| 5 | 33 | 5066 | CASCADE POINT ROW SETTLEM | DEPT. OF TRANSPORATION & | O | 6 | 6T | 2005 | 2005 | 60684 |
| 5 | 51 | 4097 | CHER | | D | 3 | 6 | 2005 | | |
| 5 | 54 | 5072 | Cobble Creek | | D | 5 | 6T | 2005 | 2005 | |
| 5 | 35 | 5074 | COYAK SALVAGE | ALCAN FOREST PRODUCTS, LL | O | 6 | 6 | 2005 | 2005 | 60718 |
| 5 | 22 | 5082 | Doughnut | | D | 5 | 6 | 2005 | | |
| 5 | 54 | 5105 | Drumlin Reoffer | | D | 5 | 6T | 2005 | 2005 | |
| 5 | 32 | 5089 | DRY STREAM SPECIAL SALVAG | WES TYLER ICY STRAITS LUM | O | 6 | 6T | 2005 | 2005 | 60940 |
| 5 | 54 | 5065 | FLYBOY SALVAGE | HAROLD A RHODES | | 6 | 4T | 2005 | 2005 | 902984 |
| 5 | 33 | 5059 | GREENS CREEK SAND PIT | KENNECOTT GREEN'S CREEK M | | 6 | 4T | 2005 | 2005 | 902802 |
| 5 | 54 | 5117 | Kartuk Tea Plant Collect | KARTUK TEA PLANT COLLECTN | | 6 | 4 | 2005 | 2005 | |
| 5 | 33 | 5108 | KENSINGTON GOLD PROJ SETT | COEUR ALASKA, INC. | O | 6 | 6T | 2005 | 2005 | 60924 |
| 5 | 54 | 5070 | KOSCIUSKO STEWARDSHIP PRO | PAT RICHTER CSL FARM AND | O | 6 | IR | 2005 | 2005 | 60999 |
| 5 | 21 | 5112 | Lindenberg | VIKING LUMBER COMPANY | O | 5 | 6T | 2005 | 2005 | 61062 |
| 5 | 51 | 5084 | LITTLE ROCK | H & L SALVAGE, INC. | O | 5 | 6T | 2005 | 2005 | 61013 |
| 5 | 51 | 5090 | LOW RIDGE | STEVE LITTLE | O | 5 | 6T | 2005 | 2005 | 60965 |
| 5 | 32 | 5098 | Luck Lac II | VIKING LUMBER COMPANY | O | 5 | 6 | 2005 | 2005 | 60957 |
| 5 | 54 | 5060 | MICRO SALE # 94 | STEVE JOHNSON | | 6 | 4T | 2005 | 2005 | 902869 |

DEF. EXHIBIT 5
Page 1 of 22

Current Sales From Tongass Database

| F | D | STARS Number | Sale Name | Purchaser | S | t | CF | Fiscal Year | Offer Year | Contract Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 54 | 5061 | MICRO SALE # 95 | SCOTT ARRINGTON | | 6 | 4T | 2005 | 2005 | 902877 |
| 5 | 54 | 5064 | MICRO SALE # 98 | STEVE JOHNSON | | 6 | 4T | 2005 | 2005 | 902885 |
| 5 | 51 | 5052 | Micro Sale #11 | LARRY TRUMBLE | | 6 | 4P | 2005 | 2005 | 902893 |
| 5 | 51 | 5071 | MICRO SALE #18 | LARRY TRUMBLE | | 6 | 4P | 2005 | 2005 | 903008 |
| 5 | 51 | 5113 | Micro Sale #20 | WINROD LOGGING JON D WINR | O | 6 | 3T | 2005 | 2005 | 60973 |
| 5 | 51 | 5067 | Micro Sale #82 | STEVE JOHNSON | O | 6 | 4T | 2005 | 2005 | 902943 |
| 5 | 51 | 5063 | Micro Sale #9 | FRED ENSIGN WINDY POINT S | O | 6 | 3T | 2005 | 2005 | 60668 |
| 5 | 54 | 5068 | Micro Sale #97 | SCOTT ARRINGTON | | 6 | 4T | 2005 | 2005 | 902992 |
| 5 | 54 | 5079 | MICROSALE # 102 | RED ESSLINGER MOUNTAIN MA | O | 6 | 3T | 2005 | 2005 | 60791 |
| 5 | 54 | 5091 | MICROSALE # 103 | SCOTT ARRINGTON | C | 6 | 3T | 2005 | 2005 | 60742 |
| 5 | 54 | 5086 | MICROSALE # 104 | LARRY TRUMBLE | O | 6 | 3T | 2005 | 2005 | 60726 |
| 5 | 54 | 5103 | MICROSALE # 106 | STEVE JOHNSON | O | 6 | 3T | 2005 | 2005 | 60882 |
| 5 | 54 | 5100 | MICROSALE # 107 | LARRY TRUMBLE | C | 6 | 3T | 2005 | 2005 | 60833 |
| 5 | 54 | 5101 | MICROSALE # 108 | DANNY SUNDE | O | 6 | 3T | 2005 | 2005 | 60908 |
| 5 | 54 | 5102 | MICROSALE # 109 | WILLIAM KAUFMAN MURWOOD | O | 6 | 3T | 2005 | 2005 | 60858 |
| 5 | 54 | 5106 | MICROSALE # 110 | JEFF LARSON | O | 6 | 3T | 2005 | 2005 | 60916 |
| 5 | 54 | 5116 | MICROSALE # 111 | RODNEY HOWARD | O | 6 | 3T | 2005 | 2005 | 60981 |
| 5 | 54 | 5107 | MICROSALE # 112 | WILLIAM THOMASON WOOD CUT | O | 6 | 3T | 2005 | 2005 | 60890 |
| 5 | 54 | 5123 | MICROSALE # 113 | WILLIAM KAUFMAN MURWOOD | | 6 | 4T | 2005 | 2005 | 903131 |
| 5 | 54 | 5085 | MICROSALE # 67 | H & L SALVAGE, INC. | | 6 | 3T | 2005 | 2005 | 60841 |
| 5 | 54 | 5046 | MICROSALE # 86 | ERNIE EADS | O | 6 | 3T | 2005 | 2005 | 60635 |
| 5 | 54 | 5057 | MICROSALE # 87 | BRENT COLE | | 6 | 4T | 2005 | 2005 | 902836 |
| 5 | 54 | 5047 | MICROSALE # 91 | SCOTT ARRINGTON | | 6 | 4T | 2005 | 2005 | 902794 |
| 5 | 54 | 5056 | MICROSALE # 92 | JERRY BAKER WEIRD ALASKA | | 6 | 4T | 2005 | 2005 | 902844 |
| 5 | 54 | 5055 | MICROSALE # 93 | WILLIAM KAUFMAN MURWOOD | | 6 | 4T | 2005 | 2005 | 902828 |
| 5 | 54 | 5080 | MICROSALE # 99 | WILLIAM KAUFMAN MURWOOD | C | 6 | 3T | 2005 | 2005 | 60700 |
| 5 | 54 | 5078 | MICROSALE #101 | STEVE JOHNSON | O | 6 | 3T | 2005 | 2005 | 60692 |
| 5 | 54 | 5096 | MICROSALE #105 | HAROLD A RHODES | O | 6 | 6T | 2005 | 2005 | 60767 |
| 5 | 54 | 5073 | Microsale #88 | WILLIAM KAUFMAN MURWOOD | | 6 | 4T | 2005 | 2005 | 903016 |
| 5 | 22 | 5094 | Midpoint Special Salvage | | D | 4 | 3T | 2005 | 2005 | |
| 5 | 22 | 5109 | Mink Tail Special Salvage | | O | 6 | 6T | 2005 | 2005 | 61021 |
| 5 | 22 | 5075 | Porcupine Salvage Reoffer | | D | 5 | 6T | 2005 | 2005 | |
| 5 | 22 | 4109 | Porcupine Salvage Sale | | D | 5 | 6 | 2005 | 2005 | |
| 5 | 54 | 5042 | POWER SPECIAL SALVAGE | | D | 5 | 3T | 2005 | 2005 | |
| 5 | 54 | 5087 | PRIME SPECIAL SALVAGE RES | ERNIE EADS | G | 6 | 6T | 2005 | 2005 | 60874 |
| 5 | 54 | 5038 | SHADY | SE ALASKA WOOD PRODUCTS | O | 5 | 6 | 2005 | 2005 | 60734 |
| 5 | 22 | 5083 | SKIPPING COW | ALCAN FOREST PRODUCTS, LL | O | 5 | 6 | 2005 | 2005 | 61047 |
| 5 | 54 | 5077 | TBRD-COMMERCIAL FIREWOOD | TBRD - COMMERCIAL FIREWOO | | 6 | 4 | 2005 | 2005 | |

