**USDA**
United States
Department of Agriculture

Forest Service
R10-MB-481a

February 2003



# Tongass Land Management Plan Revision

# Final Supplemental Environmental Impact Statement

Roadless Area Evaluation for Wilderness Recommendations

## VOLUME I: Final SEIS
## Appendix A, B, D, E

DEF. EXHIBIT 6 PAGE 1 of 22

# 3 Environment and Effects

partly occurred due to a reduction in harvest from the Tongass National Forest, with annual harvest declining from 471 MMBF in 1990 to 120 MMBF in 2001, but a larger reduction in annual harvest occurred on private lands, with annual private harvests declining from 506 MMBF to 48 MMBF over the same period. Native Corporation harvests are generally projected to decline as a result of declining timber inventories.

More recently there have also been changes in the market for Southeast Alaskan lumber and other processed wood products. Japan, traditionally the major destination market for Southeast Alaskan lumber, accounted for just 24 percent of demand in 2000, with the bulk of sales (62 percent) going to the continental U.S. Japan still dominates the log export market, but the value of this trade has declined by more than half over the last five years. These changes in demand and prices have had significant effects on the Southeast Alaskan timber industry and the profitability of the remaining facilities.


*The majority of the region's timber harvest comes from two ownerships: the Tongass National Forest and Native Corporation (private) lands, which accounted for 54 and 22 percent of total regional harvest in 2001, respectively. Harvest from state lands made up the remaining 24 percent.*

**Harvest.** Harvests within Southeast Alaska are the main source of raw materials for the region's wood products industry. Raw material imports averaged just two percent of Southeast Alaska's total roundwood consumption from 1983 through 1994 and there have been no notable sawlog or utility log imports into the region in recent years (USDA Forest Service, 2002a). Annual Southeast Alaska timber harvest is shown by owner for 1983 through 2001 in Figure 3.4-5. Harvest levels ranged from peak levels of just under 1,000 MMBF in 1989 and 1990 to a low of 221 MMBF in 2001. The overall pattern of harvest levels shown in Figure 3.4-5 generally reflects broader trends in the wood products market. These include the global recession in the woods products industry that depressed output in the early to mid 1980s, the following boom, and subsequent decline. In Southeast Alaska, harvest levels have shown an overall pattern of decline since 1990 (Figure 3.4-5).

The majority of the region's harvest comes from two ownerships: the Tongass National Forest and Native Corporation (private) lands. Harvest from these ownerships ranged from approximately 96 percent of total Southeast Alaska harvest in 1983 to 99 percent in 1993. The combined Tongass and Native Corporation share dropped to 83 and 76 percent in 2000 and 2001, respectively, with the inclusion of the Alaska Mental Health Trust and University of Alaska harvests in the state total (Figure 3.4-5). Harvest from the Tongass National Forest, which ranged from a high of 49 percent of the total in 1988 to a low of 22 percent in 1997, accounted for 54 percent of the total in 2001. Native Corporation harvests ranged from 49 percent of the regional total in 1988 to 77 percent in 1997, dropping to 22 percent in 2001. Native Corporation harvests, which have shown an overall pattern of decline since 1990, despite increases in 1996 and 1997 (see Figure 3.4-5), are generally projected to continue to decline as a result of declining timber inventories (Knapp, 1992; Brooks and Haynes, 1997).


*The majority of Native Corporation harvests are sold as raw log exports. Export of Tongass logs is restricted. Tongass logs accounted for 92 percent of the wood sawn in Southeast Alaska sawmills in 2000.*

Timber from the Tongass National Forest and Native Corporation lands essentially flow into different markets. Restrictions on exports of raw material from the Tongass currently limit log exports to Alaska yellow cedar and a portion of the western redcedar harvest. Sitka spruce and western hemlock (the region's main species) must be processed locally to support wood products jobs in Alaska. This is not the case with timber harvested from Native Corporation land and almost all of the timber harvested on Native Corporation land is sold in the form of raw log exports. As a result, continued declines in Native Corporation harvest would primarily result in changes in log exports and associated employment. The preliminary results of the 2000 mill capacity study conducted by the Forest Service indicated that 92 percent of the wood sawn in Southeast Alaska sawmills in 2000 came from the Tongass National Forest.

