**Table 3.4-11**
**Sale Volume Under Contract by Purchaser and Alternative**

| Mills | Location | Volume under Contract (MBF) | Alternatives 1, 2, and 4 Volume | Alternatives 1, 2, and 4 Percent | Alternative 3 Volume | Alternative 3 Percent | Alternative 5 Volume | Alternative 5 Percent | Alternative 6 Volume | Alternative 6 Percent | Alternative 7 Volume | Alternative 7 Percent | Alternative 8 Volume | Alternative 8 Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Major Operators** | | | | | | | | | | | | | | |
| Gateway Forest Products | Ketchikan | 115,780 | 0 | 0 | 0 | 0 | 0 | 0 | 64,481 | 56 | 0 | 0 | 63,877 | 55 |
| Silver Bay Logging | Wrangell | 71,004 | 0 | 0 | 0 | 0 | 0 | 0 | 56,750 | 80 | 13,164 | 19 | 55,854 | 79 |
| Viking Lumber Company | Craig/Klawock | 44,248 | 0 | 0 | 6,210 | 14 | 5,757 | 13 | 21,454 | 48 | 9,664 | 22 | 11,536 | 26 |
| Pacific Log and Lumber, Ltd | Ketchikan | 32,208 | 0 | 0 | 0 | 0 | 0 | 0 | 19,616 | 61 | 0 | 0 | 15,521 | 48 |
| **Smaller Operators** | | | | | | | | | | | | | | |
| Whitestone Southeast Logging Co. | Hoonah | 11,265 | 0 | 0 | 0 | 0 | 0 | 0 | 8,984 | 80 | 0 | 0 | 8,984 | 80 |
| The Mill, Inc | Petersburg | 644 | 0 | 0 | 0 | 0 | 0 | 0 | 446 | 69 | 0 | 0 | 0 | 0 |
| **Total (Mills)** | | 275,149 | 0 | 0 | 6,210 | 2 | 5,757 | 2 | 171,731 | 62 | 22,828 | 8 | 155,772 | 57 |
| **Other Purchasers** | | | | | | | | | | | | | | |
| 3-D Logging | Whale Pass | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Beaver Creek Logging | Craig | 61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D&L Woodwork | Hoonah | 123 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| David Seaford | Thorne Bay | 1,350 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| H&L Salvage | Craig | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jack Harrison | Craig | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ketchikan Public Util. | Ketchikan | 15,762 | 0 | 0 | 0 | 0 | 0 | 0 | 15,762 | 100 | 0 | 0 | 15,762 | 100 |
| Luthier Tone Woods | Wrangell | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mnt. Man Cutting | Craig | 162 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Age | Thorne Bay | 1,193 | 0 | 0 | 0 | 0 | 652 | 55 | 652 | 55 | 652 | 55 | 652 | 55 |
| Mining/Excavation | | | | | | | | | | | | | | | |
| Porter Lumber | Thorne Bay | 372 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Richard Blauvelt | Thorne Bay | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Thorne Bay Wood Products | Thorne Bay | 147 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total (Other Purchasers)** | | 19,425 | 0 | 0 | 0 | 0 | 652 | 3 | 16,414 | 84 | 652 | 3 | 16,414 | 84 |
| **Grand Total (Mills and Other Purchasers)** | | 294,574 | 0 | 0 | 6,210 | 2 | 6,409 | 2 | 188,145 | 64 | 23,480 | 8 | 172,186 | 58 |

Notes:
[1] Approximately 61 percent of these volumes are assumed to be comprised of sawlogs. See Table 3.4-5 for estimated installed production capacity and 2000 production levels by timber processor.
[2] None of the areas containing sale volume under contract would be affected by Alternatives 1, 2, and 4. s
[3] Gateway Forest Products' filed for bankruptcy protection in February 2002. U.S. Bankruptcy Court dismissed the case in April 2002. The sawmill was sold and dismantled. The city of Ketchikan purchased the veneer mill and is presently looking for an operator.
[4] Silver Bay Logging filed for bankruptcy protection in February 2003. The company announced that it plans to continue operating and plans to harvest 25 MMBF of timber in 2003.
MBF = thousand board feet.

EXHIBIT 6
Page 12 of 22

# 3 Environment and Effects



**Figure 3.4-13**
**Available Sale Volume Under Contract by Purchaser and Alternative**

**Notes:**
This presentation assumes that volume under contract located in a Recommended Wilderness or LUD II area would not be available for harvest.
VUC = Volume under contract.
Source: Table 3.4-8.

