# Timber Supply and Demand: 2003

Alaska National Interest Lands Conservation Act
Section 706(a) Report to Congress
USDA Forest Service, Alaska Region

Report Number 22

DEF.
EXHIBIT 7
Page 1 of 40

## *Preface*

This is the twenty-second report prepared in accordance with Section 706(a) of the Alaska National Interest Lands Conservation Act (ANILCA), which directs the Secretary of Agriculture to monitor and report annually on timber supply and demand in Southeast Alaska. Susan J. Alexander, PhD, prepared this report. The report provides a summary of timber sale activity in the region and a review of the primary factors affecting timber markets in 2003.

Director of Ecosystem Planning
USDA Forest Service, Alaska Regional Office
P.O. Box 21628
Juneau, AK 99802

EXHIBIT 7
Page 2 of 40

## *Summary*

The volume of timber sold and harvested on the Tongass National Forest increased slightly in 2003. Approximately 51 million board feet (MMBF) of Tongass timber was harvested in fiscal year 2003. Private suppliers, comprised by the native corporations, also saw a slight rise in harvests. Harvests on State of Alaska lands fell below that of the Forest Service for the first time in three years. Wood product employment rose to 552 jobs (in terms of annual equivalents), more than 2002 employment of 502 jobs, but less than any other year for the past two decades.

The volume of timber offered by the Forest Service exceeded the volume sold in 2003, and the volume sold was less than the volume harvested. This was due in part to the method of accounting, and in part to an injunction in 2002 that prohibited timber harvest and road building in roadless areas, and signing decision documents for timber sales in roadless areas.

As for destination markets for Southeast Alaskan wood products, shipments to foreign markets increased over 2002 levels, but were still less than half of the 2001 levels, and were one-tenth of 1999 levels. A substantial proportion of regional product is now being shipped to domestic markets in the Lower 48 States. This shift entails a loss of export premiums previously associated with the Japanese market, but there are also potential market opportunities as local producers gain more experience with U.S. markets, and U.S. consumers learn more about the Southeast Alaska's wood products. Local producers are exploring product differentiation and niche marketing opportunities.

## *1. Introduction*

Section 706(a) of the Alaska National Interest Lands Conservation Act (ANILCA) (Public Law 96-487, December 2, 1980) directs the Secretary of Agriculture to monitor and report on timber supply and demand in Southeast Alaska. Accordingly, this report describes the status of the timber market in Southeast Alaska during the 2003 federal fiscal year (October 1 - September 30). Many of the statistics presented in this report, however, are based on calendar years. Fiscal years will be designated by "FY" preceding the given year and calendar years by "CY."

The report is divided into three main sections, the first providing a general overview of conditions within the region's timber economy, the second treating timber supply from federal lands and the third addressing demand for this timber. The general overview looks at current developments in the timber sector with particular emphasis on timber employment. The supply section focuses upon the ability of the Tongass National Forest to supply adequate volumes for local processors, with the timber sale program receiving the bulk of the attention. The demand section considers the various factors outside of the Tongass National Forest that help determine the willingness of local buyers to purchase Tongass National Forest timber. These factors include Asian (primarily Japanese) and domestic U.S. markets, current processing capacity in Southeast Alaska, and other

EXHIBIT 7
Page 3 of 40

suppliers of timber in the region. Supporting data for the analysis is presented in the various tables included in the appendix.

## 2. Overview of the Region's Timber Economy

Southeast Alaska's economic well-being is closely tied to tourism and resource-dependent industries, including fishing, forestry, and mining. The Southeast economy recovered in 2003 from two previous years of decline, growing 1.3 percent. The addition of 450 jobs in the region in all employment sectors was the third best increase in ten years. Logging accounted for 50 jobs of the total increase, fishing added 100 jobs and the services industry added 50 jobs. Construction was particularly strong and gained 150 jobs in 203. In the public sector, the increase of 200 jobs can be mostly attributed to the growth of the Transportation Security Agency (Gilbertson 2004).

