## *Statistical Appendix*

**List of Tables:**

**Table A-1.** Tongass National Forest Timber Sales Newly Offered and Sold in FY 2003.

**Table A-2.** Employment in the Wood Products Industry in Southeast Alaska, 1982-2003.

**Table A-3.** Volume of National Forest Timber Offered, Sold, and Harvested in the Alaska Region, FY 1999-2003.

**Table A-4.** Tongass National Forest Log Export Permits Issued in CY 2003 (MBF).

**Table A-5.** Tongass National Forest Log Exports CY 1999-2003 (MBF).

**Table A-6.** Timber Harvest and Imports for Southeast and South-Central Alaska, 1991-2003.

**Table A-7.** Exports of Softwood Logs and Lumber from Alaska (Anchorage Customs District), CY 1990-2003.

**Table A-8.** Woodchip Exports from U.S. West Coast, CY 1990-2003.

**Table A-9.** Value of Exports from Alaska (Anchorage Customs District) by Product and Country, CY 1996-2003.

**Table A-10.** Tongass National Forest Volume Under Contract, FY 2003 (Independent Sales).

EXHIBIT 7
Page 16 of 40

Table A-1. Tongass National Forest Timber Sales Newly Offered and Sold in FY 2003[1]

| Sale Name | Type Prescription | | Proportion Heli-Copter[2] (% Vol.) | Production Cost | | Bid Information | | High Bid ($/MBF) | Bidders (No.) |
|---|---|---|---|---|---|---|---|---|---|
| | Clear Cut (% Vol.) | Partial Cut (% Vol.) | | Logging Cost ($/MBF) | Fix Dev.[3] Cost ($/MBF) | Expected Bid ($/MBF) | Advertised Rate ($/MBF) | | |
| Bowen | 21% | 79% | 0% | 252.94 | 49.25 | 8.18 | 8.18 | 10.17 | 1 |
| Orion South | 90% | 0% | 10% | 194.56 | 64.94 | 8.19 | 8.19 | 10.08 | 1 |
| Twin Bridges II | 14% | 68% | 18% | 410.99 | 83.51 | 9.68 | 9.68 | 20.09 | 2 |
| Weighted Average | 38% | 48% | 14% | $334.40 | $75.63 | $9.13 | $9.13 | $16.38 | 1.6 |

| Sale Name | S. Spruce Sawlog (% Vol.) | Hemlock Sawlog (% Vol.) | Ak. Yellow Cedar (% Vol.) | W. Red Cedar (% Vol.) | SS/Hem Utility (% Vol.) | Total Sale MBF |
|---|---|---|---|---|---|---|
| Bowen | 36% | 45% | 17% | 0% | 3% | 705 |
| Orion South | 29% | 43% | 6% | 22% | 0% | 3,431 |
| Twin Bridges II | 40% | 34% | 18% | 4% | 4% | 7,014 |
| Weighted Average | 37% | 38% | 16% | 17% | 4% | 11,150 |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

1. "Newly offered and sold" does not include re-offered or re-sold sales.
2. "Proportion Helicopter" is the proportion of the sale that was helicopter logged, and can include clear-cut and partial cut prescriptions.
3. Fixed Development Cost – Sale fixed cost including specified road, temporary road, and log transfer facility construction.

EXHIBIT 7
Page 17 of 40

Table A-2. Employment in the Wood Products Industry in Southeast Alaska, 1982-2003.

| Year[1] | Tongass logging[2] | Tongass sawmill | Pulp mill | Tongass-Related Employment[3] | Other sawmill | Other Logging | Total Industry Employment |
|---|---|---|---|---|---|---|---|
| 1982 | 335 | 540 | 975 | 1,850 | - | 656 | 2,506 |
| 1983 | 574 | 429 | 854 | 1,857 | - | 436 | 2,293 |
| 1984 | 513 | 395 | 700 | 1,608 | - | 433 | 2,041 |
| 1985 | 559 | 363 | 580 | 1,502 | - | 445 | 1,947 |
| 1986 | 692 | 331 | 772 | 1,795 | - | 547 | 2,342 |
| 1987 | 862 | 375 | 861 | 2,098 | - | 683 | 2,781 |
| 1988 | 1,010 | 468 | 892 | 2,370 | - | 971 | 3,341 |
| 1989 | 1,166 | 478 | 925 | 2,569 | - | 947 | 3,516 |
| 1990 | 1,123 | 500 | 899 | 2,522 | - | 1,021 | 3,543 |
| 1991 | 872 | 604 | 911 | 2,387 | - | 682 | 3,069 |
| 1992 | 788 | 538 | 910 | 2,236 | - | 627 | 2,863 |
| 1993 | 754 | 447 | 859 | 2,060 | - | 590 | 2,650 |
| 1994 | 621 | 515 | 533 | 1,669 | - | 556 | 2,225 |
| 1995 | 702 | 301 | 516 | 1,519 | - | 483 | 2,002 |
| 1996 | 804 | 230 | 524 | 1,558 | - | 353 | 1,911 |
| 1997 | 823 | 184 | 318 | 1,325 | - | 226 | 1,551 |
| 1998 | 579 | 284 | 96 | 959 | - | 310 | 1,269 |
| 1999 | 305 | 303 | 63 | 671 | - | 519 | 1,190 |
| 2000 | 340 | 280 | 2 | 623 | - | 371 | 994 |
| 2001 | 109 | 300[4] | 2 | 409 | - | 391 | 800 |
| 2002 | 63 | 110 | - | 173 | 40 | 299 | 512 |
| 2003 | 108 | 91 | - | 199 | 64 | 298 | 561 |

