Table A-1. Tongass National Forest Timber Sales Newly Offered and Sold in FY 2004[1]

| Sale Name | Type Prescription | | Proportion Heli-Copter[2] (% Vol.) | Production Cost | | Bid Information | | | Bidders (No.) |
|---|---|---|---|---|---|---|---|---|---|
| | Clear Cut (% Vol.) | Partial Cut (% Vol.) | | Logging Cost ($/MBF) | Fix Dev.[3] Cost ($/MBF) | Expected Bid ($/MBF) | Advertised Rate ($/MBF) | High Bid ($/MBF) | |
| Licking Creek | 100% | 0% | 0% | 102.32 | 34.40 | (15.56) | 2.52 | 4.6 | 1 |
| Midway reoffer II | 100% | 0% | 0% | 117.18 | 0 | (24.59) | 2.96 | 6.45 | 1 |
| Mop Point Administrative | 100% | 0% | 0% | 127.49 | 65.33 | 4.61 | 4.61 | 8.42 | 1 |
| Orion North | 100% | 0% | 0% | 118.72 | 80.62 | 4.02 | 4.02 | 9.69 | 1 |
| Thorne Island | 100% | 0% | 100% | 186.41 | 0 | 9.81 | 9.81 | 24.80 | 1 |
| Weighted Average | 100% | 0% | 6% | $115.68 | $37.72 | ($9.62) | $3.50 | $7.52 | 1 |

| Sale Name | S. Spruce Sawlog (% Vol.) | Hemlock Sawlog (% Vol.) | Ak. Yellow Cedar (% Vol.) | W. Red Cedar (% Vol.) | SS/Hem Utility (% Vol.) | Total Sale MBF |
|---|---|---|---|---|---|---|
| Licking Creek | 10% | 50% | 8% | 16% | 16% | 15,279 |
| Midway reoffer II | 23% | 50% | 12 | 0% | 15% | 8,222 |
| Mop Point Administrative | 33% | 29% | 2% | 25% | 11% | 2,660 |
| Orion North | 17% | 35% | 11% | 27% | 10% | 8,375 |
| Thorne Island | 16% | 20% | 10% | 47% | 7% | 1,906 |
| Weighted Average | 17% | 43% | 9% | 17% | 13% | 36,442 |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

1. "Newly offered and sold" does not include re-offered or re-sold sales, except for Midway Reoffer II.
2. "Proportion Helicopter" is the proportion of the sale that was helicopter logged, and can include clear-cut and partial cut prescriptions.
3. Fixed Development Cost – Sale fixed cost including specified road, temporary road, and log transfer facility construction.

EXHIBIT 7
Page 29 of 40

Table A-2. Employment in the Wood Products Industry in Southeast Alaska, 1982-2004.

| Year[1] | Tongass Logging[2] | Tongass Sawmill | Pulp Mill | Tongass-Related Employment[3] | Other sawmill | Other Logging | Total Industry Employment |
|---|---|---|---|---|---|---|---|
| 1982 | 335 | 540 | 975 | 1,850 | - | 656 | 2,506 |
| 1983 | 574 | 429 | 854 | 1,857 | - | 436 | 2,293 |
| 1984 | 513 | 395 | 700 | 1,608 | - | 433 | 2,041 |
| 1985 | 559 | 363 | 580 | 1,502 | - | 445 | 1,947 |
| 1986 | 692 | 331 | 772 | 1,795 | - | 547 | 2,342 |
| 1987 | 862 | 375 | 861 | 2,098 | - | 683 | 2,781 |
| 1988 | 1,010 | 468 | 892 | 2,370 | - | 971 | 3,341 |
| 1989 | 1,166 | 478 | 925 | 2,569 | - | 947 | 3,516 |
| 1990 | 1,123 | 500 | 899 | 2,522 | - | 1,021 | 3,543 |
| 1991 | 872 | 604 | 911 | 2,387 | - | 682 | 3,069 |
| 1992 | 788 | 538 | 910 | 2,236 | - | 627 | 2,863 |
| 1993 | 754 | 447 | 859 | 2,060 | - | 590 | 2,650 |
| 1994 | 621 | 515 | 533 | 1,669 | - | 556 | 2,225 |
| 1995 | 702 | 301 | 516 | 1,519 | - | 483 | 2,002 |
| 1996 | 804 | 230 | 524 | 1,558 | - | 353 | 1,911 |
| 1997 | 823 | 184 | 318 | 1,325 | - | 226 | 1,551 |
| 1998 | 579 | 284 | 96 | 959 | - | 310 | 1,269 |
| 1999 | 305 | 303 | 63 | 671 | - | 519 | 1,190 |
| 2000 | 340 | 280 | 2 | 623 | - | 371 | 994 |
| 2001 | 109 | 300[4] | 2 | 409 | - | 391 | 800 |
| 2002 | 63 | 110 | - | 173 | 40 | 299 | 512 |
| 2003 | 108 | 91 | - | 199 | 64 | 298 | 561 |
| 2004 |  | 95 | - |  | 53 |  | 450 |

Source: Alaska Department of Labor.

