BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest,<br><br>                Defendants. | Case No. J04-0029-CV (RRB) |

ERRATA TO OPPOSITION BRIEF OF FEDERAL DEFENDANTS (COUNTS V AND IX)

      Please find the attached copy of the TABLE OF EXHIBITS for the Opposition Brief of Federal Defendants (Counts V and IX). With the size of this document, the table of exhibits was inadvertently forgotten when the original document was filed.

- 1 -

RESPECTFULLY SUBMITTED this 20TH day of January, 2006 at Anchorage, Alaska.

>s/ Bruce M. Landon
>BRUCE M. LANDON
>Department of Justice
>Environment & Natural Resources Division
>801 B Street, Suite 504
>Anchorage, Alaska  99501-3657
>Phone: (907) 271-5452
>Facsimile: (907) 271-5827
>bruce.landon@usdoj.gov
>Attorney for Federal Defendants

Certificate of Service

I hereby certify that on the 20th of January, 2006, a copy of the foregoing ERRATA TO OPPOSITION BRIEF OF FEDERAL DEFENDANTS (COUNTS V AND IX) was served electronically on:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Steve Silver
Zach Falcon

/s/ Bruce M. Landon