TABLE OF EXHIBITS
Opposition Brief of Federal Defendants (Counts V and IX)
*Organized Village of Kake v. United States Forest Service,* J04-0029-CV (JKS) (D. Alaska)

1. Threemile Timber Harvest, FEIS (excerpts)

2. Timber Products and Timber Harvests in Alaska: Projections for 1992-2010, Brooks and Haynes 1994

3. Tongass Land Management Plan Revision FEIS (excerpts)

4. Administrative Appeals Decision, Threemile Timber Harvest

5. Current Sales from Tongass Database

6. Tongass Land Management SEIS (Wilderness Recommendations) (Excerpts)

7. Draft, Timber Supply and Demand Report 2003