IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacty as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest,<br><br>                    Defendant. | Case No. J04-0029-CV (JKS) |

ORDER MODIFYING BRIEFING SCHEDULE

Federal defendants' unopposed motion for a modification of the merits briefing schedule in this action is GRANTED. The merits briefing schedule is modified as follows:

Federal defendants to file their Opposition Brief on January 20, 2006.

Any briefing filed by intervenor-defendant Alaska Forest Association (AFA) on the merits of the legal claims shall be filed on February 10, 2006.

Plaintiffs will file their consolidated reply brief on March 10, 2006.

Dated: January 26, 2006            /s/ James K. Singleton, Jr.

                                                        JAMES K. SINGLETON

                                                        U. S. District Judge