Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor-Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No. J04-029 CV (JKS)<br>)<br>) |
| v. | )<br>)<br>) |
| UNITED STATES FOREST SERVICE, et al., | )<br>) **Declaration of Owen Graham**<br>) **in Support of Intervenor-**<br>) **Defendant's Opposition**<br>) **to Plaintiffs' Opening**<br>) **Brief** |
| Defendants. | ) |

I, Owen Graham, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1.  I am the Executive Director for the Alaska Forest Association (AFA). I have been Executive Director for the past four and a half years. In that capacity I work on, among other things, Tongass timber issues. Prior to becoming

AFA's Executive Director, I was an employee of Ketchikan Pulp Company (KPC) for 22 years and I represented KPC, an AFA member, on AFA's Timber Issues Committee, other AFA committees, as well as served on AFA's Board of Directors, for a total of 15 years. While working for KPC between 1978 and 1986, I cruised timber sales and supervised road construction operations and timber harvest operations in many areas in Southeast Alaska. Between 1986 and 2001 I was responsible for supplying a reliable supply of economic timber to three mills with a combined timber consumption rate of about 250 million board feet per year. Most of this timber supply came from Tongass National Forest timber sales. In addition to my experience on the Tongass, I worked in the timber industry as a forester in Washington State from 1968 through 1978. I have extensive knowledge and experience regarding timber issues affecting the Tongass National Forest.

I previously submitted a declaration in this case which was attached to AFA's motion to intervene. The purpose of this declaration is to provide the Court with additional information and explanation of some of the more complex and technical matters at issue in this case.

2. Attached to this affidavit as Int. Def. Exh. 1 is a document supplied to me by the Forest Service which provides

current information on the timber volume under contract.[1] When contrasting that document to the "volume under contract" table attached to the Draft 2003 Timber Supply and Demand Report (attached as Def. Exh. 7 to the Federal Defendant's Opposition, see Table A-10 at pages 26 - 27), it is clear that the industry's demand was not being met when the ROD was signed, and it is still not being met now.

3. In order to remain viable, the mills need to maintain a three-year pipeline supply of timber under contract in order to have sufficient time to build roads and harvest the timber in an efficient and economic manner[2]. Int. Def. Exh. 1 illustrates that currently, the amount of timber under contract available to the mills in Southeast Alaska

---

[1] This document was prepared by a USFS employee, Dave Fletcher, and I have discussed the details with him. I am thoroughly familiar with it and can attest to its accuracy.
[2] The Forest Service has long acknowledged that a three-year pipeline of timber under contract is needed to maintain an efficient, uninterrupted flow of timber and to provide flexibility to deal effectively with market changes and operational logistics. These variable conditions can include: the fact that most fish stream crossings must be constructed in a narrow "timing window"; the typical road construction requirements of about one mile of road for every one or two million board feet of timber accessed, the slow rate of construction in most of the mountainous areas (about a mile of road per month); and the logistical difficulties of operating remote construction camps. These conditions result in the need to plan for at least two construction seasons to build the roads for a typical timber sale. Another year or two is typically needed to harvest the timber once the roads are constructed.

totals less than 72 mmbf.[3] This amount is woefully insufficient. Consider the following three examples:

    a.   Pacific Log and Lumber

Of the timber under contract, approximately 7 mmbf is under contract to Pacific Log and Lumber.[4] Unfortunately, PLL needs about 33.6 mmbf annually in order to operate at a two shift level. To remain an economically viable operation, PLL needs a three-year timber supply of approximately 101 mmbf.

    b.   Silver Bay Logging

The situation is equally as dire for the Silver Bay Logging Company, which has no federal timber under contract. Although the chart attached as Int. Def. Exh. 1 reflects approximately 9 mmbf under contract, that timber, the King George contract, was recently terminated by order of the Under Secretary of Agriculture based on a finding that Silver Bay could not economically harvest the timber. It is my understanding that the USFS intends to re-offer this sale under different circumstances in the near future, but Silver Bay has no ability to harvest that timber. Silver Bay Logging

---

[3] Int. Def. Exh. 1 indicates 89,434.80 mmbf under contract, but that number does not take into account the terminated King George Timber Sale, or the Orion North Sale, enjoined by NRDC I.
[4] Int. Def. Exh. 1 indicates a total amount of 15,434.70 under contract for PLL; however that total amount must be reduced by 8374.68, the amount of timber available under the Orion North Sale, which was enjoined by the court in NRDC I.

