## Volume Under Contract

Based on Volume Under Contract through November 30, 2005 spreadsheet -and some info updated

Fletcher - 12/9/2006

| Bid Date | Termination Date | Purchaser Name | Sale Name | Current Quantity Estimate | Volume Cut | Remaining Volume | Percent Roadless | Important Sale Status Information | NEPA document |
|---|---|---|---|---|---|---|---|---|---|
| 4/26/2005 | 10/31/2007 | Alcan Forest Products LLLP | Covak Salvage | 7,958.53 | 4,066.71 | | 100 | enjoined contract to be cancelled | Yakutat II EA |
| 10/20/2003 | 10/31/2006 | Alcan Forest Products LLP | Sitak Blowdown Reoffer | 25,602.24 | 25,602.24 | 0.00 | 0.00 | 100% harvested | Yakutat EA |
| 10/26/2004 | 10/31/2011 | Icy Straits Lumber & Mill | Midway Reoffer II | 8,222.48 | 0.00 | 8,222.48 | 0.00 | | 8 Fathom |
| 9/21/2004 | 10/31/2006 | Icy Straits Lumber & Mill | Upside | 237.56 | 122.68 | 114.88 | 0.00 | | Small Sales EA |
| 8/25/2005 | | Icy Straits Lumber & Mill | Dry Stream | 112.00 | 0.00 | 112.00 | | | |
| | | | | | | **8,449.36** | | | |
| 10/12/2004 | 10/31/2007 | Pacific Log & Lumber Ltd | Licking Creek | 15,295.25 | 8,293.61 | 7,060.02 | 0.00 | | Licking Creek |
| 5/11/2004 | 10/31/2009 | Pacific Log & Lumber Ltd | Orion North | 8,374.68 | 0.00 | 8,374.68 | 100.00 | Enjoined NRHC 1 | Sea Level |
| | | | | | | **15,434.70** | | | |
| 5/13/1997 | 5/21/2007 | Silver Bay Logging Inc | King George | 25,479.04 | 15,624.53 | 9,854.51 | 66.00 | | King George |
| 3/31/2009 | 3/31/2009 | Viking Lumber Company | Finger Point | 10,311.02 | 0.00 | 10,311.02 | 0.00 | | South Lindenberg |
| 7/20/2004 | 10/31/2009 | Viking Lumber Company | Lindenberg | 23,269.00 | 0.00 | 23,269.00 | 63.00 | | |
| | | | | | | **45,409.56** | | | |
| 11/8/2005 | 11/8/2005 | Viking Lumber Company | Fusion | 31,935.76 | 29,635.76 | 2,300.00 | 32.00 | | Control Lake, Chasina, Polk Inlet |
| 10/27/2003 | 5/26/2009 | Viking Lumber Company | Kogish Shinaku II | 8,028.33 | 7,578.33 | 450.00 | 37.00 | Heli in Roadless | Control Lake |
| 11/4/2004 | 10/31/2008 | Viking Lumber Company | Sunmore Change | 11,016.01 | 6,180.26 | 500.00 | 79.00 | Under-estimate | Lab Bay |
| 10/30/2002 | 10/31/2007 | Viking Lumber Company | Thorne Island | 1,906.22 | 0.00 | 1,906.22 | 100.00 | All Helicopter | Lab Bay |
| 5/4/2004 | 7/31/2006 | Viking Lumber Company | Luck Lae II | 8,586.04 | 1,912.72 | 6,673.32 | 5.00 | Underest | Lab Bay |
| 7/31/2004 | 7/31/2006 | Viking Lumber Company | Twin Bridges II | 7,457.24 | 4,990.77 | 0.00 | 5.00 | Underman | Luck Lake |
| 7/25/2000 | 10/31/2005 | Beaver Creek Logging | Buster Bay | 295.05 | 227.15 | 67.90 | 0.00 | | |
| 8/25/2005 | 10/31/2006 | D & L Woodworks | Big Bear | 150.00 | 0.00 | 150.00 | 0.00 | | |
| 9/21/2004 | 10/31/2006 | D & L Woodworks | Beaver Pond | 189.75 | 53.77 | 135.98 | 0.00 | | |
| 6/11/1999 | 10/31/2005 | David Seaford | Rush Fast | 795.53 | 739.06 | 56.47 | 0.00 | | Control Lake |

