IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J04-0029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER STRIKING DECLARATION AND BRIEF**

Upon consideration of Plaintiffs' Motion to Strike Extra-Record Declaration of Owen Graham and Opposition Brief of Intervenor Defendant Alaska Forest Association and for Extension of Time, and of all materials submitted in support thereof and opposition thereto, it is hereby ORDERED that the motion is GRANTED. The Declaration of Owen Graham and the Opposition Brief of Intervenor Defendant Alaska Forest Association (Counts V and IX), Docket No. 53, shall be stricken from the docket and no party shall be permitted to rely on them. Plaintiffs' Reply to Opposition Brief of Federal Defendants (Counts V and IX), Docket No. 50, is due fourteen days from the issuance of this Order.

SO ORDERED this _____ day of _____, 2006.

_____
JAMES K. SINGLETON, JR.
United States District Judge

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)