Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

agmead@romea.com
ssilver628@aol.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNSEL<br>   et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES FOREST SERVICE,<br>   et al.,<br><br>            Defendants. | Case No. J04-029 CV (JKS)<br><br>**AMENDED ENTRY OF APPEARANCE** |

Intervenor defendant Alaska Forest Association (hereinafter "AFA") hereby submits this amended entry of appearance. Please forward all correspondence, pleadings, ets., to Steve Silver (ssilver628@aol.com) and Amy Gurton Mead (agmead@romea.com). The attorneys' physical mailing address is as follows:

Robertson, Monagle & Eastaugh
801 W. 10th St., Ste 300
Juneau, AK 99801
(907) 586-3340 phone
(907) 586-6818 facsimile

RESPECTFULLY SUBMITTED this 7th day of March, 2006.

        s/Amy Gurton Mead
        STEVE SILVER
        AMY GURTON MEAD
        Robertson, Monagle & Eastaugh
        801 W 10th St., Ste. 300
        Juneau, AK  99801
        (907) 586-3340 (telephone)
        (907) 586-6818 (facsimile)

        agmead@romea.com
        ssilver628@aol.com

        Of Attorneys for Alaska Forest
        Association, Intervenor Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of January, 2006, a copy of the foregoing document was served electronically on the following attorneys of record:

Bruce Landon
Thomas Waldo
Nathaniel Lawrence
Kevin Saxby

s/Laurie Gyles-Chesnut