IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. J04-0029 CV (JKS) |

[PROPOSED] ORDER GRANTING EQUITABLE RELIEF

Upon consideration of Plaintiffs' motion for permanent equitable relief and all materials submitted in support thereof and opposition thereto, it is hereby ORDERED that the motion is GRANTED.

The Court finds that the Forest Service's authorization of timber sales before preparing an adequate environmental impact statement for the land and resource management plan for the Tongass National Forest, as well as road-building and the logging of old growth under that plan, will cause irreparable injury. The Court further finds that there is sufficient timber available in roaded areas outside of Kuiu Island for the Forest Service and timber industry to continue logging at the volumes that have prevailed on the Tongass for the last five years. For these

reasons, the Court finds that the balance of equities and the public interest favor an injunction against logging and associated road construction in roadless areas of the Tongass National Forest and on Kuiu Island until the Forest Service corrects the defects in the existing forest plan and its environmental impact statement.

IT IS THEREFORE ORDERED that the Forest Service is hereby enjoined from signing or implementing any decision documents authorizing timber sales or road work related to timber sales on Kuiu Island or in roadless areas of the Tongass National Forest until forty-five days after the Forest Service publishes in the Federal Register a notice of availability of the final environmental impact statement for the land and resource management plan for the Tongass that corrects the deficiencies identified in *Natural Resources Defense Council v. United States Forest Service*, 421 F.3d 797 (9th Cir. 2005). This injunction shall not prohibit the bucking, yarding and removal of already felled timber. For purposes of this order, "roadless areas" are Inventoried Roadless Areas designated in the 2003 Tongass National Forest Roadless Area Inventory and any other area of greater than 5,000 contiguous acres not within 1,200 feet of a road in existence on the date of this order.

Any Forest Service decision document authorizing timber sales on Kuiu Island or within roadless areas of the Tongass National Forest is hereby vacated.

This order shall not apply to the Fusion Timber Sale, to the 1997 Lab Bay Record of Decision, or to any timber sale for which logging operations have been completed.

SO ORDERED this _____ day of _____ 2006.

_____
JAMES K. SINGLETON, JR.
United States District Judge