Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. J04-0029 CV (JKS) |

**NOTICE OF ERRATUM**

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

Plaintiffs Organized Village of Kake, et al. hereby provide notice of an error in filing yesterday's Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan. Due to a problem with the Electronic Case Filing system, Plaintiffs were unable to attach the exhibits to the Motion. This notice contains Exhibits 1 to 10. The exhibits are attached hereto.

Dated this 9th day of March 2006.

Respectfully submitted,

/s/ Thomas S. Waldo

Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

## CERTIFICATE OF SERVICE

I, Tom Waldo, certify that on March 9, 2006, a true and correct copy of NOTICE OF ERRATUM, with accompanying documents, was served electronically to Bruce Landon, Steve Silver, and Amy Gurton Mead.

/s/ Thomas S. Waldo

Thomas S. Waldo

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)