# REVISED SUPPLEMENT TO THE

# DRAFT ENVIRONMENTAL IMPACT STATEMENT

# TONGASS NATIONAL FOREST

# LAND MANAGEMENT PLAN REVISION

# ALASKA

| | |
|---|---|
| Responsible Agency: | USDA Forest Service |
| Responsible Official: | Phil Janik, Regional Forester<br>USDA Forest Service, Alaska Region |
| For Further Information: | Beth Pendleton, Co-Team Leader<br>Forest Plan Revision Team<br>8465 Old Dairy Road<br>Juneau, Alaska 99801<br>907-586-8700 |

Abstract: This Revised Supplemental Draft Environmental Impact Statement has been prepared for the revision of the Tongass Land Management Plan. It describes alternatives for managing the resources and uses of the Tongass National Forest, and discloses the potential environmental effects of implementing those alternatives. The revised Tongass Plan will direct all land management activities in the Forest. It will identify what land is to be managed for the different uses, and how the environment will be protected so these uses can be sustained.

Comments regarding this Statement should be sent to the Forest Plan Revision Team office, at the address shown above, by July 19, 1996.

The United States Department of Agriculture (USDA) prohibits discrimination in its programs on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, and marital or familial status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means of communication of program information (braille, large print, audiotape, etc.) should contact the USDA Office of Communications at (202) 720-2791.

To file a complaint, write the Secretary of Agriculture, U.S. Department of Agriculture, Washington, DC 20250, or call (202) 720-7327 (voice) or (202) 720-1127 (TDD). USDA is an equal employment opportunity employer.



Printed on Recycled Paper

**Old-growth Forest**

Old-growth forests are ecosystems distinguished by old and large trees and related structural attributes. Old growth encompasses the later stages of stand development, which typically differ from earlier stages in a variety of ways: larger tree sizes, and more variation in size and spacing; large dead standing or fallen trees; broken or deformed tops, bole and root decay; multiple canopy layers; and canopy gaps and understory patchiness. The rates of change in composition and structure are slow compared to younger forests. Different stages or classes of old growth are recognizable in many forest types.

The old-growth forests of the Tongass are distinctively heterogeneous. At the landscape scale, the diversity of landforms and drainage patterns influences vegetative cover: peatlands (or muskeg) are characteristic of poorly-drained soils, conifer forests of well-drained soils, and sparse "scrub" forest of intermediate areas. At a smaller scale, however, similar vegetative patterns are common, with small patches of poorly-drained, non-forested areas found within old-growth forest, for instance, or a large stand of trees on riparian soils within a larger area of peatland. These and other kinds of heterogeneity are important features of old-growth forest habitat diversity.

Sporadic, low- to moderate-severity disturbances are an integral part of the internal dynamics of old-growth forests. Wind is the most common disturbance element in Southeast Alaska, and canopy openings resulting from the death of overstory trees often give rise to patches of small trees, shrubs, and herbs in the understory.

There are a number of ways to characterize the old growth resource of the Tongass. The 1991 SDEIS includes Forest-wide information on size and strata classes, old-growth plant association series and types, and productivity. In a very general way old-growth forests can be divided into a productive and an unproductive component, based on the ability of specific areas to grow trees of a certain size (sometimes called "commercial timber"). Productive old growth shares many values: for wood products, as important wildlife habitat, for scenic quality and recreation settings, and to maintain water quality and fish habitat. The Tongass contains approximately 8.68 million acres of old-growth conifer forests (as of 1992), of which 5.09 million are productive and 3.59 million acres are unproductive. There are also 8,868 acres of non-conifer (cottonwood) old-growth forest. Old-growth conifer forest types include hemlock (western and mountain hemlock), spruce, hemlock/spruce, and cedar (cedar/hemlock stands are included in the hemlock type).

Estimates of the amount and distribution of the old-growth forests of the Tongass are based on timber inventory information. The timber inventory used 150 years as a breakpoint age for separating young growth from old growth; over 95 percent of the trees sampled in uncut timber stands were greater than 150 years. Most of these stands were well beyond 150 years and were also classed as uneven-aged stands. The development of old-growth characteristics begins at approximately 250 years. There is no timber inventory age category for trees greater than 300 years.

