

# Final Environmental Impact Statement

## Tongass National Forest
## Land Management Plan Revision

### Alaska

- Maps
- Record of Decision
- Return to Welcome
- Table of Contents

10_006971

Exhibit 7, page 1 of 39

# Tongass Land Management Plan Revision
# Final Environmental Impact Statement

## Table of Contents

Summary ................................................................................................ i

Chapter 1 – Purpose and Need .............................................................. 1-1

**Chapter 2 – Alternatives**
    Alternative Development Process ................................................... 2-1
    Alternatives Eliminated from Detailed Study ................................. 2-11
    Alternatives Considered in Detail .................................................. 2-18
    Comparison of Alternatives .......................................................... 2-63

**Chapter 3 – Environment and Effects**
    Introduction .................................................................................. 3-1
***Physical and Biological***
    Air ................................................................................................. 3-9
    Biodiversity ................................................................................. 3-11
    Experimental Forests .................................................................. 3-40
    Fire Management ........................................................................ 3-43
    Fish ............................................................................................. 3-46
    Forest Health .............................................................................. 3-74
    Heritage Resources .................................................................... 3-78
    Karst and Caves ......................................................................... 3-82
    Lands .......................................................................................... 3-87
    Minerals ...................................................................................... 3-89
    Recreation and Tourism ............................................................ 3-100
    Research Natural Areas ............................................................ 3-148
    Roadless Areas ........................................................................ 3-161
    Scenery ..................................................................................... 3-175
    Soils .......................................................................................... 3-197
    Special Interest Areas .............................................................. 3-202
    Subsistence .............................................................................. 3-210
    Threatened, Endangered, Sensitive Species ........................... 3-230
    Timber ....................................................................................... 3-248
    Transportation .......................................................................... 3-308
    Water ........................................................................................ 3-313
    Wild and Scenic Rivers ............................................................ 3-325
    Wilderness ................................................................................ 3-345
    Wildlife ...................................................................................... 3-351

**Chapter 3 - Environment and Effects (continued)**
*Economic and Social*
    Introduction ................................................................................. 3-431
    Regional Economy ..................................................................... 3-433
    Subregional Overview ............................................................... 3-510
    Communities ............................................................................... 3-523

**Chapter 4 - List of Preparers** ............................................................ 4-1

**Chapter 5 - List of Recipients** ........................................................... 5-1

**Chapter 6 - Bibliography** .................................................................... 6-1

**Chapter 7 - Glossary** .......................................................................... 7-1

Index

# Appendix

- Appendix A - Issue Identification
- Appendix B - Modeling and Analysis Process
- Appendix C - Roadless Areas
- Appendix D - Research Natural Areas
- Appendix E - Wild, Scenic and Recreational Rivers
- Appendix F - Special Interest Areas
- Appendix G - Silvicultural Systems
- Appendix H - Additional Community Information
- Appendix I - Alternative Component Options
- Appendix J - Biological Assessments
- Appendix K - Kadashan Report
- Appendix L - Public Comments and Forest Service Responses
- Appendix M - KPC Pulp Mill Shutdown & 1997 Timber Demand Projections
- Appendix N - Additional Evaluation of Wildlife Habitat Conservation Measures



Maps     Record of Decision

Return to Welcome

# 3 Environment and Effects

**Physical Setting**

The mainland and many of the islands of Southeast Alaska are mountainous, often rising abruptly from sea level to several thousand feet. Elevations of forested areas extend up to approximately 3,000 feet in the southern sections of the Forest, and up to 2,500 feet further north. The mountain valleys provide reservoirs for huge ice fields and glaciers, located primarily on the mainland.

More than one million years ago, all but the highest mountain peaks in Southeast Alaska were covered by ice. The great erosional powers of these vast expanses of ice molded and shaped the landscape as the glaciers moved downhill under their own weight, carving the bedrock below them. When the ice receded and uncovered the land, the more resistant mineral-rich rocks remained, revealing a network of islands dissected by numerous streams, U-shaped valleys, and fiords. This modification by glaciers gives Southeast Alaska's landscape its unique character.

The configuration of the coastline, the warm Japanese ocean current, and the high coastal mountains provide the factors necessary to produce abundant rainfall. The annual precipitation of Southeast Alaska averages more than 100 inches throughout. Precipitation is highest in the southern areas, and decreases as one moves north. At higher elevations, more than 200 inches of snow may fall annually, perpetuating the existing ice fields and glaciers. Storms and moderate to heavy precipitation occur year-round, but most commonly from September through November. The abundant moisture feeds numerous streams, rivers, and lakes which dot the landscape.

Southeast Alaska has a maritime climate, resulting from the moderating influence of the Pacific Ocean. In the summer, this provides a cooling influence, while in winter, temperatures are warmer than would be expected for these latitudes. Normal temperatures range from the mid-40's to the mid-60's in the summer, and from the high teens to the low-40's in the winter. During the warmer months, temperatures are highest inland and lowest along the coasts, while in the colder months, the reverse is true.

**Biological Setting**

The coastal forest of Southeast Alaska is part of the cool, temperate rain forest that extends along the Pacific coast from Northern California to Cook Inlet in Alaska. Most of the forest is composed of old-growth conifers, primarily western hemlock and Sitka spruce, with a scattering of mountain hemlock, western redcedar (in the south) and Alaska yellow-cedar. Red alder is common along streams, beach fringes, and on soils recently disturbed by logging and landslides. Black cottonwood grows on the floodplains of major rivers and recently deglaciated areas.

