## Opinion/Editorial -- Tongass Forest Products Program

by Jim Webb, Acting Tongass Forest Supervisor

1/8/99

Congress and the Clinton Administration provided $16.5 million for a 1999 timber sale program of 155 million board feet on the Tongass National Forest. They also "earmarked" an additional $12.5 million

> *"for expenses directly related to timber sale preparation to facilitate a reliable timber supply and transition to value added processing for the forest products industry in Southeast Alaska, consistent with all applicable environmental laws......"*

These dollars and the work that will be accomplished are important to Alaskans, particularly those of us who live in the Southeast. People are offering ideas about how to accomplish this Appropriation Act language. We're grateful for those ideas and we are using some of them.

Here's how we plan to meet Congressional and Administration direction. We will offer 155 million board feet of timber and start the analysis for an additional 65 million board feet of timber to be sold in future years.

This work may be controversial. Last year we only sold 20 million of the 187 million board feet offered. Extremely soft Asian markets are the principal reason for this lack of interest in our timber offerings. Demand actually declined about ten percent per month from July to November. We will look at last years unsold sales to see if there is any way to make them more desirable given the current and expected market. All sales will be in full compliance with the revised Tongass Land Management Plan.

Many economic pundits predict a five-year slump in timber prices based on a slow Pacific-rim economic recovery. Cyclical marketplaces are not a new phenomenon for the Timber Industry. Diversification of products and adding value to raw materials here in Southeast Alaska are seen as two keys to a more reliable wood products industry in the future. We want to participate in the evolution of the forest products industry so that it is not so sensitive to market fluctuations.

One way to do that is to supply the right amount of product at the right time. We are exploring how best to do that in a draft report called "Evaluating Timber Demand for the Tongass National Forest." We'd like your comments on our ideas by January 15.

Another way is to explore the varied potential products available from National Forest System Lands.

We want to support Alaska entrepreneurs as they strive to "add-value" via richer manufacturing of forest products. These kinds of businesses could manufacture logs into finished products such as panelling, furniture, or decking, instead of chips. Other businesses could process berries into syrups, dressings, or candies, and thereby, open new markets for Southeast. We will be receptive to other yet-to-be discovered uses of forest products.

Opportunities exist for such value-added, sustainable forest-products development. In other parts of the U.S., these businesses are worth hundreds of millions of dollars annually. They contribute to the

economic vitality of diverse, prosperous, and sustainable communities. They help communities be less subject to the whims of single or limited markets.

So, we plan to spend about two million dollars this year to support the emergence of new value-added forest-products businesses. These funds will support small-business seminars, business incubation, community collaboration, market research, and training programs. This work will support communities and businesses in addition to the Southeast Alaska Community Economic Revitalization Team (SEACERT) effort, jointly supported by the State and Federal governments.

Please contact your local National Forest office for what sustainable forest-products development opportunities exist.

###