08/06/99   16:20   ☎202 720 4732        USDA-NRE                                    ☒002



**DEPARTMENT OF AGRICULTURE**
OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20250

AUG 6 1999

Mr. Mark A. Suwyn
Chairman and Chief Executive Officer
Louisiana-Pacific Corporation
111 S.W. Fifth Avenue
Portland, Oregon 97204

Dear Mr. Suwyn:

Your June 14, 1999, letter to Secretary Glickman formally committed Ketchikan Pulp Company (KPC), a wholly owned subsidiary of Louisiana-Pacific Corporation (LP), to install a veneer mill at Ketchikan (Ward Cove), Alaska, in participation with Gateway Forest Products, Inc. Your letter indicated that, assuming the appropriate agencies issue the necessary authorizing permits, the mill will be operational by June 15, 2000. Accordingly, your letter requested that the Forest Service provide KPC an offering term adjustment by one additional operating season pursuant to provision B8.21 of the long-term sale contract No. A10fs-1042, which is incorporated as modified in the Agreement of February 21, 1997 (the Agreement).

Separately, but also on June 14, 1999, KPC proposed changes to the annual operating plan for the Contract. That proposal consisted of two options based upon whether the veneer saw is installed. Option A assumes the veneer mill will become operational and proposed an operating plan by which KPC would need an offering term adjustment until October 31, 2000. Option B assumes no veneer mill is built and an offering term adjustment on the Klu/Hassler/Shrimp and the East 12 Mile offerings that KPC believes it is entitled to due to adverse weather conditions earlier this year. The letter accompanying the proposed changes did not otherwise seek an offering term adjustment with regard to Option B. By letter dated June 25, 1999, the contracting officer responded to the proposed changes. Because the contracting officer was unaware of your June 14, 1999 letter committing to install the veneer mill at Ward Cove, the contracting officer accepted only KPC's annual operating plan for proposed Option B and there was no final action taken on your request for offering term adjustment.

The Forest Service has determined that allowing KPC time to install and operate a veneer mill in Ketchikan would further the goal, established in the Agreement, of a smooth transition from the long term contract to future management of the Tongass. Because the Department of Agriculture (USDA) and the Forest Service are committed to this goal, USDA is requesting under provision B8.21(c) of the long-term sale contract No. A10fs-1042 that KPC delay operations for offerings as indicated in Option A of KPC's letter of June 14, 1999, or as specified in any modification to Option A approved by the Forest Service in the ordinary course of business. The delay is requested to allow KPC to slow its harvest so that the timber provided in the Agreement and not yet harvested can be harvested during the remainder of the current operating season and the year 2000 operating season, to be available with a minimum of deterioration as startup timber for the veneer mill which KPC proposes to build. The delay requested will involve approximately 210

Exhibit 9, page 1 of 2
001

Mr. Mark A. Suwyn                                                                           2

days in the year 2000 operating season. Hence, if KPC accepts this request for delay as set forth below, an offering term adjustment will be provided pursuant to B8.21 which extends the offering term date to October 31, 2000.

Nothing in the offering term adjustment granted as a result of the delay request made in this letter extends the termination of the Contract beyond October 31, 2000, as established in the Agreement. All harvest operation requirements must be met by that date. In the event that KPC seeks adjustments pursuant to B8.21 unrelated to this request, the Forest Service may grant KPC offering term adjustments as appropriate. However, the Forest Service will commensurately alter the length of this request for delay and adjustment so that the total adjustments will not extend beyond October 31, 2000, and in no event will the Contract or Agreement be extended beyond that date.

This request for delay of operations is made with the full expectation that KPC will honor its commitment, as later clarified, to install and operate the veneer mill by August 5, 2000. Accordingly, this request for delay and attendant offering term adjustment are subject to the following conditions: if by June 15, 2000, the installation of the foundation for the mill lathe has not been completed or if by August 5, 2000, the veneer mill is not in operation, KPC will be allowed only any offering term adjustment that has been otherwise earned and granted for reasons other than the delay requested in this letter (e.g. any offering term adjustment for delay caused by weather).

Sincerely,

*[signature]*

JAMES R. LYONS
Under Secretary
Natural Resources and the Environment


Accepted for Louisiana-Pacific Corporation



MARK A. SUWYN
Chairman and Chief Executive Officer
Louisiana-Pacific Corporation