# Kuiu Island Road Analysis

## Petersburg Ranger District

## Tongass National Forest

October, 2001

Patricia A. Grantham, District Ranger

Analysis Team:
Dan McMahon, Civil Engineer, Analysis Team Leader
Everett Kissinger, Soils Scientist
Mary Clemens, Recreation Forester
Jim Brainard, Wildlife Biologist
Rich Jennings, Silviculturist
Gina Siroy, GIS Specialist
Bob Moniz, Timber Economic Analyst
Bruce Sims, Hydrologist
Bill Pawuk, Ecologist
Russ Beers, Special Use Permits

## Project Overview

At the national level, the Forest Service is currently developing new management policy in regards to existing roads, new road development, and roadless areas within the national forests. Part of this policy is to use an analysis process that efficiently and accurately describes the biological, physical, social, and economic information essential to making sound road management decisions. The Road Analysis is a scientific assessment of the extent and current condition of the existing road system. The current condition of the road system can be used to compare to a desired condition identifying any needed changes.

## Project Objectives

The primary objective of the Road Analysis is to provide information to develop a road system that is safe and responsive to public needs and desires, is affordable and efficiently managed, has minimal negative ecological effects on the land, and is in balance with available funding for needed management actions.

The analysis itself is not a decision document. It contains both a description of the existing conditions as well as recommendations for a desired future condition. The information provided herein is meant to aid land managers in reaching decisions pertaining to the forest road network.

## Project Area

The Kuiu Island Road Analysis Project Area is located on the Petersburg Ranger District in Southeast Alaska, and is part of the Tongass National Forest. The entire island is included in the analysis area. The island covers approximately 753 square miles, or 482,102 acres. Approximately 99% of the island is National Forest land, with the remaining 1% a combination of State of Alaska and Native-selected lands. Surrounding the island are approximately 754 miles of tidal-influenced coastline, which also provides motorized access to the national forest.

There are no cities or towns on the island. A logging camp community occupied a site on the shore of Saginaw Bay during the 1970's, while another logging camp has operated in Rowan Bay from the mid 1970's to the present. No roads link the island to other islands or to the mainland. Access to the island is by boat, barge, or by floatplane. The nearest community is the village of Kake on Kupreanof Island, approximately 14 miles east of Saginaw Bay.

The interior of the northern part of the island can be accessed by forest roads leading from three sites on the shore; Rowan Bay, Saginaw Bay and Three Mile Arm. From each of these beach sites, a contiguous road sytem allows access to many of the watersheds located on the northern part of Kuiu, between Threemile Arm and Port Camden on the southern boundary to Saginaw and Security bays on the northern shore.

In the southern part of the island, south of Three Mile Arm, Port Camden and Pillar Bay, numerous small timber harvests were completed between 1930 and 1960. No roads were associated with these timber harvests and none is expected in the future since the land has been designated either wilderness or other land use designations which do not alllow road construction.

The landscape of the northern part of the island has changed through the years through development and resource extraction. Timber harvest and logging roads opened up the interior of the island from Saginaw Bay beginning in 1966 and from Rowan Bay in 1972. The two road headings were connected in 1979, forming the contiguous road system that exists today. Because of it's remote location, the road system on Kuiu Island has not been used extensively by the public. Most of the traffic on the roads has been related to the logging industry.

There are approximately 190 miles of National Forest System roads* on Kuiu Island. Approximately 147 miles of the forest roads are currently open and drivable for either standard passenger vehicles or pickup trucks. In addition to the classified roads, there are approximately 115 miles of temporary roads on the island. All of the forest roads were constructed in support of timber sales in order to transport logs to salt water for rafting to mills, except for a short boat ramp access road in Threemile Arm and an access road to the salmon egg boxes in Port Camden.

There are two Log Transfer Facilities located on the island, at Rowan and Saginaw Bays, which are both on national forest lands.

There are 8 Roadless Areas on Kuiu, each greater than 5,000 acres, that were identified and described in TLMP. These are Keku, Security, North Kuiu, Camden, Rocky Pass, Bay of Pillars, East Kuiu, and South Kuiu. In addition, there are 13 unroaded areas less than 5,000 acres each on Kuiu island.

---

* the following definitions are recent additions to the Forest Service manuals

**National Forest System road** – A classified forest road under the jurisdiction of the Forest Service.

**Road**  A motor vehicle travelway over 50 inches wide, unless designated and managed as a trail. A road may be classified, unclassified, or temporary.

**Classified Roads**  Roads wholly or partially within or adjacent to National Forest System lands that are determined to be needed for long-term motor vehicle access, including State roads, county roads, privately owned roads, National Forest System roads, and other roads authorized by the Forest Service.

**Unclassified Roads**  Roads on National Forest System lands that are not managed as part of the forest transportation system, such as unplanned roads, abandoned travelways, and off-road vehicle tracks that have not been designated and managed as a trail; and those roads that were once under permit or other authorization and were not decommissioned upon the termination of the authorization.

**Temporary Roads**  Roads authorized by contract, permit, lease, other written authorization, or emergency operation not intended to be a part of the forest transportation system and not necessary for long-term resource management.

**Recreation access** – Though not used heavily by the public, some comments have expressed concern about closing roads into favorite hunting and fishing areas. However, some public comments have asked for less open roads for more resource protection.

**Subsistence use** - Access for fish and game, firewood, sight seeing, berries and other forest products are all important components of the island lifestyle. Open forest roads continue to provide the link to these practices.

**Soil and water** - Public concerns echo management concerns about the effects of roads on the water resource.

**Road maintenance** – Agencies have expressed concern that closing roads without removing drainage structures can lead to fish passage problems. Also expressed is the need to maintain existing roads before allowing any more new road construction.

**Migratory fish passage** – Agencies and environmental groups have expressed concern that some culverts on forest roads have created barriers to both Class I and Class II fish migration.

## Kuiu Island Road History

There were no forest roads on the island until 1962, when during the Saginaw Creek No. 1 timber sale a road into the interior of the island was begun. Just under 4 miles long, this was the beginning of the main road that exists today connecting Saginaw Bay to Rowan Bay, approximately 20 miles to the south. There were no new roads added to the island until late in 1972, when Mud Bay Logging Company arrived in Rowan Bay with a floating camp and began construction on a shore camp, sort yard, and the first permanent road in the area. The logging camp at Rowan Bay has been in operation almost continuously since that time.

Prior to 1972, timber sales on Kuiu Island were purchased by various small independent operators, but the arrival of Mud Bay Logging began a 20 year period during which Alaska Lumber and Pulp Co. (ALP, later to be named Alaska Pulp Corporation, APC) was the primary timber purchaser on the island. Between 1972 and 1993, Mud Bay Logging Co., Pentilla Logging Co., Homer Construction Co., South Coast Inc., Rock-N-Road Construction Co., White Construction Co., Northern Timber Corpration, Sun Raven Corporation, Ludwigson-Davis Construction Co., APC and perhaps others combined to construct approximately 184 miles of classified roads and associated bridges and culverts on Kuiu Island. All of the roads constructed in this time period were built to access timber in fulfillment of a 50 year timber sale contract between the Forest Service and APC that began in 1954, and was subsequently terminated in 1993 by the Secretary of Agriculture.

Between 1994 and 2000, four independent timber sales have been purchased on the island. These timber sales combined have added approximately 6 additional miles of road onto the island road system. The following chart displays the annual and cumulative road construction on the island between 1973 and the present. Periods of no road construction occurred in 1983 and 1984 during a slump in timber and pulp prices, and between 1994 and 1998 after the long term contract was terminated and before the independent timber sale program had become active on the island.