FILED
JUN 1 1 2002
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

LODGED
MAY 2 3 2002

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SIERRA CLUB, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. J00-0009 CV (JKS) |
| ) | |
| MARK E. REY, et al., ) | |
| ) | |
| Defendants, and ) | |
| ) | ORDER |
| ALASKA FOREST ASSOCIATION, et al., ) | CLARIFYING |
| ) | INJUNCTION |
| Intervenor-Defendants. ) | |
| ) | |

The Forest Service is hereby enjoined from permitting timber harvest and road building in roadless areas until forty-five days after the Forest Service publishes in the Federal Register a notice of availability of the final supplemental impact statement ordered by the Court in the Court's order of March 30, 2001, at Docket No. 47, in this action. For purposes of this injunction, "permitting timber harvest and road building" includes the signing and implementing of decision documents for timber sales. For purposes of this injunction, an area is not considered to be a roadless area if it is within 1,200 feet of a road in existence on the date of this Order. For purposes of this injunction, timber harvest does not include bucking, yarding and removal of already felled timber. For purposes of this injunction, road construction does not include completion of a road in any location where the road right-of-way has already been felled. This injunction does not apply to timber harvest for right-of-way clearing and other activities associated with construction of the Swan Lake Electric Intertie project. This injunction does

Exhibit 12, page 1 of 2

176

not apply to timber harvest or road building authorized by a site-specific timber project environmental impact statement for which the notice of availability was published in the Federal Register prior to April 13, 1999 (*i.e.*, the date on which James Lyons, Under Secretary for Natural Resources and Environment, United States Department of Agriculture, signed his decisions on the administrative appeals of the revised Tongass Land Management Plan).

The order of April 26, 2002, at Docket No. 162, is hereby vacated.

Any decision documents for timber sales in roadless areas signed by the Forest Service after April 26, 2002, are hereby vacated.

**IT IS SO ORDERED.**

Dated at Anchorage, Alaska, this 11 day of June, 2002.

_____
JAMES K. SINGLETON, JR.
United States District Judge

J00-0009--CV (JKS)
-----------------------------------------------------
J. CLARK
H. SEAVER
B. LANDON (AUSA)

S. BRANDT-ERICHSEN
T. WALDO

Exhibit 12, page 2 of 2