# 3 Environment and Effects



**Figure 3.4-6**
**Southeast Alaska Timber Sector Direct Employment by Type, 1981-2001**

Note: These data, originally compiled by the Alaska DOL, are by place of work and do not include self-employed workers or proprietors. As a result, self-employed loggers are not included in these employment totals. In addition, employment totals include nonresident workers (i.e., workers who do not permanently reside in Southeast Alaska). Nonresident workers comprised 35 percent of total employment in the Southeast Alaska wood products sector in 1994 (see Figure 3.4-3).
Source: USDA Forest Service, 2002a; Alaska DOL, 2002a

**Current Conditions.** This section is divided into two parts that discuss the current status of the industry and projected future demand, respectively.

***Current Status of the Industry.*** It is clear from the preceding sections that the wood products industry in Southeast Alaska has undergone significant change over the past decade. The closure of the APC and KPC Pulp Mills in 1993 and 1997, respectively, has had a large effect on the overall regional demand for timber. Wood consumption by these pulp mills accounted for about half of Alaska National Forest timber harvest since 1970 and chip by-products (manufacturing residues) from the region's sawmills were historically used in pulp production (Brooks and Haynes, 1997). The KPC Pulp Mill, for example, required 190 MMBF of pulpwood and/or chips to operate at its reported full annual capacity of 210,000 tons of pulp (USDA Forest Service, 1997a; 3-450). The analysis prepared for the 1997 Forest Plan Revision Final EIS noted that, on average, 19 percent of Native Corporation harvests were reportedly used in pulp production. The 1997 Forest Plan Revision Final EIS also noted that an average of 17 percent of Tongass National Forest logs were classified as utility grade, meaning that they were more likely to be used for pulp or chips. This figure does not, however, necessarily indicate the amount of timber that was dedicated to pulp production, as lower grade sawlogs were also chipped for pulp and some utility logs may be sawn depending on market conditions.

Recent harvest data show a decline in the percent of annual harvest on the Tongass National Forest comprised of utility logs, with the utility log share declining from 19 percent in 1996 to around 9 percent in 1999 and 2000 (USDA Forest Service, 2002a). The preliminary results of a mill survey conducted by the Forest Service in 2000 indicate that 46.1 MMBF of utility and low grade saw logs were chipped in 2000 (26.9 and 19.2 MMBF, respectively). The majority of these chips were exported to pulp mills in the continental U.S. (61.6 percent) and Canada (31.3 percent), with just 7.1 percent consumed in Alaska. While these data indicate that a market existed for

chips in 2000, this is no longer the case. Utility logs originate from whole trees that do not meet sawlog specifications, or when part of a tree is defective but the rest meets sawlog specifications. Utility logs and sawlogs are mixed in the same tree stands and the loss of the market for wood chips has important implications for the economic viability of timber sales on the Tongass. As a result, timber sales on the Tongass now include an Optional Removal clause (Forest Service Handbook (FSH): 2409.22 Chapter 630) that allows sale purchasers to leave behind utility logs. These logs still have to be purchased as part of the timber sale but the purchaser no longer has to remove them, saving on logging and haul costs. The lack of a market for chips has also resulted in an increase in applications to export low grade round Sitka spruce and hemlock logs harvested on the Tongass.

More recently there have also been changes in the market for Southeast Alaskan lumber and other processed wood products. Japan has traditionally been the major destination market for Southeast Alaskan lumber and other processed wood products. In recent years, however, this situation has changed dramatically. In calendar year 2000, exports to Asian destinations (primarily Japan) accounted for 24 percent of the disposition of Southeast Alaskan sawnwood on a volume basis. The bulk of sales (62 percent) went to the continental U.S. for remanufacture and shipment to various markets, domestic and foreign, with the remainder going to Alaskan (9 percent) and Canadian markets (4 percent). Japan still dominates the log export market, but the value of this trade has declined by more than half over the last five years (USDA Forest Service, 2002a).

