#  Alaska Timber Industry Health

### Issue
A reliable economic timber supply, new durable markets, and more efficient timber harvesting and processing infrastructure is necessary for the Alaska timber industry to survive.

### Background
The timber industry in Alaska over the last eight years has significantly declined in economic health.

The Pacific Rim market for timber products has considerably changed due to new suppliers and modifications to Japanese building codes. The Alaska industry struggles to replace the demand.

The industry, prior to 1994, enjoyed more efficiency from the infrastructure than what exists today. Markets existed for products produced; support services were in operation throughout the region; and, considerably more timber volume was being moved providing advantages in economies of scale. Today, nearly fifty percent of the volume harvested has limited market potential, support services are lacking, and operational inefficiencies are abundant.

As for supply, village corporation lands are, for the most part, harvested with exception of the Regional Corporation. Sealaska is actively managing their lands for the round log export market.

Federal lands are the primary source of timber. In 1997, the Forest Service revised the *1979 Tongass Land Management Plan* (TLMP) resulting in an allowable sale quantity (ASQ) of 2.67 billion board feet per decade as compared to 4.5 billion. In 1999, Jim Lyons, Under Secretary of Agriculture for Natural Resources and Environment, modified the Plan with an ASQ of 1.87 billion. Later, the District Court of Alaska enjoined the 1999 modification leaving the 1997 Plan with caveats, as the guidance document for the Tongass.

### Industry Vision
The industry vision for Alaska is an integrated timber manufacturing trade requiring an annual offer of 360 million board feet from the Tongass, with a supply of volume under contract of 1.08 billion board feet. The assumption being the industry will expand to utilize it.

The Revised Plan allows this level within the confines of the ASQ for the remainder of the decade. However, the Forest Service would need to rebuild its infrastructure to meet the demands of project development, be funded at over twice its current appropriation, require approximately five years to build a pipeline, and the harvest level would not be sustainable under the current plan.

### Current Situation
The Forest Service is working to facilitate the rebuild of the industry.
- Injunction on preparing sales in roadless until completion of SEIS was up April 21 although US 9th Circuit Court decision in Dec. 2002 reinstated the 2001 Roadless Rule  A permanent injunction was ordered on the Roadless Rule by the Dist. Court of Wyoming in July 2003;
- As a result of a settlement agreement, proposed rules to exclude the TNF from the Rule was published July 15;
- Existing timber sale contracts have been allowed extension to provide opportunity for new markets and better economic operational conditions;
- Ten-year timber sale contracts are being evaluated;

**Briefing Paper**
**July 2003**



Exhibit 15, page 1 of 2

## Alaska Timber Industry Health

- Stumpage relief or cancellation is currently being sought on projects established under old market scenarios;
- Alaska timber products are being tested to determine if higher quality species designations can be created; and
- Modifications to timber harvest utilization standards, road construction techniques, scaling requirements and export criteria are being evaluated for economically marginal sale offerings.

**More Information**
  Forrest Cole, Alaska Region Director of Forest Management, 907-586-7875.

Updated July 2003.

Briefing Paper
July 2003



ALASKA Region
US DEPARTMENT OF AGRICULTURE • FOREST SERVICE

Exhibit 15, page 2 of 2