

Click here to return to the original story

## Kake grieves as search continues

### Funerals to be held today for three hunters

With school suspended in Kake for the rest of the week, volunteers continued searching Tuesday in below-freezing temperatures and strong winds for one of its students.

Funeral services are scheduled today at the community building in Kake for David Mills, 14, his father, Rick Mills, and a family friend, Gery Davies.

But volunteers are still looking for David, a ninth-grader at Kake City School. Late last week, the U.S. Coast Guard found the bodies of Rick Mills, a teacher at the school, and Davies, the 28-year-old son of two Kake teachers. The 16-foot skiff they were in was found near their home island's northern shore. The Kupreanof Island community of about 700 residents is 95 miles southwest of Juneau.

The Mills and Davies left Kake for a hunting trip to Admiralty Island, north across Frederick Sound, the Coast Guard reported. They were expected home on the night of Tuesday, Dec. 30. The Coast Guard received a report the next night that they were late.

Coast Guard Cmdr. Michael Kendall said that from the way the overturned skiff was discovered and the way the debris was scattered Thursday, it appeared that the three were within a half-mile of shore when disaster hit.

The Coast Guard suspended its search for David Mills on Saturday. Alaska State Troopers suspended their efforts Sunday. Kendall said it was a difficult decision for crews that put so much into the 53-hour search.

"They like to go out and save people," he said.

Meanwhile, volunteers are still looking for David.

"They probably will be until David is found," said Kake City School Superintendent Eric Gebhart.

Kake Police Officer Jerry Funk said fewer people were searching Tuesday, and the efforts were limited to the land because of the weather. Few boats were able to go out because of high winds and rough seas.

**Exhibit 18, page 1 of 2**

http://juneauempire.com/cgi-bin/printit2000.pl                                    11/15/2005

Efforts to continue the search went beyond the people actually out looking. Women are making cocoa, soup and sandwiches for the volunteers, he added.

The bodies of Rick Mills and Davies were returned to Kake Tuesday. Before a service Tuesday night, people went to offer small prayers at the community hall, Funk said.

"I've never seen a line of cars like this," he said.

He said a funeral service was scheduled for today.

"Everyone's sort of scratching their heads over this," he said.

Gebhart said Mills was a popular teacher. The school currently has about 150 students in kindergarten through the 12th grade.

In addition to coaching wrestling, Mills taught math, Native arts, health and auto mechanics. His wife also teaches at the school, Gebhart said. Aside from David, he had a son and two daughters attending the school.

Kendall said the two bodies, close to shore about 12 miles apart, were sighted from three Sitka-based helicopter crews that participated in the search. Rick Mills was found Thursday and Davies was found Friday.

The Petersburg-based Coast Guard cutter Anacapa also covered the search area, Kendall said.

Searchers worked amid high seas with winds gusting to 46 mph, he added.

"We thought it was a land search initially," he said.

Before the discovery of Mills indicated the hunting party was a victim of a boating accident, searchers believed the party had attempted to make cellular telephone calls into Kake.

The search extended to both sides of Frederick Sound and extended as far northeast as Seymour Canal and all the way to Point Gardner on the southwestern tip of Admiralty Island, he said.

"Unfortunately, at some point we have to say there is no way a person can be found alive," he said.

• Tony Carroll can be reached at tony.carroll@juneauempire.com.

Click here to return to story:
http://www.juneauempire.com/stories/010704/sta_kake.shtml

Exhibit 18, page 2 of 2