

United States
Department of
Agriculture

Forest Service

Tongass National Forest

R10-MB-446b

# Threemile Timber Harvest
## Final Environmental Impact Statement

April 2004





Exhibit 22, page 1 of 16

# Environment and Effects 3

## Environment and Effects of the Significant Issues

**Discussion of Significant Issues**

A significant issue provides the focus for one or more alternatives and can be used to compare alternatives and to track environmental effects throughout the analysis. Significant issues for the Threemile Project Area were identified through public and internal scoping. Chapter 1 describes the process used to identify issues. Similar issues were combined where appropriate.

Once a significant issue is identified, measures are identified to analyze how each alternative responds to the concern. Measures are chosen that are quantitative (where possible), predictable, responsive to the issue, and linked to cause and effect relationships. These measures describe how the alternative affects the resource or resources at the heart of the issue.

The issues that were determined to be significant and within the scope of the project decision are:

- Issue 1: Road Development and Access Management (Issue 1: Roads)
- Issue 2: Timber Sale Economics and Timber Supply (Issue 2: Timber)
- Issue 3: Inventoried Roadless Areas (Issue 3: Roadless Areas)

## Issue 1: Road Development and Access Management

**Introduction**

The Kuiu Island road system is an isolated road system with no direct access to any communities or other road systems.  Access to the island is via boat, barge, or floatplane. Road system connections are at Rowan Bay, Saginaw Bay, and at Threemile Arm. Though Kake is the nearest community to the roaded portion of the island, travelers from Angoon, Juneau, Kake, Petersburg, Point Baker, Port Protection, Sitka, and Wrangell sometimes visit the island and use the forest road system.  Other individuals that use the road system, including people from out of state, usually hire an outfitter or guide.

The road system was constructed primarily for access to the interior of the island for silvicultural purposes (Figure 3-1).  Traffic on the island in the 1970s and 1980s generally consisted of Forest Service and timber purchasers' employees traveling to and from work areas.  Occasionally, and increasingly in the latter 1990s, hunters and sport fishermen have used the forest roads for recreation. However, the predominant uses of the island roads have been timber related.

For over two decades, the road system on Kuiu Island expanded to access timber stands in fulfillment of the long-term contract between the Forest Service and Alaska Pulp Corporation (APC).  In 1993, the long-term contract was terminated, which subsequently slowed down the amount of roads constructed annually on the island.  After the Forest Plan was completed (1997), changes in LUDs from development to non-development created opportunities to close some roads not needed in the near future.  Timber production from development LUDs on Kuiu as part of the regional timber program continues.  Road development and access management include decisions about where and why new roads are needed, where to upgrade existing roads, and where and why existing roads should be closed to vehicle traffic.  Who uses the roads, where, when and how, and what effects roads and road usage have on the ecosystem are all part of access management.

The Road Analysis Process (RAP) for the Threemile Project Area is a tiered, science-based system of analysis.  The first layer is the Forest-wide RAP, analysis of the whole Tongass National Forest. The second layer is the Kuiu Island RAP, an analysis of the transportation system on all of Kuiu Island, including the Threemile Project Area. The detailed road management objectives for each road segment in the Threemile Project Area are included in Appendix B.

**Affected Environment**

The forest road system on Kuiu Island was constructed for timber management.  There were no forest roads on the island until 1962 when a road about four miles long was constructed into the interior of the island from Saginaw Bay.  This was the beginning of the main road that today connects Saginaw Bay to Rowan Bay, approximately 20 miles to the south.

| Issue 1: Roads | Environment and Effects **3** |

No new roads were added until late in 1972 when Mud Bay Logging Company arrived in Rowan Bay with a floating camp and began construction on a shore camp, sort yard, and roads. The logging camp at Rowan Bay has been in operation almost continuously since that time.

Between 1972 and 1993, approximately 184 miles of classified roads and associated bridges and culverts were built on Kuiu Island. All of these roads were constructed to access timber.

Between 1994 and 2000, approximately six additional miles of classified road were built. The following chart displays the annual and cumulative road construction on the island between 1973 and 1999. No new roads have been built since 1999.

