|  |  |
|---|---|
|  | The employment in Petersburg includes fishing, seafood processing, tourism, and timber. Petersburg is currently one of the top-ranking ports in the United States for quality and value of fish landed. Petersburg residents make limited use of the project area for deer and bear hunting and for sport fishing. |
| **Point Baker and Port Protection** | Point Baker and Port Protection are on the northwest end of Prince of Wales Island, approximately 20 miles southeast of the project area. The 1990 census reported a population of 39 in Point Baker and 62 in Port Protection. In 2000, the U. S. Census reported 35 people living in Point Baker and 63 in Port Protection. Less than 1 percent of the populations of both communities combined are Native Americans. Employment in both communities is seasonal based on commercial fishing. Residents of both communities use the area for deer hunting and fishing. |
| **Wrangell** | Wrangell is on the northern tip of Wrangell Island, approximately 40 miles east of the Threemile Project Area. In 1990, the U. S. census reported the population of Wrangell as 2,479 people and the 2000 census population was 2,308 people. Approximately 15.5 percent of the population is Native American. Employment in Wrangell includes commercial fishing, tourism, and timber. Wrangell residents make limited use of the project area for deer and bear hunting, and for sport fishing. |
| **Other Communities** | Meyers Chuck is another community that has some reported subsistence use in the project area. |

## Areas Most Often Used for Subsistence Activities

The marine waters surrounding the project area, including Threemile Arm, Port Camden, and Rocky Pass, are popular areas for subsistence fishing. Stream subsistence fishing is also likely to occur in some of the streams in the project area. Tidal zones in and around the project area are gathering places for marine invertebrates, including bivalves, shrimp, and crab.

Deer and black bear hunting and furbearer trapping occur mostly along the beach-fringe, along the existing road system, and, to a lesser extent, in the inland forests of the project area. Because Kuiu Island is difficult to reach during the winter months, subsistence use and marten trapping are not as heavy as in other areas of the Tongass.

## Types and Amounts of Resources Gathered

Subsistence use areas and the levels of harvest were estimated from a variety of sources. Alaska Department of Fish and Game records the level of community harvests for select species, such as deer, moose, marten, black bear, wolf, and otter, within specific areas referred to as Wildlife Analysis Areas (WAAs). All of the Project Area is within WAA 5018.

Alaska Department of Fish and Game harvest data and Tongass Resource Use Cooperative Survey (TRUCS) maps reveal subsistence use areas for

# 3 Environment and Effects                                    Subsistence

deer, marine invertebrates, marine mammals, salmon, and other fish within the project area. Other sources of subsistence use information came from public testimony and published accounts of community use surveys (Table 3-29). Open houses held in Kake, Petersburg, Point Baker, and Port Protection and meetings with the Organized Village of Kake provided informal opportunities to discuss subsistence practices.

In general, subsistence resources most intensively used in the Threemile Project Area by nearby community residents include deer, seaweed, finfish, anadromous fish and bottom fish.

Table 3-29. Estimated Subsistence Resource Use by Community

| Resources | --- Pounds of Resources Per Capita --- | | | | |
|---|---|---|---|---|---|
| | Kake | Petersburg | Point Baker | Port Protection | Wrangell |
| All Resources | 179.1 | 197.7 | 288.6 | 450.9 | 155.2 |
| All Fish | 85.3 | 89.8 | 171.0 | 170.2 | 73.2 |
| *Salmon* | *43.6* | *45.3* | *82.4* | *58.8* | *30.2* |
| All Land Mammals | 52.0 | 57.2 | 47.5 | 101.1 | 31.9 |
| Marine Invertebrates | 21.9 | 38.5 | 58.0 | 139.4 | 37.7 |
| Marine Mammals | 10.3 | 0.0 | 0.0 | 8.6 | 6.5 |
| Birds | 0.7 | 3.6 | 0.0 | 1.8 | 1.5 |
| Plants and Berries | 8.9 | 8.6 | 12.1 | 29.8 | 4.3 |

Source: Alaska Department of Fish and Game, Division of Subsistence, Community Profile Database, 2001. Not all numbers will sum to the total due to rounding factors.

## Wildlife Effects and Evaluation

**Abundance and Distribution of Deer**

An evaluation of the abundance and distribution of deer is based on a comparison study of supply and demand using the Forest Plan habitat capability model. The model provides an estimate of the potential number of deer that the habitat within the project area can support. This is the potential supply available for subsistence use. The Alaska Department of Fish and Game assumes that approximately ten percent of the deer population can be harvested annually on a sustained basis if the population is near carrying capacity. Carrying capacity is an estimate of the maximum deer population an area can support. Thus, the number of deer needed in an area to meet hunter demand is approximately ten times the number needed to maintain a sustainable population.

