| Purchaser Name | Sale Name | Cancelled as of 11/30/04 | Volume Cancelled (MBF) |
|---|---|---|---:|
| David Seaford | Log Jam | YES | 1,191 |
| David Seaford | Rush Fast | NO | 0 |
| New Age Mining&Excavation | Wolf Pup | YES | 1,193 |
| Pacific Log & Lumber Ltd | Rowan Mountain | YES | 20,231 |
| Pacific Log & Lumber Ltd | Salty | YES | 300 |
| Pacific Log & Lumber Ltd | Todahl Backline | YES | 7,868 |
| Seley Family Partnership | Picasso | YES | 238 |
| Silver Bay Logging Inc | Canal Hoya | YES | 16,127 |
| Silver Bay Logging Inc | Crystal | YES | 7,017 |
| Silver Bay Logging Inc | King George | YES | 3,780 |
| Silver Bay Logging Inc | Rio Beaver | YES | 4,525 |
| Silver Bay Logging Inc | South Lindy | YES | 5,225 |
| Silver Bay Logging Inc | Upper Carroll | YES | 22,019 |
| The Mill Inc | Wedge | NO | 0 |
| Viking Lumber Company | 6402 | YES | 9,488 |
| Viking Lumber Company | Bohemia | YES | 7,845 |
| Viking Lumber Company | Shamrock | YES | 3,548 |
| Viking Lumber Company | South Arm | NO | 0 |
| Whitestone SE Logging Co | Humpback/Gallagher | YES | 11,265 |
| 3-D Logging | Deadwood #3 Salvage | YES | 73 |
| **Total Volume Cancelled** | | | 121,932 |

**Exhibit 26, page 1 of 1**