

*In 1976, the Federal fiscal year changed. This graph does not depict 109.6 mmbf logged from July 1, 1976 to September 30, 1976.

Sources: U.S. Forest Service, 1997, Tongass Land Management Plan, Final Environmental Impact Statement; U.S. Forest Service, Annual Cut and Sold Reports, Region 10.

**Exhibit 29, page1 of 1**