

# The Tongass Timber Program: A Case Study in Bad Business

Of the U.S. Forest Service's timber programs, the Tongass National Forest is one of the most egregiously mismanaged. Costing taxpayers millions each year in subsidies to timber corporations, the Tongass timber program fails to produce jobs, ignores industry trends, and suffers consistently massive institutional losses.

## Losses
- In fiscal year (FY) 2004, the Forest Service spent more than $48 million on the Tongass timber program, but took in less than $800,000 from timber companies.[1] That equates to more than $47 million in losses.
- Since 1982, cumulative Tongass losses have reached $850 million.[2]
- Between 1998-2004, almost 50 percent of offered Tongass timber contracts went unsold.[3]
- Between 1998-2004, 70 percent of Tongass timber sales receiving bids had only one bidder.[4]
- According to Forest Service estimates, 90-95 percent of all existing Tongass timber sale contracts were determined unprofitable due to persistently poor conditions in global timber markets.[5]

## Maintenance Backlog
- As of 2002, the Tongass faces a $100 million road maintenance backlog.[6]
- Of the 5,000 miles of Tongass forest roads, only 1,200 miles, or 24 percent, are open to passenger cars.[7] According to the Forest Service, these roads are "sufficient to satisfy local demand for roaded recreation, subsistence, and community connectivity needs and demands in most districts."[8]
- Built with taxpayer money, the remaining 77 percent of roads are for timber access and extraction only.[9] Taxpayers are building roads they cannot use in order to shield timber companies from the true cost of doing business. New Tongass roads will only saddle taxpayers with additional construction and maintenance costs the Forest Service has already proven itself incapable of meeting.

## Mismanagement
- The Forest Service persistently overestimates demand for Tongass timber. In FY 2004, timber companies logged only 45.7 million board feet.[10] Yet the Forest Service continues to set demand for new timber at 150 million board feet per year. This is more than three times the past 3-year average annual level of 44 million board feet.[11]
- Other demand estimates are even more unrealistic. Alaska's governor, former Senator Frank Murkowski, cited future annual Tongass demand to be 360 million board feet.[12] Such radical overestimation of demand will mean just one thing: further losses.

## Jobs
- Job numbers have been inversely proportional to Forest Service spending. Between 1996 and 2004, Tongass timber-related jobs fell from 1,558 to just 293.[13] Consequently, taxpayer subsidies per Tongass timber job rose from $12,000 in 1996 to $163,000 in 2004.[14] This is four times the

A non-partisan budget watchdog
651 Pennsylvania Avenue, SE • Washington, DC 20003 • Tel: (202) 546-8500 • Fax: (202) 546-8511 • staff@taxpayer.net • www.taxpayer.net

median U.S. household income.[15] At a timber industry salary average of $46,000 a year,[16] it would be cheaper for taxpayers to pay loggers NOT to do their jobs.

## The Bottom Line

Taxpayers cannot afford to keep subsidizing Tongass logging. The numbers speak for themselves. The Forest Service has experienced long-term losses, lacked accountability, and ignored a massive maintenance backlog. The Forest Service must address its mounting fiscal and management problems before initiating new expenditures. With the nation facing record deficits, it is time that Congress gets serious about fiscal responsibility. Taxpayers should not be forced to spend precious dollars on Tongass subsidies.

For more information please contact Franz A. Matzner, Tongass Campaign Coordinator, at 202-546-8500 x127 or franz@taxpayer.net.

---

[1] USDA, *Forest Service FY 2006 Budget Justification*, Pg. 14-5; R10 Cut and Sold reports available at http://www.fs.fed.us/r10/ro/policy-reports/for_mgmt/cut_and_sold/cut_and_sold_fy2004_mbf.pdf
[2] Based on material provided by the Forest Service via FOIA and analysis conducted by Joseph R. Mehrkens, former Forest Service Regional Economist, Juneau, Alaska. Material on file with Taxpayers for Common Sense.
[3] Ibid.
[4] Ibid.
[5] Memorandum from Steve Brink, Deputy Regional Forester for Natural Resources, to Chief of the U.S. Forest Service, March 28, 2002. (Document on file with Taxpayers for Common Sense.)
[6] Taxpayers for Common Sense. *Road Wrecked: Why the $10 Billion Forest Service Backlog is Bad for American Taxpayers*. March 31, 2004. Pg.6.
[7] United States Department of Agriculture, Forest Service, Tongass National Forest. *Tongass National Forest Forest-Level Roads Analysis*. Jan. 2003.Pg.1
[8] Ibid.Pg.2
[9] Taxpayers for Common Sense. *Road Wrecked: Why the $10 Billion Forest Service Backlog is Bad for American Taxpayers*. March 31, 2004. Pg.8.
[10] USDA, Alaska Region, R10 Cut and Sold reports available at http://www.fs.fed.us/r10/ro/policy-reports/for_mgmt/cut_and_sold/cut_and_sold_fy2004_mbf.pdf.
[11] USDA, Alaska Region, R10 Cut and Sold Reports available at *http://www.fs.fed.us/r10/ro/policy-reports/*
[12] Alaska Governor Frank Murkowski. The State of the State Address, Jan. 23, 2003.
[13] Robertson, Guy, Regional Economist. *Employment in the Wood Products Industry in Southeast Alaska 1982-2002;* Material supplied by Forest Service via e-mail correspondence. Material on file with Taxpayers for Common Sense.
[14] Based on a Taxpayers for Common Sense calculation using the employment data above and Robertson, Guy, Regional Economist. *R10 Budget Expenditures by Fund Code*, U.S. Forest Service data for Alaska Region obtained by Southeast Alaska Conservation Council through Freedom of Information Act, Dec. 2002.
[15] Data available at White House Economic Statistics Briefing Room. *Downloaded from http://www.whitehouse.gov/fsbr/income.html*. March 2005.
[16] Data available at State of Alaska Dept. of Labor. *Downloaded from http://www.labor.state.ak.us/research/wage/swoes.htm#farm*. April 2004.

**Exhibit 30, page 2 of 2**