| United States Department of Agriculture | Forest Service | Tongass Petersburg | Ranger District | 12 North Nordic Drive Po Box1328 Petersburg, Alaska 99833-1328 |

Reply to: 2430

Date: 09/29/2005

Dear Prospective Bidder:

On 11/08/2005, at 02:00 PM, sealed bids will be opened in the the Petersburg Forest Supervisor's Office for the Lindenberg sale. This sale is located in T.58S., R.78E., secs. 29-35. T.59S., R.78E., secs. 4, 5, 11, 14, 16, and 36. T.59S., R.79E., secs. 31-33. T.60S., R.79E., secs. 4, 5, 8, 17, and 18. CRM. Timber sale Contract 2400-6T will be used. The termination date for this sale is 11/30/2009.

There are 0.9 kilometers of specified road reconstruction, 2.1 kilometers of specified road construction, and 1 specified road bridge. A specified road construction cost of $246,560.00 has been allowed in the appraisal for this work.

The estimated quantities in this contract have been determined prior to felling. The total estimated quantity on this sale is 23,239.47 MBF. The Forest Service encourages potential bidders to make their own inspection and estimate prior to bid submission. The Forest Service makes no representation, warranty, or guarantee of the accuracy of the following quantity estimates:

### Estimated Quantities and Minimum Acceptable Rates per Unit of Measure

| Species | Product | Unit of Measure | Estimated Quantities | Average DBH | Minimum Acceptable Bid Rates | Base Rates | Required Deposits | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Slash Disposal | Road Maintenance |
| Western Hemlock | Sawtimber | MBF | 11,611.16 | 18.10 | $2.00 | $2.00 | $0.00 | $0.00 |
| Sitka Spruce | Sawtimber | MBF | 6,740.90 | 28.40 | $23.26 | $12.00 | $0.00 | $0.00 |
| Alaska Cedar | Sawtimber | MBF | 1,240.78 | 18.00 | $35.45 | $20.00 | $0.00 | $0.00 |
| Only the Fixed Rate Applies | | | | | | | | |
| Western Hemlock Utility | Pulpwood | MBF | 2,902.80 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Sitka Spruce Utility | Pulpwood | MBF | 743.83 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| | Total | MBF | 23,239.47 | | | | $0.00 | $0.00 |

The minimum acceptable bid for advertised timber is $224,001.31 for the biddable species.

Exhibit 31, page 1 of 2

SENT BY: JUNEAU GROUP SIERRA CLUB;   907 789 5472;   MAR-3-06 9:57AM;   PAGE 2/2

There is a $23,200.00 bid guarantee required on this sale.

If you wish further information on this sale, the prospectus and bid form, please write or call the the Petersburg Ranger District Office or Petersburg Supervisor's Office.

Sincerely,

Charles D. Streuli
Timber, Fire and Ecology Staff Officer

Enclosure

Mark Rorick
1055 Mendenhall Pen.
Juneau AK 99801

USDA Forest Service
Petersburg Ranger District
P.O. Box 1328
Petersburg, Alaska 99833-1328

SENT BY: JUNEAU GROUP SIERRA CLUB;    907 789 5472;    MAR-3-06  9:58AM;    PAGE 1/3