| United States Department of Agriculture | Forest Service | Tongass Wrangell | Ranger District | 525 Bennett Street Po Box 51 Wrangell, Alaska 99929-0051 |
|---|---|---|---|---|

Reply to: 2430

Date: 09/29/2005

Dear Prospective Bidder:

On 11/01/2005, at 02:00 PM, sealed bids will be opened in the Petersburg Supervisor's Office for the SKIPPING COW sale. This sale is located in Township 63 South, Range 81 East, Section 32; Township 64 South, Range 80 East, Sections 12,13,14,24,and 25; and Township 64 South, Range 81 East, Sections 5, 6, 7, 8, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 26, 27, 28, 29, 30, 32, and 33; Copper River Meridian.. Timber sale Contract 2400-6 will be used. The termination date for this sale is 10/31/2011. This is a small business set-aside sale.

This sale will be preferentially awarded to a qualified small business concern. In the absence of any bids from a self-certifying qualified small business concern, the sale will be readvertised without restriction on the size of bidders.

There are 4.1 kilometers of specified road construction. A specified road construction cost of $310,152.70 has been allowed in the appraisal for this work.

Measurement of the estimated quantities will be made after felling. The total estimated quantity on this sale is 18,640.91 MBF. The Forest Service encourages potential bidders to make their own inspection and estimate prior to bid submission. The Forest Service makes no representation, warranty, or guarantee of the accuracy of the following quantity estimates:

### Estimated Quantities and Minimum Acceptable Rates per Unit of Measure

| Species | Product | Unit of Measure | Estimated Quantities | Average DBH | Minimum Acceptable Bid Rates | Base Rates | Required Deposits | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Slash Disposal | Road Maintenance |
| Western Hemlock | Sawtimber | MBF | 8,806.91 | 16.10 | $2.00 | $2.00 | $0.00 | $2.94 |
| Western Red Cedar | Sawtimber | MBF | 710.59 | 22.40 | $12.00 | $12.00 | $0.00 | $2.94 |
| Sitka Spruce | Sawtimber | MBF | 3,020.18 | 18.60 | $12.25 | $12.00 | $0.00 | $2.94 |
| Alaska Cedar | Sawtimber | MBF | 3,569.26 | 17.00 | $21.01 | $20.00 | $0.00 | $2.94 |
| Only the Fixed Rate Applies | | | | | | | | |
| Western Hemlock Utility | Pulpwood | MBF | 2,201.74 | N/A | $2.00 | $2.00 | $0.00 | $2.94 |
| Sitka Spruce Utility | Pulpwood | MBF | 332.23 | N/A | $2.00 | $2.00 | $0.00 | $2.94 |
| | Total | MBF | 18,640.91 | | | | $0.00 | $54,804.28 |

The minimum acceptable bid for advertised timber is $138,128.26 for the biddable species.



Exhibit 32, page 1 of 3

SENT BY: JUNEAU GROUP SIERRA CLUB;    907 789 5472;    MAR-3-06 9:57AM;    PAGE 1/2

There is a $14,400.00 bid guarantee required on this sale.

If you wish further information on this sale, the prospectus and bid form, please write or call the the Petersburg Supervisor's Office, Ketchikan Supervisor's Office, and Wrangell Ranger District Office.

Sincerely,

*Austin O'Brien*

Austin O'Brien
TMA

Enclosure

Contract Special Provision C2.12# - OPTIONAL REMIVAL is included in the contract. This provision allows the Purchaser the option of leaving in the harvest unit the Fixed Rate Products (Utility Logs). The Purchaser will make a lump sum payment for the Fixed Rate Products whether or not the material is removed. No Required Deposits will be applied to the Fixed Rate Products.

The Estimated Quantities and Minimum Acceptable Rates per Unit of Measure table indicates that a Road Maintenance Deposit will be applied to all Species/Products. However, no deposits will be applied to Fixed Rate Products that are Optional Removal. This error will be fixed in future advertisements. Provision C2.12# prevails for this advertisement and the road maintenance deposits pertain only to sawlog species and products.