| United States Department of Agriculture | Forest Service | Tongass Ketchikan/Misty Fiords Ranger District | 3031 Tongass Avenue Ketchikan, Alaska 99901-5743 |
|---|---|---|---|

Reply to:    2430

Date:    09/30/2005

Dear Prospective Bidder:

On 11/17/2005, at 02:00 PM, sealed bids will be opened in the Ketchikan Supervisor's Office for the Upper Carroll II sale. This sale is located in T71S., R92E., Sections 9,10,15,16,17,20,21,22,27,28,29,32,33,34; T72S., R92E, Sections 3,4,5,6,9,10; Copper River Meridian. Timber sale Contract 2400-6 will be used. The termination date for this sale is 10/31/2010. This is a small business set-aside sale.

This sale will be preferentially awarded to a qualified small business concern. In the absence of any bids from a self-certifying qualified small business concern, the sale will be readvertised without restriction on the size of bidders.

There are 1.3 kilometers of specified road reconstruction, and 7.6 kilometers of specified road construction. A specified road construction cost of $796,580.21 has been allowed in the appraisal for this work.

Measurement of the estimated quantities will be made after felling. The total estimated quantity on this sale is 16,494.56 MBF. The Forest Service encourages potential bidders to make their own inspection and estimate prior to bid submission. The Forest Service makes no representation, warranty, or guarantee of the accuracy of the following quantity estimates:

## Estimated Quantities and Minimum Acceptable Rates per Unit of Measure

| Species | Product | Unit of Measure | Estimated Quantities | Average DBH | Minimum Acceptable Bid Rates | Base Rates | Required Deposits | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Slash Disposal | Road Maintenance |
| Western Hemlock | Sawtimber | MBF | 9,108.08 | 18.40 | $2.00 | $2.00 | $0.00 | $0.00 |
| Western Red Cedar | Sawtimber | MBF | 604.38 | 21.50 | $13.30 | $12.00 | $0.00 | $0.00 |
| Sitka Spruce | Sawtimber | MBF | 2,801.67 | 21.30 | $27.83 | $12.00 | $0.00 | $0.00 |
| Alaska Cedar | Sawtimber | MBF | 1,406.27 | 19.10 | $53.85 | $20.00 | $0.00 | $0.00 |
| Only the Fixed Rate Applies | | | | | | | | |
| Western Hemlock Utility | Pulpwood | MBF | 2,274.92 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Sitka Spruce Utility | Pulpwood | MBF | 299.24 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| | Total | MBF | 16,494.56 | | | | $0.00 | $0.00 |

The minimum acceptable bid for advertised timber is $179,952.53 for the biddable species.

**Exhibit 33, page 1 of 2**

There is a $18,600.00 bid guarantee required on this sale.

If you wish further information on this sale, the prospectus and bid form, please write or call the Ketchikan Misty Fiords Ranger

Sincerely,

LYNN KOLUND
District Ranger

Enclosure

**Exhibit 33, page 2 of 2**