**FY 2006 5 Year Timber Sale Plan**
**Unit: Tongass NF**
**Date: November 10, 2005**

| | NEPA | | Vol S+U (MMbf) | Decision | | | Sale | Award Date | Term Date | Purchaser | Vol S+U (MMbf) | % of Vol Roadless | LTF | Army COR OR Discharge Permit | State Tideland Permit | TSSA Volume | FY06 Gate | | FY06 Gate | | FY07 Gate | | FY07 Gate | | FY08 Gate | | FY08 Gate | | FY09 Gate | | FY09 Gate | | FY10 Gate | | FY10 Gate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Project Name | Date | DO | | Name | | | | | | | | | | | 6 | 2 | | 3 | | 5 | 2 | | 3 | | 5 | 2 | | 3 | | 5 | 2 | | 3 | | 5 |
| '06 | Sea Level EIS | X | KRD | 17.3 | Buckdance/Madder Reoffer | | | | | | 17.3 | 38.0% | Shoal Cove | Current | Mar-30 | | | | | | | | 17.3 | "746, 753" | | | | | | | | | | | | |
| | Soda Nick EA | Apr-06 | CRD | 2.6 | Soda Nick Small Sales | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | 2.6 | | 1.0 | "622,624" | | | | | | | | | | | | | | | | |
| | Roadside EA | X | CRD | 0.3 | Micro-Sales | | | | | | 0.3 | 0.0% | N/A | N/A | N/A | | | | 0.3 | "620,621" | | | | | | | | | | | | | | | | |
| | TNB Small Sales EA's & CE's/Control Lake EIS | X | TNB | 1.5 | Various | | | | | | 1.5 | 0.0% | N/A | N/A | N/A | | | | 1.5 | "Various" | | | | | | | | | | | | | | | | |
| | Roadside EA | X | TNB | 1.0 | Micro Sales | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | 1.0 | "Various" | | | | | | | | | | | | | | | | |
| | Tuxekan EIS | Jan-06 | TNB | 17.0 | Tuxekan | | | | | | 17.0 | 0.0% | Nichen Cove | Current | Oct-26 | | 17.0 | | 17.0 | "565" | | | | | | | | | | | | | | | | |
| | Goose EA | Dec-05 | TNB | 8.0 | Various | | | | | | 2.0 | 0.0% | N/A | N/A | N/A | | 8.0 | | 2.0 | "586,597,598" | | | | | | | | | | | | | | | | |
| | Heceta Second Growth EA | X | TNB | 2.5 | Heceta CT Sale | | | | | | 2.5 | 100.0% | Port Alice | Sep-08 | Jan-08 | | | | 2.5 | "558, 559, 561, 562, 570" | | | | | | | | | | | | | | | | |
| | Drumlin CE | X | TNB | 0.5 | Drumlin Patch Cut | | | | | | 0.5 | 0.0% | N/A | N/A | N/A | | | 0.5 | | "571" | | | | | | | | | | | | | | | | |
| | Couverden EIS | X | JRD | 0.1 | Couverden Small Sales | | | | | | 0.5 | 0.0% | Homeshore | Current | Current | | | 1.5 | | "119,120" | | | | | | | | | | | | | | | | |
| | Corner Bay CE | Jan-06 | SRD | 0.1 | Last Call | | | | | | 0.1 | 0.0% | Corner Bay | Current | Current | | | | 0.1 | "236,238,239,240" | | | | | | | | | | | | | | | | |
| | Chichagof CE | Mar-06 | SRD | 0.2 | Lazy Lightening | | | | | | 0.2 | 0.0% | Sunny Cove | Pending | Pending | | | | 0.2 | "220" | | | | | | | | | | | | | | | | |
