# Study Plan
# for
# Adjustment and Update
# of the
# Tongass Forest Plan

Exhibit 36, page 1 of 9

# APPROVAL PAGE

_____
**FORREST COLE**
Forest Supervisor
Tongass National Forest

12·7·05
Date

# CONTENTS

| | | |
|---|---|---:|
| 1.0 | INTRODUCTION | 1 |
| 1.1 | Background | 1 |
| 1.2 | Objectives | 2 |
| 1.3 | Study Plan Organization | 2 |
| 2.0 | GENERAL APPROACH | 3 |
| 2.1 | Overview of the Phases | 3 |
| 2.2 | Public Participation and Collaboration | 4 |
| 2.3 | General and Science Consistency Review Processes | 5 |
| 2.4 | Roles and Responsibilities | 5 |
| 3.0 | PHASE 1 – INITIATION AND STUDY PLAN DEVELOPMENT | 6 |
| 3.1 | Initial Planning/Coordination Meetings | 6 |
| 3.2 | Develop Study Plan Based on 1982 Planning Rule | 6 |
| 3.3 | Develop Study Plan Based on 2005 Planning Rule | 6 |
| 4.0 | PHASE 2 – INTEGRATED TIMBER OPERABILITY ANALYSIS AND OTHER INITIAL ANALYSES | 7 |
| 4.1 | Public Involvement and Government-to-Government Consultation | 7 |
| 4.2 | Integrated Timber Operability Analysis | 8 |
| 4.2.1 | LSTA Initiation | 8 |
| 4.2.2 | LSTA Production | 10 |
| 4.2.3 | LSTA Finalization and Adjustment | 10 |
| 4.2.4 | Operability Analysis | 11 |
| 4.3 | Timber Demand Analysis | 11 |
| 4.3.1 | Background | 11 |
| 4.3.2 | Technical Work Group Assessment | 11 |
| 4.3.3 | Forest Plan Adjustments/Updates | 12 |
| 4.4 | Wildlife Management Indicator Species (MIS) | 12 |
| 4.4.1 | Background | 12 |
| 4.4.2 | Technical Work Group Assessment | 12 |
| 4.4.3 | Forest Plan Adjustments/Updates | 12 |
| 4.5 | Conservation Strategy Review | 13 |
| 4.5.1 | Background | 13 |
| 4.5.2 | Technical Work Group Assessment | 13 |
| 4.5.3 | Forest Plan Adjustments/Updates | 14 |
| 4.6 | Small Old-growth Reserve Mapping | 14 |
| 4.6.1 | Background | 14 |
| 4.6.2 | Technical Work Group Assessment | 15 |
| 4.6.3 | Forest Plan Adjustments/Updates | 15 |
| 4.7 | Deer Model | 16 |
| 4.7.1 | Background | 16 |
| 4.7.2 | Technical Assessment | 16 |
| 4.7.3 | Forest Plan Adjustments/Updates | 16 |
| 4.8 | Vegetation Mapping Model | 16 |

**Tongass Forest Plan Adjustment & Update**

| | | |
|---|---|---:|
| 4.8.1 | Background | 16 |
| 4.8.2 | Technical Assessment | 17 |
| 4.8.3 | Forest Plan Adjustments/Updates | 17 |
| 4.9 | Invasive Species Emphasis | 17 |
| 4.9.1 | Background | 17 |
| 4.9.2 | Technical Work Group Assessment | 18 |
| 4.9.3 | Forest Plan Adjustments/Updates: | 18 |
| 4.10 | Young-Growth Managment | 18 |
| 4.10.1 | Background | 18 |
| 4.10.2 | Technical Work Group Assessment | 18 |
| 4.10.3 | Forest Plan Adjustments/Updates | 18 |
| 4.11 | Sensitive Plant Survey Protocols | 19 |
| 4.11.1 | Background | 19 |
| 4.11.2 | Technical Work Group Assessment | 19 |
| 4.11.3 | Forest Plan Adjustments/Updates | 19 |
| 4.12 | Fish and Riparian Updates | 19 |
| 4.12.1 | Background | 19 |
| 4.12.2 | Technical Work Group Assessment | 20 |
| 4.12.3 | Forest Plan Adjustments/Updates | 20 |
| 4.13 | State Transportation and Utility Routes and the TUS LUD | 20 |
| 4.13.1 | Background | 20 |
| 4.13.2 | Technical Work Group Assessment | 21 |
| 4.13.3 | Forest Plan Adjustments/Updates | 21 |
| 4.14 | Karst standards and guidelines | 21 |
| 4.14.1 | Background | 21 |
| 4.14.2 | Technical Work Group Assessment | 21 |
| 4.14.3 | Forest Plan Adjustments/Updates | 22 |
| 4.15 | OHV Emphasis | 22 |
| 4.15.1 | Background | 22 |
| 4.15.2 | Technical Work Group Assessment | 22 |
| 4.15.3 | Forest Plan Adjustments/Updates | 23 |
| 4.16 | Wilderness Updates | 23 |
| 4.16.1 | Background | 23 |
| 4.16.2 | Technical Work Group Assessment | 23 |
| 4.16.3 | Forest Plan Adjustments/Updates | 24 |
| 4.17 | Recreation and Tourism Updates | 24 |
| 4.17.1 | Background | 24 |
| 4.17.2 | Technical Work Group Assessment | 24 |
| 4.17.3 | Forest Plan Adjustments/Updates | 24 |
| 4.18 | Scenery Management Updates | 25 |
| 4.18.1 | Background | 25 |
| 4.18.2 | Technical Work Group Assessment | 25 |
| 4.18.3 | Forest Plan Adjustments/Updates | 26 |
| 4.19 | Heritage Sacred Sites Standards and Guidelines | 26 |
| 4.19.1 | Background | 26 |
| 4.19.2 | Technical Work Group Assessment | 26 |
| 4.19.3 | Forest Plan Adjustments/Updates | 26 |
| 4.20 | Land Adjustments | 27 |
| 4.20.1 | Background | 27 |
| 4.20.2 | Technical Working Group Assessment | 27 |

