RECEIVED
FEB 08 2006
EARTHJUSTICE

| United States Department of Agriculture | Forest Service | Tongass Ketchikan/Misty Fiords Ranger District | 3031 Tongass Avenue Ketchikan, Alaska 99901-5743 |
|---|---|---|---|

Reply to: 2430

Date: 01/31/2006

Dear Prospective Bidder:

On 02/14/2006, at 02:00 PM, sealed bids will be opened in the Ketchikan Supervisors Office for the BUCKDANCE MADDER REOFFER sale. This sale is located in T73S, R93E, SECTIONS 20, 21, 28, 29, 30, 31, 32, 33,34; T74S, R93E, SECTIONS 2, 3, 7,10, 11, 14, 16, 18, 19, 21,22,23, 26,27, 30; T.74S., R92E., Sections 1,2,12,13,14,24,25,; T73S., R.92E., Sections 14,23,25,35,36 COPPER RIVER MERIDIAN. Timber sale Contract 2400-6 will be used. The termination date for this sale is 10/31/2010.

There are 0.7 kilometers of specified road construction. A specified road construction cost of $64,186.59 has been allowed in the appraisal for this work.

Measurement of the estimated quantities will be made after felling. The total estimated quantity on this sale is 15,422.67 MBF. The Forest Service encourages potential bidders to make their own inspection and estimate prior to bid submission. The Forest Service makes no representation, warranty, or guarantee of the accuracy of the following quantity estimates:

### Estimated Quantities and Minimum Acceptable Rates per Unit of Measure

| Species | Product | Unit of Measure | Estimated Quantities | Average DBH | Minimum Acceptable Bid Rates | Base Rates | Required Deposits | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Slash Disposal | Road Maintenance |
| Western Hemlock | Sawtimber | MBF | 8,310.81 | 19.50 | $2.00 | $2.00 | $0.00 | $0.00 |
| Western Red Cedar | Sawtimber | MBF | 1,713.67 | 25.50 | $15.50 | $12.00 | $0.00 | $0.00 |
| Sitka Spruce | Sawtimber | MBF | 2,062.89 | 24.90 | $15.86 | $12.00 | $0.00 | $0.00 |
| Alaska Cedar | Sawtimber | MBF | 1,030.66 | 21.00 | $25.63 | $20.00 | $0.00 | $0.00 |
| Only the Fixed Rate Applies | | | | | | | | |
| Western Hemlock Utility | Pulpwood | MBF | 2,077.70 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Sitka Spruce Utility | Pulpwood | MBF | 226.94 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| | Total | MBF | 15,422.67 | | | | $0.00 | $0.00 |

The minimum acceptable bid for advertised timber is $102,316.76 for the biddable species.

Exhibit 39, page 1 of 3

There is a $10,700.00 bid guarantee required on this sale.

If you wish further information on this sale, the prospectus and bid form, please write or call the Ketchikan Misty Fiords Ranger District.

Sincerely,

/s/REX FRIEND
Contracting Officer

Enclosure

**This Agreement <u>must</u> be completed and included with your bid.**

RECEIVED
FEB 0 3 2006
EARTHJUSTICE

## Agreement

_____ (Bidder's Name) is submitting a bid on the <u>Buckdance Madder</u> Reoffer Timber Sale, which is currently the subject of on-going litigation. _____ (Bidder's Name) acknowledges that the Forest Service may choose, due to the litigation, to reject all bids prior to awarding the contract. Further, awarding the contract is contingent upon agreement to the following terms and conditions:

1. The parties hereby agree, acknowledge, and accept that there is no express or implied warranty provided by the Forest Service or the United States Government that guarantees _____ ( Bidder's Name) will be allowed to complete the removal of the products sold under the terms of the contract. Upon signature of this agreement, _____ (Bidder's Name) hereby acknowledges the acceptance of the risk that this contract is subject to interruption or termination as a result of litigation associated with the environmental documentation process used by the Forest Service in the planning of this timber sale contract. If such interruption or termination occurs due to litigation, Purchaser agrees to accept as full compensation for such interruption or termination the reimbursement of Out-Of-Pocket Expenses as defined in provision B/BT 8.35 (4/04).

2. _____ ( Bidder's Name) and Forest Service agree suspension of operations does not constitute a breach of its implied duties to cooperate and not hinder performance of the **Buckdance Madder Reoffer** Timber Sale Contract.

3. If changes to the contract are made necessary by the litigation, then the contract may be modified or terminated in whole or in part under the terms of B/BT8.33 Contract Suspension and Modification (4/04).

4. The parties acknowledge that there has been no definitive time frame established as to the complete ruling on the merits for this cause of action

Agreed to on _____, 2006

_____
Bidder

Exhibit 39, page 3 of 3