RECEIVED

FEB 21 2006

EARTHJUSTICE

| United States<br>Department of<br>Agriculture | Forest<br>Service | Tongass<br>Wrangell Ranger District | 525 Bennett Street<br>Po Box 51<br>Wrangell, Alaska 99929-0051 |
|---|---|---|---|

Reply to:     2430

Date:      02/18/2006

Dear Prospective Bidder:

On 03/07/2006, at 02:00 PM, sealed bids will be opened in the Petersburg Supervisor's Office for the RED MOUNTAIN sale. This sale is located in Township 64 South, Range 84 East, Sections 2,3,4,7,8,9,10,11,18,19,20,21,22,23,24,27,28,29,30,31,32, and 33; Township 64 South, Range 82 East, Sections 12,13,23,24,26, and 36; Township 65 South, Range 84 East Section 6 and Township 65 South, Range 83 East Section 1; Copper River Meridian.. Timber sale Contract 2400-6T will be used. The termination date for this sale is 10/31/2007.

There are 14.4 kilometers of specified road reconstruction. A specified road construction cost of $26,926.75 has been allowed in the appraisal for this work.

The estimated quantities in this contract have been determined prior to felling. The total estimated quantity on this sale is 5,888.70 MBF. The Forest Service encourages potential bidders to make their own inspection and estimate prior to bid submission. The Forest Service makes no representation, warranty, or guarantee of the accuracy of the following quantity estimates:

## Estimated Quantities and Minimum Acceptable Rates per Unit of Measure

| Species | Product | Unit of Measure | Estimated Quantities | Average DBH | Minimum Acceptable Bid Rates | Base Rates | Required Deposits | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Slash Disposal | Road Maintenance |
| Western Hemlock | Sawtimber | MBF | 2,995.93 | 22.20 | $2.00 | $2.00 | $0.00 | $0.00 |
| Western Red Cedar | Sawtimber | MBF | 210.75 | 23.30 | $12.00 | $12.00 | $0.00 | $0.00 |
| Sitka Spruce | Sawtimber | MBF | 909.77 | 32.50 | $12.00 | $12.00 | $0.00 | $0.00 |
| Alaska Cedar | Sawtimber | MBF | 773.69 | 22.00 | $20.00 | $20.00 | $0.00 | $0.00 |
| Only the Fixed Rate Applies | | | | | | | | |
| Western Hemlock Utility | Pulpwood | MBF | 839.60 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Sitka Spruce Utility | Pulpwood | MBF | 117.68 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Western Hemlock | Sm Rnd Wd | MBF | 27.46 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Western Red Cedar | Sm Rnd Wd | MBF | 6.09 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Alaska Cedar | Sm Rnd Wd | MBF | 7.73 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| | Total | MBF | 5,888.70 | | | | $0.00 | $0.00 |

The minimum acceptable bid for advertised timber is $34,911.90 for the biddable species.

**Exhibit 43, page 1 of 4**

There is a $3,700.00 bid guarantee required on this sale.

If you wish further information on this sale, the prospectus and bid form, please write or call the Petersburg Supervisor's Office, Ketchikan Supervisor's Office, or Wrangell Ranger District Office.

Sincerely,

Austin O'Brien
TMA

Enclosure

Contract Special Provision CT2.12# - OPTIONAL REMOVAL is included in the contract. This provision allows the Purchaser the option of leaving in the harvest unit all Fixed Rate Products (Utility Logs and Small Round Wood). The Purchaser will make a lump sum payment for the Fixed Rate Products whether or not the material is removed.

This sale is being advertised at base rates with 10" top diameter utilization.

This is a HELICOPTER Sale.

Approximately 35% of the sawlog volume in this sale was previously felled and bucked during the 2001 operating season. No additional allowance for deterioration of this volume has been made in table AT2 Volume Estimate and Utilization Standards of the sample contract.

The purchaser may petition the Regional Forester to issue an export permit for all species and all products in this sale. Upon application by Purchaser, an export permit will be granted.



**Red Mountain Timber Sale**
TONGASS NATIONAL FOREST
WRANGELL RANGER DISTRICT

prepared by: K. Welch
January 31, 2006

1 inch equals 4,084 feet
1 inch equals 0.77 miles

0        0.5        1 Miles

- ▬ Sale Area Boundary, BT1.1
- ⬒ Payment Unit Boundary, BT1.1, BT4.1
- ⬚ Cutting Unit Boundary (Blue Paint), BT1.1, BT2.3
- Existing Harvest Units
- ▦ Existing Roads, BT5.12
- ◆ Protected Streamcourse, CT6.51
- △ Eagle Nest Tree, CT6.316
- Ⓐ Protection of Eagles, CT6.316
- ⓑ Cutting Unit Number, BT2.3
- ◇ Payment Unit Number, BT1.1, BT4.1
- CTM Cut Tree Marking (Orange Paint), CT2.35# (Option 2)
- LTM Leave Tree Marking (Yellow Paint), CT2.35# (Option 1)
- DxSPP Designation By Species and Diameter, CT2.352#
- HE Helicopter Yarding Specified, BT6.42
- ⚠ Material Source, CT5.221#
- U Unsuitable for Hauling Prior to Specified Reconstruction, CT5.12#
- I Specified Gate, CT5.2
- ▨ No Cut Area
- ⌂ Log Transfer Facility
- ⋈ Bridge

Units 19, 21A, 22, 25A and 26A - Designation by
Species and Diameter CT2.352#

| Unit | Species | Stump Diameter Designated for Harvest |
|---|---|---|
| 19, 21A, 22, 25A, & 26A. | Spruce | 20" + |
| | Hemlock | 19" + |
| | Alaska Yellow-Cedar | 20" + |
| | Western Redcedar | 21" + |

| Payment Unit | Unit | Acres |
|---|---|---|
| 1 | 1 | 61 |
| | 2 | 297 |
| | 28 | 92 |
| | 29 | 48 |
| Total Payment Unit Acres | | 498 |
| Payment Unit | 19 | 40 |
| | 21A | 7 |
| 2 | 22 | 63 |
| | 25A | 8 |
| | 26A | 24 |
| Total Payment Unit Acres | | 142 |
| Total Sale Acres | | 640 |

N

Chichagof Pass

Zimovia Strait

Silkine Strait

Honeymoon Creek

King George Creek

⑤ LTM HE
① LTM HE
㉙ CTM HE
② CTM HE
㉘ CTM HE
㉖A DxSPP HE
㉕A DxSPP HE
㉒ DxSPP HE
㉑A DxSPP HE
⑲ DxSPP HE
① ②

Wrangell

Woronkofski Island

Sale Area

Wrangell Island

Etolin Island

Silkine Strait
Zimovia Strait

**Exhibit 43, page 4 of 4**