

| United States Department of Agriculture | Forest Service | Alaska Region | P.O. Box 21628 Juneau, AK 99802-1628 |
|---|---|---|---|

File Code: 1570
Date: February 21, 2006

Mr. Buck Lindekugel
Southeast Alaska Conservation Council
419 6th Street, Suite 200
Juneau, AK 99801

Dear Mr. Lindekugel:

Pursuant to 36 CFR 215.17, I have reviewed the administrative appeal record for the Emerald Bay Timber Sale Final Supplemental Environmental Impact Statement (FSEIS) and Record of Decision (ROD). The Tongass Forest Supervisor signed the ROD. I have also considered the Appeal Reviewing Officer's (ARO) recommendation (enclosed) regarding the disposition of your appeal (Appeal No. 06-10-00-0002). The ARO recommended that the Forest Supervisor's decision be affirmed.

## DECISION

I concur with the ARO's recommendation and I affirm the Forest Supervisor's decision. Your requested relief is denied.

With regard to your contention that the ROD failed to make a finding that clearcutting is the optimal method of harvest, the Forest Plan (p. 4-96 to 4-97) and Forest Plan EIS (Appendix G, p. G-7 to G-9) give guidance on when to use even-aged management. Clearcutting (an even-aged method) is used in this project to preclude or minimize the occurrence of potentially adverse impacts from various factors affecting forest health such as Alaskan cedar decline, windthrow, stem decay, mistletoe, and porcupine stem damage. Specific information and rationale for use of this prescription is shown in the silvicultural prescriptions on the individual unit cards (Appendix 1 of the ROD), and in Chapter 3 of the FEIS. I find that where used, this prescription has been deemed optimal related to the site-specific considerations as described above.

The ARO determined that the analysis presented regarding the effects of the project on marten is based on information obtained from the marten model; however, it does not appear that the model runs are in the project record. Therefore, I direct the Forest Supervisor to review the marten runs to ensure they support the analysis in the FSEIS, and that they are available in the planning record.

Finally, with regard to goshawk surveys, I direct the Forest Supervisor to consult with the Forest biologist to determine the need for additional goshawk surveys prior to project implementation. If a goshawk nest is found, he will implement the standards and guidelines as described in the Forest Plan.


 

My decision incorporates, by reference, the entire administrative record, which includes the appeal and project planning records, and constitutes the final administrative decision of the Department of Agriculture [36 CFR 215.18(c)]. The ROD may be implemented 15 days following the date of this decision [36 CFR 215.10(b)].

Sincerely,

*/s/ Dennis E. Bschor*
DENNIS E. BSCHOR
Appeal Deciding Officer

Enclosure

cc: Tongass Forest Supervisor
Tongass Appeal Coordinator