From: Tim A Obst [tobst@fs.fed.us]
Sent: Tuesday, March 07, 2006 1:00 PM
To: Tom Waldo
Subject: RE: road contracts

Tom,

Here is the answers to your questions about the road contracts.  "PW" means
public works contract.

- Tim

| CONTRACT | AWARD DATE | CONTRACT AMOUNT | CONTRACTOR/ PURCHASER | MILES CONST./ RECONST. | REMARKS |
|---|---|---|---|---|---|
| Skipping Cow TS | Pending | | Al Can Logging | 4.9C | Purchaser elected to have FS construct roads |
| Skippping Cow PW | 7/05 | 1,138,000 | DuRette Const. | 0.4R, 8.1C | |
| Upper Carroll TS | 12/05 | 1,225,000 | Pacific Log and Lumber | 0.8R, 4.7C | |
| Upper Carroll | 6/05 | 1,555,000 | DuRette | 3.47R, 11.6C | |
| Lindenburg TS | 12/05 | | Viking Lumber | 3.5C, 0.7R | |
| Lindenberg PW | 3/06 | 391,800 | Rock-N-Road Const | 2.25C, | |
| Buckdance/Madder TS | 5/06 | 87,600 | Pacific Log and Lumber | 0.4 C, | Purchaser has elected to have FS construct roads |
| Buckdance/Madder PW | Anticipated by 4/1 | | | 10.01 N, 3.3R | |

**Exhibit 45, page 1 of 1**