Thomas S. Waldo
Eric P. Jorgensen
Michael C. LeVine
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ORGANIZED VILLAGE OF KAKE, *et al.*,

Plaintiffs,

v.

UNITED STATES FOREST SERVICE, *et al.*,

Defendants, and

ALASKA FOREST ASSOCIATION,

Intervenor-Defendant.

Case No. J04-0029 CV (JKS)

**DECLARATION OF NICHOLAS C. DAVIS**

I, Nicholas C. Davis, declare as follows:

1. I was born in Petersburg in 1947 and have lived in Kake all my life. I am on the Council of the Organized Village of Kake.

**The Organized Village of Kake**

2. The Organized Village of Kake (OVK) is a federally recognized Indian Tribe organized under the authority of the Indian Reorganization Acts of 1934 and 1936. OVK's address 540 Keku, Kake.

3. The Organized Village of Kake has 516 tribal members, most who reside in Kake. The Mission of the Organized Village of Kake is to promote the welfare of tribal members and descendents through the development and operation of social, economic and cultural enterprises, and to preserve and maintain Native cultural traditions and our subsistence lifestyle.

4. Our office in Kake offers a broad array of services to Kake's tribal members, including management of tribal funds and lands, and planning for economic development. Our staff provides social services to families under the Indian Child Welfare Act, operates the Johnson-O'Malley program in Kake and assists tribal members with their housing needs. OVK's office includes administering our own trust & realty program as well as an environmental program. Our educational services office administers vocational, higher education and other education grants and conducts programs, classes and special events to pass along and preserve our Village's history and cultural traditions. Protection of customary and traditional hunting and fishing uses is critical to the preservation of our culture and one of OVK's highest priorities.

**Kuiu Island in Kake's History**

5. Kake tribal members have strong historical ties to Kuiu Island. All of Kuiu Island is within the traditional area that our people have used for fishing, hunting and gathering. Many of Kake's families descend from communities once located on Kuiu Island. Up until the turn of the century these villages were vibrant outposts of traditional culture where villagers lived off the abundant resources of the island, fishing salmon, halibut and shellfish, trapping furbearers, and hunting deer, bear and seal. Modern day Kake was a winter gathering place and potlatch site for the many clans who were dispersed throughout the area. In 1912, Quakers established a missionary school at Kake and, because they would be fined for keeping their children out of school, Kuiu's villagers began spending much of their year in Kake. Still, as recently as the 1950's, many returned to Kuiu Island in the summer to hunt, fish and gather for their year round needs.
6. Kake villagers regularly hunted on Kuiu Island until deer hunting was closed due to depressed populations in 1973. To this day, many of Kake's hunters recall successful fall and winter hunting trips to Kuiu with their fathers, hiking through the corridors of huge spruce that lined the creek drainages and protected both deer and hunter from winter snowfall. Many stayed in the old camps and were shown by their fathers remnants of their ancestors' villages and forts.
7. Many historical sites around logging operations have been damaged. For example, in the 1960's while there was logging activity going on near Halleck Harbor in Saginaw Bay, a canoe, and artifacts and regalia laid to rest in cliffs at "Fossil Bluffs" were removed. Ancient drawings in those same cliffs have been used for target practice.

8. Similarly, in the Rowan Mountain timber sale, the Forest Service approved clearcutting a great concentration of 249 culturally modified cedar trees on 30 acres near Boil Fish Cove. These trees connect us to our past, and clearcutting them would be a great cultural loss.

9. Much of the history of Kake villagers is being lost with the loss of customary and traditional hunting and fishing areas on Kuiu Island to logging. For a whole generation, logging activity and hunting closures have deterred or precluded many Kake elders from accompanying their children and grandchildren to the old traditional hunting and fishing areas and passing along the history of their ancestors who once lived there.

