Thomas S. Waldo
Eric P. Jorgensen
Michael C. LeVine
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. J04-0029 CV (JKS) |

**DECLARATION OF ROBERT E. LINDEKUGEL**

I, Robert E. Lindekugel, declare as follows:

**Exhibit 47, page 1 of 3**

1.   I am the Conservation Director for the Southeast Alaska Conservation Council (SEACC).  I have been employed by SEACC since 1990.  I am closely familiar with SEACC's organizational purposes and goals.

2.   SEACC is a non-profit organization of 18 volunteer citizen conservation groups in fourteen Southeast Alaskan communities.  SEACC has over 2,200 members, including Alaskans from all walks of life including commercial fishermen, Alaska Natives, tourism and recreation business owners, small timber operators and high value-added manufacturers, hunters, and guides.  SEACC's purpose is to insure that a substantial portion of this region is retained and protected in a minimally changed condition, while encouraging human enjoyment and use of the fish, wildlife, recreation, subsistence, scenic, wilderness, and other natural resources and values of southeast Alaska.  In order to achieve this purpose, SEACC advocates, on behalf of its members, for the conservation, protection, and wise long-term use of these resources.

3.   SEACC also advocates for a sustainable regional economy consistent with retaining and protecting our region's natural resources.  Conservative and sustainable use of our natural resources is inseparable from the stewardship and protection necessary to provide for balanced multiple use of all forest resources.  SEACC believes that environmental protection is a key component of sustainable use of our forests and other resources.

4.   In keeping with its organizational purpose, SEACC has been and continues to be deeply involved in reviewing, publicizing, commenting on, and where necessary appealing timber sale projects proposed by the U.S. Forest Service for the Tongass National Forest, in Southeast Alaska.  We commented on, educated the public and our members about, and appealed the 1997 Tongass Land Management Plan Revision (TLMP).  Since then, we have also investigated, commented on, educated others about and appealed a number of timber sales implementing TLMP, including the Threemile timber sale project.

**Exhibit 47, page 2 of 3**

5.   Members of SEACC use areas in the Tongass, including the Threemile timber sale project, for hunting, fishing, subsistence, guiding, tourism, other businesses, and recreation.  Our members' use and enjoyment of these areas will be harmed by the excessive amount of timber offered for sale under the 1997 TLMP and in the Threemile timber sale project implementing TLMP.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _____ day of August, 2005

Robert E. Lindekugel
Southeast Alaska Conservation Council