Thomas S. Waldo
Eric P. Jorgensen
Michael C. LeVine
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. J04-0029 CV (JKS) |

**DECLARATION OF JOHANNA H. WALD**

I, Johanna H. Wald, declare that:

1. I am the Director of the Land Program of the Natural Resources Defense Council (NRDC). I have been on the staff of NRDC since 1973, and I am familiar with NRDC's operations nationally and in Alaska.

2. NRDC is a non-profit environmental organization, with over 550,000 members nationwide, including more than 1,300 in Alaska. NRDC uses law, science, and the support of its members and others in the public to protect the planet's wildlife and wild places, and to ensure a safe and healthy environment for all living things.

3. NRDC and its members have, for many years, worked to protect wildlands and natural values on national forests. We have participated in rule-makings, planning processes, and/or litigation for the Tongass National Forest, as well as other national forests in Alaska, Arizona, California, Colorado, Idaho, Montana, Nevada, Oregon, Puerto Rico, Virginia, Washington, West Virginia, and Wisconsin. Specifically, we have participated in revision of the Tongass Land Management Plan, inclusion of and subsequent exemption of the Tongass from the Roadless Area Conservation Rule, and decisionmaking about the Threemile Timber Harvest Project. We have used information gained from Forest Service environmental impact statements in all of those processes, to inform the public about them and to encourage public participation in them.

4. NRDC and its members regularly use and enjoy national wilderness areas in the Tongass National Forest. We have members who reside in southeast Alaska, who live in close proximity to and often visit the Tongass. Others, including NRDC's President and Executive Director, members of the Board of Directors, and I, to name a few, have visited the Tongass for substantial periods of time and plan to do so again.

5. NRDC members use and enjoy the unroaded areas that are the focus of this litigation. NRDC members value roadless areas for their relatively undisturbed character, scenic beauty, and opportunities to experience and observe wildlife species and other natural elements of

wildland settings. NRDC and its members will suffer adverse effects should the Threemile Project be allowed to continue.

I swear under penalty of perjury that the foregoing is true and correct.

Dated: 9 August 2005

_____
Johanna H. Wald