Thomas S. Waldo
Eric P. Jorgensen
Michael C. LeVine
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J04-0029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MARK RORICK**

I, Mark Rorick, declare as follows:

1. I am the Chair of the Juneau Group of the Sierra Club, and a member of both the Executive Committee and the Conservation Committee of the Alaska Chapter of the Sierra Club. I am quite familiar with the Sierra Club's purpose and mission and its activities in Southeast Alaska.

2. The Sierra Club is a national non-profit organization dedicated to the exploration, enjoyment, and preservation of the scenic and natural resources of the United States. Our involvement with the public lands of Alaska spans the twentieth century. The Sierra Club works towards educating and enlisting the public to protect and restore the quality of the natural environment. The Sierra Club's interests encompass a wide range of environmental issues, including wildlife conservation, wilderness, public lands and waters, endangered species, clean water, and clean air. The Sierra Club has approximately 750,000 members, 1,850 of whom live in Alaska. There are three volunteer led Sierra Club groups in Alaska, whose members work to preserve and protect Alaska's resources. One of these groups is the Juneau Group which I chair.

3. We have members throughout Southeast Alaska who enjoy and value the region for its scenery, wilderness, wildlife, and solitude. Other Sierra Club members come to visit the region from other states where such a combination of qualities no longer exists on anything like the scale that occurs here. Our members particularly value pristine, uncut and unroaded portions of the Tongass National Forest, and seek out these areas to hike, kayak, photograph, paint, and relax.

4. Increasingly, our members have found it difficult to find undisturbed natural settings and solitude in Southeast Alaska, as more and more areas are encroached upon by logging activity, and as interest in visiting pristine areas increases. Many portions of our publicly owned

Tongass National Forest are now marred by a patchwork of clearcuts and approximately 4,500 miles of logging roads, built for the logging industry and paid for by the American taxpayer. The loss of pristine forests and wetlands is deeply disturbing to our members.

5. Roadless areas are important to our members and to fulfillment of our organizational purpose because they: help produce clean water by protecting watersheds; improve air quality by acting as a filter for pollutants; provide critical habitat for threatened or endangered species; maintain biological diversity; offer outdoor wilderness recreation opportunities; offer scenic beauty; and serve as a spiritual or psychological haven from modern day pressures.

6. Knowing that a large percentage of the nation's forested areas have already been cleared, the Sierra Club believes the Forest Service has done the public and our members a disservice by offering the quantities of timber it offers for sale and the important natural areas, especially those that are roadless, it is proposing to develop.

7. In order to try to protect Tongass roadless areas, the Sierra Club has commented on, disseminated information about, encouraged others to participate in, and appealed numerous Forest Service activities and decisions affecting wildlands in Southeast Alaska. These include the 1997 Tongass Land Management Plan, timber sales that implement that plan (including the Threemile Project), and processes relating to the Forest Service's Roadless Area Conservation Rule.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2005

_____
Mark Rorick