Thomas S. Waldo
Eric P. Jorgensen
Michael C. LeVine
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. J04-0029 CV (JKS) |

**DECLARATION OF ELEANOR HUFFINES**

I, Eleanor Huffines, declare as follows:

    1. I am The Wilderness Society's Alaska Regional Director. In this capacity I am familiar with the operations of The Wilderness Society in Alaska and nationally.

    2. Founded in 1935, the Wilderness Society works to protect America's wilderness and to develop a nationwide network of wild lands through public education, scientific analysis and advocacy. Our goal is to ensure that future generations will enjoy the clean air and water, wildlife, beauty, and opportunities for recreation and renewal that pristine forests, rivers, deserts, and mountains provide. We are a non-profit membership organization with approximately 200,000 members nationwide, with about 750 in Alaska. The Wilderness Society is headquartered in Washington D.C., and has eight regional offices across the country.

    3. Of particular importance to The Wilderness Society in Alaska is the protection of the wild natural ecosystems in the Tongass National Forest. The Society and its members advocate both in Congress and in the Executive branch for policies and decisions that will better protect those ecosystems and their wilderness-dependent wildlife. These areas are important to our members because of their value for wildlife and their aesthetic qualities. Our members rely on these areas for recreational and aesthetic purposes.

    4. The Wilderness Society and its members have long been involved in the Tongass public planning, policy development, and decision making processes. Among other processes we participated in are revision of the 1997 Tongass Land Management Plan, the Threemile Project, and both adoption and revocation of the Roadless Area Conservation Rule. We use information gathered from the U.S. Forest Service in these and other processes to inform the public about Tongass conservation, and to encourage the public to become involved in government policies and decision making affecting the Tongass.

5. Members of The Wilderness Society use areas all around the Tongass, including those threatened by the Threemile timber sale, for solitude, nature study, and places to get away. We believe the Forest Service failed in its duty to adequately protect these important qualities of the Tongass in its 1997 Tongass Land Management Plan Revision and in the Threemile timber sale. The Forest Service has authorized excessive logging and roadbuilding in ecologically important areas of the Tongass, and the country and its citizens have been cheated.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-10-05

Eleanor Huffines, Regional Director
The Wilderness Society