Thomas S. Waldo
Eric P. Jorgensen
Michael C. LeVine
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. J04-0029 CV (JKS) |

**DECLARATION OF KERI DIXON**

I, Keri Dixon, hereby declare as follows:

1. I am the Membership Coordinator for the Center for Biological Diversity (the Center). In this capacity and as a member myself, I am familiar with the operations of the Center in Alaska and nationally.

2. The Center is a 501 (c) 3 non-profit organization based in Tucson, Arizona. The Center has over 14,000 members including some who live and work in Southeast Alaska.

3. The Center works to protect plants, animals and the wild places they call home. Our approach to protecting sensitive and fragile species and their habitat includes science, advocacy, education, and environmental law. The Center has been actively involved in protecting Alaska's wildlife, as an integral part of our natural heritage, since the early 1990's.

4. With regard to the Tongass National Forest, due to concerns over large-scale habitat loss, the Center petitioned the United States Fish and Wildlife Service to protect the Queen Charlotte goshawk in May of 1994. The Charlotte goshawk is found only in southeast Alaska and coastal British Columbia. In December 1993 the Biodiversity Legal Foundation (which formally merged with the Center in 2003) filed a petition to list the Alexander Archipelago wolf, a species found in the Tongass National Forest, under the Endangered Species Act in December 1993. The Center filed suit along with partner organizations in February 1996 against the United States Fish and Wildlife Service for denying that petition, based on clear scientific evidence showing the species was indeed threatened if not endangered. The Center is still involved in litigation over the fate of the goshawk, and carefully follows the fate of many other species that depend upon Tongass wildlands.

5. As part of its efforts to conserve wildlife on the Tongass, the Center has invested considerable organizational resources in actively monitoring and aggressively advocating the

protection of Tongass wildlife. From 2001 – 2003 we employed an Attorney and Conservation Biologist in Sitka, AK focused solely on Alaska, and largely, Tongass Forest issues. This effort continues now, with other conservation program staff, and includes extensively analyzing the adequacy of wildlife management strategies adopted in the 1997 Tongass Land Management Plan and participating in the Forest's National Environmental Policy Act (NEPA) process implementing these strategies at the programmatic and site-specific level. The Center has invested substantial resources into the Tongass NEPA process as well as on-going research and public education efforts regarding the plight of Tongass old growth forests and the wildlife they support. The Center has repeatedly highlighted in our NEPA comments and in public forums the defendants' failure to adequately consider and disclose adverse impacts to wildlife in the Tongass Plan and the timber sales authorized under the plan.

6. Numerous Center staff, Board members, and members presently live, work, study, and/or pursue recreational activities within the Tongass National Forest throughout the year. Among them is the Center's Executive Director, Michael Finkelstein, a former Alaska resident who worked for the state legislature in Juneau and later as the Campaign Manager for the Alaska Rainforest Campaign. Mr. Finkelstein's interest and concern for the Tongass continues as he leads the Center's work nationally. The Center's Policy Director, Kieran Suckling, visits the Tongass to study and enjoy its wildlife. Dr. Robin Silver, a co-founder and current Board Chair of the Center, has spent several summers residing in Juneau. Dr. Silver is additionally, a professional wildlife photographer. He regularly visits the Tongass to photograph wildlife and document the destruction of the Tongass old growth forests.

7. Beyond their extraordinary intrinsic value, animals and plants in the Tongass National Forest, in their distinctness and variety, offer irreplaceable emotional and physical benefits to our

lives and play an integral part in culture. Their loss, which parallels the loss of diversity within and among human civilizations, impoverishes us beyond repair and thus, the Center is compelled to fight for protection of the Tongass' wild plants, animals, and their unique habitat.

8. The adoption of the 1997 Tongass Plan and the Threemile timber sale, which implements the Plan, do not adequately protect the wildlife resources the Center, and the individual members we represent, are concerned about. We strongly oppose the United States Forest Service's decision in the 1997 Tongass Land Management Plan Revision and in the Threemile timber sale to authorize logging and road building in pristine and roadless areas of the Tongass National Forest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2005        _Keri Dixon_____
                              Keri Dixon
                              Membership Coordinator
                              Center for Biological Diversity

Exhibit 51, page 4 of 4