Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>　　　　Defendants. | Case No. J03-029 CV (JKS)<br>DECLARATION of Stanley E. Senner |

DELCARATION OF STANLEY SENNER

I, Stanley E. Senner, hereby declare as follows:

1. I am the Executive Director of the Alaska State Office of the Audubon Society.

2. The National Audubon Society is a non-profit organization that has approximately 550,000 members. About 2,400 members and supporters reside in Alaska. Since our field trips and general meetings are open to the public at no cost, many non-Audubon members also participate in our activities. There are over 500 Chapters and 100 Audubon Sanctuaries and nature centers nation wide.

3. The mission of the National Audubon Society is to conserve and restore natural ecosystems, focusing on birds, other wildlife, and their habitats for the benefit of humanity and the earth's biological diversity. The Alaska staff works in close cooperation with six local chapters to create a culture of conservation and environmental ethic that supports a healthy, sustainable economy and quality of life in harmony with Alaska's natural environment. Audubon Alaska is dedicated to finding the significant common ground that is shared by birders wildlife watchers, and photographers, hunters, fishers, hikers, educators, scientists, guides, tour operators, and other nature enthusiasts. Audubon Alaska's conservation actions to safeguard our wildlife and wildlands are based on sound science and common sense.

4. As part of its diverse menu of activities, the National Audubon Society has supported several ongoing national campaigns, including the Forest Campaign. The goal of the Forest Campaign is to protect roadless areas within America's national forest ecosystems and the habitats they provide to birds and other wildlife, for their intrinsic value and for the enduring benefit to current and future generations. We are attempting to accomplish this goal through energetic, informed grassroots activism backed by sound science, policy, and education.

5. The National Audubon Society also coordinated the Heritage Forest Campaign, which called for the protection of roadless areas in our national forests nationwide. Numerous

scientific studies have documented the ecological importance of roadless areas and old growth forests. Further degradation of roadless areas could result in significant impacts to many wildlife species including grizzly bears, lynx, and unique stocks of salmon and trout. Further logging in ancient forests and the unprotected wilderness found in our roadless areas threatens, not only wild flora and fauna, but also clean water, clean air, climate moderation and other ecological services necessary for our quality of life.

6. On the Tongass forest, over two million acres of roadless areas have been left open to development under the Tongass Land Management Plan (TLMP), including over 400,000 acres of roadless old-growth forest. These roadless old-growth areas are especially critical because only four percent of the Tongass land-base encompasses the low elevation, old-growth forest with big trees most important to fish and wildlife and much of this rare forest type has already been clearcut. The revised TLMP does not adequately restrict the harvest of these rare, big-tree old-growth stands. Even though the allowable sale quantity has been reduced, if there are inadequate provisions to prevent "highgrading" (cutting the best and leaving the low-quality sites) the best remaining old-growth stands, this plan will permanently eliminate important wildlife and fish habitats and erode the integrity of this ecosystem. The committee of scientists the Forest Service asked to review the adequacy of conservation measures for vertebrate species in the Tongass National Forest Land Management Plan recommended cessation of high grading the big-tree (VC 6 and 7) old-growth stands. The Peer Review Committee also found the conservation strategy of TLMP to be inadequate.

7. Audubon members are negatively impacted by timber sales in old-growth forests and the construction of new roads in roadless areas. Our members spend time in roadless areas for birding, wildlife viewing, hunting, fishing, and nature observation. They are denied an opportunity to enjoy the wilderness experience currently provided by the public resources at issue in these areas.

8. In addition, members of the National Audubon Society from the Lower-48 visit Alaska's national Forests to experience its wildlife and wilderness. Some of these trips are

organized by the National Audubon Society. These members would be disappointed in us if we did not defend the forest.

9. All members of Audubon appreciate wildlife and the opportunity to view and photograph wildlife. Wildlife in our national forests has significant economic benefits. Detailed studies by the Alaska Department of Fish and Game indicate considerable money is being spent in Alaska, by both residents and visitors, on opportunities for wildlife observation.

10. In the interests of our members, Audubon has been actively involved in the resource issues of the Tongass National Forest. We have participated in and testified at numerous public meetings held by the Forest Service and commented on the Tongass Land Management Plan and individual timber sales. In addition we joined in the administrative appeal of the Tongass Land Management Plan. Our comments have consistently raised concerns for protecting non-timber values of the forest resource including wildlife, fish, and recreational values.

11. We strongly oppose the Forest Service's decision in the 1997 Tongass Land Management Plan Revision and in individual timber sales to authorize vast amounts of clearcut logging and roadbuilding in pristine and roadless areas of the Tongass.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 16 March 2004

Stanley E. Senner