IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | Case No. J03-029 CV (JKS)<br><br>DECLARATION OF<br>BONNIE OAKSMITH |

I, Bonnie Oaksmith, declare as follows:

1. I am a member of Southeast Alaska Conservation Council.

2. My address is P. O. Box 8948, Ketchikan, AK 99901

3. My parents came to Ketchikan in 1949 when I was six to join my father's parents who lived here. My father worked at the Ketchikan Pulp Company and then on the Alaska State Ferry system. My mother was the Postmaster at Ward Cove Post Office for 35 years. My husband Stan and I married 32 years ago and have raised 8 children here.

4. In 1984 my husband and I started our business, Clover Bay Floating Lodge in Clover Bay, on the east side of Prince of Wales Island. We were the first floating lodge in Alaska. We picked this area for our floating lodge because of the good fishing and because it was untouched

Exhibit 53, page 1 of 5

wilderness. Clover Bay has the advantage of being close to Ketchikan, so guests only have to fly about 15 minutes to get to our lodge.

5. From about June 1 to September 15 every year we host 300 to 400 guests. We sell mainly unguided fishing. Each two guests have their own 20 ft. Lund skiff to operate. I think we are one of the few lodges in SE Alaska to make it possible for sportfishing guests to be "captain of their own boats". They can also book a fully guided trip or upgrade to some half-day guided. Lots of our guests are leaders in their professions and a lot of them may fish only once or twice a year. Many of them come up to fish with us more than once a season. They love the wildlife and natural habitat of the cove and fishing area. They sit in their skiffs watching seals, bear, deer, eagles, mink, otter, marten, humpback whales, killer whales, big salmon sharks, elephant seals, sea lions, and porpoises. The whales and killer whales swim into the inner cove and are seen by guests on the lodge.

6. My husband and I have invested a lifetime of money and work into our business. Our son and his wife help to manage the lodge, and this business supports us all. Our business also supports many other Alaskans. We usually have one licensed skipper/guide, four to six deckhands, and two kitchen helpers. We also employ four or more Ketchikan residents for two months a year to get the lodge and boat and equipment ready for the season. For many years, we hired two youths who lived in Cholmondeley Sound each season. We sent one to school for his skipper's license. We have mentored many, many youths at the lodge and on the boats. We proudly have one who is skipper on the Prince of Wales ferry and one who is engineer on the ferry. Five of these boys have become helicopter pilots, and six have become fixed wing pilots. Six of the men have become licensed skippers, one of whom skippers a big tug in Alaskan waters. Many who worked for us at the lodge used their earnings to go to college, and several

are still working toward their degrees. Several who had problems in other parts of their lives worked with us and grew and became responsible people. This wonderful environment is good for everyone. This lodge has definitely given back to Alaskan society. This helps to keep our young people interested in Alaska and invested in remaining in Alaska. This lodge has helped a lot of people besides being a favorite destination for sportsfishermen.

7. The log transfer facility (LTF) in Clover Bay proposed for the Cholmondeley timber sale will ruin our business. Our guests will not be able to enjoy fishing or nature with an 11 acre water log storage site close to the entrance of Clover Bay and a log dump fill, as proposed by the USFS. Many of our guests have told us that they will go fishing in Canada where it is cheaper than Alaska if they have to put up with logging problems in our cove. The industrial activity will scare away the wildlife and destroy the peacefulness of the area. The Clover Bay area has become a refuge for animals escaping the logging that is going on all around us. Logging in our cove will destroy the haven these animals seek.

8. Our clients will have difficulty navigating their boats around the debris from the water log storage site, and the logs will endanger them. We are also extremely concerned that there will be problems for the many, many float planes that use the inner and outer bay for landing and takeoff when delivering our hundreds of guests and supplies.

9. The logging operation will also destroy our drinking water, which comes from a stream that the USFS expects to build a log road across.

10. The logging at Chasina point will also harm our business. The hook of Chasina Point and Skin Island make a wind and wave break from the prevailing SE winds. Our guests, our two charter boats and other charter boats from Ketchikan and Sportsmen Cove fish this area daily during the summer season. Logging in this area will harm the fish, destroy the wilderness

quality of the area, and create a depressing eyesore of clearcuts. Two years ago, south of Chasina Point and near the Chasina timber sales, some guests of ours spotted a large brown bear, which is extremely unusual. Logging will also scare away the wildlife.

11. This business is the sole support of my managers, Ryan and Angela Morin and their two children, our grandchildren. Many of our other grandchildren have over the years benefited either with jobs or help from the lodge business. It is very hard to make a living in Alaska, unless you have a government job. We have worked so hard for so long and done so much and hung on in this State no matter what, that our state government should be saying "Good Job" and helping us to keep this thing going--not throwing obstacles in our way for a short-term gain for some loggers who now live in other States! When the logging camps were operating, most of these workers were not Alaskans and left with the money. We stay here year around and spend all the money right here. And we can build it even bigger and stay longer, but not with a log dump and log storage in Clover Bay.

I declare under penalty of perjury that the foregoing information is true and correct.

Date: 3-25-04

Bonnie L Oaksmith

Bonnie Oaksmith