IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br> Defendants. | Case No. J03-029 CV (JKS) <br><br> DECLARATION OF DALE PIHLMAN |

I, Dale Pihlman, declare as follows:

1. I am a member of Southeast Alaska Conservation Council, Natural Resources Defense Council, and the Sierra Club.

2. My address is 4743 North Tongass, Ketchikan, AK 99950.

3. In the last 30 years, I have participated in many public meetings and hearings on management issues in the Tongass. In 1976 I provided testimony before a U.S. Senate committee investigating National Forest problems in Alaska. I was asked to provide this testimony because of my experience in the Tongass, and because of my understanding of the problems that exist here.

**Exhibit 54, page 1 of 2**

4. I was born in Ketchikan in 1941 and have lived here for 60 of my 62 years. I have been an educator, a fisheries biologist, a commercial fisherman, and a tour operator.

5. Since 1985 I have flown to the Moira Sound area one to three times each year for trout fishing or beachcombing. Sometimes I bring my wife or son, but most of the time I go alone. I fly along the coast, south from Chasina Point. I explore the coastline of the Port Johnson area, including the areas where the Chasina timber sales are planned. The entire Moira Sound area is the last high quality unlogged major sound complex that I know of in Southeast. It represents most of the ecosystems in Southeast Alaska, with rocky windswept beaches at the entrance, many picturesque islands, and lush wide estuaries rich in fish and wildlife at the heads of its several inlets. There are a multitude of lakes at elevations ranging from slightly above sea level to those high in the alpine.

6. I enjoy the solitude and pristine wilderness in Moira Sound and Port Johnson. I intend to begin a business and use this area as a destination for ecotourism, guiding clients in kayaks.

7. If logging of the Port Johnson units of the Chasina timber sale occurs, it will destroy the wilderness values of the area. My clients and I would be able to see the clearcuts from my boat and from the plane, and I would not be able to enjoy the area for personal recreation or use it as a destination for my kayak tour business. The increased boat traffic from the log transfer facility and the possible helicopter logging would also diminish my experience. Fish and wildlife in the area will be adversely affected by the sales, as well, further degrading the outdoor experience.

I declare under penalty of perjury that the foregoing information is true and correct.

Date: 3-26-03

_Dale Pihlman_

Dale Pihlman