IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | Case No. J03-029 CV (JKS)<br><br>DECLARATION OF<br>JOAN M. McBEEN |

I, Joan McBeen, hereby declare as follows:

1. I have lived in Tenakee Springs since January 1977 and my address is P.O. Box 23, Tenakee Springs, AK 99841.

2. I am a member of Southeast Alaska Conservation Council, the Chichagof Conservation Council, and National Audubon Society. I submitted comments on the Draft EIS for the Finger Mountain Timber Sale. I also submitted testimony for the subsistence hearing for this sale.

3. My home is directly across the inlet from the proposed Finger Mountain Sale area in front of Crab Bay. I look out my front window at this area and the areas harvested in 1977 and 1979. I do not agree with the statement "The harvested units along the shore are visible, but they have begun to return to the surrounding texture and color."(Finger Mountain Timber Sale[s] Record of Decision, 3-94) On the contrary, they are quite visible and disturbing to me, and further clearcuts in that area will affect the scenic value and could also affect the monetary value of my property.

4. My husband and I have used several areas included in the Finger Mountain Timber Sale for recreation and subsistence for the last 27 years. We use the area often and we intend to continue to use it as long as it is not destroyed by clearcutting.

5. My husband and I hunt for deer and waterfowl in and around Crab Bay and we fish for salmon and crab in the waters of Crab Bay.

6. We will be especially affected by logging of the drainage to the west of Inbetween Creek. We use this area extensively for subsistence hunting of deer and waterfowl. We also use the waters immediately adjacent to this area for fishing for shrimp, rock fish and Halibut. Additionally, we use the stream in this drainage (locally called Goose River) for sport and subsistence fishing for salmon and Dolly Varden. In spite of its small size, this stream is a very productive salmon spawning stream and the extensive clear-cutting its upper reaches is likely to have a negative effect on the productivity of this important salmon stream. This particular area is important to us because it is relatively close to our home and it is protected in foul weather.

7. My husband and I depend on subsistence hunting, fishing and gathering to be able to live in our rural community on our limited income. I also have gardens to supplement our wild

food and feel that an organic diet is healthier and more satisfying than store bought food. For me, subsistence is a way of life. I estimate that between hunting, fishing, gathering and gardening we produce 80 to 85 percent of our own food. During the summer and fall, my husband and I can, freeze and dry enough food to last us the rest of the year. A study done in 2000 by the Alaska Department of Fish & Game estimated that an average person in rural Alaska uses 178 pounds of wild foods per year. They valued the food conservatively at $5.00 per pound which came to $25 million dollars per year for these residents. Factoring in the equipment and fuel needed to procure these foods, a total of $160 million is contributed to the economy. My husband and I use more than that amount stated for wild foods and get a significant portion of it in Crab Bay and VCU 230, or "Goose River".

8. I am concerned about the impact of 140 additional people who will be employed and will be vying for the resources that I depend on for my food. The population of Tenakee is 120, which includes children and elderly who do not gather wild foods. The 140 young, healthy potential competitors more than doubles the competition for collecting the foods we need to survive in Tenakee.

9. I am upset about the plans to build roads in the unroaded area west of Inbetween Creek. I go to that area several times a year to pick berries and hunt waterfowl and deer with my husband. The road construction and logging in this magnificent area would affect my ability to do this in an area accessible from my home.

I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated: 3-28-04                              By: *Joan M. McBeen*
                                                 Joan M. McBeen