IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL et al., | ) |
| Plaintiffs, | ) Case No. J03-029 CV (JKS) |
| v. | ) DECLARATION OF |
| | ) JOHN ERICKSON |
| UNITED STATES FOREST SERVICE, et al., | ) |
| Defendants. | ) |

I, John Erickson, hereby declare:

1. I live in Hoonah, Alaska. My current mailing address is P.O. Box 251, Hoonah 99820.

2. I am a member of Southeast Alaska Conservation Council (SEACC).

3. I am the owner of Tok River Outfitters, and a licensed Master Guide with over forty years of guiding experience in Alaska. I am a lifetime member of the Pioneers of Alaska and a fulltime resident of Alaska. Tok River Outfitters holds a Priority Special Use Permit for guided hunts in the Tenakee Inlet area. We employ three to five people annually to maintain our guiding business. Tenakee Inlet is our guiding area assigned to us by the U.S. Forest Service and the State of Alaska.

4. The area being affected by the Finger Mountain Timber Sale is some of our best hunting area. Crab Bay to Seal Bay has some of the best shoreline for bear habitat in the spring. Goose River watershed (a local name), west of the Inbetween logging site, is one of the few pristine areas left in the lower Tenakee Inlet area and should be protected, as it is one of the best bear habitat areas and supports Coho and other salmon and trout runs that use it for spawning streams.

5. All the before-mentioned places are also very important for the Blacktail Deer population, as they supply excellent feeding areas, which are needed after a severe winter.

6. If you factor in all the costs to log this area and the revenue that can be gained from the timber sale sold on the open market you would realize the area is worth much more to the people and

wildlife just left as it is for recreation use and wildlife habitat.

7. In the past year, due to a pound herring fishery and all the action caused by the seine boats, the shoreline from Trap Bay to the log dump at Crab Bay has been lost to resident hunters and guided hunts for the spring season April through May. Now, if the Finger Mountain sale takes place, we have lost most of the shoreline from Trap Bay to Seal Bay. If you factor in the Midway Sale on the north bank of Tenakee Inlet this will just about shut down Tenakee Inlet as a viable recreation, hunting, and guiding area. I market my hunts as wilderness adventures. My clients aren't paying to listen to chainsaws or logging trucks, or to encounter logging operations in any way. After the loggers are gone, more of the remaining wild places inside my guiding area where my clients want to go will be gone, too, never to return in my lifetime.

8. Not only does clearcutting destroy habitat, but workers at the Crab Bay camp will be able to get permits to go bear hunting, too. Bears will be attracted to the camp—they even are drawn to the smell of lube oil—where they will encounter humans, resulting in many DLPs, or "defense of life and property" kills. All of this will significantly reduce the bear populations in my guide area. Instead of Tenakee Inlet being a place where there are still wild places where the bears can roam and thrive, it will become a dangerous place for bears to be.

9. As I look back at Tenakee Inlet and all the damage that has been done to this area due to logging over the past forty years I wonder just what the U.S. Forest Service is thinking when they make all the recreation and commercial hunting users jump through so many hoops while hardly leaving a track on the Tongass National Forest, and then condone the destruction of this one-of-a kind rainforest by clear-cut logging.

10. I also wonder just what my Priority Special Use Permit is really worth when the U.S. Forest Service is trying to put me out of business by destroying this wildlife habitat.

11. Moving my guiding area is not an option. I have been guiding in the Tenakee Inlet for many years. Other guide areas have similar problems and are already taken by other guides.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Signed: _____    Dated: 3-26-04
John Erickson
State of Alaska Master Guide #37