IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>          Defendants. | Case No. J03-029 CV (JKS)<br><br>DECLARATION OF<br>KURT WOHLHUETER |

I, Kurt Wohlhueter, hereby declare as follows:

1.  I am a resident of Petersburg, Alaska. My address is P.O. Box 1312, Petersburg, 99833. I have resided in Alaska for twenty-eight years and in Petersburg for twenty-four years.

2. I am a member of Chichagof Conservation Council, a member group of the Southeast Alaska Conservation Council.

3. In 1994, I submitted a Declaration of Harm in <u>AWRTA, et al., v. Morrison et al.</u>, No. J-94-033-CV (JWS) declaring much of what I will attest to below, as my pattern of use of the bays, shorelines and slopes along the south side of Tenakee Inlet has basically continued as described in the statement I filed with the court ten years ago.

4. I own a fishing boat, the <u>Betty,</u> and have fished Dungeness, tanner and red crab from Tenakee Inlet for the past seventeen years. I have also fished shrimp in Tenakee Inlet for the past seven years. I have been crabbing for a total of twenty years. I fish the June-August crab opening and the October shrimp opening out of Tenakee.

5. I make about half my income from the crab and shrimp fisheries. The crab I sell are direct marketed live crab; that is, the crab are flown out and sold live, so they must be of very high quality.

6. In my experience, crab stocks often become damaged or destroyed in marine areas adjacent to logging activities. I personally witnessed many years ago severe damage to the crab fishery at Hamilton Bay on Kupreanof.

In that instance, bark from a log dump, like that proposed for Inbetween in the Finger Mountain sale, sank to the bottom in what had previously been a rich crab bed, and acidified the water to the point where crab could no longer survive.

7. In addition to the harm caused by bark deposited around logging operations, silt and debris that, despite mitigation measures, often flows from streams disturbed by logging, and from roads and log ramps, can damage the crab and shrimp fisheries in the salt water bays located downstream. This is especially true for Dungeness crab, which dwell in the near-shore areas of the bays where I harvest crab in Tenakee Inlet, including Crab Bay, Inbetween, Little Seal Bay, and Seal Bay.

8. Any damage to the crab and shrimp in Tenakee Inlet will do harm to my economic well-being. The value of direct marketed live crab is keyed to a healthy, quality catch. If acidity or other dynamics cause blackening or other defects to the catch, the live crab becomes less marketable (as opposed to processed crab, where the bad parts of the crab can be cut off.)

9. In addition to my fishing activities in Tenakee Inlet, I also very much enjoy walking around in the

remaining wooded areas in the Finger Mountain sale area. For example I really like to anchor my boat and go ashore at the little peninsula between Little Seal Bay and Seal Bay. I love this area for its big old trees, moss-covered ground, and canopied under-story. In an Inlet where so much clearcutting has already occurred, these rare untouched places should not be disturbed by nearby logging and all the industrial activities that come along with it.

10. Although over the years the number of my family living at home has become smaller, as my children have grown up and moved on, we still depend on fish and deer harvested from around the Tongass for much of our food. I continue to hunt the drainages of Tenakee Inlet, particularly in the Inbetween and Seal Bay areas. Although I don't always get a deer on these trips, I do always enjoy my hunting trips into these familiar drainages. Seal Bay is a particularly important area for the older hunters in Tenakee Springs, because the slopes there are gradual enough that the old-timers can still go after the deer there.

11. If the Finger Mountain sale is allowed to go forward, I risk being harmed because my longstanding crab and shrimp fishing activities will be put in danger. Harm

3-31-04;16:16  ;Earthjustice  ;907 463 6891  # 5/ 5

to these fisheries will spell harm to my family's economic well-being. I also stand to be harmed aesthetically if more of the woods in which I have hunted and recreated for most of my adult life are cut down.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1ST day of April, 2004.

*Kurt Wohlhueter*
Kurt Wohlhueter