IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATURAL RESOURCES DEFENSE COUNCIL, )
SOUTHEAST ALASKA CONSERVATION )
COUNCIL, SIERRA CLUB, NATIONAL )
AUDUBON SOCIETY, THE WILDERNESS )
SOCIETY, and CENTER FOR BIOLOGICAL )
DIVERSITY, )
 )
     Plaintiffs, )
 )
     v. )  Case No. J03-029 CV (JKS)
 )
UNITED STATES FOREST SERVICE; UNITED )
STATES DEPARTMENT OF AGRICULTURE; )  DECLARATION OF
MARK REY, in his official capacity as Under )  LARRY EDWARDS
Secretary of Agriculture; DENNIS E. BSCHOR, in )
his official capacity as Alaska Regional Forester; and )
FORREST COLE, in his official capacity as Forest )
Supervisor for the Tongass National Forest. )
 )
     Defendants. )
 )

I, Larry Edwards, declare as follows:

1. I am a member of Southeast Alaska Conservation Council, Natural Resource Defense Council, and the Sierra Club.

2. My address is P. O. Box 6484, Sitka, Ak 99835

3. Over the years I have commented many times on logging plans for Kuiu Island. In 2001 and 2003 I prepared comments for the Sitka Conservation Society on the Cholmondeley DEIS and an appeal of the FEIS and ROD. I also commented on the Forest Plan during its initial planning (pre-1979) and its revision (pre-1997), which directly affects these areas. I have also commented at every opportunity on adoption, application, and perpetuation of the Roadless Rule on the Tongass National Forest, which affects these areas.

4. I have lived in Sitka for 27 years. I moved here to take a position as a Project Engineer for Alaska Pulp Corporation. Since then I have worked as a Fish and Wildlife

Technician for the Alaska Department of Fish and Game (retired 2004), an environmental consultant, a Forest Campaigner for Greenpeace (1991-1995 and presently), and in the seafood processing industry. I ran my own business for 23 years -- Baidarka Boats, a sea kayak retail, mail order and rental shop, which I sold in 2000.

5. In May 1978 a friend and I paddled from Kake to Kadake Bay, then to the head of Port Camden. We hiked across the isthmus to Bay of Pillars, and portaged into Three Mile Arm, and then back to Kake through Three Mile Arm and Rocky Pass. Among other places, we camped in Kadake Bay, near the planned Crane timber sales. I was attracted to the area by its remoteness, its wilderness character (except for part of Three Mile Arm), the "pinch point" wildlife corridor at the isthmus, and the portages. We experienced solitude and much wild country throughout the trip -- the isthmuses had no roads then.

6. From 1981 to 1986 I was on an Alaska Department of Fish and Game crew that did pink salmon pre-emergent surveys during the month of March. On successive years we visited (by helicopter) streams in Bay of Pillars, Security Bay, Saginaw Bay, Tebenkof Bay, and Kell Bay on Kuiu Island (among other locations in northern Southeast Alaska). Rowan Bay logging camp was a frequent refueling stop, and I often appreciated the stands of trees that are now scheduled to be cut on Rowan Mountain. The extent of logging in the vicinities of Rowan, Security, and Saginaw Bays, and over the divide into the Kadake watershed was apparent and was sickening. The contrast with Kell and Tebenkof Bays and Bay of Pillars was stark. These trips were a learning experience beyond the purpose of the work.

7. In 1991 I flew over Cholmondeley Sound and Dora Bay with a Greenpeace videographer. I was astounded by the devastation caused by private logging in Dora Bay. Still I could appreciate the view of the forests now scheduled to be part of the Cholmondeley and Chasina timber projects.

8. In August 1994 I took a recreational trip to Sulzer Portage and Dora Bay. I visited the Cholmondeley Project Area as a guest on Greenpeace's M/V Esperanza. We anchored in Dora Bay. We flew over Sulzer Portage and Hetta Inlet, taking video footage of the same areas we had filmed earlier, and which were now logged. We

also flew over Polk Inlet and much of the Cholmondeley Project Area. On successive days following that I went on hikes to several of the planned Cholmondeley logging units along Cholmondeley Sound and in the Sunny Creek drainage. Among the units visited was the largest unit in the project. While visiting two of the units we were accompanied by a wildlife biologist, and found the units to be big-tree stands that are high quality habitat. Two goshawk plucking sites were found there. In the other units, which were judged by the Forest Service in the Cholmondeley Final EIS to be high-value deer habitat, we found wolf scats that contained deer hair and hoof parts. In light of the already existing extent of logging on this peninsula and throughout Cholmondeley Sound and Sulzer Portage, I believe the logging planned in the Cholmondeley project is sinful.

9. In 1998 my wife and I acquired a sailboat for the purpose of visiting remote areas of Southeast Alaska. We also have a folding two-seat kayak and two single-seat fiberglass kayaks for the same purpose. Visits to Port Camden and Cholmondeley Sound are high priorities, and I hope to make this trip next year. Our trips include hiking as well as marine activities.

10. I value the remoteness and solitude that these areas offer, and their presently intact web of wildlife habitat. If the timber sales near Kadake Bay and Rowan Bay in the Crane and Rowan projects go forward, and if the sales along Cholmondeley Sound in the Chasina and Cholmondeley projects go forward, it will ruin our experience in these places.

11. I have explored a number of regenerating clearcuts in Sitka, near Juneau, in Ketchikan, and on Prince of Wales Island. They are effectively impassible to humans, and offer no habitat of the kind associated with old-growth forest. I have also visited a thinning and pruning project on Prince of Wales Island, and believe it to a desperate and unsuccessful attempt to show that large scale logging need not be harmful. I have seen a large culvert on a logging road in the Staney Creek area of Prince of Wales Island that was crushed, with both ends elevated and "perched," preventing passage of fish. From my extensive low-elevation flying over Southeast Alaska, I am aware of the patchy nature of the forest in the region. From review of many timber sale environmental impact statements and familiarity with the TimTyp

maps, I am keenly aware of how heavily the best wildlife habitat on the Tongass and throughout Southeast Alaska has been high-graded. The loss has been extreme. I do not want to see further loss in the areas in which I enjoy recreating.

12. I moved to Southeast Alaska in part because of a job offer, but primarily because of the extent of its wilderness. I have gotten out into this wilderness at every opportunity, both recreationally on my own time and through various jobs. Much of my travel has been on long kayak and sailboat trips, with side trips into the uplands. Loss of the wild character of the region is detrimental to the value of such trips to me. Loss of particular places, such as on Kuiu Island and in the Cholmondeley area is particularly painful to me. Loss of wildlife habitat, impact to wildlife populations, and diminishment of the opportunity to view wildlife and to hunt deer are particular outcomes that will harm me.

I declare under penalty of perjury that the foregoing information is true and correct.

Date: MARCH 26, 2004

Larry Edwards