IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | Case No. J03-029 CV (JKS)<br><br>DECLARATION OF MARGARET CLABBY |

I, Margaret Clabby, hereby declare as follows:

1. My address is 7960 S. Tongass Highway, Ketchikan, Alaska 99901. I live at Herring Cove outside of Ketchikan, Alaska, near where George Inlet, Carroll Inlet, and Thorne Arm enter Revillagigedo Channel, in close proximity to the Sea Level timber sale area. I have lived in this area since 1980.

2. I am a member of the Sierra Club, and the Tongass Conservation Society, a member group of Southeast Alaska Conservation Council.

3. My family and my neighbors use the areas of the Sea Level timber sale for a diverse number of activities including fishing, plant and berry harvesting, camping, boating, and

hiking. For example, over the past 20 years, throughout the year, but most frequently during the spring and summer, we have pulled our small skiff up to shore at various places in Carroll Inlet and Thorne Arm and then hiked along the beaches, back along streams and up through the forest.

4. We tend not to use established trails or anchorages, and avoid areas where there has been logging or roading. This has become trickier over the years as more and more places in Carroll Inlet and Thorne Arm have been clearcut. There are still good places to go in this sale area, however—especially around the mouth and along the east side of Thorne Arm, and stretches of Carroll Inlet.

5. Our trips have usually been a combination of recreation (often with children along) combined with food gathering, including picking berries and, of course, fishing. Fish that we have caught in this area have been an important part of our food for the year. Like my family, many people in my neighborhood depend heavily on locally caught fish, crab and shrimp (often from Carroll Inlet and Thorne Arm) as a main family food supply for the year.

6. Each trip, whether just a day trip or overnight camping trip, has always brought with it unique wildlife viewing opportunities—bears, otters, deer, humpback whales, orcas, porpoises and/or dolphins, seals and sea lions, and a great variety of birds depending on the time of year and whether we are in the estuaries or coves (where shorebirds congregate) or back up in the forest or muskeg areas.

7. We plan to continue to engage in these activities in this area as long as there remain areas of unlogged and unroaded wilderness. We are drawn to parts of the Sea Level timber sale area because of the remaining old growth forests, roadless lands, productive fisheries, scenery, and biological diversity.

8. The Sea Level timber sale, as planned, will destroy many of the remaining natural attributes important to my family. The old growth forest patches still left in the Sea Level sale area are reservoirs of native biological diversity that enrich my family's recreational experiences by providing critical habitat for the wildlife and plants that we seek when we visit. As planned, the Sea Level timber sale will destroy an additional 1,800 acres of old growth forest and fragment what remains, so that the forest's ability to support interior forest dwelling species important to my family's use and enjoyment of the project area will be impaired

9. It is my understanding that the project will reduce roadless lands by 2,800 acres. The unfragmented old growth stands and roadless lands in the Sea Level project area contain abundant wildlife and provide important connectivity and travel corridors. The undeveloped nature of these remaining unlogged lands provides scenery, wildlife viewing opportunities, and a sense of solitude important to the quality of my family's recreational experiences. Proposed logging and road building in these undeveloped areas will destroy these attributes. Forests in the vicinity of the Sea Level project harvest units have been severely disturbed by fragmentation and road building in the past, and the proposed activities will worsen the situation.

10. The visual impacts of the proposed timber cutting will be seen from places we use— during boat travel up Carroll Inlet and Thorne Arm and from many areas in and around the sale area in which we hike regularly.

11. I am also worried about the 578 acres of wetlands the EIS says will be lost to roads and timber harvesting in the Sea Level sale. Having walked in forested wetlands in this area and similar forested wetlands which have been logged, I have seen the before and after of what happens to the fragile soils, plant life, bird and insect life, and water flow when intact old growth trees are logged on wetlands and/or roads are built through wetlands. The integrity of

the wetland is lost forever. This will negatively affect not only the specific harvest areas, but the small steams in the area and the valuable wetlands and waters down below the logged area—places which are important for our recreation and food gathering, as well as for plants and wildlife. While each wetland area is unique, the ones potentially affected by logging in this area function in many valuable ways—including providing storage of winter snowpack and recharge of down-slope streams and aquifers, adding to the quality of wildlife habitat for deer, bear, fish and other aquatic life, birds of many species, small mammals such as mink and river otter, providing areas where chemicals and pollutants are diluted, areas of flood conveyance, and areas for deposition of sediment and nutrient storage, and providing habitat for rare and useful plants. The loss and disturbance of these wetlands will greatly diminish the quality of my family's recreational experiences as well as important food gathering in and near the Sea Level project area.

12. I am concerned about how all this logging will affect the many marine mammals that frequent the area around my home. We have a good view of the mouth of Carroll Inlet and can see and hear the humpbacks and other whales quite well. We have observed extensive courting and feeding behavior on numerous occasions. It is obvious to me that the George Inlet/Carroll Inlet area is an important area for humpbacks, orcas, white-sided dolphins, porpoises, seals, and sea lions.

13. On August 8th, 1998, I submitted comments on the Sea Level project to the Forest Supervisor. In those comments, I specifically asked the Forest Service to address the above negative impacts of further logging and road building in this area. The clearcutting and road building in this unnecessary sale will undoubtedly have negative effects on our way of life here at Herring Cove.

5

I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Signed, this 24th day of March, 2004.

By: _Margaret Clabby_
    Margaret Clabby