Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | Case No. J03-029 CV (JKS) |

**DECLARATION OF NANCY BEHNKEN**

I, Nancy Behnken, hereby declare as follows:

1. I reside at 117 Jeff Davis Street, Sitka, Alaska. I have lived in Sitka since 1988.

2. I am a member of Natural Resources Defense Council, Southeast Alaska Conservation Council, Sierra Club, and The Wilderness Society.

3. I originally came to Alaska in the spring of 1981 with friends to spend the summer kayaking from Haines to Sitka. After falling in love with southeast Alaska that summer, I decided to remain in the area.

4. I earn my living through commercial fishing. In the fall of 1981, I got a job on a commercial fishing boat, and have continued to work in the southeast Alaska commercial fishing industry since that time. I expect to continue commercial fishing for many years into the future. I do not have plans to retire any time soon, and will fish as long as I am physically able to do so.

5. Since 1981, I have fished in Chatham Strait and in the entrance to Rowan Bay as a crewmember on various long line and troll fishing vessels. Within this area, I fish for wild salmon and black cod (also called sablefish). On an average fishing trip, I will spend anywhere from two to six weeks fishing for black cod. Time spent trolling for salmon in Chatham Strait can vary. Last summer, I fished for little over a week in Chatham Strait.

6. There are several salmon spawning streams in Rowan Bay, and Chatham Strait currently supports a thriving black cod fishery. I depend on both these species for a major source of my income.

7. I value all of the Tongass, especially the stands that have the oldest, largest trees. These stands provide valuable fish and wildlife habitat — habitat that I depend on for my livelihood.

8. I have seen how clearcuts and other past logging activities, along Peril Strait and on Chichagof Island, have resulted in slash and blowdowns. These slash and blowdowns have choked salmon spawning streams.

9. All species, humans included, will lose something irreplaceable if the logging of these last stands of old growth, including the stands on Rowan Mountain, is allowed. Fishermen, like me, will lose the ability to do our life's work as a result of the damage done to fish runs and wildlife habitat by logging.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2004

_____
Nancy Behnken