Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>Defendants. | Case No. J03-029 CV (JKS)<br><br>DECLARATION OF PETE SMITH |

I, Peter Smith, declare as follows:

1. I am member of Southeast Alaska Conservation Council, Natural Resources Defense Council, and the Audubon Society.

2. My address is PO Box WWP (Whale Pass), Ketchikan, AK 99950.

3. I have written many personal letters to the Forest Service over the past 18 years explaining how timber harvest on Prince of Wales Island (POW) affects my livelihood and that of my children. Deer populations continue to plummet year by year as a result of the sales, and high value timber is getting continually harder to find. I have also pointed out to the Forest Service many times that they are not doing an acceptable job in managing karst as mandated under the Federal Cave Act, The Clean Water Act and the 1997 Tongass Land Management Plan.

4. I have lived on Prince of Wales Island for 18 years with my wife Valery. We came here with a baby son and home birthed the second in Kina Cove, across the bay from Kasaan. We were attracted to this country because of the vast wilderness and pristine forestlands. We have lived a subsistence lifestyle, growing our own vegetables and hunting and fishing for meat. For income the first 8 years we were in Alaska we commercially fished abalone.

5. Since then our income has come from wood products. We have developed a value added salvage logging and sawmill business. We acquire windfall and other downed trees from State and Forest Service micro timber sales and process the wood into various products, such as boat lumber, planking and spar grade material, bevel siding and other lumber for home construction. We ship our wood across the US and Southeast Alaska.

6. The success of our business is dependant on availability of big, old growth trees. This type of timber is unique in that it has tight growth rings and a lack of knots in the outer section of the trunk, which is where the clear, vertical grain lumber used in our business is generated. When these high value stands are clearcut we lose income-generating potential. Although I have not yet taken wood from the Cholmondeley and Chasina areas, the timber sales planned there will remove yet another near-by option for me. As a result of the many timber sales in the area, I have been forced to travel farther and farther from home to find the timber that we need for our operation.

7. I am also a director of the Tongass Cave Project, which is mapping and exploring the caves and karst of Southeast Alaska. I have inventoried karst along the West Arm, where the Cholmondeley timber sales are planned. We discovered caves and other karst features that the U.S. Forest Service had missed in their karst inventory. Units 674-032 and 675-032 (on the southwest side of Sunny Cove) are heavily karsted, and these areas also have the highest volume stands in the sale area. I later returned to the area to photograph the caves and large trees.

8. I plan to return to this area in the future to conduct biological inventories of the karst springs, and further karst studies. Over the past 15 years I have seen logging impact caves and karst by plugging sinkholes and cave entrances with debris. On numerous occasions I have seen trees that were left as buffers fall across cave entrances, and this also introduces soil into the cave system. When a karsted area is clearcut, the topsoils are turned into mud in the caves, which then wash out into streams, impacting the fisheries. When caves are impacted by timber harvest the window into the past that the cave provides, is closed. Archaeological, paleontological and biological artifacts are lost forever. If the timber sales in the Sunny Cove area are permitted to go forward, I will be unable to complete the work that is so important to the Tongass Cave Project because the karst will be destroyed.

9. During my inventory of the Cholmondeley Sound area, I enjoyed walking up the valley that drains into Sunny Cove. I saw big trees on the alluvial flats, and many signs of bear, deer, wolves and smaller animals. This valley is, in my opinion, the most breathtaking in Southeast Alaska because of the broad vistas (due to muskeg on the valley bottom), the high volume timber on the valley sides, abundant wildlife, and lack of any visible clearcuts in the distance. This is one very special place and I will return here often with friends and family if it is left intact. If this area in Sunny Cove is logged, it will destroy our wilderness experience.

I declare under penalty of perjury that the foregoing information is true and correct.

Date: MARCH 25 2004

Peter B. Smith