IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>Defendants. | Case No. J03-029 CV (JKS) |

**DECLARATION OF PETER BRANSON**

I, Peter Branson, hereby declare as follows:

1. I am a member of Southeast Alaska Conservation Council and the Wrangell Conservation Society. I have submitted written comments on both the draft EIS and final EIS for the Madan and Canal Hoya timber sales.

2. I reside in Wrangell, Alaska and in Thoms Place, Alaska. I was born and raised in Alaska, and have lived in Southeast for almost thirty years.

Exhibit 62, page 1 of 4

trees around the entrance, which will surely end up blowing down. The caving in the Madan area is the best caving in Wrangell. Logging and roadbuilding destroys caves. The caves become filled with silt from the run-off caused by the dirt roads and clear cuts. If the Madan lot is sold and clearcut, the caving in this area will be destroyed. Karst should not be clearcut, period.

8. My cabin in Thoms Place, on the south end of Wrangell Island, is only fifteen miles from the Bradfield Canal and the Canal Hoya timber sale. I visit the timber sale area on average between two and three times a year. Sometimes I'll travel to and from my cabin via the Back Channel, usually when friends or family are visiting.

9. I use the Bradfield Canal for recreation, fishing and hunting. I like kayaking, bird watching, hiking and camping as well as fishing and deer hunting for sport and subsistence.

10. In 1995, I took a solo kayak trip up the Bradfield Canal and will never forget drifting off the beach in front of Canal Hoya watching a beautiful brown bear family amble along the beach, totally unconcerned that I was offshore watching them less than 20 feet away. As the Forest Service bear study demonstrated, a significant portion of the world famous Anan bears den and live in this area, and would be greatly affected by this sale.

11. In my kayak, I have also enjoyed the pretty waterfalls that come right down to the beach. Clearcutting this area would destroy the serene wilderness qualities and wildlife viewing opportunities that making kayaking along the Bradfield Canal unique.

12. I enjoy the solitude and wilderness character of Bradfield Canal. Logging the Canal Hoya timber sale will destroy the aesthetic wonder and peace of the area. Clearcutting these old-growth stands will prevent me from enjoying the area the way I do now, and the way I intend to in the future. If Canal Hoya is cut, I will continue to return to my home in Thoms Place, but I

3. I am an avid caver. I began caving in 1994 when I volunteered with Tongass Cave Project and the Forest Service, finding and surveying caves on Prince of Wales Island. The caves on the Back Channel and Cleveland Peninsula are unique as they are the only known caves on the southeast mainland. The Moose Creek drainage has a lot of karst. With the thick vegetation and rugged terrain, I believe there's a good possibility some significant caves may be yet undiscovered.

4. In the summer of 1998 a friend and I spent a long day exploring the Moose Creek drainage. We had a great hike and saw some classic karst old growth forest – depressions that should have held water but instead were dry and mossy, big trees, and sinkholes. We found the now famous cave, "Hole 52", which has a beautiful entrance at the bottom of a sinkhole, with maidenhair fern festooning the entrance. We didn't go in because we didn't want to disturb the wealth of artifacts inside.

5. I returned to the Moose Creek drainage alone in 2002 to explore further. I went again in June 2003 with five friends and we did some hiking near the beach, poking around and looking for more caves. Some of the creeks in that area have exposed blue marble (the type of carbonate found in this heavily karsted area) that is quiet beautiful.

6. I plan to visit the Madan and Canal Hoya sale areas this summer in my new boat to look for karst and caves.

7. The mainland side of the Back Channel is untouched and beautiful compared to the heavily logged and roaded Wrangell Island side. It is home to abundant wildlife, especially brown bears and moose. It is also home to the blue marble caves, many of which are still waiting to be discovered and surveyed. On nearby Etolin Island there is some karst, in particular the Porcupine Cave, that has a clearcut next to it. The Forest Service left only a small buffer of

will have to travel further away to hunt, fish, hike, birdwatch and kayak, and to do the things I now do in the Bradfield Canal.

13. New roads in both Madan and Canal Hoya will result in increased hunting, fishing, and trapping. Brown bears especially are hard hit by roads. Furthermore, the Forest Service can't keep up with road maintenance on existing roads. We don't need any more roads around the Wrangell area.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2004

_____
Peter Branson