IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>Defendants. | Case No. J03-029 CV (JKS) |

### DECLARATION OF STEPHEN TODD

I, Stephen Todd, hereby declare as follows:

1. I reside at 11.3 Mile Zimovia Highway, Wrangell, Alaska.

2. I am a member of Southeast Alaska Conservation Council and Wrangell Resource Council, a member group of Southeast Alaska Conservation Council.

3. After graduating from college in 1997 with a degree in water resources, I came to Southeast Alaska to work for the federal government as a fisheries technician in Juneau. I then moved to Wrangell in 1999 to continue the same work. In 2000, I began working with Wrangell

Community Services where I guided wilderness programs for youth-at-risk. In 2003, I went to work for the Alaska Department of Fish and Game as a fisheries technician on the Stikine River.

4. Within the Madan timber sale, I have taken approximately thirty trips by canoe or kayak to the coastal areas between Gypsy and Moose Creeks. One of these trips was as a guide. All of the other paddle trips were personal. I have also taken approximately twenty trips by motor skiff to these areas. I have gone with groups of friends and family as large as eight people, and I have traveled solo as well.

5. My main purpose in traveling to the areas between Gypsy and Moose Creeks has been to hunt, fish, camp, and be a part of the wilderness surroundings. On two occasions, I have hiked up to alpine on the ridges north and east of the Madan sale area. From the alpine, I could overlook the Gypsy and Moose drainages.

6. Additionally, I conducted stream surveys as a fisheries technician for the federal government on approximately ten occasions in the Madan area in 1999 and 2000. The streams I surveyed included Moose Creek, Gypsy Creek and tributaries of the two main creeks. They have plentiful dolly varden and cutthroat trout, with coho and pink salmon spawning in the lower reaches of the streams.

7. Paddle trips to the back channel between Wrangell Island and the mainland have become a normal part of life for my fiancé and myself. We thoroughly enjoy the tranquillity of the area and often camp at the Moose Creek estuary where a LTF (Log Transfer Facility) is planned. We intend to return to the area between five and ten times in 2004 for recreation and hunting trips by ourselves and with friends and family.

8. I value the solitude of the roadless areas where these timber sales are planned. After these areas have been logged and roaded, they will be altered to a point that the quality of a

wilderness trip will be lessened. I believe that the high quality of life that we enjoy in communities like Wrangell is due, in large part, to having unroaded old growth forests in close proximity. If the Madan sale area is logged and roaded, the opportunity for many of the activities and experiences that we now pursue, will be lost.

9. As I watch communities like Wrangell struggle financially, I believe that large timber sales like Madan do little to improve the local economy in the long run. From all of the data available, they do not appear to be economically viable on the timber markets. The Forest Service loses money on these large sales and often has only one bidder. This is poor stewardship of public land. It is my belief that these roadless areas are more valuable to the communities in their natural state because they improve the quality of our lives as they are. When considering the future, people will want to stay in and come to live in places where this quality is high. Sustainable businesses will develop and economies will improve.

10. As a member of Wrangell Resource Council, we appealed the Madan sale with SEACC. I have commented in favor of the roadless rule, and have supported a TLMP that keeps many roadless areas in LUD II.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26th, 2004

_____
Stephen Todd