IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J03-029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF THERESA TAVEL and KAREN WALTER**

Theresa Tavel and Karen Walter hereby declare:

1. I, Theresa Tavel, have lived in Alaska for 24 years. I sailed up to Juneau on the ferry to visit a friend, fell in love with the mountains and the water, and decided to stay here. I, Karen Walter, have lived in Alaska for 28 years because I think we have some of the best sailing and boating opportunities in the world here. We are both year-round residents of Juneau, residing at 245 Irwin Street.

2. We are members of Sierra Club and Southeast Alaska Conservation Council.

3. We started our business, "Women Sail Alaska," in February of 1995. For many years prior to starting our business, we had been sailing around Southeast Alaska and British Columbia in the summers. We both hold seasonal jobs in Juneau that allow time off for our sailing adventures. In the mid-1990s we decided that in order to continue this lifestyle it would be necessary to combine our love of sailing with work. We started with a 30-foot sloop, which could accommodate 2 guests, and offered day trips and short overnight trips around Juneau. We now own a 38 foot sloop, take up to 6 guests, and offer 5, 7 and 10 day trips.

4. On all our trips we sightsee, view wildlife, and enjoy quietly sailing along. We travel for approximately 6-8 hours every day, sailing as much as possible.

5. Our most popular 5-day trip is to Tenakee Inlet and Tenakee Springs. We also often stop into Tenakee on our 5-day whale-watching trip to Pt. Adolphus, so some summers we find ourselves in Tenakee Inlet almost every week to ten days.

6. We'd hate to see what's been happening around Hoonah happen in Tenakee Inlet. Flynn Cove near Hoonah provides the only good anchorage on the way back from whale watching at Pt. Adolphus, and it has been thoroughly clearcut. We are always uncomfortable spending the night in a place like this when we have sold our guests a trip into the Alaskan

wilderness. We used to run a trip out Peril Straits to Sitka, but the extensive clearcutting on that route made the trip too ugly, so we no longer do that one.

7. On our 10-day trips we sail around Admiralty Island and out Icy Straits to Elfin Cove. One of the highlights of this trip is the hot springs. We stop at Warm Springs Bay on Baranof Island and Tenakee Hot Springs on Chichagof Island.

8. We have been visiting Tenakee Inlet since 1984. Our guests love going to Tenakee because of the uniqueness of the community and the hot springs. The Inlet affords excellent sailing opportunities. We have seen a lot of whales in the Inlet as well as other wildlife. The crabbing near Tenakee Springs is still excellent and reliable. The scenery in much of the Inlet is spectacular.

9. When we come into the Inlet under sail, we have to tack back and forth from shore to shore, so there would be no way for us to shield our clients from the logging activities planned for Crab Bay, including the floating camp and log transfer facility. One of the main reasons people hire us is to enjoy the serenity of the sailing experience. In the past, when we've sailed down to our land at Edna Bay on Prince of Wales Island in the south Tongass, we have had to cope with logging noise, so we know what it's like—we'd pull in in the evening and drop anchor in the quiet, then at 7:00 a.m. we'd be awakened by the roar of chainsaws, trucks and heavy equipment. If this is going on in Tenakee Inlet, our guests will not be happy.

10. On our Tenakee trips, our guests like to get off the boat and take walks along the beaches on the Tenakee side, and we relax on the deck of the boat, enjoying the vistas. We like to sail around the Inlet, sightseeing and observing wildlife; there is often a bear to watch. On some trips we do try a few hours of sport fishing. We almost always put out a crab pot. One of the highlights of many of our passengers' trips is when we put down a line and catch a salmon

for dinner, or put out a pot and enjoy fresh crab. If these resources are damaged by logging, a big part of the experience we offer will be lost.

11. We are planning several trips to Tenakee Inlet this summer. Our first trip will be June 29th. We are looking forward to a longer trip in late July where we will be able to sail up Tenakee Inlet and explore more of the upper Inlet, including Seal Bay. We plan to stay in Tenakee Springs for several days and do some day sails across to Crab Bay to fish for crab, hike, and explore—unless there is a lot of logging going on over there, which will force us to stay away.

12. The Finger Mountain timber sale will harm us, and our business, by damaging the woods and wildlife our clients pay to enjoy. We have already seen too many places ruined by industrial scale logging on the Tongass, since we first started sailing around Southeast twenty years ago. Every year there are fewer untouched drainages to explore and enjoy, and fewer pristine areas where we can take our clients without having to apologize for a scarred landscape.

13. Tenakee Inlet and the Tongass in general have much to offer in eco-tourism opportunities for businesses like ours. These opportunities will disappear along with the trees as they are clearcut. All of our clients come to see "Wild Alaska"—not logging roads and stripped forests with no wildlife in sight. It would be wiser to take the longer view and leave the trees standing so that they might attract more visitors. Southeast Alaska's future lies in the natural beauty of her clean water and beautiful forests, wildlife and visitors from around the country who hold a stake in this National Forest, and who will pay locals like us to help them experience it.

We swear under penalty of perjury that the foregoing statements are true and correct.

Signed: _Karen L. Walter_     Dated: 4-7-04
Karen Walter

Signed: _Theresa Tavel_     Dated: 4-7-04
Theresa Tavel