IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | Case No. J03-029 CV (JKS) |

**DECLARATION OF WAYNE WEIHING**

I, Wayne Weihing, hereby declare as follows:

1. I am a member of Southeast Alaska Conservation Council, Natural Resources Defense Council, Sierra Club, The Wilderness Society, and National Audubon Society.

2. My current mailing address is P.O. Box 1193 Ward Cove Alaska 99928.

3. I have lived in Southeast Alaska since 1968, except for a short time between October 1989 and April 1992. I first visited Alaska in the spring of 1967, and returned in the summer of 1968 to live and raise my family in Southeast. I value the beauty of the Tongass, and want to

have my children experience all the Tongass has to offer – from fishing and hunting to hiking and camping.

4. I have made numerous trips, usually once every year or so in late summer or early fall, from Ketchikan to the Canal Hoya area to fish and hunt. I usually go with a friend of mine on his boat. We go overnight, and anchor in the Bradfield Canal. We'll set out crab pots and try for fish in the channel. We also head for the streams running through the Canal Hoya area. We fly fish for steelhead and trout. I primarily go to fly fish, but will always carry my rifle. Depending on the time of year and if I see any deer, I will also hunt. I never hunt for bear.

5. On my fishing and hunting trips, I always bring my camera. I look for opportunities to photograph all kinds of wildlife – from the whales in the channel to the bears wandering the beaches and forests. During one summer in the mid 1990s, I was a tour guide for a National Geographic photographer. We flew up along the Bradfield Canal, over the Canal Hoya timber sale area, landed and hiked to the Anan Bear Observatory. Canal Hoya has some of the best brown and black bear viewing in all of Southeast Alaska. This area is truly unique because of its mixed population of brown and black bears. As we flew over the area, we both took aerial photographs of the wilderness of Canal Hoya. We looked for past logging efforts and the effects logging has had on the wilderness.

6. I have also hiked extensively through the Anan area, and hiked along the Hoya Creek drainage.

7. I enjoy my trips to Canal Hoya because of the abundant wildlife and marine life that can be seen. I also enjoy the peace and solitude of the wilderness. One of the greatest attributes is that there is never a lot of boat traffic along the Bradfield canal, unlike Ketchikan with all the cruise ships, tour boats, ferries and busy port. When I'm up boating through the Canal Hoya

area, I hardly ever see any other boats. If I do, they are the boats of people who are fishing and hunting like me.

8. I have had previous experience with the devastating impacts a timber sale has on a wilderness area. In the late 1960's and early 1970's, I hunted in the George Inlet and Thorne Arm areas south of Ketchikan. I haven't gone back since the Forest Service allowed these areas to be massively clearcut. Now, the deer are non-existent along George Inlet and many parts of Thorne Arm. And, it is impossible to walk through the growth that has sprung up in the clearcuts.

9. The activities of a timber sale – the machinery and people associated with the logging operation – will have a huge impact on the Canal Hoya area. Any logging will disrupt the normal ranging habits of the black and brown bears, and the deer. I already don't see a lot of deer when I am up in the forest, fly fishing and hunting. Clearcuts will hurt the existing deer population. In the first few years after the clearcut, when the browse pops up where the old-growth stands used to be, the deer population will explode with the abundant food. But, it will crash just as quickly after the canopy from second growth trees blocks out the browse, the food source for the deer. And the timber sale will ruin the wilderness' scenic value – all that will be left after the logging operation are clearcuts.

10. I have recently purchased a new boat. I am looking forward to having the latitude to go wherever I chose whenever I wish on my new boat, and to the many opportunities I'll have to explore the various islands, bays and wilderness areas throughout the Tongass. As soon as I have time to get away from work, I'm planning to head up to Canal Hoya to fly fish and photograph whatever wildlife I see. But, if the Forest Service is allowed to continue with the

Canal Hoya timber sale, I doubt I will return to the area. I'll have to take my boat further and further away to find the wilderness and wildlife of the Tongass.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2004

*Wayne Weihing*
Wayne Weihing