IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | Case No. J04-010 CV (JKS)<br><br><u>DECLARATION OF</u><br><u>MARTHA SMITH</u> |

I, Martha Smith, declare as follows:

1. I am a member of Natural Resources Defense Council and Southeast Alaska Conservation Council.

2. I work and live in Petersburg, Alaska, and my mailing address is P.O. Box 384, Petersburg, AK 99833.

3. I am familiar with the Forest Service's proposed Woodpecker timber sale and I am well acquainted with the forest lands that would be affected if the proposed logging activities are carried out. This past spring, I attended an open house hosted by the Forest Service, where the Service provided information on nearby timber sale proposals and logging operations.

4. I moved to Southeast Alaska from northern Idaho in 1995. I left Idaho in part to escape the negative impacts of logging and mining operations there. I was attracted to

Southeast Alaska because it offered small communities with easy access to the surrounding natural areas.

5. I hike on lands contained within the Woodpecker timber sale several times each year. I last hiked there in May of this year, and I intend to go back to the area again in the coming weeks and months. In the future, I plan to continue visiting this region so long as large areas of forest remain intact and undisturbed. The Woodpecker region is especially valuable to me because its existing roads enable me to drive to portions of the forest that remain natural and wild.

6. When I hike, I avoid the logged areas of the forest. Instead, I seek out lands that have not been used by the timber industry. In these natural areas, I enjoy walking through the stands of large old trees, and I appreciate the beauty and diversity of the mature forest understory. I also enjoy viewing wildlife. When I visit the undisturbed forest in the Woodpecker area, I almost always observe deer and bear. Lastly, I use these natural areas as places of refuge and reflection, where I can find solitude and quiet.

8. If the Forest Service allows logging in the Woodpecker sale, it will build new roads and expand logging operations into areas that -- thus far -- have remained natural. Logging operations on previously undisturbed portions of the forest will destroy the very things I cherish about these areas: the large trees, the vibrant understory, and the rich wildlife habitat. Such intrusions will permanently alter the forest and will desecrate my places of refuge.

9. Furthermore, while the forest is actively logged, there will be increased levels of noise and traffic in the forest. These impacts will affect the immediate vicinity of logging operations and the surrounding area, which I use and enjoy. Because I seek solitude and quiet when I visit the Woodpecker area, the increased noise and traffic brought about by logging operations will directly interfere with my ability to enjoy the

forest. Moreover, increased traffic brought about by logging operations -- especially increased numbers of logging trucks -- will make driving in the area more dangerous.

10. I declare under penalty of perjury that the foregoing information is true and correct.

Date: *July 1, 2004*           Signed:
*Martha Smith*

Martha Smith