IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>Defendants. | Case No. J04-010 CV (JKS)<br><br>DECLARATION OF MELISSA CRAWFORD |

I, Melissa Crawford, declare as follows:

1. I am a member of the Sierra Club.

2. I live and work in Petersburg, on the northern tip of Mitkof Island. My address is P.O. Box 1233, Petersburg, AK 99833.

3. I am familiar with the Forest Service's planned Woodpecker timber sale on the southern portion of Mitkof Island.

4. I moved to Petersburg from Sacramento, California four years ago. I moved in part to escape the noise and commotion associated with life in the city. I was drawn to Southeast Alaska because of the region's astounding scenery and abundant wildlife, which are central to

my quality of life. I take great pleasure in living in a place where wild places and wild things remain.

5. I frequently hike in the natural forests on the southern portion of Mitkof Island. On average, I probably make a dozen such trips each year. I use the established logging roads to access natural areas of the forest that have not been logged, and I have hiked in the old growth areas that the Forest Service proposes to log in the Woodpecker sale. I have plans to hike there again within the next month and again in the future.

6. I seek out areas that have not been logged because they are the most beautiful and pristine parts of the forest. It is a delight to walk through the old growth trees and the open and varied ground cover. I also go to these areas because they are quiet places where I can see wildlife such as birds, moose, deer, and bears.

7. If the Forest Service moves ahead with its plans to log undisturbed parts of the forest, it will completely ruin those areas for my use. Logging activities will bring noise and traffic that will disrupt the natural setting. Once the trees have been cut, the character and ecology of the affected area will be fundamentally changed. The second growth forest that will someday grow in the logged areas will be an impoverished shadow of the dynamic forest that now exists. In short, the forest will be desecrated and decimated, and it will no longer be an appealing place to visit.

8. For the reasons stated above, I will not hike in areas that have been logged. If the Woodpecker project is carried out as planned, I will lose the aesthetic and emotional enjoyment I get from those places.

9. The Woodpecker sale could affect my business, as well. I own and operate a restaurant in Petersburg. Although the large cruise ships do not dock here, smaller boats and independent travelers do come to the town, and they are important customers for my restaurant

business. These tourists are drawn to the hiking, camping, and other outdoor opportunities available on the island. If the proposed logging is carried out, Mitkof Island may lose some of its allure to travelers, and my business would suffer as a result.

9. I declare under penalty of perjury that the foregoing information is true and correct.

Date: 2/2/04                Signed: _____
                                    Melissa Crawford

3