IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. J03-029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DAVID BEEBE**

I, David Beebe, declare as follows:

1. I am a member of The Wilderness Society, Sierra Club, Natural Resources Defense Council, Southeast Alaska Conservation Council, and the Center for Biological Diversity.

2. I reside at USS 2480, Lot 2, within the City of Kupreanof, on the island of Kupreanof in central Southeast Alaska. My mailing address is P.O. Box 148, Petersburg, AK 99833.

3. I have been a self-employed fisherman for the past 20 years and currently own and operate the F/V Jerry O. My principal means of living is fishing a 300 pot limited entry permit for Dungeness crab. I fish Dungeness crab during the four months (two months in the summer and two months in the fall) that it is open. I have been commercial crab fishing principally in ADF&G statistical area 105-32 (which includes Threemile Arm), and area 105-31 (immediately to the south), consistently for the last 10 years, and plan to continue crab fishing in those areas in the future.

4. I hunt Sitka Blacktail deer every year in the Threemile Arm area in the fall portion of my Dungeness crab fishing. I hunt in the roadless area north and east of Hiller Cove, within three miles of the shore of Threemile Arm. Many of the proposed harvest units in the Threemile timber sale are in the area where I hunt. The proposed timber sales will disrupt the natural habitat of the deer that I hunt. I believe that the continued clearcutting of high quality deer winter range degrades my deer hunting opportunities. I plan to continue to hunt in this area in the future, and this logging will hurt my chances of getting a deer in the coming seasons.

5. Some of the most productive crab habitat in Threemile Arm is where the arm narrows. This is near the proposed Log Transfer Facility, and to the north and west of the proposed LTF (further up the arm). The proposed LTF site is in a shallow and narrow (less than one half mile in width) portion of the arm. I am extremely worried that the construction and operation of the LTF will destroy the crab habitat in the area and will make parts of Threemile Arm inaccessible. Even with a "travel corridor" from the proposed LTF, the operations will certainly destroy some of the most productive crab habitat in Threemile Arm. I currently fish for crab in that exact area, I plan to do so in the future, and I will be harmed if this activity goes forward.

6. I routinely encounter the existing logging roads when hunting for deer near Threemile Arm. These roads harm my ability to hunt and my enjoyment of the area while hunting. The alteration of the habitat favors wolves, which prey on deer. Also, logging roads allow other hunters to use motorized vehicles. This increased traffic disturbs the solitude I enjoy while on Kuiu Island and increases competition for the deer. I avoid the roads and try to hunt in roadless areas.

7. I am a videographer and I often use Threemile Arm for purposes of nature videography. I often go on shore to make my videos. I hope to supplement my fishing with making videos to educate the public about the environment, and eventually transition into that field. This proposed activity will spoil the Threemile Arm area for this purpose. I value pristine, unfragmented areas, and I want to portray these areas on film. The activity and noise of logging, and the resulting changed scenery, threaten my personal enjoyment of the area while I am filming, and make it more difficult for me to compose the videos of pristine wilderness that I want to make. I plan to continue to make videos of the Threemile Arm area. If the proposed activity goes forward, it will displace me from the Hiller Cove area.

8. It is very disturbing to see an area of pristine wilderness become an industrial zone. I used to fish and spend time near Bucareli Bay, just south of Craig. Recent logging has ringed the area with roads, clearcuts and activity. I have literally pulled my gear out of there because I could not stand it. I do not want the same thing to happen to Threemile Arm.

9. The Lindenberg Peninsula is literally my backyard. I have taken excursions for all manner of activities in the roadless areas of Lindenberg Peninsula, ranging from foraging for wild herbs and berry picking to hiking, hunting, bird watching, sport fishing, wildlife photography, skiing, showshoeing, kayaking, canoeing, and camping. And one of my

favorite activities, tree climbing. The rainforest canopies contain an amazing diversity of animals and plants and climbing into the canopy is an incredible exercise in discovery. The more logging that happens in roadless areas, the less canopy there is to explore.

10. The Lindenberg Peninsula, including areas near the South Lindenberg timber sale, is an important area for deer hunting locally. The waters around all of South Lindenberg are protected, so it is easy to access from Petersburg without a big boat. A lot of people hunt near the Tonka LTF because it is such a do-able trip by skiff.

11. I have done some hunting and hiking around Tonka Mountain and the peaks and ridges near the Tonka LTF, where some of the proposed harvest units for the timber sale are located. I mostly use the area for deer hunting, within a couple of miles of the beach, but when it is not the hunting season, I also use it for hiking, wildlife viewing, and general exploring. In the spring, I also hunt grouse in this part of South Lindenberg.

12. I hunt or hike in South Lindenberg at least once a year, if not more often, and I intend to continue to do so.

13. I am concerned that more logging and road-building will affect the deer population. South Lindenberg has some important winter habitat for deer, and increased development is likely to displace the deer, diminish the carrying capacity of deer, and decrease my chances of a successful hunt.

14. Now, I usually access South Lindenberg by way of Wrangell Narrows and use a skiff to get in through the beach fringe and hunt in the muskeg, mountain slopes, and ridges. I used to live in Keene Channel area, which connects Duncan Canal and Wrangell Narrows. When I lived there, I got to the west side of South Lindenberg quite a bit. I still go to the other side, up around Ohmer Creek and Mitchell Slough, but once they started logging the hillsides of Duncan Canal, I stopped going as frequently.

15. The area near Ohmer Creek and Mitchell Slough is an important access point for the Duncan Salt Chuck Wilderness Area, and I have guided kayak trips through this part of the Lindenberg and into the Duncan Salt Chuck Wilderness Area. The Duncan Salt Chuck Wilderness Area is a good place for viewing wildlife, like moose, because it is a bit farther from town. Some of the planned logging is near the border with Duncan Salt Chuck Wilderness Area, and is right in the areas that provide access to the wilderness area. This development will displace the animals and make my future trips less enjoyable because of the development and the decreased opportunities for wildlife viewing.

16. As an aspiring videographer, I prefer to film pristine areas. The aesthetic character of the roadless areas of the Tongass is an exquisite natural beauty that is stunning to behold. The complex mosaics of plant communities and the full diversity of plant and animal life creates a subjective response in viewers that is the result of being in the presence of such a dynamic, complex, rich, and abundant landscape.

17. I grew up in a Navy family and have seen a lot of North America and the world as a result. I have an intimate awareness of what landscape looks like when it is used up, and to me, the landscape in the roadless areas of the Tongass shows all the signs of an intact area still evolving in its natural course. It is one of the more spiritually inspiring landscapes on the planet, and all of that would be destroyed with logging and roads.

18. This landscape is, for me, an essential element to relationships with friends and family and all visitors to southeast Alaska. I have watched friends and family, or other visitors I have run into, respond to the landscape, and there is an undeniable process that clearly becomes a lifechanging event to them and becomes a relationship-building experience for me. The interdependence of a panoply of plant and animal species thriving in an intact temperate rainforest ecosystem represents, to me, one of the finest examples for our culture to not only value but to use as a model for how our communities and individuals

within those communities form relationships and react to each other. In the roadless areas that I have explored, we have an irreplaceable spiritual and cultural resource that will be irrevocably damaged with continued logging and roading.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/4/06                           *(signed)* David Beebe