IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>     Plaintiffs,<br><br>          v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J03-029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ERIC LEE**

I, Eric Lee, hereby declare as follows:

1. I am a member of SEACC.

**Exhibit 69, page 1 of 3**

2. I was born in Petersburg in 1951 and began hunting at an early age. At that time, hunting anywhere off Mitkof Island was usually done by small skiff because there were few logging roads. The Tonka Mountain area was a very good place to hunt because of the sheltered access by small boat and the abundance of deer. As the timber industry began harvesting large clearcuts on Mitkof Island in the mid to late-60's, I began hunting in the Tonka Mountain area more frequently, especially after the Falls Creek watershed was clearcut and the clearcut along the northern side of Blind Slough. Those two areas were prime hunting and people like myself who hunted there each year had to find new places after that. The Tonka Mountain area was a logical place to hunt after that and I hunted there for many years thereafter. I did not hunt there exclusively, but it was one of the main places I tried to get the supply of meat my family needed for the year.

3. I have a mother, a sister, and a brother-in-law all, of whom live in Petersburg and share the deer meat I get. My brother-in-law does not know how to hunt so I am the one who hunts for the family.

4. As the deer limit each year on Mitkof Island is one deer, and the season is only two weeks long, I still hunt in the Tonka Mountain area every year.

5. Looking at the map of South Lindenberg, it is clear that a large amount of habitat has already been lost to clearcutting. Looking at the proposed logging in this sale, it is clear that much more important habitat will be lost. Much of the proposed logging in this area is next to or close to prior clearcuts. The loss of this habitat which is now increasingly important to the deer displaced by previous clearcuts will be very detrimental to the long-term well-being of the deer population in that area. This increased fragmentation of an already fragmented habitat concerns me greatly. Anyone who has seen deer looking for

food late in winter knows that food is difficult to find whether there is snow on the ground or not. Smaller areas of intact habitat will only be able to sustain a smaller population of deer. Considering the increased hunting pressure in this area due to access by logging roads, the deer population could be greatly diminished. Therefore my hunting will be negatively impacted by this sale.

6. I do not have unlimited time each fall to get the deer I need. Although I enjoy hunting, unsuccessful hunts mean lots of hard work and lots of wasted valuable time. Anyone who hunts knows this is true.

7. The state land on South Lindenberg Peninsula could have extensive logging on it as well. Although there are no immediate plans to log the state lands, I am very concerned about the cumulative effects of continued Forest Service logging and logging on the state lands on South Lindenberg.

I declare under penalty of perjury that the foregoing is true and correct.

_March 5, 2006_  _Eric Lee_
Date                                 Eric Lee

Exhibit 69, page 3 of 3