IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J03-029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MARCEL LAPERRIERE**

I, Marcel LaPerriere, declare as follows:

1. I am a member of Southeast Alaska Conservation Council and the Center for Biological Diversity.

2. I moved to Sitka about two and half years ago. My mailing address is P.O. Box 645, Sitka, Alaska 99835. Before moving to Sitka, I lived in Ketchikan for twenty-two years.

3. While I lived in Ketchikan, I spent a lot of time on Gravina Island. In fact, I would say it was pretty rare that a month would go by when I didn't go out to Gravina at least once.

4. I have sailed around Gravina many times, explored the bays and inlets by skiff, scuba dived near the island, and hiked and snowshoed all over the island. I also love caving, and have explored many of the caves around the island. About the only place on Gravina that I have not been is to the top of the Puppets. Gravina is so close to Ketchikan that, while we lived in Ketchikan, we even took an inflatable boat over to the island to picnic or hike sometimes.

5. Although I no longer live as close to Gravina, I still have friends in Ketchikan and sometimes visit them and go to Gravina. Gravina is a beautiful island. I have been in and around Phocena Bay before, but there are some caves near Phocena Bay that I have not yet explored and I intend to go back and explore them. Besides, I still need to get to the top of the Puppets, so I will definitely return to visit Gravina again.

6. I am familiar with the proposed timber sale on Gravina Island. Areas with logging or roads have a lot less appeal, both for anchoring my boat and for activities on land. I have anchored in Blank Inlet and Bostwick Inlet, as well as many of the bays around Gravina in the past, but I prefer areas that are pristine.

7. Some of the logging sites will be near Phocena Bay, which is where some of the caves I still need to explore are located. If that logging happens, then when I return to explore the caves or to hike on the island, the area will have lost much of what I enjoy about it— the solitude, the beauty, the majesty, the serenity of being untouched and undeveloped.

8. I worked off and on at the Swan Lake Power Plant in the Upper Carroll Inlet for over fifteen years. During that time, I explored much of the Upper Carroll Inlet. The Carroll River has a lot of salmon, and I took a skiff and hiked quite a ways up the river to fish. I also hiked twice from Misty Fjords on East Behm Cannel, over Mt. Reid into Carroll Inlet. I have done a lot of backpacking and caving in the area.

9. I'm not a religious man, but if I were I would say that Upper Carroll is God's country. When I first went up to Upper Carroll to work in 1983, I thought I was in heaven—it was the most beautiful place I can imagine to work. I fought tooth and nail against the Tyee-Swan Lake power line, but now there are clear cuts all the way from Swan Lake up to Bradfield. I hiked the most of length of the proposed power line at one point. A lot of the appeal of Upper Carroll has been lost for me now; they have destroyed what was one of the most beautiful areas in Southeast Alaska.

10. I hope to go back to the Calamity Creek area. A couple of years ago, I did some volunteer work with the Forest Service and studied the caves in the Calamity Creek area. They are some of the most unique caves in Alaska because they very unique vertically dipped marble caves and have a lot of important paleontology information within. They whole geology of the Inlet is unique, and I would hate to see it logged and lose that unique geological information.

11. Although I have been around and even hiked on logging roads before, I prefer wilderness. Even a well-traveled trail is sometimes too populated for my taste, as I really enjoy more of a wilderness experience. For me, a wilderness experience is experiencing a pristine forest, enjoying the solitude and majesty of the trees, and the serenity of knowing it has

not been touched by man. I appreciate the importance of the habitat for animals, and in many areas, for subsistence use.

12. I have done some logging in the past, and understand the importance of logging, but I believe we have to use our resources wisely and not throw them away without any thought for the future as we are doing now. In the past, I have been involved in public hearings and meetings to oppose timber sales. I have also volunteered with the Forest Service to help with karst and cave location for timber harvest proposals.

13. I have two very young grandchildren who are already learning how important wilderness and nature are. They already like hiking, even if that just means sitting on grandpa's shoulders and I hope that they will have a chance to enjoy the same untouched wilderness, on Gravina and elsewhere that I have enjoyed.

14. My wife and I have sailed all over southeast Alaska. Although we have not spent as much time on the boat over the last couple of years because we have been busy building a house and playing with our new grandchildren, we used to take at least two or three weeks a year to sail full time. Sometimes we spent up to four weeks a year sailing. We still sail as often as we can, and we will continue to sail as often as we can. I have been to and know every major island in southeast Alaska, as well as a lot of islands that most people don't even know exist. I have volunteered with the Forest Service frequently during the summers from 1990 to 2003, plus many weekends, and have seen a lot of areas by floatplanes and different types of boats as well.

15. Many of the areas I have explored and enjoyed in the past have been cut up with logging and roads. At this point, the Forest Service has lots of roads, and needs to take care of the roads that already exist before building any new roads.

16. Hiking and sailing are just more fun when they're in the wilderness. Logging activity and roads take away from the solitude and the beauty and the experience as a whole. I intend to keep exploring and enjoying southeast Alaska as long as I am able to do so, and I hope that the areas I like best will still be untouched for me to explore.

I declare under penalty of perjury that the foregoing information is true and correct.

Date: 3-6-06

Marcel LaPerriere