IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>  Defendants. | Case No. J03-029 CV (JKS) |

**DECLARATION OF MIKE SALLEE**

I, Mike Sallee, declare as follows:

1. I am a member of the National Audubon Society, the Sierra Club, and the Southeast Alaska Conservation Council.

2. I have lived on the north end of Gravina Island for the past fifty years. My mailing address is P.O. Box 7603, Ketchikan, AK 99901.

3. My mother started a homestead on Gravina Island in 1956 and I have lived here since I was nine years old. I still share ownership of the homestead and plan to live on Gravina for the rest of my life.

4. Gravina Island is rural in nature with limited development. Most of the lots where people live are concentrated on the Tongass Narrows–Ketchikan side of the island. There is only one road that goes back into the interior of the island, and otherwise the interior is pretty much a refuge for wildlife because not many human predators get in there.

5. I have hunted for deer on the island for personal subsistence, and occasionally get logs off the beaches for firewood. In the subtidal areas, I harvest sea cucumbers, sea urchins and sample geoducks as well. I intend to continue this use of Gravina Island.

6. I have hiked in many parts of Gravina Island, end to end, side to side, and most of the beaches on the perimeter. Just a couple of years ago, I hiked from the airport over California Ridge to Vallenar Bay. Although it is a fairly remote area, I ran across the flagging for some of the proposed timber sales along the way.

7. For a couple of summers, I participated in a culture camp near Bostwick Inlet that was sponsored by the Tongass Conservation Society. The area is fairly pristine, but there is a lot of use in that part of the island for deer hunting, crabbing, goose tongue and cedar bark gathering, halibut and salmon fishing, and other subsistence uses.

8. I was also near Bostwick with Greenpeace a couple of years ago when there was a fish die off in Bostwick Creek. Because of high stream temperatures, there was low oxygen in the stream and many of the fish died. Logging would increase this effect.

9. I intend to continue to go back to Bostwick Inlet and the areas near the inlet for hiking, deer hunting, and beach combing.

10. I have also spent time in Seal Cove, southeast of Bostwick Inlet. At one point, in the early seventies, I worked in Seal Cove doing mining exploration. Now, I do some beach combing and salvage in Seal Cove, although I do not spend much time in the uplands there.

11. I am very concerned about logging and roads on Gravina and I have commented on the state's area plans and all of the logging proposals for Gravina Island. Punching a road into the island would change it radically and encroach on habitat. Even if the Forest Service tries to close roads after the logging, it will give people easier access to the interior of the island and destroy the solitude and the undeveloped nature of the island that is so important to me and others like myself who have used the area for subsistence.

12. My family has a logging background; my brother was a career-logger before he developed dementia, and I have been dependant on income from logging. I have a sawmill and sometimes gather salvage timber, but I have also written comments opposing the Forest Service's logging plans in many cases. I am not opposed to all logging, but I am opposed to logging and roads on Gravina and in other areas like Gravina where easier access and development would spoil the area.

13. Almost every other large island in southeast Alaska has been roaded and clear cut quite extensively. As I have said in comments many times, I think that, if nothing else, Gravina should be left as a scientific control to observe the natural, unaltered island landscape.

**Exhibit 71, page 3 of 4**

14. Logging and roads will affect the whole island. The interior of the island, like the area near the California Ridge where I came across the flagging for planned timber sales, will no longer be a refuge for wildlife if there is logging. When this refuge is gone, it will affect wildlife populations on the entire island. Because I do a lot of deer hunting on the island, I am concerned that logging and roads will affect my hunting opportunities, and subsistence uses for all subsistence users.

15. I also enjoy the solitude of the island, and that solitude will be compromised if there is logging.

16. There are many beautiful viewsheds on the island, including near where the timber sales are planned. These viewsheds will be compromised with logging and roads. I don't know how to put a dollar value on these beautiful views, and maybe there is no way to do that, but the powers that be seem to forget about that and just go for the dollar signs.

17. I have also used roadless areas elsewhere, especially in the Cleveland Peninsula. I use areas of the Cleveland Peninsula for recreation, for hunting (subsistence personal use), subsistence fishing, and for salvage timber on some of the beaches, and I intend to continue to use those areas as well.

I declare under penalty of perjury that the foregoing is true and correct.

2-24-06                                                     *Michael Sallee* (signature)
Date                                                         Mike Sallee

Exhibit 71, page 4 of 4