IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. J03-029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF EVENING STAR GRUTTER**

I, Evening Star Grutter, declare as follows:

1. I am a member of SEACC.

2. I was born and raised in Meyers Chuck, although I now live at 105 Toivo Circle, Sitka, AK 99835.

3. I also own lot #15 in Meyers Chuck, and I come back two or three times a year for recreation and visiting family. Sometimes I hunt or fish or dig clams, but mostly I come to Meyers Chuck for recreation and visiting. I plan to continue to visit Meyers Chuck two or three times a year for the foreseeable future.

4. I have submitted letters and comments on the Emerald Bay timber sale plans and I am familiar with the plans.

5. There is a wolf trapping site within Emerald Bay that has historically been used by people from Meyers Chuck. It has probably been used for trapping wolves for about forty years. I have trapped in Vixen Inlet nearby, and probably within a mile of the timber sale area. Logging would scare wolves away and take away wolf habitat.

6. Whenever I return to Meyers Chuck, I get out in a skiff and go to different parts of the Cleveland Peninsula. Emerald Bay is one area that I would particularly like to go back to soon. I believe the rocks on the beach are the reason it is called Emerald Bay, and it is a beautiful area.

7. Logging in the Emerald Bay area would have a lot of impacts on the area, as would the roads they are planning to build to facilitate logging. It would increase transient traffic in Meyers Chuck, and it would increase the use of resources in the Ernest Sound area by people in the logging camp. This would not only have an impact on my hunting, fishing, trapping, and beachcombing, it would have an impact on those uses for everyone currently living in as well as vacationing in Meyers Chuck.

8. It bothers me that we use taxpayer dollars to build logging roads for unnecessary timber sales only to shut down the roads later. I think there are much better uses for taxpayer money.

9. Logging would increase noise pollution in the area. Meyers Chuck is quiet and secluded, but the helicopters and planes associated with the logging would destroy the quiet. When a mine was started near Little Vixen Harbor, not far from the timber sale, the noise from helicopters and planes increased, and logging would make the problem worse. When I go back to Meyers Chuck, one of the things I look forward to is the quiet.

10. I am also concerned about the Log Transfer Facility. It is planned right next to an eagle nest and it may impact all the wildlife in the area. Also, debris in the water from bark, sawdust, and woodchips will smother out the wildlife and the habitat. There is also a Red Tailed Hawk in the timber sale area that I am concerned about.

11. The logging camp will also make Emerald Bay less inviting for recreation. It's not much fun to go clam digging with logging and a log camp near the shore.

I declare under penalty of perjury that the foregoing is true and correct.

Signed _Evening Star Grutter_ Dated: March 6, 2006
Evening Star Grutter