IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | Case No. J03-029 CV (JKS) |

**DECLARATION OF JACQUELYNE HUNLEY**

I, Jacquelyne Hunley, declare as follows:

1. I am a member of SEACC.

2. I have been a resident of Meyers Chuck since 1973. In the mid-60's, my husband's mother happened upon an offer to buy some property in Meyers Chuck and she bought it. A few years later, my husband and I moved onto the property and have lived there ever

since. We have also purchased adjoining property. Our daughter owns property at Meyers Chuck as well. Our two children were born at Meyers Chuck, one in 1974, another in 1978.

3. I have been urging the Forest Service to keep the Cleveland Peninsula intact for almost as long. I have given public testimony about Emerald Bay and the Cleveland Peninsula. I have written comments on the various timber sale plans, written letters to the Forest Service, and written letters to the editor. I signed on to the administrative appeal of the current Emerald Bay timber sale plan, and I was also part of a previous appeal of the proposed Emerald Bay timber sale, filed in 2001.

4. For me, Emerald Bay encompasses a lot more than just Emerald Bay itself, because any logging in Emerald Bay is likely to affect the entire area, and I am afraid that if the Emerald Bay timber sale goes through, it will lead to logging in other parts of the Cleveland Peninsula as well.

5. I have been in Emerald Bay, or on the beaches of Emerald Bay, many times over the decades I have spent living on the Cleveland Peninsula, and I try to go there at least a couple of times a year. We have a boat we sometimes anchor in Emerald Bay on the way to or from different places, such as Wrangell or on the way to and from the fishing grounds. I go to Emerald Bay for fun, and I intend to continue to go to Emerald Bay for many reasons. Over the years I have listened over the VHF radio to large vessels anchored there waiting out heavy weather.

6. Emerald Bay is beautiful, and there are incredible rocks on the beach at Emerald Bay. I collected a lot of white, quartz-type rocks for a wall I made of rocks. I have also found amethyst-colored rocks in slate on the beach. The variety of rocks on the beach there is

amazing. A friend of mine found garnet. I've been part an artist's co-op in Meyers Chuck, so I talk to a lot of travelers. One person I talked to was a geologist who had spent some time on the beach at Emerald Bay and found a variety of different types of rocks on the beach. He expressed dismay at the thought of having this beach laid to waste. Many travelers express the same dismay when they learn of plans to log anywhere on the Cleveland Peninsula.

7. I also weave hats and baskets from cedar bark. I collect the cedar bark from all around the Cleveland Peninsula, including around Emerald Bay. I hike up into the forest to collect bark—as a rule, I try to collect cedar bark at least 300 feet from any trail, even if it's just an animal trail, so I hike around quite a bit when I'm looking for cedar bark.

8. Sometimes, I just hike around in the forests near Emerald Bay because it is so beautiful.

9. When I am at Emerald Bay during mushroom season, I look for mushrooms.

10. The Cleveland Peninsula is unique and rich in biodiversity. Emerald Bay is at a "pinch point," a narrow corridor, a "swinging door" for animals to come and go between the mainland and the peninsula. At our home in Meyers Chuck, in April, 1997, my husband, daughter and myself saw a very large cougar on our property. It stopped to look at us and we gazed upon its beauty and realized the rarity of this sighting. We were able to get a photo showing the silhouette of the cat. Mainland wolves wander onto the Peninsula from British Columbia, the fluffy type, not the scraggy island wolves found elsewhere on the islands of Southeast Alaska. Brown bears, black bears, wolverine, marten, mink, all reside in this place, as well as numerous other animals, mushrooms, eagles, ravens, the list goes on and on.

11. Emerald Bay may be a sea cucumber nursery. Nursery beds are important to maintain and protect from harm that would come from locating a log transfer facility (LTF) directly on top of them. An LTF would effectively "kill" the sea cucumbers. Our fisheries need to be nurtured by wise decision-making, including foresters, in this case. If, as thought, this is a nursery for the sea cucumbers it should be spared. A log transfer facility should not be located at Emerald Bay.

12. Logging would trash the beach at Emerald Bay so that it would no longer be as much fun to collect rocks on the beach, or be as beautiful to look at. The harm to this area would be immeasurable. There are not words to express the scope of the loss of such a pristine area. An area so protected and primely located to become more and more utilized by recreational visitors and eco tourism. A new economy beckons. It makes not one bit of sense to me to waste tax dollars to lay to waste Emerald Bay when it is worth so much more to leave it standing into the future.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: *Jacquelyne Hunley*   Dated: March 7, 2006
Jacquelyne Hunley