IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J03-029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BOB HUNLEY**

I, Robert Hunley, declare as follows:

1. I am a member of SEACC.

2. I moved to Myers Chuck in 1973 and have lived here ever since. One of the main reasons I moved here from Washington was because I was tired of going into the woods and seeing them gone.

1                                                                 **Exhibit 74, page 1 of 3**

3.  I have been, in essence, fighting the Forest Service over the same issue repeatedly over the decades that I have lived in Meyers Chuck. I have been to many Forest Service public meetings about proposed logging on the Cleveland Peninsula, including emphasizing my position on the Emerald Bay timber sale and have worked with many Forest Service supervisors throughout the process. I am very familiar with the timber sale plans and have been to the area of the timber sale many times.

4.  I have used Emerald Bay, and other areas of the Cleveland Peninsula, for recreation and for subsistence uses. I consider the entire Cleveland Peninsula important. It is all my backyard, and I intend to continue to use the Cleveland Peninsula, including Emerald Bay, for recreation and subsistence uses.

5.  Emerald Bay is only about fifteen miles from where I live in Myers Chuck, and I use the Ernest Sound area and Emerald Bay frequently. Ernest Sound is the most protected water around this area, so I fish there a lot. I hunt (mostly for deer), and fish for salmon, halibut and other bottom fish as well as shrimp and crab near Emerald Bay.

6.  I also do a lot of beachcombing and some hiking around the area. The only real mode of transportation here is by boat, so I take a lot of trips by boat or skiff.

7.  Just looking at Emerald Bay is being there. I am frequently somewhere that I can see Emerald Bay. I don't get out on the beach there as often, but I do some beachcombing at Emerald Bay.

8.  The most serious impact if the Emerald Bay timber sale goes through will be the degradation of the beauty of the area. I enjoy just looking at Emerald Bay, and logging it would be devastating to the view. In my opinion, Cleveland Peninsula, Emerald Bay, is more valuable being unaltered, for its visual beauty, for tourism purposes if nothing else,

than to spend millions of federal taxpayers dollars devastating the area. There are so few pristine old growth habitats left that it would just be a shame to start logging in an area that's relatively untouched.

9. Logging would also adversely affect the availability of fish and wildlife.

10. I've invested most of my adult life into building a home in the wilderness, and I don't want to see that wilderness degraded. I have steadfastly maintained that Emerald Bay-Cleaveland Peninsula is no place for the cancerous nature of logging. Emerald Bay is a prime example of my position. The public was softened up to the notion of logging Emerald Bay under the guise of a small scale helicopter operation. Then the Forest Service decided logging roads would be in their best interest. I read an internal Forest Service memo that stated, something to the affect, that Emerald Bay would be an opportunity to get their foot in the door for much larger logging operations on Cleveland Peninsula, no surprise to me. I have not talked to anyone in Meyers Chuck who wants a clearcut in their backyard.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: *Robert Hunley*     Dated: 03-06-06

Robert Hunley