IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J03-029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF IRENE ALEXAKOS**

I, Irene Alexakos, declare as follows:

1. I have been an active member of the Sierra Club for 25 years. I am also a member of the Center for Biological Diversity, the Wilderness Society, and the Natural Resources Defense Council.

1

2. For the past twenty-one years I have lived in Southeast Alaska. My home is in Haines, Alaska. My address is P.O. Box 727, Haines, AK 99827.

3. In 1997, I spent a month kayaking around Kuiu Island. Threemile Arm was not my favorite part of the trip, because it is ringed by a road and some old clearcuts. I prefer pristine places. Nevertheless, I spent four to five days there. As I always do on kayak/canoe trips, I frequently got out of my boat and hiked up into the old growth. Among other places, I explored Hiller Cove, near the site of the proposed Threemile Timber Sale.

4. I plan to take a trip around Kuiu Island and return to Threemile Arm and Hiller Cove this summer. My trip will be three weeks long. I expect to go back every few years for as long as I am able.

5. I am very disheartened that there is a timber sale proposed for the area northeast of Hiller Cove. It would make the trip I have planned this year much less enjoyable. Imagining new clearcuts in this place saddens me, because they will damage the watershed and the ecosystem. They are unattractive to look at or spend time in. I enjoy seeing wildlife. I know that cutting more old growth will destroy habitat. I fear for the future of the watersheds, the salmon streams, and ecosystem.

6. The proposed new roads are quite disheartening. There are already plenty of roads in the Tongass. We should be preserving the few roadless areas we have left, certainly not building any new roads or logging in roadless areas.

7. I have seen log transfer facilities (LTFs) like the one planned for the north side of Threemile Arm. Building an LTF there would destroy the area for wildlife and for people who visit the area by kayak or canoe. LTFs take up a lot of space and are difficult

to paddle around. It is hard to avoid the logs and other debris that float in your way. Often the water is polluted with an oil sheen left by the log processing machinery. An LTF is a conspicuous industrial site on an otherwise forested shoreline. This would damage Threemile Arm and make it far less pleasant to spend time there.

8. I went to Upper Carroll in my skiff when I lived on Gravina. I went up all of George Inlet and Carroll Inlet on two separate trips. I hiked in the area where the Upper Carroll timber sale is planned.

9. I went paddling and hiking in Emerald Bay as part of a three week trip near that area. It was a paddle trip from the Bradfield Canal area down through Ernest Sound to Ketchikan.

10. I hope to go back to Emerald Bay next summer, but if I can't make it back next summer, I will definitely go back soon.

11. I also took a paddling trip around the Lindenberg Peninsula. On that trip, I paddled from Petersburg through Wrangell Narrows and up and down Duncan Canal to Wrangell. As with all of my kayak trips, I got out and hiked up various streams, sloughs, and creeks daily. I plan to go back to the Lindenberg Peninsula again.

12. All of the roadless areas of the Tongass are important to me. Over the last twenty years these are the areas that draw me. To hike and paddle, to watch wildlife and admire the landscape. I have spent time in many of them and plan to continue to do so.

13. I lived on Gravina Island in 1995 . While I lived there, I paddled all around the island. I also had a small motorboat at the time and explored many of the coves and bays around the island, including Seal Cove and Phocena Bay. Although I no longer live on Gravina, I continue to visit every few years to paddle the waters and walk the land.

14. Like the proposed timber sale on Threemile Arm, the proposed timber sale on Gravina Island upsets me for many reasons: It would destroy habitat and further reduce subsistence options. Trees play a major role in offsetting global warming as well. Given that most of the forests on earth have been destroyed, it is of vital importance to protect those that remain.

15. Some of the areas where logging is proposed are near the coves and bays, like Seal Cove and Phocena Bay, where I enjoy kayaking and canoeing. My trips would be far less enjoyable if the timber sale goes forward, because it will take a huge aesthetic toll on the area. I enjoy paddling partly because of the beauty of areas like Gravina Island, but clearcuts and roads take away from that beauty and would therefore make my future trips around Gravina Island less pleasurable.

16. Seeing clearcuts, roads, and LTFs also frustrates me as a taxpayer, because the use of our monies for these purposes is so wasteful and destructive. The federal deficit is a very serious problem. To spend even more money on the Tongass timber program only exacerbates the it. It is unwise and short-sighted.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 3/5/06                            _Irene Alexakos_
                                         Irene Alexakos