Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. J04-0029 CV (JKS) |

DECLARATION OF CORNELL BEAN

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

**Exhibit 76, page 1 of 4**

I, Cornell Bean, hereby declare as follows:

1. I am a member of the Organized Village of Kake.

2. My mailing address is P.O. Box 150, Kake, AK 99830. I lived in Seattle for about three years, but otherwise I've lived in Kake for my whole life.

3. I'm a fisherman. I used to be a logger too. But when the timber's gone, the timber's gone. It takes a long time to grow back. I'm not against logging, but they have overlogged here and it's destroying our fishing industry.

4. I fish all the way around Kuiu Island, around the cape, down through Rocky Pass, sometimes around Baranof and Admiralty too. I fish the whole area; much of the logging planned on Kuiu Island is near places where I fish.

5. The prime trees are near the creeks, and those are the trees they're going for. That will really affect our salmon.

6. Our salmon is already going downhill. We don't have the water we need in the creeks to sustain the salmon. There used to be salmon in the creeks all over near Kake. When I was little, when we got a good rain, we'd get high water and it would take a long time for the water to go down. Now it just takes a couple of days for the creeks to go dry again. Logging is the reason for that.

7. The wildlife populations have gone way down since the logging started and I don't want the populations to keep going down. There used to be so much herring you could almost walk across to Admiralty Island on the backs of the herring. Now it's gone and it won't ever come back like it used to be.

8. We have a problem with water supply in Kake logging is part of the problem. Last summer our water supply was just about dry, and it's because they log along

the watersheds. They log near the streams and the trees and the sediment damage the streams. The same thing is happening down at Rowan Bay as well. The plans for the timber sales show the logging targets the watersheds, because that's where the prime trees are.

9. I am probably over in Security Bay about a dozen times a year. I fish subsistence there and I do a lot of bird hunting. I fish from the boat, and I also get out on the land to fish, and I go all the way in through the treeline. There used to be deer out there, but there aren't anymore. I will keep returning to Security Bay until it becomes blank from too much logging.

10. I especially hope they will stay out of Security Bay. Last year, there was hardly any salmon return in Security Bay.

11. I also go to Saginaw Bay, probably not quite as often as Security Bay, but pretty frequently for fishing and hunting.

12. I fish and hunt in Rowan Bay several times a year.

13. I fish in Threemile Arm about a dozen times a year. A few times a year I go even further south and further out.

14. I intend to continue fishing and hunting in all of these areas as long as there are still fish.

15. I do some chartering for transportation sometimes. I take recreational users, sightseers, photographers, whalewatchers, and others to different places around here sometimes. A lot of my customers notice the logging and it affects their trip.

16. I use all of the area around Kuiu Island and Threemile Island, and I am not happy with the logging that has happened so far, and I don't want to see more of it. It affects the fishing and the wildlife that is important for subsistence.

I declare under penalty of perjury that the foregoing is true and correct.

3-2-06
Date

Cornell Bean SR.