Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>      Defendants. | Case No. J04-0029 CV (JKS) |

DECLARATION OF HENRY SMITH

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

**Exhibit 77, page 1 of 4**

I, Henry Smith, hereby declare as follows:

1. I am a member of the Organized Village of Kake.

2. My mailing address is P.O. Box 243, Kake, AK 99830. I have lived in Kake for almost my entire life, except for three years when I lived in Wrangell and four years in the Service.

3. I am a retired logger and fisherman (mostly a deckhand). I still fish about once a month or so, usually with my son. I intend to continue fishing with him for as long as I can.

4. The people of Kake depend on dog salmon from Security Bay more or less on a yearly basis for subsistence. I am 68 years old and last year was the first time in my life that I heard that there was no dog salmon in Security Bay. We have fished for dog salmon there for all of our lives, and we take only what we need. It was quite a shock to us old timers to hear there was no salmon. I am anxious to see what happens this year.

5. The people of Kake go up to two lakes near Security for salmon. A lot of guys get their cohos from the first lake, and dog salmon from the second lake. They have logged all around those areas. I probably go up to get dog salmon every other year, and I worry that the logging is affecting the dog salmon.

6. They always talk about a buffer zone towards the streams with logging. As an ex-logger, I know that not all logging companies pay as much attention to the buffer zone near the streams. I think it's important that they pay attention to the buffer zones along the different streams. The people of Kake depend on fish, and the

streams and fish are impacted by logging, especially if the logging companies don't pay attention to the buffer zones.

7. Some people get dog salmon from Rowan Bay. A lot of people get dog salmon and cohos from Port Camden and Pillar Bay, and these are important food sources for Kake.

8. We depend on seaweed from places like Rowan Bay. Our native foods are important to stay healthy. So many of depend on living off the land and logging could harm our food supplies.

9. I have heard of people getting fish from Saginaw Bay—it's one of the places they watch for spring kings.

10. If all of these logging roads go in, I'm afraid there will be more development there. I'd hate to see anything developed there. I've never worried about anybody being around us and all of the sudden the kayakers are showing up past Washington Bay, and that's a long ways down there. Our livelihood depends on our seclusion. We already have a lot of restrictions on our native foods, and if more people come in, we will end up with more restrictions. We do a lot of subsistence style living in Kake—we depend on seal meat, deer, gumboats, salmon, seaweed and other food.

11. When I fish with my son, we usually go through Rocky Pass. We go even further south for seaweed. My youngest son usually trolls while we pick seaweed.

12. Rowan Bay is loaded with sea otter, gumboats, and clams. I don't want to see logging have the same impact on the food supply in Rowan Bay that it has had in other areas near Kake where they have logged.

13. I see a little more development around in different areas near Kake when I am out fishing. I worry about the additional pollution to the watersheds.

14. During the season (part of June and part of July), my son and I go up around Saginaw and Security Bay to get sockeye.

15. More people are starting to into the areas where the people of Kake used to hunt and fish. Our native way of life is slowly being taken over, and logging and roads will make this happen faster. We really depend on the watersheds and the fish for subsistence, and logging may impact that supply.

I declare under penalty of perjury that the foregoing is true and correct.

03-02-06
Date

_Henry Smith_
Henry Smith