Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J04-0029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF KEN JACKSON, SR

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

**Exhibit 78, page 1 of 4**

I, Ken Jackson, Sr, hereby declare as follows:

1. I am a member of the Organized Village of Kake.

2. My mailing address is P.O. Box 571, Kake, AK 99830. I've lived in Kake for my whole life.

3. Our ancestors lived all around the Kuiu Island area, but we no longer feel the same connection to the land, because every time we go somewhere, there are logging camps and logging, and we feel like we don't belong. My grandfather used to tell stories about when they lived off the land, and they walked up the mountains near Threemile Arm, and he would talk about how sacred a lot of these places, including Security Bay and Saginaw Bay and other areas, were to them. We feel displaced now.

4. I do a lot of seal hunting. A couple of years ago I went out seal hunting and I saw people on the beach in the background. I go out to get seaweed and there are boats out on the beaches. It's hard to go out for subsistence with all the people and with everything logged out.

5. People learned a lot from the hunting and the subsistence. They learned discipline, respect for the land. I used to log and I wish I hadn't. I think we made a mistake and we logged too much. There has been too much logging here. I wish there was some way to log without ruining the land, but I've seen what it does. There needs to be tighter reign on the loggers.

6. There are a lot of bear hunters on four-wheelers on Kuiu now because of the logging roads. The logging roads have made it too accessible. People from Kake don't go over to hunt on Kuiu much anymore because of the four-wheelers.

People are hunting just for the skins. We don't hunt for trophies. Hunting is a sacred thing and we only take what we need.

7. The people of Kake get a lot of things from the ocean. It used to be a sacred place where you could go to hear the water and the waves, and hope that one day you would hear those drums coming off the water again one day. With all the logging, I just don't feel my ancestors anymore. It's just a feeling, and you don't feel it anymore, and you don't hear the drumbeat or the culture anymore. We're losing the legends with the trees. You can't carve a totem if you don't know the legends. Our stories are connected to places and they are logging some of those places.

8. There are a lot of stories about Saginaw Bay. Tsaagwaidi, my tribe came from that area and they used to hunt and fish and gather in that area.

9. I go to Saginaw Bay at least two to three times every year. Sometimes I just anchor up and look around—that's the place where I wish I could hear my ancestors, but instead you hear boats and logging. I also go there to gather octopus and halibut. I intend to keep going to Saginaw every year.

10. The late runs of dog salmon used to come through November in Saginaw Bay. It used to be important for people to dry it for the winter and to barter and trade. They used to pack things in seal oil and salted things to preserve for the winter.

11. Saginaw Bay is also a place for gathering medicinal herbs like red cedar. My grandfather took to Dean Creek, up near Saginaw. He said it was the only place to gather red cedar. The villages used to be all the way up in the flats near Saginaw and there are still some artifacts there.

12. They are also stories about Security Bay. I go to Security Bay about once every three or four years to get dog salmon and to hunt for deer and ducks.

13. We used to seine down in Rowan Bay. Every time we go to Pillar Bay to get sockeye, we stop in Rowan Bay, so I go to Rowan Bay once or twice a year. We always stop at a place where my grandparents used to have a place between Rowan Bay and Pillar Bay.

14. Rowan Bay used to be a real place of solitude, but the logging has destroyed that.

15. My grandfather used to fish and trap down at Threemile, and they often talked about hunting. They mostly got white king salmon there, and they hunted for ducks and geese all the way through rocky pass.

16. I don't want to see anymore logging. It doesn't help us at all and it hurts our subsistence. There aren't many pristine places left, and logging destroys what is there. I don't want to see logging or development in the lands where our ancestors used to walk. When I come in on the ferry and I see all that logging, all those white stumps up there look like gravestones to me.

I declare under penalty of perjury that the foregoing is true and correct.

_Mar 2, 2006_
Date

_Ken Jackson_
Ken Jackson, Sr.