Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. J04-0029 CV (JKS) |

### DECLARATION OF LLOYD DAVIS

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

**Exhibit 79, page 1 of 4**

I, Lloyd Davis, hereby declare as follows:

1. I am a tribal member of the Organized Village of Kake.

2. I live at 517 D Street in Kake, Alaska. My mailing address is P.O. Box 292, Kake, AK 99830. I was born in Petersburg but have lived here in Kake for most of my life.

3. My great-great grandfather was raised up in the head of Saginaw Bay. To this day I still go up there to fish for halibut and troll king salmon, and sometimes get a bit of Dungeness crab. I probably go over to Saginaw at least half a dozen times a year.

4. Although I do a lot of fishing closer to Kake, I make a point of going over to Saginaw because of the family history there. My dad and my grandfather have told me where to set my gear, and where to troll, and I will continue to use Saginaw Bay for fishing.

5. My dad and my grandfather used to trap a lot by Saginaw as well. They used to trap marten and mink. I've never trapped there, but I know they used to do quite a bit.

6. I also go up to the lake at Security Bay to get fall dog (chum) salmon in the fall. I go up there to duck hunt quite a bit too. I probably go to Security Bay about eight or ten times a year and will continue to do so.

7. A few of my buddies and I around here are trying to get some of the younger kids around here to go out fishing in these areas to keep up the culture and the subsistence uses.

8. The ducks hang out around the creeks near the bays. Logging, whether it's helicopter logging or conventional logging does damage and it affects the wildlife and hunting.

9. The sedimentation from roads also runs down in the lakes and rivers and affects the fishing.

10. Kadake Bay is a prime spot for steelhead fishing. Some of the logging on Kuiu Island is planned along the Kadake Creek Watershed. I used to build roads for logging back in the late eighties and early nineties, so I know a lot of sedimentation flows into the creeks, and this can affect the fish habitats and fishing.

11. When you take away trees near the creeks, it takes away some of the wind protection and you get just a few trees near the creeks for a buffer zone. In high winds, you get a lot of blow downs right into the creeks. I've seen this in some of the fish streams, and it changes the course of the creek and jams it up.

12. I spend a lot of time on the beach in Halleck Harbor in Saginaw Bay. I usually duck hunt, sometimes I'll poke around for clams and cockles if it's a low tide while I'm there.

13. I'll also look around for old Tlingit artifacts or things like that. There are a lot of artifacts in all of the bays around the island because a lot of clans used to have winter camps in those areas. I find artifacts like tools that were used for softening up meat, and little arrowheads floating around. I've collected fossils sometimes in Halleck Harbor. Mostly I find tools that were used in day-to-day life.

14. In addition to all of the hunting and fishing I do on Kuiu Island, I think it's really nice to just look across at Kuiu. There is so much logging near Kake that it's great to have the beautiful view of Kuiu across the water. Logging would destroy that view.

I declare under penalty of perjury that the foregoing is true and correct.

_3/2/06_   _____
Date          Lloyd Davis