Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. J04-0029 CV (JKS) |

DECLARATION OF MANUEL ACEVEDA

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

**Exhibit 80, page 1 of 4**

I, Manuel Aceveda, hereby declare as follows:

1. I am a member of the Organized Village of Kake.

2. My mailing address is P.O. Box 154, Kake, AK 99830. I moved to Kake with my dad over fifty years ago.

3. My dad worked in a cannery and met my mom here.

4. I fish every summer near Kake, and I use a lot of areas where the Forest Service has planned timber sales. With all of the logging, around here, it has become a lot harder to catch fish near Kake. I have also noticed that with the logging, a lot of the crab and the herring have disappeared from the area.

5. My grandparents lived in Kake for their entire lives, and they used a lot of areas near here for subsistence. They migrated all over from place to place to get certain kinds of food during different times of the year. They used Saginaw and Security Bays as well as Rowan Bay and the Threemile Arm area.

6. I have reviewed all of the Forest Service's logging plans for these areas and I have submitted comments on the plans and attended public hearings about the plans as well.

7. My grandparents and my father fished in Threemile for subsistence. They fished for salmon and we got our seaweed from there. They fished around Rocky Pass and No Name Bay. Every year they went down there in the spring to gather seaweed and berries. My grandmother used to collect cedar bark for various medicines and berries for winter foods. They fished for halibut and king salmon and dried it for the winter. They also used it in the fall for king salmon. They also hunted for deer, seal, and ducks and trapped in the winter.

8. Logging in the area will jeopardize our subsistence uses – salmon, gumboat, clams, deer, seaweed, and other things.

9. I was in Threemile Arm last year and stayed a couple of days. We tried trolling, but didn't catch anything. I am planning to go back to Threemile Arm in the spring or the fall for the winter salmon.

10. My grandfather used to pull his canoes over the pass from Port Camden through the Bay of Pillars to avoid rough water and to get to camps south of Kuiu. They used Rowan Bay for a lot of subsistence uses. There's a salmon creek near there that has silver, chum, and pink salmon, Dolly Varden, and steelhead were they used to fish. They also fished for halibut along the shores near Rowan Bay. There used to be a lot of herring near the area as well.

11. I used to go to Rowan Bay quite a bit to fish for halibut, and also to pick seaweed and gumboat. My son and I have shot seal there before. I will definitely go back to Rowan Bay to fish again.

12. The creek in Rowan Bay is one of our most important sources of salmon, and logging would jeopardize that.

13. When they log, it leaves trees vulnerable to the wind and they blow down in the creeks. The silt and sediment from logging and the trees that blow down impact the watersheds and make the streams dry up. This affects our subsistence uses and our water supplies. They have been logging around here for a long time, and it makes the streams get smaller and the fish never come back.

14. Because of these impacts, we have to go out to Security Bay and Camden to get our wild stock. They put in a hatchery in Kake, but nobody eats the fish from

there. It is too soft to dry it or smoke it, and you can't use it for anything, so we have to go further to get our fish.

15. I troll in Saginaw Bay quite a bit, and I used to fish in Security Bay during the summers. A lot of people from Kake use Security Bay for dog salmon and duck hunting. The same with Saginaw Bay. There are also a lot of clams in both bays, and a lot of rocks where you can get gumboats and seaweed, and berries.

16. I go to Saginaw Bay every year in the summer. I follow the fish, so sometimes I am out there for a full month at a time. I fish commercially with a hand crank in that area.

17. I use Saginaw Bay for all of the same subsistence uses as Rowan Bay and the Threemile Arm area and I intend to continue to use it for those purposes. There are also a lot of clam beds in Saginaw Bay.

18. They have already logged in some areas near Saginaw Bay. It seems like you get less fish when they start logging, and more logging will only make it worse.

19. Logging will have a serious impact on subsistence uses in Kake. In the past logging has diverted our streams and taken them down to a trickle. This impacts our fishing as well as our water sources.

I declare under penalty of perjury that the foregoing is true and correct.

_Mar 2, 2006_  
Date

_Manuel Aceveda_ (signature)  
Manuel Aceveda