Thomas S. Waldo
Eric P. Jorgensen
Michael C. LeVine
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES FOREST SERVICE, *et al.*, | ) |
| Defendants, and | ) |
| ALASKA FOREST ASSOCIATION, | ) Case No. J04-0029 CV (JKS) |
| Intervenor-Defendant. | ) |

**DECLARATION OF MICHAEL JACKSON**

I, Michael Jackson, hereby declare as follows:

1. My current address is Post Office Box 163, Kake, Alaska 99830.

**Exhibit 81, page 1 of 5**

2. I was born on February 20, 1951 in Kake, Alaska. I've lived in Kake all my life, except for the time I spent while in school during the 1970s. I have a B.S. in Forest Management from Oregon State University.

3. I am a member of the Organized Village of Kake.

4. The mouth of Rowan Bay is very important in our cultural and subsistence practices. For subsistence, in late winter we go with our families by boat to the mouth to hunt for seal and sea otter. In the spring, we return to pick the seaweed, clams and shellfish found along the beaches, rocks and sand piles. We also gather berries, and plants, like devil's club, for our traditional medicine.

5. The place we call Boil Fish Cove is very important to us. It's a cove just south of Point Sullivan and where the Forest Service wants to log in the Rowan Mountain sale. It is a traditional spot where we go with our grandfathers and fathers to transfer our oral history. That's the place where I first learned about the memorial ceremony process – where the deceased wander in the forest and where the bears are guardians of the forest.

6. We go to Boil Fish Cove on our way to Port Malmsberry, Tebenkof Bay and Bay of Pillars (which are old village and sacred sites); and to Hazy Island where we go to gather seagull eggs; and on our way to catch halibut. Boil Fish Cove is a safe harbor for us. We stop there to get out of the swell and strong outgoing tide, and to rest on our way to Tebenkof, Bay of Pillars or other areas. We stop there to prepare ourselves for our customary and traditional gathering. We think about what we were going to gather. We talk and tell stories to each other. Our ancestors would always stop there too. They would go up on the beach and collect berries and bark.

7. There is also an old fort at Point Sullivan. It is the Yeil, or Raven, fort. The Raven Moiety was in that area. The fort was used to signal people in Rowan Bay and Pillar

Bay. It was part of a relay system – the Tlingit telegraph. They could spot a war party on its way. The fort was secure because it was hard to land a canoe there. So people in the fort would have time to run into the woods if a war party came.

8. The Culturally Modified Trees that can be found in areas of the Rowan Mountain sale that the Forest Service wants to clearcut are an important reminder of our ancestors, and our spiritual and cultural practices. Those trees enabled our ancestors to survive in the past, and they are part of our existence today. From the roots to the bark to the tree itself, the trees were used for many things. They kept us warm and provided shelter; they were used to make portable smokehouses; and they were used for clothing, weaving and other utilitarian objects. The bark of the yellow cedar is especially important to us. Pounded yellow cedar bark is traditionally used as a part of a tobacco for ceremonial purposes. Our ancestors smoked the bark for spiritual and social reasons. It kept away the evil spirits, the Kushta'kaa, because the spirits could not chew it.

9. These trees are tied to our existence, and remind us of when our ancestors used to stop here. So we thank the trees for their connection to our past. Knowing that they are there ties us to our ancestors, and to their use of the land. If the trees are cut down, we will lose that reminder and that connection to our cultural and spiritual practices.

10. We used to go into Rowan Bay to hunt deer, gather cockles, catch Dungeness crab, and fish. We don't go into Rowan Bay anymore because of the logging activities, the logging camp, and the people that logging has brought to the area. We no longer hunt in Rowan Mountain because the slash and brush that has grown up in old logging sites is too thick to walk through. The continued logging of Kuiu Island has a huge cumulative effect on deer populations. More and more we have to go all the way over to Admiralty Island to hunt, because Kake resident deer hunters have been displaced on Kupreanof and Kuiu

Islands. Traveling a greater distance to hunt is very dangerous, as can be seen in the deaths of three Kake residents. Despite the problems that have come from the logging on Rowan Mountain, the area is still an important place for our subsistence activities. We gather berries and medicines on Rowan Mountain, and capture Spruce Grouse there. These subsistence activities are all the more important now that other opportunities for subsistence have been ruined. For example, the LTF in the bay has knocked out the Dungeness crab that we would gather for subsistence. The debris covering the bottom of the bay has ruined the crab – now all we find are crabs with rotting claws and that taste of rotten wood. We no longer troll the bay for fish because of the snags, deadheads, wire and debris that comes from the logging operations.

11. There is a spiritual site located near the logging camp dock in Rowan Bay. It is a sacred site and burial ground. We would go there before the logging started to pay our respects to a spiritual man who is buried there, and to make sure no one had disturbed the site. After the Forest Service allowed logging, we don't go to this site as frequently as in the past. The logging operations have disrupted this practice. I was able to go visit the area last summer, but, because of the logging, I had not been able to visit the site for nearly seven years before that. So far, the site has not been disturbed.

12. Logging the Rowan Mountain area will have a huge impact on our traditional lifestyle. Just like in Rowan Bay, the Rowan Mountain area will no longer have the same spiritual and cultural significance to us if the trees are logged. We will lose an important area for our subsistence practice if the Forest Service allows the timber sale to go through.

13. Saginaw Bay and Security Bay are also very important to us. Both bays are sacred. People have been cremated there and there are old village sites from our ancestors. Most

of the people in Kake come from Kuiu Island, and there are many prominent old villages there.

14. My father is from Saginaw Bay. I used to fish, hunt, and gather there with my father, and I still do. We gathered plants and red cedar bark and branches for medicinal purposes. We also got clams, crab, and citon (or gumboat), which is a black mollusk that attaches to rocks in the intertidal zone. We also fished for halibut and salmon up straight creek, and hunt for seals and deer.

15. Although my father passed away, I still use Saginaw Bay for these purposes. I go there at least once a season each year, and sometimes more often, because there are different things to gather there at different times of the year.

16. Often, when I go to Saginaw Bay, I also go to Security Bay. I hunt, fish, and gather in Security Bay. There are different things to gather in different seasons in Security Bay, just like in Saginaw Bay.

17. People from Kake fish for dog salmon in Fall Dog Creek, and there are springs up in Security Bay in the lakes where there are dog and coho salmon late in the season. We also hunt for deer, geese, and ducks in the area, and I used to hunt for bear with my father, but I don't hunt for bear much now that my father is gone.

18. The sedimentation from logging would really affect fisheries in both Saginaw Bay and Security Bay, and would have a substantial effect on subsistence hunting.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March __7__, 2006

_____
Michael Jackson