IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | Case No. J03-029 CV (JKS) |

**DECLARATION OF MARK GALLA**

I, Mark Galla, declare as follows:

1. I am a member of SEACC.

2. I live in Wrangell near the 2.5 mile marker on the highway.

3. I have been guiding big game hunting trips out of Wrangell since 1987 and do my brown and black bear hunting trips on the mainland in the spring and fall. Emerald Bay lies at

the south end of my brown and black bear area. Due to the sensitivity of brown bears and the fact that we (the federal and state government) do not really know how many bears are in this area, how can this sale be put to bid? The mainland, unlike the A-B-C islands (Admiralty-Baranof-Chichagof), has not been studied or evaluated to determine how many bears, black or brown, inhabit this area. Do we not have to know what impacts this kind of activity would have on a given species, especially brown bear? To do this they would need good data, i.e., population estimates. This area (Emerald Bay, Vixen Inlet) is a beautiful wilderness area and worth much more as it is, I think, as opposed to what logging it would yield. From what I understand this sale will lose the government $1.5 to several million. Why would we log this at a financial loss to the government when we could keep it as wilderness and continue to take visitors here to see and experience what they travel so far to experience? They create a positive income to the area rather than a negative one. If this area is logged it will definitely end my ability to utilize it for the years it is being logged and possibly for good, due to the road gaining access for other hunters and increased activity. When an operation like logging and construction moves into an area like this, there is going to be an increase in the harvest levels both by hunters gaining access, and the workers on these jobs harvesting animals. When this kind of activity moves into an undeveloped area, there are generally going to be some conflicts with bears, and this generally results in bears being shot as problem bears. Just the increase in harvest alone in this area, whether from legal hunting or from defense of life and property kills, will most assuredly cut the amount of brown bears I am allowed to take at this time with clients.  This will force me to harvest my quota in a smaller area due to the logging activity, and most likely will cause a reallocation of the amount of

hunters I am able to guide for bears. I make every effort to harvest animals, particularly brown bears, by spreading out the harvest among several drainages within my Guide Outfitter Area. This allows for sustainable populations to continue in each of these areas. By being forced to utilize a smaller area due to this timber sale, I will either harvest the same amount of bears in a smaller area, or be cut back on the amount of hunters I am able to guide. This will result in a drastic cut to my income and possibly so much that I would be forced to seek another way of life. Nearly all of my clients come from the lower 48 or abroad.

4. From the end of April through the end of May every year, I am out guiding trips in Emerald Bay. The trips are 7 to 10 days, and we hunt along the Emerald Bay drainage and Vixen Inlet and its watershed. We hunt from Emerald Bay thru Vixen Inlet along the shoreline up the different streams and inlets in the area, including the area where the timber sale is planned. This timber sale would affect both Emerald Bay and Vixen Inlet and virtually render it non-productive for my operations. It would destroy the aesthetics, damage the habitat, and damage the big game that lives here (i.e., brown bear, black bear, deer, wolf and waterfowl) by logging and building roads into it, not to mention several very prolific salmon streams. I very much enjoy taking hunters and tourists to places like this and letting them enjoy it as well. This timber sale makes no sense financially or biologically. These trips provide close to half of my annual income, and I intend to continue guiding trips in Emerald Bay and Vixen Inlet every year unless it is rendered useless due to logging and road systems. Also, I can see this road system at some point getting hooked up to other road systems as more sales pop up, not to mention I expect if

the intertie from Ketchikan moves forward that this would be connected to it and may even be part of the plan.

5. I am not anti-logging, in fact I was born in a logging family and raised in logging camps here in Southeast Alaska. I fully understand the need for logging, but I am opposed to logging in places that have no business being logged due to sensitive species or areas that are worth more as they are rather than log them at a tremendous loss. Emerald Bay is one of these. The area is worth a lot more from a wilderness standpoint than it is for logging. We who live in Southeast Alaska happen to live in the largest National Forest in the United States, there are millions of acres of timber that can be harvested with much less impact and that could actually turn a profit, many of which already have infrastructure or roads into them and do not have near the impact on wildlife or sensitive ecosystems, such as the many streams and wetlands that are involved with this timber sale. In addition to this timber sale there is also a significant amount of activity with a proposed mine directly above Vixen Inlet, all of this activity is basically within the same watershed. I have been dealing with considerable activity from the U.S. Forest Service, with personnel both on the ground and in helicopters, and the same with the mining operation. I have been involved in opposing timber sale plans in Emerald Bay in the past, and I was named on the most recent administrative appeal of the Emerald Bay timber sale plans.

6. If there is logging in Emerald Bay, it will effectively put an end to my ability to hunt there. Last year, someone from the Forest Service was conducting archeological activities in Emerald Bay, and just that amount of activity was enough to scare everything out. With logging, and a Log Transfer Facility, plus the mining, all in the same area, the

activity will keep the bears and other wildlife away and certainly hurt the populations due to better access and increased harvest.

7. There is no question that bears will be taken.  Any time you insert this type of activity, brown and black bears as well as other species of game and fish take a hit, whether that's problem bears, or bears harvested by the people involved in the activity (logging/construction). Since only a certain number of bears can be taken (I am allowed 7 per year, and in all of Unit 1B there can only be 8 brown bear harvested commercially) I have already been informed by Fish and Wildlife authorities that if there are even a nominal amount more than this taken, including by residents, that I will be either cut back or an emergency closure will be ordered for Unit 1B. In the fifteen plus years I have been doing this I have been very mindful of how I conduct my activities and manage the areas I hunt in much like a farmer would manage his crops, being careful not to over harvest or take too much from a given piece of land. Additional bears taken because of the logging activity and road access are likely to close the area to hunting.  I have seen this happen before in similar situations.

8. With brown bears in particular, there is really no wiggle room. Brown and black bear tend to pretty much live within the corridors of drainages. In all of Unit 1B there are about ten of these, all of which I hunt on any given trip. There are only a few places to hunt them, so for me, it's really Emerald Bay or nothing. There is no place to relocate for hunting brown bears. At this time any big game registered guides who have brown bear permits are bound to where they have historically hunted, they (we) can not relocate or ask for another area because there are no new permits being issued or allowed.

9. Logging would force me to harvest the same number of animals from a smaller area and not allow me to spread out the harvest, which I think is important.

10. The road system planned with the timber sale will give people easier access to hunting in Emerald Bay and could introduce a potential problem with over harvesting bears and other wildlife. It worries me that the Forest Service does not even know what the population of brown and black bears is in Emerald Bay and Vixen Inlet so they do not, and can not, know the impacts of easier access and increased activity.

11. When people come up to Alaska to hunt or just vacation on the trips that I guide, a huge part of the trip is to experience the wilderness and sightseeing. People book trips to Alaska with the idea of coming up here for a wilderness setting, not to see roads or logging activity. Again logging is not the enemy, poor judgment on where and how we log is. Logging in Emerald Bay I strongly feel is poor judgment and would seriously alter this area and negatively impact the scenic and biological makeup beyond repair.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: *Mark A Galla*     Dated: 3-7-2006

Mark Galla