Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com


Attorneys for
Alaska Forest Association,
Intervenor Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. J04-029 CV (JKS) <br><br> **ORDER ON PLAINTIFFS' MOTION TO STRIKE EXTRA-RECORD DECLARATION OF OWEN GRAHAM** |

Plaintiffs have asked the Court to strike the extra-record declaration of Owen Graham and the Opposition Brief of Intervenor-defendant Alaska Forest Association. Plaintiffs also seek an extension of time of 14 days after the Court rules on their Motion to Strike, to file their consolidated reply.

Because Mr. Graham's declaration falls within one of the exceptions carved out by the Ninth Circuit in administrative

review cases, and for the reasons cited in AFA's opposition to the underlying motion, the Plaintiffs' motion is **DENIED**.

Plaintiffs may have until _____, 2006 to file their consolidated reply.

DATED _____.

_____
James K. Singleton, Jr.
District Court Judge