MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Organized Village of Kake, et al. v. United States Forest Service, et al.*
Case No. 1:04-cv-00029-JKS

By:               THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:     Dan Maus, Case Management: 677-6123*

PROCEEDINGS:     ORDER FROM CHAMBERS

Intervenor Defendant Alaska Forest Association ("AFA") has requested that the Court modify the scheduling order. Docket No. 68. AFA's request is unopposed by the other parties. AFA's request at **Docket No. 68** is **GRANTED**.

**IT IS THEREFORE ORDERED:**

Both AFA's and the Federal Defendants' responses to the Plaintiffs' Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan, currently due on April 12, 2006, is now due on April 17, 2006.

Plaintiff's reply brief, currently due April 26, 2006, is now due May 1, 2006, unless Plaintiffs seek discovery on factual materials relevant to allegations in opposition briefs. If Plaintiffs seek discovery, the parties will submit a report to the Court proposing a schedule for discovery and reply brief.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: April 7, 2006

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F:\HOME\JUDGES\DOCS\SHARED\CV\D.AK 2004\J04-0029.005.wpd