Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. J04-029 CV (JKS) |

**PLAINTIFFS' NOTICE OF RELATED CASES**

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

Pursuant to Local Rule 40.2, Plaintiffs hereby provide notice of a related case recently filed: *Southeast Alaska Conservation Council v. United States Forest Service, et al.*, No. J006-0005 CV (D. Alaska) (filed March 23, 2006).

The complaint in *Southeast Alaska Conservation Council* overlaps substantially with the complaint in this case. The parties are similar, but not identical. Southeast Alaska Conservation Council, Natural Resources Defense Council, Sierra Club, the Wilderness Society, and Center for Biological Diversity are parties to both cases. In addition, Sitka Conservation Society and Tongass Conservation Society are plaintiffs in the new case. Organized Village of Kake is not a party to the new case. Further, the two cases include identical claims challenging the 1997 Tongass Land Management Plan and substantially overlapping claims challenging site-specific timber sales implementing that plan.

Assignment of the new case to the same judge is likely to promote judicial economy. *Southeast Alaska Conservation Council* overlaps significantly with this case, and resolution of the issues by two separate judges would result in substantial duplication of time and effort.

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)                                            1

Dated this 10th day of April 2006.

>Respectfully submitted,
>
>  /s/ Thomas S. Waldo
>
>Thomas S. Waldo (ABA# 9007047)
>Eric P. Jorgensen (ABA# 8904010)
>EARTHJUSTICE
>325 Fourth Street
>Juneau, AK 99801
>Ph: 907-586-2751
>Fax: 907-463-5891
>Email: twaldo@earthjustice.org
>
>Nathaniel S.W. Lawrence
>NATURAL RESOURCES DEFENSE COUNCIL
>3723 Holiday Drive, SE
>Olympia, WA 98501
>Ph: 360-534-9900
>Fax: 360-534-9909
>Email: nlawrence@nrdc.org
>
>*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Thomas S. Waldo, certify that on April 10, 2006, a true and correct copy of PLAINTIFFS' NOTICE OF RELATED CASES was served electronically to Bruce Landon, Steve Silver, and Amy Gurton Mead.  A courtesy copy was served by email to Tim Obst, USDA Office of General Council.

 /s/ Thomas S. Waldo

Thomas S. Waldo

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)                                2