BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest, <br><br> Defendant. | Case No. J04-0029-CV (JKS) |

STIPULATION OF FEDERAL DEFENDANTS

The Forest Service stipulates that it will not, until the earliest of January 1, 2008 or the

STIPULATION OF FED. DEFS.                   1                                   Exhibit 1

date the Forest Service publishes a record of decision for the environmental impact statement prepared for the Tongass Land Management Plan in response to the decision in Natural Resources Defense Council v. United States Forest Service, 421 F.3d 797 (9th Cir. 2005) offer any contracts for timber sales or associated road construction pursuant to the following timber sale projects:

1. Sea Level (except for the Buckdance/Madder sale and associated road contracts),

2. Cholmondeley,

3. Finger Mountain,

4. Canal Hoya,

5. Crane and Rowan,

6. Madan,

7. Threemile

8. That portion of the Woodpecker Timber Sale Project that is the subject of the 2003 Record of Decision,

9. That portion of the Chasina Timber Sale Project not within the modified Fusion timber sale contract described in the Consent Decree filed July 26, 2004, in this action.

    RESPECTFULLY SUBMITTED this 17th day of April, 2006 at Anchorage, Alaska.

                      S/ Bruce M. Landon
                      BRUCE M. LANDON

Attorneys for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, 2006, a copy of the foregoing was served electronically, to the following counsel of record:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Kevin Saxby
Steve Silver
Amy Gurton Mead

  S/ Bruce M. Landon
Bruce M. Landon