IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest,<br><br>        Defendant. | Case No. J04-0029-CV (JKS) |

DECLARATION OF JANE LYNN SMITH

Jane Lynn Smith, declares and states pursuant to 28 U.S.C. 1746:

1. I am an archaeologist on the Tongass National Forest. I have held this position since April 1992. My responsibilities include managing cultural resources on Forest System lands in compliance with Section 106 of the National Historic Preservation Act of 1966. I make the statements in this declaration based upon personal knowledge and Forest Service Records.

2. I have a Bachelor of Science degree in Socio-Anthropology and manage the Heritage Program for the Petersburg and Wrangell Ranger Districts.

3. As part of its analysis of potential site-specific timber sale projects, the Forest Service surveys portions of the project area to identify historic properties. The survey investigates any area expected to be affected by the project that has a likelihood of containing historic properties. I

EXHIBIT 3
Page 1 of 3

was in charge of the archeological investigation and analysis for the Three-Mile and Kuiu timber sale projects.

4. The Forest Service standard mitigation measure for historic resources is to avoid them. No historic properties were discovered in areas that have the potential to be affected by activities associated with the following timber sale projects, all on Kuiu Island: Threemile, East Kuiu, Crane Rowan, Kuiu, APC North and East Kuiu.

5. Village and camp sites are located along the shoreline in virtually all bays on Kuiu Island. Similarly, village and camp sites are located along the shoreline in virtually all bays on the other large islands in the Tongass National Forest.

6. The 1997, Tongass Land Management Plan creates a 1000' buffer along the shoreline of all islands in the Tongass. The village and camp sites are thus not generally impacted by timber harvest and road building activities. Again, avoidance is our standard mitigation.

7. The harvest units for the Three-mile, Crane-Rowan and Kuiu projects are located well inland, away from the village and camp sites.

8. Culturally modified trees (CMTs) are any trees that have been intentionally altered, usually to obtain bark or wood products. There are numerous types of CMTs. They can be associated with either Native or non-Native use and may be decades to centuries old. Some CMT types are likely associated with short-term use like kindling gathering for campfires. This type of CMT generally reflects spontaneous use, for example, while following a trap line or out on a hunting or fishing trip. Other CMTs, like cedar trees stripped for their bark, are generally related to Native procurement activities. A stand of cedar trees, for instance, might be targeted for bark collection.

EXHIBIT 3
Page 2 of 3

9. There are no known CMTs, in the area of potential effect of the Kuiu timber sale project.

10. Twelve CMTs were discovered in the project area of the Three-mile timber sale project. All twelve are located in the coastal buffer zone and thus protected from project impact. The Alaska State Historic Preservation Officer (SHPO) concurred with the Forest Service recommendation that these CMTs will not be affected by the proposed activities

11. Approximately 276 CMTs were identified in Timber Harvest Units (THU) 402-28, 402-29, and 402-49 of the Crane and Rowan Mountain timber sale project. However, after initial survey, THU 28 was reduced in size from 21 acres to 8 acres, so the number of CMTs found in that unit is actually much smaller. The units were sold as part of the Rowan Mountain Sale in 1999 but were turned back to the Forest Service in 2005 pursuant to a mutual cancellation of the sale contract. The SHPO concurred in the Forest Service recommendation that these low density CMTs are not eligible for inclusion in the national register of historic places.

12. CMTs are not limited to Kuiu Island, but are common throughout the Tongass.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/7/06

*Jane L. Smith*

Jane L. Smith