If any of the other sites were identified by AEA to become part of the intertie utility system, the TUS LUD could be applied, if needed, through a Forest Plan amendment.

**Comment:** One individual requested that the following areas be designated for minerals development: Berners Bay, Chuck River, Port Houghton/Sandborn Canal, Point Adolphus/Mud Bay, West Duncan Canal, South Kuiu, Calder/Holbrook, Karta River, Kegan Lake and Nutkwa.

**Response:** The areas that were assigned the Minerals LUD were selected from a list of 52 "mineral activity tracts" identified by the U.S. Bureau of Mines as having known mineral reserves and development potential. Areas with such tracts listed in this comment are Berners Bay, Chuck River, West Duncan Canal and Calder/Holbrook. Of these, only Berners Bay has the Minerals LUD applied. Chuck River is within Wilderness, and Calder/Holbrook within Legislated LUD II, for which the Minerals LUD would not be appropriate (the portion of Berners Bay inside the Legislated LUD II area was not assigned the Minerals LUD). None of the other areas listed were included in the 52 activity tracts. This would not preclude assigning the Minerals LUD in the future (as needed, through a Forest Plan amendment) should a development occur (except for the two Legislated LUD II areas or in any Wilderness area).

**Comment:** No log transfer facilities at: Port Camden, Port Houghton, Dry Bay, Browns Cove, Cape Fanshaw, Five Mile Creek, Castle River or Totem Bay. (NCC)

**Response:** Whether or not to construct an LTF, and its exact location, are decisions made at the site-specific project level, after additional environmental analysis including public involvement is completed.

**Comment:** We support a Semi-remote Recreation designation for these areas rather than the proposed Remote Recreation LUD, based on the evaluation of undiscovered mineral resources: Barbazon Range Addition, Juneau Icefield Addition, Kate's Needle Addition, and the Hessa Lake area. (USGS)

**Response:** The Kate's Needle Addition, and the Hessa Lake area, are assigned Semi-remote Recreation, but the Barbazon Range and Juneau Icefield Additions remain in Remote Recreation. The latter are primarily ice fields for which Remote rather than Semi-remote types of recreation occur.

**Comment:** There were also several general comments about the "smaller islands," requesting no logging. Commenters wanted an emphasis on scenic and recreation values, and on preserving these islands as complete ecosystems. "We can do without the small amount of timber these would produce."

**Response:** We do not know precisely what "smaller islands" refers to, but will try to give a general response. On the whole, where recreation uses and/or scenic values were known to be associated with small islands, these were considered in making the LUD allocations. On the other hand, where small islands with suitable timber were adjacent to larger areas being managed for timber harvest, they may have been included in the LUD allocation for the larger area. However, islands under 1,000 acres are not included in the suitable timber base of the revised Forest Plan.

EXHIBIT 4
Page 14 of 78

# Individual Area Comments

These are listed by area name as much as possible. Current Plan Management Area (MA) and/or Value Comparison Unit (VCU) numbers are also used. Specific areas are grouped by main geographic area (see Table of Contents).

The response to the individual area comments will normally be in two parts for each of the main geographic areas. The first part will follow the general summary (usually the first paragraph), and will give the rationale for the land use designation (LUD) selections for the area as a whole. The second part will be an individual response following each of the specific areas (if any) with more detailed comments as needed.

## Admiralty Island (except Mansfield Peninsula)

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in each of Herring Bay, Gambier Bay, and Pybus Bay: Small cruiseship shorewalk (25).

**Response:** These sites are located in a Wilderness LUD. The stated activity is generally allowable. Group size restrictions apply.

## Baranof Island, including both sides of Peril Strait

**General Summary:** Most commenters cited different combinations of scenic, recreation, subsistence and wildlife values and uses in identifying areas of Baranof Island for protection or non-timber allocations. These areas included Kelp Bay and Catherine Islands (high subsistence values), Peril Straits and the ferry route to Sitka (hunting, winter range, scenic quality), and Kruzof Island/Mt. Edgecumbe (scenic and recreation values). The Sitka Conservation Society identified the Hoonah Sound to Sitka ferry route and adjacent areas as "the heart of Sitka's economy and lifestyle," asking that recreation LUD's (formerly Primitive or Semi-Primitive, now Remote or Semi-remote) be applied. The Sitka State Parks Citizens Advisory Board (in their 1990 comments) asked that Kruzof Island, Partofshikof Island, Olga and Neva Straits, the south half of Peril Straits, and "coastal areas 30 miles south of Sitka" be managed for their subsistence, scenic, recreation and wildlife values; in their 1991 comments they expressed satisfaction with the LUD allocations of the preferred alternative for the Sitka area. A couple of commenters favored more roads in these areas, or roads connecting Sitka with the east side of Baranof Island; others opposed more roads, or any road connection across the island.

The 1996 comments are similar to those above. The only notable addition was that one commenter recommended that North Baranof Island, Middle Kruzof Island, Nakwasina Sound and Passage, and Katlian Bay be managed for a local wood products industry.

**Response:** The LUD allocations for the northern half of Baranof Island, including Peril Strait and the marine highway route, the islands and bays near Sitka, Kelp Bay, and inland areas, have been made to recognize the many scenic, recreation and subsistence values and uses of these areas while allowing timber harvest to continue on most lands already managed for that purpose. Along Peril Strait and the other straits and channels comprising the ferry route between Sitka and Chatham Strait, the Scenic Viewshed and (closer to Sitka) Semi-remote Recreation LUD's have been applied to the areas seen from or directly adjacent to this waterway. Most of the other shoreline areas, inlets and bays north and south of Sitka have been assigned LUD's (Scenic Viewshed, Modified Landscape, Semi-remote or Remote Recreation) to maintain or help provide for recreation and subsistence opportunities. Much of the interior of northern Baranof Island, with its existing road system accessing suitable timberland, has been placed in Timber Production to emphasize timber management. Whenever the LUD selected for an area allows development activities, the Riparian

EXHIBIT 4
Page 15 of 78
L-229

standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas.

