# Cleveland Peninsula

**General Summary:** Most comments to the 1991 and 1996 TLMP revision about the Cleveland Peninsula asked for either no future logging, a deferral of logging plans, or less intensive logging than planned. The main reasons given were the protection or retention of roadless recreation opportunities (hunting, fishing, scenic viewing) and old-growth wildlife habitat (Cleveland Coalition). The Cleveland Peninsula is one of the last large, unfragmented old-growth areas left, with high wildlife values (deer range), important subsistence values, and importance for biodiversity. (TCS) The proximity of the area to Ketchikan (roadless recreation and tourism) was another reason often mentioned. Many Meyers Chuck residents and the Meyers Chuck Community Association are concerned with water quality and development near them, and asked for no timber harvest or roads in the vicinity of Meyers Chuck, especially their watershed. Some commenters felt that some timber harvest could occur as long as coastal areas and lakes were not disturbed; others asked that logging go ahead on the Peninsula. Some thought that roaded recreation (following timber sale development) would be good, others wanted the area kept roadless. One commenter felt that the Cleveland Peninsula would be a good place to practice ecosystem management.

**Response:** Cleveland Peninsula's value as a special place for recreation, wildlife, and fish habitat has been recognized by both the public and the Forest Service. The southern third of Cleveland Peninsula including Helm Bay, Caamano Point, Clarence Strait shoreline to Lemesurier Point, and Union Bay have been allocated to Semi-Remote Recreation to provide for scenic and roadless recreation values.

From Helm Point northward along Behm Canal including Port Stewart to Snail Point, the shorelines and visible slopes have been allocated to a mixture of Modified Landscape and Old-growth Habitat to provide for scenic, recreation, and wildlife values while allowing timber harvest to be considered in a manner that minimizes visibility of activities.

Along Ernest Sound from near Cannery Creek to Eaton Point north of Emerald Bay, the shorelines and most visible slopes have been allocated in a similar fashion. Most of the inland areas and Spacious Bay are in Timber Production to provide timber harvest opportunities. The National Forest lands around Meyers Chuck watershed are in Semi-Remote Recreation, while the north shore of Vixen Inlet is allocated to Old-growth Habitat. In addition, whenever the LUD selected for an area allows development activities, the Beach and Estuary Fringe Forest-wide standards and guidelines apply to all streams, beaches, and estuaries.

Following are more detailed comments on specific areas:

**Behm Canal**

> **Comments:** This area has important tourism use (charter guides, fishing lodges, etc.), and the scenic values here and along the marine highway are important. Protect the roadless recreation values (hunting, fishing, scenery) of Helm, Spacious, Bailey and Short Bays, and Port Stewart. There should be no timber harvest in VCU's 716, 717, 719, 722 and 723.
>
> **Response:** The lands surrounding Helm Bay (VCU 716) are in Semi-Remote Recreation. Spacious Bay (VCU 722) is in Timber Production, including Square Island. Yes Bay, lower Bailey Bay, and Short Bay are in Semi-Remote Recreation. The head of Bailey Bay and nearby Lake Shelokum is also a Special Interest Area. The Semi-Remote Recreation LUD in lower Behm Canal and along Clarence Strait will provide for scenic values along the marine highway. VCU's 717 and 719 have Modified Landscape along the coast and Timber Production inland, and all of VCU 723 is in Old-Growth Habitat.

**Meyers Chuck**

**Comments:** Leave a large protected area (no roads, no logging) around Meyers Chuck, its water sources and nearby creeks. Meyers Chuck doesn't want any roads into or near it. (MCCA) The Cleveland Peninsula is an important subsistence area for Meyers Chuck residents (the subsistence data for that community is not reliable, the use was understated).

**Response:** The National Forest lands adjacent to Meyers Chuck, including all of Lemesurier Point, have been allocated to Semi-Remote Recreation, and will have no timber harvest or associated activities. Union Bay and nearby areas are in Semi-Remote Recreation and Modified Landscape. The latter LUD will provide a visual quality emphasis in design of any ground disturbing management activities. See also the response to the "General Summary" above.

**Union Bay and Bear Creek**

**Comments:** Protect the valleys with Primitive Recreation LUD. The Minerals Rx at Union Bay is inappropriate: water quality and fishing should be the prime considerations there. One commenter was concerned with the subsistence effects of the proposed Union Bay Timber Sale. VCU's 709, 710 and 720 should all be in Timber Production to take advantage of the high timber volumes and provide for economic timber sales. (AFA, KPC) There should be no timber harvest in VCU 710.

**Response:** Union Bay is in Semi-Remote Recreation, including the (Black) Bear Creek valley and all of VCU 709. VCU 710 (northeast Union Bay and Cannery Creek) has Modified Landscape along the coast and Timber Production inland. VCU 720 is a combination of Modified Landscape and Old-Growth Habitat along the coast and on some visible slopes with Timber Production inland. Any potential subsistence effects of the project level activities will be evaluated during the environmental analysis for that project. The Minerals LUD is applied at Union Bay to recognize the high development potential of the Union Bay tract. There are no development proposals at present, and environmental analyses for any future development would evaluate potential effects to water quality and fish.

**Upper Cleveland Peninsula**

**Comments:** Places such as Frosty Bay, Santa Anna Inlet and Deer Island should have no logging. The existing habitat capabilities of Wildlife Analysis Areas 1815 and 1902 (Deer Island) are low, and no further sales should occur there: viability will be a concern if any habitat is lost. (WRC) MA S30 and VCU 725 should be in Modified Landscape to facilitate future road and recreation developments. There should be no timber harvest in VCU 721. Whatever LUD's are assigned for MA's S30 and K31, they should readily allow for transportation and utility development, and roaded access for recreation. (AFA, KPC)

**Response:** Frosty Bay and Deer Island have Modified Landscape on both the shoreline and most visible slopes with Timber Production inland. Santa Anna Inlet is in Modified Landscape with Santa Anna Creek and Lake as a Scenic River LUD. VCU 721 is allocated to Old-Growth Habitat along the coast with Timber Production inland.

EXHIBIT 4
31 of 78
L-245

## Dall Island

**General Summary:** In 1991 several commenters (including the National Audubon Society and Petersburg Fish and Game Advisory Board) asked for no logging on the west side of the island. The area (unlogged portions) is an outstanding wilderness resource: very remote, with craggy headlands, sandy beaches, caves and archaeological sites, trail potential, and good access from the protected bays, plus high recreation and wildlife values. The intact habitat, unexplored caves, many archaeological sites, and recreational experiences of "dramatic headlands, sandy beaches, and wild remoteness" make the area worth protecting. There's been too much harvest on Dall already, reducing the eastside abalone beds drastically: don't let the same thing happen on the west side of the island. Preserve west Dall Island as a Wilderness. West Dall should be part of an "outer coast wildlife refuge system" for migratory species: the timber is marginal, but the wildlife values are high.

