# Kuiu Timber Sale Area

## Draft Environmental Impact Statement

**Tongass National Forest
USDA Forest Service
Alaska Region**

Lead Agency: USDA Forest Service
Tongass National Forest
648 Mission Street
Ketchikan, AK 99901

Responsible Official: Forrest Cole,
Forest Supervisor
Tongass National Forest

For Further
Information Contact:
Kris Rutledge, Planning Team Leader
Tongass National Forest
P.O. Box 1328
Petersburg, Alaska 99833
(907) 772-5905

Abstract: The Tongass National Forest proposes to harvest timber and build associated temporary roads in the Kuiu Timber Sale Area on Kuiu Island. This EIS examines one no-action alternative and four action alternatives with a range of harvest levels from approximately 14.6 to 42.6 million board feet (mmbf) of timber. Alternatives consider both clearcut harvest and partial harvest methods. One alternative includes some helicopter yarding. All alternatives include the choice of two log transfer facilities (LTF), one of which would require reconstruction. All action alternatives include reducing the number of miles of open road in the project area. Options for the location, size and habitat composition of three small old-growth habitat reserves are considered.

EXHIBIT 6
Page 1 of 54

# 3 Environment and Effects

Table 3 - 1. Kuiu Island roadless areas

| Roadless area | Roadless area number | Non-development acres[a] | Development acres | Total acres in roadless area |
|---|---|---|---|---|
| Keku | 239 | 3,062 | 8,108 | 11,170 |
| Security | 240 | 26,104 | 9,393 | 35,497 |
| North Kuiu | 241 | 734 | 8,810 | 9,544 |
| Camden | 242 | 8,095 | 32,300 | 40,395 |
| Rocky Pass[b] | 243 | 73,961 | 5,142 | 79,103 |
| Bay of Pillars | 244 | 27,782 | 946 | 28,728 |
| East Kuiu[c] | 245 | 16,711 | 29,684 | 46,395 |
| South Kuiu | 246 | 63,063 | 0 | 63,063 |
| Total Acres | | 219,512 | 94,383 | 313,895 |

[a] Forest Plan allocation
[b] Includes acres on both Kuiu Island and Kupreanof Island
[c] Includes some small islands off the coast of Kuiu Island

### 3.2.3.2 Roadless Areas

Portions of two roadless areas and three smaller unroaded areas lie within the Kuiu Timber Sale Area (Table 3-2 and Figure 3-2). The roadless areas are: North Kuiu Roadless Area (#241) and Security Roadless Area (#240). These roadless areas lie near the existing road system. Although infrequent, sights and sounds of vehicles traveling this existing road system may occur. These noises are temporary and of short duration.

Table 3 - 2. Acres of roadless areas within the Kuiu Timber Sale Area

| Roadless area | Total roadless area (acres) | Roadless area acres within project area |
|---|---|---|
| North Kuiu (#241) | 9,544 acres | 9,544 acres |
| Security (#240) | 35,497 acres | 134 acres |

### 3.2.3.3 Security Roadless Area #240

The Security Roadless Area is located on the northwest side of Kuiu Island, approximately 15 air miles southwest of Kake and about 50 air miles west of Petersburg. Chatham Strait lies to the west, Security Bay to the northeast, and Frederick Sound to the north.

Approximately 134 acres of the Security Roadless Area are within the project area. No activities are proposed within this roadless area; therefore, this roadless area will not be discussed further in this EIS. Additional information on the Security Roadless Area is available in the Roadless Area Analysis located in the project planning record.

### 3.2.3.4 North Kuiu Roadless Area #241

The North Kuiu Roadless Area is located near the center of the northern portion of Kuiu Island. Roads surround the area and provide access to Rowan Bay (Figure 3-1). Petersburg is approximately 40 air miles from the roadless area. Kake, the nearest town, is located approximately 10 air miles away on Kupreanof Island.

The following discussion relates to the Forest Plan SEIS. The values discussed below have been identified as key characteristics of roadless areas in the National Forest System. This discussion evaluates the North Kuiu Roadless Area using these national criteria.

