# Threemile Timber Harvest
## Final Environmental Impact Statement

**Tongass National Forest**
**USDA Forest Service**
**Alaska Region**

| | |
|---|---|
| Lead Agency: | Tongass National Forest<br>P.O. Box 309<br>Petersburg, Alaska 99833 |
| Responsible Official: | Forrest Cole,<br>Forest Supervisor<br>Tongass National Forest |
| For Further<br>Information Contact: | Jim Brainard, or<br>Tiffany Benna<br>Tongass National Forest<br>PO Box 1328<br>Petersburg, Alaska 99833<br>(907) 772-3841 |
| Abstract: | The Tongass National Forest proposes to harvest timber and build associated roads in the Threemile Project Area on Kuiu Island. This EIS examines one no-action alternative and five action alternatives with a range of harvest levels from approximately 10.9 to 20.1 million board feet of timber (mmbf). Alternatives consider both clearcut harvest and partial harvest methods. Three of the action alternatives include some helicopter yarding. Four of the alternatives include construction of a log transfer facility. Four of the alternatives include salvage of downed timber and reshaping the boundaries of existing managed stands to lessen their visual impact. |

EXHIBIT 7
Page 1 of 8

# Purpose and Need 1

## Decisions to be Made

Based on the environmental analysis in this EIS, the Forest Supervisor for the Tongass National Forest will decide whether and how to make timber available from the Threemile Project Area in accordance with Forest Plan goals, objectives and desired future conditions. This decision will include:

- The location, design, and scheduling of timber harvest and silvicultural practices
- Access management measures such as road closures, road construction, and the location and type of log-transfer facilities
- Mitigation measures and monitoring requirements
- Whether there may be a significant restriction on subsistence uses
- Whether any changes in small old-growth habitat reserves should be made and approved as a non-significant amendment to the Forest Plan

## Project Area Description

**Geographic Location and Boundaries**

The Threemile Project Area is on Kuiu Island, one of the many islands of Southeast Alaska's Alexander Archipelago. It encompasses about 21,660 acres of a large peninsula on the east side of Kuiu Island. Three bodies of water, Port Camden, Rocky Pass, and Threemile Arm surround the peninsula. The community of Kake lies approximately 20 miles to the north. The project area lies within Townships 60-61 South, and Ranges 73-75 East, Copper River Meridian. See Vicinity Map, Figure 1-1.

**Prior Management of the Area**

Timber harvest has occurred within the Threemile Project Area since 1924. This harvest was confined to timber adjacent to the beach and occurred prior to the development of the pulp mills and the long-term contracts. Timber harvest from beaches in the Threemile Project Area resumed from 1966 to 1970. No additional harvest occurred until 1989. At that time, logging again resumed and roads were built to connect the analysis area to the road system from Rowan Bay. No harvest has occurred in the Threemile Project Area since 1993.

The Kuiu Island road system is an isolated road system with no direct access to any communities or other road systems. The forest road system was constructed for timber management. The first roads to the interior of the island were built on the north end near Saginaw Bay in 1962. Within the Threemile Project Area, there are approximately 20.5 miles of classified road.

Although remote recreational opportunities abound in the Threemile Project Area, numbers of recreation users are low due to the remoteness and difficult access to the area. Recreation activities include hunting, fishing, and camping. The Threemile Arm Portage Trail traverses the





Figure 1-1
Chapter 1-5
Vicinity Map

ALASKA VICINITY MAP
BLOW-UP SHOWN IN ORANGE

VICINITY MAP
THREEMILE PROJECT AREA OUTLINED IN RED

EXHIBIT 7
Page 3 of 8

Table 3-18. Old Growth Habitat Reserve Acres

|  | Acres of POG | Acres of Suitable Timber | Total Acres |
|---|---|---|---|
| Forest Plan Criteria* | 1,549 | -- | 3,098 |
| Forest Plan Mapped | 1,435 | 458 | 2,721 |
| Revised OGR | 1,874 | 826 | 3,396 |
| **Difference between Revised and Mapped** | 439 | 368 | 675 |

* Appendix K criterion for the size of a small OGR is that the OGR should include at least 16% of the total VCU. The total size of VCU 419 is 19,364 acres.

**Maintenance of Old-growth Habitat**

The following methods are used to maintain old-growth habitat within the Threemile Project Area.

- Old-growth forest is maintained by Forest Plan standards and guidelines (riparian, beach, and estuarine buffers, avoidance of unstable slopes over 72 percent).
- Old-growth is protected in the Old-growth Habitat Land Use Designation and other non-development land use designations.
- Connectivity between old-growth habitat reserves is maintained through the matrix and riparian buffers.

Currently there are about 10,709 acres of productive old growth in the Threemile Project Area. Approximately 700 acres were previously harvested. Of the remaining acres, about 4,300 acres will remain in an old-growth condition throughout the life of the Forest Plan. These acres are within beach, estuary, and riparian buffers, on soils classed as unsuitable for timber harvest, or within non-development land use designations such as Old-Growth Habitat Reserve (Figure 3-4).

