RECEIVED
US ATTORNEY OFFICE
'02 APR 29 AM 11 56

FILED
APR 2 6 2002
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SIERRA CLUB, THE WILDERNESS SOCIETY, ALASKA CENTER FOR THE ENVIRONMENT, and SITKA CONSERVATION SOCIETY,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES R. LYONS, Under Secretary for Natural Resources and Environment, United States Department of Agriculture; and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No. J00-0009 CV (JKS)<br>Case No. J99-0013 CV (JKS)<br><br><br>O R D E R |
| ALASKA FOREST ASSOCIATION, CITY OF COFFMAN COVE, METLAKATLA INDIAN COMMUNITY, AND CONCERNED ALASKANS FOR RESOURCES AND ENVIRONMENT,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, THE UNITED STATES FOREST SERVICE, DAN GLICKMAN, JAMES LYONS, MICHAEL DOMBECK, RICK CABLES, THOMAS PUCHLERZ, CAROL JORGENSEN, and FRED SALINAS in their official capacities, respectively, as Secretary of Agriculture; Under Secretary of Agriculture; Chief, Forest Service; Regional Forester for the Alaska Region of the Forest Service; Forest Supervisor, Tongass National Forest; Assistant Forest Supervisor, Stikine Area, Tongass National Forest; and Assistant Forest Supervisor, Chatham Area, Tongass National Forest,<br><br>Defendants. | |

The Forest Service is hereby enjoined from permitting timber harvest and road building in roadless areas until forty-five days after the Forest Service publishes in the Federal Register a notice of availability of the final supplemental impact statement ordered by the Court in the Court's order of March 30, 2001, at Docket No. 47, in this action. For purposes of this injunction, an area is not considered to be a roadless area if it is within 1,200 feet of a road in existence on the date of this Order. For purposes of this injunction, timber harvest does not include bucking, yarding and removal of already felled timber. For purposes of this injunction, road construction does not include completion of a road in any location where the road right–of–way has already been felled. This injunction does not apply to timber harvest for right–of–way clearing and other activities associated with construction of the Swan Lake Electric Intertie project. This injunction does not apply to timber harvest or road building authorized by a site-specific timber project environmental impact statement for which the notice of availability was published in the Federal Register prior to April 13, 1999 (*i.e.*, the date on which James Lyons, Under Secretary for Natural Resources and Environment, United States Department of Agriculture, signed his decisions on the administrative appeals of the revised Tongass Land Management Plan).

**IT IS SO ORDERED.**

Dated at Anchorage, Alaska, this ____26____ day of April 2002.

_____
JAMES K. SINGLETON, JR.
United States District Judge

ORDER

J00-0009--CV (JKS)
-----------------
J. CLARK
H. SEAVER
B. LANDON (AUSA)

S. BRANDT-ERICHSEN
T. WALDO
Certified copy J99-0013 CV (JKS)

EXHIBIT  10
PAGE  2 of 2