# Tongass Land Management Plan Revision

**Final Supplemental Environmental Impact Statement**
February 2003

| | |
|---|---|
| Lead Agency: | USDA Forest Service |
| Responsible Official: | Dennis E. Bschor, Regional Forester<br>USDA Forest Service, Alaska Region |
| For Further Information: | Visit the SEIS Web site at: www.tongass-seis.net<br><br>Or Contact:<br>Larry Lunde<br>Project Team Leader<br>Tongass National Forest<br>Federal Building<br>Ketchikan, AK  99901-6591<br>(907) 228-6303 |

**Abstract:**

The Forest Service has evaluated roadless areas on the Tongass National Forest to consider them for recommendations as potential wilderness versus continued management of these areas as outlined in the current Forest Plan. This Final Supplemental Environmental Impact Statement describes the effects of seven action alternatives and one no-action alternative for future management of the roadless areas. The action alternatives include new wilderness recommendations for 0.7 to 9.6 million acres of roadless areas. Two key issues have been identified as the major issues driving the alternatives and the analysis:  1) additional wilderness designation would provide greater long-term protection of roadless areas and their values, and 2) additional wilderness designation would affect the social and economic well-being of communities in Southeast Alaska through the natural resource-based industries they depend on, by affecting transportation and utility projects, and by affecting the regional or local economies.

The United States Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status. (Not all prohibited bases apply to all programs.)  Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write U.S. Department of Agriculture, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue SW, Washington, DC  20250-9410, or call (202) 720-5964 (voice and TDD).  USDA is an equal opportunity provider and employer.


EXHIBIT 11
Page 1 of 3

Several individuals and organizations commenting on the Draft SEIS noted that uncertainty surrounding Federal land use policy on the Tongass National Forest has had a negative effect on investment in the wood products industry. While it is possible that uncertainty regarding the stability of future supplies of Federal timber in the region may have helped discourage investment, a number of other changes, primarily market-related, have also had significant effects on the region's timber industry. These changes are discussed in the preceding paragraphs.

The adjusted installed production capacity for 2000 (293 MMBF), which excludes the Annette Island Sawmill, Gateway Forest Products (lumber), and Metlakatla Forest Products facilities, is used as one benchmark to evaluate the alternatives in the long-term wood products effects portion of this section.

**Projected Demand.** Demand for Southeast Alaskan wood products depends upon changing technology, developments within consumer markets, including economic growth in key markets and changes in consumer tastes and preferences, and developments in other producing regions whose products compete with those of Alaska. The capacity and efficiency of Southeast Alaska mills coupled with the availability and cost of raw material inputs determines the ability of local producers to compete in export markets.



*Brooks and Haynes' (1997) medium projection for 2005 is used as one benchmark to evaluate the alternatives. This projection estimates that 152 MMBF of Tongass timber would be harvested in 2005.*

Brooks and Haynes developed projections of Alaska National Forest timber harvests in 1990. These projections were subsequently revised in 1994 and again in 1997 to reflect changes in the Alaska forest products sector, specifically closure of the pulp mills in Sitka and Ketchikan. Brooks and Haynes 1997 report used three alternative scenarios—low, medium, and high—to display a range of possible future "demand." All three scenarios assume that Southeast Alaskan lumber exports (particularly to Japan) will be limited. North America's share of Japanese lumber imports is assumed to range from 70 percent (low scenario) to 76 percent (high scenario) in 2010. Alaska's share of North American shipments to Japan is assumed to increase from less than 1 percent in 1996 to nearly 3 percent by 2010 under the medium scenario. In addition, U.S. domestic markets are assumed to be the destination of 25 percent of Alaska's production. Under this scenario, lumber production was predicted to increase to 158 MMBF in 2010. Brooks and Haynes (1997) note that even this projected gain in market share would be a reversal of trends observed over the preceding two decades. Low grade logs or residues from lumber manufacturing formerly used in pulp production are assumed to be exported. A final assumption employed by Brooks and Haynes is that harvests on private lands would stabilize at around 75 MMBF by 2005, with private and State harvests accounting for a combined total harvest of 91 MMBF through 2010.

