Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES FOREST SERVICE, )<br>et al., )<br>)<br>Defendants. )<br>_____) | Case No. J04-029 CV (JKS)<br><br>**DECLARATION OF WALT SCHRADER IN SUPPORT OF RESPONSE TO MOTION FOR EQUITABLE RELIEF** |

I, Walt Schrader, pursuant to 28 U.S.C. Sec 1746, hereby state and declare as follows:

1. My company, Forrest Products, is hoping to purchase the Wrangell sawmill. In order to be successful after

Apr 14 06 01:57p        FORREST PRODUCTS              360-532-8954           p.2

purchasing the sawmill and sawing lumber for building materials, I must have access to a reliable supply of economic timber that is adequate to assure myself and my bankers that this venture can be profitable.

2. I need to harvest approximately 50 MMBF in order to get sufficient sawlog volume to operate the mill at a level of at least 35 MMBF annually. State of Alaska timber that is available near the sawmill will only supply 10 mMBF for the next couple of years. All of the remaining timber supply, about 40 MMBF per year, must be federal timber from the Tongass National Forest.

3. I must be able to demonstrate to financial backers/banks that I will have at least five years of affordable timber supply available to amortize the cost of purchasing and rebuilding the mill.

4. I have more than sufficient markets for the lumber I will produce from the Wrangell sawmill. These products include railroad ties (railroads are the most efficient and non-polluting transporters), wood timbers (wood timbers require far less energy to create and reduce pollution significantly compared to steel, aluminum or plastic alternatives) and wood window and door parts (again, less pollution, more environmentally sound). I sell my products primarily to lower 48 markets.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Walt Schrader