Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. J04-029 CV (JKS) <br><br> **DECLARATION OF KIRK DAHLSTROM IN SUPPORT OF RESPONSE TO MOTION FOR EQUITABLE RELIEF** |

I, Kirk Dahlstrom, pursuant to 28 U.S.C. Sec 1746, hereby state and declare as follows:

1. I am the Secretary for Viking Lumber Company, Inc. (Viking), which operates a sawmill near Craig, Alaska on Prince of Wales Island. In that capacity, I have worked on Tongass

timber issues for nearly twelve years. Viking is also a Regular Member of the Alaska Forest Association (AFA). Viking is a family owned business and has invested about $13 million in the sawmill.

2. Viking employs, on average, 50 people along with about 90 associated contractor employees. Approximately $16 million annually is injected into the Alaska economy from this operation. The majority of our employees live on or near the mill on Prince of Wales Island, where, as a practical matter, there is no alternative employment if they were to lose their job working at the mill in Klawock.

3. Viking Lumber has plenty of demand and customers in Alaska, the lower 48, and overseas. We sell items such as: door, window and molding stock, which is sold as far away as Wisconsin; railroad ties, which are treated in Oregon and then shipped all over the US; and cedar decking, which is sold in Texas.

4. If enough economic timber were available, Viking could run its mill at a full two-shift operation. That would mean having available approximately 60 mmbf, instead of the meager 22 mmbf which Viking has been forced to operate with over the last 3-5 years. (Indeed, having only 22 mmbf available has caused Viking to shut down for lack of timber several times in recent years).

04/14/2006 14:44    9077558888    VIKING LUMBER CO INC    PAGE 03

5. Viking has purchased a number of Tongass timber sales in order to sustain uninterrupted manufacturing operations at the mill.[1] This uninterrupted operation is essential for maintaining a sawmill crew and for maintaining our lumber customers. Viking would have liked to have increased its production this year, but has insufficient economic timber volume to do so. If Viking is not able to reliably supply its customers, those customers will switch to another supplier.

6. Several of Viking's timber sales include harvest units that are more than 1,200 feet from an existing road and are thus at risk because of the requested injunction. The Lindenberg timber sale represents almost half of our available timber supply. (See fn. 1, below.) If we lose that timber supply, Viking will have to curtail more of its sawmill operations. Further, if other timber sales in Southeast Alaska enjoined, several small logging and roadbuilding contractors may be forced out of business. If that happens, Viking will have no way to harvest future timber sales and would have to close.

---

[1] Sales Viking has under contract:
| | |
|---|---|
| Finger Point timber sale | 10,312 |
| Fusion timber sale | 2,602 |
| Kogish Shinaku II timber sale | 1,674 |
| Lindenberg timber sale | 23,239 |
| Luck Lac II timber sale | 6,673 |
| Summore Change timber sale | 4,127 |
| Thorne Island timber sale | 1,906 |
| Total | 50,533 mmbf |

3

7. Viking has been enduring repeated injunctions on timber sales since 2001 and is worried about having sufficient timber to continue even a single shift operation. We are hoping to purchase the Scratchings timber sale on Suemez Island, which includes units that are more than 1,200 feet from an existing road and are thus at risk from the NRDC injunction request. Viking also hopes to purchase many other future timber sales and, since most of the Tongass National Forest is considered roadless, most of these future sales will likely include roadless areas.

8. Once there is sufficient timber land developed with roads to grow a sustainable supply of timber for our industry, we will no longer be entering roadless areas, but since our industry has only been operating in Southeast Alaska for about half of a timber crop rotation, we must continue developing, harvesting and growing new timber stands on a small portion of the Tongass.

*Kirk Dahlstrom*