Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. J04-029 CV (JKS) <br><br> **DECLARATION OF OWEN GRAHAM IN SUPPORT OF RESPONSE TO MOTION FOR EQUITABLE RELIEF** |

I, Owen Graham, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am the Executive Director for the Alaska Forest Association (AFA). In that capacity I work on, among other things, Tongass timber issues. Prior to becoming AFA's Executive

Director, I was an employee of Ketchikan Pulp Company (KPC) for 22 years and I represented KPC, an AFA member, on AFA's Timber Issues Committee, other AFA committees, as well as served on AFA's Board of Directors, for a total of 15 years. While working for KPC between 1978 and 1986, I cruised timber sales and supervised road construction operations and timber harvest operations in many areas in Southeast Alaska. Between 1986 and 2001 I was responsible for supplying a reliable supply of economic timber to three mills with a combined timber consumption rate of about 250 million board feet per year. Most of this timber supply came from Tongass National Forest timber sales. In addition to my experience on the Tongass, I worked in the timber industry as a forester in Washington State from 1968 through 1978. Thus, I have extensive knowledge and experience regarding timber issues affecting the Tongass National Forest.

2.  The Forest Service NEPA process for a timber sale takes an absolute minimum of 14 months but normally takes at least 18 months. In my experience, it is not unusual for the NEPA process to last five to seven years. If a timber sale is not appealed, the field work to mark the cutting lines, survey any needed roads, and cruising and appraising the timber sale often takes an entire field season. The timber sale contract preparation and advertisement takes several more months for a

grand total of approximately three years. Of course this estimate is for non-controversial timber sales only.

3. The installed capacity of the mills in Southeast Alaska, including those currently idle, is approximately 370 million board feet per year (which does not include mills that can process utility grade logs, which comprises about 15% of the timber in southeast Alaska). Currently, the volume of federal timber available and under contract is about 92 million board feet. The few mills that are struggling to stay open have an installed capacity of about 200 million board feet, but even those few mills have only enough timber under contract for six months of normal operation. It takes at least 360 mmbf to sustain a minimum sized, fully integrated, competitive timber industry in Southeast Alaska. "Fully integrated" means there are processing facilities for every species, size and grade of timber that is harvested.

4. In addition to the federal timber available, there is about 22 million board feet of State timber under contract. In total from all sources, the Viking mill has about 58 mmbf of timber under contract which represents about 73% of their annual capacity. The Wrangell sawmill has about 9 mmbf under contract which represents about 14% of their annual capacity, none of this from federal timber, and the Ketchikan sawmill has about 24 mmbf under contract which represents about 70% of their annual

capacity. Silver Bay Logging is operating in Wrangell solely on non-federal timber because there is no economic federal timber available in proximity to its sawmill. The non-federal timber will be depleted within a year.

5. Prior to 1950, the timber market in the Tongass was primarily local, and consisted of dimension lumber. There was one medium size sawmill, the Ketchikan Spruce Mill, and a few smaller mills scattered around Southeast Alaska. Total capacity for the nascent and developing industry was about 90 mmbf. The Ketchikan Spruce Mill had a capacity of 23 mmbf in 1946. The Ketchikan Veneer mill has a capacity of about 34 mmbf on two-shifts, although Timber Products proposed operating it three-shifts and utilizing about 40 mmbf annually.

6. From the period between FY00 and FY05, 482 mmbf of federal timber was offered, 432 mmbf sold, and 376 mmbf was harvested.

7. Southeast sawmills have sent most of their hemlock lumber to the Pacific Northwest since the early 1990's. The primary hemlock product from Tongass mills the last ten years or so has been "shop lumber." That market is still very lucrative. The average price for shop lumber during the period from 2001-2005 was an average of $684. The price is currently $737. As far as the Japanese market, high-grade spruce is still custom cut for Japan and still commands a very high price.

8.  Not every log is suitable for the manufacturing of every product.  For instance, vertical-grain shop lumber can be sawn only from the larger, higher quality hemlock logs. Stud lumber can be sawn from smaller, low-grade logs but since Southeast hemlock is very dense and frequently causes nails to bend, the Southeast mills choose to not produce much stud lumber. Instead, the industry is focused on other products like veneer that can be peeled from small rough logs.  Much of the veneer that can be peeled from Alaska hemlock has sufficient density to meet the stringent Laminated Veneer Lumber (LVL) requirements. The markets for LVL are strong and growing.

9.  The Plaintiffs proposed order would certainly change the existing economics of all the sales affected by the order. This is not simply an exercise in drawing lines on a timber sale map.  Dropping the roadless portions of a timber sale that is comprised of a mix of timber species and grades would likely ruin the economics of the timber sale as a whole.

First, the amortization rate for the fixed costs would increase be cause of the smaller volume available to amortize the fixed costs; these costs include the mobilization costs for the road builder as well as the logger. A logging "side" of equipment typically includes a yarder, a loader and a number of log trucks plus the crew. A significant reduction in the volume in a timber sale would force the purchaser to perform the

logging with one less side; e.g. one logging "side" instead of two logging sides, or two logging sides instead of three. For the timber sales located in remote areas this reduction in logging operations would greatly increase the per-unit cost (the cost per thousand board feet) of operating a bunkhouse, a cookhouse, sewer, water and electrical systems, etc. Similarly, operating with one less construction "side" would result in similar impacts from the lost economy of scale. Other impacts would vary depending upon the specific harvest units dropped, the specific roads associated with those dropped units and the value and volume of the mix of timber species and quality that is dropped.

Consequently, the timber sale would have to be re-cruised, reappraised and the contract renegotiated. Since the mills are already short of timber supply and since there are no substitute timber sales available, any increased harvesting cost would be in addition to the cost of at least a temporary closure of the mills for lack of timber supply.

10. The Ketchikan veneer mill is owned by the Ketchikan Gateway Borough, which purchased it from Gateway Forest Products to keep the facility from being dismantled and sold out of state. The Borough is in negotiations with a potential operator. The primary issue for the sale is not demand; it is timber supply.

11. Every timber sale must be assessed individually in order to determine its economic viability because each sale presents unique factors which contribute to its economics. For example, operators must consider:

- road construction requirements, including both the miles of road needed and the varying difficulty and cost per mile of constructing those roads;

- harvesting requirements including yarding system needs like a slackline yarder or mobile yarder or helicopter yarder;

- log hauling considerations like length of haul, the steepness of the adverse and favorable (downhill and uphill) haul routes;

- log barging or log rafting considerations;

- timing constraints on the road construction, cutting and yarding activities, which limit the amount of harvesting that can be accomplished each year. This in turn causes delays in recouping bond, mobilization, and road investments, further affecting sale economics; and

- the fact that each timber sale also has its own unique mix of tree species and log grades, in addition to considering the proximity of the sale to their mill, each mill must consider the type of timber the sale is comprised of. A timber sale with a lot of small hemlock, for example, might be more attractive to a veneer plant or a sawmill that has a small-log line as part of its manufacturing equipment

*[signature]* 4/17/06
Owen Graham