Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. J04-029 CV (JKS) <br><br> **DECLARATION OF BRIAN BROWN IN SUPPORT OF RESPONSE TO MOTION FOR EQUITABLE RELIEF** |

I, Brian Brown, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am a partner of Alcan Forest Products, LP (Alcan). Alcan is a small business which employs over 30 people and provides a payroll of approximately two million dollars to our employees. It is a member of the Alaska Forest Association

(AFA), and operates primarily in the Tongass National Forest and provide timber to a number of local mills as will be described below.

2. Our ability to harvest and sell timber is restricted only by our inability to find affordable timber to purchase for our local and export markets. We do not own a production facility, but have customers with a demand for timber like low-grade sawlogs and utility logs that the local sawmills cannot profitably process and which the Forest Service under federal law can and will allow to be exported under limited circumstances (primarily "blow down" timber such as that in the Coyak sale at Yakutat.) If timber were available, we envision our market being at least 360 mmbf.

3. Alcan was the only bidder on the Skipping Cow-II timber sale. My belief is that this is mostly due the severe reduction in the Alaskan timber business over the last 10 years. Similarly, Alcan was the only bidder on the Coyak salvage timber sale in Yakutat.

4. The Coyak Timber Sale was economically viable only because Alaska Pacific Logging (Alcan's logging contractor) was already mobilized for the Situk Timber Sale near Yakutat. If Alaska Pacific Logging demobilized as a result of the Coyak sale being halted, neither Alcan nor any other logging company would be able to afford to remobilize and salvage the remaining timber

2

at a later date. The high cost of mobilization and infrastructure and the age and poor quality of the timber will prevent further salvage of timber in Yakutat. It cost Alcan approximately $600,000 to mobilize for the Situk sale. Since the imposition of the injunction on the Coyak timber sale, the Forest Service has not offered any additional timber for sale in Yakutat and the 4,000 acres of windthrown timber is rotting away with no hope of salvage.

5. Halting the Coyak sale had an economic impact on the people of Yakutat and other residents of Alaska. From January 27 to December 31, 2004, Alcan spent $3,159,298.43 on the Situk Blowdown timber sale. The money was spent for stumpage payments to the Forest Service, payments to Alaska Pacific Logging and Pate construction for roads and logging, Hartley Enterprises for the trucking, Rocky Pass Towing for the ship tending, and Yak Tat Kwaan for the lease of the sort yard. The money spent by Alcan in furtherance of the Situk Blowdown timber sale touched almost every business in Yakutat, including, grocery stores, gas stations, Delta fuels, AML, Alaska Airlines, the hardware store and some of the lodges. Additionally, ALCAN paid City of Yakutat taxes and incurred the costs of insurance and all other costs it takes to run a timber business.

6. Additionally, both Alaska Pacific Logging and Alcan had to lay off employees or transfer them to a foreign country and

demobilize their equipment. Alcan's logging and road building contractor, Alaska Pacific Logging, had employed 24 people in Yakutat. Alcan's operation supports the following additional people in Yakutat:

    a.    1 timber sale Purchaser's representative;

    b.    1 log scaler from the Pacific Rim Log Scaling Bureau;

    c.    2 people who work as ship-tenders;

    d.    2 people who work on the ship escort tug;

    e.    1 employee from Southeast Stevedoring; and

    f.    33 longshoremen.

In all, approximately 103 people collected at least one paycheck from Alcan and/or its contractors. These people hailed from Yakutat, Kake, Petersburg, Craig, Ketchikan, Homer, Soldotna, and Kodiak.

    7.    Over 1 million board feet of timber harvested from the Situk sale was barged to the Viking sawmill at Klawock for domestic processing. In addition, Alcan sold logs for domestic processing in Yakutat to:

    a.    Yakutat Lodge;

    b.    Leonard Lodge;

    c.    Ken Fanning;

    d.    City of Yakutat (these logs were donated to the community)

Alcan also sawed some logs into lumber in Yakutat and sold that lumber locally, and sold some higher-grade spruce logs to a company that "blocked" the logs into "guitar blocks" and shipped the blocks by container to the Pacific Northwest.

8. Alcan was the high bidder on the Red Mountain and Skipping Cow-II timber sales. These contracts are in the process of being awarded. Both these sales include timber volume that is more than 1,200 feet from an existing road, although there is no road construction planned for the Red Mountain timber sale, making them subject to the proposed NRDC injunction even though neither was subject to any appeal or litigation at the time of sale. Alcan plans to harvest these sales and either sell the timber to the local mills or to customers outside of Alaska. The harvest of these timber sales will sustain logging and some road construction operators for another year or two while the Forest Service prepares additional timber sales. Alcan has no other timber available to help sustain the few surviving logging and road building companies in this region.

9. Alcan also has several million of dollars worth of logging equipment and 30 some employees in its Evergreen Timber subsidiary. If we cannot find timber to harvest, we will be forced to close that operation permanently.

_____
Brian Brown