Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. J04-029 CV (JKS) <br><br> **DECLARATION OF STEVE SELEY IN SUPPORT OF RESPONSE TO MOTION FOR EQUITABLE RELIEF** |

I, Steve Seley, pursuant to 28 U.S.C. Sec 1746, hereby state and declare as follows:

1. I have operated various sawmills in Southeast Alaska since 1980. I am the owner and operator of the Pacific Log and

Lumber Company (PLL). Since 1980, I have worked on and monitored Tongass timber and other development issues in Southeast Alaska. PLL is a Regular Member of the Alaska Forest Association (AFA), and I am on the Board of Directors of AFA.

2. PLL currently employs 32 people. We would employ 43 people on a full single shift basis and 75-77 on a two shift basis if we had a sufficient economic (i.e. affordable) timber supply to operate the mill at the normal level. PLL has plenty of demand and customers in Alaska, the Lower 48 and overseas. If sufficient, economic timber were available, PLL could run its mill at a normal, full two shift operation.

3. PLL would harvest approximately 32 MMBF annually retaining specific grades and species that the facility is designed to cut with sale of the balance to facilities best suited for the manufacture of that particular log. PLL has been forced to operate with insufficient volume over the last three to five years and will no longer fund an operating loss caused by an insufficient volume of logs. We have an established customer base in the Pacific Northwest, SE Alaska, Canada, Europe, Japan and Taiwan. We produce a variety of products that range from kiln dried dimension lumber for local markets, beams and posts, industrial clears and a variety of specialty items.

4. PLL has invested the following in its operation:

Land Development:       $1,168,543.00

| | |
|---|---|
| Buildings: | $ 763,479.00 |
| Rolling Stock: | $1,104,800.00 |
| Generators: | $ 224,000.00 |
| Sawmill Equipment: | $3,480,000.00 |

PLL has recently installed equipment to improve the economic viability of the mill. This includes the newly installed IWT Vacuum Kiln. PLL has completed construction of an associated 50 x 150 dry lumber storage shed and a 40 x 75 cool down shed. This kiln is a specialized product designed and built in Denmark and is unique in the Pacific Northwest and Alaska. Our Swiss built Bogli band saw system provides the capability to saw up to 40' long stock. The combination of this sawing and drying capabilities is unique in United States and when combined with the Alaskan fiber, allows PLL to service specific markets such as spruce mast and spar in Europe, Piano manufactures in Germany, boat builders in Italy, a variety of quality products to the local market such as the Child's Glacier Visitors Center, various USFS parks and trail projects and local home construction and re-models.

5. Any reduction in timber volume from the 1997 TLMP ASQ of 267 MMBF per year will cause economic harm to our industry including limiting the volume of suitable timber to keep the PLL mill operating. PLL waited until the 1997 TLMP was finalized; and then, after careful review of the ten year

harvest schedule, proceeded with the construction of the new PLL mill. We need to harvest about 32 MMBF of economic timber volume in order to generate sufficient, suitable logs for our mill to operate two shifts. This is about 12% of the ASQ. When the Forest Service offers less than the full ASQ, PLL must acquire a higher percentage of the available timber supply, at the expense of another mill, or operate at a reduced level. Since 2001, PLL has operated at a reduced level because of a shortage of logs.

6. PLL was compelled to purchase some uneconomic timber sales in order to have sufficient logs to keep key personnel employee, a minimum volume of lumber flowing to customers to retain the account and a cash flow to meet debt service requirements. PLL has logged several of those uneconomic timber sales at a loss in order to stay in business long enough for the Forest Service to restore a viable, adequate timber supply.

7. PLL currently has only about 23 MMBF of timber under contract, without counting Orion North. (6 MMBF remaining in Licking Creek and 17 MMBF in Upper Carroll-II. About 5 MMBF of the Upper Carroll-II timber is high-cost optional timber that is not affordable in normal market periods. PLL may not be able to utilize this optional timber because of the high harvest cost which reduces our volume that we know we can count on to only be 16 MMBF. PLL was the successful bidder on the 8 MMBF Orion North

timber sale, but the harvest of that timber has been delayed by an injunction pending appeal issued by a panel of the Ninth Circuit Court of Appeals (Appeal No. 04-35868, District Ct. No. J03-0029 CV (JKS) (D. Alaska), until the Ninth Circuit rules on the merits of that appeal. At this point in time, it is unclear when the harvest of the timber in Orion North will occur. PLL reached agreement with the USFS and RDC to terminate PLL's rights to harvest Orion North in exchange for the Buckdance-Madder timber sale. To avoid a mill closure and the layoff of the employees, PLL must purchase economic timber sales by early summer of 2006 so that road construction can be completed before the normal August 15 fish timing construction window closes.

8. Another closure or curtailment is not an option. The inability to operate and maintain steady supply to our customers and cash flow to meet debt service will result in a permanent closure and liquidation of assets. Full, two shift operations cannot resume until PLL has sufficient timber under contract to sustain an annual harvest rate of 32 MMBF. The planned State timber sales and the planned federal timber sales together will not provide sufficient volume for PLL to resume full two shift operations (a three year supply of timber at the 32 MMBF annual harvest level is needed to allow normal operations), but may allow PLL to continue a single shift operation until sufficient timber sales can be made available.

9. PLL cannot endure the financial strain of another curtailment. We have invested substantial cash in the last twelve months and have depleted cash used for working capital with operating losses due to short log supply. Any further loss of cash will force closure, followed by inability by the corporation to service its debt and ultimate disposal of assets.

10. PLL plans to bid on future timber sales in Southeast Alaska, many of which are more than 1,200 feet from an existing road and are thus considered "roadless". Contracting for such sales is necessary in order to help assure an adequate timber volume supply to the PLL mill in the future. Plaintiffs' "Prayer for Relief" requests that the Court "[e]nter appropriate injunctive relief" which plaintiffs, in effect, expect to be an order that enjoins application of the 1997 Tongass Land Management Plan (1997 TLMP). Plaintiffs assert the 1997 TLMP contains errors with respect to, among other things, market demand and viable wildlife populations. Plaintiffs request the Forest Service therefore be enjoined from implementing any timber sales in any roadless areas or any timber sales on Kuiu Island. PLL has harvested timber on Kuiu Island in the past and may do so in the future. Any injunction or delay in the timber sale program as a consequence of plaintiffs' request will directly harm PLL. PLL has an interest in the timber sale

program that may be enjoined or delayed as a consequence of this lawsuit or the broad requested relief that plaintiffs seek.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of April, 2006.

*[signature]*

Steve Seley