EXHIBIT 5
Page 2 of 22

**Current Sales From Tongass Database**

| F | D | STARS Number | Sale Name | Purchaser | S | G t | CF | Fiscal Year | Offer Year | Contract Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 54 | 5077 | TBRD-COMMERCIAL FIREWOOD | TBRD - COMMERCIAL FIREWOO | | 6 | 4 | 2005 | 2005 | |
| 5 | 54 | 5077 | TBRD-COMMERCIAL FIREWOOD | TBRD - COMMERCIAL FIREWOO | | 6 | 4 | 2005 | 2005 | |
| 5 | 54 | 5069 | TBRD-COMMERCIAL SAWLOG | TBRD - COMMERCIAL SAWLOGS | | 6 | 4 | 2005 | 2005 | |
| 5 | 54 | 5069 | TBRD-COMMERCIAL SAWLOG | TBRD - COMMERCIAL SAWLOGS | | 6 | 4 | 2005 | 2005 | |
| 5 | 54 | 5069 | TBRD-COMMERCIAL SAWLOG | TBRD -COMMERCIAL SAWLOG | | 6 | 4 | 2005 | 2005 | |
| 5 | 54 | 5069 | TBRD-COMMERCIAL SAWLOG | TBRD -COMMERCIAL SAWLOG | | 6 | 4 | 2005 | 2005 | |
| 5 | 52 | 5092 | Upper Carroll II | | O | 4 | 6 | 2005 | 2005 | |
| 5 | 54 | 5039 | VIENTOS CINCO #5 SPECIAL | H & L SALVAGE, INC. | O | 6 | 6T | 2005 | 2005 | 60825 |
| 5 | 21 | 5048 | Woodchine Re-Sale | SE ALASKA WOOD PRODUCTS | O | 6 | 3T | 2005 | 2005 | 60759 |
| 5 | 22 | 5051 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2005 | 2005 | |
| 5 | 22 | 5051 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2005 | 2005 | |
| 5 | 22 | 5051 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL SAWLOG LIV | | 6 | 4 | 2005 | 2005 | |
| 5 | 22 | 5051 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2005 | 2005 | |
| 5 | 22 | 5051 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2005 | 2005 | |
| 5 | 22 | 5051 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2005 | 2005 | |
| 5 | 22 | 5051 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2005 | 2005 | |
| 5 | 22 | 5051 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2005 | 2005 | |
| 5 | 22 | 5051 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2005 | 2005 | |
| 5 | 21 | 5058 | X-MAS TREES | PRD X-MAS TREES | | 6 | 4 | 2005 | 2005 | |
| 5 | 21 | 5058 | X-MAS TREES | PRD - COMMERCIAL PRODUCTS | O | 6 | 4 | 2005 | 2005 | |
| 5 | 32 | 4110 | BEAVER POND | DAN FANNING D & L WOODWOR | D | 5 | 6T | 2004 | 2004 | 60577 |
| 5 | 52 | 4118 | BOUNDARY | | | 6 | 4T | 2004 | 2004 | |
| 5 | 54 | 4066 | CABIN FEVER | | | 6 | 6 | 2004 | | 902505 |
| 5 | 54 | 3250 | DEADWOOD #2 SALVAGE REOFF | | W | 3 | 6 | 2004 | | |
| 5 | 54 | 3251 | DEADWOOD 4 SALVAGE REOFFE | | W | 3 | 6 | 2004 | | |
| 5 | 54 | 4113 | DRUMLIN | | D | 5 | 6 | 2004 | 2004 | |
| 5 | 54 | 4055 | ELECTION SPECIAL SALVAGE | RONGER E GRANT | O | 6 | 6T | 2004 | 2004 | 60387 |
| 5 | 21 | 4092 | Finger Point | VIKING LUMBER COMPANY | O | 6 | 6 | 2004 | 2004 | 60510 |
| 5 | 35 | 3273 | Flora's Folly | T & T LUMBER HAROLD ROBBI | O | 6 | 6T | 2004 | 2004 | 60346 |
| 5 | 52 | 4070 | Gail Person | GAYLE PERSON | | 6 | 4 | 2004 | 2004 | |
| 5 | 52 | 4070 | Gail Person | JAMES STANLEY | | 6 | 4 | 2004 | 2004 | |
| 5 | 52 | 4070 | Gail Person | GAIL PERSON | | 6 | 4 | 2004 | 2004 | |
| 5 | 34 | 4078 | Green's Creek Settlement | KENNECOTT GREEN'S CREEK M | O | 5 | 4T | 2004 | 2004 | 902604 |
| 5 | 33 | 4101 | Kake Stringer | | | 5 | 4T | 2004 | 2004 | |
| 5 | 33 | 4115 | KGCMC - INTERTIE SETTLEME | KWAAN ELECTRIC TRANSMISSI | O | 6 | 3T | 2004 | 2004 | 60544 |
| 5 | 52 | 4081 | KMRD Sawlog | KMRD SAWLOG (SMALL QUANTI | | 6 | 4 | 2004 | 2004 | |
| 5 | 54 | 4103 | KOGISH SHINAKU II | VIKING LUMBER COMPANY | O | 6 | 6 | 2004 | 2004 | 60650 |
| 5 | 52 | 4091 | LICKING CREEK | PACIFIC LOG & LUMBER LTD. | G | 6 | 6T | 2004 | 2004 | 60619 |

EXHIBIT 5
Page 3 of 22

**Current Sales From Tongass Database**

| F | D | STARS Number | Sale Name | Purchaser | S | G t | CF | Fiscal Year | Offer Year | Contract Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 54 | 4096 | LUCK LAC | | D | 5 | 6 | 2004 | 2004 | |
| 5 | 54 | 3272 | LUCKY LOGGER | VIKING LUMBER COMPANY | C | 6 | 6T | 2004 | 2004 | 60353 |
| 5 | 51 | 4120 | MICRO SALE # 15 | H & L SALVAGE, INC. | C | 6 | 3T | 2004 | 2004 | 60569 |
| 5 | 51 | 4119 | MICRO SALE # 17 | NORSEMEN WOOD PRODUCTS | O | 6 | 3T | 2004 | 2004 | 60551 |
| 5 | 51 | 4061 | Micro Sale # 2 | H & L SALVAGE, INC. | C | 6 | 3T | 2004 | 2004 | 60445 |
| 5 | 51 | 4064 | Micro Sale #13 | RED ESSLINGER MOUNTAIN MA | C | 6 | 3T | 2004 | 2004 | 60429 |
| 5 | 51 | 4062 | Micro Sale #9 | | D | 3 | 3T | 2004 | | |
| 5 | 54 | 4058 | MICROSALE # 67 | | D | 3 | 3T | 2004 | | |
| 5 | 54 | 4121 | MICROSALE # 73 | HUMMER ENTERPRISE RICHARD | O | 6 | 3T | 2004 | 2004 | 60593 |
| 5 | 54 | 4099 | MICROSALE # 77 | WILLIAM KAUFMAN MURWOOD | | 6 | 4T | 2004 | 2004 | 902638 |
| 5 | 54 | 4117 | MICROSALE # 84 | WILLIAM KAUFMAN | | 6 | 4T | 2004 | 2004 | 902729 |
| 5 | 54 | 4122 | MICROSALE # 89 | GLENN KELLER BEAR VALLEY | | 6 | 4T | 2004 | 2004 | 902752 |
| 5 | 54 | 4123 | MICROSALE # 90 | HAROLD A RHODES | | 6 | 4T | 2004 | 2004 | 902760 |
| 5 | 54 | 4068 | MICROSALE #68 | BRENT COLE | | 6 | 4T | 2004 | 2004 | 902513 |
| 5 | 54 | 4069 | MICROSALE #70 | HUMMER ENT.RICHARD BLAUVE | | 6 | 4T | 2004 | 2004 | 902521 |
| 5 | 54 | 4077 | MICROSALE #71 | RALPH PORTER, PORTER LUMB | | 6 | 4T | 2004 | 2004 | 902588 |
| 5 | 54 | 4105 | MICROSALE #74 | RALPH PORTER, PORTER LUMB | C | 6 | 3T | 2004 | 2004 | 60536 |
| 5 | 54 | 4098 | MICROSALE #78 | JERRY BAKER WEIRD ALASKA | | 6 | 4T | 2004 | 2004 | 902646 |
| 5 | 54 | 4100 | MICROSALE #79 | WILLIAM THOMASON WOOD CUT | C | 6 | 3T | 2004 | 2004 | 60494 |
| 5 | 54 | 4104 | MICROSALE #80 | HAROLD A RHODES | C | 6 | 3T | 2004 | 2004 | 60502 |
| 5 | 54 | 4108 | MICROSALE #81 | HUMMER ENTERPRISE RICHARD | | 6 | 4T | 2004 | 2004 | 902711 |
| 5 | 54 | 4107 | MICROSALE #83 | PETE SMITH | C | 6 | 3T | 2004 | 2004 | 60528 |
| 5 | 54 | 4093 | MICROSALE 72 | HUMMER ENTERPRISE RICHARD | | 6 | 4T | 2004 | 2004 | 902612 |
| 5 | 54 | 4114 | MICROSALE 85 | | | 5 | 4T | 2004 | 2004 | 902737 |
| 5 | 32 | 4106 | MIDWAY REOFFER II | ICY STRAITS LUMBER & MILL | O | 6 | 6T | 2004 | 2004 | 60627 |
| 5 | 52 | 4086 | MOP POINT ADMINISTRATIVE | PACIFIC LOG & LUMBER LTD. | C | 6 | 6T | 2004 | 2004 | 60411 |
| 5 | 52 | 4052 | ORION NORTH | PACIFIC LOG & LUMBER LTD. | O | 6 | 6T | 2004 | 2004 | 60437 |
| 5 | 21 | 4060 | PRD - Special Forest Prod | PRD - SPECIAL FOREST PROD | | 6 | 4 | 2004 | 2004 | |
| 5 | 54 | 4090 | PRIME SPECIAL SALVAGE | JACK HARRISON | C | 6 | 6 | 2004 | 2004 | 60486 |
| 5 | 54 | 4067 | Rocky Ratz Special Salvag | H & L SALVAGE, INC. | O | 6 | 6T | 2004 | 2004 | 60403 |
| 5 | 35 | 4056 | Situk Blowdown Re-offer | ALCAN FOREST PRODUCTS, LL | G | 6 | 6 | 2004 | 2004 | 60312 |
| 5 | 54 | 2185 | SPRUCE DEUCE REOFFER | | W | 3 | 3S | 2004 | | |
| 5 | 54 | 4054 | STROMBOLI SPECIAL SALVAGE | RALPH PORTER, PORTER LUMB | O | 6 | 6T | 2004 | 2004 | 60379 |
| 5 | 54 | 4082 | Surku Swing Salvage | DEAN BLANKENSHIP NORTH ST | O | 6 | 6T | 2004 | 2004 | 60478 |
| 5 | 54 | 4084 | TBRD - Commercial Sawlog | TBRD - COMMERCIAL SAWLOG | | 6 | 4 | 2004 | 2004 | |
| 5 | 54 | 4084 | TBRD - Commercial Sawlog | TBRD - COMMERCIAL SAWLOG | | 6 | 4 | 2004 | 2004 | |
| 5 | 54 | 4084 | TBRD - Commercial Sawlog | TBRD - COMMERCIAL SAWLOG | | 6 | 4 | 2004 | 2004 | |
| 5 | 54 | 4079 | TBRD Commercial Firewood | TBRD - COMMERCIAL FIREWOO | | 6 | 4 | 2004 | 2004 | |