*Production and Employment*



The 1997 Forest Plan Revision Final EIS (USDA Forest Service, 1997a) noted that log exports comprised 43 percent of total Southeast Alaska production on a volume basis from 1981 to 1995. At 36 percent of the total, pulp was the second largest production component over this period and far more stable than log exports. Lumber was noted as the smallest component of total production, averaging 19 percent of the total from 1981 to 1995. Closure of the KPC Pulp Mill in 1997 brought pulp production in the region to an end. The results of the 2000 mill survey indicate that about 87 MMBF of lumber (approximately 69 MMBF, roundwood equivalent) was processed in Southeast Alaska in 2000.

**Figure 3.4-5**
**Southeast Alaska Total Timber Harvests by Ownership, 1983-2001**



Notes:
1 Harvests from Alaska Mental Health Trust and University of Alaska lands omitted prior to 2000.
2 Data for 2001 are preliminary.
BIA = Bureau of Indian Affairs
Source: USDA Forest Service, 1997a (Figure 3-18; 1983-1987 data); 2002a (1988-2000 data); 2003 (2001 data).

Employment in the Southeast Alaska wood products sector has declined significantly since the peak of 1990 (see Figure 3.4-6), decreasing by 2,761 jobs, or 78 percent, between 1990 and 2001. While this total includes the entire pulpmill labor force, which accounted for 899 jobs in 1990, a larger absolute loss occurred in the logging sector, where 1,640 jobs were lost. A total of 782 people were employed in the wood products sector in 2001, with logging and sawmills accounting for 64 percent and 36 percent of the total, respectively. Preliminary monthly data compiled by the Alaska DOL suggests that this number has declined further in 2002, peaking at 650 jobs in May (Alaska DOL, 2002a).

Employment decreases tend to lag behind decreases in production, and further declines in employment levels can be expected even if there are no further changes in harvest levels.

EXHIBIT 6
Page 3 of 22

**Figure 3.4-6**
**Southeast Alaska Timber Sector Direct Employment by Type, 1981-2001**



Note: These data, originally compiled by the Alaska DOL, are by place of work and do not include self-employed workers or proprietors. As a result, self-employed loggers are not included in these employment totals. In addition, employment totals include nonresident workers (i.e., workers who do not permanently reside in Southeast Alaska). Nonreseident workers comprised 35 percent of total employment in the Southeast Alaska wood products sector in 1994 (see Figure 3.4-3).
Source: USDA Forest Service, 2002a; Alaska DOL, 2002a

**Current Conditions.** This section is divided into two parts that discuss the current status of the industry and projected future demand, respectively.

*Current Status of the Industry.* It is clear from the preceding sections that the wood products industry in Southeast Alaska has undergone significant change over the past decade. The closure of the APC and KPC Pulp Mills in 1993 and 1997, respectively, has had a large effect on the overall regional demand for timber. Wood consumption by these pulp mills accounted for about half of Alaska National Forest timber harvest since 1970 and chip by-products (manufacturing residues) from the region's sawmills were historically used in pulp production (Brooks and Haynes, 1997). The KPC Pulp Mill, for example, required 190 MMBF of pulpwood and/or chips to operate at its reported full annual capacity of 210,000 tons of pulp (USDA Forest Service, 1997a; 3-450). The analysis prepared for the 1997 Forest Plan Revision Final EIS noted that, on average, 19 percent of Native Corporation harvests were reportedly used in pulp production. The 1997 Forest Plan Revision Final EIS also noted that an average of 17 percent of Tongass National Forest logs were classified as utility grade, meaning that they were more likely to be used for pulp or chips. This figure does not, however, necessarily indicate the amount of timber that was dedicated to pulp production, as lower grade sawlogs were also chipped for pulp and some utility logs may be sawn depending on market conditions.

Recent harvest data show a decline in the percent of annual harvest on the Tongass National Forest comprised of utility logs, with the utility log share declining from 19 percent in 1996 to around 9 percent in 1999 and 2000 (USDA Forest Service, 2002a). The preliminary results of a mill survey conducted by the Forest Service in 2000 indicate that 46.1 MMBF of utility and low grade saw logs were chipped in 2000 (26.9 and 19.2 MMBF, respectively). The majority of these chips were exported to pulp mills in the continental U.S. (61.6 percent) and Canada (31.3 percent), with just 7.1 percent consumed in Alaska. While these data indicate that a market existed for

chips in 2000, this is no longer the case. Utility logs originate from whole trees that do not meet sawlog specifications, or when part of a tree is defesctive but the rest meets sawlog specifications. Utility logs and sawlogs are mixed in the same tree stands and the loss of the market for wood chips has important implications for the economic viability of timber sales on the Tongass. As a result, timber sales on the Tongass now include an Optional Removal clause (Forest Service Handbook (FSH): 2409.22 Chapter 630) that allows sale purchasers to leave behind utility logs. These logs still have to be purchased as part of the timber sale but the purchaser no longer has to remove them, saving on logging and haul costs. The lack of a market for chips has also resulted in an increase in applications to export low grade round Sitka spruce and hemlock logs harvested on the Tongass.