Silver Bay Logging announced in February 2003 that it has filed for Chapter 11 reorganization with the U.S. Bankruptcy Court, citing depressed lumber prices and increased costs to harvest Federal timber sales as the principle reasons for the filing. The company also announced that they plan to continue operating and plan to harvest approxmately 25 MMBF of timber in 2003.

The low utilization rates across the industry may indicate that changes in capacity are likely as the region's wood products sector adjusts to current supply and end-market realities. Under current market conditions, if a mill were to close, it is highly unlikely that it would be reopened or replaced by other processing capacity. To the extent that they reduce volume under contract or otherwise impact short-term supply, there is a possibility that the more restrictive alternatives, in conjunction with current market conditions, may result in closure of the remaining larger sawmills in the region. However, the risk of this occurring, and the actual thresholds at which it becomes probable are not known.

EXHIBIT 6
Page 13 of 22

**Table 3.4-12**
**Years of Operation based on 2000 Production Levels and the Sawlog Component of the Existing Sale Volume under Contract**

| Purchaser[1] | Volume Under Contract (MBF)[2] | 2000 Mill Production (MBF) | Production Years at 2000 Levels Alternatives[3,4] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1, 2, 4 | 3 | 5 | 6 | 7 | 8 |
| **Major Operators** | | | | | | | | |
| Silver Bay Logging | 71,004 | 14,000 | 3.1 | 3.1 | 3.1 | 0.6 | 2.5 | 0.7 |
| Viking Lumber Company | 44,248 | 13,000 | 2.1 | 1.8 | 1.8 | 1.1 | 1.6 | 1.5 |
| Pacific Log and Lumber, Ltd | 32,208 | 9,000 | 2.2 | 2.2 | 2.2 | 0.9 | 2.2 | 1.1 |
| **Smaller Operators** | | | | | | | | |
| Whitestone Southeast Logging Co. | 11,265 | 5,000 | 1.4 | 1.4 | 1.4 | 0.3 | 1.4 | 0.3 |
| The Mill, Inc | 644 | 7,000 | 0.1 | 0.1 | 0.1 | 0.0 | 0.1 | 0.1 |
| Total (Mills) | 159,369 | 48,000 | 2.0 | 1.9 | 2.0 | 0.7 | 1.7 | 0.9 |

[1] Gateway is not included in this table because they only operated for a portion of 2000 and the veneer plant is presently shut down.
[2] Approximately 61 percent of this volume is assumed to be comprised of sawlogs.
[3] This table compares the sawlog component of the available volume under contract with 2000 production levels by alternative. A figure of 2.0, for example, indicates that the sawlog component of the available volume under this alternative is twice the volume that was processed by that facility in 2000.
[4] It is unknown whether the 2000 production levels for the region's larger mills, used here as a benchmark, would be sufficient to allow long-term continued operation of these facilities. Mills typically operate based on a backlog of three years of supply. None of the region's mill's currently have three years backlog, even assuming that 2000 production levels are sufficient to allow continued operation.

Source: USDA Forest Service, 2001a.

Significant harvest reductions on the Tongass could have effects on the timber industry as a whole. Specialized support services, such as road building, barge and tug lines, and logging companies, and other elements of the timber industry infrastructure could also be affected. A significant reduction in Tongass harvests could result in a general loss of confidence in the Southeast Alaska timber industry, which could affect the ability of the remaining operators and specialized support services to get financing, bonding, and security at reasonable costs. The potential extent of these types of effects is unknown but are nevertheless real concerns that need to be acknowledged. These types of effects would appear more likely to occur under the more restrictive alternatives.

**Alternatives 1, 2, and 4.** There would be no effect on the areas containing volume under contract under Alternatives 1, 2, and 4. Approximately 61 percent of the volume identified in Table 3.4-11 is comprised of sawlogs. The sawlog components of the volumes under contract with Silver Bay, Viking, and Pacific Log and Lumber are approximately 3.1 times, 2.1 times, and 2.2 times 2000 levels, respectively. Whitestone's volume under contract is approximately 1.4 times its 2000 production levels (Table 3.4-12).

**Alternative 3.** Under this alternative, 14 percent of the volume under contract with Viking Lumber (6.2 MMBF) would be in a Recommended Wilderness area. This reduction in available volume could potentially affect operation of the Viking Lumber facility in the short-run. The sawlog component of the remaining 86 percent of Viking's volume under contract (23.2 MMBF) would be approximately 1.8 times its 2000 production level (Table 3.4-12). The results of the Forest Service's 2000 mill survey indicated that Viking Lumber processed 13 MMBF in 2000.