During the 1990s, changes in ownership patterns, competition with production in other regions of the Pacific Northwest, and market conditions led to the closure of the pulp mills and a loss of the ability of local producers to utilize lower quality logs that often constitute over half of a given timber sale on the Tongass National Forest. At the same time, decreasing private timber and weak markets in Japan led to declines in log exports (Tsournos and Haynes 2004). Crone (2004) stated that by the early 1990s, market upturns in the pulp market could no longer ensure viability of the Southeast Alaska pulp industry, for several reasons. The Tongass Timber Reform Act of 1990 (TTRA)(Public Law 101-626, November 28, 1990) required the Forest Service to revise the long-term contracts with the Ketchikan Pulp Company (KPC) and Alaska Lumber and Pulp Company (APC), essentially increasing the cost of production. This was due in part to the TTRA requirement that timber sales meet the same standards as independent timber sales in terms of planning, management requirements, and environmental assessments. In addition, the TTRA decreased the annual appropriation to fund road preparation, cultural treatments, and logging systems, and directed the Forest Service to seek to provide sufficient timber each year to meet "market demand." The most accessible timber had been harvested, the pulp companies' costs were increasing, and the cumulative effect of the TTRA provisions was to further increase costs (Crone 2004).

With the closure of the region's two pulp mills in the 1990s and numerous closures of sawmill facilities, operating rates have declined considerably. Demand for Southeast Alaska wood products in historic export markets, particularly Asia, continues to be low. On the supply side, the cost of preparing stumpage for sale and delivering it to mills has increased due to changing inventory, decreased size of sales, legal and procedural challenges to federal timber sales, and more constraints on harvest activity in the interest of environmental conservation. The uncertainty surrounding Tongass National Forest sale quantities has substantially increased the risk faced by potential purchasers and investors in local processing capacity. The goal of the original structure of the timber industry in southeast Alaska was to have an integrated industry, and this continues to be a concern to the Forest Service and the forest industry. To get the best prices and the best return to the American public, it is better to have a diverse industry with different sizes of businesses producing different types of products. These different types of products could

EXHIBIT 7
Page 4 of 40

include sawn products, veneer, glue-laminated products, biofuels, and reconstituted wood products. Numerous businesses in southeast Alaska are exploring options to produce these various products, aided by the US Forest Service Wood Utilization Center in Sitka, the Juneau Economic Development Center, and the Ketchikan Wood Technology Center.

From the standpoint of the region's communities, timber sector employment is one of the most relevant indicators of the problems faced by the industry (see Figure 1, and Table A-2 in appendix). Total sector employment fell from 3,543 average annual employees in Southeast Alaska in the wood products industry (logging, pulp and paper, and sawmilling) in 1990 to 512 in 2002. However, employment in 2003 improved, moving up to 561 average annual employees. Tongass National Forest -related employment in logging and sawmilling (there is essentially no employment in pulp and paper any longer in Southeast Alaska) increased from 154 in 2002 to 199 in 2003 (see Table A-2 in the appendix for how the Tongass National Forest -related employment numbers were calculated). Through 2002, we could assume that virtually all sawmill employment came from harvests from National Forest lands. However, data from Kilborn and others (2004) and data for 2003 from a follow-up study show that the Tongass National Forest contributed 73 percent of wood sawn in Southeast Alaska in 2002, and 59 percent in 2003. State of Alaska lands have become an important source of logs processed by local sawmills in Southeast.

Figure 1. Southeast Alaska Wood Products Employment, 1982-2003.

[Area chart showing Average Annual Employment (0 to 4,000) by Year (1982 to 2002), with three stacked categories: Pulp Mill, Sawmill, and Logging. Employment peaks around 1990 at approximately 3,500 and declines to approximately 500 by 2002.]

Source: Alaska Department of Labor.