Source: Alaska Department of Labor.

1. 2000 reported in calendar years. Prior to 2000, federal fiscal years were used.
2. Tongass National Forest logging estimated based on the ratio of Tongass timber harvest to total timber harvest in Southeast Alaska.
3. Through 2001, assumes all sawmill and pulp mill employment is dependent upon Tongass National Forest timber supply. In 2003 and 2004, this assumption no longer held. Data from Kilborn and others (2004) and from a subsequent mill study of 2003 production, shows that Federal timber supplied 73% of the wood sawn in Southeast Alaska mills in 2002 and 59% in 2003. Tongass National Forest sawmill employment in 2002 and 2003 is estimated based on the ratio of sources of wood (Federal versus the total) reported by Kilborn and others (2004) and the subsequent mill study.
4. Beginning in 2001, employment estimates are being published under a new classification system. The Standard Industrial Classification (SIC) system has been replaced by the North American Industrial (NAI) Classification system. "Sawmill" in this table is reported by the Alaska Department of Labor as "wood manufacturing" which in the NAI system includes sawmills, wood preservation, veneer, plywood, engineered wood, and other wood products. In southeast Alaska, this category is assumed to represent only sawmill employment.

EXHIBIT 7
Page 18 of 40

Table A-3. Volume of National Forest Timber Offered, Sold, and Harvested in the Alaska Region, FY 1999-2003 (MMBF).[1]

**Offered – Million Board Feet (MMBF)**

| Fiscal Year | Tongass NF | | | Chugach NF | Total |
|---|---|---|---|---|---|
| | Long-Term | Independent | Total | | |
| 1999 | 0.0 | 115.3 | 115.3 | 0.5 | 115.8 |
| 2000 | 0.0 | 85.3 | 85.3 | 0.3 | 85.6 |
| 2001 | 0.0 | 67.9 | 67.9 | 0.1 | 68.0 |
| 2002 | 0.0 | 56.9 | 56.9 | 0.0* | 56.9 |
| 2003 | 0.0 | 88.8 | 88.8 | 0.0* | 88.8 |
| 5 yr. Average | 0.0 | 82.8 | 82.8 | 0.2 | 83.0 |

**Sold/Released – Million Board Feet (MMBF)**

| Fiscal Year | Tongass NF | | | Chugach NF | Total |
|---|---|---|---|---|---|
| | Long-Term | Independent | Total | | |
| 1999 | 0.0 | 61.4 | 61.4 | 0.5 | 61.9 |
| 2000 | 0.0 | 170.3 | 170.3 | 0.3 | 170.6 |
| 2001 | 0.0 | 49.6 | 49.6 | 0.3 | 49.9 |
| 2002 | 0.0 | 24.4 | 24.4 | 0.1 | 24.5 |
| 2003 | 0.0 | 36.5 | 36.5 | 0.0* | 36.5 |
| 5 yr. Average | 0.0 | 68.4 | 68.4 | 0.2 | 68.6 |

**Harvested – Million Board Feet (MMBF)**

| Fiscal Year | Tongass NF | | | Chugach NF | Total |
|---|---|---|---|---|---|
| | Long-Term | Independent | Total | | |
| 1999 | 86.9 | 58.9 | 145.8 | 0.4 | 146.2 |
| 2000 | 79.9 | 67.0 | 146.9 | 0.2 | 147.1 |
| 2001 | 0.0 | 47.8 | 47.8 | 0.4 | 48.2 |
| 2002 | 0.0 | 33.8 | 33.8 | 0.2 | 34.0 |
| 2003 | 0.0 | 51.3 | 51.3 | 0.0* | 51.3 |
| 5 yr. Average | 33.4 | 51.8 | 85.2 | 0.2 | 85.4 |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