1. 2000 reported in calendar years. Prior to 2000, federal fiscal years were used.
2. Tongass National Forest logging estimated based on the ratio of Tongass timber harvest to total timber harvest in Southeast Alaska.
3. Through 2001, assumes all sawmill and pulp mill employment is dependent upon Tongass National Forest timber supply. From 2002 to 2004, this assumption no longer held. Data from Kilborn and others (2004) and from subsequent mill studies, shows that Federal timber supplied 73% of the wood sawn in Southeast Alaska mills in 2002, 59% in 2003, and 64% in 2004. Tongass National Forest sawmill employment from 2002 through 2004 is estimated based on sawmill employment numbers and the ratio of sources of wood (Federal versus the total) reported by Kilborn and others (2004) and in subsequent mill studies by Juneau Economic Development.
4. Beginning in 2001, employment estimates are being published under a new classification system. The Standard Industrial Classification (SIC) system has been replaced by the North American Industrial (NAI) Classification system. "Sawmill" in this table is reported by the Alaska Department of Labor as "wood manufacturing" which in the NAI system includes sawmills, wood preservation, veneer, plywood, engineered wood, and other wood products. In southeast Alaska, this category is assumed to represent only sawmill employment.

EXHIBIT 7
Page 30 of 40

Table A-3. Volume of National Forest Timber Offered, Sold, and Harvested in the Alaska Region, FY 2000-2004 (MMBF).[1]

**Offered – Million Board Feet (MMBF)**

| Fiscal Year | Tongass NF | Chugach NF | Total |
|---|---|---|---|
| 2000 | 85.3 | 0.3 | 85.6 |
| 2001 | 67.9 | 0.1 | 68.0 |
| 2002 | 56.9 | 0.0* | 56.9 |
| 2003 | 88.8 | 0.0* | 88.8 |
| 2004 | 72.6 | 0.0* | 72.6 |
| 5 yr. Average | 74.3 | 0.1 | 74.4 |

**Sold/Released – Million Board Feet (MMBF)**

| Fiscal Year | Tongass NF | Chugach NF | Total |
|---|---|---|---|
| 2000 | 170.3 | 0.3 | 170.6 |
| 2001 | 49.6 | 0.3 | 49.9 |
| 2002 | 24.4 | 0.1 | 24.5 |
| 2003 | 36.5 | 0.0* | 36.5 |
| 2004 | 87.1 | 0.0* | 87.1 |
| 5 yr. Average | 73.6 | 0.1 | 73.7 |

**Harvested – Million Board Feet (MMBF)**

| Fiscal Year | Tongass NF | Chugach NF | Total |
|---|---|---|---|
| 2000 | 146.9 | 0.2 | 147.1 |
| 2001 | 47.8 | 0.4 | 48.2 |
| 2002 | 33.8 | 0.2 | 34.0 |
| 2003 | 51.3 | 0.0* | 51.3 |
| 2004 | 46.4 | 0.0* | 46.4 |
| 5 yr. Average | 65.2 | 0.2 | 65.4 |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

1. Volumes do not include re-offered sales, re-sold sales, or credit volumes.
* Trace amount of harvest

EXHIBIT 7
PAGE 31 of 40

Table A-4. Tongass National Forest Log Export Permits Issued in CY 2004 (MBF)

| Sale | Purchaser | Permit Number | SS | Hem. | AYC | WRC | Total MBF |
|---|---|---|---|---|---|---|---|
| Fusion | Viking | 2004-13 | | | | 912 | 912 |
| Pepper | Viking | 2004-07 | | | | 501 | 501 |
| Situk BD | Alcan | 2004-06 | 6,831 | 1,236 | | | 8,067 |
| Orion S | Pacific Log and Lmbr | 2004-8 | | | | 88 | 88 |
| Fusion | Viking | 2004-11 | | | 481 | | 481 |
| Lucky Logger | Viking | 2004-10 | | | 12 | | 12 |
| Pepper | Viking | 2003-06 | | | 315 | | 315 |
| Summore Change | Viking | 2003-08 | | | 488 | | 488 |
| Twin Bridges | Viking | 2004-02 | | | 298 | | 298 |
| **Total** | | | 6,831 | 1,236 | 1,594 | 1,501 | 11,162 |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