4

has only 12 mmbf of State and Mental Health Trust timber under contract. Silver Bay needs about 65 mmbf annually to operate at capacity and this would require a timber under contract of about 195 mmbf.

    c.   Viking Lumber Company

Viking has only about 45 mmbf of timber under contract, but it needs to harvest at least 80 mmbf annually to operate fully, and requires a three-year supply of 240 mmbf.

There is approximately 10 mmbf either under contract to very small operators or on hold. For example, the 1.5 mmbf from the Swan-Tyee Intertie is not scheduled for harvest in the 2006 field season because the government funding upon which this timber project is dependent is not available.

    4.   Over the last eight years, a preponderance of the timber sales that were offered by the Forest Service have failed to be economic (i.e., affordable). They are not economic due to the fact that the costs of building access roads and harvesting the timber for those timber sales exceeds the value of the timber to the sawmills. The sawmills cannot control the selling price of lumber or the cost of harvesting Forest Service timber sales. They have some control over the cost of manufacturing, but the manufacturing costs increase quickly when there is not an even flow of timber to maintain stable mill operations. Both stumpage and

profits are residual of the costs (road building, logging and milling) of producing lumber. The value of the lumber is determined by the market place. If the cost of building roads and harvesting and milling the logs on a particular timber sale is too high, then there is no residual value available for stumpage or profit.

5. The annual operating capacity of the 18 most active sawmills in Southeast Alaska is 378.85 mmbf.[5] About ten of the 18 existing mills are small mills that have a combined capacity of about 80 mmbf.

6. Three larger sawmills, one each operating in Ketchikan, Klawock, and Wrangell, plan to operate in 2006 at only a one-shift level because there is insufficient economic timber supply to allow the normal two-shift operations. At one shift, these three mills could utilize about 89.3 mmbf annually. At two shifts, they could utilize about 179 mmbf.

7. The Ketchikan Borough would like to encourage someone to operate the Veneer plant in Ketchikan. That mill would utilize 33 mmbf annually, but the Borough cannot attract an operator if economic timber sales are not

---

[5] See Int. Def. Exh. 2. Although the table indicates 453.85 mmbf of capacity in Southeast Alaska, the amount allocated Chilkoot Lumber Company must be subtracted because that mill has since been dismantled (another casualty of a lack of timber supply).

6

available. Sales from the Threemile project area that are the subject of plaintiffs' Complaint could contribute in supplying veneer quality logs to this plant.

8.  Since about 20% of the timber in Southeast Alaska is comprised of pulp quality logs for which there is no longer a local processing facility, and since about 5% of the timber in Southeast Alaska is Yellow Cedar which is exported without processing,[6] the harvest level must be about 25% higher than the volume actually utilized in the mills. The total harvest level to support just these three larger sawmills for a single-shift operation and the veneer plant at two-shifts is about 122.3 mmbf. Since only about a third of the timber under contract can be harvested in a year, about 367 mmbf of timber under contract is necessary to support even a single-shift 122.3 mmbf harvest level.

9.  The industry harvested only about 50 mmbf each of the last five years due to the cumulative effects of a

---

[6] The volume of Yellow Cedar harvested in recent years is too low to support the specialty mills or the marketing expense necessary to capture the full value of the entire range of log sizes and quality of this species. Consequently, the Forest Service appraises the Yellow Cedar with log export values and allows the round log export of Yellow Cedar in order to supplement the economics of the timber sales. This situation may change in the future if an integrated industry with sufficient economy of scale can be restored.

7

continuing scarcity of economic timber under contract. Two years ago, the Wrangell sawmill struggled out of a bankruptcy that was caused, in part, by the continual scarcity of an economic timber supply. The mill continues to operate at a very low level and faces an uncertain future because of the inadequate timber supply. The Pacific Log and Lumber sawmill in Ketchikan is struggling to build a business plan that will allow it to continue operating. The State and the U.S. Forest Service are working together to try to piece together sufficient economic timber to sustain this sawmill for two more years. The Viking sawmill in Klawock has operated at reduced levels for several years because of the scarcity of an economic timber supply. The continuing reduction in the size of the timber industry is a direct result of a lack of economic timber supply. Every six to twelve months the State, the Forest Service and the industry face another pending mill closure. This crisis management situation will continue until the timber supply is stabilized at a level that will support a viable timber industry.