| Date | Date | Name | Description | | | | Notes |
|---|---|---|---|---|---|---|---|
| 6/14/2005 | 10/31/2006 | H & L Salvage, Inc | Vienna Cinco #2 | 69.68 | 0.00 | 69.68 | |
| 5/26/2005 | 6/1/2006 | Harold A Rhodes | Microsale #105 | 42.23 | 0.00 | 42.23 | |
| 9/29/2004 | 9/30/2005 | Hummer Enterprise | Microsale #75 | 13.12 | 1.31 | 11.81 | |
| 10/18/2005 | | W. Thompson | Mink Tail | 153.00 | 0.00 | 153.00 | |
| 6/14/2005 | 10/31/2006 | James Harrison | Binder | 43.27 | 0.00 | 43.27 | |
| 10/15/2005 | | James Harrison | Beaver Tail Salvage | 212.00 | 0.00 | 212.00 | |
| 6/25/2003 | 10/31/2005 | Keih Dahl | Lucky Duck Reoffer | 453.00 | 0.00 | 453.00 | |
| 3/16/2004 | 10/31/2005 | Keith Landers | Rocky Ratz Special Salvage | 41.62 | 0.00 | 41.62 | |
| 5/20/2002 | 10/31/2005 | Ketchikan Public Utility | Swan Tyee Settlement | 17,960.38 | 16,409.91 | 1,550.47 | 70.00 Swan Tyee Intertie |
| 6/7/2003 | 7/1/2007 | Kwaan Electric Transmission | B' Road Powerline | 313.19 | 0.00 | 313.19 | |
| 8/30/2004 | 8/30/2005 | Kwaan Electric Transmission | KGCMC - Intertie Settlement | 62.65 | 0.00 | 62.65 | |
| 6/27/2005 | 6/20/2006 | Larry Trumble | Microsale # 107 | 3.69 | 0.00 | 3.69 | |
| 9/5/2004 | 9/30/2005 | Norsemen Wood Products | Microsale # 17 | 25.69 | 14.21 | 11.48 | |
| 8/13/2001 | 10/31/2006 | Porter Lumber | Nossuk Creek Salvage | 385.64 | 160.23 | 225.41 | |
| 12/2/2003 | 10/31/2005 | Porter Lumber | Stromboli Special Salvage | 73.72 | 54.54 | 19.18 | |
| 5/18/2004 | 10/31/2005 | Porter Lumber | Yanuk Creek Salvage | 545.40 | 0.00 | 545.40 | |
| 6/2/2005 | 5/10/2006 | Red Esslinger | Microsale #102 | 21.73 | 0.00 | 21.73 | |
| 12/2/2003 | 10/31/2005 | Ronger E Grant | Election Special Salvage | 56.17 | 0.00 | 56.17 | |
| 5/3/2005 | 10/31/2007 | SE Alaska Wood Products | Shady | 4,091.43 | 0.00 | 4,091.43 | Shady EA |
| 10/29/2003 | 9/30/2006 | T & T Lumber | Flora's Folly | 192.39 | 80.80 | 111.59 | |
| 7/27/1999 | 11/1/2006 | The Mill Inc | Wedge | 643.95 | 0.00 | 643.95 | Froot EA |
| 8/25/2005 | | S.Little | Low Ridge | 160.00 | 0.00 | 160.00 | |
| 3/8/2006 | | Harold A Rhodes | Flyboy Salvage | 10.66 | 0.00 | 10.66 | |
| 11/23/2005 | | Jerry Baker | Microsale #92 | 3.28 | 0.00 | 3.28 | |
| 9/30/2005 | | Kennecott Green's Creek Mine | Green's Creek Sand Pit | 13.03 | 0.00 | 13.03 | |
| 6/6/2005 | | TBRD-Commercial Firewood | "Permit" | 5.00 | 0.00 | 5.00 | |
| 7/17/2005 | | TBRD-Commercial Firewood | "Permit" | 2.50 | 0.00 | 2.50 | |
| 7/18/2005 | | TBRD-Commercial Firewood | "Permit" | 7.50 | 0.00 | 7.50 | |
| 12/31/2005 | | TBRD-Commercial Sawlog | "Permit" | 3.28 | 0.00 | 3.28 | |
| 12/31/2005 | | TBRD-Commercial Sawlog | "Permit" | 7.41 | 0.00 | 7.41 | |
| 7/1/2005 | | TBRD-Commercial Sawlog | "Permit" | 3.93 | 0.00 | 3.93 | |
| | | William Kaufman | Microsale #77 | 11.07 | 0.00 | 11.07 | |
| | | | Other Sales & Permits | | | 10,286.67 | |
| 51 Sales and Permits | | | Total Uncut volume under Contract | | | 89,434.80 | |



USDA

United States
Department of
Agriculture

Forest Service

Pacific Northwest
Research Station

Research Note
PNW-RN-545

May 2004



# Estimating Sawmill Processing Capacity for Tongass Timber

Kenneth A. Kilborn, Daniel J. Parrent, Robert D. Housley [1]

## Abstract

In spring 2001 and 2003, sawmill capacity and utilization information was col-
lected directly from 20 producers (usually the largest and most active) in southeast
Alaska. The estimated mill capacity in southeast Alaska for calendar year (CY)
2000 was 501,850 thousand board feet (MBF) (log scale) and for CY 2002 was
453,850 MBF (log scale). The actual production by these mills for CY 2000 was
87,117 MBF (log scale) and for CY 2002 was 39,701.6 MBF (log scale).

Keywords: Alaskan sawmills, lumber capacity.

## Preface

Section 101 of the Tongass Timber Reform Act (TTRA 1990) amended the Alaska
National Interest Lands Conservation Act (ANILCA 1980) by deleting Section 705
and inserting a new Section 705:

(a) Subject to appropriations, other applicable law, and the requirements of the
National Forest Management Act (NFMA 1976); except as provided in subsection
9d of this section, the Secretary shall, to the extent consistent with providing for the
multiple use and sustained yield of all renewable forest resources, seek to provide
a supply of timber from the Tongass National Forest which (1) meets the annual
market demand for timber from such forest and (2) meets the market demand from
such forest for each planning cycle.

## Introduction

The May 1997 Record of Decision for the Tongass Land and Resource Manage-
ment Plan Revision included a commitment to "develop procedures to ensure that

[1] Kenneth A. Kilborn is a forest products technologist, U.S. Department of Agriculture,
Forest Service, Pacific Northwest Research Station, Sitka Wood Utilization Center, 204
Siginaka Way, Sitka, AK 99835-7316; Daniel J. Parrent is a wood utilization specialist,
Juneau Economic Development Council, 204 Siginaka Way, Sitka, AK 99835-7316; and
Robert D. Housley is a timber valuation forester, U.S. Department of Agriculture, Forest
Service, Alaska Region, 709 W 9th Street, Juneau, AK 99801.