The then-current timber inventory was used in the 1991 SDEIS to divide productive old-growth forest into four volume classes (also called strata classes). Recent examination of the timber inventory has questioned the accuracy of this fine a breakdown, and the strata classes have been re-defined. Statistical analysis indicates that three classes of productive old-growth forest can be distinguished using the existing timber inventory with additional information on soils and slope - the relative measure still

being the size and number of trees an area is able to grow (usually expressed as timber volume). Soils are divided into two groups, hydric and non-hydric. The soils inventory consists of "soil mapping units," with hydric soils being those units containing greater than 50 percent wetland soils. The three classes of productive old growth are:

> **Higher Volumes.** Areas within timber inventory volume classes 5, 6 and 7 on non-hydric soils, and on hydric soils with slopes greater than 55 percent.
>
> **Middle Volumes.** Areas within timber inventory volume classes 5, 6 and 7 on hydric soils with slopes less than or equal to 55 percent; and areas within timber inventory volume class 4 that are either on non-hydric soils, or are on hydric soils with slopes greater than 55 percent.
>
> **Lower Volumes.** Areas within timber inventory volume class 4 on hydric soils with slopes less than or equal to 55 percent.

Some general characteristics of these three productive old-growth classes, and of "unproductive" or other old-growth forest, follow. All classes of productive old growth are capable of growing trees at a rate of more than 20 cubic feet per acre per year.

> **Higher Volume Old-growth Forest.** These areas have an average timber volume of 35 thousand board feet (MBF) per acre. The average height of co-dominant trees is greater than 100 feet. Canopy cover is 65-95 percent, with western hemlock and/or Sitka spruce dominating most sites. Stands are typically uneven-aged with small gaps in the overhead canopy. Understory production is moderate, but snow interception is high, making forage (for deer) more readily available during winter. Vaccinium is the dominant shrub; herb cover is 20-30 percent, and fern cover is 15-30 percent. Winter thermal cover for wildlife is good. The Tongass has about 2.2 million acres in this class.
>
> **Middle Volume Old-growth Forest.** In these areas the average volume is 25 MBF per acre. Compared to the higher volume class, these stands have shorter trees (70-100 feet) and a more open canopy (40-75 percent). Western hemlock and/or Sitka spruce still dominate, but cedars can be a significant component in more southerly areas, and mountain hemlock at higher elevations. The stands are uneven-aged, with numerous gaps in the overhead canopy. The more open canopy results in a more abundant understory, but it is subject to burial by snow in the winter. Vaccinium is more abundant on these sites. Ferns are less common, forbs generaly more so. Winter thermal cover for wildlife is moderate. The Tongass has about 2.2 million acres in this class.
>
> **Lower Volume Old-growth Forest.** The average volume is 16 MBF per acre. The overstory is relatively open, with 20-50 percent canopy closure, and tree height is typically less than 60 feet. Western hemlock and cedars predominate. The understory is very brushy, dominated by tall thickets of Vaccinium and Menzesia which tend to dimimish the production of herbs, ferns, half-shrubs and forbs. Lichens are relatively abundant. Thermal cover for wildlife is poor. The Tongass has about 0.6 million acres in this class.

JLM531 0850

**Other Forest Lands.** These are classified as unproductive forest in the timber inventory. These lands have at least 10 percent tree cover, but are not capable of producing 20 cubic feet per acre per year. Many of these stands are consistent with old-growth definitions, but the trees are typically small and stunted (under 40 feet in height) and the canopy is open (10-40 percent cover). Hemlock, cedar, and lodgepole pine are the most common trees; Vaccinium and Menzesia the most common shrubs. Near wet bogs, or muskegs, heath family plants and grasses assume increasing dominance. Thermal cover for wildlife is poor. The Tongass has about 3.6 million acres in this class.

The old-growth forest resource can also be characterized by landscape "position," or the location of the old growth within a landscape. These are also important compositional components for biodiversity. The 1991 SDEIS identified five landscape positions, which are described below. For "beach and estuary fringe," and "riparian," these are areas adjacent to beaches and estuaries, or along a stream or lake. The widths used are general approximations of the average extent of these areas, and include management considerations as well as ecological criteria.

**Beach and Estuary Fringe.** Old-growth forest within approximately 1,000 feet of the shoreline around estuaries, and approximately 500 to 1,000 feet (this is a change from the SDEIS, which stopped at 500 feet) of the shoreline along the remaining non-estuarine shoreline.