Blueberries, huckleberry, Sitka alder, Devil's club, and salal are common shrubs in the forest. The forest floor is composed of plants such as deerheart, dogwood, single delight and skunk cabbage. Because of the high rainfall and resulting high humidity, mosses grow in great profusion on the ground, on fallen logs, on the lower branches of trees, and in forest openings.

Grass-sedge meadows usually lie at low elevations, often along the coast. Stands of willows border many of the stream channels. Muskeg (bog plant) communities, dominated by sphagnum mosses and sedges, occur throughout the Forest.

The alpine zone usually lies above 2,500 to 3,000 feet. It occupies the area above the coastal forest and is separated from the forest by a subalpine or transition zone. Resident plants have adapted to snowpack and wind abrasion by evolving low-growth forms. Low, mat-forming vegetation covers most of the area, with cushion-like plants occupying crevices on exposed rock outcrops and talus slopes.

The forests, shorelines, streams, and rivers of Southeast Alaska provide habitat for over 300 species of birds and mammals, including game and non-game animals such as brown and black bear, Sitka black-tailed deer, moose, wolf, mountain goat, beaver, otter and marten. The coastline provides ideal habitat for a large population of bald eagles, and wetlands provide nesting habitat for many waterfowl.

A highly productive marine environment includes an abundance of marine mammals, halibut, herring, and hundreds of shellfish. Both resident and anadromous fish are found within and adjacent to the Forest.

**Socioeconomic Setting**

Southeast Alaska's communities and individuals make up a variety of cultures. The abundant resources of the forests and waters have provided food, shelter, and livelihood for to its peoples for thousands of years. The first inhabitants of the area, the Tlingit and Haida, adapted well to the coastal environment and developed a rich culture. The numerous waterways allowed for mobility which aided in expanding trade and gathering food.

In the 1700's, Russian exploration began in Alaska. The fur trade, primarily sea otter pelts, was the main force driving colonization. When most of the sea otter populations were depleted, the fur industry declined, and Russia lost interest in its North American colony. Alaska was sold to the United States in 1867.

Colonization continued under United States ownership, and new industries developed. In the late 1800's commercial fish canning became an important part of the economy of Southeast Alaska. During that same period the discovery of gold brought thousands of miners to the area, and many were followed by their families. The most important of the early discoveries occurred in Juneau. In the early 1900's, the Depression brought a decline in mining employment, and the impact of World War II resulted in the closures of the last remaining mines.

The timber resource was used by the earliest inhabitants in a variety of ways. The Russians harvested timber for building ships and structures, but commercial timber harvest was not developed until the 1900's. In the earlier part of the century small timber mills operated in a few communities, and during the 1950's two large-scale pulp mills were developed in Ketchikan and Sitka, and the timber industry became a major economic component of Southeast Alaska's economy.

In the 1950's Alaska focused its attention on statehood, and on January 3, 1959 became our 49th state. This resulted in an increase in government employment, and, coupled with the growth of the timber industry, a gradual shift towards a more diversified economy, with less dependence on non-renewable resources.

Most of the population of Southeast Alaska is concentrated in a few communities, the largest being Juneau, Ketchikan, Sitka and Petersburg. The same industries most important to Southeast Alaska's history: fishing, mining and timber production, are still prominent in most of the urban communities. Tourism, which has increased in recent years, provides another important source of income, as do government,



# 3 Environment and Effects

**Old-growth Forest**

Old-growth forests are ecosystems distinguished by old and large trees and related structural attributes. Old growth encompasses the later stages of stand development, which typically differ from earlier stages in a variety of ways: larger tree sizes, and more variation in size and spacing; large dead standing or fallen trees; broken or deformed tops, bole and root decay; multiple canopy layers; and canopy gaps and understory patchiness. The rates of change in composition and structure are slow compared to younger forests. Different stages or classes of old growth are recognizable in many forest types.

The old-growth forests of the Tongass are distinctively heterogeneous. At the landscape scale, the diversity of landforms and drainage patterns influences vegetative cover: peatlands (or muskeg) are characteristic of poorly-drained soils, conifer forests of well-drained soils, and sparse "scrub" forest of intermediate areas. At a smaller scale, however, similar vegetative patterns are common, with small patches of poorly-drained, non-forested areas found within old-growth forest, for instance, or a large stand of trees on riparian soils within a larger area of peatland. These and other kinds of heterogeneity are important features of old-growth forest habitat diversity.

Sporadic, low- to moderate-severity disturbances are an integral part of the internal dynamics of old-growth forests. Wind is the most common disturbance element in Southeast Alaska, and canopy openings resulting from the death of overstory trees often give rise to patches of small trees, shrubs, and herbs in the understory.

There are a number of ways to characterize the old growth resource of the Tongass. In a very general way old-growth forests can be divided into a productive and an unproductive component, based on the ability of specific areas to grow trees of a certain size (sometimes called "commercial timber"). Productive old growth shares many values: for wood products, as important wildlife habitat, for scenic quality and recreation settings, and to maintain water quality and fish habitat. The Tongass contains approximately 8.65 million acres of old-growth conifer forests (as of 1995), of which 5.06 million are productive and 3.59 million acres are unproductive. There are also about 9,000 acres of non-conifer (cottonwood) old-growth forest. Old-growth conifer forest types include hemlock (western and mountain hemlock), spruce, hemlock/spruce, and cedar (cedar/hemlock stands are included in the hemlock type).