There are a number of reasons for this shift including Japan's lagging economic performance, the relatively robust U.S. housing construction market, and the structural changes that have occurred in the Japanese wood products and construction sectors. Solid-wood products from the west coast of North America, traditional mainstays of the wood housing construction materials market in Japan, have increasingly given way to composite and engineered wood products—products that are not currently produced in Southeast Alaska. New competitors have also entered the Japanese market, most notably the Europeans, who have dramatically increased their market share over the last decade. In the past Japan provided a lucrative market for Tongass National Forest products, especially those at the higher end of the quality spectrum. The U.S. market places less of a premium on particular species and grades, and, as a result, generally offers lower prices for Tongass products. Prices for all of the species harvested on the Tongass have declined considerably over the last five years (USDA Forest Service, 2002a).

> Reductions in demand and prices for Southeast Alaskan lumber products have affected the profitability of the region's remaining sawmills, which operated at 23 percent of available capacity in 2000.

These changes in demand and prices have had significant effects on the Southeast Alaskan wood products industry and the profitability of the remaining facilities. This is at least partially reflected in the results of the mill survey conducted by the Forest Service in 2000, which indicated that mills only used approximately 23 percent (68 MMBF) of available capacity (293 MMBF) (see Table 3.4-5). Available capacity was consistently defined for the purposes of the mill survey as two shifts per day with full production 250 days per year. The 1997 Forest Plan Revision Final EIS reported an average utilization rate of 66 percent during the 1985 to 1994 time period using variable standards to calculate capacity based on mill owners' estimates (USDA Forest Service, 1997a; Table 3-133). This difference in utilization rates may be partially explained by differences in methodologies, but the current low utilization rates may also indicate that changes in capacity are likely as the region's wood products sector adjusts to current supply and end-market realities. Under current market conditions, if a mill were to close, it is highly unlikely that it would be reopened or replaced by other processing capacity. It may, however, be noted that part-time operation of some of the smaller mills may fit into a seasonal schedule that involves other economic activities, such as commercial fishing or recreation-related activities.

# 3 Environment and Effects

**Table 3.4-5**
**Timber Processors in Southeast Alaska in Calendar Year 2000**

| | Estimated Mill Capacity (MMBF)[1] | Actual Mill Production (MMBF)[2] | % Capacity Utilized |
|---|---|---|---|
| **Major Operators** | | | |
| Annette Island Sawmill (KPC)[3] | 0 | 0 | 0 |
| Silver Bay, Inc. | 65 | 14 | 21 |
| Viking Lumber Co. | 60 | 13 | 22 |
| Gateway Forest Products (lumber)[3] | 0 | 0 | 0 |
| Gateway Forest Products (veneer) | 30 | 0 | 0 |
| Pacific Log & Lumber | 34 | 9 | 28 |
| **Smaller Operators** | | | |
| Metlakatla Forest Products[3] | 0 | 0 | 0 |
| Icy Straits Lumber Co. | 20 | 5 | 25 |
| The Mill | 20 | 7 | 36 |
| Kasaan Mountain Lumber & Log | 15 | 7 | 47 |
| Porter Lumber Co. | 14 | 4 | 30 |
| Herring Bay Lumber | 10 | 0 | 0 |
| Other Small Mills[4] | 26 | 9 | 34 |
| **Total** | **293** | **68** | **23** |

[1] Estimated mill capacity is an estimate of the processing capability of the mill based on the amount of net sawlog volume (Scribner log scale) that could be utilized by the mill, as currently configured, during a standard 250-day per year, two shifts per day, annual operating schedule, not limited by labor force, raw material, or market constraints. These data were compiled as part of the Forest Service's mill survey for calendar year 2000.
[2] Actual mill production is the net sawlog volume (Scribner log scale) that was used during the year to manufacture sawn products.
[3] The estimated mill capacity was adjusted between the Draft and Final SEIS to account for the permanent closure of the Annette Island Sawmill, Metlakatla Forest Products, and Gateway Forest Products (lumber) facilities. This involved adjusting the actual mill production and percent capacity utilized columns to exclude production at the Gateway (lumber) facility in 2000. There was no production at the Annette Island Sawmill or Metlakatla Forest Products facilities in 2000. These adjustments resulted in a revised estimated mill capacity of 293 MMBF, actual mill production of 68 MMBF, and a 23 percent utilization rate.
[4] Includes mills with estimated capacities less than 10 MMBF.
Source: USDA Forest Service, 2001a.