**Figure 3-1.** Kuiu Island Annual Road Construction



Presently, there are approximately 190 miles of classified forest roads on Kuiu Island (Table 3-1). A classified forest road is part of the transportation system and it may be used for multiple entries. A classified road may be left open for traffic or closed to traffic. Approximately 147 miles of the forest roads are open and drivable for either standard passenger vehicles or pickup trucks. In addition to the classified roads, there are approximately 115 miles of closed temporary roads on the island. A temporary road is used during harvest and decommissioned after harvest

completion. Within the Threemile Project Area, there are 20.5 miles of classified road. Historically, timber purchasers have performed maintenance on the forest roads, while improvements such as permanent bridge installations have at times been contracted to construction companies (Table 3-3).

All of the forest roads on the island, except for a short boat ramp access road in Threemile Arm and an access road to the salmon egg boxes in Port Camden, were constructed in order to transport logs to saltwater for rafting to mills. The egg box access road was constructed to transport materials to the site. People working at the site arrive on Kuiu Island at Rowan Bay and drive to the egg boxes. The boat ramp in Threemile Arm was constructed by the Forest Service to move people and material between the north end and south end of the island.

There are two log transfer facilities on the island, at Rowan and Saginaw Bays. The small boat ramp in Threemile Arm offers a third access point to the forest road system. The boat ramp in Threemile Arm is the only one of the three island access points that is located within the project area.

Because of the remoteness of the island, the majority of the traffic on forest roads is logging related. Some deer hunters bring motorcycles and all-terrain vehicles to the island and off-load them from boats to hunt from the road system. Two outfitter/guides are currently authorized to use vehicles on the entire Kuiu road system for black bear hunting. Outfitters/guides leading kayak trips occasionally use Road 6402 to portage from the Bay of Pillars to Port Camden.

In the past, classified roads were closed by allowing alder growth to block vehicle traffic while leaving drainage structures in place. This has created the potential for erosion and subsequent water quality concerns downstream. Now, roads are closed by removing drainage structures and adding waterbars to direct runoff. In 1999-2000, approximately 44 miles of classified road on Kuiu Island were closed to vehicle traffic by removing drainage structures and putting the road into storage. Roads located within Old-growth Habitat Reserves, those in watersheds with no expected timber harvest in the near future, and short dead-end roads with drainage structures that may act as fish migration barriers were the primary candidates for drainage structure removal.

Roads that remain open will either have relatively smooth surfaces and be suitable for passenger vehicles or have a surface more suitable for high clearance vehicles with rolling dips and drivable waterbars similar to speed bumps. Slower vehicle speeds on high clearance roads reduce the maintenance cost.

**Temporary Roads**

Temporary roads, sometimes known as spur roads, are short term roads constructed under contract, permit, lease, or other written authorization not intended to be a part of the forest transportation system. Normally, all drainage structures are removed and additional waterbars are constructed on temporary roads immediately after their use. During timber sale

Issue 1: Roads                                                    Environment and Effects 3

activities on Kuiu over the last 40 years, 115 miles of temporary roads were constructed.

**Temporary, Decommissioned, and Unclassified Road Definitions**

Temporary roads are authorized by contract, permit, lease, other written authorization, or emergency operation, not intended to be a part of the forest transportation system and not necessary for long-term resource management. A common example of a temporary road found on Kuiu Island is a road leading to a landing inside of a harvested unit. Temporary roads may be up to a mile in length, but are generally less than ½ mile long.

Decommissioned roads are unneeded roads that have been stabilized and restored to a more natural state. Decommissioning includes reestablishing former drainage patterns, stabilizing slopes, and restoring vegetation. Culverts and bridges are removed, water bars are added, and the road entrance is generally blocked to motorized traffic. The temporary road mentioned above would normally be decommissioned after the timber was removed from the harvest unit and the log trucks were finished hauling the timber to a log transfer facility.

Unclassified roads are roads not managed as part of the forest transportation system, such as unplanned roads, abandoned travelways, and off-road vehicle tracks that have not been designated and managed as a trail; and those roads that were once under permit or other authorization and were not decommissioned upon the termination of the authorization. An example of an unclassified road is the temporary road mentioned above that was not decommissioned after it was no longer needed. Once the road was not decommissioned after its authorized use terminated (the timber sale), it became an unclassified road.

**Road Reconstruction Costs**

For each action alternative, some road reconstruction activities are planned. These activities include repair or replace of drainage structures and reconstruction of fill slopes in several locations. Estimates of reconstruction costs are generally proportional to the miles of existing road that will be used in each alternative. These costs are included in the economic assessment for each alternative.