Historically the project area had a four to five month deer-hunting season with a four deer bag limit. In 1972, the deer population crashed dramatically and the season was closed from 1973 to 1991. This was due to several factors including a deep, persistent snow pack that did not retreat until late June 1973 and deer populations were above their carrying capacity as a result of artificially low wolf populations (due to the wolf eradication program).

Since 1992, all of Kuiu Island has been open with a two-buck bag limit. The reason for the long and slow recovery of deer is due high black bear populations (black bears prey on deer) and an increasing wolf population due to the rescinded wolf control program.

Data from the Alaska Department of Fish and Game Deer Hunter Surveys show that in the 2000-2001 season, 48 hunters spent a total of 185 days hunting and harvested 27 deer from Kuiu Island, an average of 6.8 hunting days per deer. During the 1998-99 season, 41 hunters spent a total of 211 days hunting and harvested 28 deer from Kuiu Island, an average of 7.5 hunting days per deer. The number harvested on Kuiu Island only accounted for 2.6 percent of the 1,085 deer harvested from Game Management Unit 3 during the 1998-99 season. Game Management Unit 3 includes all of Deer, Etolin, Kadin, Kasheverof, Kuiu, Kupreanof, Mitkof, Woronkofski, Wrangell, and Zarembo Islands. No hunters from Kake or the Rowan Bay Camp reported harvesting deer from Kuiu during the 2000-2001 or 1998-99 season. The lowest recorded deer harvest on Kuiu Island was in the 1997-98 season. That year, 50 hunters spent 148 days to harvest 13 deer, an average of 11.4 hunting days per deer.

The Threemile Project Area encompasses about 45 percent of Wildlife Analysis Area (WAA) 5018. The Alaska Department of Fish and Game in their 1991-1995 Strategic Plan for Management of Deer in Southeast Alaska (ADF&G, 1991) set a population objective of 1,603 deer for WAA 5018. The population objective is the number of deer needed to sustain a huntable population. The interagency deer model estimates the deer habitat carrying capacity of 1954 at 2,411 (USDA Forest Service, 1995b). The interagency deer model uses 1954 as a base year assuming this is before large-scale timber harvest. The interagency deer model estimates a current habitat carrying capacity of 2,194 deer.

Current hunter demand for deer is estimated at 156 per year. To sustain a healthy deer population, harvest should not exceed ten percent of the deer population in any WAA. Therefore, a minimum number of deer needed to meet that hunter demand would be 1,560 deer. Table 3-30 displays estimated deer carrying capacity and hunter demand in the WAA 5018. It is predicted by the year 2040 that the demand for deer will exceed the carrying capacity. The predicted need is based on current demand and predicted human population increases using the Forest Plan formula.

# 3 Environment and Effects — Subsistence

According to the model predictions, the demand for deer will eventually exceed supply even if no additional timber harvest occurred.

It is important to note, however, that the estimated growth in the hunter population does not reflect actual conditions. In the last decade, the population of Kake increased by 1.4 percent, Petersburg increased by 0.5 percent, Port Protection increased by 1.5 percent, Point Baker decreased by 10.2 percent and Wrangell decreased by 6.9 percent. These actual figures were not used to calculate hunter demand. Another factor that may influence the predicted habitat capability is silvicultural prescriptions for partial harvest. Since the model assumes that all the units will be clearcut, the lesser effects of partial harvest are not included in the estimate of carrying capacity. The carrying capacity shown is the most conservative scenario.

Table 3-30. Estimated Changes in Deer Carrying Capacity and Demand[1] in WAA 5018

| Year | Estimated Deer Carrying Capacity[2] (# of animals) | Estimated Deer Needed for Subsistence[3] | Difference between Estimated Carrying Capcity and Estimated Subsistence Needed |
|---|---|---|---|
| 1954 | 2411 | 800 | +1611 |
| 2000 | 2194 | 1560 | +634 |
| 2010 | 2194 | 1840 | +354 |
| 2040 | 2129 | 2800 | -671 |
| 2050 | 2129 | 3220 | -1091 |
| 2075 | 2129 | 4510 | -2381 |
| 2100 | 2129 | 5632 | -3503 |

[1] All deer harvest is assumed to be subsistence.