| | Chichagof CE | Apr-06 | SRD | 0.1 | Buckhorn | | | | | | 0.1 | 0.0% | False Island | Current | Current | | | | 0.1 | "243" | | | | | | | | | | | | | | | | |
| | Supplement to APC 86-90 EIS | X | HRD | | Humpback II | | | | | | 0.5 | 0.0% | West Point | Private | Private | | | | 0.5 | "198,200" | | | | | | | | | | | | | | | | |
| | Small Otter EA | Dec-05 | HRD | 1.0 | Otter Lake | | | | | | 1.0 | 0.0% | 8-Fathom | Pending | Expired | | 1.0 | | 1.0 | "201" | | | | | | | | | | | | | | | | |
| | YRD Small Sales | X | YRD | | Small Sale | | | | | | 0.4 | 0.0% | N/A | N/A | N/A | | | 0.4 | 0.4 | | | | | | | | | | | | | | | | | |
| | Woodpecker EIS | Aug-02 | PRD | | Blind Slough | | | | | | 0.5 | 0.0% | N/A | N/A | N/A | | | | 0.5 | "452" | | | | | | | | | | | | | | | | |
| | Scott Peak EIS | Nov-05 | PRD | 8.4 | Scott Peak | | | | | | 8.4 | 0.0% | Portage Bay | Sep-96 | Dec-10 | | 8.4 | | 8.4 | "444,446" | | | | | | | | | | | | | | | | |
| | Overlook EA | Nov-05 | PRD | 4.1 | Overlook | | | | | | 4.1 | 0.0% | Olsens | Aug-76 | Oct-17 | | 4.1 | 4.1 | 4.1 | "450, 453" | | | | | | | | | | | | | | | | |
| | Kuiu EIS | May-06 | PRD | 34.0 | Kuiu Roaded | | | | | | 16.0 | 42.0% | Rowen Bay | Oct-97 | Jun-27 | | 34.0 | 16.0 | 16.0 | "399" | | | | | | | | | | | | | | | | |
| | Doughnut EA/Porcupine CE | X | PRD | 1.3 | Blue Light Special | | | | | | 1.3 | 0.0% | Pat's Creek/Anita Bay North | Current | Pending | | | | 1.3 | "475,476,465,468" | | | | | | | | | | | | | | | | |
| | Backline EA | Jan-06 | WRD | 7.0 | Backline | | | | | | 7.0 | 0.0% | Pat's Creek/Earl West | Current | Jul-10 | | 7.0 | 7.0 | 7.0 | "526" | | | | | | | | | | | | | | | | |
| | Misc Small Sales CE | X | WRD | 0.2 | Fishtrap Salvage | | | | | | 0.2 | 0.0% | Anita Bay (north) | Current | Jul-14 | | 0.2 | 0.2 | 0.2 | "467" | | | | | | | | | | | | | | | | |
| '07 | Traitors Cove EIS | Jul-06 | KRD | 18.0 | Francis Cove | | | | | | 8.0 | 0.0% | Margaret Bay | Current | Mar-13 | | 18.0 | 4.0 | | | 4.0 | | 8.0 | "738,739,740" | | | | | | | | | | | | |
| | Traitors Cove EIS | X | KRD | | Rockfish | | | | | | 7.0 | 0.0% | Fire Cove | Current | Jan-08 | | | 4.0 | | | 3.0 | | 7.0 | "737, 739" | | | | | | | | | | | | |
| | Traitors Cove EIS | X | KRD | | SW Neets | | | | | | 3.0 | 0.0% | SW Neets | Current | Sep-08 | | | 1.5 | | | | | 3.0 | "736, 738" | | | | | | | | | | | | |
| | TNB Small Sales EA's & CE's | Apr-06 | TNB | 1.0 | Various | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | 1.0 | 1.0 | 1.0 | | | | | | | | | | | | | | | |
| | Roadside EA | X | TNB | | Micro Sales | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | 1.0 | 1.0 | | | | | | | | | | | | | | | | |