*Tongass Forest Plan Adjustment & Update*

|  |  |  |
|---|---|---|
| 4.20.3 | Forest Plan Adjustments/Updates | 27 |
| 4.21 | Cumulative Effects – Non-NFS Lands | 27 |
| 4.21.1 | Background | 27 |
| 4.21.2 | Technical Assessment | 28 |
| 4.21.3 | Forest Plan Adjustments/Updates | 28 |
| 4.22 | Miscellaneous Updates and Adjustments | 28 |
| 4.22.1 | Background | 28 |
| 4.22.2 | Technical Assessment | 29 |
| 4.22.3 | Forest Plan Adjustments/Updates | 29 |
| 4.23 | Initiate Planning Record | 29 |
| 5.0 | PHASE 3 – FOREST PLAN ADJUSTMENT/UPDATE PACKAGE | 31 |
| 5.1 | Develop Package of Adjustments/Updates to the Forest Plan | 31 |
| 5.2 | Formulate Preliminary Alternatives | 31 |
| 5.3 | Public Involvement and Government-to-Government Consultation Activities | 31 |
| 5.4 | Planning Record Update | 32 |
| 6.0 | PHASE 4 – DRAFT PLANNING DOCUMENT | 33 |
| 6.1 | Notice to Commence | 33 |
| 6.2 | Conduct Supplemental Scoping and Prepare Scoping Report | 33 |
| 6.3 | Develop Purpose and Need Statement | 33 |
| 6.4 | Review and Refine Alternatives | 33 |
| 6.5 | Prepare Introductory Chapters | 33 |
| 6.6 | Prepare Affected Environment and Environmental Consequences | 33 |
| 6.7 | Other Draft Planning Document Chapters | 34 |
| 6.8 | Assemble Preliminary Draft Planning Document for Review | 34 |
| 6.9 | Internal Review of Draft Planning Document | 34 |
| 6.10 | Prepare Revised Draft Planning Document | 34 |
| 6.11 | Review/Edit Revised Draft Planning Document | 34 |
| 6.12 | Assemble Camera-ready Draft Planning Document | 34 |
| 6.13 | Draft Planning Document Production and Mailing | 34 |
| 6.14 | Draft Planning Document Posting on the Web | 35 |
| 6.15 | Planning Record Update | 35 |
| 7.0 | PHASE 5 – FINAL PLANNING DOCUMENT, DECISION, AND ADJUSTED/UPDATED FOREST PLAN | 36 |
| 7.1 | Draft Planning Document Review Period and Public Meetings | 36 |
| 7.2 | Comment Analysis | 36 |
| 7.3 | Responses to Comments | 36 |
| 7.4 | Public Briefings and Other Contacts | 36 |
| 7.5 | Government-to-Government Consultation | 37 |
| 7.6 | Web Site Update | 37 |
| 7.7 | Definition of Final Planning Document Alternatives | 37 |
| 7.8 | Prepare the Final Planning Document | 37 |
| 7.9 | Assemble Preliminary Final Planning Document for Review | 37 |
| 7.10 | Prepare Revised Final Planning Document | 37 |
| 7.11 | Prepare Draft Decision and Draft Updated/Adjusted Forest Plan | 38 |
| 7.12 | Decision Comparison Document | 38 |
| 7.13 | Review/Edit Revised Final Planning Document | 38 |
| 7.14 | Review/Edit Draft Decision and Adjusted/Updated Forest Plan | 38 |
| 7.15 | Assemble Camera-ready Documents | 38 |

**Tongass Forest Plan Adjustment & Update**

    7.16    Produce Final Documents and Mailing    38  
    7.17    Final Document Posting on the Web    38  
    7.18    Web Site Update    38  
    7.19    Planning Record Update    39  
8.0   SCHEDULE    40

Case 1:04-cv-00029-JKS    Document 61-7    Filed 03/09/2006    Page 7 of 9

**Tongass Forest Plan Adjustment & Update**

## 8.0 Schedule

Table 1 presents the schedule for the Forest Plan Adjustment and Update process. The schedule is tied to the phases, tasks, and subtasks described above. The major relationships among these are displayed in the Task Relationships and Schedule Diagram (Gantt Chart) shown in the attachment (see Microsoft Project file).