**Harms to Traditional and Customary Use**

10. Over the nearly twenty years that Kake hunters were not allowed to hunt on Kuiu Island, massive clearcutting continued under the Forest Service's long-term timber contract with Alaska Pulp Corporation. During this time, Kake hunters were forced to make dangerous crossings to hunt on Admiralty and other islands. By the time the island was reopened for hunting in 1992, logging roads, bordered by clearcuts on either side, ran up most of the major drainages on the northeast part of the island. Landslides in clearcut areas had damaged many of the productive salmon streams.

11. Because of Kuiu's close proximity, Kake's hunters have slowly returned to the area. Many, deterred by the extensive logging that has taken place on North Kuiu over the past thirty years, and now accustomed to hunting on Admiralty and Baranof Islands, have not returned to Kuiu. The long crossing to Admiralty and Baranof Islands for hunting are

dangerous and contributed to a decrease in hunting by Kake's traditional users during the years of the deer closures in areas closer to Kake.

12. We had to confront our worst fears when we lost three members who drowned in late December 2003 returning in a skiff from a hunting trip to Admiralty Island.

13. The survival of Kake's traditional hunting and fishing culture is dependent on the recovery of deer populations closer to Kake. Continued logging operations will increase hunters' reluctance to return to Kuiu. If more habitat is lost to logging, the deer will have trouble rebounding from hard winters and increased pressure from other hunters using the logging roads. This could result in further deer closures that would deprive Kake's traditional users of accessible food sources and do irreparable harm to the traditional hunting and fishing culture the Organized Village of Kake is working so hard to preserve.

14. Customary and traditional hunting and fishing are important not only to our culture, but also to our economy. According to a 1987 subsistence survey by the Alaska Department of Fish and Game, Kake tribal membership gathered over 50% of our food, representing a value of over $4.5 million per year.

**<u>Personal Use of Kuiu Island</u>**

15. My ancestors come from Saginaw Bay on Kuiu Island. My great-grandparents moved to Kake, along with other villagers from different places on Kuiu, shortly after the turn of the century when their children were required by missionary settlers to attend school in Kake. For many years after that they returned with their families to the old villages on Kuiu Island to spend part of the year hunting, fishing and gathering the food and materials needed for their sustenance.

16. When I was very young boy, my dad often showed me the old camps on Kuiu Island where our family hunted, fished and gathered. Although our family no longer camped at our traditional site, our elders shared with their children all the traditional methods of harvesting and preparing fish, game and plants from the island. Later I accompanied my mother during the summers when she went to work at the cannery in Saginaw Bay and Pillar Bay. As a teenager, I took my skiff to hunt deer along Kuiu's north and east shoreline, from Kadake Bay all the way down to Three Mile Arm and No Name Bay. I continued to hunt and gather all around Kuiu until the long hunting closure that began in the early 1970's and ended in the 1990's. I would like the deer populations on Kuiu to recover so that I can pass along to my children the hunting and gathering traditions I learned from my parents.

17. I am a commercial fisherman and own a seiner, the Harvester. I fish from below Port Camden all the way around north Kuiu and down to Tebenkof. I am very concerned about the damage that has been done to salmon streams on Kuiu Island from all the logging that has gone on there. More clearcutting threatens to harm the fishery that I, and many other Kake villages, depend upon.

**Past Efforts to Protect Kuiu Island**

18. In 1944 in a petition to the Secretary of the Interior, the Town of Kake listed the east side of Kuiu Island, including Threemile Arm, as part of the land that the Tlingit Indians of Kake have used and occupied from time immemorial and continue to use today.

19. To improve government-to-government consultation with Alaska Native Councils, the President of the United States directed federal agencies, including the Forest Service, in

1998 to consult with all Indian tribal governments, *"in matters that significantly or uniquely affect their communities."* Executive Order 13175 further directed federal agencies to relate to federally-recognized Indian tribes on formal government-to-government basis. Despite this, Forest Service has rarely modified its decisions substantially in relation to Tongass-wide or timber sale specific planning in response to tribal government concerns. Unfortunately, the April 23, 2004 Record of Decision approving the Threemile timber sale is the most recent in a long history of decisions that fails to respond meaningfully to the concerns of the Organized Village of Kake with the agency's timber and road-building program on lands within our traditional territory.