The Mt. Edgecumbe area (south Kruzof Island) is proposed as a Special Interest Area LUD to emphasize its geology and recreation uses. The lands north and south of the South Baranof Wilderness, which are roadless in character with low timber values, will be managed for Remote and Semi-remote Recreation. Potential transportation routes from Sitka to Rodman Bay and east Baranof Island, as identified by the State of Alaska, are recognized by the Transportation and Utility Systems LUD, although the State has no proposed projects at this time.

Following are more detailed comments on specific areas:

**Catherine Island and Kelp Bay**

>  **Comments:** These are traditional use areas for the people of Angoon. To maintain subsistence opportunities, existing roads should be closed and no timber harvest should occur. Kelp Bay is the most important subsistence area on the east side of Baranof Island: cancel sales 2 & 14. Protect Catherine Island, all three arms of Kelp Bay, and the coastline from Kelp Bay to Warm Springs Bay by assigning the Primitive Recreation (now Remote Recreation) or Old Growth Rxs. TRUCS classified Catherine Island and Kelp Bay as "important subsistence use areas" for the following communities: Angoon, Kake, Klukwan, Meyers Chuck, Pelican, Port Alexander, Port Protection, Sitka, Tenakee Springs and Wrangell. Public interest in the Kelp Bay Area is high. MA C43 should all be in the Timber Production LUD, and should have developed road systems with ties to the log transfer facilities for better timber economics, and ties to Sitka for use by residents for roaded recreation. (AFA, APC) Assign the Timber Production Rx to VCUs 296 and 297.
> 
> **Response:** The Kelp Bay and Catherine Island LUD allocations were designed for a mixture of uses and values, including subsistence, recreation, scenic quality and timber harvest. For Kelp Bay, the allocations are: Portage Arm and Middle Arm - Modified Landscape; South Arm - Remote Recreation; South Point - Old-Growth Habitat; and Pond Island - Remote Recreation. Project planning in the area has been designed to recognize subsistence values in selected areas. In addition, many traditional use areas are along the shoreline and in estuaries, which will be covered by the Beach and Estuary Fringe standards and guidelines.
> 
> The coastline (to Warm Springs Bay) is in Old-Growth Habitat near Cosmos Cove, and Semi-remote or Remote Recreation south of that. Catherine Island has Scenic Viewshed on the north, Old-Growth Habitat on the east and south, Modified Landscape in the central portion, and Timber Production for the remainder. The Kelp Bay portion of MA C43 has already been discussed; the remainder of C43 has Timber Production for the western interior, and Remote Recreation, the Clear River Zoological Area, and the recommended Glacial Wild River for the southern half. Any additional roads will be determined through planning for individual timber sale project areas.
> 
> **Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following developments at Kelp Bay: Backcountry recreation lodge (250), day-use recreation (150), hut to hut hiking (25), day-use wildlife observatory (50), overnight wildlife observatory (50), leased proprietary camp (15P), heli-hiking, heli-skiing (30), equipment storage facility (100), flight-seeing landings (100), day-boat docks (50), boardwalks, paths and trails (A), small cruiseship shorewalk (25).
> 
> **Response:** This AVA site includes Wild River, Remote Recreation, Semi-Remote Recreation, Old Growth Habitat, Scenic Viewshed, Modified Landscape and Timber Production LUDs. The stated activities are generally allowable in these LUDs, except for equipment storage in the Wild River LUD. The stated activity levels exceed guidelines for lodges in all LUDs. The stated activity level exceeds guidelines for day-use recreation in Remote Recreation and Wild River LUDs but is allowable as an

enclave in Semi-Remote Recreation LUDs. The stated level for hut to hut activity exceeds guidelines for Wild River, Remote Recreation and Old Growth Habitat LUDs and is allowable as an enclave in the Semi-Remote Recreation LUD. Stated activity levels exceed guidelines for day use facilities and docks in the Remote Recreation LUD. The stated activity level exceeds guidelines for overnight wildlife facilities in Remote Recreation, Old Growth Habitat and Wild River LUDs but is allowable as an enclave in the Semi-Remote Recreation LUD. The stated activity level exceeds guidelines for leased proprietary camps in the Wild River and Remote Recreation LUDs. Stated activity levels exceed guidelines for heli-hiking and heli-skiing in Wild River and Remote Recreation LUDs. The stated activity level exceeds guidelines for flight-seeing landings in Wild River, Remote Recreation and Old Growth Habitat but is allowable as an enclave in the Semi-Remote Recreation LUD.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Silver Bay and Baranof Warm Springs: Hut to hut hiking (25 - at Warm Springs), all prototypes with possible exception of resorts, small cruiseship shorewalk (25 - at Baranof Warm Springs)

**Response:** This AVA site includes Remote Recreation, Semi-Remote Recreation and Municipal Watershed LUDs. The stated activities and activity levels are generally allowable in these LUDs except for the Municipal Watershed LUD which is decided on a case-by-case basis.

### Kruzof Island/Mt. Edgecumbe

**Comments:** Develop it for recreation, and allow ATV use. "Multiple use management" should continue for Mt. Edgecumbe. Kruzof Island is supported as a National Recreation Area: be sure it is managed in the same manner as Primitive Recreation or Old Growth (1990 comment). All of Kruzof Island should be in Semi-primitive Recreation. (SCS) MA C45 should be mostly in Semi-primitive LUD, but with some roads for access and salvage. (AFA, APC) Kalinin Bay deserves the "strongest protection possible" as a high-use recreation area with a prime anchorage. Assign the Timber Production Rx to VCU 308.

The 1996 comments are similar to those above, particularly with respect to protection. Exceptions were that one commenter recommended that North Baranof Island, Middle Kruzof Island, Nakwasina Sound and Passage, and Katlian Bay be managed for a local wood products industry, and that the Sealion Cove area be protected.