The Alaska Visitor Association (AVA) in 1996 proposed the following development somewhere on the west side of Dall Island: Hut to Hut Hiking (25 people), Equipment Storage Facility (3000 square feet), Boardwalks, Paths, and Trails, plus 10 Flight Seeing Landings.

**Response:** Most National Forest lands on Dall Island south of Diver Bay have been allocated to Old-growth Habitat and Semi-remote Recreation to maintain the many natural values mentioned in the comments. In addition, several cave areas are included in the Karst Areas Geological Area (Special Interest Area LUD). The lands north of Diver Bay are in Modified Landscape, which will help maintain scenic and recreation values while allowing some timber harvest to be considered.

This area is allocated to a Modified Landscape and Semi-Remote Recreation LUDs. In the Modified Landscape LUD, certain recreation facilities are consistent with the LUD. However, timber harvest is a goal for this LUD and the Roaded Modified recreation setting is common. In the Semi-Remote Recreation LUD, compatible facilities would include small scale, rustic developments such as recreation cabins, shelters, and docks; and occasional enclaves of concentrated recreation and tourism facilities. Proposed projects would likely be considered compatible within this LUD.

## Etolin, Wrangell and Zarembo Islands

**General Summary:** Most comments, including those by the Wrangell Resource Council and several residents of Thoms Place, were in opposition to logging in specific areas of these islands, especially south Etolin Island and Zimovia Strait. Scenic quality and subsistence hunting were the main reasons. More specific comments, and our responses, follow:

**North Etolin Island**

> **Comments:** Primitive Recreation LUD is recommended for Roadless Areas 232 and 233 on north Etolin: protect the unfragmented old growth for wildlife, subsistence and sport hunting. (WRC) No logging in Olive Cove, King George or Kunk Lake drainage: these are important recreation areas. Modified Landscape in King George is not appropriate, should be Semi-primitive. MA S23 should all be in Timber Production to allow for a sustainable, economic timber sale program: standards and guidelines and Best Management Practices are enough to protect the other resource values. (AFA, KPC) Except for some Scenic Viewshed or Modified Landscape along the ferry route, all of S23 should be in Timber Production: keep the harvest economic in these already-developed areas. (APC) The heads of most inlets, including Steamer Bay, Mosman Cove and Burnett Inlet, should be in the Semi-primitive LUD to protect the anchorages and undeveloped recreation areas.
>
> **Response:** North Etolin is all of MA S23, and also mostly covered by Roadless Areas 232 and 233. All coastal areas, and most inlets and bays, have been allocated to either Scenic Viewshed (marine

highway and some of Zimovia Strait) or Modified Landscape (bays and inlets) to provide for scenic and recreation values while allowing timber harvest. Some inland areas and the interior of Anita Bay are in Timber Production, where timber harvest will be emphasized. Several timber sales are scheduled for the island over the next decade. The National Forest lands in Olive Cove and at King George are in Scenic Viewshed. Kunk Lake watershed is allocated to Old-growth Habitat. Steamer Bay is in Scenic Viewshed, and Mosman Cove (or Inlet) and Burnett Inlet are in combinations of Scenic Viewshed and Modified Landscape. In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Rocky Bay: hut to hut hiking for 25 people a day and an equipment storage facility of 1,000 cubic feet.

**Response:** The uplands on this part of Etolin Island are allocated primarily to Old-Growth Habitat with some Scenic Viewshed and some Modified Landscape.
 The small islands immediately offshore are allocated to Semi Remote Recreation. These land allocation would permit the sorts of activities and facilities proposed.

## South Etolin Island

**Comments:** No logging on Whale Tail Peninsula or in Menafee Inlet. Concerned with timber harvest planned for Whaletail Cove and Menafee Inlet areas, and in viewshed of Thoms Place: the subsistence, recreation and scenic quality needs of Thoms Place aren't adequately considered in any alternative. Logging and roading these areas would seriously affect the residents, as well as the many boaters and tourists in Zimovia Strait.

**Response:** The east (Zimovia Strait) side of Whaletail Peninsula is in Scenic Viewshed, to maintain scenic quality while allowing some timber harvest. The Menafee Inlet side of Whaletail is in Modified Landscape, which will help maintain recreation values adjacent to the South Etolin Wilderness while allowing timber harvest.

## Woronkofski Island

**Comments:** This is an important deer hunting area for Wrangell residents. Deer habitat has suffered, and all sales in Wildlife Analysis Area 1904 (this and neighboring islands) should be deferred indefinitely. The island should be allocated to Primitive Recreation. (NAS, TCS) Except for some Scenic Viewshed or Modified Landscape along the ferry route, all of S22 should be in Timber Production: keep the harvest economic in these already-developed areas. (APC)

**Response:** All of Woronkofski Island (MA S22), and the smaller islands to the north greater than 1,000 acres (except Kadin Island, a Research Natural Area), are in the Scenic Viewshed LUD. This will allow timber harvest to continue while providing for scenic quality and other values.

## Wrangell Island

**Comments:** The cumulative effects of the many small sales, especially on habitat fragmentation, are of concern. These need to be evaluated before you plan so many small sales. Assign Primitive Recreation to Roadless Areas 227 and 229. (WRC) The heads of Fools Inlet, Southeast Cove and East West [Earl West Cove?] should be in the Semi-primitive LUD to protect the anchorages and

EXHIBIT 4
33 78
L-247

undeveloped recreation areas. MA S25 should all be in Timber Production to allow for a sustainable, economic timber sale program: standards and guidelines and Best Management Practices are enough to protect the other resource values. (AFA, KPC) Except for some Scenic Viewshed or Modified Landscape along the ferry route, all of S25 should be in Timber Production: keep the harvest economic in these already-developed areas. (APC)

**Response:** MA S25 is all of Wrangell Island. The north portion of the island (Roadless Area 227) is all in Scenic Viewshed: it is surrounded by private or State lands. Other areas south of Wrangell and along the west side of the island are mainly allocated to Modified Landscape, Timber Production, and Old-growth Habitat. Most of the eastern shoreline and area around the mouth of Fools Inlet are allocated to a combination of Scenic Viewshed and Old-growth Habitat. The lands adjacent to the road system are mostly in Timber Production. Other lands in the interior are in Timber Production (including most of Roadless Area 229), except for Old-Growth Habitat in the vicinity of Thoms Lake. Southeast Cove is in Timber Production, as is most of Earl West Cove. In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas.

### Zarembo Island

**Comments:** Roadless area 237 should be in Primitive Recreation. (WRC) MA S19 should all be in Timber Production to allow for a sustainable, economic timber sale program: standards and guidelines and Best Management Practices are enough to protect the other resource values. (AFA, KPC) Except for some Scenic Viewshed or Modified Landscape along the ferry route, all of S19 should be in Timber Production: keep the harvest economic in these already-developed areas. (APC)

**Response:** This is MA S19, and is all in the Timber Production LUD except for the north, east and south shorelines (marine highway viewshed). The island has an extensive road system accessing suitable timber land, and a history of timber management. Roadless Area 237, roughly the southern third of the island, is mostly in Timber Production. There are two areas allocated to Old-growth Habitat in the southern half of the island.