#### *Wilderness Potential*

The North Kuiu Roadless Area is unmodified; however, its overall appearance is affected by its irregular shape and the patterns of development surrounding the area, such as adjacent timber harvest and roads.

There are no special attractions or features in this roadless area and no known significant or unique features or values.

#### *Opportunity for Solitude and Serenity*

The opportunity for solitude is low and the opportunity for primitive recreation is moderate in this roadless area. Vehicle traffic occasionally passes nearby and may be heard and seen from within the roadless area. Most of the roadless area is within one mile of a road.

#### *Scenic Values*

The area is unmodified; however, its overall integrity is not pristine. The irregular shape of the area, patterns of adjacent timber management and roading have affected the natural appearance of the landscape. The roadless area contains no landscapes considered distinctive for the character type from a scenery perspective.

EXHIBIT 6
Page 3 of 54

# 3 Environment and Effects

### Fisheries

The roadless area contains primarily Class III headwater streams (see the Fisheries section in this chapter for stream class definitions). Pink and chum salmon spawning habitat is limited to the lower portions of the watershed where a lower-gradient floodplain channel is present. A population of deer and black bear range over the area, as do some moose.

### Vegetation

All of the North Kuiu Roadless Area lies within the boundary of the Kuiu Timber Sale Area. There are 9,456 acres of mapped forest lands in the roadless area, approximately 90 percent of which is productive old-growth. Of the productive old-growth acres, approximately 5,932 acres, or 63 percent, are mapped as high-volume old-growth forest. The productive old-growth includes about 3,408 acres of high-volume, coarse-canopy old-growth. There is no mapped second growth due for harvest (Forest Plan SEIS p. 241).

### Management Direction and Current uses

The majority of this roadless area, 92 percent, was allocated to the Timber Production LUD. Approximately eight percent of the roadless area was allocated to non-development LUDs (Table 3-3).

There are no developed recreation sites in the roadless area. Deer hunting is the primary recreational use. There is some subsistence use in the area; most use is concentrated along the road-accessible areas outside of the roadless area.

Table 3 - 3. North Kuiu Roadless Area LUDs

| LUD | Acres of LUD in roadless area | Percent roadless area |
|---|---|---|
| Timber Production | 8,810 acres | 92% |
| Old-growth Habitat Reserve | 385 acres | 4% |
| Recreational River | 349 acres | 4% |
| Total | 9,544 acres | 100% |

EXHIBIT 6
Page 4 of 54

### Recreational Values

Tourism has been increasing in Southeast Alaska and is expected to continue increasing. North Kuiu Roadless Area is relatively close to Kake, which has Alaska Marine Highway ferry service. A very small portion of Kadake Creek, a Recreational River, lies in the northeast portion of the North Kuiu Roadless Area. There is little potential for outfitter and guide permits given the difficulty in accessing the area and the habitat conditions.

There are no recreation places in the North Kuiu Roadless Area.

### Biological Values

The vegetation within the North Kuiu Roadless Area is typical of Southeast Alaska. Most of the area is covered with a mosaic pattern of temperate rainforest and muskeg (see the Timber and Vegetation, and Soils sections in this chapter).

Roadless areas have value as habitat for wildlife species with large home ranges such as wolf or black bear. The home range of a typical wolf pack is about 50,000 acres. The roadless areas, in conjunction with the rest of Kuiu Island, provide habitat for wolves and bear (see the Issue 2 – Wildlife Habitat and Subsistence Use in this chapter).

The only federally listed threatened or endangered species likely to occur within or adjacent to the roadless areas are the humpback whale (endangered) and the Steller's sea lion (threatened). Both of these species are found in adjacent marine waters. Three Forest Service Region 10 Sensitive Species are suspected or known to occur within the area; trumpeter swan, Peale's peregrine falcon, and the Queen Charlotte goshawk. Trumpeter swans nest in the lowlands on small lakes and along large rivers and winter in ice-free areas throughout the Tongass. Peale's peregrine falcons nest on cliff faces and islands and feed primarily on seabirds. Queen Charlotte goshawks are closely associated with productive old-growth.