Even though partial harvest units will contain less volume or will have small openings after harvest, these stands will still have some of the functions of productive old-growth.

EXHIBIT 7
Page 4 of 8
Threemile Timber Harvest EIS                              Chapter 3 ■ 3-57

The employment in Petersburg includes fishing, seafood processing, tourism, and timber. Petersburg is currently one of the top-ranking ports in the United States for quality and value of fish landed. Petersburg residents make limited use of the project area for deer and bear hunting and for sport fishing.

**Point Baker and Port Protection**  Point Baker and Port Protection are on the northwest end of Prince of Wales Island, approximately 20 miles southeast of the project area. The 1990 census reported a population of 39 in Point Baker and 62 in Port Protection. In 2000, the U. S. Census reported 35 people living in Point Baker and 63 in Port Protection. Less than 1 percent of the populations of both communities combined are Native Americans. Employment in both communities is seasonal based on commercial fishing. Residents of both communities use the area for deer hunting and fishing.

**Wrangell**  Wrangell is on the northern tip of Wrangell Island, approximately 40 miles east of the Threemile Project Area. In 1990, the U. S. census reported the population of Wrangell as 2,479 people and the 2000 census population was 2,308 people. Approximately 15.5 percent of the population is Native American. Employment in Wrangell includes commercial fishing, tourism, and timber. Wrangell residents make limited use of the project area for deer and bear hunting, and for sport fishing.

**Other Communities**  Meyers Chuck is another community that has some reported subsistence use in the project area.

## Areas Most Often Used for Subsistence Activities

The marine waters surrounding the project area, including Threemile Arm, Port Camden, and Rocky Pass, are popular areas for subsistence fishing. Stream subsistence fishing is also likely to occur in some of the streams in the project area. Tidal zones in and around the project area are gathering places for marine invertebrates, including bivalves, shrimp, and crab.

Deer and black bear hunting and furbearer trapping occur mostly along the beach-fringe, along the existing road system, and, to a lesser extent, in the inland forests of the project area. Because Kuiu Island is difficult to reach during the winter months, subsistence use and marten trapping are not as heavy as in other areas of the Tongass.

## Types and Amounts of Resources Gathered

Subsistence use areas and the levels of harvest were estimated from a variety of sources. Alaska Department of Fish and Game records the level of community harvests for select species, such as deer, moose, marten, black bear, wolf, and otter, within specific areas referred to as Wildlife Analysis Areas (WAAs). All of the Project Area is within WAA 5018.

Alaska Department of Fish and Game harvest data and Tongass Resource Use Cooperative Survey (TRUCS) maps reveal subsistence use areas for

EXHIBIT ___7___
Page __5__ of __8__

Threemile Timber Harvest EIS                                        Chapter 3 ■ 3-125

# 3 Environment and Effects                                   Subsistence

deer, marine invertebrates, marine mammals, salmon, and other fish within the project area. Other sources of subsistence use information came from public testimony and published accounts of community use surveys (Table 3-29). Open houses held in Kake, Petersburg, Point Baker, and Port Protection and meetings with the Organized Village of Kake provided informal opportunities to discuss subsistence practices.

In general, subsistence resources most intensively used in the Threemile Project Area by nearby community residents include deer, seaweed, finfish, anadromous fish and bottom fish.

Table 3-29. Estimated Subsistence Resource Use by Community

| Resources | Pounds of Resources Per Capita | | | | |
|---|---|---|---|---|---|
| | Kake | Petersburg | Point Baker | Port Protection | Wrangell |
| All Resources | 179.1 | 197.7 | 288.6 | 450.9 | 155.2 |
| All Fish | 85.3 | 89.8 | 171.0 | 170.2 | 73.2 |
| *Salmon* | *43.6* | *45.3* | *82.4* | *58.8* | *30.2* |
| All Land Mammals | 52.0 | 57.2 | 47.5 | 101.1 | 31.9 |
| Marine Invertebrates | 21.9 | 38.5 | 58.0 | 139.4 | 37.7 |
| Marine Mammals | 10.3 | 0.0 | 0.0 | 8.6 | 6.5 |
| Birds | 0.7 | 3.6 | 0.0 | 1.8 | 1.5 |
| Plants and Berries | 8.9 | 8.6 | 12.1 | 29.8 | 4.3 |

Source: Alaska Department of Fish and Game, Division of Subsistence, Community Profile Database, 2001. Not all numbers will sum to the total due to rounding factors.

## Wildlife Effects and Evaluation

**Abundance and Distribution of Deer**

An evaluation of the abundance and distribution of deer is based on a comparison study of supply and demand using the Forest Plan habitat capability model. The model provides an estimate of the potential number of deer that the habitat within the project area can support. This is the potential supply available for subsistence use. The Alaska Department of Fish and Game assumes that approximately ten percent of the deer population can be harvested annually on a sustained basis if the population is near carrying capacity. Carrying capacity is an estimate of the maximum deer population an area can support. Thus, the number of deer needed in an area to meet hunter demand is approximately ten times the number needed to maintain a sustainable population.