Brooks and Haynes' (1997) medium projection for 2005 is used as a benchmark to evaluate the alternatives in the long-term wood products effects portion of this section. This projection, summarized in Table 3.4-6, estimates that 152 MMBF of Tongass timber would be harvested in 2005. This estimate is consistent with the 2002 demand analysis that was developed to comply with Section 101 of TTRA and ensure that annual timber sale offerings are consistent with market demand (USDA Forest Service, 2000). Comparing Brooks and Haynes' medium scenario for 2005 with actual data for 2000 suggests that there would be a net loss of approximately 76 jobs between 2000 and 2005. There would, however, be a shift from logging to sawmill employment as a result of projected increases in lumber production coupled with projected decreases in private and state harvest totals (Table 3.4-6).

The scenario presented in the previous paragraphs is not intended to indicate the range of potential outputs and industrial activity possible from timber harvests on the Tongass National Forest. It merely describes possible levels of activity given certain assumptions and provides one benchmark for evaluation in the effects analysis (see Figure 3.4-15). The results of the 2000 mill survey and data from the annual Timber

# 3 Environment and Effects

Supply and Demand reports suggest a number of differences between Brooks and Haynes' (1997) assumptions and actual conditions in 2000. This is discussed further in the environmental consequences section.

**Table 3.4-6**
**Southeast Alaska Timber Production and Employment, 1995 to 2005**

| | Actual 2000[1] | Brooks and Haynes 2005[2] |
|---|---|---|
| **Volumes Produced** | | |
| Tongass Harvest (MMBF log scale) | 147 | 152 |
| Private & State Harvest (MMBF log scale) | 191 | 91 |
| Total Harvest (MMBF log scale) | 338 | 243 |
| Log Exports (MMBF log scale) | 270 | 87 |
| Lumber Production (MMBF lumber tally) | 87 | 133 |
| Pulp Production (million tons) | 0 | 0 |
| Chip Exports (million tons) | 179 | 187 |
| **Employment (Average Annual)** | | |
| Logging | 711 | 474 |
| Sawmills | 280 | 443 |
| Pulp | 2 | 0 |
| Wood Products Total | 993 | 917 |
| Total (Direct, Indirect, and Induced)[3] | 1,955 | 1,836 |
| **Employee Earnings (Million 2000$)** | | |
| Direct Earnings | 44.0 | 40.7 |
| Total (Direct, Indirect, and Induced)[3] | 62.7 | 58.9 |

[1] These data are actual statistics for 2000. Earnings were estimated using 1999 data adjusted to account for the decrease in employment between 1999 and 2000.
[2] The data on volumes produced are from Brooks and Haynes, 1997. Logging and sawmill employment estimates were calculated using the logging jobs/total harvest and sawmill/lumber production ratios used in the effects analysis. These ratios, which are based on average annual employment ratios from 1990 to 1994, are 1.95 for logging and 3.33 for sawmills. The corresponding averages based on the 2000 data in this table are 2.10 for logging and 3.21 for sawmills.
[3] Total employment and income effects were calculated using Type II Employment and Income multipliers for the logging and sawmill sectors (see Table 3.4-4).
Sources: USDA Forest Service, 1997a (Table 3-134); Brooks and Haynes, 1997; USDA Forest Service, 2002a; Alaska DOL, 2001e.


*Recreation and tourism in Southeast Alaska has increased significantly over the past decade and was the largest resource-dependent sector in terms of employment and earnings in 2001.*

### Recreation and Tourism

Recreation and tourism within Southeast Alaska has increased significantly over the past decade. Nonresident recreation and tourism accounted for an estimated 4,278 jobs in Southeast Alaska in 2001 (direct employment only). This figure comprised approximately 11 percent of total employment in Southeast Alaska in 2001 and was the largest resource-dependent sector in terms of total direct employment and earnings (Table 3.4-3).

A distinction is made between resident recreationists and nonresident visitors for the purposes of this analysis because significant differences exist between these groups. Surveys indicate that visitors are generally older, often purchase package tours, use many expensive services, and spend relatively little time in remote settings while in Southeast Alaska. This is typically the case with cruise ship passengers, who presently comprise a majority of the visitors to the region. The distinction between resident recreationists and nonresident visitors is also important from an economic impact assessment perspective. Jobs generated by nonresident expenditures on goods and services are considered comparable to an export industry that brings new money into the region, creating new wealth and development opportunities. Multipliers are used to analyze the impact of "new" money coming into the regional economy. Expenditures by local residents represent a recirculation of money that is already present in the regional economy and are, therefore, not typically identified as "new" money. That is not to say, however, that