EXHIBIT 5
Page 4 of 22

**Current Sales From Tongass Database**

| F | D | STARS Number | Sale Name | Purchaser | S t | G CF | Fiscal Year | Offer Year | Contract Number |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 54 | 4079 | TBRD Commercial Firewood | TBRD - COMMERCIAL FIREWOO | | 6 | 4 | 2004 | 2004 | |
| 5 | 54 | 4079 | TBRD Commercial Firewood | TBRD - COMMERCIAL FIREWOO | | 6 | 4 | 2004 | 2004 | |
| 5 | 54 | 4088 | THORNE ISLAND | VIKING LUMBER COMPANY | O | 6 | 6T | 2004 | 2004 | 60452 |
| 5 | 32 | 4111 | UPSIDE | ICY STRAITS LUMBER & MILL | O | 6 | 6T | 2004 | 2004 | 60585 |
| 5 | 22 | 4074 | WRD - Commercial Fuelwood | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2004 | 2004 | |
| 5 | 22 | 4074 | WRD - Commercial Fuelwood | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2004 | 2004 | |
| 5 | 22 | 4074 | WRD - Commercial Fuelwood | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2004 | 2004 | |
| 5 | 54 | 4089 | YATUK CREEK SALVAGE | RALPH PORTER, PORTER LUMB | O | 6 | 6 | 2004 | 2004 | 60460 |
| 5 | 52 | 2117 | 91 Knot Timber Sale | | D | 5 | 6T | 2003 | 2003 | |
| 5 | 22 | 3262 | Basin Roadside | ALASKA TIMBER WOLF | C | 6 | 3T | 2003 | 2003 | 60262 |
| 5 | 21 | 3207 | Bowen | SE ALASKA WOOD PRODUCTS | C | 6 | 6 | 2003 | 2003 | 60189 |
| 5 | 54 | 3245 | DEADWOOD 5 SALVAGE REOFFE | | D | 5 | 6 | 2003 | 2003 | |
| 5 | 54 | 3225 | Election Creek E Salvage | | D | 3 | 3T | 2003 | 2003 | |
| 5 | 31 | 3256 | False Island Alder | GREGG JONES | O | 6 | 3T | 2003 | 2003 | 60304 |
| 5 | 21 | 2199 | Frenchy99 | | W | 3 | 6 | 2003 | 2003 | |
| 5 | 51 | 3270 | FUSION | VIKING LUMBER COMPANY | O | 6 | 6T | 2003 | 2003 | 60338 |
| 5 | 54 | 3248 | GREY GHOST CEDAR SALV REO | | D | 5 | 6 | 2003 | 2003 | |
| 5 | 21 | 3241 | Last Twin Re-offer | SE ALASKA WOOD PRODUCTS | G | 6 | 6 | 2003 | 2003 | 60155 |
| 5 | 31 | 3208 | LISA CREEK REOFFER | | W | 3 | 6T | 2003 | 2003 | |
| 5 | 54 | 3269 | LUCK LAKE | | D | 5 | 6 | 2003 | 2003 | |
| 5 | 54 | 3209 | LUCKY CHARM | | C | 5 | 3T | 2003 | 2003 | |
| 5 | 54 | 3226 | LUCKY CHARM REOFFER | | C | 5 | 3T | 2003 | 2003 | |
| 5 | 54 | 3249 | Lucky Duck Reoffer | | O | 6 | 6T | 2003 | 2003 | |
| 5 | 51 | 4063 | Micro Sale #12 | KEITH DAHL | C | 6 | 3T | 2003 | 2004 | 60361 |
| 5 | 54 | 3227 | MICROSALE # 50 REOFFER | RAYMOND CLAVEL, REHOBOTH | | 6 | 4T | 2003 | 2003 | 60601 |
| 5 | 54 | 3265 | MICROSALE # 63 | RONGER E GRANT | | 6 | 4T | 2003 | 2003 | 902539 |
| 5 | 54 | 3279 | MICROSALE # 69 | HUMMER ENTERPRISES | | 6 | 4T | 2003 | 2003 | 902414 |
| 5 | 54 | 3215 | MICROSALE #47 | BRENT COLE | C | 6 | 3T | 2003 | 2003 | 60254 |
| 5 | 54 | 3222 | MICROSALE #52 | LARRY TRUMBLE | | 6 | 4T | 2003 | 2003 | 902232 |
| 5 | 54 | 3228 | MICROSALE #53 | PEAVEY LOGGING | | 6 | 4T | 2003 | 2003 | 902273 |
| 5 | 54 | 3266 | MICROSALE #57 | CARY WALKER WALKER WOOD P | C | 6 | 3T | 2003 | 2003 | 60098 |
| 5 | 54 | 3237 | MICROSALE #58 | BRENT COLE | C | 6 | 3T | 2003 | 2003 | 60205 |
| 5 | 54 | 3242 | MICROSALE #59 | LARRY TRUMBLE | | 6 | 4T | 2003 | 2003 | 902349 |
| 5 | 54 | 3243 | MICROSALE #60 | DANNY SUNDE | | 6 | 4T | 2003 | 2003 | 902380 |
| 5 | 54 | 3257 | MICROSALE #62 | HUMMER ENTERPRISE RICHARD | | 6 | 4T | 2003 | 2003 | 902364 |
| 5 | 54 | 3268 | MICROSALE #64 | LARRY TRUMBLE | | 6 | 4T | 2003 | 2003 | 902398 |
| 5 | 54 | 3267 | MICROSALE #65 | PETE SMITH | | 6 | 4T | 2003 | 2003 | 902455 |
| 5 | 54 | | | PAT RICHTER CSL FARM AND | | 6 | 4T | 2003 | 2003 | 902430 |
| 5 | 22 | 3213 | Microsale 1 | HERMAN LUDWIGSEN | | 6 | 4T | 2003 | 2003 | 902406 |