More recently there have also been changes in the market for Southeast Alaskan lumber and other processed wood products. Japan has traditionally been the major destination market for Southeast Alaskan lumber and other processed wood products. In recent years, however, this situation has changed dramatically. In calendar year 2000, exports to Asian destinations (primarily Japan) accounted for 24 percent of the disposition of Southeast Alaskan sawnwood on a volume basis. The bulk of sales (62 percent) went to the continental U.S. for remanufacture and shipment to various markets, domestic and foreign, with the remainder going to Alaskan (9 percent) and Canadian markets (4 percent). Japan still dominates the log export market, but the value of this trade has declined by more than half over the last five years (USDA Forest Service, 2002a).

There are a number of reasons for this shift including Japan's lagging economic performance, the relatively robust U.S. housing construction market, and the structural changes that have occurred in the Japanese wood products and construction sectors. Solid-wood products from the west coast of North America, traditional mainstays of the wood housing construction materials market in Japan, have increasingly given way to composite and engineered wood products—producs that are not currently produced in Southeast Alaska. New competitors have also entered the Japanese market, most notably the Europeans, who have dramatically increased their market share over the last decade. In the past Japan provided a lucrative market for Tongass National Forest products, especially those at the higher end of the quality spectrum. The U.S. market places less of a premium on particular species and grades, and, as a result, generally offers lower prices for Tongass products. Prices for all of the species harvested on the Tongass have declined considerably over the last five years (USDA Forest Service, 2002a).



*Reductions in demand and prices for Southeast Alaskan lumber products have affected the profitability of the region's remaining sawmills, which operated at 23 percent of available capacity in 2000.*

These changes in demand and prices have had significant effects on the Southeast Alaskan wood products industry and the profitability of the remaining facilities. This is at least partially reflected in the results of the mill survey conducted by the Forest Service in 2000, which indicated that mills only used approximately 23 percent (68 MMBF) of available capacity (293 MMBF) (see Table 3.4-5). Available capacity was consistently defined for the purposes of the mill survey as two shifts per day with full production 250 days per year. The 1997 Forest Plan Revision Final EIS reported an average utilization rate of 66 percent during the 1985 to 1994 time period using variable standards to calculate capacity based on mill owners' estimates (USDA Forest Service, 1997a; Table 3-133). This difference in utilization rates may be partially explained by differences in methodologies, but the current low utilization rates may also indicate that changes in capacity are likely as the region's wood products sector adjusts to current supply and end-market realities. Under current market conditions, if a mill were to close, it is highly unlikely that it would be reopened or replaced by other processing capacity. It may, however, be noted that part-time operation of some of the smaller mills may fit into a seasonal schedule that involves other economic activities, such as commercial fishing or recreation-related activities.

# 3 Environment and Effects

**Table 3.4-5**
**Timber Processors in Southeast Alaska in Calendar Year 2000**

| | Estimated Mill Capacity (MMBF)[1] | Actual Mill Production (MMBF)[2] | % Capacity Utilized |
|---|---|---|---|
| **Major Operators** | | | |
| Annette Island Sawmill (KPC)[3] | 0 | 0 | 0 |
| Silver Bay, Inc. | 65 | 14 | 21 |
| Viking Lumber Co. | 60 | 13 | 22 |
| Gateway Forest Products (lumber)[3] | 0 | 0 | 0 |
| Gateway Forest Products (veneer) | 30 | 0 | 0 |
| Pacific Log & Lumber | 34 | 9 | 28 |
| **Smaller Operators** | | | |
| Metlakatla Forest Products[3] | 0 | 0 | 0 |
| Icy Straits Lumber Co. | 20 | 5 | 25 |
| The Mill | 20 | 7 | 36 |
| Kasaan Mountain Lumber & Log | 15 | 7 | 47 |
| Porter Lumber Co. | 14 | 4 | 30 |
| Herring Bay Lumber | 10 | 0 | 0 |
| Other Small Mills[4] | 26 | 9 | 34 |
| **Total** | **293** | **68** | **23** |