EXHIBIT 6
Page 14 of 22

**Alternative 5.** Under this alternative, 13 percent of Viking Lumber's volume under contract (5.7 MMBF) would be in a Recommended Wilderness area. The potential effects to Viking are likely to be the same under this alternative as they would be under Alternative 3.

New Age Mining/Excavation would have 55 percent (0.7 MMBF) of its volume under contract affected by this alternative (Table 3.4-11). This would also be the case under Alternatives 6, 7, and 8.

**Alternative 6.** Effects under this alternative would range from 48 percent of the volume under contract with Viking Lumber (21 MMBF) to 80 percent of Silver Bay's volume under contract (57 MMBF). This alternative could have significant effects for all three larger mills. The sawlog component of Silver Bay's remaining volume (8.7 MMBF) represents approximately 13 percent of the mill's estimated installed production capacity and approximately 60 percent of the volume processed by the mill in 2000 (Table 3.4-12). Pacific Log and Lumber would experience similar short-term effects, with 61 percent of its volume under contract affected. The sawlog component of the remaining volume (7.7 MMBF) would be approximately 90 percent of the volume processed by the mill in 2000.

Approximately 48 percent of the volume under contract with Viking Lumber (21 MMBF) would be in a Recommended Wilderness or Recommended LUD II area under this alternative. The sawlog component of the remaining volume (13.9 MMBF) would be equivalent to 1.1 times the volume processed by the Viking mill in 2000 (Table 3.4-12). Approximately 80 percent of the volume under contract with Whitestone (9 MMBF) would be in a Recommended Wilderness or Recommended LUD II area under this alternative. The sawlog component of the remaining volume (1.4 MMBF) would be equivalent to about 30 percent of the volume processed by the Icy Straits mill in 2000 (Table 3.4-12).

**Alternative 7.** Under this alternative, 19 percent of the volume under contract with Silver Bay (13.2 MMBF) and 22 percent of Viking Lumber's volume under contract (9.7 MMBF) would be in a Recommended Wilderness area. The sawlog component of the remaining volume under contract with Silver Bay (35.3 MMBF) would be equivalent to 2.5 times the volume processed in 2000. The sawlog component of Viking Lumber's remaining volume under contract (21.1 MMBF) would be approximately 1.6 times the mill's 2000 production level (Table 3.4-12).



*A potential loss of mill jobs would, for the most part, be concentrated in the community where the mill is located. Potential reductions in logging jobs are more difficult to tie to specific communities due to the mobility of sales and movement of operations.*

**Alternative 8.** The potential effects of this alternative on Silver Bay and Whitestone would be very similar to those discussed for Alternative 6. The effects upon Viking Lumber would be similar to those under Alternative 7. Approximately 48 percent of the volume under contract with Pacific Log and Lumber would be in a Recommended Wilderness area under this alternative. The sawlog component of the remaining volume (10.2 MMBF) would be 1.1 times the estimated volume processed by this facility in 2000 (Table 3.4-12).

### Effects on Communities
Reductions in the volume under contract would affect both sawmill and logging employment. Potential decreases in sawmill employment were calculated using a ratio of 3.33 jobs/MMBF. Changes in logging employment were estimated using a ratio of 1.95 jobs/MMBF. These ratios are based on average levels of employment per unit of product output for the 1990 to 1994 period for all species. This time period includes both high levels of production in 1990 (resulting in low levels of employment per unit output) and lower levels in 1993 and 1994 (USDA Forest Service, 1997a; p. 3-479). A review of data for 2000 suggests that, despite the significant structural change that has occurred in the Southeast Alaska wood products industry in recent years, this ratio is still representative of current conditions.

A potential loss of mill jobs would, for the most part, be concentrated in the community where the mill is located because the majority of mill workers reside in close proximity to their place of work. The potential effects of the alternatives on sawmill employment are presented net of Alternatives 1, 2, and 4, which would not affect the existing volume under contract, in Table 3.4-13.

Potential reductions in logging jobs are more difficult to tie to specific communities due to the mobility of sales and movement of operations. Spatial proximity between a sale location and a nearby community with existing logging employment does not necessarily indicate that the sale would be logged by residents of that community. This relationship is, however, more likely to occur in locations where access is provided by roads from nearby communities than in cases where the sale is in a remote location and would require logging equipment to be barged in, regardless of where the logging contractor is located. There is also little apparent correlation between the location of the sale and the purchaser, with all three larger mills having sales volume under contract in a number of different areas. With these thoughts in mind, the potential effects of the alternatives upon logging employment are presented by sale location net of Alternatives 1, 2, and 4 in Table 3.4-14.