According to Robertson and Brooks (2001), mills in Alaska used an average of 6.04 hours of production worker labor per thousand board feet (MBF) of lumber output from

EXHIBIT 7
Page 5 of 40

1987 to 1994, which is equivalent to 2.9 annualized full-time equivalent employees per MMBF. Mills in the Pacific Northwest used 4.78 hours of production labor per MBF of lumber output, equivalent to 2.3 full-time annual positions per MMBF. Although data for sawmill lumber output is not available for Southeast Alaska in recent years, information on sawlog volume used to manufacture sawn products is. Using data from Kilborn and others (2004) and data for 2003 from a follow-up study, it took approximately 8.2 hours of sawmill employee labor to process one MBF of sawlog volume over the 2000-2003 period in Southeast Alaska, equivalent to 3.95 full-time positions per MMBF. Using data about Tongass National Forest logging employment and stumpage output from 1995 to 2003, one MMBF of stumpage harvested on the Tongass National Forest created 2.44 average annualized logging jobs. Robertson and Brooks (2001) point out that Alaska forests are largely remote, with difficult terrain, and loggers can't take advantage of most mechanized harvesting opportunities. Also, logging production wages are higher in Alaska than in the Pacific Northwest. They calculated that between the higher wages and lower productivity, it cost $24 more in labor to produce an MBF of lumber in Alaska over the 1987-94 period than in the Pacific Northwest. Mill efficiency is continuously increasing in the Pacific Northwest, with high levels of competition in tighter markets. Due to these changes, the labor cost difference between Alaska and the Pacific Northwest could be even greater now. The sawmill industry in Southeast Alaska has undergone tremendous changes from 2000 to 2003. Six mills have closed or are idle pending market shifts, or changes in timber supply. As the industry changes, the amount of labor required to produce lumber and to harvest trees will also change, and hopefully stabilize.

Timber sector declines may be attributable to federal timber supply constraints, slack demand for Southeast Alaskan timber, or both. While supply and demand are treated separately in the following sections, it is important to remember that the interaction of these two forces is what is important. Both supply and demand present challenges for the region's timber sector as it is currently configured.

## 3. Supply

The supply of timber from the Tongass National Forest is determined by two main factors. The first is the volume of timber offered for sale by the Forest Service. This is estimated annually, using procedures that were developed by the Alaska Region of the Forest Service with the aim of adjusting volume offered to meet projected demand (Morse 2000; see also Brooks and Haynes 1997). The second factor affecting timber supply is the cost of harvesting and delivering wood to its respective intermediate markets: mills in the case of locally processed material, and ports in the case of log exports.

This section of the report begins with a description of the Tongass National Forest timber sale program as it stood at the end of FY 2003, concentrating on the volumes of timber in various stages of the Forest Service sale process (otherwise known as the "timber pipeline"). This is followed by a discussion of the estimated harvest costs that, in conjunction with final market prices, determine the rates at which the Forest Service sells its timber and, ultimately, the economic feasibility of any given timber sale.

EXHIBIT 7
Page 6 of 40

While timber harvests from sources other than the Forest Service help determine regional log supply, their impact on the FS sale program is, if anything, on the demand side. This is because these other sources may act as substitutes for federal timber. Accordingly, private and Alaska state harvests will be discussed in the next section on timber demand.

### 3.1 The Timber Pipeline

The Forest Service timber sale process involves a number of stages (or "gates") that, taken together, are commonly referred to as the "timber pipeline." The first stage (Gate 1) involves the completion of a "Position Statement," which provides a brief analysis of the project area with the intent of determining the feasibility of the potential timber sale. Gate 2 entails gathering public comment and conducting environmental analysis in accordance with the National Environmental Policy Act (NEPA). The remaining gates involve, respectively, plan implementation and field layout (Gate 3), sale appraisal and packaging the offering (Gate 4), bid opening (Gate 5), and sale award (Gate 6).