1. Volumes do not include re-offered sales, re-sold sales, or credit volumes.
* Trace amount of harvest

EXHIBIT 7
Page 19 of 40

Table A-4. Tongass National Forest Log Export Permits Issued in CY 2003 (MBF)

| Sale | Purchaser | Permit Number | SS Util. | SS Saw. | Hem. Util. | Hem. Saw. | AYC Saw. | WRC Saw. | Total MBF |
|---|---|---|---|---|---|---|---|---|---|
| Honey George | Silver Bay | 2003-1 | | | | | 312 | | 312 |
| Honey George | Silver Bay | 2003-2 | 127 | | 276 | | | | 403 |
| Honey George | Silver Bay | 2003-13 | 20 | | 60 | | | | 80 |
| Fire Cove Salvg Reoffr | Pacific Log & Lumber | 2003-3 | | | | | 55 | | 55 |
| Longline 3rd Party | Alcan Forest Products | 2003-4 &4a | | | | | | 350 | 350 |
| Longline 3rd Party | Alcan Forest Products | 2003-5 &5a | | | | | 375 | | 375 |
| Pepper | Viking | | | | | | 1,318 | | 1,318 |
| Pepper | Viking | | | | | | | 915 | 915 |
| Summore Change | Viking | | | | | | 2,495 | | 2,495 |
| Various sales | Pacific Log & Lumber | Oversize cants | | | | | | | 0 |
| Curve | GooseCreek Shingle | 2003-10 | | | | | 7 | | 7 |
| Swan Lake-Tyee | Ketchikan Pub. Util. | 2003-11 | | | | | 500 | | 500 |
| Last Twin Reoffr | SE AK Wood Products | 2003-12 | | | | | 35 | | 35 |
| Various sales | Pacific Log & Lumber | 2003-14 | 300 | | | | | | 300 |
| **Total** | | | **447** | **0** | **336** | **0** | **5,096** | **1,265** | **7,144** |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

EXHIBIT 7
Page 20 of 40

Table A-5. Tongass National Forest Log Exports CY 1999-2003 (MBF)

| Year Exported | Destination | Sitka Spruce | Hemlock | A.Y. Cedar | W.R. Cedar | Other | Total |
|---|---|---|---|---|---|---|---|
| CY1999 | Canada | 247 | 865 | 29 | 59 | 0 | 1,199 |
| | Lower 48 | 45 | 4,804 | 8,080 | 2,215 | 0 | 15,144 |
| | Pacific Rim | 1,401 | 4,944 | 13,600 | 7,938 | 0 | 27,884 |
| | Not Reported | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total | 1,693 | 10,613 | 21,708 | 10,212 | 0 | 44,227 |
| CY2000 | Canada | 553 | 6,280 | 1,117 | 1,266 | 0 | 9,216 |
| | Lower 48 | 16 | 1,234 | 132 | 5,404 | 0 | 6,787 |
| | Pacific Rim | 757 | 5,482 | 9,466 | 3,173 | 0 | 18,878 |
| | Not Reported | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total | 1,327 | 12,995 | 10,716 | 9,843 | 0 | 34,881 |
| CY2001 | Canada | 955 | 1,497 | 0 | 0 | 0 | 2,452 |
| | Lower 48 | 0 | 0 | 10 | 89 | 0 | 99 |
| | Pacific Rim | 573 | 2,411 | 5,029 | 0 | 0 | 8,013 |
| | Not Reported | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total | 1,528 | 3,908 | 5,039 | 89 | 0 | 10,564 |
| CY2002 | Canada | 672 | 625 | 185 | 0 | 0 | 1,482 |
| | Lower 48 | 0 | 0 | 0 | 115 | 0 | 115 |
| | Pacific Rim | 134 | 99 | 803 | 22 | 0 | 1,058 |
| | Not Reported | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total | 806 | 724 | 988 | 137 | 0 | 2,655 |
| CY2003 | Canada | 65 | 375 | 158 | 0 | 0 | 598 |
| | Lower 48 | 0 | 0 | 112 | 288 | 0 | 400 |
| | Pacific Rim | 0 | 0 | 2,938 | 357 | 0 | 3,295 |
| | Not Reported | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total | 65 | 375 | 3,208 | 645 | 0 | 4,292 |
| 5 Yr. Avg. | Canada | 498 | 1,928 | 298 | 265 | 0 | 2,989 |
| | Lower 48 | 12 | 1,008 | 1,667 | ,1622 | 0 | 4,309 |
| | Pacific Rim | 573 | 2,587 | 6,373 | 2,298 | 0 | 11,832 |
| | Not Reported | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total | 1,083 | 5,523 | 8,338 | 4,185 | | 19,129 |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