SS = Sitka spruce (*Picea sichensis* (Bong.) Carr.)
Hem. = western hemlock (*Tsuga heterophylla* (Raf.) Sarg.
AYC = Alaska yellow-cedar (*Chamaecyparis nootkatensis* (D. Don) Spach )
WRC = western red cedar (*Thuja plicata* Donn ex D. Don)

EXHIBIT 7
Page 32 of 40

Table A-5. Tongass National Forest Log Exports CY 2000-2004 (MBF)

| Year Exported | Destination | SS | Hem. | AYC | WRC | Total |
|---|---|---:|---:|---:|---:|---:|
| CY2000 | Canada | 553 | 6,280 | 1,117 | 1,266 | 9,216 |
|  | Lower 48 | 16 | 1,234 | 132 | 5,404 | 6,787 |
|  | Pacific Rim | 757 | 5,482 | 9,466 | 3,173 | 18,878 |
|  | Total | 1,327 | 12,995 | 10,716 | 9,843 | 34,881 |
| CY2001 | Canada | 955 | 1,497 | 0 | 0 | 2,452 |
|  | Lower 48 | 0 | 0 | 10 | 89 | 99 |
|  | Pacific Rim | 573 | 2,411 | 5,029 | 0 | 8,013 |
|  | Total | 1,528 | 3,908 | 5,039 | 89 | 10,564 |
| CY2002 | Canada | 672 | 625 | 185 | 0 | 1,482 |
|  | Lower 48 | 0 | 0 | 0 | 115 | 115 |
|  | Pacific Rim | 134 | 99 | 803 | 22 | 1,058 |
|  | Total | 806 | 724 | 988 | 137 | 2,655 |
| CY2003 | Canada | 65 | 375 | 158 | 0 | 598 |
|  | Lower 48 | 0 | 0 | 112 | 288 | 400 |
|  | Pacific Rim | 0 | 0 | 2,938 | 357 | 3,295 |
|  | Total | 65 | 375 | 3,208 | 645 | 4,292 |
| CY2004 | Canada | 0 | 0 | 0 | 0 | 0 |
|  | Lower 48 | 0 | 0 | 0 | 1,412 | 1,412 |
|  | Pacific Rim | 6,831 | 1,236 | 1,681 | 0 | 9,748 |
|  | Total | 6,831 | 1,236 | 1,681 | 1,412 | 11,160 |
| 5 Yr. Avg. | Canada | 460 | 1,755 | 292 | 253 | 2,760 |
|  | Lower 48 | 3 | 247 | 51 | 1,462 | 1,763 |
|  | Pacific Rim | 1,659 | 1,846 | 3,983 | 710 | 8,198 |
|  | Total | 2,122 | 3,848 | 4,326 | 2,425 | 12,721 |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

SS = Sitka spruce (*Picea sichensis* (Bong.) Carr.)
Hem. = western hemlock (*Tsuga heterophylla* (Raf.) Sarg.
AYC = Alaska yellow-cedar (*Chamaecyparis nootkatensis* (D. Don) Spach )
WRC = western red cedar (*Thuja plicata* Donn ex D. Don)

EXHIBIT 7
PAGE 33 OF 40

Table A-6. Timber Harvest and Imports for Southeast and Southcentral Alaska, 1992-2004[1]

| | | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Southeast Alaska (MMBF)** | | | | | | | | | | | | |
| Tongass N. F. | Sawlogs | 303.1 | 268.3 | 221.8 | 181.3 | 97.4 | 94.4 | 107.6 | 132.8 | 133.7 | 39.8 | 30.0 |
| | Utility Logs | 66.6 | 56.7 | 54.0 | 39.8 | 22.8 | 12.2 | 12.2 | 12.9 | 13.0 | 7.9 | 3.8 |
| State of Alaska[2] | Sawlogs | 14.9 | 5.0 | 18.1 | 3.6 | 4.5 | 5.2 | 5.6 | 7.3 | 47.8 | 48.0 | 48.0 |
| | Utility Logs | 0.1 | 0.0 | 2.7 | 2.2 | 2.5 | 0.3 | 1.9 | 0.1 | 12.1 | 5.2 | 9.3 |
| BIA | Sawlogs and Utility | 4.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.4 | 0.0 |
| Alaska Native Corporations[3] | Sawlogs | 348.7 | 328.2 | 275.0 | 233.9 | 292.4 | 335.9 | 157.6 | 193.6 | 114.6 | 106.5 | 93.6 |
| | Utility Logs | 97.0 | 82.2 | 12.3 | 81.1 | 37.7 | 47.6 | 59.0 | 45.4 | 46.0 | 13.3 | 8.1 |
| Southeast Alaska Total | Sawlogs | 671.2 | 601.5 | 514.9 | 418.8 | 394.3 | 435.5 | 270.8 | 333.7 | 296.2 | 194.3 | 171.6 |
| | Utility Logs | 163.7 | 138.9 | 69.0 | 123.1 | 63.0 | 60.1 | 73.1 | 58.4 | 71.1 | 26.3 | 21.2 |
| | Total | 834.9 | 740.4 | 583.9 | 541.9 | 457.3 | 495.6 | 343.9 | 392.1 | 367.2 | 220.6 | 192.8 |
| **Southcentral Alaska (MMBF)** | | | | | | | | | | | | |
| Chugach N. F. | Sawlogs | 0.5 | 1.7 | 0.0 | 1.1 | 1.3 | 0.8 | 0.8 | 0.1 | 0.1 | 0.2 | 0.0 |
| | Utility Logs | 0.0 | 0.0 | 6.5 | 0.8 | 2.0 | 1.4 | 0.7 | 0.3 | 0.2 | 0.2 | 0.2 |
| State of Alaska[2] | Sawlogs | 0.8 | 0.0 | 0.0 | 2.6 | 8.1 | 8.6 | 5.0 | 5.4 | 0.0 | 2.1 | 0.4 |
| | Utility Logs | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 1.8 | 0.0 | 0 |
| BIA | Sawlogs and Utility | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 |
| Alaska Native Corporations[3] | Sawlogs and Utility | 123.5 | 127.2 | 186.0 | 230.1 | 207.6 | 237.1 | 172.2 | 139.9 | 56.3 | 71.3 | 83.0 |
| Southcentral Alaska Total | Sawlogs and Utility | 125.0 | 128.9 | 192.5 | 234.3 | 219.0 | 247.9 | 178.8 | 145.7 | 58.3 | 73.8 | 84.9 |
| **Alaskan Imports (MMBF)[4]** | | | | | | | | | | | | |
| | Sawlogs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -- | -- |
| | Utility Logs | 3.0 | 3.0 | 3.0 | 11.5 | 34.1 | 0.0 | 0.0 | 0.0 | 0.0 | -- | -- |
| | Chips | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -- | -- |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO
1. National Forest and Bureau of Indian Affairs harvests reported for fiscal years. All other ownerships reported in calendar years.
2. Harvests from Alaska Mental Health Trust and University of Alaska lands omitted prior to 2000.
3. Estimated by telephone survey. Metric tons converted to log scale at a ratio of 2.7 tons per MBF.
4. Compiled from trade statistics available from the U.S. Department of Commerce. Metric tons converted to log scale at a ratio of 2.7 t

EXHIBIT 7
Page 34 of 40

Table A-7. Exports of Softwood Logs and Lumber from Alaska (Anchorage Customs District), CY 1990-2004.

Softwood Logs (MBF Scribner, $/MBF)

| | All Species | | Hemlock | | Redcedar | | Spruce | |
|---|---|---|---|---|---|---|---|---|
| | Volume | Average Value | Volume | Average Value | Volume | Average Value | Volume | Average Value |
| 1990 | 568,597 | 592.33 | 251,500 | 457.05 | 62,609 | 439.35 | 213,334 | 781.02 |
| 1991 | 528,878 | 555.81 | 226,013 | 421.14 | 55,312 | 397.51 | 218,580 | 717.43 |
| 1992 | 531,993 | 619.85 | 212,684 | 464.73 | 47,444 | 517.52 | 225,266 | 726.64 |
| 1993 | 563,044 | 805.67 | 217,853 | 643.41 | 60,542 | 687.89 | 228,789 | 937.01 |
| 1994 | 525,404 | 739.45 | 200,129 | 579.34 | 39,563 | 647.25 | 240,323 | 811.57 |
| 1995 | 561,550 | 695.12 | 250,659 | 539.02 | 40,685 | 652.43 | 228,615 | 779.98 |
| 1996 | 530,147 | 705.98 | 223,519 | 537.02 | 22,632 | 678.28 | 257,254 | 817.34 |
| 1997 | 541,667 | 642.25 | 202,517 | 480.10 | 37,305 | 806.85 | 259,601 | 733.15 |
| 1998 | 325,386 | 473.55 | 72,186 | 443.51 | 15,232 | 791.62 | 133,334 | 626.71 |
| 1999 | 427,970 | 455.70 | 125,779 | 408.47 | 17,687 | 684.56 | 172,435 | 552.20 |
| 2000 | 436,178 | 426.35 | 127,861 | 403.79 | 22,246 | 766.73 | 148,906 | 541.69 |
| 2001 | 320,615 | 424.03 | 108,563 | 355.95 | 11,389 | 694.51 | 119,288 | 547.01 |
| 2002 | 286,976 | 409.70 | 79,406 | 398.67 | 10,820 | 726.22 | 153,548 | 434.34 |
| 2003 | 305,588 | 456.62 | 85,094 | 438.80 | 12,936 | 763.28 | 190,003 | 430.18 |
| 2004 | 162,540 | 560.32 | 50,637 | 490.39 | 7,785 | 804.57 | 104,118 | 576.07 |

> **Comment:** May not match what Deb comes up with; this is a weighted average.