10. Between 1990 and 2000, the Forest Service offered 3,357 mmbf of timber sales on the Tongass. The timber industry purchased 84% of that timber (2,811 mmbf) and

harvested 95% of the timber purchased (2,673 mmbf).[1] During that same period, the amount of timber under contract on the Tongass has declined from about 2,300 mmbf in 1990 to about 71 mmbf today.[2] This reduction in the timber supply is unrelated to wood products markets. The following graph clearly shows that any relationship between market prices and timber harvest levels ended in about 1991 when the volume of timber under contract began to decline.



Relationship between Markets and Harvest Levels

---

[1] This data is taken from the ANILCA 706(a) Timber Supply and Demand Reports prepared by the Forest Service. (Def. Exh. 7)
[2] The historical timber under contract information is from the Contract Activity Report dated June 30, 2003, published by Timber Data Company, P.O. Box 10065, Eugene, Oregon 97440.
[3] The data for the graph came from the following sources:
➢ Forest Service Cost Collection Updates for 1980-1997;

9

11. The cumulative effects of this continual shortage of economic timber have put the entire timber industry at risk of failure. The industry cannot continue under these conditions.

12. There is both a short-term and a long-term demand for timber. In the short-term, the mills are struggling to remain profitable in spite of an insufficient supply of economic timber sales. The reduced size of the industry has limited the pool of logging and road building contractors as well as the number and diversity of suppliers for equipment and operating supplies. They are also struggling to overcome the absence of a local processing facility to purchase their pulp logs. In spite of these difficulties, the more efficient mills have survived. AFA members' most pressing concern is a viable economic timber supply, not the condition of the markets for their products. The higher quality timber from the Tongass is in great demand for many products including door and window frames, laminated beams, laminated veneer lumber (LVL), musical instrument sound boards, post & beam construction, and other products that are difficult to produce from the lower quality timber from forests in the Pacific Northwest. The Wood Technology Center in Ketchikan has found that the higher quality timber in Southeast Alaska

---

➢ Forest Service Handbook S2409.22 for 1998-2001; and
➢ Forest Service employees Bob Housley and Charles Streuli

is generally more dense and, thus, stronger than most other timber and the Center is working to get additional special lumber grades approved for Alaska timber which will confirm its superior strength properties in the market place.

13. In the long-term, if the industry is to become viable and sustainable, there must be an adequate volume of timber harvesting and processing to maintain a competitive economy of scale; there must be sufficient economic volume available to support a mix of processing facilities that can utilize all the species, qualities and sizes of timber that grow in Southeast Alaska; and the timber supply must be reliable so that the industry can be assured of an opportunity to amortize investments in equipment and facilities. The Forest Service has monopoly power over the timber supply in Southeast Alaska. Traditional supply and demand concepts do not function when the Forest Service determines the availability of supply in part by their estimate of demand. As the Irland Group reported to the Forest Service in a 1992 report[10]:

> There is a local demand for logs for local processing. The future of that demand depends on the local processing industry's competitive position in its end use markets. In turn, that competitive position is strongly affected by the conditions of wood supply. The long-term contracts

---

[10] The Irland Group, June 23, 1992, Timber Demand Scenarios for Tongass National Forest 1991-2010, pages 48 and 49 (attached as Int. Def. Exh. 3)

11

were designed to provide security and predictability of raw material supply and cost to the two pulp mills. In practice, they no longer serve this function. The SBA set-asides in the independent sale program might be viewed as an effort to stabilize supplies for smaller mills, but this result is no longer being achieved. This means that a fundamental assumption of the theoretical supply-demand model is violated in the SEA stumpage market. This is the assumption that supply and demand are independently determined. In SEA, the economics of processing depends on the cost levels of harvesting wood, on the level of the uncut volume under contract, on the security of new supplies, and on the ability to obtain enough wood to operate facilities at high operating rates during market peaks. At present, TNF timber can fulfill none of these requirements. As a result, the industry's competitive position is even worse than it would otherwise be.

14. These timber supply issues must be resolved in order for the timber industry to survive in the short-term and become sustainable in the long-term. If the remaining industry is put out of business by lawsuits that limit the supply of economic timber, many people will lose their jobs permanently and the local communities will be irreparably harmed. In short, the Forest Service will be unable to actively manage the Tongass National Forest. The Tongass cannot be managed without the ability to harvest timber.

15. There has been a continuing downward economic spiral of the timber industry, which itself is a direct result of an inadequate supply of economic timber supply from the Tongass National Forest. Some of AFA's members plan to

bid on sales that will be offered from the Threemile project area. Contracting for such sales is necessary in order to help assure an adequate timber volume supply to those mills that are struggling to remain operational in Southeast Alaska.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9 day of February, 2006.

_____
Owen Graham