Exh. 2

Table 2—Estimated mill capacity and actual mill production for southeast Alaska, calendar years (CYs) 2000 and 2002

| Mill name | Estimated mill capacity[a] | | Actual mill production[b] | | Utilization of installed capacity | |
|---|---|---|---|---|---|---|
| | CY 2000 | CY 2002 | CY 2000 | CY 2002 | CY 2000 | CY 2002 |
| | *Thousand board feet, log scale* | | | | *Percent* | |
| Icy Straits Lumber Co. | 20,000 | 20,000 | 5,000 | 450 | 25.00 | 2.25 |
| Viking Lumber Co. | 60,000 | 80,000 | 13,000 | 17,000 | 21.67 | 21.25 |
| D&L Woodworks | 1,750 | 1,750 | 625 | 250 | 35.71 | 14.29 |
| Gateway Forest Products (lumber) | 50,000 | — | 19,000 | — | 38.00 | — |
| Gateway Forest Products (veneer) | 30,000 | 30,000 | 0 | 0 | 0 | 0 |
| Northern Star Cedar | 7,500 | 14,500 | 2,500 | 2,000 | 33.33 | 13.79 |
| Herring Bay Lumber | 10,000 | 10,000 | 0 | 0 | 0 | 0 |
| Alaska Fibre | 1,500 | 1,500 | 200 | 80 | 13.33 | 5.33 |
| Southeast Alaska Wood Products | 4,500 | 4,500 | 1,000 | 350 | 22.22 | 7.78 |
| Thorne Bay Wood Products | 5,000 | 5,000 | 750 | 800 | 15.00 | 16.00 |
| Annette Island Sawmill (KPC) | 70,000 | 70,000 | 0 | 0 | 0 | .0 |
| Metlakatla Forest Products | 25,000 | — | 0 | — | 0 | — |
| Thuja Plicata Lumber | 7,500 | 7,500 | 3,000 | 0 | 40.00 | 0 |
| Porter Lumber Co. | 11,000 | 11,000 | 4,200 | 250 | 38.18 | 2.27 |
| Silver Bay, Inc. | 65,000 | 65,000 | 13,642 | 12,530 | 20.99 | 19.28 |
| W.R. Jones and Son Lumber Co. | 1,000 | 1,000 | 600 | 400 | 60.00 | 40.00 |
| Kasaan Mountain Lumber and Log | 15,000 | 15,000 | 7,000 | 0 | 46.67 | 0 |
| The Mill | 8,500 | 8,500 | 7,200 | 0 | 84.71 | 0 |
| Pacific Log and Lumber | 33,600 | 33,600 | 9,400 | 5,591.6 | 27.98 | 16.64 |
| Chilkoot Lumber Co. | 75,000 | 75,000 | 0 | 0 | 0 | 0 |
| Total | 501,850 | 453,850 | 87,117 | 39,701.6 | Average 17.36 | Average 8.75 |

— = mill closed.

[a] Estimated mill capacity is an estimate of the processing capability of the mill based on the amount of net saw-log volume (Scribner log scale) that could be processed by the mill, as currently configured, during a standard 250-day year, two shifts per day operating schedule, not limited by availability of employment, raw materials, or market.

[b] Actual mill production is the net saw-log volume (Scribner log scale) that received primary manufacture during the CY 2000. This is the actual net saw-log volume used during the year to manufacture sawn products

# TIMBER DEMAND SCENARIOS
# FOR TONGASS NATIONAL FOREST
# 1991-2010

**Report to**

**Alaska Region USDA Forest Service**

**by**

**The Irland Group**
**7 North Chestnut Street**
**Augusta, Maine 04330**

**June 23, 1992**



demand:  48

# 6 LIKELY DEMAND SCENARIOS FOR TONGASS TIMBER

## 6.1 SUMMARY OF ECONOMIC SETTING

As we emphasize above, there is no market demand for Alaska timber or end products. There is a regional and world market for softwood logs of varying levels of quality, for chips, for lumber, and for dissolving pulp. Alaska's share of these markets, even when viewed only in terms of hemlock and spruce, is small. So Alaska is a price-taker on a huge market. It could sell a range of amounts of end products with no effect on price. There is no number out there that represents "the demand for Alaska lumber or pulp".

Demand for export cedar logs tends to fluctuate but at relatively high prices reflecting the specialty uses for those species. Yet Alaska does not command this market either. For some timber sales that include volumes of high grade cedar, the revenues have a very favorable impact on the overall economics of a sale. For others, a high content of low grade cedar--the more typical situation--is undesirable. In any case, by and large over the years the output of cedar will be determined as a by-product of cutting spruce and hemlock. The logs will be sold for whatever price they happen to bring. Changes in cedar stocking will affect the ASQ needed to support local mills, however, since total TNF ASQ includes cedar.

There is a local demand for logs for local processing. The future of that demand depends on the local processing industry's competitive position in its end use markets. In turn, that competitive position is strongly affected by the conditions of wood supply. The long-term contracts were designed to provide security and predictability of raw material supply and cost to the two pulpmills. In practice, they no longer serve this function. The SBA set-asides in the independent sale program might be viewed as an effort to stabi-

June 23, 1992

....the irland group

demand: 49

lize supplies for smaller mills, but this result is no longer being achieved.

This means that a fundamental assumption of the theoretical supply-demand model is violated in the SEA stumpage market. This is the assumption that supply and demand are independently determined. In SEA, the economics of processing depends on the cost levels of harvesting wood, on the level of the uncut volume under contract, on the security of new supplies, and on the ability to obtain enough wood to operate facilities at high operating rates during market peaks. At present, TNF timber can fulfill none of these requirements. As a result, the industry's competitive position is even worse than it would otherwise be.

Alaska's production shares of West Coast output and market shares in Japan have fluctuated over fairly wide ranges in the past 20 years (Irland Group, 1991, Appendix, pp. 9-18). To make any particular assumption about what those shares will be over the next 20 years requires a chain of strong assumptions. It also would seem to require accepting the assumption that there is such a thing as a demand for Alaska wood.

## 6.2 TWO SCENARIOS FOR ALASKA LOCAL PROCESSING DEMAND

On the basis of the above analysis, we would pose two scenarios for the demand for Alaska spruce and hemlock for local processing to the year 2010. These must be based on a fairly straightforward approach in view of the many obstacles in the way of a more rigorous analytical treatment.