**Riparian.** A minimum 100-foot-wide zone along both sides of all inventoried streams, excluding the beach fringe. Some stream channel types have a 150-foot-wide zone along both sides, and some zones may extend farther depending on the width of the riparian soils.

**Upland less than 800 feet in elevation.** All upland old growth below 800 feet, excluding the beach and estuary fringe and riparian zones.

**Upland from 800 to 1,500 feet in elevation.** All upland old growth between 800 and 1,500 feet, excluding the beach and estuary fringe and riparian zones.

**Subalpine/Alpine.** All upland old growth over 1,500 feet in elevation, excluding the beach and estuary fringe and riparian zones.

As of 1992, the acreages of the productive and unproductive components of old growth were divided between these five landscape positions as shown in Table 3-3. Note how the percentage of the productive old-growth forest component is higher at the lower elevations, especially in the beach and estuary fringe where it is 83 percent, and in riparian areas, where it is 70 percent. Forest-wide, productive old growth is 59 percent of total old growth.

**Table 3-3**
**Conifer old-growth acres of the Tongass within five landscape positions**

| Landscape Position[1] | Productive OG | Unproductive OG | Total OG |
|---|---|---|---|
| Beach/Estuary Fringe | 499,086 | 103,273 | 602,359 |
| Riparian Corridor | 463,469 | 194,879 | 658,348 |
| <800 ft | 2,197,591 | 1,386,472 | 3,584,063 |
| 800-1,500 ft | 1,387,327 | 807,979 | 2,195,306 |
| >1,500 ft | 537,579 | 1,096,434 | 1,634,013 |
| **Total** | **5,085,052** | **3,589,037** | **8,674,089** |

[1] See text for definitions. For this table the beach fringe is an average of 500 feet in width.

Two of the above landscape elements, beach and estuary fringe, and riparian, have special importance as components of old-growth forests, providing unique wildlife habitats, serving as wildlife travel corridors, and providing a forest interface with marine or riverine influences that may distinguish them as separate ecosystems within the larger old-growth forest ecosystem. Riparian areas (also discussed under Fish and Water) are important for fisheries in providing the source of large woody debris that creates pools for rearing habitat, and in controlling stream temperatures and the amount of sediment reaching a stream. Riparian areas provide habitat for terrestrial species associated with aquatic environments (amphibians, for instance, or mammals such as river otter and beaver), and for terrestrial species for which fish from streams are important food (brown and black bears). Riparian areas often contain plant species which can live only where water is available year-round. Riparian soils often support large spruce trees and some of the most highly-productive stands of old growth.

The beach fringe, the strip of vegetation adjacent to salt-water shorelines, is thought to be important as a wildlife travel corridor, as a transition zone between interior forest and salt water influences, and as a unique habitat (or micro-climate) in itself. The beach fringe provides important horizontal or low-elevation connectivity between watersheds, many of which otherwise have very steep sides and/or non-forested ridgetops. In conjunction with riparian areas, which provide connectivity within watersheds, the beach fringe is a component of the major travel corridor system used by many resident wildlife species. The beach fringe is also thought to provide important avian migratory habitat, particularly for neo-tropical migrants.

Protection of the long-term integrity of the beach fringe habitat is a management concern that is addressed by the proposed Beach and Estuary Fringe Forest-wide Standard and Guideline. The primary beach fringe is the first 500' inland from the shoreline. The extended beach fringe is an additional 500 feet extending to 1000' inland from the shoreline. The management objective is to maintain the structural and functional integrity of the beach fringe zone to sustain the multiple use values.

Habitat capability models developed for management indicator species indicate that the highest habitat suitability value was assigned to productive old growth forests within the 500' beach fringe zone for the bald eagle, marten, and river otter (Suring 1993). The beach fringe was rated second only to the 1000' estuary fringe for brown and black bears in overall habitat quality, and higher deer habitat values generally occur in high-volume old growth below 800' elevation, much of which occurs in the beach zone with a moderated maritime-influenced microclimate. A revised marten habitat capability model rated the beach fringe old growth forests highest among all habitat components (Flynn, 1995).