Estimates of the amount and distribution of the old-growth forests of the Tongass are based on timber inventory information. The timber inventory used 150 years as a breakpoint age for separating young growth from old growth; over 95 percent of the trees sampled in uncut timber stands were greater than 150 years. Most of these stands were well beyond 150 years and were also classed as uneven-aged stands. The development of old-growth characteristics begins at approximately 250 years. There is no timber inventory age category for trees greater than 300 years.

The then-current timber inventory was used in the 1991 SDEIS to divide productive old-growth forest into four volume classes (also called strata classes). Recent examination of the timber inventory has questioned the accuracy of this fine a breakdown, and the strata classes were re-defined in the Revised Supplement. Statistical analysis indicates that three classes of productive old-growth forest can be distinguished using the existing timber inventory with additional information on soils and slope - the relative measure still being the size and number of trees an area is able to grow (usually expressed as timber volume). Soils are divided into two groups, hydric and non-hydric. The soils inventory consists of "soil mapping

units," with hydric soils being those units containing greater than 50 percent wetland soils. (For further discussion on timber volume strata see the Timber section). The three classes of productive old growth are:

> **High Volume strata.** Areas within timber inventory volume classes 5, 6 and 7 on non-hydric soils, and on hydric soils with slopes greater than 55 percent.
>
> **Medium Volume strata.** Areas within timber inventory volume classes 5, 6 and 7 on hydric soils with slopes less than or equal to 55 percent; and areas within timber inventory volume class 4 that are either on non-hydric soils, or are on hydric soils with slopes greater than 55 percent.
>
> **Low Volume strata.** Areas within timber inventory volume class 4 on hydric soils with slopes less than or equal to 55 percent.

Some general and approximated characteristics of these three productive old-growth classes, and of "unproductive" or other old-growth forest, follow. All classes of productive old growth are capable of growing trees at a rate of more than 20 cubic feet per acre per year. A volume class breakdown of the 1.7 million acres of productive old growth within designated Wilderness is not available.

> **High Volume Old-growth Forest.** These areas have an average timber volume of 35 thousand board feet (MBF) per acre. The average height of co-dominant trees is greater than 100 feet. Canopy cover is 65-95 percent, with western hemlock and/or Sitka spruce dominating most sites. Stands are typically uneven-aged with small gaps in the overhead canopy. Understory production is moderate, but snow interception is high, making forage (for deer) more readily available during winter. Vaccinium is the dominant shrub; herb cover is 20-30 percent, and fern cover is 15-30 percent. Winter thermal cover for wildlife is good. Outside designated Wilderness the Tongass has about 1.4 million acres in this class.
>
> **Medium Volume Old-growth Forest.** In these areas the average volume is 25 MBF per acre. Compared to the higher volume class, these stands have shorter trees (70-100 feet) and a more open canopy (40-75 percent). Western hemlock and/or Sitka spruce still dominate, but cedars can be a significant component in more southerly areas, and mountain hemlock at higher elevations. The stands are uneven-aged, with numerous gaps in the overhead canopy. The more open canopy results in a more abundant understory, but it is subject to burial by snow in the winter. Vaccinium is more abundant on these sites. Ferns are less common, forbs generally more so. Winter thermal cover for wildlife is moderate. Outside designated Wilderness the Tongass has about 1.4 million acres in this class.
>
> **Low Volume Old-growth Forest.** The average volume is 16 MBF per acre. The overstory is relatively open, with 20-50 percent canopy closure, and tree height is typically less than 60 feet. Western hemlock and cedars predominate. The understory is very brushy, dominated by tall thickets of Vaccinium and Menzesia which tend to diminish the production of herbs, ferns, half-shrubs and forbs. Lichens are relatively abundant. Thermal cover for wildlife is poor. Outside designated Wilderness the Tongass has about 0.6 million acres in this class.
>
> **Other forest lands.** These are classified as unproductive forest in the timber inventory. These lands have at least 10 percent tree cover, but are not

Biodiversity ♦ 3-19



capable of producing 20 cubic feet per acre per year. Many of these stands are consistent with old-growth definitions, but the trees are typically small and stunted (under 40 feet in height) and the canopy is open (10-40 percent cover). Hemlock, cedar, and lodgepole pine are the most common trees; Vaccinium and Menzesia the most common shrubs. Near wet bogs, or muskegs, heath family plants and grasses assume increasing dominance. Thermal cover for wildlife is poor. The Tongass has about 3.6 million acres in this class.

**Landscape Position.** The old-growth forest resource can also be characterized by landscape "position," or the location of the old growth within a landscape. These are also important compositional components for biodiversity. Five landscape positions are described below. For "beach and estuary fringe," and "riparian," these are areas adjacent to beaches and estuaries, or along a stream or lake. The widths used are general approximations of the average extent of these areas, and include management considerations as well as ecological criteria.

**Beach and Estuary Fringe.** Old-growth forest within approximately 1,000 feet of beach shoreline and estuaries (this is a change from the SDEIS, which provided only a 500-foot beach fringe).

**Riparian.** A minimum 100-foot-wide zone along both sides of all inventoried streams, excluding the beach fringe. Some stream channel types have a 150-foot-wide zone along both sides, and some zones may extend farther depending on the width of the riparian soils.

**Upland less than 800 feet in elevation.** All upland old growth below 800 feet, excluding the beach and estuary fringe and riparian zones.