The estimated mill capacity data presented in Table 3.4-5 was adjusted between the Draft and Final SEIS to account for the permanent closure of the Annette Island Sawmill, Metlakatla Forest Products, and Gateway Forest Products (lumber) facilities. There was no production at the Annette Island Sawmill or Metlakatla Forest Products facilities in 2000 and these mills are assumed to be permanently closed. Gateway Forest Products (Gateway) filed for bankruptcy in 2001 and announced in April 2002 that the sawmill and veneer mill they owned in Ketchikan would be auctioned off to resolve the bankruptcy. The sawmill was auctioned off, but the city of Ketchikan purchased the veneer plant with the expectation of finding an operator to take it over (it is currently shutdown). The estimated mill capacity data in Table 3.4-5 was revised to reflect the loss of this sawmill capacity and the actual mill production and percent capacity utilized columns were adjusted to exclude the lumber production that occurred at the Gateway sawmill in 2000. Although it is currently shutdown, the veneer mill formerly owned by Gateway is included as part of the regional mill capacity. The above adjustments resulted in a revised estimated mill capacity of 293 MMBF, actual mill production of 68 MMBF, and a 23 percent utilization rate. (Table 3.4-5).

Silver Bay Logging announced in February 2003 that it has filed for Chapter 11 reorganization with the U.S. Bankruptcy Court, citing depressed lumber prices and increased costs to harvest Federal timber sales as the principle reasons for the filing. The company also announced that they plan to continue operating and plan to harvest approxmately 25 MMBF of timber in 2003.

Several individuals and organizations commenting on the Draft SEIS noted that uncertainty surrounding Federal land use policy on the Tongass National Forest has had a negative effect on investment in the wood products industry. While it is possible that uncertainty regarding the stability of future supplies of Federal timber in the region may have helped discourage investment, a number of other changes, primarily market-related, have also had significant effects on the region's timber industry. These changes are discussed in the preceding paragraphs.

The adjusted installed production capacity for 2000 (293 MMBF), which excludes the Annette Island Sawmill, Gateway Forest Products (lumber), and Metlakatla Forest Products facilities, is used as one benchmark to evaluate the alternatives in the long-term wood products effects portion of this section.

***Projected Demand.*** Demand for Southeast Alaskan wood products depends upon changing technology, developments within consumer markets, including economic growth in key markets and changes in consumer tastes and preferences, and developments in other producing regions whose products compete with those of Alaska. The capacity and efficiency of Southeast Alaska mills coupled with the availability and cost of raw material inputs determines the ability of local producers to compete in export markets.

> Brooks and Haynes' (1997) medium projection for 2005 is used as one benchmark to evaluate the alternatives. This projection estimates that 152 MMBF of Tongass timber would be harvested in 2005.

Brooks and Haynes developed projections of Alaska National Forest timber harvests in 1990. These projections were subsequently revised in 1994 and again in 1997 to reflect changes in the Alaska forest products sector, specifically closure of the pulp mills in Sitka and Ketchikan. Brooks and Haynes 1997 report used three alternative scenarios—low, medium, and high—to display a range of possible future "demand." All three scenarios assume that Southeast Alaskan lumber exports (particularly to Japan) will be limited. North America's share of Japanese lumber imports is assumed to range from 70 percent (low scenario) to 76 percent (high scenario) in 2010. Alaska's share of North American shipments to Japan is assumed to increase from less than 1 percent in 1996 to nearly 3 percent by 2010 under the medium scenario. In addition, U.S. domestic markets are assumed to be the destination of 25 percent of Alaska's production. Under this scenario, lumber production was predicted to increase to 158 MMBF in 2010. Brooks and Haynes (1997) note that even this projected gain in market share would be a reversal of trends observed over the preceding two decades. Low grade logs or residues from lumber manufacturing formerly used in pulp production are assumed to be exported. A final assumption employed by Brooks and Haynes is that harvests on private lands would stabilize at around 75 MMBF by 2005, with private and State harvests accounting for a combined total harvest of 91 MMBF through 2010.

Brooks and Haynes' (1997) medium projection for 2005 is used as a benchmark to evaluate the alternatives in the long-term wood products effects portion of this section. This projection, summarized in Table 3.4-6, estimates that 152 MMBF of Tongass timber would be harvested in 2005. This estimate is consistent with the 2002 demand analysis that was developed to comply with Section 101 of TTRA and ensure that annual timber sale offerings are consistent with market demand (USDA Forest Service, 2000). Comparing Brooks and Haynes' medium scenario for 2005 with actual data for 2000 suggests that there would be a net loss of approximately 76 jobs between 2000 and 2005. There would, however, be a shift from logging to sawmill employment as a result of projected increases in lumber production coupled with projected decreases in private and state harvest totals (Table 3.4-6).