**Log Transfer Facility**

Timber previously harvested from within the project area was hauled to the LTF in Rowan Bay, 25 to 30 miles away, where it was sorted and transported to mills via saltwater. Most of the timber went to the pulp mill in Sitka or the sawmill in Wrangell. Currently, most of the timber harvested on Kuiu Island has been transported to mills located in Wrangell, Ketchikan or on Prince of Wales Island.

## Heritage Resources

Heritage resources include an array of historic and prehistoric period cultural sites and traditional cultural properties. Because known and previously undiscovered sites may lie within a project area, the Forest Service conducts heritage resource investigations following the Section 106 process of the National Historic Preservation Act. If heritage resources are found within a project area, measures are taken to avoid impact to the site. If impact is unavoidable, the Forest Service, in consultation with the State Historic Preservation Officer, plans and implements measures to mitigate effects.

**Past Cultural Environment**

Oral tradition and ethnographic accounts name the Tlingit Indian as the dominant Native people of Kuiu Island. The project area is in the territorial division or *kwan* of the Kakekwann Tlingit, a group whose area included Kuiu Island, the western part of Kupreanof Island, areas on the mainland shore of Frederick Sound and nearby parts of Baranof and Prince of Wales Islands (Olson, 1967). The types of archaeological sites common to the region include villages, seasonal camps, fish traps and weirs, and resource procurement/gathering areas. The earliest known archaeological site in southeast Alaska is on nearby Prince of Wales Island. Investigations at the site suggest that humans have been occupying the region for close to 10,000 years.

Trapping, hunting, fur farming, fishing, and timber harvest have historically drawn people to Kuiu Island. Although no communities currently exist on the island, Native villages and camps thrived within the past several hundred years.

**Project Investigations**

The project area heritage resource evaluation began by researching historical accounts, previous heritage resource surveys, Alaska Heritage Resource Survey listings, Petersburg District files and atlases, special use permit files, and land status atlases. Forest Service archaeologists have conducted numerous heritage resource surveys in the project area over the past several decades. Research methods include literature searches, visual reconnaissance and shovel and soil probe testing. Fieldwork for the Threemile project took place in the summers of 1994, 1998 and 1999. Approximately 463 acres were completely surveyed for heritage resources.

Comment was encouraged at public meetings held in Petersburg and Kake. The Organized Village of Kake was contacted for input and was given the opportunity to review the resource report that was submitted to the State Historic Preservation Officer. All work was initiated in compliance with Section 106 of the National Historic Preservation Act. Formal documentation about surveys and results are filed at the Petersburg Ranger District office in Petersburg, Alaska. Some information pertaining to heritage resources is restricted from public access due to its sensitive and non-renewable nature.

The strategy for heritage resource surveys follows stipulations set forth in an agreement (2002) with the Forest Service, Alaska Region, the State Historic Preservation Officer, and the Advisory Council on Historic Preservation. The stipulations were met to satisfy the Forest Service's Section 106 responsibilities of the National Historic Preservation Act. Archaeologists discovered 12 culturally modified trees and 12 new Alaska Heritage Resource Survey sites in the project area. Sites include a cabin, wood-stake fish weirs, small shell middens, and Native villages. Ten of these sites are considered eligible for nomination to the National Register of Historic Places. The culturally modified trees do not meet eligibility criteria. No known sites or culturally modified trees are in areas that will be impacted by the proposed activities.

All of the compiled heritage resource information is detailed in a report submitted to the Alaska State Historic Preservation Officer. The report concludes that none of the heritage resources identified in the project area will be impacted by the proposed alternatives. The Section 106 consultation process was completed and the Alaska State Historic Preservation Officer concurred with our findings and recommendations.

**Effects**

None of the Threemile Project Area alternatives will have direct or indirect effects on known sites in the project area. All of the identified cultural sites lie outside harvest unit boundaries and proposed road locations. Some undiscovered sites might exist in the project area. If a new site is discovered, a professional archaeologist will evaluate it. Mitigation plans will be initiated prior to any work that may adversely affect the resource.

**Cumulative Effects**

Threats to significant heritage resources include development, decay, natural landscape changes such as erosion and windthrow, and increased visitation, which might lead to vandalism or looting. Monitoring of known sites will reduce possible impacts by enabling mitigation and establishing a periodic presence. Beach fringe, stream and estuary buffer zones will further protect heritage resources from project related activities. The project area road system does not provide increased access to known paleontological, archaeological or historical sites. Periodic monitoring of road construction may identify newly exposed sites and enable damage assessment. There are no known traditional cultural properties in or near the project area that will be affected by the project.