[2] Deer numbers shown are the estimated deer habitat potential assuming a theoretical winter carrying capacity of 100 deer/square mile in habitats with a suitability index of 1.0.

[3] Hunter Demand is from Strategic Management Plan for Deer, ADF&G 1991. For decades 1954 to 2010 TLMP assumed 18 percent increase per decade in human population. From 2010 to 2100 TLMP assumed 15 percent increases in human population. The estimated number of deer needed for subsistence is ten times the hunter demand.

The project alternatives call for both clearcut and partial timber harvest prescriptions that are designed to mimic natural disturbance events. Alternatives were developed that selected harvest units in areas with lower deer winter range values to mitigate the impacts on the deer population. Areas designated for non-harvest like stream buffers, beach fringe, and Old-growth Habitat, will help maintain huntable deer populations.

### Effects on Deer

In the Threemile Project Area, there may be a significant possibility of a significant restriction on subsistence deer hunting. This is due to the cumulative effects of past management actions, the proposed actions, and the reasonably foreseeable actions. Application of riparian buffers including beach and estuary buffers, may protect deer winter habitat. Additional measures, like partial harvest prescriptions, are especially designed to protect deer habitat and vary among alternatives. Second growth thinning will help maintain deer winter habitat and prolong understory browse. Small Old-growth Habitat reserves have been designed to include some of the most important deer wintering areas and "pinch-points" on the island. These "pinch-points" are areas where the island narrows significantly and forces animal movements to be constricted.

### ANILCA 810 Hearing

A subsistence hearing was held in Kake, Alaska on July 19, 2001. Kake is the community most likely to be affected by any changes in subsistence resource availability on Kuiu Island. Nine people attended the meeting, six of whom are Kake residents. Of the Kake residents, three provided oral testimony. One non-rural resident also provided oral testimony. The concerns expressed in their testimonies centered on impacts of partial timber harvest to deer habitat, the amount of timber harvest near Native communities, timber harvest in Apricot Valley, and the amount of open roads on Kuiu being used by guides for bear harvest.

## Abundance and Distribution of Moose

Moose are in the process of migrating onto Kuiu Island from Kupreanof and Mitkof Islands and the Mainland. Their population is increasing but they are still at a low level.

## Abundance and Distribution of Furbearers

According to the Alaska Department of Fish and Game, furbearers appear to be abundant and have stable populations on Kuiu Island. Within the project area, some fur trapping occurs primarily for marten. Trapping is moderate, reflecting the current low to moderate fur prices. Harvest is well below sustained yield potentials. Most harvest occurs along the coast and is accessed by boat.

Some timber harvest does occur in marten habitat in the action alternatives, but with the mitigation measures discussed in the Marten section under Wildlife in this chapter, the population of marten found on Kuiu Island and in the Threemile Project Area will not be significantly affected.

### Effects on Furbearers

A significant possibility of significant subsistence restrictions on marten are not expected as a result of any action alternatives proposed. Boat access to the study area will not change so access to marten trapping will not change. The change in road access after timber harvest should not affect the amount of marten harvest.

## Wildlife

**Wildlife Habitat**  Habitat refers to the type of environment in which a species lives and thrives. Attributes of habitat include elevation, geographic position, and type of vegetation community. A species may occupy a single habitat, a range of different habitats, or more than one habitat depending on the season. Habitats that occur within the Threemile Project Area include old-growth forest, second-growth forest, alpine and sub-alpine, wetland, beach and estuary, and riparian. Many of these overlap. Beach fringe may include old-growth forest, second-growth forest, and wetland habitats.

**Management Indicator Species**  Management Indicator Species are species whose response to land management activities can be used to predict the likely response of a wide range of species with similar habitat requirements. Through this concept, several species can be used to determine the effects on all species within the project area.

The Forest Plan identified thirteen Management Indicator Species for the Tongass National Forest. Some of these species do not occur within the Threemile Project Area. Species not affected by the proposed activities will have their habitat needs protected by standards and guidelines, or can be represented by other Management Indicator Species. Table 3-38 displays the Management Indicator Species used for the Threemile Project Area analysis.