| | Goose EA | X | TNB | | Various | | | | | | 3.0 | 0.0% | N/A | N/A | N/A | | | | | | 3.0 | 3.0 | "586,597,598" | | | | | | | | | | | | | |
| | North Thorne EIS | Dec-06 | TNB | 6.0 | North Thorne | | | | | | 6.0 | 31.0% | Thorne Bay | Current | Jan-10 | | | 6.0 | | | | 6.0 | "579,580" | | | | | | | | | | | | | |
| | Soda Nick EA | X | CRD | | Soda Nick Small Sales | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | 1.0 | 1.0 | "622,624" | | | | | | | | | | | | | |
| | Roadside EA | X | CRD | | Micro-Sales | | | | | | 0.3 | 0.0% | N/A | N/A | N/A | | | | | | 0.3 | 0.3 | "620,621" | | | | | | | | | | | | | |
| | Scratchings EIS | Mar-06 | CRD | 26.0 | Scratchings | | | | | | 26.0 | 31.0% | Suemez | In Progress | In Progress | | 26.0 | 26.0 | | | | 26.0 | "636,634,635,636" | | | | | | | | | | | | | |
| | HRD Small Sales EA | Sep-06 | HRD | 0.4 | Small Sales | | | | | | 0.4 | 0.0% | Homeshore | N/A | N/A | | 0.4 | | | | 0.4 | 0.4 | "15,218" | | | | | | | | | | | | | |
| | Couverden EIS | X | JRD | | Couverden Small Sales | | | | | | 1.5 | 0.0% | Homeshore | Current | Current | | | | | | | 1.5 | "19,120" | | | | | | | | | | | | | |
| | SRD Small Sale CE | Apr-07 | SRD | 0.5 | Various | | | | | | 0.2 | 0.0% | TBD | TBD | TBD | | | | | | 0.2 | 0.2 | "TBD" | | | | | | | | | | | | | |
| | NW Baranof EIS | X | SRD | 40.0 | Synchro, SRD HRD | | | | | | 40.0 | 84.0% | Appleton/St. John | Current | Current | | | | | | 40.0 | 40.0 | | | | | | | | | | | | | | |
| | YRD Small Sales EA | Sep-06 | YRD | 2.2 | Small Sale | | | | | | 0.3 | 0.0% | N/A | N/A | N/A | | 2.2 | | | | 0.3 | 0.3 | | | | | | | | | | | | | | |
| | Kuiu EIS | X | PRD | | Straight Creek | | | | | | 18.0 | 42% | Saginaw | Dec-00 | Dec-10 | | | | | | 18.0 | 18.0 | "437,439" | | | | | | | | | | | | | |
| | Woodpecker EIS | X | PRD | | Road's End | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | 1.0 | 1.0 | "448" | | | | | | | | | | | | | |
| | Woodpecker EIS | X | PRD | | Slide | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | 1.0 | 1.0 | "452" | | | | | | | | | | | | | |
| | Baht EIS | Sep-06 | WRD | 15.0 | Baht | | | | | | 15.0 | 0.0% | St. Johns or Deep Bay | Current | Jan-26 | | 15.0 | 7.5 | | | 7.5 | 15.0 | "456,457" | | | | | | | | | | | | | |
| | Doughnut EA | X | WRD | | North Corner | | | | | | 1.5 | 100% | Pat's Creek | Current | Pending | | | | | | 1.5 | "523,524" | | | | | | | | | | | | | | |
| '08 | Emerald Bay EIS | Sep-05 | KRD | 16.0 | Emerald Bay | | | | | | 16.0 | 100% | Emerald | New | New | | | 16.0 | | | | | | 16.0 | "721" | | | | | | | | | | | |
| | Gravina EIS | Jun-06 | KRD | 36.0 | Dutchman | | | | | | 30.0 | 100% | Private | N/A | N/A | | 36.0 | | | | 15.0 | | | 15.0 | 30.0 | "761, 763" | | | | | | | | | | |