Table 1. Estimated Schedule for Forest Plan Adjustment and Update Process.

| PHASE AND TASK NAME | FINISH DATE |
|---|---|
| **PHASE 1 - INITIATION AND STUDY PLAN DEVELOPMENT** | |
| Initial Planning/Coordination Meetings | 10/17/05 |
| Final Study Plan Based on 1982 Planning Rule | 11/30/05 |
| Final Study Plan Based on 2005 Planning Rule | 1/30/06 |
| **PHASE 2 – LSTA AND OTHER INITIAL ANALYSES** | |
| Initial Government-to-Government Consultation | 12/15/05 |
| Web Site Developed | 12/21/05 |
| Letter and News Release announcing Web site and the Process | 12/21/05 |
| Integrated Timber Operability Analysis | |
|     Draft Procedures | 11/16/05 |
|     Review of Draft Pilot Areas | 12/8/05 |
|     Finalize Procedures | 12/12/05 |
|     Draft LSTA (1st Submittal) | 2/17/06 |
|     Draft LSTA (2nd Submittal) | 3/10/06 |
|     Draft LSTA (3rd Submittal) | 3/31/06 |
|     Final LSTA | 5/01/06 |
|     Operability Analysis | 5/12/06 |
| Timber Demand Analysis | |
|     Initial Results | 2/01/06 |
|     Final and Peer-reviewed Results | 3/01/06 |
| Wildlife Management Indicator Species | 2/15/06 |

*Study Plan*      40      November 2005

Exhibit 36, page 7 of 9

| | |
|---|---|
| Conservation Strategy Review | |
|     Science Review | 3/08/06 |
|     Develop Presentations | 3/21/06 |
|     Workshop | 4/03-07/06 |
|     Develop Workshop Proceedings | 4/21/06 |
|     Post Internally Reviewed Forest Plan Package on Web | 4/25/06 |
| | |
| Small OGR Mapping | 3/13/06 |
| Deer Model | 1/16/06 |
| Vegetation Mapping Model | 1/16/06 |
| Invasive Species Emphasis | 2/01/06 |
| Young-Growth Management | 2/16/06 |
| Sensitive Plant Survey Protocols | 1/23/06 |
| Fish and Riparian Updates | 2/01/06 |
| State Transportation and Utility Routes and the TUS LUD | 2/01/06 |
| Karst Standards and Guidelines | 2/01/06 |
| OHV Emphasis | 2/15/06 |
| Wilderness Updates | 2/15/06 |
| Recreation and Tourism Updates | 2/15/06 |
| Scenery Management Updates | 3/31/06 |
| Heritage Sacred Sites Standards and Guidelines | 1/16/06 |
| Land Adjustments | 2/21/06 |
| Cumulative Effects – Non-NFS Lands | 2/21/06 |
| Miscellaneous Updates and Adjustments | 2/28/06 |
| | |
| **PHASE 3 – FOREST PLAN ADJUSTMENT/UPDATE PACKAGE** | |
| Develop Full Package of Updates/Adjustments | 4/18//06 |
| Formulate Preliminary Alternatives | 4/18/06 |
| Public Involvement and Gov't-to-Gov t | 5/02/06 |
| | |
| **PHASE 4 - DRAFT PLANNING DOCUMENT** | |
| Notice to Commence | 3/15/06 |
| Define the Draft Planning Document Alternatives | 5/03/06 |
| Prepare Affected Environment Sections | 5/31/06 |
| Prepare Introductory Chapters - 1st half | 5/17/06 |
| Prepare Environmental Consequences Sections of Chapter 3 | 8/02/06 |

**Tongass Forest Plan Adjustment & Update**

| | |
|---|---|
| Prepare Other Chapters and Chapter 2 - 2nd half | 8/09/06 |
| Assemble Preliminary Draft Planning Document | 8/21/06 |
| Prepare Revised Draft Planning Document | 10/11/06 |
| Assemble Camera-ready Draft Planning Document | 11/08/06 |
| Draft Planning Document Printing and Mailing and Posting on the Web | 11/22/06 |
| **PHASE 5 – FINAL PLANNING DOCUMENT, DECISION, AND FOREST PLAN ADJUSTMENT & UPDATE** | |
| End of Draft Planning Document Review Period | 2/26/07 |
| Comment Analysis | 4/02/07 |
| Responses to Comments | 4/23/07 |
| Define the Final Planning Document Alternatives | 4/30/07 |
| Assemble Preliminary Final Planning Document, Decision, and Forest Plan Adjustment/Update | 5/31/07 |
| Prepare Revised Final Planning Document, Decision, and Forest Plan Adjustment/Update | 7/09/07 |
| Sign Decision | 7/27/07 |
| Assemble Camera-ready Final Planning Document, Decision, and Forest Plan Adjustment/Update | 8/06/07 |
| Final Planning Document, Decision, and Forest Plan Printing and Mailing and Posting on the Web | 8/20/07 |
| Planning Record Update | 9/12/07 |