20. On May 25, 1993, the Organized Village of Kake unanimously passed Tribal Council Resolution No. 93-14, which strongly opposed the logging and road building on Kuiu Island approved in the January 29, 1993 Record of Decision for the North and East Kuiu Timber Sale. This resolution noted the most recent available data showing the high economic value of customary and traditional harvest activities by tribal members on Kuiu and Kupreanof Islands. The resolution further noted the high economic and human costs associated with traveling across Frederick Sound to Admiralty Island.

21. After the Alaska Pulp Corporation announced it was suspending pulp mill operations indefinitely on October 1, 1993, the Organized Village of Kake unanimously passed Tribal Council Resolution 93-20. This resolution requested the Forest Service to put on hold all logging activities on Kuiu Island until completion of the Tongass Plan revision and the agency took an honest look at the opportunities for a new approach to sustainable community economies and multiple use management. Such an approach would be based on recognition of the important traditional and cultural uses of forest resources upon

which Kake residents depend. Unfortunately, when the Forest Service refused to reconsider its logging and road building plans on Kuiu Island, the Organized Village of Kake was forced to file a lawsuit to protect the interests of our members.

22. On September 20,1995, the Organized Village of Kake unanimously passed Tribal Council Resolution 95-21. This resolution declared the tribe's opposition to any and all logging that results in the significant restriction of customary and traditional hunting, fishing, and gathering. This resolution further requested the Forest Service to conduct island-specific planning before offering more timber for sale in the tribe's customary and traditional use areas.

23. In August 1996, in comments regarding the Tongass Land Management Plan, the Organized Village of Kake asked the Forest Service to look closely at the environmental justice issues in the Tongass National Forest. In the past decade the Forest Service has attempted or offered close to a dozen timber sales in our customary and traditional use areas, including the North and East Kuiu, Crane and Rowan Mountain, North Irish Re-offer, Shamrock, Port Houghton and Cape Fanshaw. In addition to the Threemile timber sale, the agency is also planning the Kuiu timber sale. As a society that relies on subsistence, our health and well-being is more closely linked to the land than it is for those who live in an urban setting like Juneau, yet the Forest Service has focused their logging in the lands most important for subsistence use by Native communities.

24. On February 18, 1997, the Organized Village of Kake unanimously passed Tribal Council Resolution No. 97-06. This resolution again called for no timber sales within the customary and traditional use areas of the Organized Village of Kake, including Kuiu and Kupreanof Islands, and the mainland near Kake.

25. In response to the failure of the decision revising the Tongass Land Management Plan to fully protect and respect customary and traditional uses or minimize adverse impacts to those uses, the Organized Village of Kake unanimously passed Tribal Council Resolution No. 97-22, authorizing the tribe's joinder with other federally recognized tribes in an administrative appeal of this decision.

26. On September 14, 1998, the Organized Village of Kake filed an administrative appeal of the Crane and Rowan Mountain timber sales. We objected to the damage to customary and traditional subsistence uses and to culturally modified trees.

27. On June 22, 2002, the Organized Village of Kake unanimously passed Tribal Council Resolution No. 202-10. This resolution repeated our strong opposition to the 1997 Tongass Land Management Plan and its failure to provide lasting protection for Kake's important customary and traditional use areas. The resolution called for long-term protection for inventoried roadless areas within the tribe's customary and traditional use area.

28. The Record of Decision for the Threemile timber sale is the latest example of the Forest Service putting the interests of the larger and wealthier communities ahead of a sustainable future for our small community. The Organized Village of Kake filed an administrative appeal of this decision in August 2004.

29. The above resolutions and actions illustrate the tribe's longstanding, and as yet unsuccessful, efforts to convince the Forest Service to manage our customary and traditional lands in ways that best safeguards those resources and uses.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 8/10/05

Nicholas C. Davis