**Response:** The southern half of Kruzof Island, the Mt. Edgecumbe area (most of MA C45 and VCU 308), is proposed for special interest area designation as the Mt. Edgecumbe Geological Area to recognize and preserve its unique volcanic geology and maintain its many scenic and recreational features. This was a change from the 1990 DEIS recommendation as a National Recreation Area, but will afford the same kind of recognition and protection. Off-highway vehicle use may continue, but timber harvest will not be allowed and no roads will be developed. The central portion of Kruzof Island will for the most part remain available for timber harvest under the Modified Landscape and Timber Production LUD's, with Semi-remote Recreation along the eastern shoreline and Shelikof Bay. The northern portion of the island, including Kalinin Bay and Sealion Cove, is in Old-Growth Habitat.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following developments in Kalinan Bay, Snitsen Bay, Sea Lion Cove: Backcountry recreation lodge (no use level specified)

**Response:** This AVA site is located in an Old Growth Habitat LUD. The stated activity is generally allowable although the activity level would be limited to 24 overnight guests.

EXHIBIT 4
17 78
L-231

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Gilmer Bay: Hut to hut hiking (12), day-boat docks (20), flight-seeing landings (10), day-use recreation (100), day-use wildlife observatory (30).

**Response:** This AVA site includes Old Growth Habitat, Semi-Remote Recreation, Modified Landscape and Timber Production LUDs. The stated activities are generally allowable in these LUDs (as enclaves in Semi-Remote Recreation), although stated activity levels exceed guidelines for day-use recreation in Old Growth Habitat LUDs.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for South Kruzof: Hut to hut hiking (30), flight-seeing landings (25), (Mt. Edgcumbe) flight-seeing landings (100), overnight wildlife observatory (30), day-use wildlife observatory (50), day-use recreation (100), equipment storage facility (3000), day-boat docks (50).

**Response:** This AVA site includes Special Interest Area, Semi-Remote Recreation and Modified Landscape LUDs. The stated activities and activity levels are generally allowable in these LUDs (as enclaves in Semi-Remote Recreation), except for the Special Interest Area LUD which is decided on a case-by-case basis.

**Peril Strait**

**Comments:** Peril Strait is a highly used hunting area and important deer winter range. VCU's 287-290 and 279 should be in Scenic Viewshed LUD. No LTF in VCU 279: the area is used heavily by whales and is on the ferry route. Sayuk (Saook) Bay is a traditional use area for the people of Angoon: to maintain subsistence opportunities, existing roads should be closed and no timber harvest should occur. Deep Bay is important for subsistence use and should be protected. MA C41 (also C34, C35, C37 and C39) is on the ferry route and should have no further logging until its impact on "our resource of the future, tourism" is fully assessed. If logging, it should be selective and low impact. MA C42 should have "no roads, period." (SC-J) Assign the Timber Production Rx to VCUs 287-290 and 295. MA's C41 and C42 should all be in the Timber Production LUD. Both should have developed road systems with ties to the log transfer facilities for better timber economics, and ties to Sitka for use by residents for roaded recreation. (AFA, APC) Complete the road across VCU 295 (for more economical management); a road from Sitka to Rodman Bay would have "multiple use benefits" (better ferry port for Sitka, more recreation opportunities, long-term development of Sitka community); a road connection from Sitka to Rodman Bay (or another eastside bay) is needed and encouraged. Others oppose any road connection across the island.

The 1996 comments are similar to those above, with emphasis on Poison Cove and Deep Bay.

**Response:** The shoreline areas of Peril Strait, from Sergius Narrows to Chatham Strait, are assigned the Scenic Viewshed LUD to provide for scenic quality along the marine highway route. This includes VCU's 279 and 287-289. Poison Cove and Hanus Bay are in Scenic Viewshed, and Deep Bay is in Modified Landscape, as is a portion of Appleton Cove. Fish Bay is in Old-growth Habitat, and Rodman and Saook (Sayuk) Bays, the rest of Appleton Cove, and inland areas (including MA C41) are in Timber Production. These latter areas have a developed road system accessing suitable timber and are currently being managed for timber harvest. The Lake Eva area (MA C42, VCU 295), a popular recreation place, is in Semi-remote Recreation. Normally, any additional roads will be determined through planning for individual timber sales. Semi-remote Recreation would allow road access across it to other areas. A possible transportation route between Sitka and Rodman Bay has been assigned the Transportation and Utility Systems LUD, although the State has no project proposed at this time.

L-232

EXHIBIT 4
Page 18 of 78

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Hanus Bay: Small cruiseship shorewalk (25).

**Response:** This AVA site includes Modified Landscape and Scenic Viewshed LUDs. The stated activity is generally allowable in both LUDs.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Lake Eva Trail: Small cruiseship shorewalk (25).

**Response:** This AVA site is located in a Semi-Remote Recreation LUD. The stated activity is generally allowable.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Lindbergh Head: Small cruiseship shorewalk (25)

**Response:** This AVA site includes Old Growth Habitat and Scenic Viewshed LUDs. The stated activity and activity levels are generally allowable.