### Honker Divide

**General Summary:** Most of the many commenters, including Greenpeace, the Audubon Society, and the Tongass Conservation Society, asked for protection for the area's roadless recreation values and opportunities (including a popular canoe route), old-growth habitat and fisheries. Many asked that the area have full ridge-to-ridge protection from further logging or roading (entire canoe route). Some felt that the "outstandingly remarkable" recreation and scenic values were not being adequately recognized; others see Honker Divide as the last large, uncut area on North Prince of Wales, with important wildlife habitat values. A few commenters felt that logging should continue in the area, most favoring some protection for the canoe route itself. Individual comments included:

I believe that many special areas across the Tongass need to be set aside [including] Honker Divide on Prince of Wales. These have all been identified by communities, and the wishes of those communities should be recognized. Areas like ... Honker Divide should be given absolute protection. I support protection of special places like Honker Divide here on POW Island.

I think we need at least one lengthy canoeable and kayakable lowland waterway on the Tongass which is not logged off and that waterway has to be the remnants of the Sweetwater-Thorne River System, the Honker Divide.

Habitat reserves, including ridge-to-ridge protection for Honker Divide ..., need to be extensive enough to guarantee protection of wildlife habitat as recommended by the biologists who studied these and other areas.

**Response:** Honker Divide is the name generally applied to the river system that flows south from above Thorne Lake into Thorne Bay (the Thorne River), and north from Honker Lake (also called Lake Galea) into Sweetwater Lake and Barnes Lake (between Coffman Cove and Whale Passage), with a narrow land "divide" between the two headwaters. This river system, including Sweetwater Lake, is recommended for inclusion in the National Wild and Scenic Rivers System as a Scenic and Recreation River. Several land use designations have been allocated to Honker Divide. A habitat reserve (Old-growth Habitat LUD) encompasses more than 80,000 acres of Honker Divide as a part of the wildlife viability strategy of the plan. No timber harvesting is scheduled in the old-growth LUD and roads will be located outside the area when feasible. Outside the Old-growth Habitat LUD, to the east and west, have been allocated to scenic viewshed and modified landscape, for which the primary emphasis is maintenance of the characteristics of the landscape. The "outstandingly remarkable" recreation and scenic values have been recognized. The area's roadless recreation values and opportunities will be protected with these allocations.

Following are more detailed comments (for comments about Wild and Scenic proposals for Thorne River and Hatchery Creek, see the Wild and Scenic section):

**Comments:**
- The Honker Divide area should be managed as a "special management area" (proposal submitted), especially for its recreational, wildlife and biodiversity values. This would include Primitive Recreation and Old-growth Habitat allocations, and no more logging. There is no such large, protected area between Karta and Calder-Holbrook. (TCS) Honker Divide should all be in LUD-II-type designations.
- This area, including Sweetwater and other lakes, is "among the most prolific wildlife areas in southern Southeast Alaska," of great regional ecological importance, and nationally significant. Honker Divide is especially deserving of protection for its unfragmented, productive and biodiverse habitat.
- All timber harvest and road building in VCU's 574, 575, 578 and 597 (east portion), and the majority of MA's K08 and K15, should halt. We are "prepared to defend" these areas. (GP)
- Some commenters felt that logging should proceed in the area, with protection for the river corridor. One proposed a 400-year rotation for the drainage and viewshed outside a 1/2-mile corridor, others use of the Modified Landscape or Scenic Viewshed LUD's.
- The canoe route should have a 1/2-mile corridor on each side, the rest can be in Timber Production LUD. The whole area should be in Timber Production. All of VCU's 552 and 573-575 should be in Timber Production. The area is not suited for roadless recreation, should be available for timber harvest, jobs and roaded recreation. Most of the Scenic Viewshed proposed is not visible from the rivers or lakes. There are many other "gigantic set aside areas" in all directions. (AFA, KPC)
- The Alaska Visitor Association (AVA) in 1996 proposed the following development in Honker Divide: hut to hut canoe system for 25 people, Backcountry lodge resort for 30 people.

**Response:** It should be noted that there has been some timber harvest in the area referred to as Honker Divide, the ridge to ridge definition. No timber harvest is scheduled for the vast majority of this area which is recommended for inclusion in the Scenic and Recreation River or contained in the Old-Growth LUD. The remaining periphery of this area has been allocated to LUD's such as scenic viewshed and modified landscape. Timber harvest and roads are allowed in these LUD's. In the areas allocated to scenic viewshed management activities will not be apparent to the casual observer in the near distance. In the middle to background, management activities will be subordinate to the landscape character. The area allocated to modified landscape will be managed for a variety of uses. Timber harvest is permitted, but will be subordinate in the near ground. In the middle and background, timber harvest activities will be managed to be compatible but may dominate.

EXHIBIT 4
Page 35 of 78
L-249

In addition the area at the northwest end of Honker Divide, have been allocated to old-growth LUD's. This area with inclusion of the Sarkar Lakes Remote Recreation area and part of VCU 549.2, Old-growth Habitat LUD, will improve landscape connectivity between Honker Divide and the north end of Prince of Wales Island all the way to Point Baker.

Honker Divide has been allocated to Old-Growth LUD, recommended as a Scenic and Recreation River, Scenic Viewshed and Modified Landscape and a portion of Timber Production LUD. The ROS class of primitive states the user will meet less than 3 parties per day, no other parties are within sight or sound of dispersed campsites or cabins. Maximum party size is generally 12 people. an site recreation developments do not exceed minimum site modification, rustic/rudimentary improvements for site protection only, except for public recreation cabins.

### Juneau area (except Mansfield Peninsula)

**General Summary:** Many letters received about the Juneau area, opposed the application of the Minerals Rx (or LUD) in the area. Mentioned in particular were the greater importance of scenic and recreation values, with which mining would conflict. Several local conservation groups (including Alaskans for Juneau, Audubon, Sierra Club, Taku Conservation Society, SEACC) stated strongly similar concerns. Specific areas such as the Eagle and Herbert Glacier trails, to the entire area from Pt. Bishop to Berners Bay, were mentioned for withdrawal of the LUD. (See also Minerals and Recreation sections of the Resource/Issue summaries.) Many commenters also opposed any timber harvest allocations (especially on Douglas Island and at Cowee Creek), citing recreation and hunting/subsistence conflicts. Goldbelt Corporation is concerned with the designations for the Echo Cove, Lemon Creek and Douglas Island areas, wanting them to be compatible with the possible development of their lands.