Twelve sensitive plant species are known or suspected to occur in the Petersburg Ranger District. Botanical surveys were conducted in representative habitats within and around the project area and no threatened or endangered plant species were located. Two sensitive plant species are known to occur on Kuiu Island (*Poa laxiflora* and *Glyceria leptostostachya*). *Poa laxiflora* is known to occur within the project area (see the Threatened, Endangered, and Sensitive Species section this chapter).

EXHIBIT 6
Page 5 of 54

# 3 Environment and Effects

### Cultural or Historical Values

The North Kuiu Roadless Area lies within the traditional territory of the Kake Tlingit. There are no known cultural resource sites in the roadless area, although some subsistence use probably occurs in the area via access by existing roads that surround the project area.

More recent history includes black bear and deer hunting, and timber sales in the adjacent roaded areas.

### Research Values

The area contains no known features of special interest other than two bands of karst. The mapped karst resources encompass approximately 2,270 acres or 24 percent of the roadless area. The area does not include any Potential Research Natural Areas and has not been identified for any other scientific purpose.

### 3.2.3.5 Unroaded Areas

In addition to analyzing roadless areas, the Forest Plan SEIS also identified unroaded areas with fewer than 5,000 acres. These unroaded areas are divided into two categories: areas greater than 1,000 acres but less than 5,000 acres in size and areas less than 1,000 acres in size.

The Kuiu Timber Sale Area has three unroaded areas between 1,000 acres and 5,000 acres in size (Figure 3-1).

- Unroaded area 1 is 2,412 acres in size and is located in the southern portion of the project area. It is surrounded on all sides by previously harvested units and logging roads. There are no managed stands within this area.

- Unroaded area 2 is 3,302 acres in size and is located in the northeastern portion of the project area. It is bounded on one side by the ocean and on the other three sides by logging roads and previously harvested units. There are no managed stands within this area.

- Unroaded area 3 is 3,009 acres in size and is located in the northernmost tip of the project area. This area is a rough half circle with the rounded portion bounded by ocean and the other edge bounded by logging roads. Approximately 88 acres were harvested between 1985 and 1999.

There are no proposed timber harvest units or roads in any of the unroaded areas less than 1,000 acres in size within the project area; therefore, these areas will not be analyzed further in this EIS.

EXHIBIT 6
Page 6 of 54

# 3.3 Issue 2 – Wildlife Habitat and Subsistence Use

### 3.3.1 Introduction

This issue relates to changes in wildlife habitat including wildlife travel corridors, critical winter range, and the effect of road densities to wildlife and the availability of various species, particularly deer, for subsistence hunting on Kuiu Island in general and within the project area specifically.

The Forest Plan conservation biology strategy includes a forest-wide network of large, medium, and small old-growth habitat reserves (OGRs). Both the location and habitat of the small old-growth habitat reserves and the connectivity, location, and habitat quality of the corridors linking these reserves are important components of the strategy.

The reduction of high value winter range (high volume, old-growth forest below 800 feet elevation) for Sitka black-tailed deer due to the combined effects of previous and proposed timber harvest and road building may have adverse effects on the availability of deer for subsistence hunting and may result in a significant possibility of a significant restriction to subsistence hunting opportunities.

Current open road densities in the project area are 0.78 mile per square mile. Roads at these densities may adversely affect wolf populations.

Subsistence is an Alaska concern and a right protected by law. It is a significant issue that can be addressed within the wildlife issue.

This evaluation addresses the potential effects of harvesting suitable timber from the northern portion of Kuiu Island, on subsistence use of and wildlife habitat for Sitka black-tailed deer, black bear, marten, and the Alexander Archipelago Wolf.

#### 3.3.1.1 Units of Measure

Connectivity will be analyzed through the effectiveness of the Forest Plan conservation biology strategy and the network of large, medium, and small old-growth habitat reserves within northern Kuiu Island.

The existing Forest Plan small old-growth habitat reserve values will be compared to the interagency recommendations.