EXHIBIT 7
Page 6 of 8

Historically the project area had a four to five month deer-hunting season with a four deer bag limit. In 1972, the deer population crashed dramatically and the season was closed from 1973 to 1991. This was due to several factors including a deep, persistent snow pack that did not retreat until late June 1973 and deer populations were above their carrying capacity as a result of artificially low wolf populations (due to the wolf eradication program).

Since 1992, all of Kuiu Island has been open with a two-buck bag limit. The reason for the long and slow recovery of deer is due high black bear populations (black bears prey on deer) and an increasing wolf population due to the rescinded wolf control program.

Data from the Alaska Department of Fish and Game Deer Hunter Surveys show that in the 2000-2001 season, 48 hunters spent a total of 185 days hunting and harvested 27 deer from Kuiu Island, an average of 6.8 hunting days per deer. During the 1998-99 season, 41 hunters spent a total of 211 days hunting and harvested 28 deer from Kuiu Island, an average of 7.5 hunting days per deer. The number harvested on Kuiu Island only accounted for 2.6 percent of the 1,085 deer harvested from Game Management Unit 3 during the 1998-99 season. Game Management Unit 3 includes all of Deer, Etolin, Kadin, Kasheverof, Kuiu, Kupreanof, Mitkof, Woronkofski, Wrangell, and Zarembo Islands. No hunters from Kake or the Rowan Bay Camp reported harvesting deer from Kuiu during the 2000-2001 or 1998-99 season. The lowest recorded deer harvest on Kuiu Island was in the 1997-98 season. That year, 50 hunters spent 148 days to harvest 13 deer, an average of 11.4 hunting days per deer.

The Threemile Project Area encompasses about 45 percent of Wildlife Analysis Area (WAA) 5018. The Alaska Department of Fish and Game in their 1991-1995 Strategic Plan for Management of Deer in Southeast Alaska (ADF&G, 1991) set a population objective of 1,603 deer for WAA 5018. The population objective is the number of deer needed to sustain a huntable population. The interagency deer model estimates the deer habitat carrying capacity of 1954 at 2,411 (USDA Forest Service, 1995b). The interagency deer model uses 1954 as a base year assuming this is before large-scale timber harvest. The interagency deer model estimates a current habitat carrying capacity of 2,194 deer.

Current hunter demand for deer is estimated at 156 per year. To sustain a healthy deer population, harvest should not exceed ten percent of the deer population in any WAA. Therefore, a minimum number of deer needed to meet that hunter demand would be 1,560 deer. Table 3-30 displays estimated deer carrying capacity and hunter demand in the WAA 5018. It is predicted by the year 2040 that the demand for deer will exceed the carrying capacity. The predicted need is based on current demand and predicted human population increases using the Forest Plan formula.

EXHIBIT 7
Page 7 of 8
Threemile Timber Harvest EIS                                  Chapter 3 ∎ 3-127

Wolves tend to have home ranges that cross several Wildlife Analysis Areas. Therefore, the appropriate scale for the model should be a combination of WAAs or the biogeographic province. Using the model at the watershed or VCU scale is too fine a resolution. Conversely, the forest is too large to provide meaningful analysis.

4) **Other Work Underway:** other work is currently underway which to analyze wolf population and viability. Information from these other sources should be considered when it becomes available. However, until the Forest Plan is amended or revised, the most current interagency deer/wolf model should be used and evaluated against the deer per square mile figures.

5) **Other Ownerships:** while the standard and guideline for 13 deer per square mile applies only to National Forest System lands, the NEPA analysis at the project level needs to consider the effects of management activities on all land ownerships."

The current open road density in the Threemile Project Area is 0 per square mile. In all of the action alternatives, the open road d decrease because some existing permanent roads will be place Table 3-31 displays the open road density of each alternative

Part of the Forest Plan standards and guidelines involves w Alaska Department of Fish and Game and the U.S. Fish ar Service to examine the relationship between wolf mortal and hunter and trapper harvest. Excessive wolf mortality ᴜᴜ and trapping does not seem to be a problem in the Threemile Proj Trappers primarily use saltwater access to establish their trap lines. Wolf mortality from hunting is incidental and is based on opportunistic sightings of wolves while hunting other wildlife.

Census and harvest data indicate both wolf and deer populations in Southeast Alaska declined during the 1970's after peaking in the mid-1960s (Kirchhoff, 1994). Recent surveys have suggested that wolf populations are increasing on portions of Mitkof, Kupreanof, and Revillagigedo islands, probably as a response to locally increasing deer populations (Kirchhoff, 1991). Kuiu Island is included in this supposition since the deer population is also increasing on the island.

Hunting and trapping are the most significant mortality factors for wolf populations. Until the late 1970's, wolf management in Southeast Alaska centered on wolf control and included a bounty program until 1968. Since then, there has been a hunting and trapping season. In WAA 5018, a total of nine wolves have been harvested since the 1988-1989 season with an average harvest of 0.75 animals annually. The highest harvest was in the 1998-99 season when four wolves were harvested. In seven of the twelve-recorded harvest years, no animals were harvested.

EXHIBIT 7
Page 8 of 8