EXHIBIT 5
Page 5 of 22

**Current Sales From Tongass Database**

| F | D | STARS Number | Sale Name | Purchaser | S | G t | CF | Fiscal Year | Offer Year | Contract Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 51 | 3232 | Microsale 10 | | | 3 | 4T | | 2003 | |
| 5 | 54 | 3220 | MICROSALE 50 | | | 5 | 4T | | 2003 | 902240 |
| 5 | 54 | 3216 | MICROSALE 51 | LOGGING 3-D | | 6 | 4T | 2003 | 2003 | 902307 |
| 5 | 54 | 3229 | MICROSALE 54 | PAT RICHTER CSL FARM AND | | 6 | 4T | 2003 | 2003 | 902323 |
| 5 | 54 | 3230 | MICROSALE 55 | TOM BOUY | | 6 | 4T | 2003 | 2003 | 902315 |
| 5 | 54 | 3231 | MICROSALE 56 | DAVID HUNTER NORSEMEN WOO | | 6 | 4T | 2003 | 2003 | 60296 |
| 5 | 22 | 3263 | Nemo Roadside | ALASKA TIMBER WOLF | C | 6 | 3T | 2003 | 2003 | 60296 |
| 5 | 52 | 3259 | Orion South | SELEY FAMILY LTD PARTNERS | O | 6 | 6 | 2003 | 2003 | 60221 |
| 5 | 21 | 3224 | PRD X-MAS TREES | PRD X-MAS TREES | | 6 | 4 | 2003 | 2003 | |
| 5 | 52 | 3240 | RALPH SLATTERY | RALPH SLATTERY | | 6 | 6 | 2003 | 2003 | |
| 5 | 35 | 3221 | Situk Blowdown | | C | 5 | 6 | 2003 | 2003 | |
| 5 | 54 | 3238 | SLIDE LOOP REOFFE | DANNY SUNDE | C | 6 | 3T | 2003 | 2003 | 60130 |
| 5 | 54 | 3234 | SLIDE LOOP ROAD MICROSALE | | C | 5 | 3T | 2003 | 2003 | |
| 5 | 21 | 3223 | South Lindy Mt. Re-Sale | | D | 5 | 6 | 2003 | 2003 | |
| 5 | 51 | 3254 | STIRRED RE-OFFER | H & L SALVAGE, INC. | | 6 | 3T | 2003 | 2003 | 60395 |
| 5 | 51 | 3252 | STONE RE-OFFER | RONGER E GRANT | W | 5 | 6T | 2003 | 2003 | 60270 |
| 5 | 54 | 3217 | TNBR COMMERCIAL FIREWOOD | TBRD - COMMERCIAL FIREWOO | | 6 | 4 | 2003 | 2003 | |
| 5 | 54 | 3217 | TNBR COMMERCIAL FIREWOOD | TBRD - COMMERCIAL FIREWOO | | 6 | 4 | 2003 | 2003 | |
| 5 | 54 | 3217 | TNBR COMMERCIAL FIREWOOD | TBRD - COMMERCIAL FIREWOO | | 6 | 4 | 2003 | 2003 | |
| 5 | 54 | 3233 | TNBR X-MAS TREES | TBRD - X-MAS TREES FOR FY | | 6 | 4 | 2003 | 2003 | |
| 5 | 54 | 3255 | TWIN BRIDGES II | VIKING LUMBER COMPANY | O | 6 | 4 | 2003 | 2003 | 60171 |
| 5 | 51 | 3253 | VESTAL RE-OFFER | RED ESSLINGER MOUNTAIN MA | C | 6 | 6T | 2003 | 2003 | 60247 |
| 5 | 35 | 3206 | Westfork II | | D | 5 | 3T | 2003 | 2003 | |
| 5 | 21 | 3264 | Woodchine | J. R. SOKOL J.R.S. ENTERP | G | 6 | 3T | 2003 | 2003 | 60320 |
| 5 | 22 | 3212 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL FUELWOOD F | | 6 | 4 | 2003 | 2003 | |
| 5 | 22 | 3212 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2003 | 2003 | |
| 5 | 22 | 3212 | WRD COMMERCIAL FUELWOOD | WRD COMMERCIAL FUELWOOD D | | 6 | 4 | 2003 | 2003 | |
| 5 | 22 | 3214 | WRD Special Forest Produc | WRD SPECIAL FOREST PRODUC | | 6 | 4 | 2003 | 2003 | |
| 5 | 35 | 3275 | YRD Special Forest Produc | YRD - SPECIAL FOREST PROD | | 6 | 4 | 2003 | 2003 | |
| 5 | 54 | 2182 | 3-D LOGGING | 3-D LOGGING | | 6 | 4 | 2002 | 2002 | |
| 5 | 32 | 2197 | BIG PIT | D & L WOODWORKS | C | 6 | 3T | 2002 | 2002 | 60015 |
| 5 | 54 | 2138 | BOUY PERMIT | TOM BUOY | | 6 | 4 | 2002 | 2002 | 901846 |
| 5 | 32 | 2143 | CEDAR ADMIN | D&L WOODWORKS | | 6 | 4 | 2002 | 2002 | 901895 |
| 5 | 51 | 2124 | CHANGE UP | MNT MAN CUTTING | C | 6 | 3T | 2002 | 2002 | 58209 |
| 5 | 54 | 2178 | CLIFFORD COLEMAN | CLIFFORD COLEMAN | | 6 | 4 | 2002 | 2002 | |
| 5 | 22 | 2171 | COM FIREWOOD PERMITS | ROLLAND HOWELL | | 6 | 4 | 2002 | 2002 | |
| 5 | 54 | 2173 | COM FIREWOOD PERMITS | RUSS STATON | | 6 | 4 | 2002 | 2002 | |
| 5 | 22 | 2162 | COM SAWLOG PERMITS | JIM COLLIER | | 6 | 4 | 2002 | 2002 | |


EXHIBIT 5
Page 6 of 22

**Current Sales From Tongass Database**

| F | D | STARS Number | Sale Name | Purchaser | S | t | CF | Fiscal Year | Offer Year | Contract Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 22 | 2162 | COM SAWLOG PERMITS | WRD - COMMERCIAL SAWLOGS | C | 6 | 4 | 2002 | 2002 | 58167 |
| 5 | 51 | 2183 | CRD MICROSALE #1 | H & L SALVAGE INC | C | 6 | 3T | 2002 | 2002 | 57961 |
| 5 | 51 | 2130 | CRD MICROSALE #4 | REHOBOTH | C | 6 | 3T | 2002 | 2002 | 57987 |
| 5 | 51 | 2133 | CRD MICROSALE #5 | BEAVER CREEK LOGGING | C | 6 | 3T | 2002 | 2002 | 57995 |
| 5 | 51 | 2134 | CRD MICROSALE #6 | REHOBOTH | C | 6 | 3T | 2002 | 2002 | 57995 |
| 5 | 51 | 2168 | CRD POST&POLES FY02 | CRD - POST & POLES - FY 2 | C | 6 | 4 | 2002 | 2002 | |
| 5 | 51 | 2159 | CURVE REOFFER | JACK HARRISON | C | 6 | 3T | 2002 | 2002 | 58076 |
| 5 | 32 | 2179 | D&L WOODWORKS JUNE OPENRD | D&L WOODWORKS JUNE OPENRD | C | 6 | 4 | 2002 | 2002 | |
| 5 | 54 | 75 | DEADWOOD 2 REOFFER | | C | 5 | 3 | 2002 | 2002 | |
| 5 | 52 | 2190 | FIRE COVE REOFFER | SELEY FAMILY LTD PARTNERS | C | 6 | 6T | 2002 | 2002 | 58225 |
| 5 | 52 | 98 | FIRE COVE SALVAGE | ERNIE EADS | W | 5 | 6T | 2002 | 2002 | 58159 |
| 5 | 51 | 2135 | FORK | VIKING LUMBER | C | 6 | 3T | 2002 | 2002 | 57979 |
| 5 | 51 | 2126 | GNU | H & L SALVAGE INC | C | 6 | 3T | 2002 | 2002 | 58068 |
| 5 | 22 | 2153 | HERMIN LUDWIGSEN | HERMAN LUDWIGSEN | | 6 | 4 | 2002 | 2002 | 901937 |
| 5 | 22 | 2174 | HONEY/GEORGE | SILVERBAY LOGGING, INC. | | 6 | 6T | 2003 | 2003 | 60031 |
| 5 | 32 | 2195 | HOT SPRINGS | | C | 5 | 6T | 2002 | 2003 | |
| 5 | 54 | 2137 | JAMES HARRISON | JAMES HARRISON | | 6 | 4 | 2002 | 2002 | 901879 |
| 5 | 51 | 2177 | KNOT RESOLD | VIKING LUMBER | C | 6 | 3T | 2002 | 2002 | 58134 |
| 5 | 54 | 2175 | LARRY TRUMBLE | LARRY TRUMBLE | | 6 | 4 | 2002 | 2002 | |
| 5 | 54 | 2187 | LARRY TRUMBLE | LARRY TRUMBLE | | 6 | 4 | 2002 | 2002 | |
| 5 | 21 | 2189 | Last Twin | | C | 5 | 6 | 2002 | 2002 | |
| 5 | 54 | 403 | LUCK LAKE | | W | 2 | 6 | 2002 | | |
| 5 | 54 | 1075 | Lucky Duck | | C | 5 | 6 | 2002 | 2002 | |
| 5 | 54 | 1076 | Lucky Duck Reoffer | | C | 5 | 6 | 2002 | 2002 | |
| 5 | 54 | 2200 | MICROSALE # 33 | JAMES HARRISON | | 6 | 4T | 2002 | 2002 | 902208 |
| 5 | 54 | 2150 | MICROSALE # 34 | BRENT COLE | | 6 | 4 | 2002 | 2002 | 901903 |
| 5 | 54 | 2151 | MICROSALE # 35 | DARYL TINKESS 3D LOGGING | | 6 | 4 | 2002 | 2002 | 901911 |
| 5 | 54 | 2167 | MICROSALE # 40 | 3-D LOGGING | | 6 | 4T | 2002 | 2002 | 901879 |
| 5 | 54 | 2194 | MICROSALE # 46 | LARRY TRUMBLE | | 6 | 4T | 2002 | 2002 | 902158 |
| 5 | 54 | 2202 | MICROSALE # 49 | DANNY SUNDE | | 6 | 4T | 2002 | 2002 | 902224 |
| 5 | 54 | 2188 | MICROSALE #38 | RICHARD BLAUVELT | C | 6 | 3T | 2002 | 2002 | 58183 |
| 5 | 54 | 2201 | MICROSALE ##44 | LARRY TRUMBLE | | 6 | 4T | 2002 | 2002 | 902216 |
| 5 | 54 | 2165 | MICROSALE 36 | ADAM BASKETT | | 6 | 4 | 2002 | 2002 | 901861 |
| 5 | 54 | 2193 | MICROSALE 42 | BRENT COLE | | 6 | 4T | 2002 | 2002 | 902141 |
| 5 | 54 | 2198 | MICROSALE 48 | 3-D LOGGING | | 6 | 4T | 2002 | 2002 | 902190 |
| 5 | 32 | 2196 | MIDWAY REOFFER | | | 5 | 6T | 2003 | 2003 | |
| 5 | 54 | 2192 | PEPPER | VIKING LUMBER COMPANY | C | 6 | 6 | 2002 | 2003 | 60072 |
| 5 | 51 | 2125 | PIT FIVE | VIKING LUMBER | C | 6 | 3T | 2002 | 2002 | 58126 |