[1] Estimated mill capacity is an estimate of the processing capability of the mill based on the amount of net sawlog volume (Scribner log scale) that could be utilized by the mill, as currently configured, during a standard 250-day per year, two shifts per day, annual operating schedule, not limited by labor force, raw material, or market constraints. These data were compiled as part of the Forest Service's mill survey for calendar year 2000.
[2] Actual mill production is the net sawlog volume (Scribner log scale) that was used during the year to manufacture sawn products.
[3] The estimated mill capacity was adjusted between the Draft and Final SEIS to account for the permanent closure of the Annette Island Sawmill, Metlakatla Forest Products, and Gateway Forest Products (lumber) facilities. This involved adjusting the actual mill production and percent capacity utilized columns to exclude production at the Gateway (lumber) facility in 2000. There was no production at the Annette Island Sawmill or Metlakatla Forest Products facilities in 2000. These adjustments resulted in a revised estimated mill capacity of 293 MMBF, actual mill production of 68 MMBF, and a 23 percent utilization rate.
[4] Includes mills with estimated capacities less than 10 MMBF.
Source: USDA Forest Service, 2001a.

The estimated mill capacity data presented in Table 3.4-5 was adjusted between the Draft and Final SEIS to account for the permanent closure of the Annette Island Sawmill, Metlakatla Forest Products, and Gateway Forest Products (lumber) facilities. There was no production at the Annette Island Sawmill or Metlakatla Forest Products facilities in 2000 and these mills are assumed to be permanently closed. Gateway Forest Products (Gateway) filed for bankruptcy in 2001 and announced in April 2002 that the sawmill and veneer mill they owned in Ketchikan would be auctioned off to resolve the bankruptcy. The sawmill was auctioned off, but the city of Ketchikan purchased the veneer plant with the expectation of finding an operator to take it over (it is currently shutdown). The estimated mill capacity data in Table 3.4-5 was revised to reflect the loss of this sawmill capacity and the actual mill production and percent capacity utilized columns were adjusted to exclude the lumber production that occurred at the Gateway sawmill in 2000. Although it is currently shutdown, the veneer mill formerly owned by Gateway is included as part of the regional mill capacity. The above adjustments resulted in a revised estimated mill capacity of 293 MMBF, actual mill production of 68 MMBF, and a 23 percent utilization rate. (Table 3.4-5).

Silver Bay Logging announced in February 2003 that it has filed for Chapter 11 reorganization with the U.S. Bankruptcy Court, citing depressed lumber prices and increased costs to harvest Federal timber sales as the principle reasons for the filing. The company also announced that they plan to continue operating and plan to harvest approximately 25 MMBF of timber in 2003.

Several individuals and organizations commenting on the Draft SEIS noted that uncertainty surrounding Federal land use policy on the Tongass National Forest has had a negative effect on investment in the wood products industry. While it is possible that uncertainty regarding the stability of future supplies of Federal timber in the region may have helped discourage investment, a number of other changes, primarily market-related, have also had significant effects on the region's timber industry. These changes are discussed in the preceding paragraphs.

The adjusted installed production capacity for 2000 (293 MMBF), which excludes the Annette Island Sawmill, Gateway Forest Products (lumber), and Metlakatla Forest Products facilities, is used as one benchmark to evaluate the alternatives in the long-term wood products effects portion of this section.

**Projected Demand.** Demand for Southeast Alaskan wood products depends upon changing technology, developments within consumer markets, including economic growth in key markets and changes in consumer tastes and preferences, and developments in other producing regions whose products compete with those of Alaska. The capacity and efficiency of Southeast Alaska mills coupled with the availability and cost of raw material inputs determines the ability of local producers to compete in export markets.