In addition to the difficulties of linking logging jobs with particular communities, it is also difficult to determine which logging jobs are associated with Forest Service timber sales and which are associated with private harvest. Logging jobs associated with Native Corporation, other private, and state harvest would not be directly affected by the proposed alternatives. It is, however, possible that private and state timber operations could be indirectly affected as a result of effects on specialized support industries and other elements of the timber industry infrastructure, as well as a potential general loss of confidence in the Southeast Alaska wood products sector as a whole.

Estimated changes in sawmill and logging employment shown in Tables 3.4-13 and 3.4-14, respectively, are presented in job-years, which represent the equivalent of one year's employment. This potential employment loss would not all occur in one year and estimated job totals do not directly translate into estimated numbers of affected workers.

There would be no effect on the areas containing volume under contract under Alternatives 1, 2, and 4. Potential reductions in employment under the other alternatives would range from approximately 13 sawmill job-years and 12 logging job-years under Alternatives 3 and 5 to approximately 364 sawmill job-years and 367 logging job-years under Alternative 6 (Tables 3.4-13 and 3.4-14). Projected overall direct job loss under Alternative 7 would be 94 job-years. Projected job losses under Alternative 8 would be similar to those under Alternative 6, with an overall projected loss of approximately 668 direct sawmill and logging job-years.

**Effects of Mill Closures.** The preceding discussion implicitly assumes a linear relationship between reductions in the volume under contract and sawmill employment, with a one percent decline in harvest resulting in a one percent decline in sawmill employment. This type of relationship is also assumed with respect to logging employment. There are a number of factors that suggest that this type of direct relationship rarely exists. Sawmill operations are driven by market demand and require the volume and species that will produce the lumber needed to meet particular market segments. The mix of log grades and species varies from sale to sale and also from unit to unit within a sale. Testimony by representatives of Viking Lumber and Silver Bay at the Evidentiary Hearing of *Sierra Club and Others vs. Rey* (February 2002) indicated that reducing the size or reconfiguring a timber sale can affect the economic viability of the sale.

Table 3.4-13
Potentially Affected Volume Under Contract and Sawmill Employment by Alternative

| Purchaser | Location | Volume Under Contract (MBF) | Alternatives 1, 2, and 4 | | Net Change from Alternatives 1, 2, and 4 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Alternative 3 | | Alternative 5 | | Alternative 6 | | Alternative 7 | | Alternative 8 | |
| | | | Sawlog Volume (MBF) | Sawmill Job-Years[1] | Sawlog Volume (MBF)[2] | Sawmill Job-Years | Sawlog Volume (MBF) | Sawmill Job-Years | Sawlog Volume (MBF) | Sawmill Job-Years | Sawlog Volume (MBF) | Sawmill Job-Years | Sawlog Volume (MBF) | Sawmill Job-Years |
| **Major Operators:** | | | | | | | | | | | | | | |
| Gateway Forest Products[3] | Ketchikan | 115,780 | 70,626 | 235 | 0 | 0 | 0 | 0 | -39,333 | -131 | 0 | 0 | -38,965 | -130 |
| Pacific Log & Lumber Ltd | Ketchikan | 32,208 | 19,647 | 65 | 0 | 0 | 0 | 0 | -11,966 | -40 | 0 | 0 | -9,468 | -32 |
| Silver Bay Logging | Wrangell | 71,004 | 43,312 | 144 | 0 | 0 | 0 | 0 | -34,618 | -115 | -8,030 | -27 | -34,071 | -113 |
| Viking Lumber Company | Craig/ Klawock | 44,248 | 26,991 | 90 | -3,788 | -13 | -3,512 | -12 | -13,087 | -44 | -5,895 | -20 | -7,037 | -23 |
| **Small Operators:** | | | | | | | | | | | | | | |
| Whitestone SE Logging Co. | Hoonah | 11,265 | 6,872 | 23 | 0 | 0 | 0 | 0 | -5,480 | -18 | 0 | 0 | -5,480 | -18 |
| **Other Operators:** | | | | | | | | | | | | | | |
| Other Small Mills[4] | Other | 20,069 | 6,755 | 22 | 0 | 0 | -398 | -1 | -4,798 | -16 | -398 | -1 | -4,526 | -15 |
| **Total** | | 294,575 | 174,204 | 580 | -3,788 | -13 | -3,909 | -13 | -109,282 | -364 | -14,323 | -48 | -99,547 | -332 |