The NEPA process entailed in Gate 2 often comprises the bulk of work devoted to any given sale. This work formally begins with public scoping, describing the Forest Service's proposed action and intent to conduct an environmental analysis. This stage concludes with the publication of an Environmental Assessment or (in the case of projects with potentially significant effects) an Environmental Impact Statement, and ultimately a Decision Notice or a Record of Decision in which the Forest Service documents the conditions for implementing the sale. Tongass timber sale NEPA decisions are frequently delayed due to administrative appeals and litigation. Having cleared these requirements, timber sales can then be offered for sale in accordance with the remaining four gates.

The volume cleared by the NEPA decision is often broken up into separate sales, which may or may not be prepared and offered in the same fiscal year as that in which the decision was made. At the time of advertisement, volume is officially reported as being offered. Using forest stand data, current market prices, high bids from other sales, and estimates of harvest and transportation costs, the Forest Service determines the value at which the sale will be advertised. Private firms are then invited to bid at or above the advertised rate. Sales are then awarded to the high bidder subject to certain additional considerations designed to insure the bidder's ability to comply with the conditions laid out in the sale contract.

Within any given year, a portion of the timber volume planned for sale may, for various reasons, not be sold. In some instances, sales that are planned are not offered. If these sales are carried over to the next year, and added to that year's target, the sales are considered "carry over sales." In other instances, a sale is offered and does not receive a valid bid. These sales may be available to purchasers for their original advertised rates and conditions for up to one year without additional advertisement, if there is no indication of competition from other purchasers. The volume from these sales is termed "shelf volume." In either case, the Forest Service may repackage the sale to enhance its

EXHIBIT 7
Page 7 of 40

economic attractiveness. If the sale is significantly redesigned, it is considered new volume when offered.

After a sale has been awarded, the bidder usually has around three to five years in which to harvest the sale volume. The sum total of awarded volume yet to be harvested is termed "volume under contract," and this constitutes a pool of timber from which contract holders may draw depending on market conditions and their business plans. A central objective of the Tongass National Forests's timber sale program is the maintenance of the timber pipeline so that the volume under contract can be replenished in an orderly and continuous fashion. Starting in FY 1999, Congress appropriated additional timber pipeline funds so that the Forest can increase the number of timber sale projects prepared and approved in advance of sales being offered, in an effort to supply enough volume in a timely manner so the timber industry in Southeast Alaska can reach, and maintain, a three-year supply of timber volume under contract.

### 3.2 Status of the Timber Pipeline

The volumes of timber at major breakpoints in the sale process are shown in Table 1. These numbers describe the status of the pipeline as of September 30, 2003, the last day of FY 2003.

Table 1. Tongass Timber Pipeline September 30, 2003 (MMBF)

| | |
|---|---:|
| **Gate 2** | |
| Timber Volume of Sales Being Prepared for Future Offerings | |
| A. Volume with a NEPA Notice of Intent Issued | 139 |
| B. Volume with a Draft EIS Completed | 85 |
| C. Volume with a Final EIS; No Decision Issued | 20 |
| **Gate 3 and above (NEPA Cleared)** | |
| A. NEPA Cleared Volume Scheduled for Future Sales | 141 |
| B. Volume Under Contract | 193 |
| Total NEPA Cleared Volume | 334 |
| Total Pipeline Volume (Gate 2 through Gate 6) | 578 |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

At the end of FY 03, 244 MMBF was being prepared for sale but had not yet cleared the NEPA process. This is in sharp contrast to FY02, when 525 MMBF was being prepared for sale. In 2002 on the Tongass National Forest, an injunction was placed on permitting timber harvest and road building in inventoried roadless areas, which included the signing of decision documents for timber sales in inventoried roadless areas (Sierra Club v. Rey, J00-0009CV (JKS)). Although the injunction ended in spring 2003, the effects lasted throughout the rest of the year. In 2003, 334 MBF had cleared NEPA, of which 193 MMBF had already been sold and thereby designated as volume under contract.

EXHIBIT 7
PAGE 8 of 40

Volume under contract in 2003 dropped to 193 MMBF from 295 MMBF in 2002, a decrease of about one-third (see table 2).