EXHIBIT 7
Page 21 of 40

Table A-6. Timber Harvest and Imports for Southeast and Southcentral Alaska, 1991-2003, in MMBF[1]

| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Southeast Alaska (MMBF)** | | | | | | | | | | | | | | |
| Tongass N. F. | Sawlogs | 299.6 | 303.1 | 268.3 | 221.8 | 181.3 | 97.4 | 94.4 | 107.6 | 132.8 | 133.7 | 39.8 | 30.0 | 44.1 |
| | Utility Logs | 64.6 | 66.6 | 56.7 | 54.0 | 39.8 | 22.8 | 12.2 | 12.2 | 12.9 | 13.0 | 7.9 | 3.8 | 6.7 |
| State of Alaska[2] | Sawlogs | 4.0 | 14.9 | 5.0 | 18.1 | 3.6 | 4.5 | 5.2 | 5.6 | 7.3 | 47.8 | 48.0 | 48.0 | 32.7 |
| | Utility Logs | 0.0 | 0.1 | 0.0 | 2.7 | 2.2 | 2.5 | 0.3 | 1.9 | 0.1 | 12.1 | 5.2 | 9.3 | 2.1 |
| BIA | Sawlogs and Utility | 7.5 | 4.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.4 | 0.0 | 0.0 |
| Alaska Native Corporations[3] | Sawlogs | 307.2 | 348.7 | 328.2 | 275.0 | 233.9 | 292.4 | 335.9 | 157.6 | 193.6 | 114.6 | 106.5 | 93.6 | 98.1 |
| | Utility Logs | 147.4 | 97.0 | 82.2 | 12.3 | 81.1 | 37.7 | 47.6 | 59.0 | 45.4 | 46.0 | 13.3 | 8.1 | 7.6 |
| Southeast Alaska Total | Sawlogs | 618.3 | 671.2 | 601.5 | 514.9 | 418.8 | 394.3 | 435.5 | 270.8 | 333.7 | 296.2 | 194.3 | 171.6 | 170.9 |
| | Utility Logs | 212.0 | 163.7 | 138.9 | 69.0 | 123.1 | 63.0 | 60.1 | 73.1 | 58.4 | 71.1 | 26.3 | 21.2 | 15.4 |
| | Total | 830.3 | 834.9 | 740.4 | 583.9 | 541.9 | 457.3 | 495.6 | 343.9 | 392.1 | 367.2 | 220.6 | 192.8 | 190.3 |
| **Southcentral Alaska (MMBF)** | | | | | | | | | | | | | | |
| Chugach N. F. | Sawlogs | 1.1 | 0.5 | 1.7 | 0.0 | 1.1 | 1.3 | 0.8 | 0.8 | 0.1 | 0.1 | 0.2 | 0.0 | 0.0 |
| | Utility Logs | 0.4 | 0.0 | 0.0 | 6.5 | 0.8 | 2.0 | 1.4 | 0.7 | 0.3 | 0.2 | 0.2 | 0.2 | 0.0 |
| State of Alaska[2] | Sawlogs | 1.7 | 0.8 | 0.0 | 0.0 | 2.6 | 8.1 | 8.6 | 5.0 | 5.4 | 0.0 | 2.1 | 0.4 | 0.8 |
| | Utility Logs | 0.8 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 1.8 | 0.0 | 0 | 14.1 |
| BIA | Sawlogs and Utility | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | 0.0 |
| Alaska Native Corporations[3] | Sawlogs and Utility | 134.5 | 123.5 | 127.2 | 186.0 | 230.1 | 207.6 | 237.1 | 172.2 | 139.9 | 56.3 | 71.3 | 83.0 | 32.2 |
| Southcentral Alaska Total | Sawlogs and Utility | 138.5 | 125.0 | 128.9 | 192.5 | 234.3 | 219.0 | 247.9 | 178.8 | 145.7 | 58.3 | 73.8 | 84.9 | 47.1 |
| **Alaskan Imports (MMBF)[4]** | | | | | | | | | | | | | | |
| | Sawlogs | 1.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -- | -- | -- |
| | Utility Logs | 0.0 | 3.0 | 3.0 | 3.0 | 11.5 | 34.1 | 0.0 | 0.0 | 0.0 | 0.0 | -- | -- | -- |
| | Chips | 0.0 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -- | -- | -- |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.
1. National Forest and Bureau of Indian Affairs harvests reported for fiscal years. All other ownerships reported in calendar years.
2. Harvests from Alaska Mental Health Trust and University of Alaska lands omitted prior to 2000.
3. Estimated by telephone survey. Metric tons converted to log scale at a ratio of 2.7 tons per MBF.
4. Compiled from trade statistics available from the U.S. Department of Commerce. Metric tons converted to log scale at a ratio of 2.7 tons per MBF.