Softwood Lumber (MBF lumber tally, $/MBF)

| | Total | | Western hemlock | | Sitka Spruce | | Cedar | | Other Softwoods | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Volume | Average Value | Volume | Average Value | Volume | Average Value | Volume | Average Value | Volume | Average Value |
| 1990 | 212,010 | 397.56 | 119,231 | 364.44 | 87,776 | 453.14 | 5,002 | 211.72 | 0 | -- |
| 1991 | 170,308 | 412.31 | 95,478 | 364.64 | 69,782 | 480.80 | 3,069 | 369.83 | 1,979 | 363.32 |
| 1992 | 136,556 | 481.40 | 81,363 | 393.55 | 52,036 | 629.62 | 575 | 396.52 | 2,582 | 280.40 |
| 1993 | 151,894 | 507.35 | 95,005 | 454.06 | 55,856 | 598.18 | 59 | 355.93 | 974 | 505.13 |
| 1994 | 111,836 | 561.28 | 68,839 | 468.11 | 42,679 | 713.84 | 0 | -- | 318 | 254.72 |
| 1995 | 50,379 | 775.01 | 28,367 | 608.59 | 20,352 | 1,010.91 | 1,407 | 817.34 | 253 | 221.34 |
| 1996 | 26,854 | 715.05 | 14,831 | 557.28 | 11,934 | 914.09 | 20 | 688.30 | 69 | 204.08 |
| 1997 | 32,764 | 599.48 | 18,524 | 499.05 | 13,093 | 759.35 | 84 | 100.11 | 1,063 | 420.12 |
| 1998 | 9,048 | 460.22 | 4,447 | 386.06 | 3,874 | 540.98 | 261 | 392.86 | 466 | 534.46 |
| 1999 | 14,674 | 735.78 | 1,492 | 371.20 | 8,624 | 682.96 | 0 | -- | 4,558 | 955.05 |
| 2000 | 3,609 | 901.62 | 0 | -- | 3,254 | 854.45 | 278 | 1235.94 | 77 | 1691.68 |
| 2001 | 3,292 | 208.21 | 0 | -- | 3,247 | 200.58 | 0 | -- | 44 | 770.89 |
| 2002[1] | 85 | 49.56 | 0 | -- | 0 | -- | 0 | -- | 85 | 49.56 |
| 2003 | 1,217 | 1,023.87 | 0 | -- | 1,217 | 1,023.87 | 0 | -- | 0 | -- |
| 2004 | 1,579 | 1,092.85 | 0 | -- | 1,579 | 1,092.85 | 0 | -- | 0 | -- |

Source: U.S. Department of Commerce, reported in Warren, 2004 (2003 and 2004 figures not yet published).
 1. Inconsistencies may result due to extremely low export volumes reported 2002 to 2004.

Exhibit 7
Page 35 of 40

Table A-8.  Woodchip Exports from U.S. West Coast customs districts, CY 1990-2004

| | Wood Chips (In short tons, on a dry-weight basis; value in dollars per short ton) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Seattle | | Columbia-Snake | | San Francisco | | Anchorage | |
| | Volume | Average Value | Volume | Average Value | Volume | Average Value | Volume | Average Value |
| 1990 | 744,397 | 95.51 | 2,081,199 | 95.84 | 412,625 | 98.42 | 28,283 | 75.38 |
| 1991 | 681,161 | 103.10 | 2,141,958 | 104.73 | 462,808 | 101.21 | 101,397 | 78.01 |
| 1992 | 583,141 | 101.28 | 1,766,502 | 106.84 | 357,731 | 99.21 | 15,509 | 21.73 |
| 1993 | 588,564 | 95.63 | 1,544,904 | 104.28 | 330,890 | 99.08 | 56,289 | 110.13 |
| 1994 | 755,872 | 75.78 | 1,563,772 | 102.46 | 385,082 | 93.20 | 73,503 | 108.43 |
| 1995 | 542,694 | 113.24 | 1,329,590 | 130.04 | 322,454 | 118.58 | 146,277 | 137.38 |
| 1996 | 589,989 | 95.97 | 1,230,966 | 108.51 | 314,280 | 109.65 | 199,862 | 83.79 |
| 1997 | 611,888 | 72.28 | 1,247,092 | 89.54 | 371,554 | 97.71 | 105,653 | 72.10 |
| 1998 | 835,594 | 62.27 | 1,076,786 | 96.78 | 255,546 | 95.16 | 145,837 | 73.80 |
| 1999 | 753,147 | 60.51 | 1,024,223 | 82.64 | 285,740 | 90.57 | 131,699 | 41.75 |
| 2000 | 461,874 | 78.54 | 992,062 | 94.01 | 237,781 | 87.11 | 178,461 | 41.03 |
| 2001 | 353,074 | 86.00 | 856,164 | 96.58 | 166,558 | 90.59 | 154,880 | 61.28 |
| 2002 | 262,395 | 71.10 | 893,185 | 84.31 | 109,049 | 75.50 | 98,535 | 68.85 |
| 2003 | 252,050 | 82.58 | 760.965 | 82.39 | 63,037 | 69.10 | 109,621 | 49.66 |
| 2004 | 330,760 | 62.28 | 744,356 | 75.89 | 34,122 | 69.25 | 48,848 | 50.43 |