These demand scenarios take existing capacity as a starting point. This is reasonable since it is the existing Alaska mills -- and only those mills -- that can process TNF hemlock and spruce (Table 12). A disadvantage of our

June 23, 1992

....the irland group

demand: ii

## Table of Contents

1 HIGHLIGHTS ............................................................ 1

2 THE CONCEPT OF MEETING MARKET DEMAND ................................. 2
  2.1 ALASKA'S INDUSTRY ............................................... 2
  2.2 TONGASS TIMBER REFORM ACT MANDATE ............................... 2
  2.3 MEETING DEMAND:  GENERAL ANALYSIS ............................... 5
  2.4 DERIVED DEMAND MODEL OF TNF LOG DEMAND:  SPRUCE AND HEMLOCK .... 7
  2.5 COMPETING VIEWS OF SUPPLY ....................................... 9
  2.6 IMPLEMENTING THE ANALYSIS: MEASURING THE DEMAND AND SUPPLY
  RELATIONSHIPS ....................................................... 13
  2.7 TNF DEMAND AS A RESIDUAL ........................................ 13
  2.8 SUMMARY ......................................................... 14

3 DEMAND OUTLOOK ...................................................... 16
  3.1 GENERAL OUTLOOK ................................................. 16
  3.2 MARKET PULP/DISSOLVING PULP ..................................... 22
  3.3 PAST PACIFIC RIM PROJECTIONS .................................... 24
  3.4 POTENTIAL FOR VALUE ADDED INDUSTRIES ............................ 27
  3.5 DEMAND:  SUMMARY ................................................ 27

4 ALASKA'S COMPETITIVE POSITION ....................................... 29
  4.1 ALASKA PRODUCTION AND MARKET SHARES ............................. 29
  4.2 COMPETITIVE POSITION OF ALASKA LUMBER ........................... 30
  4.3 COST COMPARISONS: PULP MANUFACTURING ............................ 36
  4.4 ALASKA'S COMPETITIVE POSITION:  SUMMARY ......................... 39

5 COMPETING FIBER SUPPLIES ............................................ 40
  5.1 GENERAL ......................................................... 40
  5.2 SUPPLY REDUCTIONS IN THE US PACIFIC NORTHWEST ................... 41
  5.3 RUSSIAN FAR EAST ................................................ 44
  5.4 EMERGING FIBER SUPPLIERS ........................................ 44
        5.4.1 New Zealand .............................................. 45
        5.4.2 Chile ................................................... 45
        5.4.3 Australia ............................................... 46
        5.4.4 Indonesia ............................................... 46
  5.5 COMPETING SUPPLIES:  SUMMARY .................................... 46

6 LIKELY DEMAND SCENARIOS FOR TONGASS TIMBER .......................... 48
  6.1 SUMMARY OF ECONOMIC SETTING ..................................... 48
  6.2 TWO SCENARIOS FOR ALASKA LOCAL PROCESSING DEMAND ................ 49
        6.2.1 High Demand Scenario .................................... 52
        6.2.2 Low Demand Scenario ..................................... 52
        6.2.3 Are We Optimists? ....................................... 52
        6.2.4 Capacity Growth in a High Cost Area? .................... 53

7 FIBER SUPPLIES, TNF RESIDUAL DEMAND, AND PRICES ..................... 55
  7.1 WOOD SUPPLY FROM NONFEDERAL LANDS IN SEA ........................ 55
        7.1.1 State Lands ............................................. 55
        7.1.2 Native Lands ............................................ 55
  7.2 RAW MATERIAL FROM BRITISH COLUMBIA .............................. 57
  7.3 COMPETING BUYERS OF NONFEDERAL FIBER FROM SEA ................... 58
  7.4 LIKELY PRICES OF ALASKA LOGS, 1992-2010 ......................... 59

demand: iii

    7.4.1 General ................................................. 59
    7.4.2 Measurement Difficulties in Price Forecasting ........... 59
    7.4.3 Recent Research Results: Overview ...................... 61
  7.5 SUMMARY ................................................... 64

8 THE MATERIALS BALANCE ......................................... 65
  8.1 TNF ASQ REQUIREMENTS CORRESPONDING TO THE DEMAND SCENARIOS ..... 67
  8.2 OVERVIEW .................................................. 68

9 REFERENCES .................................................... 69

10 APPENDIX .................................................... 74
  10.1 APPENDIX A:  CONVERSION FACTORS ................................... 75
  10.2 APPENDIX B:  ALASKA DECD PRODUCTION ESTIMATES ................... 76
  10.3 APPENDIX C:  HIGH DEMAND SCENARIO ............................... 77
  10.4 APPENDIX D:  CONVERSION FACTORS ................................. 78
  10.5 APPENDIX D:  LOW DEMAND SCENARIO ................................ 79
  10.6 APPENDIX E:  HIGH DEMAND SCENARIO WITH INDEPENDENT CHIPS
  LEAVING ALASKA ................................................ 80

demand:  iv

## List of Figures

1   Meeting Market Demand:  Theory ..................................... 6
2   Industry Demand for Spruce and Hemlock Logs ....................... 8
3   Competing Views of TNF Supply ..................................... 11
4   Questions for 2010 Outlook Logs for Local Processing .............. 12
5   TNF Demand as a Residual .......................................... 14
6   1991 Population ................................................... 17
7   Paper and Board Per Capita Consumption ............................ 17
8   All Industrial Roundwood Per Capita Consumption ................... 17
9   Pacific Rim Nations Considered in This Study ...................... 19
10  Project Population Change, 1991-2010 .............................. 20
11  Projected Increase in Consumption, Paper & Board .................. 21
12  Projected Increase in Consumption, All Ind. Roundwood ............. 21
13  Project Increase in Consumption, Softwood Sawnwood ................ 21
14  Dissolving Pulp Production ........................................ 22
15  Dissolving Wood Pulp Imports ...................................... 22
16  Dissolving Wood Pulp Exports ...................................... 23
17  Alaska Dissolving Pulp: Total Exports & Exports to Japan .......... 23
18  Average Value of Western Hemlock Lumber Exports to Japan .......... 31
19  W. Hemlock Lumber Exports to Japan, Premium PNW - Alaska .......... 31
20  Volume of Western Hemlock Lumber Exports to Japan ................. 31
21  Average Stumpage Prices for Cedar Sawtimber ...................... 32
22  Average Stumpage Prices for W. Hemlock Sawtimber ................. 33
23  Average Value of All Species of Timber Harvested ................. 33
24  All Species of Timber Harvested, Premium PNW - Alaska ............ 33
25  1987 Softwood Fibre Costs ......................................... 37
26  Pacific Rim Forest Acreage ........................................ 41
27  Value of Export Logs .............................................. 43
28  Volume of Export Logs ............................................. 43
29  Schematic Log & Chip Flows, Southeast Alaska ...................... 65
30  Flow Diagram:  TNF Materials Balance Calculations ................ 66
31  ASQ Demand Scenarios for TNF ...................................... 68