There are indications that the value of the beach zone habitat may extend beyond 500'. Lande (1994) specifically recommended 1000' wide no-harvest corridors with an additional 1000' buffer of light intensity management. Gende et al. (1996) reported reduced bald eagle nesting densities and success in landscapes adjacent to clearcuts and recommended a beach buffer zone of at least 1000'. The 1000' beach fringe is also used very frequently by radio-marked goshawks (Titus, ADF&G unpubl. Data). Finally, the importance of a wider beach fringe zone has long been recognized and is a component of the Retention Factor Method (TLMP 1979 as amended); specifically, 1000' beach fringe for brown/black bear, 600' for furbearers, and 1/4 mile inland from the beach for deer winter range.

An extended beach fringe would serve many functions: providing more effective landscape linkages between habitat reserves, protecting long-term bald eagle habitat capability, buffering the primary beach fringe zone from windthrow (Hodges 1982, Harris 1989), maintaining a functional interior forest condition within the entire primary beach fringe (Concannon 1995), sustaining habitat for goshawks, and indirectly contributing to overall landscape management of lands between habitat reserves.

Table 3-4 displays the total, and current productive old-growth forest, acres within each of the 21 biogeographic provinces. It also shows, as a percentage of the original (1954) amount, how much of the productive old growth was harvested for timber products between 1954 and 1995 (on National Forest lands). About 406,000 of the 1954 estimated amount of 5,440,000 acres of productive old growth have been harvested since 1954 (about 7 percent of the total).

Across the Tongass, timber harvest has been concentrated in the higher volume classes (harvested stands have averaged 39,000 board feet per acre). In contrast to the approximately 93 percent of productive old growth remaining, a smaller percentage, about 83 percent, of the higher volume acres remains unharvested. To a lesser extent, timber harvest has also been concentrated at the lower elevations: 79 percent of the higher volume old-growth timber lands below 800' in elevation remain. Timber harvest has occurred in a spatially clumped fashion across the Tongass, with activity concentrated on islands like Prince of Wales, Northeast Chichagof, and Zarembo. Very little activity has occurred on islands and parts of the mainland within the 19 Wildernesses and 12 legislated LUD II areas.

Fourteen of the 21 biogeographic provinces currently have more than 50 percent of their area in old-growth forest, and for all but two of these the productive old-growth forest component accounts for the majority of the old growth. Sixteen provinces each currently have over 100,000 acres of productive old growth, and three (Admiralty, North Prince of Wales, and Revilla/Cleveland) each have over 500,000 acres. Six provinces: East Chichagof, East Baranof, Kupreanof/Mitkof, Etolin, North Prince of Wales, and Southern Outer Islands, have had ten percent or more of their original (1954) productive old growth harvested (i.e., it is no longer old growth); of these, North Prince of Wales is considerably higher at 32 percent. In some cases this harvest is a relatively small percentage of total province acres (for instance, the roughly 14,000 acres harvested in East Baranof are about 4 percent of that province's 393,000 acres); in some cases (Etolin Island and Vicinity, and Southern Outer Islands) it is approaching 10 percent; and

JLM 531 0853

**Table 3-4**
**Existing conifer old growth in the 21 biogeographic provinces**

|  | Total Acres in Province | Productive Old Growth | Percent OG Harvested[1] |
|---|---|---|---|
| 1 Yakutat Forelands.[2] | 307,176 | 48,019 | 6% |
| 2 Yakutat Uplands.[2] | 918,262 | 24,175 | 4% |
| 3 East Chichagof Island | 1,064,345 | 411,295 | 11% |
| 4 West Chichagof Island | 285,236 | 72,194 | 0% |
| 5 East Baranof Island | 392,939 | 95,966 | 12% |
| 6 West Baranof Island | 775,236 | 217,555 | 7% |
| 7 Admiralty Island | 1,050,824 | 590,867 | 0% |
| 8 Lynn Canal | 651,132 | 158,277 | 2% |
| 9 North Coast Range | 1,014,594 | 324,562 | 0% |
| 10 Kupreanof/Mitkof Islands | 761,909 | 314,446 | 10% |
| 11 Kuiu Island | 493,424 | 303,132 | 9% |
| 12 Central Coast Range | 729,457 | 244,926 | 2% |
| 13 Etolin Island | 502,928 | 228,236 | 15% |
| 14 North Central Prince of Wales Island | 1,229,353 | 535,291 | 32% |
| 15 Revilla Island/ Cleveland Peninsula. | 1,174,490 | 526,226 | 6% |
| 16 Southern Outer Islands | 215,277 | 116,271 | 14% |
| 17 Dall Island & Vicinity | 115,886 | 68,606 | 1% |
| 18 South Prince of Wales Island | 364,543 | 165,025 | 1% |
| 19 North Misty Fiords | 974,054 | 199,985 | 1% |
| 20 South Misty Fiords | 906,203 | 312,844 | 0% |
| 21 Ice Fields[2] | 3,006,074 | 115,202 | 4% |