**Upland from 800 to 1,500 feet in elevation.** All upland old growth between 800 and 1,500 feet, excluding the beach and estuary fringe and riparian zones.

**Subalpine/Alpine.** All upland old growth over 1,500 feet in elevation, excluding the beach and estuary fringe and riparian zones.

The acreages of the productive and unproductive components of old growth were divided between these five landscape positions as shown in Table 3-3. Note how the percentage of the productive old-growth forest component is higher at the lower elevations, especially in the beach and estuary fringe where it is 75 percent, and in riparian areas, where it is 62 percent. Forest-wide, productive old growth is 54 percent of total old growth.

# 3 Environment and Effects

**Fragmentation**

Fragmentation is an element of biological diversity that describes the natural condition of habitats in terms of old-growth patch size and distribution, and the effects of management on these natural conditions (see also the Wildlife section herein). Timber harvest tends to increase forest fragmentation and the amount of forest edge. The Tongass National Forest is naturally highly fragmented at the landscape scale due to the numerous islands and dramatic topographic relief. At the stand scale, the forest is also highly fragmented due to a diverse and fine-scale mosaic of forest and land types. The edges between different forest types, and between forested and non-forested areas, can affect the environment close to the edge. For example, forest edges tend to be warmer in the summer and cooler in the winter than interior forests (Franklin 1993). Some species increase in abundance close to an edge while others decrease in abundance. Species associated with interior forests but not with forest edges are of concern since timber harvest tends to decrease the amount of interior forest.

For the Tongass, edge is defined as the forested area within a distance of 2-3 tree lengths (an average of 300 feet) from an opening. This is based primarily on definable differences in micro climate (Concannon 1995). Interior old growth is thus that portion of a contiguous old-growth patch or block more than 300 feet inside the edge or perimeter of the block. Interior old growth tends to have different characteristics than the old-growth forest at the edge of a block, due to light interception by surrounding trees, buffering from the effects of wind, and the general absence of transitional plant species. Interior old growth provides wildlife with habitats protected from predator species that primarily use openings and the adjacent edges of forested areas.

The amount of interior forest depends on the shape of the stands and the abundance of openings. The relative amount of edge and interior forest in an area provides an index to the shape of the old-growth timber stands. The higher the ratio of edge to interior forest, the more linear or dendritic (i.e., branched or fingered in shape) are the stands. Prior to 1950, approximately 2.6 million of the 5.5 million acres of productive old-growth forest were within 300' of a forest edge of one type or another (e.g. beach, muskeg, lake), leaving about 2.9 million acres of interior old-growth forest. Timber harvest over the last 45 years has reduced the amount of interior forest to approximately 2.3 million acres. (It is merely a coincidence that the acreage reduction in interior old-growth is roughly equal to the acres harvested over the same time period. The harvest of blocks of old-growth forest containing interior old-growth will typically reduce the interior at a greater rate than the harvest, since remaining stands that had been interior may no longer be so - the remainder of the block may be too small or too narrow. However, not all past harvesting was done in interior old-growth stands. See Old-growth Assessment Panel Summary, 1996.)

Old-growth patches sometimes serve as the only habitat in a landscape for many lichens, fungi, bryophytes, plants, and small-bodied animals, all of which contribute to the biodiversity and productivity of the forest ecosystem. These patches may be critical for species that are locally endemic, occur only in very specific conditions of forest structure or soil, or have limited dispersal capabilities.

Residual green trees and dead wood in harvested areas function as a bridge between past and future forests. Green trees serve several ecological functions: they are available for snag recruitment, contribute to multi-storied canopies, provide shade and suitable habitat for many organisms, and serve as refugia and centers of dispersal. Patches of green trees of various sizes, ages, and species will promote species diversity of fungi, lichens, plants, and arthropods. Complex canopy

structure is beneficial for some lichens, and provides snow interception. Large green trees, snags, and coarse woody debris are important for many animals.

**Function**  Physical and related ecological processes create the environmental conditions which shape plant and animal communities. Significant natural processes on the Tongass National Forest include:

**The amount and pattern of rainfall.** (See Water, and the previous descriptions of the biogeographic provinces.)

**The effects of glaciation and time of recession of glaciers.** The distribution and age of the natural vegetation communities is partly the result of glacial advances and recession. The distribution of some animal species among the islands and the mainland is also attributed to the effect of glaciers.

**The lack of natural fire.** Fire has not been a major factor in shaping the vegetative conditions of the Tongass.

**The influence of wind.** Wind has been a widespread natural disturbance factor, shaping forested vegetation on the Tongass. Wind is a constant "small scale" disturbance force throughout most of the Forest, blowing down individual or small groups of trees and thereby creating small openings in forest stands. Wind can also be a "large scale" force at specific times and places; large blocks of trees (sometimes hundreds of acres) can be blown down in violent localized wind storms. Nowacki and Kramer (1995) discusses these natural events in relation to silvicultural methods.

These small-scale and large-scale influences of wind and other disturbance agents (such as landslides, soil slumping, erosion, insects and diseases, and avalanches) directly affect the way forests regenerate. Within-stand disturbances at the small scale are common. These result in "gap phase" regeneration: by creating small gaps in the forest canopy, sunlight is able to penetrate and stimulate new growth (a process called micro-cyclic succession). In the absence of major disturbances, an entire stand will eventually undergo gap phase regeneration, and at any one time will be in multiple stages of succession. Thus, trees of all ages will occur in a shifting but steady-state mosaic, with the death of old trees balanced by the growth of young ones. (This and the following are summarized from "The forest ecosystem and its management," Chapter 1 of the Conservation Assessment for Northern Goshawk in Southeast Alaska, Iverson *et al.* 1996).