The scenario presented in the previous paragraphs is not intended to indicate the range of potential outputs and industrial activity possible from timber harvests on the Tongass National Forest. It merely describes possible levels of activity given certain assumptions and provides one benchmark for evaluation in the effects analysis (see Figure 3.4-15). The results of the 2000 mill survey and data from the annual Timber

# 3 Environment and Effects

Supply and Demand reports suggest a number of differences between Brooks and Haynes' (1997) assumptions and actual conditions in 2000. This is discussed further in the environmental consequences section.

**Table 3.4-6**
**Southeast Alaska Timber Production and Employment, 1995 to 2005**

|  | Actual 2000[1] | Brooks and Haynes 2005[2] |
|---|---|---|
| **Volumes Produced** | | |
| Tongass Harvest (MMBF log scale) | 147 | 152 |
| Private & State Harvest (MMBF log scale) | 191 | 91 |
| Total Harvest (MMBF log scale) | 338 | 243 |
| Log Exports (MMBF log scale) | 270 | 87 |
| Lumber Production (MMBF lumber tally) | 87 | 133 |
| Pulp Production (million tons) | 0 | 0 |
| Chip Exports (million tons) | 179 | 187 |
| **Employment (Average Annual)** | | |
| Logging | 711 | 474 |
| Sawmills | 280 | 443 |
| Pulp | 2 | 0 |
| Wood Products Total | 993 | 917 |
| Total (Direct, Indirect, and Induced)[3] | 1,955 | 1,836 |
| **Employee Earnings (Million 2000$)** | | |
| Direct Earnings | 44.0 | 40.7 |
| Total (Direct, Indirect, and Induced)[3] | 62.7 | 58.9 |

[1] These data are actual statistics for 2000. Earnings were estimated using 1999 data adjusted to account for the decrease in employment between 1999 and 2000.
[2] The data on volumes produced are from Brooks and Haynes, 1997. Logging and sawmill employment estimates were calculated using the logging jobs/total harvest and sawmill/lumber production ratios used in the effects analysis. These ratios, which are based on average annual employment ratios from 1990 to 1994, are 1.95 for logging and 3.33 for sawmills. The corresponding averages based on the 2000 data in this table are 2.10 for logging and 3.21 for sawmills.
[3] Total employment and income effects were calculated using Type II Employment and Income multipliers for the logging and sawmill sectors (see Table 3.4-4).
Sources: USDA Forest Service, 1997a (Table 3-134); Brooks and Haynes, 1997; USDA Forest Service, 2002a; Alaska DOL, 2001e.

*Recreation and tourism in Southeast Alaska has increased significantly over the past decade and was the largest resource dependent sector in terms of employment and earnings in 2001.*

### Recreation and Tourism

Recreation and tourism within Southeast Alaska has increased significantly over the past decade. Nonresident recreation and tourism accounted for an estimated 4,278 jobs in Southeast Alaska in 2001 (direct employment only). This figure comprised approximately 11 percent of total employment in Southeast Alaska in 2001 and was the largest resource-dependent sector in terms of total direct employment and earnings (Table 3.4-3).

A distinction is made between resident recreationists and nonresident visitors for the purposes of this analysis because significant differences exist between these groups. Surveys indicate that visitors are generally older, often purchase package tours, use many expensive services, and spend relatively little time in remote settings while in Southeast Alaska. This is typically the case with cruise ship passengers, who presently comprise a majority of the visitors to the region. The distinction between resident recreationists and nonresident visitors is also important from an economic impact assessment perspective. Jobs generated by nonresident expenditures on goods and services are considered comparable to an export industry that brings new money into the region, creating new wealth and development opportunities. Multipliers are used to analyze the impact of "new" money coming into the regional economy. Expenditures by local residents represent a recirculation of money that is already present in the regional economy and are, therefore, not typically identified as "new" money. That is not to say, however, that