Table 3-38. Management Indicator Species for the Threemile Project

| Species | Rationale for selection |
|---|---|
| Sitka black-tailed deer | Important subsistence species |
| Marten | Needs low-elevation, high volume old-growth |
| Black Bear | There is a concern for the sustainability of the high sport hunting harvest |
| Alexander Archipelago Wolf | Predator tied to a prey base |

# Wildlife

# Environment and Effects 3

**Sitka Black-tailed Deer**

The Sitka black-tailed deer is an important game animal in Southeast Alaska. It is a prime subsistence and sport hunting resource. The Forest Service is committed to maintaining sufficient habitat to ensure a huntable deer population (Figure 3-22).

Wildlife populations go through cycles where species outgrow their habitat; populations crash, and then rebound. In Southeast Alaska, deer population crashes usually occur in conjunction with severe winter weather. Population fluctuations may also be associated with wolf control measures, which were undertaken prior to Statehood in 1959 and continued until the late 1970's. These measures allowed deer populations to become artificially high, straining their habitat and possibly precipitating the population crash that occurred in the late 1960's and early 1970's. Prior to the crash, severe cropping of prime browse species favored by deer indicated high deer population stress in the Rocky Pass area (Gerdes, 1997). There have not been severe winters with persistent snows since the 1970s on deer range in the Rocky Pass area.

Following the 1972 population crash, deer populations grew rapidly on Prince of Wales and Admiralty Islands but not on Kuiu, Kupreanof, and Mitkof Islands. Except for Admiralty Island, these islands have wolf and black bear as deer predator species. On Admiralty Island, brown bear is the prime deer predator. The slow rebound of deer populations on Kuiu, Kupreanof and Mitkof Islands may be the result of weather patterns that kept the snow pack from melting until late in the spring and heavy black bear and wolf predation (wolf populations were rebounding from the discontinued wolf control program of the late 1970's).

While Kuiu Island populations were rebounding from the crash, several holdover populations (small localized populations that survived the winter kill) were noticed. One was on the Camden Peninsula (Gerdes, 1997). The other was on the south end of Kuiu Island where snow levels are not as deep as the north end. Migration from nearby islands may have occurred, though the population's depleted status on both Kupreanof and Mitkof Islands would have limited migration. Animals do travel between these three islands and the mainland, although large deer populations do not exist on the mainland. Moose, marten, and red squirrels have migrated to Kuiu Island from the mainland and other islands.

Huntable deer populations did not return to Kuiu, Kupreanof, and Mitkof Islands for nearly 20 years after the last population crash. By 1992, deer populations had recovered enough to allow hunting on Kuiu Island.

**Effects on Deer**

The environmental effects on the deer population will result from habitat modification mainly from timber harvest and road construction (Table 3-40). The Threemile Project Area is the only portion of WAA 5018 that is available for timber harvest. The data in the table represents the estimated percentage change in habitat capacity from the 1954 baseline in WAA 5018. The 1954 baseline was selected to correspond with the Forest Plan analysis (Forest Plan, 3-369). The baseline is assumed to be 100% carrying capacity. These data indicate the percent of the habitat remaining on the indicated dates due to the additive effects of past management as well as the additive effects of the specified alternatives. In the short term, timber harvest will provide increased browse as harvested areas begin to regenerate. If winters are mild, fragmenting a continuous forested habitat by clearcutting has the potential to increase deer populations by creating foraging areas. This increased food supply will decrease during the stem exclusion stage, which occurs at age 15 to 25 years. Stand treatments, like thinning and pruning, can maintain deer habitat longer by increasing growing space and light for understory browse species. The habitat value starts to increase again when the stand moves into the understory reinitiation stage (Oliver and Larson, 1996). This occurs on Kuiu Island around 80 to 100 years.

As discussed in the biodiversity section, timber harvest units and harvest prescriptions in the Threemile Project Area were developed to mimic natural wind damage. By replicating natural disturbances, the chances of disrupting animal populations are reduced, although individual animals may be affected. By leaving standing trees in the units through partial harvest silvicultural prescriptions, understory plants should be retained in the units. The understory plants provide browse for deer. The retained standing trees may provide shade and habitat for other wildlife species.

In this analysis, the interagency deer model developed for the Forest Plan was used. The current interagency deer model estimates the habitat carrying capacity of deer (USDA Forest Service, 1995b). Because the model assumes that each of the proposed units is harvested as a clearcut, each of the predictions is a worst-case scenario. The model has not been adjusted for partial harvest units. Biologists are currently monitoring partial harvest stands from the Crane and Rowan Mountain, Todahl Backline, Alternatives to Clearcutting, and several other partial harvest stands to determine what factors to adjust in the deer model for partial harvest prescriptions. Any changes in the model will be the result of field observations and peer review.