| | Chasina EIS | X | CRD | | North | | | | | | 6.0 | 100% | Lascaster | Current | Jun-29 | | | | | | | | | | 6.0 | "679,680" | | | | | | | | | | |
| | Chasina EIS | X | CRD | | Dolomi | | | | | | 3.5 | 100% | Lascaster | Current | Jun-29 | | | | | | | | | | 3.5 | "680, 681" | | | | | | | | | | |
| | Soda Nick EA | X | CRD | | Soda Nick Small Sales | | | | | | 0.6 | 0.0% | N/A | N/A | N/A | | | | | | | 0.6 | | 0.6 | "622,624" | | | | | | | | | | | |
| | Roadside EA | X | CRD | | Micro-Sales | | | | | | 0.3 | 0.0% | N/A | N/A | N/A | | | | | | | 0.3 | | 0.3 | "620,621" | | | | | | | | | | | |
| | TNB Small Sales EA's & CE's | Apr-07 | TNB | 1.0 | Various | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | 1.0 | 1.0 | | | | | | | | | | | | | | |
| | Roadside EA | X | TNB | | Micro Sales | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | 1.0 | 1.0 | | | | | | | | | | | | | | |
| | Staney EIS | Mar-08 | TNB | 17.0 | Staney | | | | | | 8.0 | 35.0% | Naukati | Need New | Jan-08 | | | | | | | 17.0 | 8.0 | 8.0 | "571, 587, 588,590" | | | | | | | | | | | |
| | Logjam EIS | Feb-07 | TNB | 25.0 | Logjam | | | | | | 22.0 | 40.0% | Whale Pass | Need New | Oct-26 | | | 25.0 | | | | | | 22.0 | "577,573" | | | | | | | | | | | |
| | Goose EA | X | TNB | | Various | | | | | | 3.0 | 0.0% | N/A | N/A | | | | | | | | 3.0 | 3.0 | "586,597,598" | | | | | | | | | | | | |
| | Iyoutug EIS | Nov-07 | HRD | 60.0 | Iyoutug Small Sale | | | | | | 3.0 | 75.0% | Long Island | Native | Native | | | | | | 60.0 | | | 3.0 | 3.0 | "208,209,210" | | | | | | | | | | |
| | Iyoutug EIS | X | HRD | | Iyoutug Timber Sale | | | | | | 20.0 | 75.0% | Long Island | Native | Native | | | | | | | | | 20.0 | 20.0 | "208,209,210" | | | | | | | | | | |
| | SRD Small Sale CE | Apr-08 | SRD | 0.2 | Various | | | | | | 0.2 | 0.0% | TBD | TBD | TBD | | | | | | | | | 0.2 | 0.2 | "TBD" | | | | | | | | | | |
| | YRD Small Sales EA | X | YRD | | Small Sale | | | | | | 0.3 | 0.0% | N/A | N/A | N/A | | | | | | | | | 0.3 | 0.3 | | | | | | | | | | | |
| | Couverden EIS | X | JRD | | Couverden Small Sales | | | | | | 0.5 | 0.0% | Homeshore | Current | Current | | | | | | | | | 1.5 | 1.5 | "119,120" | | | | | | | | | | |
| | Woodpecker EIS | X | PRD | | Wood 40822 | | | | | | 2.8 | 0.0% | N/A | N/A | N/A | | | | | | | | | 2.8 | 2.8 | "452" | | | | | | | | | | |
| | Three Mile EA | Apr-04 | PRD | 19.7 | Three Mile | | | | | | 19.7 | 72.0% | Rowen Bay | Oct-97 | Jun-27 | | | | | | | | | 19.7 | "419" | | | | | | | | | | | |
| | Big John/Central Kupreanof EIS | May-07 | PRD | 35.0 | Big John | | | | | | 5.0 | 60.0% | Little Hamilton/Portage | Mar-93 | Aug-17 | | | 35.0 | | | | | | 5.0 | "424,425,426,440,429,436,438" | | | | | | | | | | |