**Sitka area, including the ferry route north to Peril Strait**

**Comments:**
- The following areas are strategically important to Sitka for subsistence uses (and most also for recreation) and should be protected: Katlian, Suloia, Fish and Silver Bays; Nakwasina Sound; Deep Inlet; Salmon Lake-Redoubt; and Seven Fathom.
- important wildlife areas near Sitka needing protection include: Deep Bay area (important for hunting); Kalinin Bay (important winter range, old growth pockets, important for hunting, deer and waterfowl); Dry Pass (important hunting area); southeast Partofshikof (important winter old growth deer habitat); Redoubt Bay, islands towards Biorka and Goddard area (important local hunting areas).
- important scenic areas near Sitka (for which the Scenic Viewshed LUD is recommended) include: Kalinin Bay (high local use); Dry Pass (scenic recreation area close to town); and Mt. Edgecumbe area and Shelikof Bay (viewshed of Sitka, high scenic values, favorite anchorage).
- all VCU's on the ferry route, Hoonah Sound to Sitka, should be in Semi-Primitive Rx, except Halleck & Krestof Islands in Prim. Rec.; also VCU's 319-325 and 349-351 should be in Prim. Rec.: "These areas are at the heart of Sitka's economy and lifestyle. They are the scenic foundation of our growing tourism and recreation industry. And they are the environment that supports our subsistence activities, our sport hunting and fishing, and our commercial fishing industry." (SCS)
- MA's C40 and C44-C46 are on the ferry route and should have no further logging until its impact on "our resource of the future, tourism" is fully assessed. If logging, it should be selective and low impact. MA C50 should have "no roads, period." (SC-J)
- assign the Timber Production Rx to VCUs 300-303, 305, 307, 309-311, 318-320, 322-325, 349 and 350.
- MA's C44, C46 and C48 should all be in the Timber Production LUD. All should have developed road systems with ties to the log transfer facilities for better timber economics, and ties to Sitka for use by residents for roaded recreation. C40 should also be all Timber Production except for a Modified Landscape buffer along Neva and Olga Straits: take advantage of the road system. (AFA, APC)

L-233

EXHIBIT 4
Page 19 of 78

The 1996 comments are similar to those above concerning protection of Silver Bay, Salmon Lake, Redoubt Lake, and Nakwasina Sound. One commenter recommended that North Baranof Island, Middle Kruzof Island, Nakwasina Sound and Passage, and Katlian Bay be managed for a local wood products industry.

**Response:** In general, most areas near Sitka identified as locally important, whether for recreation, subsistence use, hunting or fishing, or scenic quality, were assigned LUD's that would maintain or provide for those values. Other areas, where timber harvest is ongoing and with developed road systems, were given a timber management emphasis: these areas are mostly inland. Following is a list of the areas mentioned above, with brief discussions. In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for the Katlian to Rodman Bay corridor: All uses, some uses conditional on road development, immediately hut to hut hiking (25).

**Response:** This AVA site includes both Old Growth Habitat and Timber Production LUDs and a small area of Semi-Remote Recreation LUD. The stated activity is generally allowable in all three LUDs although the stated activity level for the hut to hut hiking slightly exceeds guidelines in the Old Growth Habitat LUD.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development at Fish Bay Hot Springs: Backcountry recreation lodge (250).

**Response:** This AVA site is located in an Old Growth Habitat LUD. The stated activity is generally allowable although the stated activity level greatly exceeds guidelines for the Old Growth Habitat LUD.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following developments in Olga, Neva, Salisbury Sound Corridor, St. John Baptist Bay: Day-use recreation (300), hut to hut hiking (25), day-use wildlife observatory (50), overnight wildlife observatory (50), leased proprietary camp (15P), heli-hiking, heli-skiing (30), equipment storage facility (100), flight-seeing landings (100), day-boat docks (50), boardwalk, paths and trails (A), small cruiseship shorewalk (25).

**Response:** This AVA site includes primarily Old Growth Habitat and Semi-Remote Recreation LUDs with small portions of Scenic Viewshed and Timber Production LUDs. The stated activity is generally allowable in these LUDs although the stated activity level greatly exceeds guidelines for permanent overnight facilities and flight-seeing landings in the Old Growth Habitat LUD.

Areas mentioned by name:
- Biorka and adjacent islands - these islands south of Sitka are all in Semi-remote Recreation
- Deep Bay - see Peril Strait above
- Deep Inlet - south of Sitka: Semi-remote Recreation at its mouth, Scenic Viewshed otherwise
- Dry Pass - the land connection between Kruzof and Partofshikof Islands is in Scenic Viewshed
- Fish Bay - the interior of Fish Bay and the adjacent lands are in Timber Production: the area has existing roads and suitable timberlands currently under timber management
- Goddard area - Semi-remote Recreation

- Halleck Island - the west side of the island, along the ferry route, is in Remote Recreation; the rest of the shoreline is Scenic Viewshed, with Timber Production in the interior
- Kalinin Bay - see Kruzof Island above
- Katlian Bay - the National Forest lands are in Scenic Viewshed
- Krestof Island - the east side along the ferry route is in Remote Recreation, the remainder in Scenic Viewshed
- Nakwasina Sound - the shorelines are in Scenic Viewshed, with Timber Production inland
- Neva and Olga Straits - both are in Remote Recreation
- Partofshikof Island - the east side, along the ferry route, is in Remote Recreation; the west side is Scenic Viewshed, and the central portion in Timber Production
- Redoubt Lake - this recreation area is in Semi-remote Recreation
- Salmon Lake - this area south of Silver Bay is in Scenic Viewshed
- Seven Fathom - this bay near Crawfish Inlet is in Semi-remote Recreation
- Shelikof Bay - see Kruzof Island above
- Silver Bay - the National Forest lands are in Remote Recreation
- Suloia Bay - this area is within Wilderness

Areas mentioned by VCU number:
- 300-301 - the shoreline areas are in Scenic Viewshed or Remote Recreation; the interior, with its developed road system and suitable timberland, is in Timber Production. See Nakwasina Sound above
- 302 - the ferry route (Olga and Neva Straits) is in Remote Recreation; other areas are in Scenic Viewshed or Timber Production
- 303 - Sukoi Strait is in Scenic Viewshed. See Partofshikof Island and Kruzof Island
- 303/307 - see Kruzof Island/Mt. Edgecumbe above
- 309 - Krestof Sound is in Scenic Viewshed
- 310 - most areas are in Remote Recreation or Scenic Viewshed, with some Timber Production inland
- 311 - this area immediately behind Sitka is in Semi-remote Recreation
- 318 - this area is in Remote Recreation, with Blue Lake in Semi-remote Recreation
- 319-323 - includes Silver Bay, Salmon Lake, Deep Inlet and Redoubt Bay: the northwest shorelines are in Remote Recreation (Sitka viewshed), other shoreline areas and some inland areas are in Scenic Viewshed, and the remainder of the inland area is in Timber Production
- 324 - this area to the east of Silver Bay is in Modified Landscape
- 325 - Medvejie Lake is in Semi-remote Recreation
- 349-351 - this is the Redoubt Lake, Goddard, Biorka Island area, and is all in Remote or Semi-remote Recreation