Additional comments on Juneau area mining and recreation included:
- recreation prescriptions and emphasis are more important around Juneau ("a state capital with a 1/4-million recreation visitors annually")
- the growing and long-term recreation values around Juneau will be more beneficial and lasting than any short-term gains from a "boom-bust" mining economy
- mining should not be allowed on/in any trails and recreation sites in the Juneau area (booklet "90 Short Walks Around Juneau" was included as a list by one group) (JSPB, TAKU); the entire area shown on the Juneau Recreation Road Guide (a map) should be managed for/designated as recreation, not mining
- specific areas most often mentioned where recreation values should take precedence were Eagle and Herbert Glacier trails and rivers, Spaulding Meadow, and the Point Bishop trail. Other areas include Windfall Lake, and the ocean shoreline from Tea Harbor north.
- one opposite opinion: "The Eagle River Mine and Herbert Glacier areas ... should be classified as areas in which minerals development in conjunction with hiking trail enhancement within the near future is encouraged."

The 1996 comments were similar to those above. One addition was a request to create a "wilderness jogging trail" from Bishop Point to Echo Cove.

**Response:** Most of the National Forest lands in the vicinity of Juneau have been allocated to the Semi-remote Recreation LUD to emphasize the numerous and varied recreation opportunities and scenic values of this area. Lands north of Eagle Beach to the Berners Bay Legislated LUD II area (near Echo Cove), at Pt. Bishop, and on southwest Douglas Island, have been placed in Scenic Viewshed to provide for scenic values while maintaining the option for timber management in the future (no sales are currently scheduled). The Minerals LUD is applied to most National Forest lands within the high-potential Juneau gold belt, but excluded from this LUD are the popular hiking trails (such as Eagle and Herbert Glacier trails and Pt. Bishop trail),

beach areas (Eagle Beach and Auke Rec.), and other recreation areas and facilities (such as Spaulding Meadows and Windfall Lake). In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas. The National Forest lands at Lemon Creek are also in Semi-remote Recreation. For more on the mining/recreation issue, please see responses in the Minerals and Recreation sections of the Resource/Issue comments.

Following are other comments on specific areas:

**Douglas Island**

>**Comments:** The National Forest land is important locally for recreation, hunting and food gathering, much more so than for its limited potential for marketable timber, and should be managed for Semi-primitive recreation (as a minimum). Douglas Island is on the ferry and cruise ship routes and thus an important tourist viewshed; logging would not be appropriate. How the National Forest land is designated here is important to Goldbelt Corporation, and will influence how they manage their lands. (GOLD)
>
>**Response:** All National Forest lands on Douglas Island are in Semi-remote Recreation, which will maintain recreation values and opportunities.

**Point Bishop**

>**Comments:** This is one of the few wild, trail-accessible seashores in the area. It should have no logging (or mining), is most valuable as a recreation place. The Pt. Bishop area should be managed as in Alternative B, except with Scenic Viewshed along the shoreline.
>
>**Response:** The Point Bishop area is in Scenic Viewshed, overlain by the Minerals LUD except for the Point Bishop trail. The Scenic Viewshed LUD will provide for scenic and recreation values while recognizing the development potential of the Juneau gold belt.

### Kuiu Island (including Rocky Pass)

**General Summary:** Kuiu Island, including the Rocky Pass area, received the most comments of any area on the 1990 DEIS, and many on the Supplement as well. Practically all the comments (including those from several representatives of the Kake Native community, Narrows Conservation Coalition, Sitka Conservation Society and Point Baker Community Council) were for protection (no logging) for specific portions of the island; the major concerns were for primitive recreation opportunities, scenic quality, subsistence uses, and fish and wildlife habitat. Concerns over salmon numbers, and the area's history of landslides, were also noted. The Rocky Pass area, and several bays of East Kuiu, were noted for their recreation values, especially kayaking. All or portions of South Kuiu, and bays of West Kuiu (including Bay of Pillars), were noted for a combination of wildlife habitat, old growth, and recreation and scenic values. Bays of North Kuiu, especially Security Bay (many commenters, including the City of Kake), were cited as highly important subsistence areas where too much development has already occurred. The Primitive Recreation and Old Growth Rxs or LUD's were most commonly requested (other than just "no logging"). A few commenters wanted logging to continue on Kuiu Island. Some requested that all areas not Congressionally set aside be placed in Timber Production: the "more restrictive" LUD's would force the areas into a below-cost situation; normal protective measures are enough to protect the resource values (AFA, KPC)

The summary above covers the 1996 comments with the exception of the additional comment that south Kuiu Island has several important anchorages providing protection from winter storms.

EXHIBIT 4
Page 37 of 78

L-251

**Response:** The land use designations for Kuiu Island, particularly the northern and eastern portions, reflect many of the above concerns in specific areas, although timber management (under the Timber Production LUD) remains the emphasis for much of the northern and eastern land base. Areas recognized for their scenic, recreation and/or subsistence values and uses include the west side of Security Bay, Kadake Bay, the Bay of Pillars, and the entire Rocky Pass area, most of which are in Semi-remote or Remote Recreation. The eastern coastline from Threemile Arm south has been allocated to Modified Landscape to provide for scenic and recreation values. In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas. Southern Kuiu Island, south of the new Kuiu Wilderness, is allocated to Semi-remote Recreation which will preclude any logging and protect the values people are most concerned about in that area.

Following are more detailed comments on specific areas:

**East Kuiu (including Rocky Pass)**

   **Comments:**
   - protect the east coast of Kuiu: a prime area for recreation (esp. kayaking); no more logging on East Kuiu (No Name Bay, Rocky Pass, Port Camden and south), protect the kayaking opportunities
   - the following areas are important for scenic quality and primitive recreation, and should be managed for those values: Rocky Pass, Port Camden, Three-Mile Arm, and No Name Bay
   - manage Rocky Pass as Primitive Recreation (NAS) or Old Growth (many commenters); manage Rocky Pass and Hamilton Bay in an equivalent-LUD II status (fish, wildlife, scenic & recreation values; exceptional kayak route); provide Old Growth (Rx) protection for Rocky Pass
   - preserve Seclusion Harbor and Salt Lagoon as natural areas
   - the following areas made Wilderness would combine with Tebenkof Wilderness "into a true jewel of the Tongass": Seclusion Bay (a remarkable tidal lagoon), Alvin, No Name and Reid Bays (and their VCU's)
   - "The Point Baker Community Council hereby resolves that East Kuiu Island must be given the land use prescription of OLD GROWTH or PRIMITIVE RECREATION" (VCU's 416-418). Cited are fishing, hunting, the migratory flyway and wintering habitat for waterfowl, and marbled murrellet concentrations. (PBCC)
   - other comments by VCU or MA:
   - MA's S9 and S12 should all be in Timber Production. (APC); area S12 should be LUD II or Wilderness
   - VCU's 416-418: preserve what remains of the old growth; VCU's 416-418 should be in LUD II-type prescriptions; manage VCUs 416-417 as Prim. Rec. or Old Growth Rxs: don't let what happened to the north end of Kuiu happen here (SCS); Scenic Viewshed is recommended for VCUs 416-19; no timber harvest in VCU's 419 and 420
   - retain VCU's 427-28 in LUD II (these are narrow fringes of land surrounding water); place VCU 428 in LUD IV to maximize timber harvest

   Most of these points were also mentioned in 1996.