Effects of harvest on Sitka black-tailed deer habitat will be compared by using acres of high value deer winter range affected by alternative.

Open road densities will be analyzed by comparing the effect of road densities in each alternative to the known effects to bear and wolves.

EXHIBIT 6
Page 7   54

# 3   Environment and Effects

Comparison of alternatives uses the deer winter range model and analyzes effects of road densities to bear and wolves. Effects are related to the location, aspect, elevation, harvest method, and timber type of stands harvested.

## 3.3.2 Biodiversity

Biodiversity is a measure of the variety of all the plant and animal communities and species within an area, including the ecological processes that lead to maintenance of well-distributed viable populations of species. Habitat refers to the environment in which a species lives and thrives. Wildlife species may occupy one distinctive habitat type, a range of different habitats, or may change habitats seasonally.

The Tongass National Forest provides habitat for a variety of plant and animal species. The conifer forests of Southeast Alaska are divided into ten forest cover types and 57 plant associations (Forest Plan FEIS Part 1, pages 3-12 and 3-13). Approximately 54 species of mammals, 231 species of birds, and five species of amphibians and reptiles live in Southeast Alaska. An additional 18 species of marine mammals inhabit the offshore marine environment. About 45 other species of birds and three species of amphibians or reptiles are considered casual or accidental visitors to Southeast Alaska (Forest Plan FEIS Part 1, page 3-351).

There are over 500 species of lichens on the Tongass across all habitats (Geiser et al. 1998). At least one species (*Lobaria oregana*) could be used as an important indicator of normally functioning late successional forests at the stand level (Dillman 2003).

## 3.3.3 Habitat Connectivity

The old-growth forest habitat within the Kuiu Timber Sale Area occurs in landscape patterns of naturally-fragmented old-growth forest, muskeg, and forested wetlands. The majority of forest types in Southeast Alaska are not a continuous sea of "old-growth"; many are in different stages of stand development (Oliver and Larson 1996, Kramer 1997). A variety of successional pathways exist on wind-exposed landscapes (Nowacki and Kramer 1997, Kirchhoff and Thomson 1998). On Kuiu Island, as much as 30 percent of the forests may never reach late-seral stages because of the frequent, catastrophic wind storms (Bormann and Kramer 1998). Areas topographically protected from windstorms on Kuiu Island consist of about 35 percent of the forested area and these have a wide range of disturbance intensity and frequency (Bormann and Kramer 1998). The remaining 35 percent of forests may develop, after small-scale and partial or complete stand-replacement disturbances, into mid- to late-seral stages (Borman and Kramer 1998), better known as the understory reinitiation stage of stand development (Oliver and Larson 1996). It is estimated that medium to high-intensity windthrow has occurred on

EXHIBIT 6
Page 8 of 54

Issue 2: Wildlife Habitat and Subsistence Use **3**

approximately 20 percent of the productive forests on Kuiu Island (Kramer 1997, Jorgensen 1999, and Kramer et al. 2001).

Past timber harvest activities have resulted in additional fragmentation within some of the old-growth habitat areas. In contrast to fragmentation from natural disturbance events, where broken or fallen trees remain to contribute to the overall functioning of the old-growth habitat, timber harvest removes much of the wood biomass from an area. This old-growth habitat fragmentation, combined with the proposed harvest for this project, may have adverse effects on some old-growth associated wildlife species. Too much fragmentation could make an area unsuitable for some species in the short term, and could affect the ability of some species to travel between the remaining areas of old-growth habitat.

Landscape connectivity is the degree to which the landscape facilitates or impedes movement among habitat patches or the functional relationship among habitat patches (Tischendorf and Fahrig 2000). Connectivity does not necessarily mean that old-growth habitat areas need to be physically joined for all species, since many old-growth associated species across the Tongass can move or be carried across areas not in old-growth conditions (Forest Plan FEIS Part 1, p. 3-33). However, the Forest Plan also recognized that for species with limited dispersal capabilities, such as lichens, fungi, bryophytes, plants, and small-bodied animals, the corridors may be the only linkage between habitats and therefore need to function as breeding habitat. In these instances the habitat quality of these corridors is of utmost importance. Wider corridors are considered to be more effective at facilitating species movements. A functioning corridor should be continuous, maintaining a minimum width along its entire length. The corridor must also contain suitable habitat for the species that are expected to move within it.