EXHIBIT 5
Page 7 of 22

**Current Sales From Tongass Database**

| F | D | STARS Number | Sale Name | Purchaser | S | G t | CF | Fiscal Year | Offer Year | Contract Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 51 | 2123 | PITY | VIKING LUMBER | C | 6 | 3T | 2002 | 2002 | 58142 |
| 5 | 21 | 2129 | PRD SPEC FOR PRODUCTS | PRD - SPECIAL FOREST PROD | | 6 | 4 | 2002 | 2002 | |
| 5 | 21 | 2129 | PRD SPEC FOR PRODUCTS | PRD SPEC FOREST PRODUC | | 6 | 4 | 2002 | 2002 | |
| 5 | 54 | 2186 | RANDY (RED) ESSLINGER | RANDY,(RED) ESSLINGER | | 6 | 4 | 2002 | 2002 | |
| 5 | 22 | 2152 | ROLLAND HOWELL | ROLLAND HOWELL | C | 6 | 4 | 2002 | 2002 | 901853 |
| 5 | 51 | 1080 | ROLLING ROCK | VIKING LUMBER | C | 6 | 3T | 2002 | 2002 | 58092 |
| 5 | 21 | 2170 | SOUTH PARK DEFAULT RESALE | SILVER BAY LOGGING | O | 6 | 6 | 2002 | 2002 | 58175 |
| 5 | 21 | 2009 | SOUTH PASS148 | SILVER BAY LOGGING | O | 6 | 6T | 2002 | 2002 | 58050 |
| 5 | 21 | 2169 | SOUTH SAND DEFAULT RESALE | SILVER BAY LOGGING | O | 6 | 6 | 2002 | 2002 | 58217 |
| 5 | 31 | 2141 | STARRIGAVIN DECK | GREGG JONES - STARRIGAVIN | | 6 | 4 | 2002 | 2002 | 901952 |
| 5 | 51 | 1082 | STIRRED | | C | 5 | 3T | 2002 | 2002 | |
| 5 | 51 | 2144 | STONE | | C | 5 | 3T | 2002 | 2002 | |
| 5 | 31 | 3203 | SUMMIT WINDJAMMER | GREGG JONES | O | 6 | 3T | 2003 | 2003 | 60023 |
| 5 | 54 | 1093 | SUMMORE CHANGE | VIKING LUMBER COMPANY | O | 6 | 6 | 2003 | 2003 | 60056 |
| 5 | 52 | 2161 | SWAN TYEE SETTLEMENT | KETCHIKAN PUBLIC UTILITY | O | 6 | 6T | 2002 | 2002 | 58118 |
| 5 | 54 | 2139 | TNB MICROSALE #30 | JAMES HARRISON | C | 6 | 3T | 2002 | 2002 | 58043 |
| 5 | 54 | 2140 | TNB MICROSALE #31 | 3-D LOGGING | | 6 | 4 | 2002 | 2002 | 901887 |
| 5 | 54 | 2191 | TWIN BRIDGES TIMBER SALE | | C | 5 | 6 | 2002 | 2002 | |
| 5 | 51 | 2156 | VESTAL REOFFER | | C | 5 | 3T | 2002 | 2002 | |
| 5 | 32 | 2165 | VINCE SCHAFER-SLB CEDAR D | VINCE SCHAFER-SLB CEDAR D | | 6 | 4 | 2002 | 2002 | |
| 5 | 51 | 1087 | WHOOP-DE-DO REOFFER | VIKING LUMBER | C | 6 | 3T | 2002 | 2002 | 58084 |
| 5 | 22 | 2199 | WRD COMMERCIAL FIREWOOD | WRD - COMMERCIAL FIREWOOD | | 6 | 4 | 2002 | 2002 | |
| 5 | 35 | 1117 | 52 LOG SALE | HAROLD ROBBINS | C | 6 | 4 | 2001 | 2001 | 901754 |
| 5 | 32 | 1122 | BUSY BEE #2 | D & L WOODWORKS | C | 6 | 3T | 2001 | 2001 | 57805 |
| 5 | 51 | 1105 | CURVE | | C | 5 | 3 | 2001 | 2001 | |
| 5 | 32 | 1135 | D & L WOODWORKS | D&L WOODWOORKS - RD MAINT | C | 6 | 4 | 2001 | 2001 | 901820 |
| 5 | 54 | 69 | DEADWOOD 1 | RICHARD CABE | C | 6 | 3 | 2001 | 2002 | 58027 |
| 5 | 54 | 70 | DEADWOOD 2 | | C | 5 | 3 | 2001 | 2001 | |
| 5 | 54 | 71 | DEADWOOD 3 | 3-D LOGGING | C | 6 | 3 | 2001 | 2002 | 58001 |
| 5 | 54 | 72 | DEADWOOD 4 | MEL COOK | W | 5 | 3 | 2001 | 2002 | |
| 5 | 54 | 2180 | DEADWOOD 4 RESALE | | C | 5 | 3 | 2001 | 2002 | |
| 5 | 54 | 74 | DEADWOOD 5 | MEL COOK | W | 5 | 3 | 2001 | 2002 | 58019 |
| 5 | 54 | 2181 | DEADWOOD 5 RESALE | | C | 5 | 3 | 2001 | 2002 | 58019 |
| 5 | 54 | 1132 | EILENE SCHELDT | EILENE SCHELDT | C | 6 | 4 | 2001 | 2001 | 901788 |
| 5 | 51 | 1100 | FORK | | C | 5 | 3T | 2001 | 2001 | |
| 5 | 54 | 80 | GREY GHOST | | C | 5 | 6 | 2001 | 2002 | |
| 5 | 52 | 1144 | HARRIET HUNT | | C | 5 | 3T | 2001 | 2001 | |
| 5 | 22 | 1118 | JERRY ENGLEMAN | JERRY ENGLEMAN, JR. | C | 6 | 4 | 2001 | 2001 | 901721 |