*Brooks and Haynes (1997) medium projection for 2005 is used as one benchmark to evaluate the alternatives. This projection estimates that 152 MMBF of Tongass timber would be harvested in 2005.*

Brooks and Haynes developed projections of Alaska National Forest timber harvests in 1990. These projections were subsequently revised in 1994 and again in 1997 to reflect changes in the Alaska forest products sector, specifically closure of the pulp mills in Sitka and Ketchikan. Brooks and Haynes 1997 report used three alternative scenarios—low, medium, and high—to display a range of possible future "demand." All three scenarios assume that Southeast Alaskan lumber exports (particularly to Japan) will be limited. North America's share of Japanese lumber imports is assumed to range from 70 percent (low scenario) to 76 percent (high scenario) in 2010. Alaska's share of North American shipments to Japan is assumed to increase from less than 1 percent in 1996 to nearly 3 percent by 2010 under the medium scenario. In addition, U.S. domestic markets are assumed to be the destination of 25 percent of Alaska's production. Under this scenario, lumber production was predicted to increase to 158 MMBF in 2010. Brooks and Haynes (1997) note that even this projected gain in market share would be a reversal of trends observed over the preceding two decades. Low grade logs or residues from lumber manufacturing formerly used in pulp production are assumed to be exported. A final assumption employed by Brooks and Haynes is that harvests on private lands would stabilize at around 75 MMBF by 2005, with private and State harvests accounting for a combined total harvest of 91 MMBF through 2010.

Brooks and Haynes' (1997) medium projection for 2005 is used as a benchmark to evaluate the alternatives in the long-term wood products effects portion of this section. This projection, summarized in Table 3.4-6, estimates that 152 MMBF of Tongass timber would be harvested in 2005. This estimate is consistent with the 2002 demand analysis that was developed to comply with Section 101 of TTRA and ensure that annual timber sale offerings are consistent with market demand (USDA Forest Service, 2000). Comparing Brooks and Haynes' medium scenario for 2005 with actual data for 2000 suggests that there would be a net loss of approximately 76 jobs between 2000 and 2005. There would, however, be a shift from logging to sawmill employment as a result of projected increases in lumber production coupled with projected decreases in private and state harvest totals (Table 3.4-6).

The scenario presented in the previous paragraphs is not intended to indicate the range of potential outputs and industrial activity possible from timber harvests on the Tongass National Forest. It merely describes possible levels of activity given certain assumptions and provides one benchmark for evaluation in the effects analysis (see Figure 3.4-15). The results of the 2000 mill survey and data from the annual Timber

Supply and Demand reports suggest a number of differences between Brooks and Haynes' (1997) assumptions and actual conditions in 2000. This is discussed further in the environmental consequences section.

**Table 3.4-6**
**Southeast Alaska Timber Production and Employment, 1995 to 2005**

|  | Actual 2000[1] | Brooks and Haynes 2005[2] |
|---|---|---|
| **Volumes Produced** | | |
| Tongass Harvest (MMBF log scale) | 147 | 152 |
| Private & State Harvest (MMBF log scale) | 191 | 91 |
| Total Harvest (MMBF log scale) | 338 | 243 |
| Log Exports (MMBF log scale) | 270 | 87 |
| Lumber Production (MMBF lumber tally) | 87 | 133 |
| Pulp Production (million tons) | 0 | 0 |
| Chip Exports (million tons) | 179 | 187 |
| **Employment (Average Annual)** | | |
| Logging | 711 | 474 |
| Sawmills | 280 | 443 |
| Pulp | 2 | 0 |
| Wood Products Total | 993 | 917 |
| Total (Direct, Indirect, and Induced)[3] | **1,955** | **1,836** |
| **Employee Earnings (Million 2000$)** | | |
| Direct Earnings | 44.0 | 40.7 |
| Total (Direct, Indirect, and Induced)[3] | **62.7** | **58.9** |

[1] These data are actual statistics for 2000. Earnings were estimated using 1999 data adjusted to account for the decrease in employment between 1999 and 2000.
[2] The data on volumes produced are from Brooks and Haynes, 1997. Logging and sawmill employment estimates were calculated using the logging jobs/total harvest and sawmill/lumber production ratios used in the effects analysis. These ratios, which are based on average annual employment ratios from 1990 to 1994, are 1.95 for logging and 3.33 for sawmills. The corresponding averages based on the 2000 data in this table are 2.10 for logging and 3.21 for sawmills.
[3] Total employment and income effects were calculated using Type II Employment and Income multipliers for the logging and sawmill sectors (see Table 3.4-4).
Sources: USDA Forest Service, 1997a (Table 3-134); Brooks and Haynes, 1997; USDA Forest Service, 2002a; Alaska DOL, 2001e.