Notes:
1. Jobs totals are estimated using a ratio of 3.33 jobs/MMBF. These estimates assume that approximately 61 percent of the volumes under contract are comprised of sawlogs. Estimated sawmill job-years represent one year of sawmill employment based on the 3.33 jobs/MMBF ratio. This employment would not all necessarily occur in one year and estimated job-years do not directly translate into numbers of affected workers.
2. Changes in sale volume under contract and associated jobs are shown for Alternatives 3, 5, 6, 7, and 8 relative to estimated volumes and sawmill jobs for Alternatives 1, 2, and 4. For example, -3,788 MBF and -13 jobs for Viking under Alternative 3 means that there would be 3,788 MBF (sawlog volume) less harvested in this area under this alternative than under Alternatives 1, 2, and 4. Using the 3.33 jobs/MMBF ratio, this would translate into a reduction of 13 job-years.
3. Future use of the volume under contract with Gateway Forest Products is uncertain at this time. All or a portion of the volume may be manufactured at the veneer plant if an operator is found. It is also possible that Gateway may subcontract or third-party this volume to other local processors. A portion of the volume may ultimately be turned back to the Forest Service for reoffer. At this time, it is anticipated that the volume will eventually contribute to sawmill employment.
4. Ketchikan Public Utilities ROW total sale volume of 15,762 MBF is included in the VUC. Since only 6,767 MBF is required for removal, this is all that is used to estimate sawmill employment.

EXHIBIT 6
Page 17 of 22

Table 3.4-14
Potentially Affected Volume Under Contract and Associated Logging Employment by Sale Location and Alternative

| Location | Alternatives 1, 2, 4 Volume (MBF) | Alternatives 1, 2, 4 Logging Job-Years | Alternative 3 Volume (MBF) | Alternative 3 Logging Job-Years | Alternative 5 Volume (MBF) | Alternative 5 Logging Job-Years | Alternative 6 Volume (MBF) | Alternative 6 Logging Job-Years | Alternative 7 Volume (MBF) | Alternative 7 Logging Job-Years | Alternative 8 Volume (MBF) | Alternative 8 Logging Job-Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Central Prince of Wales | 3,132 | 6 | 0 | 0 | 0 | 0 | -1,916 | -4 | 0 | 0 | -1,916 | -4 |
| Chichagof | 11,388 | 22 | 0 | 0 | 0 | 0 | -8,984 | -18 | 0 | 0 | -8,984 | -18 |
| Ketchikan/Revilla | 90,759 | 177 | 0 | 0 | 0 | 0 | -57,491 | -112 | 0 | 0 | -56,639 | -110 |
| Kuiu | 29,719 | 58 | 0 | 0 | 0 | 0 | -14,677 | -29 | 0 | 0 | -10,582 | -21 |
| North Prince of Wales | 18,406 | 36 | 0 | 0 | -652 | -1 | -11,229 | -22 | -652 | -1 | -11,229 | -22 |
| Petersburg | 34,541 | 67 | 0 | 0 | 0 | 0 | -27,862 | -54 | -13,164 | -26 | -27,371 | -53 |
| Petersburg/Kake | 32,278 | 63 | -6,210 | -12 | -5,757 | -11 | -16,108 | -31 | -9,664 | -19 | -13,449 | -26 |
| South Prince of Wales | 46,985 | 92 | 0 | 0 | 0 | 0 | -28,690 | -56 | 0 | 0 | -20,828 | -41 |
| Wrangell | 27,367 | 53 | 0 | 0 | 0 | 0 | -21,188 | -41 | 0 | 0 | -21,188 | -41 |
| Total | 294,574 | 574 | -6,210 | -12 | -6,409 | -12 | -188,145 | -367 | -23,480 | -46 | -172,186 | -336 |

Notes:
1. Job-year totals are estimated using a ratio of 1.95 jobs/MMBF. These estimates assume that the entire volume under contract would be removed. This may result in an overestimate because approximately 61 percent of the volume under contract is comprised of sawlogs and current direction allows purchasers to leave utility log volumes on site. Estimated logging job-years represent one year of logging employment based on the 1.95 jobs/MMBF ratio. This employment would not all necessarily occur in one year and estimated job-years do not directly translate into estimated numbers of affected workers.
2. Changes in sale volume under contract and associated jobs are shown for Alternatives 3, 5, 6, 7, and 8 relative to estimated volumes and logging jobs for Alternatives 1, 2, and 4. For example, -6,210 MBF and -12 jobs for Petersburg/Kake under Alternative 3 means that there would be 6,210 MBF less harvested in this area under this alternative than under Alternatives 1, 2, and 4. Using the 1.95 jobs/MMBF ratio, this would translate into a reduction of 12 job-years.
3. These potential reductions in logging employment are difficult to tie to specific communities or community groups. Spatial proximity between a sale location and a nearby community with existing logging employment does not necessarily indicate that the sale would be logged by residents of that community. This relationship is, however, more likely to occur in locations where access is provided by roads from nearby communities than in cases where the sale is in a remote location and would require logging equipment to be barged in, regardless of where the logging contractor is located.