To evaluate the status of the timber flow, or pipeline, Morse (2000) established that it is important to assess the ratio of contract volume to harvest. During the 1981-1995 time period, historical ratios of volume under contract to harvest for the independent sale program (in other words net of the long-term contracts associated with the pulp mills in Ketchikan and Sitka) ranged from 1.0 to 3.4 with an average of 1.8 (Morse 2000). As shown in Table 2, the ratio of contract volume to harvest peaked in 2002, at 8.7, but has dropped closer to the three-year supply benchmark in 2003.

Table 2. Historical Timber Pipeline Volumes and Harvest (Fiscal Years, MMBF).

|  | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Ave |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEPA-Cleared, Not Under Contract | 585 | 684 | 470 | 256 | 466 | 337 | 176 | 199 | 163 | 141 | 371 |
| Volume Under Contract | 326 | 226 | 465 | 498 | 395 | 313 | 332 | 322 | 295 | 193 | 352 |
| Total | 911 | 910 | 935 | 754 | 861 | 650 | 508 | 521 | 458 | 334 | 723 |
| Harvest | 276 | 221 | 120 | 107 | 120 | 146 | 147 | 48 | 34 | 51 | 135 |
| Contract Volume / Harvest | 1.2 | 1.0 | 3.9 | 4.7 | 3.3 | 2.1 | 2.3 | 6.7 | 8.7 | 3.8 | 3.8 |
| Total / Harvest | 3.3 | 4.1 | 7.8 | 7.1 | 7.2 | 4.5 | 3.5 | 10.9 | 13.5 | 6.5 | 6.8 |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

Current volume ratios are potentially misleading. Harvests have declined considerably over the past few years (figure 2), resulting in increasing contract volume to harvest ratios through 2002 in spite of declining contract volumes. Pipeline volumes appear adequate for recent rates of harvest but would be completely inadequate for allowable harvest rates outlined in the 1997 Tongass Land Management Plan (TLMP). The allowable sale quantity (ASQ) is partitioned into two non-interchangeable components (NICs). About 219 MMBF would be available for harvest under most market conditions (NIC I), as this volume is located on the most operable, accessible ground. The maximum ASQ is 267 MMBF, of which about 48 MMBF is in areas that are difficult to harvest or are isolated (NIC II) (USDA 1997).

Figure 2. Historical volumes of timber offered, sold and harvested from the Tongass National Forest, 1981-2003 (Fiscal Years, MMBF).

EXHIBIT 7
Page 9 of 40



Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau AK 99802-1628.

### *4. Demand*

Economists commonly define "demand" as the different amounts of a product buyers are willing to purchase at different prices. As such, demand cannot be characterized as a single number but should be viewed as a series of price-quantity relationships. The same is true for "supply," and it is the combination of these two forces (supply and demand) that determine both the quantity and price of goods produced and consumed in the market place.

As can be seen in appendix table A-3, the volume of timber sold from the Tongass National Forest has fallen sharply from 1999 to 2002, but has recovered slightly in 2003. At the same time, the supply of timber offered dropped from 115.3 MMBF in 1999 to 56.9 MMBF in 2002, but increased to 88.8 MMBF in 2003. Softwood lumber exports (appendix table A-7) have also recovered somewhat in 2003, and wood chip exports from the Anchorage customs district have picked up slightly in 2003 (appendix table A-8), even though chip values continue to decline. Alaskan chip exports are due in large part to the extensive mortality of trees throughout south-central Alaska and the Kenai Peninsula.

Even though much of the local production capacity sits idle, a significant proportion of the timber the Forest Service has offered from the Tongass National Forest in the past several years has gone unsold (see appendix table A-3). Relatively stable volumes under contract (table 2) are another indicator that a simple lack of volume supplied by the Tongass National Forest is not the sole reason for recent harvest declines. Rather than

EXHIBIT 7
Page 10 of 40

merely securing volume, the challenge facing Tongass National Forest timber purchasers is being able to make a profit from new sales volume and volumes currently under contract.