EXHIBIT 7
Page 22 of 40

Table A-7. Exports of Softwood Logs and Lumber from Alaska (Anchorage Customs District), CY 1990-2003

Softwood Logs (MBF Scribner, $/MBF)

| | All Species | | Hemlock | | Redcedar | | Spruce | |
|---|---|---|---|---|---|---|---|---|
| | Volume | Average Value | Volume | Average Value | Volume | Average Value | Volume | Average Value |
| 1990 | 568,597 | 592.33 | 251,500 | 457.05 | 62,609 | 439.35 | 213,334 | 781.02 |
| 1991 | 528,878 | 555.81 | 226,013 | 421.14 | 55,312 | 397.51 | 218,580 | 717.43 |
| 1992 | 531,993 | 619.85 | 212,684 | 464.73 | 47,444 | 517.52 | 225,266 | 726.64 |
| 1993 | 563,044 | 805.67 | 217,853 | 643.41 | 60,542 | 687.89 | 228,789 | 937.01 |
| 1994 | 525,404 | 739.45 | 200,129 | 579.34 | 39,563 | 647.25 | 240,323 | 811.57 |
| 1995 | 561,550 | 695.12 | 250,659 | 539.02 | 40,685 | 652.43 | 228,615 | 779.98 |
| 1996 | 530,147 | 705.98 | 223,519 | 537.02 | 22,632 | 678.28 | 257,254 | 817.34 |
| 1997 | 541,667 | 642.25 | 202,517 | 480.10 | 37,305 | 806.85 | 259,601 | 733.15 |
| 1998 | 325,386 | 473.55 | 72,186 | 443.51 | 15,232 | 791.62 | 133,334 | 626.71 |
| 1999 | 427,970 | 455.70 | 125,779 | 408.47 | 17,687 | 684.56 | 172,435 | 552.20 |
| 2000 | 436,178 | 426.35 | 127,861 | 403.79 | 22,246 | 766.73 | 148,906 | 541.69 |
| 2001 | 320,615 | 424.03 | 108,563 | 355.95 | 11,389 | 694.51 | 119,288 | 547.01 |
| 2002 | 286,976 | 409.70 | 79,406 | 398.67 | 10,820 | 726.22 | 153,548 | 434.34 |
| 2003 | 305,588 | 456.62 | 85,094 | 438.80 | 12,936 | 763.28 | 190,003 | 430.18 |

Softwood Lumber (MBF lumber tally, $/MBF)

| | Total | | Western hemlock | | Sitka Spruce | | Cedar | | Other Softwoods | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Volume | Average Value | Volume | Average Value | Volume | Average Value | Volume | Average Value | Volume | Average Value |
| 1990 | 212,010 | 397.56 | 119,231 | 364.44 | 87,776 | 453.14 | 5,002 | 211.72 | 0 | -- |
| 1991 | 170,308 | 412.31 | 95,478 | 364.64 | 69,782 | 480.80 | 3,069 | 369.83 | 1,979 | 363.32 |
| 1992 | 136,556 | 481.40 | 81,363 | 393.55 | 52,036 | 629.62 | 575 | 396.52 | 2,582 | 280.40 |
| 1993 | 151,894 | 507.35 | 95,005 | 454.06 | 55,856 | 598.18 | 59 | 355.93 | 974 | 505.13 |
| 1994 | 111,836 | 561.28 | 68,839 | 468.11 | 42,679 | 713.84 | 0 | -- | 318 | 254.72 |
| 1995 | 50,379 | 775.01 | 28,367 | 608.59 | 20,352 | 1,010.91 | 1,407 | 817.34 | 253 | 221.34 |
| 1996 | 26,854 | 715.05 | 14,831 | 557.28 | 11,934 | 914.09 | 20 | 688.30 | 69 | 204.08 |
| 1997 | 32,764 | 599.48 | 18,524 | 499.05 | 13,093 | 759.35 | 84 | 100.11 | 1,063 | 420.12 |
| 1998 | 9,048 | 460.22 | 4,447 | 386.06 | 3,874 | 540.98 | 261 | 392.86 | 466 | 534.46 |
| 1999 | 14,674 | 735.78 | 1,492 | 371.20 | 8,624 | 682.96 | 0 | -- | 4,558 | 955.05 |
| 2000 | 3,609 | 901.62 | 0 | -- | 3,254 | 854.45 | 278 | 1235.94 | 77 | 1691.68 |
| 2001 | 3,292 | 208.21 | 0 | -- | 3,247 | 200.58 | 0 | -- | 44 | 770.89 |
| 2002[1] | 85 | 49.56 | 0 | -- | 0 | -- | 0 | -- | 85 | 49.56 |
| 2003 | 1217 | 1,023.87 | 0 | -- | 1,217 | 1,023.87 | 0 | -- | 0 | -- |

Source: U.S. Department of Commerce as reported in Warren, 2004 (2003 figures not yet published).
1. Inconsistencies may result due to extremely low export volumes reported in 2002 and 2003.