Source:  U.S. Department of Commerce as reported in Warren, 2004 (2004 figures not yet published). The valuation definition used in the export statistics is the value at the seaport or border port of exportation. It is based on the selling price (or cost if not sold) and includes inland freight, insurance, and other charges to the port of exportation. Seattle Customs District includes all ports in the State of Washington, except Longview and Vancouver. Columbia-Snake Customs District includes all Oregon ports and Longview and Vancouver, Washington. San Francisco Customs District includes all coastal and inland ports in the State of California from Monterey north. The Anchorage Customs District is the State of Alaska.

EXHIBIT 7
Page 36 of 40

Table A-9. Value of Exports from Alaska (Anchorage Customs District) by Product and Country, CY 1996-2004

| (1,000 $) | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|
| **Logs** | | | | | | | | | |
| Canada | 17,494 | 24,773 | 24,963 | 15,124 | 19,501 | 12,385 | 10,694 | 9,537 | 1,097 |
| China | 1,800 | 1,225 | 1,874 | 866 | 2,582 | 6,069 | 3,664 | 2,484 | 2,544 |
| Japan | 295,580 | 253,664 | 99,944 | 134,375 | 118,120 | 83,316 | 62,552 | 75,090 | 50,964 |
| Korea | 64,104 | 70,524 | 24,328 | 39,502 | 35,817 | 30,594 | 35,033 | 48,636 | 37,177 |
| Taiwan | 7,574 | 10,323 | 1,554 | 5,195 | 8,137 | 3,584 | 4,618 | 2,646 | 2,936 |
| Other | 0 | 4,873 | 1,425 | 0 | 1,865 | 0 | 1,028 | 1,189 | 0 |
| **Total** | **386,552** | **365,382** | **154,088** | **195,062** | **186,021** | **135,948** | **117,589** | **139,582** | **94,520** |
| **Sawnwood** | | | | | | | | | |
| Canada | 29 | 3 | 48 | 52 | 544 | 0 | 0 | 0 | 0 |
| Japan | 19,184 | 18,927 | 3,950 | 10,647 | 2,714 | 651 | 64 | 1,488 | 2,123 |
| Other | 3 | 712 | 251 | 174 | 0 | 0 | 4 | 33 | 0 |
| **Total** | **19,216** | **19,642** | **4,249** | **10,874** | **3,259** | **651** | **69** | **1,521** | **2,123** |
| **Chips and Sawdust** | | | | | | | | | |
| Argentina | 0 | 0 | 0 | 0 | 3,440 | 0 | 0 | 0 | 0 |
| Australia | 0 | 0 | 0 | 0 | 3,768 | 0 | 0 | 0 | 0 |
| Canada | 0 | 1,761 | 1,477 | 4,674 | 6,142 | 3,954 | 1,915 | 909 | 1,097 |
| Chile | 0 | 0 | 0 | 0 | 2,196 | 1,388 | 0 | 0 | 0 |
| Japan | 17,545 | 10,482 | 11,673 | 10,987 | 1,930 | 5,615 | 4974 | 4,661 | 1,537 |
| Other | 0 | 402 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| **Total** | **17,545** | **12,645** | **13,150** | **15,660** | **17,475** | **10,958** | **6,889** | **5570** | **2,645** |
| **Other Wood Products** | | | | | | | | | |
| Canada | 0 | 7 | 206 | 28 | 5 | 10 | 166 | 51 | 54 |
| Hong Kong | 293 | 234 | 341 | 221 | 175 | 226 | 389 | 341 | 351 |
| Japan | 924 | 1,390 | 1,298 | 1,229 | 432 | 929 | 574 | 1,932 | 762 |
| Korea | 358 | 170 | 36 | 74 | 807 | 304 | 131 | 1,403 | 623 |
| Taiwan | 50 | 78 | 19 | 177 | 23 | 179 | 98 | 140 | 125 |
| Other | 167 | 179 | 337 | 212 | 154 | 174 | 801 | 1,315 | 651 |
| **Total** | **1,792** | **2,058** | **2,237** | **1,940** | **1,595** | **1,822** | **2,159** | **5,182** | **2,566** |
| **Grand Total** | | | | | | | | | |
| Canada | 17,523 | 26,545 | 26,695 | 19,877 | 26,192 | 16,349 | 12,775 | 10,496 | 2,050 |
| China | 1,800 | 1,225 | 1,874 | 866 | 2,582 | 6,106 | 4,230 | 3,279 | 2,810 |
| Hong Kong | 293 | 234 | 341 | 221 | 175 | 340 | 393 | 1,527 | 363 |
| Japan | 333,233 | 284,462 | 116,864 | 157,238 | 123,195 | 90,568 | 68,164 | 83,171 | 55,387 |
| Korea | 64,462 | 70,694 | 24,363 | 39,576 | 36,623 | 30,949 | 35,164 | 50,039 | 37,800 |
| Taiwan | 7,933 | 10,493 | 1,589 | 5,269 | 8,944 | 3,763 | 4,716 | 2,786 | 3,061 |
| Other | 170 | 6,165 | 2,013 | 386 | 11,423 | 1,561 | 1,264 | 556 | 384 |
| **Total** | **425,414** | **399,818** | **173,740** | **223,432** | **209,134** | **149,636** | **126,705** | **151,854** | **101.855** |