## List of Tables

1   Projections of N.A. Log, Pulp, and Lumber Exports ................ 25
2   Projections of Consumption to Year 2000 .......................... 26
3   Paper and Paperboard:  Projected Apparent Consumption ............ 26
4   Alaska Production/Export Shares, 1990 ............................ 29
5   Alaska Share of Japanese Imports, 1990 ........................... 30
6   Lumber Production, by Species, 1990 .............................. 30
7   Logging & Conversion Costs, W. Washington vs. SEA ................ 34
8   Lumber Industry Wage Comparisons, 1991 ........................... 35
9   Log Grade Profile Percent Sawn, Sample of TNF Purchases .......... 36
10  Delivered Roundwood and Chips Costs, 1990-91 ..................... 38
11  Labor Cost Comparisons, Pulp and Paper Mills, 1991 ............... 39
12  Demand Scenarios:  Spruce & Hemlock Processed in SEA ............. 51
13  Summary of Supply Scenarios ...................................... 55
14  Estimates of Price Outlook for Logs or Stumpage .................. 62
15  TNF ASQ's Implied by Meeting High & Low Demand Scenarios ......... 67

## PREFACE

This report outlines a set of planning scenarios for timber demand on the Tongass National Forest to the year 2010.  It is intended to assist the Regional forester in developing a specific response to the language in the TTRA mandating that the TNF ASQ's selected in the TLMP Revision seek to meet market demand.

demand:  1


# 1 HIGHLIGHTS

1.  The Pacific Rim market for wood products is huge and will grow in size through the year 2011.

2.  Markets are so large that Alaska's industry will not be constrained by market size or long-term growth trends.

3.  Because Alaska is a high cost producer using a resource of low average quality, its industry will continue to be highly cyclical.

4.  Alternative sources of wood in Southeast Alaska (SEA) will decline significantly, increasing the relative role of the TNF as a wood source for the region's mills.  There is no such thing as "the demand for Alaska wood".

5.  We identify 2 scenarios for the SEA industry's total spruce and hemlock consumption, leading to volumes used by 2011 of:

> Low     461 MMbf (net sawlog)
> High    623 MMbf

These are the 1990 base estimates.  They increase at 1% per year to allow for normal incremental capacity expansion.

6.  Corresponding requirements for the 2011 TNF ASQ (net sawlog) are:

> Low     522
> High    707

7.  There is no chance that any of the ASQ alternatives considered in the 1991 RSDEIS will exceed market demand on average over this period.

8.  A TNF ASQ based on an assumed low level of demand will become a self-fulfilling prophecy.

9.  Establishing a basis for price forecasting is extremely difficult with the numerous changes now underway.  On the basis of other research, we expect pond log values in SEA to average 20 to 40% above recent levels over the period to 2010.


June 23, 1992                                              ....the irland group

# Meeting "Market Demand" for Timber on the Tongass National Forest

### Prepared for the

### Alaska Forest Association

### December 8, 1997

### by

### Robert Flynn & Associates
### 6824 19th St. West, #330
### Tacoma, Washington  98466

### Phone: (253) 565-4846
### Fax: (253) 565-7265

Exh. 4

# e-mail: bobgflynn@aol.com

## EXECUTIVE SUMMARY

1. The Forest Service continues to underestimate the market demand for timber sold from the Tongass National Forest. In fact, the inadequate volume of timber sold from the Tongass, the lack of consideration for economic operation of timber sales, and the uncertainty of supply, are some of the most important impediments to sustaining a viable forest products industry in Southeast Alaska.

2. The timber harvest projections in the various reports by Forest Service economists Brooks and Haynes are inaccurate measures of demand for Tongass timber, because of overly pessimistic assumptions of the demand for wood products in Asian markets, and because of overly optimistic assumptions regarding the competitiveness of wood products suppliers from other regions.  In contrast to the Forest Service analysis, we provide evidence that:

Demand
- The long-term outlook for imports of lumber in Japan is still good, despite the recent market downturn.
- The prospects for increased wood demand in countries such as China or India, not even considered in the Forest Service analysis, are strong.
- The initiatives agreed on at the recent APEC conference in Vancouver (to focus on reduction of tariff and non-tariff barriers in a number of sectors including forest products) indicates a very strong potential for increase in trade of forest products in the Pacific rim countries.

Competition from other source may be overstated
- Radiata pine may be increasing in supply, but does not generally compete with Alaskan species in Japan.
- Russian log exports have increased, but problems with infrastructure and quality will limit further increases, and sawnwood exports are expected to remain low.
- European lumber exports to Japan have increased rapidly, at least partly because of a combination of economic factors which may not be repeated in the future.  Volumes may have already reached maximum levels.
- Canadian producers are credited with great success by the Forest Service in competing against Alaskan forest products in Japan.  These same producers face formidable problems in decreasing timber supply and increasing costs, and may be less competitive in the future.  In addition, Canada's past success demonstrates what a similar "high-cost" region, and with similar timber, can achieve if a stable timber supply is guaranteed.