Source: Revision data base, Qprov1, March 1996
[1] Percentage of the original (1954) productive old growth harvested between 1954 and 1995.
[2] For these provinces the oldest tree stands are used; they may not contain all of the characteristics associated with old-growth stands in other provinces.

in one case, North Central Prince of Wales, harvest (through 1995) is 14 percent of total province acres. These and other simple ways of characterizing the current condition of the biogeographic provinces can serve as baselines for estimated future changes under the Forest Plan alternatives.

Another way to characterize the old-growth resource is by "blocks" of old-growth forest: relatively contiguous areas of old growth meeting certain criteria. A recent inventory of productive old-growth blocks provides this information (Productive Old-growth Forest Block Inventory, June 1995). Blocks, or concentrations, of productive old-growth forest are important as habitat for many wildlife species, as representations of the old-growth ecosystem, and in general for biological diversity. The old-growth block inventory provides information for the wildlife viability strategies discussed in the Wildlife section.

The recent inventory rated old-growth blocks based on ecological criteria. Size was the key factor; other criteria were landscape diversity, connectivity (such as larger blocks connected by smaller blocks), unique habitats (for instance, riparian areas or beach fringe), and landscape representation (using the biogeographic provinces). Four old-growth block categories were identified:

JLM 631 0854

**Category 1.** These are the largest, from 10,000 to 100,000 acres. At least one is identified for each of the biogeographic provinces or large islands. These provide ecological stability and representation of the major ecological types.

**Category 2.** These range in size from 1,000 to 10,000 acres. They provide connectivity between the larger blocks, and representation of finer-scale ecological types.

**Category 3.** Blocks less than 1,000 acres that contain unique habitats or other features of relatively high ecological value.

**Category 4.** All other concentrations of old growth less than 1,000 acres in size.

The old-growth blocks were designed so that ecological values would be enhanced wherever possible. Design criteria included shape (a "blocky" shape being preferred to a linear shape to maximize interior old growth), elevational range covered, and proximity to diverse old-growth habitats (such as estuaries and large riparian systems). For the present inventory, only the Category 1 and 2 blocks were mapped. A future step will be to refine the mapping at the watershed scale to better integrate terrestrial and aquatic landscape components. The old-growth block inventory is a useful way to describe and delineate the remaining productive old-growth forests of the Tongass. It can be said to indicate the "population" of old-growth blocks from which the components of a reserve or conservation strategy could be selected - whether that strategy was to maintain habitat for wildlife viability (again, see the Wildlife section), or to maintain the old-growth ecosystem in and of itself.

The remaining aspects of the compositional component of biodiversity are described in the 1991 SDEIS, and elsewhere in this Revised Supplement. These include the abundance and distribution of animal and plant species, the management indicator species, and species vulnerability. See in particular the sections on Threatened, Endangered, and Sensitive Species; and Wildlife (including the viability and species-specific discussions).

**Structure**

Structure, at the landscape scale, refers to how many of the compositional elements just discussed are distributed across the landscape or forest. Some of these distributional aspects have been discussed or suggested, such as the relationship between elevation and productive vs. non-productive old-growth forests. Beyond that, distribution is difficult to describe narratively: the "Land and Timber Type" map in the map packet, and the map of the old-growth block inventory, give a better picture. In relation to wildlife habitats, distribution is a key element of the viability analyses for wildlife and fish.

**Fragmentation**

Fragmentation is an element of biological diversity that describes the natural condition of habitats in terms of old-growth patch size and distribution, and the effects of management on these natural conditions. The 1991 SDEIS discusses how wildlife species use or respond to their environment with regard to habitat fragmentation (see also the Wildlife section herein).

Timber harvest tends to increase forest fragmentation and the amount of forest edge. The Tongass National Forest is naturally highly fragmented at the landscape scale due to the numerous islands and dramatic topographic relief. At the stand scale, the forest is also highly fragemented due to a diverse and fine-scale mosaic of forest and land

Exhibit 1, page 8 of 8