Large-scale disturbances result in the replacement of an entire stand. Stand development following such disturbance occurs in four stages:

**Stand Initiation.** After the disturbance new individuals begin to grow immediately, from sprouting and seeds, and continue to appear for several years. Shrubs, herbs, and conifers grow together for up to 20 years, with hemlock and spruce gradually dominating the overstory. After 25-35 years, this overstory closes in, and nearly all the shrubs and herbs disappear.

**Stem Exclusion.** In this stage new individuals or species do not appear, but existing individuals compete for growing space, some growing larger and becoming dominant, others dying. Surviving trees form a closed canopy, light penetration to the forest floor is poor, and the understory lacks vegetative abundance or diversity. This stage can persist for over 100 years.



# 3 Environment and Effects

**Understory Reinitiation.** After about 150 years, as the canopy begins to thin, shade-tolerant shrubs, then evergreen herbs, begin to grow in the understory; conifers also regenerate but grow very slowly. The mature, even-aged forest stand reaches its peak in terms of timber volume, after which tree growth rates decline, tree deaths increase, openings are created, and the overstory becomes vertically stratified (with trees of different heights). However, the all-aged, multi-layered characteristics of old growth have not yet developed.

**Old growth.** Overstory trees begin to die from a number of causes (wind, insects, etc.), and some understory trees begin to reach the overstory. The stand now has a diversity of tree heights, widths, and ages, and a multi-layered canopy with irregular canopy gaps. Large standing and fallen dead trees are present. The understory is diverse in species. The stand age at which old-growth characteristics predominate varies with local conditions; the minimum age is thought to be 150 to 260 years. Dominant trees in Southeast Alaska old-growth stands generally exceed 250 years in age.

# Biodiversity

## Environmental Consequences

**Direct, Indirect, and Cumulative Effects**

The previous discussions in this section emphasized old-growth forests as the key to describing and understanding the biological diversity of Southeast Alaska and the Tongass National Forest. These old-growth forests, covering about one-half of the 17-million acres of the Tongass, are the primary habitat for the majority of the terrestrial wildlife species. Thus in discussing the potential consequences to biological diversity of the alternatives, old-growth forests as wildlife habitat, and as an ecosystem with uniquely-defined characteristics, will be the major focus. The Wildlife and Fish sections, including results of several panel assessments, address the habitat aspect (and include considerations of abundance, distribution, vulnerability, and so on). The discussion here focuses on general effects to the composition, structure, and functions of the old-growth forest ecosystem, including results of the old-growth ecosystem panel assessment.

Another major reason for focusing on potential effects to the old-growth resource is that most changes to the physical and biological environments of the Tongass resulting from the Forest Plan alternatives will occur in old-growth forest. The majority of potential alterations to vegetation are a direct result of timber harvest and associated road construction, and under any alternative harvest is limited to old growth for at least another six decades. While road construction may occur in all vegetation types (see also the sections on Soils and Water), timber harvest is limited to the productive old-growth forest component. In this context it can be said that the old-growth forest ecosystem is the one most "at risk" from continued Tongass National Forest timber management.

Table 3-5 gives a general overview of anticipated changes to the old-growth forest resource over time. This table displays, by Biogeographic Province, the maximum amount of productive old-growth that is estimated to be in a harvested condition after 10 and 100 years under each alternative. This is expressed as a percent of the estimated amount of productive old-growth forest that existed in 1954 (see discussion of Table 3-4 above). Information from this table is used below to evaluate potential short-term effects to biodiversity, and for comparing to panel assessment results (long-term effects) at the end of this environmental consequences section.

High volume old-growth is a special concern since past timber harvest has been concentrated in these stands. Table 3-6 displays the amount of original (1954) high volume old-growth remaining in 2095 by each province and among alternatives. Alternatives 11, 4 and 5 will retain the greatest amount (76 percent) of the original old-growth of those alternatives that schedule any timber harvest. Only 62 and 66 percent of the high volume old-growth will be retained in Alternatives 7 and 9, respectively.

**Short-term Effects.** The affected environment discussion noted that the current cumulative amount of timber harvest of productive old-growth forests in the biogeographic provinces, expressed as a percentage of the total productive old growth within the province in 1954, varies considerably. For example, five provinces have had more than 10 percent of their productive old-growth forests logged since 1954, with one (North Central Prince of Wales Island) as high as 24 percent. The amount of the 1954 productive old-growth forest no longer in an old-growth condition can serve as a general indicator of the potential loss of several



# 3 Environment and Effects

biodiversity aspects, including structural (within-stand) diversity, connectivity (unfragmented, continuous old-growth blocks), and age and species composition (including understory species). At some point the natural and historical composition and distribution of plant and animal species within an ecosystem or landscape may be altered to the extent that biodiversity (as previously defined) is not likely to be maintained across a biogeographic province, or the Forest. There is no particular number, percent or other measure that identifies this "point."