In some communities, this potential loss of logging and related employment would be exacerbated by a loss of jobs in local Forest Service offices. Closure of the Tongass National Forest's timber program could reduce the Forest's budget by as much as a third, which would in turn lead to a reduction in employees, specifically those directly and indirectly related to the timber program (see the Tongass National Forest Budget discussion at the end of this section). While it is possible that some existing Forest Service employees would be assigned to other tasks, it is likely that some reduction in Forest Service employment would occur under this scenario. Forest Service Ranger District offices are located in Craig, Hoonah, Juneau, Ketchikan, Petersburg, Sitka, Thorne Bay, Wrangell, and Yakutat. All of these offices, with the exceptions of Hoonah, Juneau, and Yakutat, have more than 10 employees that work in forestry programs. The loss of these jobs or some of these jobs would be especially hard felt in the smaller communities, such as Craig and Thorne Bay.

> Allowable Sale Quantity (ASQ) is the maximum quantity of timber that may be scheduled from suitable lands on the entire forest. Usually expressed as an annual average, it is a ceiling not a future sale level projection or target.

### Long-term Effects

This section addresses the potential effects of the alternatives on the future supply of National Forest timber based on the available ASQ calculated for each alternative. The ASQ is the maximum quantity of timber that may be scheduled from suitable lands on the entire Forest for a 10-year period (36 CFR 219.3). It is usually expressed as an annual average. The ASQ is a ceiling; it is not a future sale level projection or target and does not reflect all of the factors that may influence future sale levels. This is discussed further in the *Timber* section of this document. The estimated ASQ by alternative is the maximum amount of timber that may be scheduled for sale from the suitable lands identified under each alternative. The ASQ consists of two non-interchangeable components (NICs): NIC I, which includes lands that can be harvested with normal logging systems, and NIC II, which is comprised of lands with especially high logging costs usually due to isolation or special equipment requirements. Acres included in the ASQ but not in NIC I are more costly to harvest and not likely to be cut under current market conditions.

Estimated annual average ASQ and NIC I volumes are presented by alternative for the first decade following implementation in Table 3.4-17. These volumes are divided into general log class and species type based on the ratios identified in Table 3.3-5. This table also includes projected non-National Forest harvests, which are assumed to be 91 MMBF based on Brooks and Haynes' (1997) estimate for 2005 (see Table 3.4-6 of this document). Harvest from private lands comprises the majority (75 MMBF) of the non-National Forest harvest, with harvest from other public lands accounting for the remaining 16 MMBF. As previously noted, harvests from private lands are exported as logs and not processed locally. Harvest from the Tongass National Forest accounted for 92 percent of the wood sawn in Southeast Alaska in 2000. Harvest from State land accounted for 7 percent (USDA Forest Service, 2001a). Estimated supply by alternative is presented graphically in Figure 3.4-14 using the NIC I volumes only.

The following section is divided into three parts. The first two parts evaluate the alternatives in terms of projected demand for 2005 and installed production capacity identified during the Forest Service's 2000 mill survey, respectively. The third part assesses the long-term effects of the alternatives in terms of employment and income.

**Demand.** Brooks and Haynes' (1997) medium projection for 2005 is used as one benchmark to evaluate the alternatives. This projection, summarized in Table 3.4-6, estimates that 152 MMBF of Tongass timber would be harvested in 2005. This estimate is consistent with the 2002 demand analysis that was developed to comply with Section 101 of TTRA and ensure that annual timber sale offerings are consistent with market demand (USDA Forest Service, 2000a). This projected level