| | Crain/Rowan EIS | X | PRD | | Rowen Mt. Heli | | | | | | 4.0 | 80.0% | Rowen Bay | Oct-97 | Jun-27 | | | | | | | | | 4.0 | 4.0 | "399,400,402" | | | | | | | | | | |
| | Navy EIS | FY 07 | WRD | 50.0 | Three Sisters | | | | | | 15.0 | 90.0% | Anita Bay (south) | Current | Pending | | | | | | 50.0 | | 7.5 | 7.5 | 15.0 | "464,465,467" | | | | | | | | | | |
| | Navy EIS | X | WRD | | Mosman | | | | | | 17.0 | 90.0% | Anita Bay (south) | Current | Pending | | | | | | | | 8.5 | 8.5 | 17.0 | "467" | | | | | | | | | | |
| | Madan EIS | Jul-03 | WRD | | Madan | | | | | | 21.0 | 100% | Moose Cr./Jenkins Cove | New | New | | | | | | | | | 21.0 | "502,504" | | | | | | | | | | | |
| | Klam EIS | Jun-07 | KRD | 25.0 | Klam | | | | | | 15.0 | 60.0% | Ku Bay | N/A | Expired | | | 25.0 | | | | | | | 15.0 | | | 15.0 | "732,737" | | | | | | | |
| | Klam EIS | X | KRD | | Wishbone | | | | | | 10.0 | 0.0% | Shrimp Bay | Current | Apr-29 | | | | | | | | | | 10.0 | | | 10.0 | "733, 736,737" | | | | | | | |
| | Cholmondeley EIS | X | KRD | | Cher | | | | | | 10.2 | 100.0% | Sunny Cove | Current | Current | | | | | | | | | | | | | 10.2 | "674,675,676" | | | | | | | |
| | Chasina EIS | X | CRD | | Johnson Mt. | | | | | | 5.9 | 100.0% | Barge Drop | N/A | N/A | | | | | | | | | | | | | 5.9 | "681,682" | | | | | | | |
| | TNB Small Sales EA's & CE's | Apr-08 | TNB | 1.0 | Various | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | | | 1.0 | 1.0 | | | | | | | | | | | | |
| | Roadside EA | X | TNB | | Micro Sales | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | | | 1.0 | 1.0 | | | | | | | | | | | | |
| | Kos EIS | Dec-07 | TNB | 5.0 | Kosciusco | | | | | | 5.0 | 25.0% | Kosiusko | Need New | Need New | | | | | | | | 5.0 | | 5.0 | "543, 544,545,546" | | | | | | | | | | |
| '09 | Staney EIS | X | TNB | | Masada | | | | | | 9.0 | 35.0% | N/A | N/A | N/A | | | | | | | | 9.0 | | 9.0 | "571, 587, 588,590" | | | | | | | | | | |
| | Logjam EIS | X | TNB | | Various | | | | | | 3.0 | 40.0% | Whale Pass | Need New | Oct-26 | | | | | | | | | | 3.0 | "577,573" | | | | | | | | | | |
| | SRD Small Sale CE | Apr-09 | SRD | 0.2 | Various | | | | | | 0.2 | 0.0% | TBD | TBD | TBD | | | | | | | | | | 0.2 | 0.2 | 0.2 | "TBD" | | | | | | | |
| | Finger Point EIS | X | PRD | | Infog | | | | | | 18.0 | 55.0% | Inbetween/Crab Bay | Pending | Pending | | | | | | | | | | 18.0 | "233,234" | | | | | | | | | | |
| | Iyoutug EIS | X | HRD | | Iyoutug Small Sale | | | | | | 3.0 | 75.0% | Long Island | N/A | N/A | | | | | | | | | | 3.0 | 3.0 | "208,209,210" | | | | | | | | | |