Areas mentioned by Management Area number:
- MA 40 - the shoreline areas are in Scenic Viewshed or Remote Recreation; the interior, with its developed road system and suitable timberland, is in Timber Production. See Fish Bay and Nakwasina Sound above
- MA 44 - see VCU's 303 and 309, and Kruzof Island, above
- MA 45 - see Kruzof Island/Mt. Edgecumbe above
- MA 46 - see VCU's 310/311 above
- MA 48 - see VCU's 318-324 above
- MA 51 - see VCU's 349-351 above

Exhibit 4
Page 21 of 78

L-235

**South Baranof Island**

**Comments:** MA C51 should be Wilderness due to its exceptional beauty, good bear habitat and rugged terrain. Assign the Timber Production Rx to VCU's 316-317, 326-328 and 334-343. MA C47 should have "no roads, period." (SC-J)

**Response:** Most of MA C51 (VCU's 334-343 - all of Baranof Island south of the South Baranof Wilderness) is in Remote Recreation, with Semi-remote Recreation for some coastal areas and around Port Alexander. Most of MA C47 (VCU's 316-317 and 326-328 - the eastern portion of Baranof Island between Kelp Bay and the South Baranof Wilderness) is in Remote Recreation, with Semi-remote Recreation for most of VCU 317. There is little suitable timberland in either of these management areas, and the recreation, scenic and other natural values are high.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Camp Coogan: Backcountry recreation lodge (250).

**Response:** This AVA site includes Old Growth Habitat, Semi-Remote Recreation and Modified Landscape LUDs. The stated activities are generally allowable in these LUDs although the stated activity level exceeds guidelines for overnight facilities in all LUDs.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development on Biorka Island: Day-use wildlife observatory, overnight wildlife observatory (no stated activity levels).

**Response:** This AVA site is located in a Semi-Remote Recreation LUD. The stated activity is generally allowable. Enclaves are allowable. Group size restrictions apply.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Redoubt to Crawfish: Day-use recreation, most uses of the prototypes, backcountry recreation lodge (150), day-use recreation (150), hut to hut kayaking (50), day-use wildlife observatory (50), overnight wildlife observatory (50), leased proprietary camp (15P), heli-hiking, heli-skiing (30), equipment storage facility (3000), flight-seeing landings (100), day-boat docks (50), boardwalks, paths and trails (A).

**Response:** This AVA site is located primarily within a Wilderness LUD but also includes Old Growth, Semi-Remote Recreation and Modified Landscape LUDs. No permanent overnight facilities, day-use facilities, commercial helicopter access or storage facilities are allowable in Wilderness. The stated activities are generally allowable in the non-wilderness LUDs (with enclaves) although the stated activity levels exceed guidelines for overnight facilities and flight-seeing landings in the Old Growth Habitat LUD.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Gut Bay and Red Bluff Bay: Day-use recreation (300), hut to hut hiking (25), day-use wildlife observatory (50), equipment storage facility (3000), day-boat docks (50), boardwalks, paths and trails (A), small cruiseship shorewalks (25 - Red Bluff Bay).

**Response:** This AVA site is located in a Wilderness LUD. No permanent overnight facilities, day-use facilities, or storage facilities are allowable in Wilderness. The remaining stated activities are generally allowable for Wilderness. Group size restrictions apply.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Hoggatt Bay: Day-use recreation (300), hut to hut hiking (25), day-use wildlife observatory (50), equipment storage facility (3000), day-use boat docks (50) boardwalks, paths and trails (A).

**Response:** This AVA site is located in a Wilderness LUD. No permanent overnight facilities, day-use facilities, or storage facilities are allowable in Wilderness. The remaining stated activities are generally allowable for Wilderness. Group size restrictions apply.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Mist Cove Trail to Deer Lake: Day-use recreation (100), hut to hut hiking (25), flight-seeing landings (50), day-boat docks (20), boardwalks, paths and trails (A).

**Response:** This AVA site is located in a Wilderness LUD. No permanent overnight facilities or day-use facilities are allowable in Wilderness. The remaining stated activities are generally allowable for Wilderness although the stated level for flight-seeing landings exceeds guidelines for Wilderness LUDs.

## Chichagof Island, except Tenakee Inlet (See Baranof Island for Peril Strait)

**General Summary:** Many specific areas were identified (often by Management Area or VCU) for non-timber allocations or simply for "protection." Recreation and subsistence values, wildlife habitat, and scenic quality were cited most often as reasons. The scenic qualities of the island in general were mentioned as very important to the tourism, tour boat and guide service industries. Some areas mentioned by name include: Hoonah Sound and Ushk Bay, the Kadashan drainage (now a Legislated LUD II area), Lisianski Inlet, and Sitkoh Bay. A minority of commenters asked for logging or road building in some of these same areas.

The 1996 comments are similar to those above. One addition were comments concerning the "world class" brown bear habitat on Chichagof Island, particularly in Upper Tenakee Inlet, Ushk Bay, Deep Bay, and Poison Cove.