   **Response:** The Rocky Pass area (southern 2/3 of MA S12, VCU 428) is allocated primarily to Remote Recreation to preserve the natural values and recreation opportunities. There is some Modified Landscape along the outer edges. Big John Bay and eastern Keku Strait (northern 1/3 of MA S12, VCU 427) are allocated to Semi-remote Recreation for the same reasons. The following bays and inlets (in VCU's 416-419, MA S9) are allocated to Modified Landscape to provide for scenic quality and recreation uses while allowing timber harvest: Threemile Arm, Seclusion Harbor and Salt Lagoon, No Name Bay, Alvin Bay and Reid Bay. The land between these and Tebenkof Bay

Wilderness is in Timber Production, except for Semi-remote Recreation at Alecks Lake. Port Camden and surrounding lands (VCU 420) are in Timber Production, except for Modified Landscape at the head of the bay. In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in the Salt Lagoon area: a leased proprietary camp with a capacity for 15 camp units and an overnight wildlife observatory with a capacity for 50 people.

**Response:** Much of this area is in a Timber Production or Modified Landscape allocation although the area to the north of Salt Lagoon and Seclusion Harbor is allocated to Old Growth Habitat. Developments of the type proposed would be quite limited if allowed at all in the Old Growth Habitat land allocation. They would, however, be compatible with the Timber Production and Modified Landscape land allocations. As with any development in any land allocation care would have to be taken to protect the existing resources.

**North Kuiu, including Security Bay and Bay of Pillars**

**Comments:**
- all north Kuiu bays and inlets, especially Rowan, Pillar, Tebenkoff and Kadake's, should be protected from timber harvest. (KTC); manage all of North Kuiu for Primitive Recreation (NCC)
- Seclusion Harbor: a beautiful place, with a unique inner bay/lake bordered by meadows. Cancel sale #29. Highly important subsistence and fishing area for the people of Kake: should have no more logging. (KTC)
- the following areas are important for scenic quality and primitive recreation, and should be managed for those values: Saginaw Bay and Bay of Pillars; provide Old Growth (Rx) protection for Bay of Pillars; manage Bay of Pillars in an equivalent-LUD II status (fish, wildlife, scenic & recreation values; exceptional kayak route)
- Security Bay: protect this area for subsistence use (they suggest a Wilderness designation), it is "the most important subsistence area left to the Village of Kake." (C-Kake); provide Old Growth (Rx) protection for Security Bay (the salt chuck and west shoreline in particular); Security Bay is important for subsistence (residents and Kake), commercial fishing and to Alaska Natives: it should have no more logging. "It is criminal what happened in Security Bay. We have two archeological sites, a State marine park, major subsistence streams for Kake Natives, several streams that are a must to the commercial and sport fishing interests, and private property."
- other comments by VCU or MA:
- all of MA's S4 and S5 should be in Timber Production. There's "no justification" for other classifications: continued development will extend the life of Rowan Bay. (APC); MA S5 should be in Primitive Recreation LUD; area S05 should be LUD II or Wilderness
- no timber harvest in VCU's 398, 399, 400, 402 and 421
- retain VCU 403 in LUD II (a narrow fringe of land surrounding water); Primitive Recreation is recommended for VCU 403; place VCU 403 in LUD IV to maximize timber harvest

**Response:** Many of the lands of north Kuiu Island, where considerable suitable timber is accessed by an existing road system, are currently being managed for timber harvest. This will continue under the Timber Production allocation for much of the area (MA S4, VCU's 398-402 and 421). The western and southern portions of Security Bay (VCU 400) are in Semi-remote Recreation, for the values commented on above, and also include the recommended Fall Dog Creek Wild River. The western coast of the Island adjacent to this (VCU 401) is in Semi-remote Recreation. The Keku

EXHIBIT 4    L-253

Page 39 of 78

Islets and Cornwallis Point are combined as the Keku Islets Geological and Natural Area (Special Interest Area LUD). Kadake Bay is all in Semi-remote Recreation, to emphasize recreation and subsistence values, and Kadake Creek is recommended as a Wild and Scenic River. The Bay of Pillars (MA S5, VCU 403) is in Remote and Semi-remote Recreation for its scenic and recreation values and uses.

**South Kuiu**

**Comments:**
- all of South Kuiu is important for scenic quality and primitive recreation, and should be managed for those values (WRC)
- South Kuiu is important to the residents of Port Alexander for hunting, fishing and camping - don't log it
- the following areas made Wilderness would combine with Tebenkof Wilderness "into a true jewel of the Tongass": Louise Cove, Table Bay, Cape Decision and Affleck Canal (and their VCU's) (see similar comment under East Kuiu)
- "The Point Baker Community Council hereby resolves that South Kuiu Island must be given the land use prescription of OLD GROWTH or PRIMITIVE RECREATION" (VCU's 410-412 and 414). Cited are fishing, hunting, the migratory flyway and wintering habitat for waterfowl, and marbled murrelet concentrations. (PBCC)
- other comments by VCU or MA:
- VCU's 413-415 should be in LUD II-type prescriptions; manage VCUs 411-414 as Prim. Rec. or Old Growth Rxs: don't let what happened to the north end of Kuiu happen here (SCS); Primitive Recreation is recommended for VCUs 410-14
- MA's S7 and S8 should be in Primitive Recreation LUD: this is prime country for that use ; MA's S07 & S08: add to adjacent Wilderness; manage as Wilderness; MA S7 should be in Timber Production: it's an excellent area for small sales (APC); areas S07-09 should be LUD II or Wilderness

The comments above are similar to those received in 1996. One addition was the following: "I am quite familiar with the anchorages on the south end of Kuiu. Many a winter gale and storm has been safely rode out... To consider logging...is unthinkable to me. The resulting wind pattern changes would surely make these safe havens no longer safe."

**Response:** Southern Kuiu Island, south of the new Kuiu Wilderness (which includes VCU's 408-409 and 415), has been allocated to the Semi-remote Recreation LUD. Timber harvest is not allowed under this allocation. The scenic, recreational, and wildlife values people are most concerned about should be maintained under this land allocation. This is all of the area in MA's S7 and S8, VCU's 410-414, and includes Louise Cove, Table Bay, Cape Decision and lower Affleck Canal.

### Kupreanof Island (except Rocky Pass and Wrangell Narrows)

**General Summary:** The Duncan Canal area received many comments, usually requests for protection, in the form of LUD II-type Rxs or LUD's, for specific areas along the canal. Recreation, scenic, wildlife and roadless values were the main reasons given. A few other areas of Kupreanof Island were mentioned, most with requests to protect wildlife, fisheries and old growth habitats; a few asked that timber harvest continue on the Island.