The definition of a corridor and its function can vary according to the species that use it. Forested muskeg may act as a corridor for mobile species with less affinity to old-growth forest, whereas roads may act as corridors for wolves during winter. Productive old-growth stands provide corridors for species, such as marten, that do not use open landscapes (Suring et al. 1992), and small bodied animals that are not highly mobile (Pardini et al. 2005).

This analysis looks at two levels of connectivity: 1) the function of the old-growth habitat reserves identified in the Forest Plan, particularly the small old-growth habitat reserves, in providing connectivity for old-growth dependent species, and 2) connectivity of corridors linking productive old-growth habitat areas.

Exhibit 6
Page 9 of 54

# 3 Environment and Effects

Although there are published studies that question the utility of corridors for species conservation, a review of these studies suggests that corridors can be effective and that studies that have been inconclusive were so largely due to design flaws (Beier and Noss 1998). The Forest Plan addressed landscape patterns including connectivity of old-growth patches by corridors (Forest Plan Final EIS Part 1, page 3-20). Two important landscape elements, beach and estuary fringe, and riparian areas, have special importance as components of old-growth forest and provide unique wildlife habitats as well as serve as wildlife travel corridors. The Tongass has established 1,000-foot buffers along beach and estuary fringes and 100-foot minimum buffers for riparian areas (buffer widths vary on riparian areas by stream class) where no programmed timber harvest is allowed.

## 3.3.4 Old-Growth Forest Habitat Conservation Strategy

### 3.3.4.1 Introduction

The Forest Plan contains a comprehensive conservation strategy to assure viable and well-distributed wildlife populations (Forest Plan FEIS Appendix, Volume 4, Appendix N, 1997). There are two components to this strategy: (1) establishment of a system of small, medium, and large old-growth habitat reserves (OGRs), and other non-development land use designations; and (2) management of the matrix of lands where development that would alter the old-growth forest ecosystem is allowed (productive old-growth). The following discussion concentrates on the first component and compares three options for design of the small old-growth habitat reserves in the Kuiu Timber Sale Area (VCUs 398, 399, and 402).

The habitat connectivity strategy described in the Forest Plan has three primary components:

- A network of land use designations (LUDs) for small, medium, and large old-growth habitat reserves, using old-growth habitat LUDs (25,171 acres on Kuiu Island)

- A forest-wide system of protection provided by other non-development LUDs that maintain the integrity of the forest-wide natural ecosystem and provide future options for maintaining naturally occurring ecosystems (282,558 acres on Kuiu Island)

- In LUDs where development may occur, maintenance of components of the naturally occurring ecosystem according to Forest Plan standards and guidelines, in order to protect important habitat elements and provide for habitat connectivity

An important aspect of the old-growth habitat reserve strategy is connectivity – maintaining corridors of forested areas between reserves so that old-growth associated species can travel between large and medium reserves and other non-development LUDs. This

Issue 2: Wildlife Habitat and Subsistence Use **3**

connectivity is provided by a combination of non-development LUDs such as small old-growth habitat reserves, wilderness, beach and estuary fringe, and riparian management areas. The Forest Plan anticipated that some of the small OGRs would be adjusted during project level planning to better meet Forest Plan criteria and objectives.

### 3.3.4.2 Large and Medium Old-growth Habitat Reserves

There is a good science base for the "old-growth reserve" approach. *A Proposed Strategy for Maintaining Well-Distributed, Viable Populations of Wildlife Associated With Old-growth Forests in Southeast Alaska* (VPOP) (Suring et al. 1993) performed pioneering work in Alaska. The result was a landscape conservation strategy (based on the work of Thomas et. al 1990) that would sustain habitat to ensure maintenance of well-distributed viable populations of old-growth-associated species across the Tongass. Subsequent reviews of the VPOP strategy have been supportive (Suring et al. 1994, Kiester and Eckhardt 1994).