EXHIBIT 5
Page 8 of 22

**Current Sales From Tongass Database**

| F | D | STARS Number | Sale Name | Purchaser | S | t | CF | Fiscal Year | Offer Year | Contract Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 54 | 1127 | KEITH LANDERS | KEITH LANDERS | | 6 | 4 | 2001 | 2001 | 901762 |
| 5 | 34 | 1115 | KENNECOTT MINING | KENNECOTT MINING | | 6 | 4 | 2001 | 2001 | 901739 |
| 5 | 32 | 1108 | KNOLL | | C | 5 | 3T | 2001 | 2001 | |
| 5 | 51 | 1081 | KNOT | | C | 5 | 3T | 2001 | 2002 | |
| 5 | 22 | 97001 | KUAKAN | VIKING LUMBER | G | 6 | 6 | 2001 | 2001 | 57714 |
| 5 | 54 | 77 | LITTLE NAUKATI SALVAGE | PORTER LUMBER | C | 6 | 6 | 2001 | 2001 | 57698 |
| 5 | 22 | 1090 | LOWER SALAMANDER | S E ALASKA WOOD PRODUCTS | C | 6 | 3T | 2001 | 2001 | 57847 |
| 5 | 54 | 1140 | MICROSALE # 26 | DONALD THOMPSON | C | 6 | 3T | 2001 | 2001 | 57888 |
| 5 | 54 | 1141 | MICROSALE #28 | ADAM BASSKETT | C | 6 | 3T | 2001 | 2001 | 57896 |
| 5 | 22 | 1126 | MOORE SALVAGE SALE | SILVER BAY LOGGING | C | 6 | 6 | 2001 | 2001 | 57797 |
| 5 | 54 | 1143 | NAUKATI CEDAR SALVAGE | TOM BUOY | C | 6 | 3T | 2001 | 2001 | 57920 |
| 5 | 54 | 78 | NOSSUK | PORTER LUMBER CO. | G | 6 | 3 | 2001 | 2001 | 57904 |
| 5 | 51 | 1083 | POLKAPILLAR | VIKING LUMBER | C | 6 | 3T | 2001 | 2001 | 57813 |
| 5 | 54 | 1089 | RALPH PORTER | RALPH PORTER | | 6 | 4 | 2001 | 2001 | 901697 |
| 5 | 54 | 1124 | REKNOH | H & L SALVAGE INC | C | 6 | 3T | 2001 | 2001 | 57789 |
| 5 | 21 | 1097 | ROAD 6402 | VIKING LUMBER | C | 6 | 4 | 2001 | 2001 | 57839 |
| 5 | 54 | 1113 | RUSS STATON | RUSSELL STATON | | 6 | 4 | 2001 | 2001 | 901705 |
| 5 | 54 | 1131 | RUSS STATON | RUSS STATON | | 6 | 4 | 2001 | 2001 | 901770 |
| 5 | 54 | 1136 | RUSS STATON | RUSS STATON | | 6 | 4 | 2001 | 2001 | |
| 5 | 52 | 203 | SALTY | PACIFIC LOG & LUMBER | O | 6 | 6 | 2001 | 2001 | 57755 |
| 5 | 54 | 79 | SHAHEEN SALVAGE | | C | 5 | 3T | 2001 | 2001 | |
| 5 | 51 | 1084 | SHAKEN | | C | 5 | 3 | 2001 | 2002 | |
| 5 | 51 | 2160 | SHAKEN REOFFER | | C | 6 | 3T | 2001 | 2002 | 58191 |
| 5 | 22 | 20 | SKIPPING COW | | C | 5 | 6T | 2001 | 2001 | |
| 5 | 51 | 1099 | SLIDER | VIKING LUMBER | C | 6 | 3T | 2001 | 2001 | 57821 |
| 5 | 21 | 1014 | SOUTH PARK | THE MILL INC | T | 6 | 6 | 2001 | 2001 | 57706 |
| 5 | 21 | 2010 | SOUTH SADDLE | SILVER BAY LOGGING | C | 6 | 6 | 2001 | 2002 | 57953 |
| 5 | 21 | 1013 | SOUTH SAND | THE MILL INC | T | 6 | 6 | 2001 | 2001 | 57672 |
| 5 | 54 | 84 | SPRUCE DUECE | | C | 5 | 3 | 2001 | 2001 | |
| 5 | 54 | 1088 | STEELY PEELERS | PORTER LUMBER | C | 6 | 3T | 2001 | 2001 | 57664 |
| 5 | 33 | 1116 | STEVE BOWHAY | STEVE BOWHAY | | 6 | 4 | 2001 | 2001 | 901747 |
| 5 | 54 | 1073 | SURKU COVE | | C | 5 | 3 | 2001 | 2001 | |
| 5 | 54 | 1142 | TNB MICROSALE # 20 | JAMES HARRISON | C | 6 | 3T | 2001 | 2001 | 57912 |
| 5 | 54 | 1119 | TNB MICROSALE #19 | LARSON WOOD PRODUCTS | C | 6 | 3T | 2001 | 2001 | 57722 |
| 5 | 54 | 1123 | TNB MICROSALE #21 | RICHARD BLAUVELT | C | 6 | 3T | 2001 | 2001 | 57763 |
| 5 | 54 | 1121 | TNB MICROSALE #22 | RICHARD BLAUVELT | C | 6 | 3T | 2001 | 2001 | 57730 |
| 5 | 54 | 1138 | TNB MICROSALE #24 | GLENN KELLER | C | 6 | 3T | 2001 | 2001 | 57854 |
| 5 | 54 | 93 | TNB MICROSALE 14 | LARRY TRUMBLE | C | 6 | 3T | 2001 | 2001 | 57631 |

EXHIBIT 5
Page 9 of 22

**Current Sales From Tongass Database**

| F | R D | STARS Number | Sale Name | Purchaser | S t | G CF | Fiscal Year | Offer Year | Contract Number |
|---|-----|--------------|-----------|-----------|-----|------|-------------|------------|-----------------|
| 5 | 54 | 2131 | TNB MICROSALE 23 | KEITH LANDERS | C | 6 3T | 2001 | 2001 | 57938 |
| 5 | 54 | 1139 | TNB MICROSALE 25 | WOOD MARINE | C | 6 3T | 2001 | 2001 | 57862 |
| 5 | 54 | 2132 | TNB MICROSALE 27 | DONALD THOMPSON | C | 6 3T | 2001 | 2001 | 57946 |
| 5 | 21 | 16 | TWIN CREEK 15 | SILVER BAY LOGGING | C | 6 3T | 2001 | 2001 | 57680 |
| 5 | 21 | 29 | TWIN CREEK HELI | SILVER BAY LOGGING | C | 6 6 | 2001 | 2001 | 57870 |
| 5 | 51 | 1085 | VESTAL | | C | 5 3 | 2001 | 2002 | |
| 5 | 51 | 1086 | WHOOP-DE-DO | | C | 5 3 | 2001 | 2001 | |
| 5 | 54 | 414 | 2052 LOG SALVAGE | DEADHEAD LOGGING | C | 5 3T | 2000 | 2000 | 57565 |
| 5 | 54 | 35 | AHTUN II SALVAGE | | C | 5 3T | 2000 | 2000 | |
| 5 | 54 | 61 | AHTUN III | PORTER LUMBER | C | 6 3T | 2000 | 2000 | 57516 |
| 5 | 54 | 37 | BAKER CREEK STRINGER SALV | DAN JUSTICE | C | 6 3T | 2000 | 2000 | 57433 |
| 5 | 54 | 31 | BEAVER SLIDE II | BRENT COLE | C | 6 3T | 2000 | 2000 | 57375 |
| 5 | 52 | 205 | BUCKDANCE | GATEWAY FOREST PRODUCTS | C | 6 6 | 2000 | 2000 | 57359 |
| 5 | 54 | 52 | BUSTER BAY | BEAVER CREEK LOGGING | O | 6 6 | 2000 | 2000 | 57573 |
| 5 | 22 | 104 | CAMP MOSSY REOFFER | SILVER BAY LOGGING | C | 6 6 | 2000 | 2000 | 57748 |
| 5 | 51 | 64 | CAPE LYNCH STRINGER | BRENT COLE | C | 6 3T | 2000 | 2000 | 57599 |
| 5 | 32 | 96 | D & L WOODWORKS | D & L WOODWORKS, INC | | 6 4 | 2000 | 2000 | 903984 |
| 5 | 22 | 23 | DALE WATTS | DALE WATTS | | 6 4 | 2000 | 2000 | 911731 |
| 5 | 22 | 85 | DEER RUN SALVAGE | LUTHIER TONE WOODS | C | 6 6 | 2000 | 2000 | 23685 |
| 5 | 54 | 60 | E. FORK THORNE | GOOSE CREEK SHINGLE | C | 6 3T | 2000 | 2000 | 57532 |
| 5 | 22 | 22 | EARL SALVAGE | LUTHIER TONE WOODS | C | 6 3T | 2000 | 2000 | 23610 |
| 5 | 21 | 99022 | EAST FORK | SILVER BAY LOGGING | C | 6 6 | 2000 | 2000 | 23651 |
| 5 | 51 | 99119 | EASY PICKENS | PORTER LUMBER | | 6 4 | 2000 | 2000 | |
| 5 | 54 | 415 | FAT BOY | BRENT COLE | C | 6 3T | 2000 | 2000 | 57318 |
| 5 | 21 | 15 | GOOSE | SILVER BAY LOGGING | C | 6 6T | 2000 | 2000 | 23628 |
| 5 | 51 | 112 | GRINCH | W R JONES & SON LUMBER | C | 6 4 | 2000 | 2000 | 900814 |
| 5 | 31 | 24 | KIDNEY FURNITURE | LARRY CHUDEREWICZ | C | 6 4 | 2000 | 2000 | 903968 |
| 5 | 52 | 204 | MADDER | GATEWAY FOREST PRODUCTS | C | 6 6 | 2000 | 2000 | 57367 |
| 5 | 54 | 44 | MICROSALE # 3 | LARRY TRUMBLE | C | 6 3T | 2000 | 2000 | 57409 |
| 5 | 54 | 41 | MICROSALE #1 | LARRY TRUMBLE | C | 6 3T | 2000 | 2000 | 57383 |
| 5 | 32 | 28 | MIDWAY | | C | 5 6T | 2000 | 2001 | |
| 5 | 22 | 94 | MILL SALVAGE | LUTHIER TONE WOODS | C | 6 3T | 2000 | 2000 | 23669 |
| 5 | 22 | 33 | OLD HERMIT ROADSIDE | LUTHIER TONE WOODS | C | 6 3T | 2000 | 2000 | 23644 |
| 5 | 52 | 206 | ORION | GATEWAY FOREST PRODUCTS | C | 6 6 | 2000 | 2000 | 57326 |
| 5 | 54 | 97 | PETERSON TRESPASS | JAN DAVID PETERSEN | | 6 4 | 2000 | 2000 | 901671 |
| 5 | 54 | 53 | RAT TAIL | GOOSE CREEK SHINGLE | C | 6 3T | 2000 | 2000 | 57540 |
| 5 | 54 | 46 | RED RUSH CEDAR SALVAGE | JERRY JONES | C | 6 3T | 2000 | 2000 | 57441 |
| 5 | 54 | 36 | RELIEF II SALVAGE | | C | 5 3T | 2000 | 2000 | |