*Recreation and tourism in Southeast Alaska has increased significantly over the past decade and was the largest resource-dependent sector in terms of employment and earnings in 2001.*

### Recreation and Tourism

Recreation and tourism within Southeast Alaska has increased significantly over the past decade. Nonresident recreation and tourism accounted for an estimated 4,278 jobs in Southeast Alaska in 2001 (direct employment only). This figure comprised approximately 11 percent of total employment in Southeast Alaska in 2001 and was the largest resource-dependent sector in terms of total direct employment and earnings (Table 3.4-3).

A distinction is made between resident recreationists and nonresident visitors for the purposes of this analysis because significant differences exist between these groups. Surveys indicate that visitors are generally older, often purchase package tours, use many expensive services, and spend relatively little time in remote settings while in Southeast Alaska. This is typically the case with cruise ship passengers, who presently comprise a majority of the visitors to the region. The distinction between resident recreationists and nonresident visitors is also important from an economic impact assessment perspective. Jobs generated by nonresident expenditures on goods and services are considered comparable to an export industry that brings new money into the region, creating new wealth and development opportunities. Multipliers are used to analyze the impact of "new" money coming into the regional economy. Expenditures by local residents represent a recirculation of money that is already present in the regional economy and are, therefore, not typically identified as "new" money. That is not to say, however, that

# Environmental Consequences

**Direct, Indirect, and Cumulative Effects**
  Economic Impact Analysis
    Wood Products Industry
      Short-term Effects
        Effects on the Timber Industry
        Effects on Communities
        Effects of Mill Closures
      Long-term Effects
        Demand
        Installed Production Capacity
        Employment and Income
    Recreation and Tourism
      Supply
      Demand
      Consumption
      Employment and Income
      Other Potential Impacts
        Group Sizes
        Helicopter Landing Tours
    Mining
    Transportation and Utilities
    Salmon Harvesting and Processing
    Natural Amenities and Quality of Life
    Summary of Impacts
  Economic Efficiency Analysis
    Timber
    Recreation and Tourism
    Costs
    Salmon Harvesting and Processing
    Mining
    Subsistence
    Non-use and Ecosystem Services
      Non-use Values
      Ecosystem Services
      Natural Amenites and Quality of Life
  Tongass National Forest Budget
  Payments to the State

**Direct, Indirect, and Cumulative Effects**

This section describes the potential direct, indirect, and cumulative economic effects of the eight alternatives. The analysis is divided into two main sections: 1) economic impact analysis, and 2) economic efficiency analysis. The Tongass National Forest budget and payments to the State are addressed in two short sections at the end. The impact analysis section addresses the effects of the proposed alternatives on regional employment and income. The efficiency analysis attempts to measure all of the costs and benefits to society, both future and present, of each alternative. The costs and benefits assessed in an economic efficiency analysis are not restricted to cash transactions, but also include non-market benefits such as consumer surplus. The concepts and methodologies used in each of these analyses are described in detail in the following sections. In general, it should be remembered that impact and efficiency analyses measure different things and are not directly comparable. Alternatives with positive impacts on jobs and income will not necessarily have high benefits under efficiency analysis.

The cumulative effects of the alternatives are assessed as part of the impact and efficiency analyses in the following sections. These effects are addressed in a number of ways including the following. The regional economic overview in the Affected Environment portion of this section addresses the regional economy as a whole to establish the context for this analysis. Potential changes in the wood products industry are viewed in the context of ongoing changes in other sectors of this industry, particularly past and projected future trends in logging on Native Corporation lands. Effects on the recreation and tourism industry are viewed in the broader context of ongoing and possible future trends in visitation to Southeast Alaska. The effects analysis also considers the economic implications of the potential effects of the alternatives on possible future transportation and public utility projects.

**Economic Impact Analysis**

This section addresses the potential effects of the proposed alternatives on regional employment and income. The section is divided into seven main parts. The first six parts address the effects of the alternatives on the wood products industry, recreation and tourism, mining, transportation and utilities, salmon harvesting and processing, and quality of life, respectively. The seventh part provides a summary of the effects discussed in the preceding four sections.



### Wood Products Industry

This section addresses the potential effects of the alternatives on the wood products sector in two ways. The first section evaluates the short-term implications of the alternatives by addressing their potential effects on National Forest timber sale volume under contract. Timber sale volume under contract in this context refers to the volume associated with sales that have been sold but not harvested. The second section takes a more long-term perspective and addresses the potential future supply of National Forest timber based on the available Allowable Sale Quantity (ASQ) estimated for each alternative. The ASQ is the maximum amount of timber that may be scheduled for sale from the suitable lands identified under each alternative.