EXHIBIT 6
Page 18 of 22

The economic viability of a sale may, for example, depend upon the whole volume being removed to cover fixed costs. In other cases, particular units may be more valuable than others and in effect subsidize the harvest. Both representatives also indicated that some of the timber sales they presently have under contract are currently not economic to harvest as a result of market conditions. In addition, in this context, portions of sales not located in a roadless area may not be available for harvest because the road that would access that timber may go through the roadless area or the planned log transfer facility may be in the roadless area. For example, five sales under contract to one company are in roaded areas but have no available LTF within the roaded portion of the sale area.

Industry response to changes in supply may involve discreet and relatively large adjustments in production and employment, which may take the form of temporary or permanent mill closure. As previously noted, there is a possibility that the short-term supply reductions projected under the more restrictive alternatives could, in conjunction with current market conditions, result in closure of the remaining larger sawmills in the region. However, the risk of this occurring and the actual thresholds at which it becomes probable are not known. This section discusses the potential social and economic effects of these mills closing and represents a worst-case scenario whereby all mills and Tongass-related logging activities would no longer take place.

Temporary (one or more years) or permanent mill closure would result in direct job losses, as well as secondary (indirect and induced) job losses in the regional economy. If a mill were to close under current conditions, it is highly unlikely that it would be reopened or replaced by other processing capacity. Direct job loss would occur in the affected sawmills and the logging sector. The majority of harvest from the Tongass National Forest supplies local mills. Closure of these mills would eliminate the market for sale volume under contract with those mills and also much of the remaining sale volume under contract with other purchasers (see Table 3.4-11). This would affect potential logging employment accordingly, unless export permits for Tongass timber were expanded. Direct job losses would also include reductions in Forest Service employment.

Based on the mill-specific employment data gathered as part of the Forest Service's 2000 mill survey, closure of the three larger sawmills and the Icy Straits facility would result in the temporary or permanent loss of 149 direct jobs (Table 3.4-15). Table 3.4-15 also includes the Gateway veneer mill on the assumption that this mill would be operational, resulting in a total estimate direct loss of 183 jobs. These job losses would be primarily concentrated in the communities where the mills are located. Total employment data for community groups, as defined by the Alaska DOL, suggest that these job losses would represent 3 percent of total 1999 employment in Central Prince of Wales (Craig, Hollis, and Klawock), 1 percent of total employment in Ketchikan, 7 percent of total employment in Wrangell, and 4 percent of total employment in North Chichagof (see Table 3.4-16). Using the 2.09 wood products employment multiplier (see Table 3.4-15), total sawmill-related job loss (direct, indirect, and induced) would be approximately 383 jobs (assuming the Gateway Veneer Mill would be operational). The indirect and induced job losses would occur throughout the region and it is difficult to accurately estimate the portion of these effects that would occur in the community groups that contain the affected sawmills.

EXHIBIT 6
Page 19 of 22

Table 3.4-15
Direct and Total Employment and Earnings by Potentially Affected Sawmill

| | Gateway Veneer[1] | Pacific Log and Lumber | Silver Bay | Viking | Icy Straits | Total |
|---|---|---|---|---|---|---|
| **Employment (Jobs)** | | | | | | |
| Direct (Sawmill Jobs)[2] | 34 | 43 | 55 | 33 | 18 | 183 |
| Total (Direct, Indirect, and Induced)[3] | 71 | 90 | 115 | 69 | 38 | 383 |
| **Income ($million)** | | | | | | |
| Direct (Sawmill Jobs)[4] | 1.51 | 1.91 | 2.44 | 1.46 | 0.80 | 8.12 |
| Total (Direct, Indirect, and Induced)[5] | 2.28 | 2.88 | 3.68 | 2.21 | 1.20 | 12.25 |

[1] The Gateway veneer mill was purchased by the city of Ketchikan in April 2002. The volume under contract with Gateway may be manufactured in the veneer plant, it may be transferred to and processed by other local mills, or it could be turned back to the Forest Service for reoffer. The potential effects shown in this table assume that the Gateway facility would be operational.
[2] Direct employment estimates are based on the results of the Forest Service's 2000 mill survey.
[3] The total employment effects of these mills were estimated using an employment multiplier of 2.09. Indirect and induced job losses would occur throughout the region and it is difficult to accurately estimate the portion of these effects that would occur in the community groups that contain the affected sawmills.
[4] Direct income estimates are based on the estimated number of employees multiplied by the annual average wage for the wood products sector for 1999, adjusted for inflation to 2000 dollars.
[5] Total income was estimated using an income multiplier of 1.51 (see Table 3.4-4).