Low profitability for Tongass National Forest Timber can be attributed to (1) the combination of valuable materials versus logging costs in a given timber sale, (2) limited market options for lower grade material coming off the Forest, and (3) price declines for Southeast Alaskan premium species and grades in export markets, particularly relative to prices in the mid 1990s. Limited market options for lower grade material is at least partially the result of the closure of the region's two pulp mills in the 1990s, though the removal and sale of hemlock utility logs had been a perennial challenge for independent operators in low markets prior to the closures. Many contracts now allow the option of leaving utility stumpage in the woods, but current market conditions are still challenging profitability.

In contrast to the lower valued species and grades, which often were barely worth removing, higher grade Sitka spruce lumber and cedar logs could, in the past, generate considerable profits owing to the high price premiums paid by the Japanese for these products (Robertson and Brooks 2001). These premiums have shrunk considerably in the last decade. In 2002, the average value of Sitka spruce logs, for example, was 46 percent less than the 1993 peak (see table A-7 in appendix). Values for Sitka spruce lumber shot up to the highest value recorded from 1990 to 2003, but export volumes in this category have been so small in recent years that average values are subject to sharp fluctuations and are thus not very reliable.

When seen in contrast to the high prices common in the 1990s, current prices indicate a significant softening of demand for Southeast Alaskan and other Pacific Northwest wood products, particularly at the upper end of the market. The mid 1990s, however, were peak years for wood product prices in Japan and the Pacific Rim, and current prices are not all that different from those prevailing throughout the 1980s, even when inflation is taken into account. This means that recent price levels may be quite consistent with historical price levels.

One result of declining exports to Japan is that Southeast Alaskan producers have come to rely on the domestic market in the lower 48 states to a much greater extent than in the past. This is a very different market, one which does not offer the same premiums for logs and cants as did the Japanese. Since it is a relatively new market for Southeast Alaskan wood products, however, it may offer new opportunities and niches as buyers become better acquainted with the specific properties of the region's different species. Current efforts to develop and promote unique grades for Southeast Alaskan products should facilitate this process.

Also, new processing facilities and technologies for better utilizing the region's low-grade hemlock volume are currently being explored. To the extent that these efforts are able to leverage the unique qualities of the wood resource to offset generally high production costs in the region, these new operations may present a viable market option

EXHIBIT 7
Page 11 of 40

for lower grade material. Economies of scale and the ability to establish integrated manufacturing in the region are important factors. Different processing facilities will entail different minimum wood requirements, and thus the industry will be characterized by breakpoints at which its demand for Tongass timber changes considerably depending on the type of facilities the available volume can support.

Braden and others (2000) state that interregional productivity and economies-of-scale differences between Alaska and its closest competitors in the U.S. Pacific Northwest and British Columbia, Canada, can be partially attributed to dated, under-equipped mills. To be competitive, the Alaska wood products industry must upgrade current facilities and attract business startups with capital investment of either their own funds, or funding from venture capitalists. Parrent (2000) states that, to be effective, Alaska's wood producers must be highly efficient in their processes and use the minimum amount of labor possible. However, Southeast Alaska generally has old, low-tech, low-productivity equipment. Alaska is not particularly well positioned to compete in the world marketplace for commodity goods. Viable options are niche products and import substitution (i.e., making products in Alaska for local consumption and substituting them for products currently imported). Parrent states that this is possible for sawn lumber products and finished solid wood products such as furniture and molding. He goes on to say that products that can't be manufactured on a small scale, such as plywood and oriented strand board, are poor candidates for production and import substitution in Alaska. He doesn't think that the market is big enough to absorb the production of a panel plant, and Alaska would most likely be a high-cost producer. Niche products are an option for Alaska wood products producers. Niche products unique to Alaska could include yellow cedar structural elements, hemlock and spruce millwork and structural elements, musical instruments components, and alder, cottonwood, and birch furniture and interior woodwork. The U.S. Forest Service Alaska Wood Utilization Research and Development Center was established in 1999, in part to explore such possibilities. Among their many projects and publications, Donovan and others (2003) discuss niche markets for Alaska birch (*Betula papyrifera* var. *humilis* (Reg.) Fern. & Raup), red alder (*Alnus rubra* Bong.), and Alaska yellow-cedar (*Chamaecyparis nootkatensis* (D. Don) Spach).