EXHIBIT 7
Page 23 of 40

Table A-8. Woodchip Exports from U.S. West Coast, CY 1990-2003

Wood Chips (In short tons, on a dry-weight basis; value in dollars per short ton)

|  | Seattle | | Columbia-Snake | | San Francisco | | Anchorage | |
|---|---|---|---|---|---|---|---|---|
|  | Volume | Average Value | Volume | Average Value | Volume | Average Value | Volume | Average Value |
| 1990 | 744,397 | 95.51 | 2,081,199 | 95.84 | 412,625 | 98.42 | 28,283 | 75.38 |
| 1991 | 681,161 | 103.10 | 2,141,958 | 104.73 | 462,808 | 101.21 | 101,397 | 78.01 |
| 1992 | 583,141 | 101.28 | 1,766,502 | 106.84 | 357,731 | 99.21 | 15,509 | 21.73 |
| 1993 | 588,564 | 95.63 | 1,544,904 | 104.28 | 330,890 | 99.08 | 56,289 | 110.13 |
| 1994 | 755,872 | 75.78 | 1,563,772 | 102.46 | 385,082 | 93.20 | 73,503 | 108.43 |
| 1995 | 542,694 | 113.24 | 1,329,590 | 130.04 | 322,454 | 118.58 | 146,277 | 137.38 |
| 1996 | 589,989 | 95.97 | 1,230,966 | 108.51 | 314,280 | 109.65 | 199,862 | 83.79 |
| 1997 | 611,888 | 72.28 | 1,247,092 | 89.54 | 371,554 | 97.71 | 105,653 | 72.10 |
| 1998 | 835,594 | 62.27 | 1,076,786 | 96.78 | 255,546 | 95.16 | 145,837 | 73.80 |
| 1999 | 753,147 | 60.51 | 1,024,223 | 82.64 | 285,740 | 90.57 | 131,699 | 41.75 |
| 2000 | 461,874 | 78.54 | 992,062 | 94.01 | 237,781 | 87.11 | 178,461 | 41.03 |
| 2001 | 353,074 | 86.00 | 856,164 | 96.58 | 166,558 | 90.59 | 154,880 | 61.28 |
| 2002 | 262,395 | 71.10 | 893,185 | 84.31 | 109,049 | 75.50 | 98,535 | 68.85 |
| 2003 | 252,050 | 82.58 | 760.965 | 82.39 | 63,037 | 69.10 | 109,621 | 49.66 |

Source: U.S. Department of Commerce as reported in Warren, 2004 (2003 figures not yet published).

EXHIBIT 7
Page 24 of 40

Table A-9. Value of Exports from Alaska (Anchorage Customs District) by Product and Country, CY 1996-2003

| (1,000 $) | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|
| **Logs** | | | | | | | | |
| Canada | 17,494 | 24,773 | 24,963 | 15,124 | 19,501 | 12,385 | 10,694 | 9,537 |
| China | 1,800 | 1,225 | 1,874 | 866 | 2,582 | 6,069 | 3,664 | 2,484 |
| Japan | 295,580 | 253,664 | 99,944 | 134,375 | 118,120 | 83,316 | 62,552 | 75,090 |
| Korea | 64,104 | 70,524 | 24,328 | 39,502 | 35,817 | 30,594 | 35,033 | 48,636 |
| Taiwan | 7,574 | 10,323 | 1,554 | 5,195 | 8,137 | 3,584 | 4,618 | 2,646 |
| Other | 0 | 4,873 | 1,425 | 0 | 1,865 | 0 | 1,028 | 1,189 |
| **Total** | **386,552** | **365,382** | **154,088** | **195,062** | **186,021** | **135,948** | **117,589** | **139,582** |
| **Sawnwood** | | | | | | | | |
| Canada | 29 | 3 | 48 | 52 | 544 | 0 | 0 | 0 |
| Japan | 19,184 | 18,927 | 3,950 | 10,647 | 2,714 | 651 | 64 | 1,488 |
| Other | 3 | 712 | 251 | 174 | 0 | 0 | 4 | 33 |
| **Total** | **19,216** | **19,642** | **4,249** | **10,874** | **3,259** | **651** | **69** | **1,521** |
| **Chips and Sawdust** | | | | | | | | |
| Argentina | 0 | 0 | 0 | 0 | 3,440 | 0 | 0 | 0 |
| Australia | 0 | 0 | 0 | 0 | 3,768 | 0 | 0 | 0 |
| Canada | 0 | 1,761 | 1,477 | 4,674 | 6,142 | 3,954 | 1,915 | 909 |
| Chile | 0 | 0 | 0 | 0 | 2,196 | 1,388 | 0 | 0 |
| Japan | 17,545 | 10,482 | 11,673 | 10,987 | 1,930 | 5,615 | 4974 | 4,661 |
| Other | 0 | 402 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **17,545** | **12,645** | **13,150** | **15,660** | **17,475** | **10,958** | **6,889** | **5570** |
| **Other Wood Products** | | | | | | | | |
| Canada | 0 | 7 | 206 | 28 | 5 | 10 | 166 | 51 |
| Hong Kong | 293 | 234 | 341 | 221 | 175 | 226 | 389 | 341 |
| Japan | 924 | 1,390 | 1,298 | 1,229 | 432 | 929 | 574 | 1,932 |
| Korea | 358 | 170 | 36 | 74 | 807 | 304 | 131 | 1,403 |
| Taiwan | 50 | 78 | 19 | 177 | 23 | 179 | 98 | 140 |
| Other | 167 | 179 | 337 | 212 | 154 | 174 | 801 | 1,315 |
| **Total** | **1,792** | **2,058** | **2,237** | **1,940** | **1,595** | **1,822** | **2,159** | **5,182** |
| **Grand Total** | | | | | | | | |
| Canada | 17,523 | 26,545 | 26,695 | 19,877 | 26,192 | 16,349 | 12,775 | 10,496 |
| China | 1,800 | 1,225 | 1,874 | 866 | 2,582 | 6,106 | 4,230 | 3,279 |
| Hong Kong | 293 | 234 | 341 | 221 | 175 | 340 | 393 | 1,527 |
| Japan | 333,233 | 284,462 | 116,864 | 157,238 | 123,195 | 90,568 | 68,164 | 83,171 |
| Korea | 64,462 | 70,694 | 24,363 | 39,576 | 36,623 | 30,949 | 35,164 | 50,039 |
| Taiwan | 7,933 | 10,493 | 1,589 | 5,269 | 8,944 | 3,763 | 4,716 | 2,786 |
| Other | 170 | 6,165 | 2,013 | 386 | 11,423 | 1,561 | 1,264 | 556 |
| **Total** | **425,414** | **399,818** | **173,740** | **223,432** | **209,134** | **149,636** | **126,705** | **151,854** |