Source: U.S. Department of Commerce, USITC Trade Database (http://dataweb.usitc.gov/).
Sums do not match due to round-off error and omission of minor categories.

EXHIBIT 7
Page 37 of 40

Table A-10. Tongass National Forest Remaining Volume Under Contract FY 2004[1]

| Purchaser Name | Sale Name | Original Volume (MBF) | Volume Cut (MBF) | Remaining Volume (MBF) |
|---|---|---|---|---|
| Alaska Timber Wolf | Nemo Roadside | 53 | 53 | 0 |
| Alcan Forest Products LLP | Situk Blowdown reoffer | 24,250 | 16,350 | 7,900 |
| Beaver Creek Logging | Buster Bay | 295 | 234 | 61 |
| D&L Woodworks | Beaver Pond | 190 | 0 | 190 |
| David Seaford | Rush Fast | 639 | 626 | 14 |
| Dean Blankenship | Surku Swing salvage | 315 | 0 | 315 |
| Gregg Jones | False Island Alder | 16 | 16 | 0 |
| Gregg Jones | Summit Windjammer | 20 | 20 | 0 |
| H&L Salvage, Inc | Microsale #15 | 7 | 0 | 7 |
| Howard A. Rhodes | Microsale # 80 | 1 | 1 | 0 |
| Hummer Enterprise | Microsale #73 | 13 | 0 | 13 |
| Hummer Enterprise | Permit | 4 | 0 | 4 |
| Icy Straights Lmbr & Mill | Upside | 238 | 0 | 238 |
| JR Sokol | Woodchine | 50 | 16 | 34 |
| Jack Harrison | Prime special salvage | 148 | 15 | 132 |
| Keith Dahl | Lucky Duck reoffer | 453 | 0 | 453 |
| Keith Landers | Rocky Ratz spec. salvage | 42 | 0 | 42 |
| Keith Landers | Stirred reoffer | 16 | 0 | 16 |
| Ketchikan Pub. Util. | Swan Tyee settlement | 17,960 | 16,627 | 1,333 |
| Kwaan Elec. Transmssn. | KGCMC-Intertie sttlmnt. | 43 | 0 | 43 |
| Mnt. Man Cutting | Shaken | 120 | 120 | 0 |
| Mnt. Man Cutting | Change Up | 45 | 45 | 0 |
| Mnt. Man Cutting | Vestal reoffer | 135 | 135 | 0 |
| New Age Mining & Excvn | Wolf Pup | 1,193 | 0 | 1,193 |
| Norsemen Wood Products | Micro Sale #17 | 25 | 3 | 22 |
| Pacific Log & Lmbr Ltd. | Mop Point | 2,660 | 554 | 2,106 |
| Pacific Log & Lmbr Ltd. | Orion North | 8,375 | 0 | 8,375 |
| Pacific Log & Lmbr Ltd. | Rowan Mountain | 20,231 | 0 | 20,231 |
| Pacific Log & Lmbr Ltd. | Salty | 6,369 | 6,310 | 59 |
| Pacific Log & Lmbr Ltd. | Todahl Backline | 7,868 | 0 | 7,868 |
| Pete Smith | Microsale #83 | 6 | 6 | 0 |
| Porter Lumber | Microsale #74 | 5 | 0 | 5 |
| Porter Lumber | Nossuk Creek salvage | 371 | 158 | 213 |
| Porter Lumber | Stromboli special salvage | 73 | 0 | 73 |
| Porter Lumber | Yatuk Creek salvage | 273 | 0 | 273 |
| Ronger E Grant | Election special salvage | 56 | 0 | 56 |
| Ronger E Grant | | 1 | 0 | 1 |