3. The poor log import market in Japan in 1997 reflects not only a cyclical downturn but also an acceleration of the trend towards greater imports of lumber in Japan and lower volumes of log imports. To the extent that the industry in Alaska can provide economically competitive finished products, produced from its fine-grained, slow growing timber, this trend towards greater import of finished products could benefit the Alaskan wood products industry in the long term.

4. The Forest Service failed to provide sufficient timber to allow the industry to maintain 3-years volume under contract during the first half of the 1990s. The current process for implementing TTRA Section 101 does not account for the negative impact this timber supply shortage had on industry performance and investments during the 1990s, and hence underestimates true market demand for Tongass timber.

5. Although acknowledging the importance of a secure timber base in maintaining a viable forest products industry in Alaska, Forest Service demand forecasts do not account for the impact this instability of supply has had on the industry. Just as the existence of a guaranteed supply of public timber has allowed the British Columbia timber industry to establish competitive manufacturing facilities, the lack of a stable timber supply in Southeast Alaska has prevented the industry from making the investments needed to be competitive in the global markets. It is simply not possible to finance investments in new mills or upgrading older mills unless a reliable supply of timber in the region is available.

6. The Forest Service has not considered the importance of maintaining a minimum scale for efficient operation of the forest products industry in Southeast Alaska. Sufficient timber must be made available to allow for maintaining all necessary components of a viable industry, including a variety of contractors and a sufficient trained labor force. By providing enough timber for mills to operate at two shifts instead of just one, operating costs can be greatly reduced. The Governor's Southeast Regional Timber Task Force, in their "Four Visions" analysis, estimate that the absolute minimum volume of Tongass timber needed to maintain an industry of viable scale is 300 MMBF per year. The volume of lumber which could be produced from a timber sales volume of 300-400 MMBF is a tiny fraction, around 0.5%, of the annual sawnwood consumption in the Asia-Pacific region or in North America. Demand for sawnwood from Alaskan species is more than sufficient to absorb this level of production.

7. There is no evidence that the Forest Service truly considers the economic viability of its timber sale offerings in analyzing market demand. Timber sales must be of sufficient scale, timber duration, timber quality and species mix, etc., to allow companies to operate at a profitable level. In addition, minimum stumpage levels should not be set too high for profitable operation. Only companies which have the ability to operate profitably, at least during the high periods of the wood product market cycles, can afford to make the investments necessary to maintain a competitive industry in the region.

8.  In assessing the demand for timber from the Tongass National Forest in international markets, it is essential to consider the quality of wood in this region, especially in comparison with timber from regions with faster growing trees, such as New Zealand, or even the Pacific Northwest (second growth from private lands). The success of even low grade logs from the Tongass in producing relatively high percentages of veneer suitable for LVL indicates that the advantages of this old growth timber resource have not truly been analyzed by the Forest Service.

9.  Failure to include timber for proposed new facilities in Southeast Alaska is one of the most obvious shortcomings of the Forest Service efforts to implement TTRA Section 101. This is particularly important in regard to facilities such as the proposed veneer plant in Ketchikan, which will process lower grade logs. If the forest products industry in Southeast Alaska cannot be economically competitive, the market will force adjustments. However, for the Forest Service to assume a low level of demand and reduce their timber offerings accordingly, is to abort the infant industry before it has the opportunity to be born.

10. In summary, restrictions on timber supply, not market demand, have limited the development of the forest products industry in Southeast Alaska. With the closure of the two pulp mills, and termination of the long-term timber sale agreements, the Forest Service must make substantial changes in its timber sale program, and the methods it uses to analyze market demand. If these changes are not made, and a reliable supply of economically priced timber is not made available, a viable forest products industry in Southeast Alaska cannot exist.

## END OF SUMMARY

# Meeting "Market Demand" for Timber on the Tongass National Forest

## Introduction

Section 101 of the Tongass Timber Reform Act (1990) requires the Secretary of Agriculture to "...seek to provide a supply of timber from the Tongass National Forest which (1) meets the annual market demand for timber from such forest and (2) meets the market demand from such forest for each planning cycle." The Forest Service has attempted to implement this legislation through a four-step procedure, described by Morse[1], which relies heavily on the forecasts of timber products output made by Forest Service economists Brooks and Haynes.[2]

We believe that these efforts have significantly underestimated true market demand for timber from the Tongass National Forest, which means the Forest Service has failed to effectively implement Section 101 as required. The Forest Service continues to underestimate market demand for Tongass timber because the approach used by Brooks and Haynes is fundamentally flawed. Despite paying lip service to the trends in international forest products markets, in the end their forecast appears to be little more than a summing of the demand for timber by the existing mills in Southeast Alaska.

In the Brooks/Haynes analysis, market demand for Tongass timber is a derived demand, based on the quantity of forest products manufactured and exported from Alaska. Declining production and reduced market share in the 1990s led to a much lower forecast of timber demand in the current Brooks/Haynes report than was forecast in earlier studies. Because declining production levels in the 1990s have themselves been largely a function of the inadequate Tongass timber sale program, the methodology used by Brooks and Haynes is inappropriate. It places too much emphasis on current consumption, rather than potential demand based on wood product demand trends in the major markets.

The current situation is analogous to that faced in the 1940s and 1950s, before the two pulp mills were constructed in Southeast Alaska. Without existing mill capacity, was there any market demand for timber from the Tongass National Forest? The Forest Service correctly identified that demand did exist, and for more than 30 years Tongass timber was processed into pulp and lumber products to meet that demand. The industry in Southeast Alaska was created because the Forest Service recognized that a strong long-term demand for Tongass timber did exist, despite the lack of processing facilities and timber consumption at that time.

---

[1] "Implementing Section 101 of the Tongass Timber Reform Act of 1990" (F.L. 101-626), K. Morse, draft 8/18/97.

[2] Brooks, David J. and Richard W. Haynes, "Timber Products Output and Timber Harvests in Alaska", 1990, 1994, and draft May 26, 1997. See full citation in References.