**Table 3-5**
**Productive old-growth forest planned for harvest by Biogeographic Province by alternative**

| Unit | Current[2] (1995) | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 | | 9 | | 10 | | 11 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 10 | 1 | 10 | 1 | 10 | 1 | 10 | 1 | 10 | 1 | 10 | 1 | 10 | 1 | 10 | 1 | 10 | 1 | 10 |
| 1 | 6 | 6 | 6 | 6 | 13 | 6 | 7 | 6 | 8 | 6 | 8 | 6 | 12 | 6 | 13 | 6 | 23 | 6 | 13 | 6 | 7 |
| 2 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 3 | 10 | 10 | 10 | 12 | 33 | 12 | 24 | 11 | 29 | 11 | 29 | 12 | 30 | 13 | 37 | 13 | 36 | 12 | 28 | 11 | 21 |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| 5 | 11 | 11 | 11 | 14 | 32 | 12 | 20 | 11 | 28 | 11 | 28 | 12 | 32 | 14 | 38 | 14 | 39 | 13 | 24 | 12 | 22 |
| 6 | 7 | 7 | 7 | 9 | 16 | 7 | 10 | 7 | 16 | 7 | 18 | 8 | 15 | 8 | 15 | 8 | 16 | 8 | 11 | 7 | 10 |
| 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | 3 | 3 | 3 | 4 | 12 | 3 | 5 | 3 | 9 | 3 | 9 | 4 | 11 | 4 | 12 | 4 | 11 | 3 | 6 | 3 | 7 |
| 9 | <1 | <1 | <1 | 4 | 16 | 1 | 10 | 1 | 8 | <1 | 8 | 4 | 15 | 5 | 24 | 4 | 19 | 1 | 14 | 2 | 8 |
| 10 | 9 | 9 | 9 | 12 | 40 | 10 | 35 | 10 | 38 | 10 | 36 | 14 | 37 | 12 | 48 | 12 | 41 | 11 | 36 | 11 | 8 |
| 11 | 8 | 8 | 8 | 11 | 34 | 12 | 29 | 10 | 31 | 10 | 31 | 11 | 32 | 11 | 41 | 12 | 37 | 12 | 33 | 11 | 23 |
| 12 | 2 | 2 | 2 | 5 | 11 | 5 | 9 | 4 | 10 | 4 | 10 | 4 | 11 | 7 | 19 | 6 | 13 | 5 | 10 | 5 | 12 |
| 13 | 13 | 13 | 13 | 16 | 35 | 14 | 29 | 14 | 31 | 14 | 32 | 14 | 33 | 19 | 49 | 16 | 37 | 14 | 32 | 14 | 28 |
| 14 | 24 | 24 | 24 | 27 | 49 | 25 | 40 | 24 | 45 | 24 | 41 | 25 | 41 | 27 | 56 | 27 | 54 | 25 | 42 | 25 | 37 |
| 15 | 6 | 6 | 6 | 9 | 25 | 9 | 19 | 7 | 24 | 7 | 23 | 9 | 24 | 12 | 36 | 9 | 28 | 9 | 21 | 7 | 16 |
| 16 | 11 | 11 | 11 | 14 | 24 | 12 | 18 | 12 | 22 | 12 | 22 | 12 | 22 | 14 | 31 | 15 | 33 | 12 | 19 | 12 | 18 |
| 17 | 1 | 1 | 1 | 2 | 9 | 1 | 4 | 1 | 6 | 1 | 4 | 2 | 6 | 8 | 47 | 9 | 53 | 2 | 4 | 1 | 3 |
| 18 | 1 | 1 | 1 | 6 | 27 | 5 | 16 | 4 | 23 | 4 | 23 | 7 | 26 | 7 | 39 | 7 | 36 | 6 | 19 | 4 | 16 |
| 19 | 1 | 1 | 1 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 1 | 2 |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | 3 | 3 | 3 | 5 | 9 | 4 | 7 | 3 | 8 | 3 | 7 | 4 | 8 | 5 | 10 | 5 | 9 | 4 | 8 | 4 | 8 |

[1] All figures represent the cumulative harvest of productive old-growth forest to the end of the period specified (present cumulative harvest, and at the end of one decade and ten decades of alternative Forest Plan implementation), expressed as a percent of 1954 productive old-growth. (Estimated acreages of old-growth harvest are contained in the Planning Record.)
[2] From Table 3-4.

# 3 Environment and Effects

### General Effects Considerations from the Panel

**Roads.** The greatest risk to the fish resource is caused by roads. Increased sediment yield, including yields from roads during construction, use during timber harvest activities, and lack of sufficient maintenance or proper closure following timber harvest activities, were all viewed as potential problems for maintaining fish resources. Roads were also viewed as causing risk to fish movement due to blocked culverts. At highest risk were stream-rearing fish, particularly cutthroat trout, that occupy the smaller headwater streams during some parts of their lives. Juveniles of stream-rearing fish are often highly mobile during their freshwater stage, moving seasonally between stream reaches. Some panelists expressed concern over the high likelihood that road failures would occur in heavily roaded watersheds. The consensus was that the rate of failure was largely dependent on storm events.

Riparian protection options were thought to provide little reduction in the risks to fish or stream channels caused by roads during construction. Road construction practices were considered by the panel to be an area requiring additional attention to insure that risks to fish and stream channels are not excessively high. Roads were also considered by the panel to increase the risk that improved access would contribute to over-harvest of fish by anglers.