Exhibit 14, page 14 of 16

10_010294

# 3 Environment and Effects

**Table 3.4-17**
**Estimated Timber Supply (First Decade Annual Average)**

|  | 2005[1] | Alternative | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| **Total ASQ Harvested (MMBF log scale)[2]** | | | | | | | | | |
| Hem-Spruce Sawlogs | – | 158 | 158 | 144 | 158 | 127 | 56 | 106 | 59 |
| Hem-Spruce Chip logs | – | 73 | 73 | 66 | 73 | 59 | 26 | 49 | 27 |
| Cedar Logs | – | 28 | 28 | 26 | 28 | 23 | 10 | 19 | 11 |
| Total Tongass | 152 | 259 | 259 | 236 | 259 | 209 | 92 | 174 | 96 |
| Non-Tongass National Forest[3] | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 |
| **Total Southeast Alaska** | **243** | **350** | **350** | **327** | **350** | **300** | **183** | **265** | **187** |
| **NIC 1 Only Harvested (MMBF log scale)[2]** | | | | | | | | | |
| Hem-Spruce Sawlogs | -- | 130 | 130 | 118 | 130 | 105 | 46 | 87 | 48 |
| Hem-Spruce Chip logs | -- | 59 | 59 | 54 | 59 | 48 | 21 | 40 | 22 |
| Cedar Logs | -- | 23 | 23 | 21 | 23 | 19 | 8 | 16 | 9 |
| Total Tongass | 152 | 212 | 212 | 194 | 212 | 171 | 75 | 143 | 79 |
| Non-Tongass National Forest[3] | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 |
| **Total Southeast Alaska** | **243** | **303** | **303** | **285** | **303** | **262** | **166** | **234** | **170** |

[1] The 2005 baseline estimate is from Brooks and Haynes (1997) (see Table 3.4-6).
[2] ASQ and NIC I estimates were divided into species and log grades based on the ratios identified in Table 3.3-5.
[3] This 91 MMBF is from Brooks and Haynes' 2005 projection and consists of 75 MMBF from private lands and 16 MMBF from other public lands. Following the historic pattern, harvest from private lands is assumed to be exported in log form and not processed in Southeast Alaska. Non-Tongass harvest levels are assumed to be constant across alternatives.
ASQ = Allowable Sale Quantity
NIC I = Non-Interchangeable Component I. NIC I includes lands that can be harvested with normal logging systems.



**Figure 3.4-14**
**Estimated Supply by Alternative: NIC I Only (First Decade Annual Average)**

Notes:
1. The 2005 baseline is from Brooks and Haynes (1997) (see Table 3.4-6).
2. The NIC I amounts presented here represent the maximum volumes that could be harvested under each alternative. It would take unprecedented market conditions for the entire NIC I volume to be harvested and sold. Historically, around 70 percent of the estimated NIC I volume has been sold and harvested.
3. The Non-Tongass National Forest component is from Brooks and Haynes' 2005 projection and consists of 75 MMBF from private lands and 16 MMBF from other public lands. Following the historic pattern, harvest from private land is assumed to be exported in log form and not processed in Southeast Alaska. Non-Tongass harvest levels are assumed to be constant across alternatives.

Exhibit 14, page 15 of 16

10_010295

of demand is compared with the estimated annual average NIC I component of each alternative for the first decade folloiwng implementation in Figure 3.4-15. It is important to understand that like the ASQ volume, the NIC I component is not a future sale level projection or target. Rather, it represents the maximum volume that could be harvested with normal logging systems. It would take unprecedented conditions to meet the maximum volume authorized for each sale by the programmatic Forest Plan. In order for this to occur, sales would need to consistently meet the upper limits established by the 1997 Forest Plan's standards and guidelines regulating timber sale design and resource protection. The sales would also need to meet the economic criteria required to sell and sale implementation would need to not be affected by litigation. Realistically, approximately 70 percent of the total volume allowed by the NIC I ceiling can be expected to be sold and harvested under any of the alternatives. This is reflected in the second set of bars on the supply side of Figure 3.4-15.

**Figure 3.4-15**
**Projected Demand and Estimated Average Annual Supply, First Decade**



Notes:
1. The estimated demand for 2005 (152 MMBF) is based on the Brooks and Haynes (1997) medium scenario.
2. Estimated supply by alternative is based on the projected volume of the NIC I component of the ASQ. The projected volume of the NIC I component is not a projected harvest level. Realistically, approximately 70 percent of the total volume allowed by the NIC I ceiling can be expected to be sold and harvested under any of the alternatives. This is reflected in the second set of bars on the supply side of the figure.

The Brooks and Haynes 2005 scenario provides one benchmark against which to evaluate potential harvest levels by alternative. As discussed in the affected environment section, this scenario merely describes possible levels of activity given certain assumptions. As no supply curves and subsequent price equilibrium are used in these studies, their results do not correspond to an economic concept of demand and are more correctly viewed as predicted levels of production and sales under key assumptions. It is, therefore, important to note that the results of the Forest Service's 2000 mill survey and data from the annual Timber Supply and Demand reports, suggest a number of differences between Brooks and Haynes' (1997) assumptions and actual conditions in 2000. Brooks and Haynes assumed, for example, that North