| | Couverden EIS | X | JRD | | Couverden Small Sales | | | | | | 0.5 | 0.0% | Homeshore | Current | Current | | | | | | | | | | 1.5 | 1.5 | "119,120" | | | | | | | | | |
| | YRD Small Sales EA | X | YRD | | Small Sale | | | | | | 0.3 | 0.0% | N/A | N/A | N/A | | | | | | | | | | 0.3 | 0.3 | | | | | | | | | | |
| | Big John/Central Kupreanof EIS | X | PRD | | Tunehean | | | | | | 30.0 | 60% | Little Hamilton/Portage | Mar-93 | Aug-17 | | | | | | | 10.0 | | | 10.0 | 30.0 | "424,425,426,440,429,436,438" | | | | | | | | | |
| | Dry Bay EIS | Oct-08 | PRD | 10.0 | Dry Bay | | | | | | 10.0 | 100% | New | Pending | Pending | | | | | | | 10.0 | | | 10.0 | 10.0 | "483, 484" | | | | | | | | | |
| | Thomas Bay Second-growth EA | Jun-08 | PRD | 2.0 | TB2 | | | | | | 2.0 | 68% | Thomas Bay | Apr-99 | Dec-08 | | | | | | | 2.0 | | | 2.0 | 2.0 | "442,444" | | | | | | | | | |
| | Highbuch EA | FY 08 | WRD | 5.0 | Highbush | | | | | | 5.0 | 50% | Earl West | Current | Jan-10 | | | | | | | | | | 5.0 | 5.0 | "478,504,505" | | | | | | | | | |
| | Navy EIS | X | WRD | | Burnett | | | | | | 8.0 | 90.0% | Anita Bay (south) | Current | Pending | | | | | | | | | | 8.0 | 8.0 | "464,468" | | | | | | | | | |
| | Big Boy EIS | Jun-08 | KRD | 16.0 | Big Boy | | | | | | 16.0 | 41.0% | Shelter Cove | Current | Aug-20 | | | | | | | | | | 16.0 | | | 16.0 | 16.0 | "746,747,748,753" | | | | | |
| | Saw Ridge EIS | Jun-09 | KRD | 8.0 | Mount | | | | | | 8.0 | 80.0% | Elf Point | Current | Current | | | | | | | | | | | 8.0 | | | 8.0 | "762,765" | | | | | |
| | Gravina EIS | X | KRD | | Flying Dutchman | | | | | | 6.0 | 100.0% | N/A | N/A | N/A | | | | | | | | | | | | | 6.0 | "757,760" | | | | | | |
| | Moira EIS | Jun-08 | CRD | 56.0 | JC | | | | | | 21.8 | 100.0% | South Moria | New | New | | | | | | | | | | 21.8 | | | 21.8 | "692,699" | | | | | |
| | TNB Small Sales EA's & CE's | Apr-09 | TNB | 1.0 | Various | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | 1.0 | | 1.0 | 1.0 | | | | | | | | |
| | Roadside EA | X | TNB | | Micro Sales | | | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | 1.0 | | 1.0 | 1.0 | | | | | | | | |
| | Sarker EA | Jan-09 | TNB | 5.0 | Sarker | | | | | | 5.0 | 0.0% | Naukati | Need New | Jan-08 | | | | | | | | | | 5.0 | | | 5.0 | "554,557,571" | | | | | | |
| '10 | Neck Lake EA | Mar-09 | TNB | 5.0 | Neck Lake | | | | | | 5.0 | 0.0% | Whale Pass | Need New | Oct-26 | | | | | | | | | | 5.0 | | | 5.0 | "550,538,540,537,549" | | | | | | |
| | Iyoutug EIS | X | HRD | | Iyoutug Small Sale | | | | | | 3.0 | 75.0% | Long Island | Native | Native | | | | | | | | | | 3.0 | | | 3.0 | "208,209,210" | | | | | | |