**Response:** The LUD allocations for the eastern half of Chichagof Island have been made to recognize many of the scenic and recreation values and uses of these areas while allowing timber harvest to continue on most lands already managed for that purpose. Along Icy and Chatham Straits the Scenic Viewshed and Old-Growth Habitat LUD's have been applied to the areas seen from or directly adjacent to these waterways. Most of the inlets and bays, including Port Frederick, Freshwater Bay and Sitkoh Bay, have been assigned the Scenic Viewshed and Modified Landscape LUD's to help maintain recreation opportunities, or the Old-growth Habitat LUD. In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas. Much of the interior of eastern Chichagof Island, with its existing road system accessing suitable timberland, has been placed in Timber Production to emphasize timber management, with Old-Growth Habitat bordering on Chatham Strait.

Much of the western half of the island is now in either the Wilderness or Legislated LUD II LUD's, including most of Hoonah Sound. The Lisianski Inlet and Strait areas not in these designations have been allocated to Semi-remote Recreation, to maintain their undeveloped character and recreation, scenic and subsistence values.

Following are more detailed comments on specific areas:

EXHIBIT 4
Page 23 of 78
L-237

**Hoonah Sound and Ushk Bay**

**Comments:** There should be no logging in Hoonah Sound. Ushk Bay should be allocated to Primitive Recreation. (NAS, SCS) MA C39 should be in Timber Production; there is no justification for the Scenic Viewshed or Modified Landscape allocations. (AFA, APC) The 1996 comments are similar to those above regarding protection.

**Response:** All of Hoonah Sound to the west of Peril Strait and Ushk Bay is now in Legislated LUD II, which excludes timber harvest. Ushk Bay and Deep Bay (both in MA C39) are allocated to Modified Landscape, which will allow timber harvest while providing for recreation and scenic values. The rest of MA 39 is in Timber Production.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Hoonah Sound/Lizianski Pass: Hut to hut hiking (25), day-use wildlife observatory (50), overnight wildlife observatory (50), trails and boardwalks.

**Response:** This AVA site is located within a TTRA LUD II and Wild River LUD. The stated activities are generally allowable in both LUDs although the stated activity levels for all activities exceed guidelines in the Wild River LUD. Stated activity levels for overnight facilities also exceed guidelines in the TTRA LUD II.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Ushk Bay: Backcountry recreation lodge (100), hut to hut hiking, kayaking, canoeing (25), day-use recreation (150), day-boat docks (50).

**Response:** This AVA site includes Old-Growth, Scenic Viewshed, Modified Landscape and Timber Production LUDs. The stated activities are generally allowable in all LUDs within the site. The stated activity levels would be allowable in Timber Production, Modified Landscape and Scenic Viewshed LUDs but would exceed guidelines for all activities except day-boat docks in the Old Growth Habitat LUD.

**Kadashan**

**Comments:** Commenters, including the City of Tenakee Springs and SEACC, were strongly opposed to any utility or transmission corridors, powerlines or roads being built through the Kadashan drainage. Such a corridor would be inappropriate, and not in keeping with the reasons the area was designated as LUD II (Legislated LUD II). Kadashan is one of the most productive wildlife areas in southeast Alaska, with unsurpassed opportunities for wildlife viewing. A few commenters felt that the Kadashan road should be completed, to provide a connected road system for recreation and timber access, and to allow for more economical management of the area. (AFA, APC)

The 1996 comments are similar to those above regarding protection.

**Response:** The Transportation and Utility Systems LUD allocation through the Kadashan area reflects only a potential transmission line as identified by the Alaska Energy Authority. There are no proposals for the development of such a line at this time. No roads are identified, proposed or planned for the Kadashan Legislated LUD II area.

### Lisianski Inlet and Strait

**Comments:** Non-timber prescriptions or LUD's (most commonly Primitive or Semi-primitive Recreation; or now Remote or Semi-remote Recreation)) are favored for this area, especially around Lisianski Inlet and River. Important subsistence values, wildlife habitat, fishing and recreation (including a kayak route), and scenic quality (for both locals and tourists) were reasons given. The Soapstone area (VCU 253) is an important anchorage and kayak destination: give it high protection. MA C25 should have "far less logging than planned," and many places should be allocated to Primitive Recreation. (SC-J) The City of Pelican (Planning Commission) requests that the Forest Service pursue the purchase of the University of Alaska property on north Yakobi Island, to be managed as Wilderness.

The 1996 comments are similar to those above regarding protection. Additional comments requested protection from logging in Idaho Inlet, and stated that the community of Elfin Cove believed the maintenance of the LUD II area was of utmost importance to the community.

**Response:** All National Forest lands in this area (including MA C25 and VCU 253) that are not Wilderness or Legislated LUD II have been allocated to Semi-remote Recreation, recognizing their undeveloped character, and recreation, scenic and subsistence values. A Yakobi Island land exchange is outside the scope of the Forest Plan.

### Point Adolphus and Vicinity

**Comments:** The coastal areas not allocated to LUD II (Legislated LUD II) are important for fishing and subsistence and should be in non-timber LUD's. The south edge of the LUD II area should include the adjacent lakes in a LUD II-type allocation (as in Alternative D). The Semi-primitive (now Semi-remote) portion of C28 is not warranted. (AFA, APC)

The 1996 comments are similar to those above. An additional comment requested protection from logging on Icy Strait because of heavy use by the tourism industry for wildlife viewing, kayaking, camping, and fishing.

**Response:** The coastal and inland area between the Point Adolphus Legislated LUD II area and the private land to the east is allocated to Old-growth Habitat. This will serve to provide for the scenic qualities associated with the cruise ship and recreational boating uses of Icy Straits. (This area was in Semi-remote Recreation in the DEIS.) The lands adjacent to the Legislated LUD II area along the southeast have existing roads accessing suitable timberland and are allocated to Timber Production. Congress chose not to include these lands in the Point Adolphus Legislated LUD II area.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Three Hill Island: Small cruiseship shorewalks (25)

**Response:** This AVA site is located within a Semi-Remote Recreation LUD. The stated activities and activity levels are generally allowable in a Semi-Remote Recreation LUD.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following developments for Gull Cove and Idaho Inlet: Small cruiseship shorewalks (25)

**Response:** These sites are located within a TTRA LUD II. The stated activities and activity levels are generally allowable in a TTRA LUD II.