**Response:** The lands surrounding Duncan Canal in the north and west (not counting the Wilderness) are allocated primarily to the Semi-remote Recreation LUD, to protect the many scenic, recreation, wildlife and subsistence values of the area. Most other lands along the canal are in Modified Landscape or Scenic

Viewshed, which will provide for scenic and recreation values while allowing timber harvest. Between these coastal areas and the Rocky Pass area (see Kuiu Island) most of the Island's somewhat scattered concentrations of suitable timber are in the Timber Production LUD. The northeast shoreline, along the marine highway, is in Scenic Viewshed, with Modified Landscape and Scenic Viewshed around Portage Bay and near the private lands opposite Petersburg. In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas.

Following are more detailed comments on specific areas:

**Duncan Canal**

  **Comments:**
  - all of the shoreline of MA S13 (including the east side) should be in Semi-primitive LUD: need to preserve the important scenic and recreation values. Manage all of S13 as LUD II or Wilderness: it's a "valuable recreation resource." Manage S13 as Primitive Recreation (reasons: recreation uses, cabins and its proximity to Petersburg)
  - Duncan Canal and Salt Chuck must be protected: important for recreation, subsistence and wildlife values. Manage as in Alternative B. Upper Duncan Canal is the largest estuary in Southeast Alaska: its east shore should be in Primitive Recreation. (NCC)
  - give the strongest possible protection to Towers Arm
  - the following Duncan Canal areas should have LUD II-type prescriptions: VCUs 434-5 and 437-40. Apply Primitive Recreation LUD to VCUs 434-8 and 440.
  - protect the Castle River, and Duncan and West Duncan Canals, for their locally-important fisheries, hunting and recreation values
  - Castle River, and Kah-Sheets Creek and Lake, are important to Petersburg residents and for fish and wildlife habitat: manage for Primitive Recreation. (NCC)
  - Castle River is a favorite place: "Please keep your roads and Japanese owned timber corporations the hell away from this very special area."
  - manage Duncan Canal drainages for Old Growth Rx
  - there's "no justification" for Semi-Primitive along Duncan Canal (APC)

  The 1996 Comments reflected similar concerns as those stated above. An additional comment was that Castle River should receive Scenic River status to protect its recreational and fishery qualities, but not prevent logging in the upper drainages. It was also stated that Petersburg Creek/Duncan Salt Chuck Wilderness should be expanded south into Duncan Canal. Another suggestion was that instead of building new trails, cabins, etc. in the Wilderness to meet the needs of more visitors, development activities in undeveloped areas of Kupreanof should be restricted to account for the need and demand for natural settings on the island. Another comment asked that current structures be maintained adequately before new ones are built.

  **Response:** Most of the above concerns are reflected in the land use designations around Duncan Canal (the eastern portion of MA S13). In the north, the Duncan Canal salt chuck is already in Wilderness, and Towers Arm (a portion of VCU 440) is in Semi-remote Recreation. The western shore, including the lower Castle River and its bay (VCU 435), is also in Semi-remote Recreation, down to Little Duncan Bay. These designations will prevent logging and protect the scenic, recreation, wildlife and subsistence values of these areas. Inland areas to the north and south of Castle River (VCU 435) are in Modified Landscape, Little Duncan Bay is in Scenic Viewshed, and the eastern shoreline south of the Wilderness (west side of VCU's 437 and 439) is in Modified Landscape, allocations that will help maintain scenic and recreation values while providing for timber harvest. Kah Sheets Creek and Lake are recommended as a Wild and Scenic River; Kah Sheets Bay and areas inland are in Semi-remote Recreation (VCU 434). The proposed LUDs on Kupreanof will provide for many natural settings. Maintenance of existing recreation facilities is a priority for management.

EXHIBIT 4
Page 41 of 78

L-255

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development: hut to hut canoeing between Towers Arm in Duncan Canal and the Hamilton Bay on the west side of Kupreanof Island with a daily capacity of 25 people.

**Response:** This area is allocated to a combination of Old-Growth Habitat and Semi-Remote Recreation on the Towers Arm side and Timber Management and Old-Growth Habitat on the Hamilton River side which is already roaded. A network of huts along these two rivers would be compatible with these land allocations.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Totem Bay: hut to hut canoeing with a daily capacity of 25 people.

**Response:** This area is allocated primarily to Timber Management with some Semi Remote Recreation on the small islands just off shore as well as in the adjacent Kah Sheets Bay. Hut to hut canoeing is consistent with this land allocation. Timber harvest may also occur in this area, but would likely have minimal impact on the potential for recreation. This part of Kupreanof Island is rather flat so timber harvest would not likely be visible from the water. The 1,000 foot beach buffers and scattered nature of the timber in this area would further isolate the timber harvest from areas most likely visited by recreationists.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Castle River: a day use wildlife observatory with a capacity of 25 people.

**Response:** This area is allocated to Semi Remote Recreation and a wildlife observatory would be compatible with this land use allocation.

### Lindenberg Peninsula

**Comments:** No LTF in VCU 446: the area is used heavily by whales and is on the ferry route. The portions of those areas seen by Petersburg residents should be spared from logging. Give the strongest possible protection to Five-Mile Creek, and Petersburg Creek and Mountain. Defer harvest plans for Lindenburg Peninsula for 10-15 years.

1996 Comments: Duncan Pass is a valuable area for wildlife as well as humans. The loop trail offers the only long-distance loop trail in Southeast Alaska. The trail and its associated viewshed should be off-limits to further logging and road construction. Additional visual impacts to Wrangell Narrows and Duncan Canal are unacceptable.

**Response:** Areas in the north along Frederick Sound, including Five-Mile Creek, are in the Scenic Viewshed LUD, with the land adjacent to the City of Kupreanof (Petersburg Mountain) in Semi-remote Recreation. (Petersburg Creek is already in Wilderness, and is also being recommended as a Wild River.) One sale is scheduled for the northern peninsula in the next decade; a decision on the proposed LTF will be made at that time. The Duncan Pass portion of the "loop trail" is no longer maintained and not an official Forest trail. It never actually connected with the Portage Mt. Loop Trail to the north. There was about a 6-mile gap on the west side.

The proposed management of the seen area along Wrangell Narrows is Scenic Viewshed which is intended to maintain scenic values along the travel corridor. The vast majority of land along the Wrangell Narrows on Mitkof Island is national forest land. Visual sensitivity or "sensitive viewpoints"

are established based upon the degree of concern, use volume, duration of view, and other similar factors.

See also the following response.

**Other areas**

   **Comments:**
   - MA S10 should be managed for visual quality and wildlife habitat; manage the drainages from Bohemia Basin for Old Growth Rx: wildlife habitat values and little decent timber
   - no logging was also requested for the smaller islands in Frederick Sound, including Turnabout; Turnabout and Porpoise Islands are too small to log without drastic impacts; Turnabout Island is a harbor and a landmark: it shouldn't be logged.
   - there should be no road connection between Petersburg and Kake. A road would result in many adverse effects to the Kake and Kupreanof communities. (C-KP) There should be no road connection between Portage Bay or Petersburg and Kake. Tie Kake to Duncan Canal with a road system (this would require "hard money," but some timber pockets could be developed "along the way") (APC)
   - everything west of Duncan Canal not Congressionally set aside should be managed for Timber Production: don't put the areas into a below-cost situation by "more restrictive" classifications. (AFA, KPC)
   - MA's S11 and S13 should all be in Timber Production: develop them for timber and roads. (APC)
   - Visual-Timber Rx for VCUs 430-433.