Currently there is one large OGR on Kuiu Island in the Tebenkof/South Kuiu Wilderness Area south of the project area. Two medium OGRs are adjacent to the project area, one in VCUs 400 and 401, and the other in VCUs 428 and 429. Three small OGRs are within, or adjacent to, the project area. They are located in VCUs 398, 399, and 402 (Figure 3-2).

### 3.3.4.3 Small Old-growth Habitat Reserves

The Forest Service identified and explicitly mapped small reserves to establish the Old-growth Habitat LUD areas in the Forest Plan process. In the objectives identified by VPOP, small reserves serve two principal functions:

- As corridors for habitat connectivity between large and medium reserves

- As functional habitat for species less able to disperse between larger reserves, specifically the flying squirrel, a species closely associated with mature forests

The Forest Plan mapping of small reserves considered both functions. However, both may not be simultaneously satisfied in each small reserve. A landscape linkage among reserves suggests a linear design of greater distance which would likely contain limited functional interior forest habitat. Conversely, habitat that is more circular than linear minimizes potential edge effects and maximizes interior forest habitat. Thus, two possibly mutually exclusive designs may allocate acres to small reserves. The Forest Plan revision used both designs, but functional contiguous habitat was generally preferred over linear

EXHIBIT 6
Page 11 of 54

# 3 Environment and Effects

landscape connectivity because other Forest Plan features often provided the connectivity function (e.g. beach fringe and riparian corridors).

A total of 237 small reserves were mapped in the Forest Plan. They total nearly 270,000 acres of productive old-growth (POG) forest that would otherwise have been allocated to management LUDs in the Forest Plan. This is a substantial component of the forest-wide old-growth conservation strategy.

The Forest Plan (Appendix K) provided guidelines for further evaluating the design of small OGRs at the project level. The Forest Plan Appendix K criteria applicable to this analysis are listed below.

- The OGR should be a contiguous landscape of at least 16 percent of the area of the VCU.
- At least 50 percent of the OGR should be productive old-growth.
- The OGR should be more circular than linear in shape to maximize the amount of interior forest habitat.
- The amount of early seral habitat (young second growth) and roads within the OGR should be minimized.

Site-specific factors to help meet multiple biodiversity or wildlife habitat objectives should be considered. Factors to consider include, but are not limited to:

- important deer winter range to maintain deer habitat capability to meet public demand for use of the deer resource,
- known or suspected goshawk or marbled murrelet nesting habitat,
- the largest blocks of contiguous old-growth within a watershed, and
- rare features, such as underrepresented forest plant associations or stands with some of the Forest's highest volume timber.

### 3.3.5 Design Options for the Small OGRs

In a meeting with the Forest Service (conducted on December 1, 1998 in Petersburg, Alaska), the U.S. Fish and Wildlife Service (USFWS) and the Alaska Department of Fish and Game (ADF&G) expressed concerns about the size, shape, and connectivity of small old-growth habitat reserves on Kuiu Island, and options were designed for the OGRs of concern. An additional meeting and field trip to Kuiu Island took place in 2004 to review the proposed OGR changes suggested in the December 1998 meeting. The agency representative's agreed the options proposed in the Kuiu Timber Sale DEIS represented the changes discussed in earlier meetings. A discussion of this process entitled "Revision to Existing Small Old-Growth Habitat Reserves

EXHIBIT 6
Page 12 54

Issue 2: Wildlife Habitat and Subsistence Use **3**

(OGRs) on Kuiu Island" is included in the planning record for this project along with the recommendations to the Responsible Official for this and subsequent projects on Kuiu Island.

Two options for the design of each small OGR are analyzed in detail using the criteria from Appendix K of the Forest Plan (Table 3-7 thru Table 3-9 and Figure 3-3). The options include the original Forest Plan design, Option 1, and the design developed by USFWS, ADF&G, and the Forest Service during the 1998 meeting, Option 2.