EXHIBIT 5
Page 10 of 22

**Current Sales From Tongass Database**

| F | D | STARS Number | Sale Name | Purchaser | S t | G CF | Fiscal Year | Offer Year | Contract Number |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 54 | 62 | RELIEF III | BEAVER CREEK LOGGING | C | 6 3T | 2000 | 2000 | 57508 |
| 5 | 54 | 614 | RON PEARCE | RON PEARCE | | 6 4 | 2000 | 2000 | 901614 |
| 5 | 54 | 630 | RON PEARCE | RON PEARCE | | 6 4 | 2000 | 2000 | 901630 |
| 5 | 54 | 100 | RUSS STATON | RUSS STATON | | 6 4 | 2000 | 2000 | 901689 |
| 5 | 31 | 103 | SCHULTZE | | C | 5 6T | 2000 | 2000 | |
| 5 | 21 | 99021 | SOUTH CENTRAL | SILVER BAY LOGGING | C | 6 6T | 2000 | 2000 | 23636 |
| 5 | 21 | 30 | SOUTH LINDY MT. | GATEWAY FOREST PRODUCTS | C | 6 6 | 2000 | 2001 | 57656 |
| 5 | 31 | 48 | ST. JOHNS ROW | LARRY CHUDEREWICZ | | 6 4 | 2000 | 2000 | 903976 |
| 5 | 54 | 38 | STEAK AND SHAKE CEDAR | H & L SALVAGE INC | C | 6 3T | 2000 | 2000 | 57458 |
| 5 | 54 | 39 | STRUMMIN ALDER | WILLIAM KAUFMAN | C | 6 3T | 2000 | 2000 | 57649 |
| 5 | 51 | 42 | SULZER PORTAGE TRESPASS | HAIDA CORPORATION | C | 6 3T | 2000 | 2000 | 57334 |
| 5 | 51 | 88 | SULZER TRESPASS II | PHOENIX LOGGING COMPANY | | 6 4 | 2000 | 2000 | 900822 |
| 5 | 54 | 105 | TNB MICROSALE # 17 | JACK AKERILL | C | 6 3T | 2000 | 2000 | 57607 |
| 5 | 54 | 45 | TNB MICROSALE # 4 | JACK AKERILL | C | 6 3T | 2000 | 2000 | 57417 |
| 5 | 54 | 51 | TNB MICROSALE # 5 | RICHARD BLAUVELT | C | 6 3T | 2000 | 2000 | 57425 |
| 5 | 54 | 63 | TNB MICROSALE # 9 | JACK HARRISON | C | 6 3T | 2000 | 2000 | 57490 |
| 5 | 54 | 76 | TNB MICROSALE #10 | H & L SALVAGE INC | C | 6 3T | 2000 | 2000 | 57524 |
| 5 | 54 | 87 | TNB MICROSALE #11 | JERRY JONES | C | 6 3T | 2000 | 2000 | 57615 |
| 5 | 54 | 90 | TNB MICROSALE #12 | RICHARD BLAUVELT | C | 6 3T | 2000 | 2000 | 57557 |
| 5 | 54 | 92 | TNB MICROSALE #13 | | C | 6 3T | 2000 | 2000 | 57581 |
| 5 | 54 | 95 | TNB MICROSALE #15 | JACK DUPERTUIS | C | 6 3T | 2000 | 2000 | 57623 |
| 5 | 54 | 43 | TNB MICROSALE #2 | 3-D LOGGING | C | 6 3T | 2000 | 2000 | 57391 |
| 5 | 54 | 55 | TNB MICROSALE #6 | DEADHEAD LOGGING | C | 6 3T | 2000 | 2000 | 57466 |
| 5 | 54 | 56 | TNB MICROSALE #7 | RICHARD BLAUVELT | C | 6 3T | 2000 | 2000 | 57474 |
| 5 | 54 | 58 | TNB MICROSALE #8 | LARRY TRUMBLE | C | 6 3T | 2000 | 2000 | 57482 |

EXHIBIT 5
Page 11 of 22

**Current Sales From Tongass Database**

| Sale MBF | Sale CCF |
|---|---|
| 17,280.47 | 37,231.45 |
| 213.14 | 523.63 |
| 6.48 | 15.81 |
| 949.20 | 2,048.05 |
| 38.79 | 95.27 |
| 9.00 | 21.96 |
| 7.00 | 17.08 |
| 10.00 | 24.40 |
| 8.00 | 19.52 |
| 16.46 | 41.61 |
| 86.49 | 204.10 |
| 20.83 | 44.60 |
| 142.71 | 292.21 |
| 101.15 | 286.70 |
| 313.19 | 653.74 |
| 25.78 | 55.30 |
| 212.11 | 531.16 |
| 149.90 | 315.19 |
| 43.25 | 126.68 |
| 6,242.33 | 13,227.14 |
| 17,326.26 | 41,387.45 |
| 634.56 | 1,327.21 |
| 10,205.75 | 22,603.79 |
| 349.65 | 961.29 |
| 7,958.53 | 17,553.94 |
| 2,296.69 | 4,587.52 |
| 1,079.65 | 1,902.64 |
| 111.90 | 204.37 |
| 10.66 | 26.00 |
| 13.03 | 31.78 |
|  |  |
| 887.50 | 1,898.31 |
| 517.05 | 1,261.60 |
| 23,239.47 | 46,809.23 |
| 143.74 | 348.98 |
| 159.90 | 333.15 |
| 8,586.04 | 18,654.00 |
| 4.10 | 10.00 |

EXHIBIT 5
Page 12 of 22

**Current Sales From Tongass Database**

| Sale MBF | Sale CCF |
|---|---|
| 5.33 | 13.00 |
| 5.33 | 13.00 |
| 2.47 | 7.00 |
| 0.35 | 1.00 |
| 5.49 | 14.18 |
| 22.96 | 56.00 |
| 0.89 | 2.52 |
| 23.37 | 57.00 |
| 21.73 | 53.00 |
| 8.61 | 21.00 |
| 2.05 | 5.00 |
| 6.56 | 16.00 |
| 3.69 | 9.00 |
| 1.23 | 3.00 |
| 6.15 | 15.00 |
| 3.69 | 9.00 |
| 9.50 | 23.18 |
| 12.30 | 30.00 |
| 6.00 | 14.64 |
| 15.58 | 38.00 |
| 4.92 | 12.00 |
| 25.01 | 61.00 |
| 1.64 | 4.00 |
| 3.28 | 8.00 |
| 5.33 | 13.00 |
| 4.10 | 10.00 |
| 18.86 | 46.00 |
| 42.23 | 103.00 |
| 2.05 | 5.00 |
| 115.79 | 254.49 |
| 152.89 | 426.47 |
| 753.90 | 1,436.98 |
| 804.38 | 1,437.95 |
| 39.24 | 89.03 |
| 153.79 | 332.18 |
| 4,091.34 | 9,093.63 |
| 18,640.90 | 43,624.20 |

EXHIBIT  5
Page  13  of  22

# Current Sales From Tongass Database

| Sale MBF | Sale CCF |
|---|---|
| | |
| | |
| | |
| | |
| 16,494.59 | 40,246.74 |
| 69.69 | 185.96 |
| 41.31 | 104.89 |
| | |
| | |
| | |
| | |
| | |
| | |
| 189.76 | 370.05 |
| 3,067.21 | 6,742.33 |
| 27.88 | 62.87 |
| 95.45 | 184.60 |
| 33.99 | 88.86 |
| 1,253.85 | 2,115.71 |
| 56.17 | 108.06 |
| 10,311.04 | 19,623.20 |
| 192.39 | 348.17 |
| | |
| | |
| 29.23 | 65.18 |
| 13.94 | 34.00 |
| 42.76 | 89.73 |
| 8,025.96 | 17,715.04 |
| 15,278.77 | 30,875.04 |

EXHIBIT 5
Page 14 of 22

**Current Sales From Tongass Database**

| Sale MBF | Sale CCF |
|---|---|
| 11,451.08 | 23,864.18 |
| 491.62 | 979.92 |
| 6.97 | 17.00 |
| 22.55 | 55.00 |
| 10.01 | 28.24 |
| 11.26 | 20.80 |
| 0.76 | 2.52 |
| 18.24 | 38.00 |
| 13.12 | 32.00 |
| 11.07 | 27.00 |
| 8.20 | 20.00 |
| 7.79 | 19.00 |
| 17.63 | 43.00 |
| 8.62 | 21.00 |
| 2.72 | 6.64 |
| 9.43 | 23.00 |
| 5.33 | 13.00 |
| 2.87 | 7.00 |
| 4.10 | 10.00 |
| 1.23 | 3.00 |
| 4.10 | 10.00 |
| 5.74 | 14.00 |
| 14.35 | 35.00 |
| 4.51 | 11.00 |
| 8,222.44 | 17,679.47 |
| 2,660.10 | 5,467.98 |
| 8,374.73 | 18,401.65 |
| | |
| 139.57 | 293.37 |
| 41.62 | 84.16 |
| 22,194.73 | 52,302.00 |
| 393.49 | 750.04 |
| 73.16 | 151.75 |
| 314.68 | 653.90 |
| | |
| | |
| | |