***Short-term Effects***

In order to provide a stable timber sales program and provide a continued flow of timber to regional timber processors, the Forest Service employs a "buffer stock" approach to timber sale planning. The resulting timber sale program is complex and requires that the Forest Service manage four "pools" of timber volume, commonly referred to as the "timber pipeline." These pools of timber volume include timber volume under contract, NEPA-cleared volume, timber volume in preparation, and timber volume identified in the Forest Service's 10-year Plan. The "timber pipeline" and its constituent parts are discussed in more detail in the *Timber* section of this SEIS.

Timber sales can take from 3 to 5 years to complete. Sales offered by the Forest Service vary in size to meet the needs of different purchasers. The time taken to complete a sale may vary with the size of the offering. Uncertainty and delays may be introduced through appeals and litigation. The buffer stock approach and the variable length of the timber sale process generally makes it difficult to draw a direct relationship between particular sales and regional timber demand. It is, however, clear that a reduction in the timber volume under contract could have potentially significant effects on regional timber operators, with commensurate effects on regional employment and income. Designating an area that contains timber volume under contract as Recommended Wilderness or Recommended LUD II would likely result in the purchaser being unable to harvest this volume. The possibility exists that affected volumes could be replaced, but this would take time and severe short-

# 3 Environment and Effects

term reductions in the volume under contract would have direct and relatively immediate effects upon the affected operators.

The following discussion is divided into two main sections. The first section addresses the potential effects of the alternatives upon the timber industry. The second section discusses the potential effects that the alternatives would have on employment and income in Southeast Alaskan communities.

### Effects on the Timber Industry

The Forest Service had approximately 295 MMBF under contract in September 2002. These sales are identified by purchaser in Table 3.4-11. This table also identifies the volume that would be located in Recommended Wilderness or Recommended LUD II by alternative. Existing volumes under contract likely represent the vast majority, if not the entire short-term timber supply for the identified facilities. Local sawmills and other processors have been unable to compete with the log export market for private timber, and virtually no volume from the Native Corporation harvests is processed locally. Any reduction in the existing volume under contract would be unlikely to be made up from other areas within the next year or two. Gateway Forest Products (Gateway) and the three largest operating facilities in the region, Silver Bay Logging (Silver Bay), Viking Lumber, and Pacific Log and Lumber, have the largest volumes under contract. Icy Straits, also known as Whitestone Southeast Logging Company (Whitestone), also has a relatively large volume under contract. The Gateway veneer mill and Pacific Log and Lumber are located in Ketchikan. The Silver Bay, Viking Lumber, and Icy Straits facilities are located in Wrangell, between Craig and Klawock, and in Hoonah, respectively. Volume under contract is presented graphically by major purchaser and alternative in Figure 3.4-13.

The following sections discuss the potential effects by alternative. This discussion focuses on timber supply and does not address the potential demand for each facility's products, which could have an equally important bearing on a mill's actual future production levels or continued operation (see the Current Status of the Industry discussion in the *Affected Environment* portion of this section). Table 3.4-12 compares the sawlog component of the available volume under contract with 2000 production levels by alternative. A figure of 2.0, for example, indicates that the sawlog component of the available volume under this alternative is twice the volume that was processed by that facility in 2000.

As noted in the Affected Environment section, it is unknown whether the 2000 production levels for the region's larger mills, which ranged from 21 percent (Silver Bay) to 28 percent (Pacific Log and Lumber) of estimated installed capacity, would be sufficient to allow long-term continued operation of these facilities. There could be many reasons why 2000 does not represent an average year, and estimated production levels from the 2000 survey should not be interpreted as predictions of future rates of utilization. The 2000 levels are simply used in the following analysis as a benchmark to provide some perspective on the potential short-term effects by alternative.

Testimony by a representative of Silver Bay at the Evidentiary Hearing of *Sierra Club and Others vs. Rey* (February 2002) indicated that Silver Bay, for example, has been operating their mill at a loss over the past three years and subsidizing the mill's operation with income from logging jobs with other companies. Silver Bay processed 14 MMBF in 2000 and similar volumes in 1999 and 2001. This representative estimated that they would need to process approximately 36 MMBF in 2002 to "stand a chance" of breaking even.