Table 3.4-16
Logging Employment by Community Group

| | 1999 | | | Logging Percent Change 1990-1999 |
|---|---|---|---|---|
| | Total Employment | Logging | Logging Percent of Total | |
| Baranof | 13 | 1 | 8 | -98 |
| Central Prince of Wales | 1,051 | 85 | 8 | 76 |
| Chatham Strait | 223 | 40 | 18 | -55 |
| Cleveland Peninsula | 195 | 180 | 92 | na |
| Hydaburg | 75 | 1 | 1 | na |
| Juneau | 16,284 | 55 | 0 | na |
| Kake | 257 | 53 | 21 | -57 |
| Ketchikan | 7,014 | 195 | 3 | 76 |
| North Chichagof | 411 | 99 | 24 | -29 |
| North Prince of Wales | 361 | 74 | 20 | 70 |
| Petersburg | 1,395 | 5 | 0 | -93 |
| Wrangell | 823 | 2 | 0 | na |
| Yakutat | 381 | 13 | 3 | -65 |
| Total | 28,483 | 803 | 3 | -60 |

Notes:
1. Data are only presented for those community groups with logging employment in 1999. While there was no logging employment in the Kuiu Island, Metlakatla, and Stephens Passage community groups in 1999, logging employment in these communities accounted for 77, 16, and 61 jobs in 1990, respectively.
2. Data compiled from this source indicate that logging employment declined from 1,985 in 1990 to 803 in 1999, a decrease of 60 percent.
3. These data are for covered employment only. They do not include proprietors or self-employed workers.
4. The individual communities and named places that comprise these community groups are identified in Table 3.4-24.
na - There was no logging employment in 1990.
Source: Alaska DOL, 2002c.

If the larger mills in the region were to close there would be little regional demand for the remaining volume under contract, especially those volumes that are under contract with the affected mills themselves. Under this scenario, assuming that there was no expansion in export permits for Tongass timber, it is likely that the majority of Tongass-related logging would no longer take place, resulting in a maximum loss of more than 574 logging job-years (Table 3.4-14). The largest absolute reductions in logging job-years would occur in the Ketchikan/Revilla (177 jobs), South Prince of Wales (92 jobs), Petersburg (67 jobs), Petersburg/Kake (63 jobs), Kuiu (58 jobs), and Wrangell (53 jobs) areas (Table 3.4-14). These estimates are based on an average ratio of logging jobs/MMBF and the assumption that the volumes under contract would otherwise be harvested.

While it is not possible to tie reductions in logging employment to specific communities, significant reductions or a complete stop in logging activities would have significant effects on those communities that continue to have a relatively large share of employment in logging. Actual employment data is not available at the community level, but the data by community group presented in Table 3.4-16 indicate that nearly all community groups in the region with logging employment have experienced significant reductions in this employment over the last 10 years. It is, however, important to note that these employment data are by place of work and not place of residence. The number of logging jobs in the Cleveland Peninsula community group in 1999, for example, was notably larger than the number of residents in the area. These employment totals also include workers that do not reside in Southeast Alaska (nonresident workers). Nonresident workers comprised 35 percent of total employment in the Southeast Alaska wood products sector in 1994 (see Figure 3.4-3).

The projected ASQ provides another perspective on the number of jobs that could be forgone if the larger sawmills in the region were to close. The annual average NIC I component of the projected ASQ for the next decade under the current Forest Plan is 212 MMBF. Using the sawmill and logging job/MMBF ratios used in the preceding discussion, this would result in 431 and 413 sawmill and logging job-years being foregone, respectively. Using the sawmill and logging employment multipliers, estimated total (direct, indirect, and induced) foregone employment would be 1,694 job-years, which would be distributed throughout the region. This does, however, assume that the entire NIC I component of the ASQ would be harvested, which has not been the case in recent years, and assumes that sawmill employment would be higher in the future than it presently is, 459 job-years compared to approximately 276 jobs (see Figure 3.4-6). In addition, it may be noted that, historically, only 70 percent of the estimated NIC I volume has been sold and harvested.