Crone (2004) states that wood product manufacturers remaining in Southeast Alaska have survived by finding niche markets for at least some of their products. Tight-grained old-growth western hemlock (*Tsuga heterophyla* (Raf.) Sarg.) is used to produce window and door casings. The Alaska Manufacturers' Association and the Alaska Science and Technology Foundation (ASTF) initiated a lumber-grading project in 1998. By 2002 about 90 percent of all lumber produced was graded (Alaska Manufacturing Association 2002). Lumber grading has resulted in increased markets and higher prices. The Tongass National Forest is using graded Alaska yellow-cedar on trail projects (Figure 3). The ASTF created a testing laboratory in Ketchikan (Ketchikan Daily News 2002) to quantify the superior mechanical properties of Alaskan western hemlock, yellow-cedar, Sitka spruce (*Picea sitchensis* (Bong.) Carr.) and white spruce (*Picea glauca* (Moench) Voss). A number of mills in Southeast Alaska were awarded USDA grants to construct lumber dryers, so they can produce finished lumber products.

EXHIBIT 7
PAGE 12 of 40

Figure 3. Boardwalk in karst viewing area on Prince of Wales Island, constructed with graded Alaska yellow-cedar.



A final consideration in relation to regional demand for Tongass National Forest timber is the supply of timber from other producers in the Southeast Alaska. Both the Native Corporations and the State of Alaska also produce timber. Since the early 1980s, the Native Corporations have supplied over half of the total log volume produced in the region, and, owing primarily to sales on Mental Health Trust and University of Alaska lands, the state has emerged as a major supplier, producing over 50 MMBF and outstripping Forest Service production in both 2001 and 2002 (see table A-6 in appendix). In 2003, state harvests dropped to about 35 MMBF and the Forest Service harvest increased to over 50 MMBF. Native Corporation harvests have declined from a high of 433.7 MMBF in 1990 to a range of 102 to 115 MMBF in each of the last four years—a level close to earlier predictions of the long-term supply potential of Native Corporation lands (Knapp 1992). Sealaska Timber Corporation (STC) has been able to mitigate lost payroll in the forest products industry to some degree. STC direct spending in Southeast Alaska was $37,583,094 in 2003, mostly for logging and ship loading. Their employment from timber harvest, ship loading, and silviculture activities was 330 annualized jobs and about $16 million in payroll (Sealaska Timber Corporation communication, 2004).

Native Corporation, Mental Health Trust, and University timber, can be, and almost always is, exported in raw log form. Tongass National Forest logs must be processed locally except where a special permit is obtained. Like federal timber, timber sold by the Alaska Department of Natural Resources (DNR) is processed locally unless there is no local market. Native corporation and trust sales don't compete with National Forest timber in the local processing market. DNR sales may compete, but the volume available

EXHIBIT 7
Page 13 of 40

from the relatively small state timber base is far less than the volume from federal lands in Southeast Alaska. Although private and trust sales may compete with National Forest log exports (of yellow cedar, for example), it is doubtful that this competition is sufficiently large to impact demand for the Tongass National Forest's products.