Source: U.S. Department of Commerce, USITC Trade Database (http://dataweb.usitc.gov/).
Sums do not match due to round-off error and omission of minor categories.

EXHIBIT 7
Page 25 of 40

Table A-10. Tongass National Forest Remaining Volume Under Contract FY 2003[1]

| Purchaser Name | Sale Name | Original Volume (MBF) | Volume Cut (MBF) | Remaining Volume (MBF) |
|---|---|---|---|---|
| 3-D Logging | Deadwood #3 Salvage | 116 | 44 | 72 |
| Alaska Timber Wolf | Basin Roadside | 21 | 0 | 21 |
| Alaska Timber Wolf | Nemo Roadside | 50 | 0 | 50 |
| Alcan Forest products LLP | Longline | 4,419 | 4,419 | 0 |
| Beaver Creek Logging. | Buster Bay | 295 | 234 | 61 |
| Brent Cole | Microsale #57 | 9 | 0 | 9 |
| Brent Cole | Microsale #69 | 13 | 0 | 13 |
| Walker Wood Products | Microsale #53 | 9 | 2 | 7 |
| D&L Woodwork | Big Pit | 122 | 67 | 55 |
| David Seaford | Log Jam | 1,191 | 0 | 1,191 |
| David Seaford | Rush Fast | 783 | 624 | 159 |
| Gregg Jones | Summit Windjammer | 20 | 20 | 0 |
| H & L Salvage Inc. | Gnu | 25 | 25 | 0 |
| Jack Harrison | Curve | 50 | 50 | 0 |
| Ketchikan Pub Util | Swan Tyee Settlement | 15,939 | 15,708 | 230 |
| Mnt. Man Cutting | Shaken | 119 | 119 | 0 |
| Mnt. Man Cutting | Change Up | 45 | 45 | 0 |
| New Age M & E | Wolf Pup | 1,193 | 0 | 1,193 |
| Pacific Log & Lumber | Abandon | 278 | 278 | 0 |
| Pacific Log & Lumber | Alder Creek | 2,183 | 2,183 | 0 |
| Pacific Log & Lumber | Ridge | 629 | 629 | 0 |
| Pacific Log & Lumber | Todahl Backline | 7,868 | 0 | 7,868 |
| Pacific Log & Lumber | Rowan Mountain | 20,231 | 0 | 20,231 |
| Pacific Log & Lumber | Salty | 6,357 | 6,274 | 82 |
| Porter Lumber | Ahtun Point Salv III | 70 | 70 | 0 |
| Porter Lumber | Nossuk Creek Salvage | 364 | 70 | 293 |
| SE AK Wood Products | Bowen | 705 | 0 | 705 |
| SE AK Wood Products | Last Twin Re-offer | 1,297 | 330 | 967 |
| Silver Bay Logging, Inc | Upper Carroll Sale | 30,184 | 6,889 | 23,295 |
| Seley Family Partnership | Fire Cove Salv Re-Offer | 552 | 552 | 0 |
| Seley Family Partnership | Orion South | 3,431 | 0 | 3,431 |
| Seley Family Partnership | Picasso | 614 | 376 | 238 |
| Silver Bay Logging, Inc | Honey/George | 3,609 | 3,609 | 0 |
| Silver Bay Logging, Inc | South Lindy | 10,591 | 2,027 | 8,564 |
| Silver Bay Logging, Inc | Crystal | 7,017 | 0 | 7,017 |
| Silver Bay Logging, Inc | Upper Carroll | 30,184 | 8,165 | 22,019 |
| Silver Bay Logging, Inc | King George | 25,459 | 14,887 | 10,572 |