EXHIBIT 7
Page 38 of 40

Table A-10. Tongass National Forest Remaining Volume Under Contract FY 2004(cont.)

| Purchaser Name | Sale Name | Original Volume (MBF) | Volume Cut (MBF) | Remaining Vol (MBF) |
|---|---|---|---|---|
| SE Alaska Wood Products | Bowen | 707 | 563 | 144 |
| SE Alaska Wood Products | Last Twin reoffer | 1,303 | 797 | 506 |
| Seley Family Partnership | Orion South | 2,906 | 2.906 | 0 |
| Seley Family Partnership | Picasso | 614 | 376 | 238 |
| Silver Bay Logging Inc | Appleton resale | 26,241 | 26,241 | 0 |
| Silver Bay Logging Inc | King George | 25,479 | 15,625 | 9,855 |
| Silver Bay Logging Inc | Rio Beaver | 5,517 | 1,132 | 4,385 |
| Silver Bay Logging Inc | South Central | 942 | 942 | 0 |
| Silver Bay Logging Inc | South Lindy | 10,607 | 4,202 | 6,405 |
| Silver Bay Logging Inc | South Lindy One | 1,575 | 0 | 1,575 |
| Silver Bay Logging Inc | South Park resale | 302 | 302 | 0 |
| Silver Bay Logging Inc | Soth Sand reoffer | 753 | 753 | 0 |
| T&T Lumber | Flora's Folly | 192 | 81 | 112 |
| The Mill Inc. | Wedge | 644 | 0 | 644 |
| Viking Lumber Co. | Bohemia | 35,784 | 27,939 | 7,845 |
| Viking Lumber Co. | Crane | 7,707 | 7,707 | 0 |
| Viking Lumber Co. | Finger Point | 10,311 | 0 | 10,311 |
| Viking Lumber Co. | Fourleaf | 21,906 | 21,906 | 0 |
| Viking Lumber Co. | Fusion | 31,889 | 6,840 | 25,049 |
| Viking Lumber Co. | Kuakan | 11,160 | 11,160 | 0 |
| Viking Lumber Co. | Lucky Logger | 497 | 497 | 0 |
| Viking Lumber Co. | Pepper | 9,314 | 6.681 | 2,633 |
| Viking Lumber Co. | Shamrock | 24,312 | 20,764 | 3,548 |
| Viking Lumber Co. | South Arm | 10,094 | 5,340 | 4,754 |
| Viking Lumber Co. | Summore Change | 11,016 | 6,267 | 4,749 |
| Viking Lumber Co. | Thorne Island | 1,906 | 0 | 1,906 |
| Viking Lumber Co. | Twin Bridges II | 7,457 | 2,685 | 4,772 |
| William Thomason | Microsale #79 | 4 | 0 | 4 |
| Brent Cole | Microsale #68 | 9 | 0 | 9 |
| Glenn Keller | Permit | 8 | 0 | 8 |
| Harold A Rhodes | Permit | 18 | 0 | 18 |
| Kennecott Greens Ck Mine | Greens Creek settlement | 29 | 0 | 29 |
| TBRD cmmrcl firewood | Permit | 5 | 0 | 5 |
| TBRD cmmrcl firewood | Permit | 3 | 0 | 3 |
| TBRD cmmrcl firewood | Permit | 5 | 0 | 5 |
| TBRD cmmrcl sawlog | Permit | 2 | 0 | 2 |
| TBRD cmmrcl sawlog | Permit | 2 | 0 | 2 |
| TBRD cmmrcl sawlog | Permit | 3 | 0 | 3 |
| William Kaufman | Permit | 8 | 0 | 8 |
| William Kaufman | Microsale #77 | 11 | 0 | 11 |
| WRD cmmrcl fuelwood | Permit | 28 | 0 | 28 |
| **Total** | | **356,435** | **212,996** | **140,835** |

Source: USDA Forest Service, Alaska Region. Data on file with: Regional Economist, Ecosystems Planning, USDA Forest Service, PO Box 21628, Juneau, AK 99802-1628.

EXHIBIT 7
Page 39 of 40

1. All volumes rounded to nearest MBF.

EXHIBIT 7
Page 40 of 40