Robert Flynn & Associates

The trend-based analysis used by Brooks and Haynes would have been impossible to use in the 1950s, and it is inappropriate to use today. The relatively low level of timber consumption in Southeast Alaska in the 1990s does not indicate a lack of demand for wood products made from Tongass timber. The true "market demand" for Tongass timber is that quantity which may be demanded by wood products producers in Southeast Alaska who are not restricted by inadequate timber supplies, and who have the security of knowing what supply of timber will be available in the future. **This includes demand both by existing mills and mills which may be built.**[3] Because the Brooks/Haynes demand forecast does not seriously consider proposed new facilities, it does not provide an accurate measure of market demand, and in fact ensures that the industry will probably not receive sufficient timber to sustain its current industry.

For a forest industry to exist in Southeast Alaska, it must be of large enough scale to sustain all the various direct and indirect components of the industry, including logging and road building contractors, tug and barge lines, financial services, etc. A guaranteed supply of timber, of sufficient scale to justify the investments needed to make Southeast Alaska's industry competitive in the global markets, is absolutely essential to maintaining a sustainable forest industry in this region. In addition, timber offerings must have minimum bid rates that permit the purchasers to operate economically (i.e., at a reasonable profit), to allow for further value-added capital investments. The Governor's Southeast Alaska Timber Task Force estimated that the minimum volume needed to sustain a viable industry is 300 MMBF, a volume which should easily be accepted in the market if economic timber sales are available. By estimating a demand well below this level, Brooks and Haynes have failed to take into account the importance of minimum industry scale in their analysis, and hence have estimated a level of demand which is unrealistic.

We believe that a more complete analysis of market demand for Tongass National Forest timber would reveal a significantly higher underlying demand than that forecast by Brooks and Haynes. Their conservative estimate of demand for Tongass timber and forest products is based on highly questionable assumptions concerning the demand for wood products in Asia and the expected supply of timber from other producing regions in the Pacific Rim markets. In this report, we paint a different picture of Pacific Rim wood products demand than that found in Brooks and Haynes. We conclude that the analysis done by The Irland Group for the Forest Service in 1992 is still basically correct: "Markets are so large that Alaska's industry will not be constrained by market size or long-term growth trends."[4]

---

[3] The Forest Service acknowledges this in Morse's report: "In assessing market demand over the planning cycle, it must be assumed that all inputs to the manufacturing process, including the number and type of processing facilities in the region, are subject to change." Morse, 1997 draft (Emphasis added.)

[4] The Irland Group. 1992. "Timber Demand Scenarios For Tongass National Forest 1991 - 2010. Report to Alaska Region USDA Forest Service", page 1.

**Robert Flynn & Associates**

Despite mill closures in Southeast Alaska, the true demand for Tongass timber is still well in excess of any level of timber supply which might be offered by the Forest Service, given the constraints of multiple use, sustained yield, and the recent Amendment 157 to the Interior Appropriations Bill.[5] In its efforts to meet market demand for timber, the Forest Service must recognize that timber supply, not demand, is the limiting factor in consumption of timber from the Tongass National Forest.

## Organization of the Report

In this report, we first offer evidence which contradicts many of the Brooks/Haynes assumptions on market demand for wood products in Pacific Rim and the expected supply of timber from competing sources.   We believe the demand for timber is more than adequate to absorb much higher timber volumes from the Tongass than forecast by Brooks and Haynes.  Next, we discuss their incorrect methodology of focusing on recent consumption trends by existing mills, and explain the problems in using recent production rates in Southeast Alaska as an indicator of market demand.  We also discuss the minimum scale of timber sales needed to support a viable industry in Southeast Alaska and the need to consider the quality of wood available from the Tongass in analyzing market potential.  Finally,  we emphasize the need to include potential new facilities when estimating market demand for Tongass National Forest timber, and the  importance of a stable, reliable timber supply in encouraging new investments in the industry.

---

[5] See Section 347.  This amendment will ensure the economic viability of timber sale offerings from the Tongass National Forest.

**Robert Flynn & Associates**

7

## Brooks/Haynes Assumptions Result in Inaccurate Estimates of Demand for Tongass Timber

The Forest Service, through its Pacific Northwest Research Station, periodically publishes timber harvest projections for the Alaska region. The authors, Brooks and Haynes, forecast wood products consumption, primarily in the main export market, Japan, and then estimate the volume of timber needed to produce that volume of wood products. These results were published in 1990 and 1994, and in 1997 a draft report has been circulated. (In these comments we are referring to the draft of May 26, 1997). One would expect that the outlook for forest products consumption would change over time, but the magnitude of the change in demand for Alaska timber projected in the current 1997 report is staggering.

The Brooks/Haynes report published in 1994 forecast that average timber harvests for the period 2003-2010 would be about 16% lower than previously forecast in the 1990 report. After four years' time, a change of 16% in harvest forecast was not unreasonable. However, the 1997 draft report, following just 3 years after the 1994 report, forecasts a much greater decline in timber harvest: the "high" demand scenario forecasts a drop of 38% in 2003-2007, and a drop of 48% in the period 2008-2010 (See Fig. 1). The "low" demand scenario predicts a decline of 78% for both 2003-2007 and 2008-2010. That is, in just three year's time, the authors have lowered their estimates of future timber demand by as much as 78%. Such wild swings in forecast are a) not justified on the basis of changing market conditions, or at least are not fully justified in the 1997 report and b) create additional hardship on the industry because, under the current procedure used by the Forest Service to implement TTRA Section 101, such forecasts play an important role in determining the actual timber sale offerings of the Forest Service.



Fig. 1

The large decline in timber harvest forecast is due primarily to a number of questionable assumptions made by Brooks and Haynes in their analysis. Several of the assumptions in the recent Brooks/Haynes report which lead to an inaccurate estimate of demand for Tongass timber include:

- An overly pessimistic outlook for market demand for wood imports in Japan.
- Lack of consideration of other potential wood markets, especially China and India.
- Excessive importance placed on increased competition from other supply regions.
- Lack of consideration for uniqueness and quality of the Tongass timber resource.
- Over-emphasis on lack of Alaskan residue markets.