**Timber Harvest.** Timber harvest activities increased risk to fish resources. Of particular concern was the protection of riparian areas including flood plains, areas of riparian vegetation, and certain wetlands associated with riparian systems. Also of concern was the amount of protection afforded steeper channels (often not fish-bearing) in the headwaters areas. Panelists considered it important to maintain the natural function of these steeper channels, including the V-notches. Forested leave strips were considered to be an important measure to insure protection of headwater areas. Protection of estuaries was also considered important when locating roads and timber harvest units. Adequate buffers between estuaries and logging and roading activities were considered in the point likelihood distribution. The panelists considered maintaining a high level of riparian protection to be important. All alternatives with lower relative levels of riparian protection exhibit higher panel ratings of risk to fish resources. Panelists agreed that, even with the highest level of riparian protection the risk of detrimental effects on fish would still be relatively high, in heavily impacted watersheds, due to cumulative impacts throughout the watershed.

**Watershed analysis.** The panelists identified watershed analysis as an important tool in tailoring riparian protection measures and road layout to site-specific conditions. Watershed analysis is considered to be "indispensable" if consideration is being given to modifying riparian protection guidelines to provide less protection: the application of watershed analyses would do much to avoid potential adverse effects to fish resources during resource management activities. Concern was expressed that standards be identified for an acceptable level of watershed analysis. (See Fish Forest-wide standards and guidelines in Chapter 4 of the Proposed Revised Forest Plan.)

**Riparian Protection Options.** The panel supported the application of different levels of protection for riparian areas associated with different levels of fish values. However, the panelists believed that all alternatives should receive Option 1 protection for the highest valued watersheds for fish and nothing less than Option 2 protection across the remainder of the watersheds. The additional protection afforded high gradient streams, particularly V-notches, by Options 1 and 2 were

thought to be particularly important to reducing the risk to stream channels and fish. The group believed stream channel conditions were degraded and risks to fish increased as timber harvest and the associated roads occurred at higher elevations in the watershed, on steeper slopes and on less stable soils. The buffers prescribed in the Riparian protection options were recognized to be subject to blowdown. The panelists believed generally as the buffer widths increased the risk of total buffer blowdown decreased.

**Additional Effects Analysis**

The fish and riparian panel evaluated Alternatives 1 through 9. Alternative 8 has been dropped from further consideration in the final EIS. Alternatives 10 and 11 were not evaluated by the panel but are analyzed in this section.

**Scope of the potential effects.** Past measures to protect fish habitat from the negative effects of land-disturbing management activities have focused primarily on site-specific conditions or stream reaches. Since fish populations can be affected by activities which alter the natural watershed processes a broader scope of analysis is necessary. Recent efforts to address salmon population declines in the Pacific Northwest broadened the scope of the analysis from the stream reach level to the watershed level. Both the Anadromous Fish Habitat Assessment (AFHA) and the Fish/Riparian Assessment Panel considered the effects of management activities in the context of watershed function and stream channel process. Analyses of management impacts on fish and riparian areas are conducted using VCU's as the basic land units. VCU's generally follow watershed boundaries and for analysis purposes can be considered to be generally equivalent to watersheds.

Except for Alternative 1, all alternatives increase the likelihood that fish dependent on the freshwaters of the Forest could be negatively affected by management activities. Although there are specific measures in each alternative designed to reduce the likelihood of significant degradation of fish habitat, there remains a risk to fish associated with management activities planned under each alternative. The relative likelihood of habitat degradation becomes greater with increases in miles of roads as well as with the amount, rate and location of timber harvest within a watershed. Timber harvest and associated management activities planned in those watersheds, in each alternative, have the potential to negatively affect stream channel processes, and thus fish habitat.

Except for Alternative 1, timber harvest activities on the Forest could potentially affect from 40 to 60 percent of the total Tongass anadromous and high value fish habitat (Figure 3-3). The analysis shows a lack of distinct differences in miles of class 1 streams which could potentially be affected in all alternatives (excepting Alternative 1). This suggests that fish habitat may be better protected with a higher level of riparian protection than by the application of reserves or non-timber management criteria.

> "We urge you to consider the multiple opportunities for the tourism industry including expansion of destination-oriented tourism facilities to increase the diversity and stability of the regional economy."

The AVA study expressed similar concerns in regards to public lands. One of the findings of the study was a concern for access to publicly-managed lands for commercial tourism purposes. Existing public lands which are accessible are at, or near, capacity. It further recommends "public access zones ... in which commercial tourism development may be allowed, while protecting the remaining areas around them." Another finding was the need for a "primary tourism zone where visitors can best be accommodated through a concentration of the industry's energies."

As the Tongass is the major backdrop for nearly all tourism to the area, and a destination for many, it will continue to play a major role in shaping the industry in the region. The challenge is in striking a balance between commodity uses, tourism requiring access and development, tourism requiring vast tracks of natural settings, and the local recreational and subsistence uses of the Forest. This challenge is similar to one of the marketing implications from the AVSP study:

> Alaska's first order of business is maintaining the quality of the Alaska visitor experience. This means preserving the natural environment which provides most of the state's main attractions as well as enhancing the manmade means for experiencing them. This must be done in the face of increasing visitor volume and pressure on some of the state's primary natural attractions. If the quality of the Alaska experience is diminished, negative word of mouth will hinder marketing, fewer visitors will repeat an Alaska trip, and volume is likely to drop. Conversely, if the quality of the experience is maintained and enhanced, repeat visitor volume will continue to increase and the state's best marketing method - positive word of mouth - will bring more first time visitors.