| | SRD Small Sale CE | xx-09 | SRD | 0.2 | Various | | | | | | 0.2 | 0.0% | TBD | TBD | TBD | | | | | | | | | | | | 0.2 | 0.2 | "TBD" | | | | | | |
| | NE Baranof EIS | Nov-09 | SRD | 15.0 | Bourbon | | | | | | 15.0 | 91.0% | Bourbon Creek | Need New | Need New | | | | | | | | | 15.0 | 15.0 | | | | "298" | | | | | | |
| | Kizhuchia EIS | Nov-10 | SRD | 6.0 | Kizhuchia | | | | | | 6.0 | 80.0% | Kidney Cove | Need New | Need New | | | | | | | | | | | | | 6.0 | "321" | | | | | | |
| | Ushk Bay EIS | Sep-10 | SRD | 30.0 | Ushk Bay | | | | | | 30.0 | 0.0% | Poison Cove | Need New | Need New | | | | | | | | | | | | | 30.0 | "279,280,281" | | | | | | |
| | YRD Small Sales EA | X | YRD | | Small Sale | | | | | | 0.3 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | 0.3 | 0.3 | | | | | | |
| | Hobert EIS | Aug-09 | JRD | 30.0 | Hobert Timber Sale | | | | | | 30.0 | 0.0% | Goldbelt | Need New | Need New | | | | | | | | | | 30.0 | 15.0 | | 15.0 | 30.0 | | | | | | |
| | Couverden EIS | X | JRD | | Couverden Small Sales | | | | | | 0.5 | 0.0% | Homeshore | Current | Current | | | | | | | | | | | | | | | | | | | | |
| | Bayport EIS | xx-09 | PRD | 30.0 | Bayport West | | | | | | 30.0 | 45.0% | Rowan Bay | Oct-97 | Jun-27 | | | | | | | | | | | 30.0 | 10.0 | | 20.0 | 30.0 | "398,399,400,401,402,420,421," | | | | |
| | Bohemia Towers EIS | xx-09 | PRD | 10.0 | North by NE | | | | | | 10.0 | 90.0% | Little Hamilton | Mar-93 | Aug-17 | | | | | | | | | | | 10.0 | | | 10.0 | 10.0 | "424,425,426,440" | | | | |
| | Central Mitkof EIS | xx10 | PRD | 8.0 | Middling | | | | | | 2.0 | 36.0% | Olsens | Aug-76 | Oct-17 | | | | | | | | | | | | 8.0 | 2.0 | "447,450" | | | | | | |
| | Crittenden EIS | FY 09 | WRD | 30.0 | Crittenden | | | | | | 30.0 | 100.0% | New | New | New | | | | | | | | | | | 30.0 | | | 15.0 | 15.0 | "501" | | | | |
| | Woronofski EIS | FY 09 | WRD | 10.0 | Woronofski | | | | | | 10.0 | 95.0% | New | New | New | | | | | | | | | | | 10.0 | | | | 10.0 | "461" | | | | |
| | Navy EIS | X | WRD | | Navy | | | | | | 10.0 | 90.0% | New | New | New | | | | | | | | | | | | | | | 10.0 | 10.0 | "468" | | | |
| | | | | | | | | | | | | | | | | | FY06 | | | | FY07 | | | | FY08 | | | | FY09 | | | | FY10 | | | |
| | | NEPA TOTAL | | 760 | SALE TOTAL | | | | | | 795 | | | | | | 180 | 121 | 84 | 202 | 132 | 135 | 112 | 158 | 201 | 144 | 137 | 138 | 45 | 113 | 162 | | | | | |

Prepared By: /s/ David Fletcher
Timber Sale Preparation Program Manager
Date: November 7, 2005

Submitted By: /s/ Charley Streuli
Ecology, Fire, and Forest Management Staff Officer
Date: November 8, 2005

Approved By: /s/ Forrest Cole
Forest Supervisor
Date: November 10, 2005

**Exhibit 34, page 1 of 1**