EXHIBIT 4
Page 25 of 78
L-239

**Sitkoh Bay**

    **Comments:** This area is highly important for commercial fishing, year-round recreation, and subsistence uses (ADF&G study submitted), and contains private lands. Recreation and tourism uses are increasing. It should have protection from further timber harvesting. Basket and Sitkoh Bays are traditional use areas for the people of Angoon. To maintain subsistence opportunities, existing roads should be closed and no timber harvest should occur. The LTF shown on the map is no longer under permit and should be removed (from the map).

    **Response:** Sitkoh Bay has been allocated to Modified Landscape to provide a setting for the recreational uses of the bay, but allow timber harvest. The inland areas are assigned to Timber Production, where the existing road system accesses much suitable timberland. Basket and Little Basket Bays are in Scenic Viewshed and Old-Growth Habitat, with Kook Lake in Modified Landscape.

    **Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following developments at Sitkoh Bay, Basket Bay and Sitkoh Lake: Day-use recreation (150), day-wildlife observatory (30), backcountry recreation lodge (50), small cruiseship shorewalk (25).

    **Response:** This AVA site includes Old Growth Habitat, Modified Landscape, Timber Production and a small amount of Scenic Viewshed LUDs. The stated activity is generally allowable in all four LUDs although the stated activity levels would exceed guidelines for all day-use recreation and lodge facilities in the Old Growth Habitat LUD.

**Other areas**

    **Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for the West Chichagof outside waters: Backcountry recreation lodge (150), day-use recreation (150), hut to hut kayaking (50), day-use wildlife observatory (50), overnight wildlife observatory (50), leased proprietary camp (15P), heli-hiking (30), equipment storage facility (3000), flight-seeing landings (100), day-boat docks (50), boardwalks, paths and trails (A).

    **Response:** This AVA site is predominantly within a Wilderness LUD but also includes Semi-Remote Recreation and TTRA LUD II areas. None of the stated activities are allowable in Wilderness except for flight-seeing landings and boardwalks, paths and trails. Stated levels for flight-seeing landing in Wilderness exceed guidelines. The stated activities are generally allowable in Semi-Remote Recreation LUDs although the stated activity levels would only be allowable as enclaves. Stated activity levels would exceed guidelines in TTRA LUD II areas for all activities except day-use wildlife observatory and leased proprietary camps.

    **Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Indian River drainage: Backcountry recreation lodge (100), hut to hut hiking (25), Mt. biking.

    **Response:** This AVA site includes Old Growth Habitat and Timber Production LUDs. The stated activities are generally allowable in these LUDs although stated activity levels exceed guidelines for lodges in an Old Growth Habitat LUD.

    **Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Iyoukeen Peninsula: Hut to hut hiking, kayaking, canoeing (25), leased proprietary camp (15 P/S).

4

Page 26 of 78

**Response:** This AVA site is located in an Old Growth Habitat LUD. The stated activities are generally allowable in this LUD although stated activity levels slightly exceed guidelines for the LUD.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Pavlof Harbor: Day-use recreation (100), leased proprietary camp (15 S/P), boardwalks, paths and trails (A&B)

**Response:** This AVA site is located in an Old Growth Habitat LUD. The stated activities are generally allowable in this LUD although stated activity levels exceed guidelines for day recreation in this LUD.

Additional comments by Management Area (MA) or VCU:

**Comments:**
- extend the 85341 road along the ridge between VCUs 210 & 211; extend the 8529 road along the ridge between VCUs 212 & 213.
- MA's C30 and C31: bear/human conflicts are increasing, road closures are needed. Limit logging here.
- MA's C34 and C37 should be managed to emphasize subsistence and wildlife. (SSPB)
- MA's C27, C30 and C37: all should be in Timber Production; there is no justification for the Scenic Viewshed or Modified Landscape allocations. (AFA, APC)
- MA's C24, C27, C28, C30 and C31 should have "far less logging than planned," and many places should be allocated to Primitive Recreation. MA's C26, C35, C36 and C37a should have "no roads, period." (SC-J)
- no timber harvest in VCU 202; the shoreline of MA C29 should be allocated to the Modified Landscape LUD; VCU 202 should be in Scenic Viewshed.

**Responses:**
- MA's C24-26 - these areas are in Legislated LUD II or Semi-remote Recreation, with no logging or roads planned.
- MA's C27-28 - these areas, with existing road systems accessing suitable timberland, are mostly in Timber Production, with Scenic Viewshed along Icy Straits (cruise ship route and recreational boating) and Old-Growth Habitat around Neka Bay. See Point Adolphus above.
- MA C29 (VCU 202) - most of the shoreline and the Portage area are in Scenic Viewshed, to provide a scenic backdrop to recreation uses.
- MA's C30-31 - these areas, with existing road systems accessing suitable timberland, are mostly in Timber Production, with Scenic Viewshed along Icy Strait and Old-Growth Habitat along Chatham Strait (cruise ship and ferry route, and recreational boating). Freshwater Bay and Whitestone Harbor are in Scenic Viewshed. Any additional roads (VCU 210) would be determined through planning for individual timber sale projects. Road closures are normally a Ranger District level decision.
- MA's C35-36 and 37a - these are all in Legislated LUD II: no roads are planned in these areas.
- MA C37 - this area, with existing road systems accessing suitable timberland, is mostly in Timber Production, with Scenic Viewshed and Old-Growth Habitat along Chatham and Peril Straits (marine highway), with Modified Landscape around Sitkoh Bay and at Kook Lake (recreation uses).