The 1996 comments were similar to the above.

**Response:** The eastern portion of MA S10 is discussed under Lindenberg Peninsula above. There is one sale scheduled for the Bohemia Basin area over the next decade. Turnabout Island is allocated to Semi-remote Recreation. The central and southern portions of Kupreanof Island (most of MA's S11, S13 and S20 west of the Duncan Canal allocations) are mainly in Timber Management, and there are several independent timber sales scheduled there over the next decade. A potential road connection between Kake and Petersburg has been identified by the State of Alaska, and is recognized by the Transportation and Utility Corridors LUD. The State has no development proposal at this time.

### Lynn Canal (See also Chilkat Peninsula, Juneau area, Mansfield Peninsula)

**General Summary:** Most general comments about Lynn Canal (commenters included Lynn Canal Conservation and Juneau Sierra Club) requested non-timber harvest Rxs or LUD's for most areas, and some wanted proposed Semi-primitive areas changed to Primitive Recreation or Old Growth. The main reasons given were recognition of the important hunting and hiking uses, and to preclude future road development or possible timber salvage. Many felt that logging in this area (and further south along the marine highway) was not compatible with the spectacular scenery. Berners Bay and Sullivan Island were the areas most often mentioned. One commenter felt the entire west shore of Lynn Canal should be developed for timber harvest and motorized recreation, and to allow a north-south road connection. (APC)

The 1996 comments are similar to those above. Additional comments about Lynn Canal called it "the great tourist and scenic corridor in Southeast Alaska" and "one of the most spectacular water corridors in the world."

EXHIBIT 4
Page 43 78
L-257

# Appendix L

**Response:** The shoreline of the west side of Lynn Canal is in Semi-remote Recreation and Scenic Viewshed. It is Modified Landscape behind Sullivan Island. On the east side, the shoreline at and just north of Berners Bay is in Modified Landscape, then in Semi-remote Recreation all the way to Skagway. All of these allocations recognize the importance of the scenic qualities of Lynn Canal (marine highway and cruise ship route), and the recreational uses of the bays and inlets. The Modified Landscape allocations are made to facilitate possible mineral development while providing for scenic quality; the Minerals LUD is also applied to the high-potential mineral tracts in these two areas. Inland from these areas on the west side the land is allocated to Semi-remote Recreation, and on the east side to Remote Recreation. Much of Berners Bay is now in the Legislated LUD II LUD; Sullivan Island is in Semi-remote Recreation. The Transportation and Utility Systems LUD is overlain on the above LUD's on both sides of the Canal to recognize the potential for a transportation route identified by the State of Alaska. The State has no proposals for development of such a route at this time.

Following are more detailed comments on specific areas:

**Berners Bay**

>   **Comments:** This is a unique river valley with spectacular scenery, high bald eagle concentrations, and considerable recreation use. The LUD designations of Alternatives A and P are good, but remove the Minerals LUD. (See also Wild and Scenic River comments.) Berners Bay should have no Minerals LUD, no timber harvest LUD's, and no roads. (FBB, SC-J)
>
>   The 1996 comments are similar to those above, and call for protection of the complete Berners Bay area, not just the LUD II area. One commenter requested that Sawmill Creek be designated as LUD II.
>
>   **Response:** The Legislated LUD II LUD covers the interior portions of Berners Bay, including much of the Berners and Lace Rivers, and the mouth of the Antler River. This will of course protect the scenic and wildlife features and recreation opportunities. The northwest portion, which includes the Kensington minerals tract, is in Modified Landscape, overlain with the Minerals LUD, to facilitate mining development while recognizing the scenic and recreation values of this and adjacent areas. No roads are planned for the area, except in connection with minerals development. See previous response for discussion of transportation routes. That portion of Sawmill Creek located on National Forest System lands is within the Berner's Bay LUD II area.
>
>   **Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for North Side Berners Bay, Pt. St. Mary's, Slate Cove: Day-use recreation (150 or more), leased proprietary camp (15 P/S).
>
>   **Response:** This AVA site includes both Old Growth Habitat and Modified Landscape LUDs. The stated activities are generally allowable in these LUDs. The stated activity levels exceed guidelines for day use facilities in an Old Growth Habitat LUD.
>
>   **Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following developments for the Upper Berners Bay drainages/Juneau Icefields: Backcountry recreation lodge (50/100), hut to hut hiking, skiing, rafting, kayaking, canoeing (25), heli-hiking/skiing (10/20/30), leased proprietary camp (15), equipment storage facility (500/1000), flight-seeing landings (10/150), boardwalks, paths and trails.
>
>   **Response:** This AVA site includes TTRA LUD II as well as Remote Recreation, Semi-Remote Recreation and Scenic Viewshed LUDs. The stated activities and activity levels are generally

L-258

Page 44 of 78

allowable in Semi-Remote Recreation (lodge as an enclave) and Scenic Viewshed LUDs except for flight-seeing landings which are limited to 100 per day. While all stated activities would also be allowable in TTRA LUD II, the stated activity levels for the backcountry lodge and flight-seeing landings exceed allowable levels.

### Sullivan Island

**Comments:** Several requests for protection from logging (some for "permanent" protection as Wilderness), citing deer hunting (importance to Haines community), scenic quality (ferry and air routes), and recreation uses. Sullivan Island is the only deer hunting place in upper Lynn Canal and for the residents of Haines; it is a "spectacular old growth area," used for hunting and Primitive recreation, and should be preserved from logging for use by the general public. Sullivan Island should be managed for scenic quality: it's a popular anchorage and on the ferry route, and deserves protection. Some felt the proposed Semi-primitive Recreation designation (1991 Supplement) should be changed to Primitive to exclude the possibility of road building in the name of salvage logging.

The 1996 comments are similar to those above.

**Response:** All National Forest land on Sullivan Island has been allocated to the Semi-remote Recreation LUD, which will fully protect the hunting and other recreation values of the island, its old growth, and its scenic quality. Road construction in a Semi-remote Recreation LUD is only allowed for access across it to adjacent designations, and would not be allowed for salvage logging or other activities within the LUD.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for the West Coast of Lynn Canal and Sullivan Island: Boardwalks, paths and trails (A&B), Backcountry recreation lodge (100), leased proprietary camp (15 P/S), Day use recreation area (150).

**Response:** This AVA site is located within a Semi-Remote Recreation LUD. The stated activities and activity levels are generally allowable in this LUD. Enclaves of concentrated use are allowable in a Semi-Remote Recreation LUD.