### 3.3.5.1 Keku Small OGR (VCU 398)

#### Option 1 VCU 398

The Forest Plan OGR meets the objectives of the standards and guidelines as designed. However, its shape is linear, and it includes more acres of timber harvest and more miles of road than Option 2.

#### Option 2 VCU 398

Option 2 would decrease the amount of POG from the original OGR design. This redesign would reduce that acreage by about 200 acres. The western boundary would be expanded to make the OGR more circular. The area is within the land base for timber harvest but much of the timber is in stringers and may not be economical to harvest because of this natural configuration and low quality wood.

The southern boundary would follow the VCU boundary between VCUs 398 and 421 and run from the beach to the east. Table 3-7 and Figure 3-3 compare the Forest Plan small OGR with the proposed OGR for VCU 398.

EXHIBIT 6
Page 13 / 54

# 3 Environment and Effects

Table 3 - 7 Small old-growth habitat reserve options for VCU 398

| Forest Plan Appendix K Criteria for VCU 398 | Option 1 | Option 2 |
|---|---|---|
| **General Criteria** | | |
| Total acres - should be at least 2,112 acres[a] | 2,237 | 2,305 |
| Acres of POG – should be at least 1,056 acres[b] | 1,458 | 1,236 |
| Shape | Linear | Circular |
| Acres of early seral habitat included | 455 | 126 |
| Miles of classified road included | 4.37 | 2.53 |
| **Site-specific Factors** | | |
| Acres of important deer winter habitat (HSI 0.6-1.0) | 1,182 | 1,390 |
| Acres of high value marten habitat (HSI 0.9 – 1.0) | 1,466 | 2,473 |
| Total acres of high volume strata | 1,462 | 2,589 |
| Total acres of medium volume strata | 422 | 825 |
| Total acres of low volume strata | 52 | 166 |
| Total acres below 1500 ft. elevation | 2,322 | 3,668 |
| Total acres below 800 ft. elevation | 1,893 | 1,691 |
| Contains the largest blocks of contiguous old-growth within a watershed? | Yes | Yes |
| Known or suspected goshawk nesting habitat | No | No |
| Connectivity to other OGRs | Yes | Yes |
| Known or suspected marbled murrelet nesting habitat | No | No |
| Rare features — Acres of coarse canopy forest | 81 | 67 |

[a] 16 percent of VCU acres need to be within the small OGR
[b] 50 percent of the 16 percent must be in POG

EXHIBIT 6
Page 14 of 54

#### 3.3.5.2 Saginaw Small OGR (VCU 399)

*Option 1 VCU 399*

This is the existing small OGR identified in the Forest Plan. The interagency group of biologists who reviewed the OGRs on Kuiu Island concluded the Forest Plan small OGR is deficient in total acreage, lacks connectivity, does not have adequate productive old-growth (POG) acres, and includes several small islands off the coast of Kuiu Island, leading toward further fragmentation of this small OGR.

*Option 2 VCU 399*

Option 2 would be expanded toward the VCU boundary to the south to meet the Recreational River corridor, thus maintaining a travel corridor out of the VCU (one of USFWS concerns). The existing outline would be reconfigured and would not go up the beach fringe to the north nor would it include the small islands off the coast of Kuiu Island. The OGR boundary would remove as many of the harvest units and roads within the OGR as possible. This OGR would have more POG than required by the Forest Plan due to the natural composition of the forest in this VCU. Table 3-8 and Figure 3-3 display the small old-growth habitat reserve options for VCU 399.

#### 3.3.5.3 Rowan Small OGR (VCU 402)

*Option 1 VCU 402*

Option 1 has more than the required acres of POG. However, it also has a large component of previously harvested stands and the total acreage does not meet Forest Plan minimums.

*Option 2 VCU 402*

The boundary would be moved to exclude as many managed stands as possible and the overall size would be increased to meet minimum size requirements. This OGR design follows the Rowan Creek drainage which would improve connectivity to other areas and would protect the low elevation high value wildlife habitat. Table 3-9 and Figure 3-3 display the small old-growth habitat options for VCU 402.

EXHIBIT 6
Page 15 of 54