EXHIBIT 5
Page 15 of 22

**Current Sales From Tongass Database**

| Sale MBF | Sale CCF |
|---|---|
|  |  |
| 1,906.23 | 4,796.85 |
| 237.56 | 387.28 |
|  |  |
|  |  |
| 272.70 | 440.11 |
| 717.19 | 1,332.20 |
| 21.14 | 43.14 |
| 705.44 | 1,422.63 |
| 68.48 | 155.64 |
| 56.11 | 108.03 |
| 16.37 | 39.92 |
| 233.35 | 515.80 |
| 38,622.75 | 80,903.55 |
| 1,102.04 | 2,864.23 |
| 1,296.81 | 2,399.58 |
| 5,393.47 | 11,197.09 |
| 13,320.07 | 27,791.16 |
| 38.04 | 96.24 |
| 38.04 | 96.24 |
| 453.00 | 855.12 |
| 1.53 | 3.73 |
| 1.23 | 3.00 |
| 19.27 | 47.00 |
| 12.71 | 31.00 |
| 2.87 | 7.00 |
| 4.10 | 10.00 |
| 9.23 | 22.50 |
| 8.61 | 21.00 |
| 4.51 | 11.00 |
| 8.61 | 21.00 |
| 12.71 | 31.00 |
| 19.27 | 47.00 |
| 0.41 | 1.00 |
| 1.23 | 3.00 |
| 2.14 | 4.16 |

EXHIBIT 5
Page 16 of 22

**Current Sales From Tongass Database**

| Sale MBF | Sale CCF |
|---|---|
| 1.00 | 2.00 |
| 1.23 | 3.00 |
| 20.09 | 49.00 |
| 13.12 | 32.00 |
| 3.28 | 8.00 |
| 2.46 | 6.00 |
| 49.85 | 93.16 |
| 3,430.60 | 7,318.97 |
| | |
| 24,170.00 | 52,302.00 |
| 6.15 | 15.00 |
| 6.15 | 15.00 |
| 11,538.56 | 21,732.35 |
| 13.89 | 29.75 |
| 347.47 | 683.69 |
| | |
| | |
| 7,014.29 | 14,276.61 |
| 134.39 | 325.00 |
| 16.16 | 32.55 |
| 49.46 | 117.88 |
| | |
| | |
| | |
| 122.55 | 264.09 |
| | |
| 41.87 | 86.00 |
| | |
| | |

EXHIBIT 5
Page 17 of 22

**Current Sales From Tongass Database**

| Sale MBF | Sale CCF |
|---|---|
| 11.70 | 26.00 |
| 4.50 | 9.00 |
| 4.50 | 9.00 |
| 3.50 | 7.00 |
|  |  |
| 65.06 | 137.00 |
|  |  |
| 223.13 | 393.00 |
| 505.69 | 996.00 |
| 505.69 | 996.00 |
| 292.24 | 640.00 |
| 27.41 | 55.00 |
|  |  |
| 3,524.64 | 6,591.09 |
| 5,448.17 | 11,338.06 |
|  |  |
| 24.28 | 69.00 |
|  |  |
| 1,302.03 | 2,400.21 |
| 8,000.00 | 19,520.00 |
| 403.78 | 825.00 |
| 403.78 | 825.00 |
| 9.02 | 22.00 |
|  |  |
| 1.64 | 4.00 |
| 6.56 | 16.00 |
| 35.00 | 70.00 |
| 1.64 | 4.00 |
|  |  |
| 13.53 | 33.00 |
| 20.50 | 50.00 |
| 9,352.94 | 20,306.60 |
| 9,253.73 | 19,016.20 |
| 182.31 | 380.00 |

EXHIBIT 5
Page 18 of 22

**Current Sales From Tongass Database**

| Sale MBF | Sale CCF |
|---|---|
| 57.58 | 119.00 |
|  |  |
|  |  |
| 83.94 | 170.00 |
| 470.36 | 1,012.00 |
| 1,250.20 | 2,303.00 |
| 975.69 | 1,883.00 |
| 13.19 | 28.00 |
| 343.20 | 681.00 |
| 14.26 | 31.62 |
| 10,989.32 | 24,694.27 |
| 16,368.61 | 32,441.00 |
| 12.00 | 24.00 |
| 6,586.35 | 13,477.73 |
| 163.19 | 281.00 |
| 55.58 | 117.00 |
| 161.13 | 321.16 |
| 68.00 | 161.00 |
| 146.61 | 335.00 |
| 223.13 | 393.00 |
| 110.53 | 260.00 |
| 33.39 | 87.00 |
| 33.39 | 87.00 |
| 67.83 | 152.00 |
| 67.83 | 152.00 |
| 292.24 | 640.00 |
| 988.60 | 2,483.00 |
| 17.50 | 31.50 |

EXHIBIT 5
Page 19 of 22

# Current Sales From Tongass Database

| Sale MBF | Sale CCF |
|---|---|
| 277.17 | 566.00 |
| 24.28 | 69.00 |
| 13,946.45 | 26,607.00 |
| 88.30 | 180.00 |
| 95.00 | 201.60 |
| 61.36 | 122.69 |
| 3.00 | 6.00 |
| 486.00 | 930.00 |
| 9.00 | 18.00 |
| 362.97 | 606.00 |
| 522.95 | 998.00 |
|  |  |
| 43.65 | 88.00 |
| 9,488.52 | 19,014.00 |
|  |  |
|  |  |
| 5,784.86 | 10,632.00 |
| 127.30 | 237.00 |
| 127.00 | 276.00 |
| 128.26 | 279.00 |
| 27,774.47 | 63,054.00 |
| 745.02 | 1,557.00 |
| 537.00 | 1,156.00 |
| 2,027.05 | 3,731.00 |
| 1,140.04 | 2,201.00 |
| 393.27 | 749.00 |
| 15.39 | 27.00 |
|  |  |
| 225.16 | 439.00 |
| 4.00 | 8.00 |
| 4.00 | 8.00 |
| 21.00 | 42.00 |
| 5.00 | 10.00 |
| 1.71 | 3.41 |
| 13.20 | 23.00 |

EXHIBIT 5
Page 20 of 22

**Current Sales From Tongass Database**

| Sale MBF | Sale CCF |
|---:|---:|
| 19.00 | 38.00 |
| 2.35 | 4.70 |
| 28.50 | 57.00 |
| 160.99 | 322.00 |
| 862.00 | 1,746.00 |
| 169.81 | 291.00 |
| 38.94 | 90.00 |
| 5.50 | 11.00 |
| 60.00 | 146.40 |
| 60.00 | 146.40 |
| 9.00 | 15.00 |
| 4.50 | 9.00 |
| 10,726.29 | 23,757.00 |
| 290.80 | 727.00 |
| 1,357.90 | 2,862.00 |
| 27.20 | 68.00 |
|  |  |
| 120.00 | 240.00 |
| 39.50 | 79.00 |
| 9.95 | 19.90 |
| 2,186.83 | 4,380.00 |
|  |  |
| 5.88 | 12.00 |
| 1,162.88 | 2,617.00 |
| 0.00 | 0.00 |
| 0.00 | 0.00 |
| 25,893.19 | 54,627.00 |
| 1.00 | 2.00 |
| 1.00 | 2.00 |
| 9,263.99 | 20,057.00 |
| 4.51 | 9.90 |
| 43.30 | 88.00 |
| 12,192.13 | 28,216.00 |
|  |  |
| 54.60 | 118.00 |
| 4.00 | 8.00 |
| 257.32 | 544.00 |

EXHIBIT 5
Page 21 of 22

**Current Sales From Tongass Database**

| Sale MBF | Sale CCF |
|---|---|
| 257.32 | 544.00 |
| | |
| | |
| 8,205.27 | 18,456.00 |
| 940.88 | 1,862.00 |
| 13,525.00 | 25,220.00 |
| 0.00 | 0.00 |
| 8.00 | 16.00 |
| 4.00 | 8.00 |
| 312.32 | 762.06 |
| | |
| 12.00 | 24.00 |
| 2.00 | 4.00 |
| 0.50 | 1.00 |
| 8.50 | 17.00 |
| 8.00 | 16.00 |
| 3.98 | 9.00 |
| 9.50 | 19.00 |
| 0.80 | 2.00 |
| 6.00 | 12.00 |
| 2.40 | 4.00 |
| 6.00 | 12.00 |
| 1.50 | 3.00 |
| 15.00 | 30.00 |

EXHIBIT 5
Page 22 of 22