The community discussions presented in the *Subregional Overview and Communities* section indicate that wood products-related activities play important roles in at least 11 of the 32 communities that were addressed. The majority of these communities are located on Prince of Wales Island. These communities include Coffman Cove, Craig, Hollis, Klawock, Naukati Bay, Thorne Bay, and Whale Pass. Other communities with a relatively heavy reliance on timber and logging activities include Ketchikan, Saxman, and Wrangell. Mill closures and harvest reductions over the past decade have likely had negative effects on all of these communities. This is not, however, reflected in 2000 Census data for some of these communities, which actually experienced population growth between 1990 and 2000 according to the census (Table 3.4-35). Other communities, such as Whale Pass, Wrangell, and Thorne Bay, saw declines in population over this period. Closure of the region's remaining larger mills and a partial reduction or complete halt in Tongass-related logging activity would likely have significant effects on these communities and could, in some cases, cause affected residents to move elsewhere looking for work.

In some communities, this potential loss of logging and related employment would be exacerbated by a loss of jobs in local Forest Service offices. Closure of the Tongass National Forest's timber program could reduce the Forest's budget by as much as a third, which would in turn lead to a reduction in employees, specifically those directly and indirectly related to the timber program (see the Tongass National Forest Budget discussion at the end of this section). While it is possible that some existing Forest Service employees would be assigned to other tasks, it is likely that some reduction in Forest Service employment would occur under this scenario. Forest Service Ranger District offices are located in Craig, Hoonah, Juneau, Ketchikan, Petersburg, Sitka, Thorne Bay, Wrangell, and Yakutat. All of these offices, with the exceptions of Hoonah, Juneau, and Yakutat, have more than 10 employees that work in forestry programs. The loss of these jobs or some of these jobs would be especially hard felt in the smaller communities, such as Craig and Thorne Bay.



*Allowable Sale Quantity (ASQ) is the maximum quantity of timber that may be scheduled from suitable lands on the entire forest. Usually expressed as an annual average, it is a ceiling not a future sale level projection or target.*

### Long-term Effects

This section addresses the potential effects of the alternatives on the future supply of National Forest timber based on the available ASQ calculated for each alternative. The ASQ is the maximum quantity of timber that may be scheduled from suitable lands on the entire Forest for a 10-year period (36 CFR 219.3). It is usually expressed as an annual average. The ASQ is a ceiling; it is not a future sale level projection or target and does not reflect all of the factors that may influence future sale levels. This is discussed further in the *Timber* section of this document. The estimated ASQ by alternative is the maximum amount of timber that may be scheduled for sale from the suitable lands identified under each alternative. The ASQ consists of two non-interchangeable components (NICs): NIC I, which includes lands that can be harvested with normal logging systems, and NIC II, which is comprised of lands with especially high logging costs usually due to isolation or special equipment requirements. Acres included in the ASQ but not in NIC I are more costly to harvest and not likely to be cut under current market conditions.

Estimated annual average ASQ and NIC I volumes are presented by alternative for the first decade following implementation in Table 3.4-17. These volumes are divided into general log class and species type based on the ratios identified in Table 3.3-5. This table also includes projected non-National Forest harvests, which are assumed to be 91 MMBF based on Brooks and Haynes' (1997) estimate for 2005 (see Table 3.4-6 of this document). Harvest from private lands comprises the majority (75 MMBF) of the non-National Forest harvest, with harvest from other public lands accounting for the remaining 16 MMBF. As previously noted, harvests from private lands are exported as logs and not processed locally. Harvest from the Tongass National Forest accounted for 92 percent of the wood sawn in Southeast Alaska in 2000. Harvest from State land accounted for 7 percent (USDA Forest Service, 2001a). Estimated supply by alternative is presented graphically in Figure 3.4-14 using the NIC I volumes only.

The following section is divided into three parts. The first two parts evaluate the alternatives in terms of projected demand for 2005 and installed production capacity identified during the Forest Service's 2000 mill survey, respectively. The third part assesses the long-term effects of the alternatives in terms of employment and income.

**Demand.** Brooks and Haynes' (1997) medium projection for 2005 is used as one benchmark to evaluate the alternatives. This projection, summarized in Table 3.4-6, estimates that 152 MMBF of Tongass timber would be harvested in 2005. This estimate is consistent with the 2002 demand analysis that was developed to comply with Section 101 of TTRA and ensure that annual timber sale offerings are consistent with market demand (USDA Forest Service, 2000a). This projected level