## *Conclusion*

Declining supply and shrinking demand has seemed to level off in 2003. The impacts on local communities of the continued struggles of the timber industry, combined with downturns in other sectors such as fishing, have contributed to declines in employment and population in numerous small communities in Alaska. Short-term fluctuations in market conditions, however, do not always indicate long-term structural changes, and the future direction of the region's wood products industry continues to be uncertain. On the supply side, legal challenges, regulatory uncertainty and the crucial question of whether the Forest Service can put together profitable sales all point to continuing challenges. On the demand side, shrinking markets in Japan and competition from producers in other regions mean that traditional sources of profit have largely evaporated. At the same time, though, new market opportunities are currently being explored. Assuming stable demand for the region's wood products, a more stable and orderly sale program in the future may alleviate uncertainty on the part of investors and improve the health of the industry.

## *References Cited*

Alaska Manaufacturers' Association. 2002. The strength of Alaska's lumber. Alaska manuFACTS. 1(3): 1, 4-5.

Braden, Rosemarie; Cunningham, Kyle; Lippke, Bruce; Eastin, Ivan. 2000. An assessment of market opportunities for Alaskan forest products exports. In: Laufenberg, Theodore L.; Brady, Bridget K., eds. Proceedings: linking healthy forests and communities through Alaska value-added forest products. Gen. Tech. Rep. PNW-GTR-500. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station: 247-316.

Brooks, David J.; Haynes, Richard W. 1997. Timber products output and timber harvests in Alaska: projections for 1997-2010. Gen. Tech. Rep. PNW-GTR-409. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

Crone, Lisa K. 2004. Chapter 2: Rural manufacturing and the U.S. wood products industry: trends and influences on rural areas. In: Mazza, R., tech. Ed. Economic growth and change in Southeast Alaska. Gen. Tech. Rep. PNW-GTR-611. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station: 33-71.

Donovan, Geoffrey H.; Nicholls, David L.; Roos, Joseph. 2003. Marketing recommendations for wood products from Alaska birch, red alder, and Alaska yellow-cedar. Gen. Tech. Rep. PNW-GTR-589. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 13 p.

EXHIBIT 7
Page 14 of 40

Gilbertson, Neal. 2004. The year 2003 in review: Southeast. Alaska Economic Trends 24(4): 10-12.

Ketchikan Daily News. 2002. Center works to improve wood values. June 5. http://www.ketchikandailynews.com/cgi-shl/news/search.pl?category=1&key-word=wood+values (January 4 2005).

Kilborn, Kenneth A.; Parrent, Daniel J.; Housley, Robert D. 2004. Estimating sawmill processing capacity for Tongass timber. Res. Note PNW-RN-545. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 12 p.

Knapp, Gunner. 1992. Native Timber Harvests in Southeast Alaska. Gen. Tech. Rep. PNW-GTR-284. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

Morse, Kathleen S. 2000. Responding to the market demand for Tongass timber. Management Bulletin R10-MB-413. Juneau, AK: U.S. Department of Agriculture, Forest Service, Alaska Region.

Parrent, Daniel J. 2000. Solid wood value-added manufacturing. In: Laufenberg, Theodore L.; Brady, Bridget K., eds. Proceedings: linking healthy forests and communities through Alaska value-added forest products. Gen. Tech. Rep. PNW-GTR-500. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station: 97-124.

Robertson, Guy; Brooks, David J. 2001. An Assessment of the Competitive Position of Alaska's Forest Products Sector, 1985-94. Gen. Tech. Rep. PNW-GTR-504. Portland, OR: U.S. Department of Agriculture Forest Service, Pacific Northwest Research Station.

Tsournos, Pete; Haynes, Richard W. 2004. An assessment of growth and development paths for Southeast Alaska. Gen. Tech. Rep. PNW-GTR-620. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 27 p.

U.S. Department of Agriculture, Forest Service. 1997. Tongass land and resource management plan. Management Bull. R10-MB 338dd. Juneau, AK: U.S. Department of Agriculture, Forest Service, Alaska Region. (Part 1).

Warren, Debra D. 2004. Production, prices, employment, and trade in Northwest forest industries, all quarters of 2002. Resour. Bull. PNW-RB-241. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 171 p.

EXHIBIT 7
Page 15 of 40