EXHIBIT 7
Page 26 of 40

Table A-10. Tongass National Forest Remaining Volume Under Contract FY 2003 (cont.)

| Purchaser Name | Sale Name | Original Volume (MBF) | Volume Cut (MBF) | Remaining Vol (MBF) |
|---|---|---|---|---|
| Silver Bay Logging, Inc | Appleton Resale | 26,241 | 26,241 | 0 |
| Silver Bay Logging, Inc | Rio Beaver | 5,520 | 0 | 5,520 |
| Silver Bay Logging, Inc | South Central | 942 | 942 | 0 |
| Silver Bay Logging, Inc | South Park Re-Sale | 302 | 302 | 0 |
| Silver Bay Logging, Inc | South Sand Re-Offer | 704 | 704 | 0 |
| Silver Bay Logging, Inc | Canal Hoya | 16,127 | 0 | 16,127 |
| Silver Bay Logging, Inc | South Saddle | 1,701 | 1,701 | 0 |
| Silver Bay Logging, Inc | South Lindy One | 1,575 | 0 | 1,575 |
| The Mill Inc.... | Wedge | 644 | 0 | 644 |
| Thorne Bay | Deadwood #1 Salvage | 147 | 0 | 147 |
| Viking Lumber Company | 6402 | 9,488 | 0 | 9,488 |
| Viking Lumber Company | South Arm | 10,094 | 5,345 | 4,749 |
| Viking Lumber Company | Pepper | 9,257 | 2,226 | 7,031 |
| Viking Lumber Company | Summore Change | 10,986 | 1,195 | 9,791 |
| Viking Lumber Company | Bohemia | 35,694 | 27,849 | 7,845 |
| Viking Lumber Company | Kuakan | 11,160 | 11,160 | 0 |
| Viking Lumber Company | Fourleaf | 21,906 | 21,906 | 0 |
| Viking Lumber Company | Twin Bridges II | 7,014 | 0 | 7,014 |
| Viking Lumber Company | Shamrock | 24,312 | 20,764 | 3,548 |
| Viking Lumber Company | Crane | 7,707 | 7,707 | 0 |
| Viking Lumber Company | Pit Five | 143 | 143 | 0 |
| Whitestone Se Logging Co | Humpback/Gallagher | 21,417 | 10,152 | 11,265 |
| Peavey Logging | Microsale #52 | 4 | 0 | 4 |
| Tom Bouy | Microsale #55 | 3 | 0 | 3 |
| Danny Sunde | Microsale #59 | 9 | 0 | 9 |
| Larry Trumble | Microsale #63 | 19 | 0 | 19 |
| Hummer Enterprises | Microsale #63 | 19 | 0 | 19 |
| Herman Ludwigsen | Microsale #1 | 2 | 0 | 2 |
| Pete Smith | Pete Smith | $0^2$ | 0 | $0^2$ |
| PRD-Special For Prod | PRD-Special For Prod | 1 | 0 | 1 |
| TBRD-Com. Firewood | TBRD-Com. Firewood | 5 | 0 | 5 |
| TBRD-Com. Firewood | TBRD-Com. Firewood | 10 | 0 | 10 |
| Vince Schafer-SLB Cedar | Vince Schafer-SLB Cedar | 68 | 0 | 68 |
| WRD Com Firewood D | WRD Com Firewood D | 6 | 0 | 6 |
| **Total** | | **392,433** | **199,144** | **193,288** |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

1. All volumes rounded to nearest MBF.
2. Less than 0.5 MBF

EXHIBIT 7
Page 27 of 40

**Draft, incomplete**

**Statistical Appendix**

List of Tables:

**Table A-1.** Tongass National Forest Timber Sales Newly Offered and Sold in FY 2004.

**Table A-2.** Employment in the Wood Products Industry in Southeast Alaska, 1982-2004.

**Table A-3.** Volume of National Forest Timber Offered, Sold, and Harvested in the Alaska Region, FY 2000-2004.

**Table A-4.** Tongass National Forest Log Export Permits Issued in CY 2004 (MBF).

**Table A-5.** Tongass National Forest Log Exports CY 2000-2004 (MBF).

**Table A-6.** Timber Harvest and Imports for Southeast and South-Central Alaska, 1992-2004.

**Table A-7.** Exports of Softwood Logs and Lumber from Alaska (Anchorage Customs District), CY 1990-2004.

**Table A-8.** Woodchip Exports from U.S. West Coast, CY 1990-2004.

**Table A-9.** Value of Exports from Alaska (Anchorage Customs District) by Product and Country, CY 1996-2004.

**Table A-10.** Tongass National Forest Volume Under Contract, FY 2004 (Independent Sales).

EXHIBIT 7
Page 28 of 40