We will discuss each of these shortcomings in turn, in Part I of this report, and provide evidence that the true demand for Tongass timber products is likely much greater than estimated in the Brooks/Haynes report.

As stressed in our introduction, an even more important reason for the sharp decline in consumption forecast by Brooks and Haynes is their incorrect methodology, which emphasizes recent timber consumption by existing mills in Southeast Alaska. Their focus on recent changes in mill capacity and wood products production skews their estimate of long-term demand for Tongass timber. This problem with the efforts of the Forest Service to estimate market demand for timber is discussed in Part II of this report.

## Part I - Market demand for Alaskan wood

### Outlook on Japan

Brooks and Haynes stress that one of the primary reasons for their pessimistic forecast of demand for Tongass National Forest timber is the "changes in the Japanese market."[6]  While the Japanese market is currently very poor for wood products from all countries, a review of the situation in Japan indicates a market that has many positive aspects, which are not apparent in the Brooks/Haynes analysis. We will also discuss the current short-term market situation in Japan, and what it means in terms of long-term market demand, at the end of this section.

Total housing starts in Japan were 1.64 million units in 1996, up 11.8% over 1995. Wooden housing has remained at 45% of total starts for the last three years. Moreover, average floor space for wooden housing in 1996 exceeded 116 square meters, a 17% increase in floor space since 1990 (Fig. 2). Larger houses means that total wood usage per housing start is higher. This trend is expected to continue, as houses continue to grow larger, and there is greater

---

[6] Brooks and Haynes, May 26, 1997 draft, page 4.

**Robert Flynn & Associates**                                                                 9



**Alaska Forest Association, Inc.**

111 STEDMAN STREET, SUITE 200
KETCHIKAN, ALASKA 99901-6599
Phone 907-225-6114
FAX 907-225-5920
Web Site www.akforest.org

September 23, 2002

Steve Brink, Deputy Regional Forester
U.S. Forest Service – Region 10
P.O. Box 21628
Juneau, AK  99802

Dear Steve,

Thanks for participating in the RDC meeting with Denny Bschor. We made several specific requests at the meeting. This letter is about the most important item - Economic Timber!

Economic timber means the cost of stumpage, road construction, logging, and manufacturing must be significantly less than the selling value of the products that are manufactured. In the past, the Forest Service used a profit margin of about 12% for sawlogs and 18% for pulplogs. The timber sales must be economic in *all* market cycles, otherwise the purchasers will have to shut down in depressed markets.

From 1977 through 1997 the average market value of Tongass timber increased at an overall rate of about 3.75% per year. During that same period of time, the total harvest cost increased about 10% per year. This extraordinary cost escalation was due to a number of factors including increased helicopter yarding from 0% to about 30%, increased cable yarding suspension requirements and a large increase in the road construction requirements.

In 1995 the AFA began pleading with the Forest Service to prepare economic timber sales. Congress also recognized the problem and has passed legislation every year that requires economic timber be prepared.

The last pulpmill closed in 1997 and shortly afterward the Forest Service completed the 1997 TLMP. Since then the markets have dropped while the imposition of new partial cutting requirements have caused costs to continue to escalate rapidly.

Since 1997, the majority of the timber sales offered on the Tongass have been deficit (non-economic). Mill owners have had to choose between loosing money because of idle mills or purchasing deficit timber sales and hoping that the markets would

increase enough to make the timber sales profitable. Currently about 2/3 of the timber-under-contract is deficit in today's market and the manufacturing industry is collapsing. The only salvation will be economic timber!

You must take emergency action to fill the pipeline with economic timber so that the existing mills will have faith to continue operating and so that new investors can be attracted to this region.

We suggest the following emergency actions:

1.  Make Residual Value appraisals for all timber sales because the current Transaction Evidence Appraisals (TEA) mask much of the sale deficits. TEA measures the willingness to purchase timber even if it is deficit. It is not a direct measure of timber sale economics.
2.  Examine Timber sale costs unit by unit and compare the road construction costs to the volume of timber included in each of those units.
3.  Drop the tree selection prescriptions at least for all cable yarding units. This practice doubles the cable yarding costs, damages residual trees and greatly increases the hazards to our employees. Further, leaving timber volumes to be blown down and wasted reduces the volume of harvestable timber per mile of road constructed and thus greatly increases the road amortization rate for the timber sales.
4.  Immediately meet with every Forest Service employee at every ranger district to explain this emergency action you are taking. Delegating this duty to the chain-of-command will result in failure. Many of your people will disagree with the changes and will be resentful if they are not at least afforded the courtesy of questioning the changes. Some will simply not understand and will unintentionally work at cross-purposes to the economic timber goal. You will fail to produce economic timber if you don't take this action before the debate precedes you.

George Woodbury and I are willing to help explain, train or perform any other tasks that you need to be successful in the emergency endeavor.

Attached is a simple outline of the Residual Value appraisal system. It was developed by the Forest Service in the 1920s and worked well for decades. It will work now too!

Sincerely,

Owen J. Graham
Executive Director

Sample Residual Value Appraisal

|                          | $/Mbf   |                                      |
|--------------------------|---------|--------------------------------------|
| **Product Sales Value**  | $600    |                                      |
| minus                    |         |                                      |
| **Manufacturing Cost**   | $175    |                                      |
| **Pond Log Value**       | $425    | (Break-even cost of logs for a mill) |
| **Logging Costs**        | $275    |                                      |
| plus                     |         |                                      |
| **Road Costs**           | $50     |                                      |
| **Total Harvest Costs**  | $325    |                                      |
| **Pond Log Value**       | $425    |                                      |
| minus                    |         |                                      |
| **Total Harvest Costs**  | $325    |                                      |
| **Margin**               | $100    | (Amount available for profit and stumpage) |