**Resident Lifestyle and Outdoor Recreation Needs**

The distance from Alaska to the lower 48 States and other parts of the world (with the exception of Canada), and the associated travel cost, are major reasons for the difference between resident recreationists and the visitors described in the surveys. The surveys indicate that visitors are generally older, often purchase package tours, utilize many expensive services, and spend relatively little time in remote settings while in Southeast Alaska. They travel primarily by ship and by air. This is in contrast with most places in the rest of the United States where the two groups are often much less distinctive (primarily due to motor vehicle travel).

Unfortunately, historic reporting of recreation use does not separate visitors and residents, making it impossible to distinguish the effects or values of the two groups from existing data. The state, while maintaining reasonably good records about visiting tourists, has few or no similar studies about resident impacts, values, desires, needs, or the effect of tourism on resident recreation opportunities.

Local residents of Southeast Alaska seem to value highly the opportunities for remote, uncrowded wildland and marine outdoor recreation. Most of Southeast Alaska is known for its abundant opportunities to "get away from it all." Many residents take advantage of this fact and frequently head for the wilds to boat, fish, hunt, camp, hike, beachcomb, pick berries, and to do the many other things possible in this vast region. Although the number of residents is small, many spend more time out of doors than their counterparts in the Lower 48. Because of the highly dispersed nature of this type of recreation, much of it is inconspicuous and easily overlooked and information about the amount of dispersed use is difficult to obtain. The most recent information available about the recreation habits and

# 3 Environment and Effects

effects of the local resident is the Alaska Public Survey (1979), and to a lessor degree, Statewide Comprehensive Outdoor Recreation Plans (SCORP).

Because of the nature of the geography and jurisdictional patterns in Southeast Alaska, it is assumed that most dispersed recreation takes place on National Forest lands or the saltwater immediately adjacent to National Forest Lands. The currently available data appears to either underestimate the nature and extent of many recreation activities or overcompensates in inconsistent ways. The net result is that while there is a general intuitive feeling by many that outdoor recreation opportunities and activities are highly important to residents, there is little recent documented evidence to clearly support this intuition.

The 1979 Alaska Public Survey did indicate the close attachment many residents have for the region. To quote from the report:

"Perhaps the most important findings are:

The importance of the region's natural resource base in providing an attractive setting in which to live and recreate. We found that, for many, the importance attached to and satisfaction derived from the region's environmental setting overshadowed the economic opportunities that the natural resource base provided. There is little substantial information to collaborate the belief, especially in the case of residents.

The strong attachment of residents to the region. Southeasterners live in the region longer, are more satisfied with community life there, and are more likely to mention other places in their present region of residence as good places to live than are the residents of Southcentral and Interior Alaska we interviewed.

Both of these tend to distinguish Southeasterners from other Alaskans we interviewed and explain their great concern with natural resource planning for the region's public lands. Because of their strong ties to the region, they are likely to persevere through considerable economic inconvenience, such as might accompany a major change in the region's economy, before they would move elsewhere. Many expressed an interest in pursuing another line of work if necessary to remain in the region." (Alaska Public Survey—Residents and Resources, ISER, University of Alaska).

Between 1967 and 1979 resident recreation "demand" changed significantly. The population increased about 1/3 and demand for recreation opportunities followed. There was also an increase in the per capita participation rate. The average southeasterner spent twice as much time participating in outdoor recreation activities than in 1967. This indicates a growing interest in recreational activities, much the same as the rest of the United States during the same period of time. On the other hand, for the first time the cost of pursuing recreation opportunities (boating and flying) was frequently mentioned as a barrier to participation. Outside of "lack of time" and "weather", the most significant "barrier" to participating in recreation activities in 1979 was stated to be insufficient places accessible from their communities for dispersed recreation. As the cost of access to recreation opportunities and places becomes more of a barrier to participation, the location of available sites and places become more important. Other barriers mentioned frequently were "equipment cost" and "need for better information about how and where to go."

In 1967, the lack of facilities was the most mentioned problem. This concern seemed to have been alleviated by 1979. Current public scoping indicates a rising concern about reopening trails, or building new trails near communities. Trails were the leading facility need identified in the 1992-1996 SCORP as well.

A sizable number of residents in 1979 indicated they would stop going to their favorite place if any of a number of development-related activities took place there. The two most detrimental changes that people feared would take place were: 1) more people (crowding), and 2) new timber harvesting activities.

Tables 3-40 and 3-41 indicate the activities participated in by Southeast Alaska residents in 1978-79. This can be compared with 1992 activities, Table 3-42. It displays a similar pattern of participation as occurred in the past, although activities in the surveys are not always comparable.

**Changes in Resident Recreation Patterns**

Several factors influence total resident recreation demand. Three important ones are: regional population, per capita participation, and recreation travel behavior. These are discussed below.

**Regional population**. As a region's population increases, so too should the demand for recreation opportunities in the region. If the pattern of recreation remains constant, the increase should be essentially proportional. In the five decades since 1930 the population of Southeast Alaska has increased more than 20 percent per decade except during World War II. Between 1967 and 1979 the region's resident population increased by about a third to approximately 60,000 people. In the past decade the State, as a whole, experienced a significant boom/bust economic shift triggered by the world pricing of oil, timber and fish. The result has been a rise and then fall of resident population to a point about equal to the population of 1979. The prognosis for the next decade is for the population of Southeast Alaska to show a slow increase, and a similar increase is expected for resident recreation use.