## Chilkat Peninsula, including Point Couverdon

**General Summary:** Most commenters, including the Gustavus Community Association and many Gustavus residents, felt strongly that this area should have no more timber harvest. The main reasons given were: it's visually sensitive (Gustavus/Glacier Bay air and sea routes); it's an important hunting/subsistence area for Gustavus (and these activities are restricted elsewhere due to National Park policies); and significant wildlife reductions are projected from additional timber harvesting. The area has more clearcutting scheduled, ignoring the previous requests of the Gustavus community. Some commenters stated that the entire Icy Straits area should have no clearcutting, or clearcutting should be deferred until the potential effects can be better analyzed. A few commenters wanted logging to continue in the area.

The 1996 comments were similar to those above. One commenter requested protection from logging on Icy Strait because of heavy use by the tourism industry for wildlife viewing, kayaking, camping, and fishing. Another recommended putting Point Couverden, associated islands, and adjacent mainland areas into LUD II or similar protection.

**Response:** The land use designations for the Chilkat Peninsula have been changed since the Supplement based on several of these concerns. Timber harvest will continue to be a consideration, but this is limited to a smaller area, primarily where existing roads provide access to suitable timber. The shoreline areas of the Peninsula, comprising the main viewshed for cruise ships and recreational boaters, are in the Scenic Viewshed LUD to provide emphasis for scenic values in considering timber harvest proposals. Some areas further inland are in Timber Production. The remainder of the Chilkat Peninsula is in Semi-remote Recreation, with the islands off Point Couverdon in Remote Recreation. Pleasant, Lemesurier and other islands in Icy Strait are now Wilderness, and Point Adolphus and Mud Bay (on Baranof Island) are in Legislated LUD II. These are all areas reported as important to Gustavus for hunting and subsistence.

Following are more detailed comments on specific areas:

**Pt. Couverdon/Homeshore area**

> **Comments:** Many persons were concerned with the proposed timber harvest for this area:
> - enough damage has been done there already: abandon your plans for any more harvest; don't expand the long-term contract into this area
> - I don't want to spend my tax dollars to clearcut my backyard: if you want to benefit the economy, localize the cutting (and manufacturing); the community of Gustavus does not benefit from Homeshore logging (no purchases) - in fact, while this logging creates stability for Sitka, it is de-stabilizing for Gustavus
> - the proposed timber harvest is estimated to have substantial reductions in wildlife habitat (old growth) (reduced by over one-half according to the EIS): this will have drastic effects on subsistence use by Gustavus residents (it's the only nearby place)
> - cancel sales 10 & 19 (Homeshore); no roads, no logging. (SC-J)
> - MA's C18 and C19 should be developed for more timber harvest: utilize the barge facilities and road system already in place. Modified Landscape above 1,800 feet is appropriate. (AFA, APC)
> - the area should be in Scenic Viewshed rather than Modified Landscape: this is an important recreation area for Juneau people
>
> **Response:** Several points are raised in these comments. It is true that the long-term estimates of wildlife reductions (deer) for the lower Chilkat Peninsula, based on a worse-case scenario, are large. The effects estimated for the next two decades are much less, and these effects will be monitored, and evaluated for each Revision of the Forest Plan. Our data (ADF&G statistics and TRUCS information) shows that the Chilkat Peninsula is less important for Gustavus subsistence/hunting uses than several other nearby National Forest areas (see previous response). These other areas,

which are all in LUD's with no timber harvest, plus the private lands opposite Hoonah, are used much more, and with greater hunting success. This information was taken into account in deciding to continue timber harvest in the Homeshore area.

The local harvest and manufacture of timber is a decision of the private sector. The Chilkat Peninsula has a relatively small amount of suitable timber, probably not enough to support a local business. As mentioned above, the shoreline areas of the Peninsula have been placed in the Scenic Viewshed LUD to provide for scenic quality for tour ships and recreational boaters. In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Excursion Inlet: leased proprietary camps (15 P/S).

**Response:** This AVA site is located within a Modified Landscape LUD. The stated activities and activity levels are generally allowable in this LUD.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development at Pt. Couverdon: Day-use wildlife observatory (50), backcountry recreation lodge (50), heli-hiking (20).

**Response:** This AVA site includes Old Growth Habitat, Semi-Remote Recreation, Scenic Viewshed and Timber Production LUDs. The stated activities are generally allowable in these LUDs. The stated activity levels are allowable as enclaves in Semi-Remote Recreation LUDs, but exceed guidelines for lodges in an Old Growth Habitat LUD.

### Glacier Bay (and the Chilkat Peninsula)

**Comments:** The Friends of Glacier Bay expressed concern over the integrity of Glacier Bay National Park as a "natural, healthy ecosystem." Glacier Bay is "not an island," and the eastern boundary is political and unnatural. Thus, Chilkat Peninsula (MA's C18 and C19) activities will affect the Park.
- the predicted effects on deer, marten and bear habitat from proposed timber harvest are substantial, and will spill over into the Park
- Glacier Bay is a Biosphere Reserve, and the Couverdon/Homeshore area a part of a "biological gateway corridor" (migration route): thus the integrity of Glacier Bay depends on the integrity of the lower Chilkat Peninsula
- recognize the Chilkat Peninsula as part of the Glacier Bay ecological province, and manage in "natural setting" LUD's

**Response:** We find it unlikely that "the integrity of Glacier Bay depends on the integrity of the lower Chilkat Peninsula." Most of the boundary between the eastern portion of Glacier Bay National Park and National Forest land is the crestline of the Chilkat Range, a natural barrier. The National Forest lands along this boundary, from the Endicott River Wilderness down to Excursion Inlet, are allocated to the Semi-remote Recreation LUD. The National Forest lands along Excursion Inlet, the only low-elevation connection, are in the Scenic Viewshed LUD, where timber harvest would be constrained by visual quality considerations, or in Old-Growth Habitat. In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas.

EXHIBIT 4
29 of 78

L-243