### Westside of Canal

**Comments:** The Chilkat Range should not be developed for timber harvest: it has high scenic value, and is important wildlife habitat. The eastside of the Chilkat Range should all be in Primitive Recreation. Protect Boat Harbor: it is a Marine Park and popular recreation area. Manage the coast, Pt. Howard to St. James Bay, as in Alternative B but with a wider Semi-primitive zone: this area has high scenic and roadless values, and many good small boat anchorages.

**Response:** As mentioned above, the westside of the Canal is primarily in Semi-remote Recreation and Scenic Viewshed along the shore (with Modified Landscape in the north), and in Semi-remote Recreation inland. The Scenic Viewshed LUD will provide for the scenic and recreation values of the shore areas, bays and inlets while also maintaining the option for future timber harvest. No timber sales are scheduled north of the Chilkat Peninsula over the next decade. The National Forest lands of the bays mentioned are all in Scenic Viewshed.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Endicott River: Backcountry recreation and lodge (50), Boardwalks, paths and trails, leased proprietary camps (15 P/S).

EXHIBIT 4    L-259
45 of 78

**Response:** This AVA site is located partially within a Semi-Remote Recreation LUD and partially within a Scenic Viewshed LUD. The stated activities and activity levels are generally allowable in both LUDs.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development near St. James Bay: Boardwalks, paths and trails, heli-hiking, heli-skiing (50), backcountry recreation lodge (100), leased proprietary camp (15 P/S), day-use recreation (150).

**Response:** This AVA site is located partially within a Semi-Remote Recreation LUD and partially within a Scenic Viewshed LUD. The stated activities and activity levels are generally allowable in Semi-Remote Recreation and Scenic Viewshed LUDs.

**Eastside of Canal**

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Katzahin River/Meade Glacier: flight-seeing landings (25), Hut to hut hiking, rafting, skiing (25), leased Proprietary Camp (15 P/S), Backcountry recreation lodge (50), Heli-hiking/skiing (10/20/30), equipment storage facility (500/1000)

**Response:** The Katzehin River traverses two different TLMP Land Use Designations (LUDs); Semi-Remote Recreation and Remote Recreation with a portion of the river within a Wild River LUD. The Meade Glacier is located within the Remote Recreation designation. The stated activities and activity levels are generally allowable in a Semi-Remote Recreation LUD as enclaves. The stated activity levels exceed guidelines for flight-seeing and permanent overnight facilities in Remote Recreation and Wild River LUDs.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Eagle Point and north 15 miles along the coast: Kayaking, backcountry recreation lodge (50), hut to hut hiking (25).

**Response:** This AVA site includes Old Growth Habitat and Scenic Viewshed LUDs. The stated activities are generally allowable in Old Growth Habitat and Scenic Viewshed LUDs. The stated activity levels are allowable as enclaves in Semi-Remote Recreation LUDs, but exceed guidelines for lodges in the Old Growth Habitat LUD.

### Mainland: Port Houghton, Cape Fanshaw and Farragut Bay

**General Summary:** Most of the over 100 commenters on these areas cited the recreation, tourism and scenic values of Cape Fanshaw, Farragut Bay, Port Houghton and/or Sandborn Canal, and desired more protection for these qualities and no timber harvest. Many Petersburg residents, the Narrows Conservation Coalition, and the Juneau Sierra Club mentioned the importance of these areas for fishing, recreation and subsistence. Others felt that these high-use areas, with many popular anchorages, should have non-development LUD's assigned, not timber harvest LUD's.

**Response:** The portions of these mainland areas facing Stephens Passage and Frederick Sound have been allocated to the Scenic Viewshed LUD, to provide for scenic quality along the marine highway and cruise ship routes, or to the Old-growth Habitat LUD. This includes all of Cape Fanshaw, where both LUD's will also help maintain the recreation setting and values. The Port Houghton area, which contains good timberlands, is

mainly allocated to Timber Production inland, but the salt chuck, Sanborn Canal, and the shoreline areas are in Scenic Viewshed to provide for scenic and recreation values, or Old-growth Habitat. Farragut Bay (MA S2) is allocated to Semi-remote Recreation.

Following are more detailed comments on specific areas:

**Cape Fanshaw (and Bay)**

> **Comments:** This area is viewed from the cruise ship line, and is a major anchorage, recreation place, and commercial fishing area: it shouldn't have any timber harvest. Fanshaw Bay is highly important as an anchorage for recreation and commercial boats, and for its scenic values and whale watching: save it for tourism and the future. Fanshaw is important to the moose and deer populations of lower Farragut River, and to offset the losses of habitat at Hobart Bay. "In addition to the Alternative A allocations," no timber harvest in VCU's 85, 86 and 89. MA S1 should have LUD II-type allocations. Don't build the LTF proposed inside Fanshaw: it's a stupid place, the scenic values and crab habitat are more important.
>
> **Response:** As mentioned above, most of Cape Fanshaw (VCU 85), including the bay, is in Scenic Viewshed or Old-growth Habitat, which will provide for scenic and recreation values. This allocation extends southward along the shoreline down to and including the North Arm of Farragut Bay (VCU 89). Inland from this in VCU 86 is Modified Landscape, and in VCU's 87 and 89 Timber Production. The Cape Fanshaw Research Natural Area is also in VCU 85. The preceding comprises MA S1. Any decision to build an LTF in Fanshaw Bay would be made during site-specific timber sale planning, after an analysis of potential environmental effects.
>
> **Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Cape Fanshaw: day use recreation with a capacity of 2,800 visitors per day.
>
> **Response:** This area is allocated to old-growth habitat which will protect the values which make it attractive to recreationists. Minor recreation and tourism developments may be compatible with this land allocation but would have to be evaluated on a case by case basis. Depending upon the facility and anticipated activities, a capacity of 2,800 may conflict with the objective of maintaining old-growth habitat.

**Farragut Bay**

> **Comments:** Why was Farragut Bay taken out of LUD II (1991 SDEIS): there should be no cutting there. It's a unique place: large waterfowl populations, many salmon, moose and bear hunting. The timber values are low, and concentrated on the river edge where harvest would be detrimental; the slopes appear to have unstable soils. It has many tourism and recreation values: should continue to be managed in a LUD II-type way; MA S2 should have LUD II-type allocations. If Fanshaw is managed for timber (LUD III-type), then the boundary between it and Farragut Bay (S2) should be moved so that the north arm of Farragut Bay is in LUD II to protect herring spawning and the seal haul-out. Logging and an LTF would adversely impact the seals. Allocate this area to the Timber Production LUD: Scenic Viewshed is too restrictive, will mean economic problems for timber harvest. (AFA, APC)
>
> **Response:** Farragut Bay (all of MA S2) has been allocated to Semi-remote Recreation to recognize and protect the many values mentioned above. The Farragut River is recommended as a Wild River. The North Arm of the bay (VCU 89 in MA S1) is in Scenic Viewshed, which will provide for scenic and recreation values. Any decision to build an LTF in the North Arm would be made during site-specific timber sale planning, after an analysis of potential environmental effects.

exhibit 4       L-261
page 47 of 78