Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE<br>  et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE,<br>  et al.,<br><br>             Defendants. | Case No. J04-029 CV (JKS) |

## NOTICE OF ERRATUM

Intervenor Defendant Alaska Forest Association, (AFA) provides notice of an error in filing the Opposition to Plaintiffs' Motion for Equitable Relief on April 17, 2006. Due to a problem with the Electronic case Filing system, AFA was unable to

attach the exhibits to the Opposition. Attached with this notice is the Index of Exhibits and Exhibits 1-4.

      RESPECTFULLY SUBMITTED this 18th day of April, 2006.

                      s/Amy Gurton Mead
                      STEVE SILVER
                      AMY GURTON MEAD
                      Robertson, Monagle & Eastaugh
                      801 W 10th St., Ste. 300
                      Juneau, AK  99801
                      (907) 586-3340 (telephone)
                      (907) 586-6818          (facsimile)

                      ssilver628@aol.com
                      agmead@romea.com

                      Of Attorneys for Alaska Forest Association,
                      Intervenor Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day if April 2006, a copy of the foregoing document was served electronically on the following attorneys of record:

Bruce Landon
Thomas Waldo
Nathaniel Lawrence
Kevin Saxby


s/
Laurie Gyles-Chesnut

# INDEX OF EXHIBITS

Exh. 1    USFS Spreadsheet

Exh. 2    June 24, 2003 letter from D. Bschor to Governor Murkowski

Exh. 3    April 14, 2006 letter from D. Fletcher to O. Graham

Exh. 4    September 2004 Timber Markets Update and Analysis by McDowell Group

Exh. 5    Page 83 from the book "Alaska It's History, Resources, Geography, and Government"

Exh. 6    Draft Report "Timber Products Output and Timber Harvest in Alaska: Projections for 2005-25"

Exh. 7    January 19, 2005 article, "Veneer Mill Threatens Tongass Wildlands" from "The Alaska Truth"

Exh. 8    March 6, 2005 article, "Prospective veneer plant operator suffers fax attack" posted on "Alaska Journal of Commerce Online"

Exh. 9    May 31, 2004 article, Oregon company faces barrage of letters, phone calls over Alaska Mill" posted on "Conservation Portal"

Exh. 10   Article "Catching Heat in the Ketchikan," posted on "Universal Journal"

Exh. 11   Article "Help Stop the Tongass from Becoming Plywood!" posted on the Conservation Newsletter," April 2004

Exh. 12   March 30, 2004 article, "Alaska Timber Mill Proposal Sparks Public Outcry" from "The Alaska Truth"

Exh. 13   Various articles regarding the re-opening of the mill

# Volume Under Contract

Based on Volume Under Contract through November 30, 2005 spreadsheet -and some info updated

Fletcher - 1/09/2006

| Bid Date | Termination Date | Purchaser Name | Sale Name | Current Quantity Estimate | Volume Cut | Remaining Volume | Percent Roadless | Important Sale Status Information | NEPA document |
|---|---|---|---|---|---|---|---|---|---|
| 4/26/2005 | 10/31/2007 | Alean Forest Products LLP | Coyak Salvage | 7,958.53 | 4,066.71 | 0.00 | 100 | enjoined, contract to be cancelled | |
| 10/20/2003 | 10/31/2006 | Alcan Forest Products LLP | Situk Blowdown Reoffer | 25,602.24 | 25,602.24 | 0.00 | 0.00 | 100% harvested | Yakutat II EA |
| 10/26/2004 | 10/31/2011 | Icy Straits Lumber & Mill | Midway Reoffer II | 8,222.48 | 0.00 | 8,222.48 | 0.00 | | Yakutat EA |
| 9/21/2004 | 10/31/2006 | Icy Straits Lumber & Mill | Upside | 237.56 | 122.68 | 114.88 | 0.00 | | 8 Fathom |
| 8/25/2005 | | Icy Straits Lumber & Mill | Dry Stream | 112.00 | 0.00 | 112.00 | | | Small Sales EA |
| 10/12/2004 | 10/31/2007 | Pacific Log & Lumber Ltd | Licking Creek | 15,295.25 | 8,293.61 | 7,060.02 | 0.00 | | Licking Creek |
| 5/11/2004 | 10/31/2009 | Pacific Log & Lumber Ltd | Orion North | 8,374.68 | 0.00 | 8,374.68 | 100.00 | Enjoined NRDC 1 | Sea Level |
| 5/13/1997 | 5/21/2007 | Silver Bay Logging Inc | King George | 25,479.04 | 15,624.53 | 8,449.36 | 66.00 | | King George |
| 7/20/2004 | 3/31/2009 | Viking Lumber Company | Finger Point | 10,311.02 | 0.00 | 9,854.51 | 0.00 | | South Lindenberg |
| 11/8/2005 | | Viking Lumber Company | Lindenberg | 23,269.00 | 0.00 | 10,311.02 | 0.00 | | |
| 10/27/2003 | 5/26/2009 | Viking Lumber Company | Fusion | 31,935.76 | 29,635.76 | 23,269.00 | 63.00 | | Control Lake, Chasina, Polk Inlet |
| 11/4/2004 | 10/31/2008 | Viking Lumber Company | Kogish Shinaku II | 8,028.33 | 7,578.33 | 2,300.00 | 32.00 | | Control Lake |
| 10/30/2002 | 10/31/2007 | Viking Lumber Company | Sunmore Change | 11,016.01 | 6,180.26 | 450.00 | 37.00 | Hell in Roadless | Lab Bay |
| 5/4/2004 | 7/31/2006 | Viking Lumber Company | Thorne Island | 1,906.22 | 0.00 | 500.00 | 79.00 | Underran -estimate | Lab Bay |
| 8/25/2005 | | Viking Lumber Company | Luck Lac II | 8,586.04 | 1,912.72 | 1,906.22 | 100.00 | All Helicopter | |
| 7/14/2003 | 10/31/2006 | Viking Lumber Company | Twin Bridges II | 7,457.24 | 4,990.77 | 6,673.32 | 5.00 | | Luck Lake |
| 7/25/2000 | 10/31/2005 | Beaver Creek Logging. | Buster Bay | 295.05 | 227.15 | 45,409.56 | 5.00 | Underran | |
| 8/25/2005 | | D & L Woodworks | Big Bear | 150.00 | 0.00 | 67.90 | 0.00 | | |
| 9/21/2004 | 10/31/2006 | D & L Woodworks | Beaver Pond | 189.75 | 53.77 | 150.00 | 0.00 | | |
| 6/11/1999 | 10/31/2005 | David Seaford | Rush Fast | 795.53 | 739.06 | 135.98 | 0.00 | | |
| 5/4/2004 | 10/31/2005 | Dean Blankenship | Surku Swing Salvage | 314.68 | 0.00 | 56.47 | 0.00 | | |
| 1/31/2005 | 9/30/2006 | Dept. Of Transportation | Cascade Point ROW Settlement | | | 314.68 | 0.00 | | Control Lake |
| 1/20/2005 | 12/15/2005 | Fred Ensign | Microsale #9 | 634.57 | 0.00 | 634.57 | 0.00 | | |
| 6/27/2005 | 6/27/2006 | H & L Salvage, Inc | Microsale # 67 | 0.88 | 0.00 | 0.88 | 0.00 | | |
| | | | | 15.58 | 0.00 | 15.58 | 0.00 | | |

Exh. 1

| Date 1 | Date 2 | Purchaser | Sale Name | Col A | Col B | Col C | Notes |
|---|---|---|---|---|---|---|---|
| 6/14/2005 | 10/31/2006 | H & L Salvage, Inc | Vientos Cinco #5 | 69.68 | 0.00 | 69.68 | |
| 5/26/2005 | 6/1/2006 | Harold A Rhodes | Microsale #105 | 42.23 | 0.00 | 42.23 | |
| 9/29/2004 | 9/30/2005 | Hummer Enterprise | Microsale # 73 | 13.12 | 1.31 | 11.81 | |
| 10/18/2005 | | W. Thompson | Mink Tail | 153.00 | 0.00 | 153.00 | |
| 6/14/2005 | 10/31/2006 | James Harrison | Binder | 43.27 | 0.00 | 43.27 | |
| 10/15/2005 | | James Harrison | Beaver Tail Salvage | 212.00 | 0.00 | 212.00 | |
| 6/25/2003 | 10/31/2005 | Keith Dahl | Lucky Duck Reoffer | 453.00 | 0.00 | 453.00 | |
| 3/16/2004 | 10/31/2005 | Keith Landers | Rocky Ratz Special Salvage | 41.62 | 0.00 | 41.62 | |
| 5/20/2002 | 10/31/2005 | Ketchikan Public Utility | Swan Tyee Settlement | 17,960.38 | 16,409.91 | 1,550.47 | Swan Tyee Intertie |
| 6/7/2005 | 7/1/2007 | Kwaan Electric Transmission | B' Road Powerline | 313.19 | 0.00 | 313.19 | |
| 8/30/2004 | 8/30/2005 | Kwaan Electric Transmission | KGCMC - Intertie Settlement | 62.65 | 0.00 | 62.65 | |
| 6/27/2005 | 6/20/2006 | Larry Trumble | Microsale # 107 | 3.69 | 0.00 | 3.69 | |
| 9/3/2004 | 9/30/2005 | Norsemen Wood Products | Microsale # 17 | 25.69 | 14.21 | 11.48 | |
| 8/13/2001 | 10/31/2006 | Porter Lumber | Nossuk Creek Salvage | 385.64 | 160.23 | 225.41 | |
| 12/2/2003 | 10/31/2005 | Porter Lumber | Stromboli Special Salvage | 73.72 | 54.54 | 19.18 | |
| 5/18/2004 | 10/31/2005 | Porter Lumber | Yatuk Creek Salvage | 545.40 | 0.00 | 545.40 | |
| 6/2/2005 | 5/10/2006 | Red Esslinger | Microsale #102 | 21.73 | 0.00 | 21.73 | |
| 12/2/2003 | 10/31/2005 | Ronger E Grant | Election Special Salvage | 56.17 | 0.00 | 56.17 | |
| 5/3/2005 | 10/31/2007 | SE Alaska Wood Products | Shady | 4,091.43 | 0.00 | 4,091.43 | Shady EA |
| 10/29/2003 | 9/30/2006 | T & T Lumber | Flora's Folly | 192.39 | 80.80 | 111.59 | |
| 7/27/1999 | 11/1/2006 | The Mill Inc | Wedge | 643.95 | 0.00 | 643.95 | |
| 8/25/2005 | | S.Little | Low Ridge | 160.00 | 0.00 | 160.00 | Froot EA |
| 3/8/2006 | | Harold A Rhodes | Flyboy Salvage | 10.66 | 0.00 | 10.66 | |
| 11/23/2005 | | Jerry Baker | Microsale #92 | 3.28 | 0.00 | 3.28 | |
| 9/30/2005 | | Kennecott Green's Creek Mine | Green's Creek Sand Pit | 13.03 | 0.00 | 13.03 | |
| 6/6/2005 | | TBRD-Commercial Firewood | "Permit" | 5.00 | 0.00 | 5.00 | |
| 7/17/2005 | | TBRD-Commercial Firewood | "Permit" | 2.50 | 0.00 | 2.50 | |
| 7/18/2005 | | TBRD-Commercial Firewood | "Permit" | 7.50 | 0.00 | 7.50 | |
| 12/31/2005 | | TBRD-Commercial Sawlog | "Permit" | 3.28 | 0.00 | 3.28 | |
| 12/31/2005 | | TBRD-Commercial Sawlog | "Permit" | 7.41 | 0.00 | 7.41 | |
| 7/1/2005 | | William Kaufman | Microsale #77 | 11.07 | 0.00 | 11.07 | |
| | | | Other Sales & Permits | | | | |
| | | 51 Sales and Permits | Total Uncut volume under Contract | | | 10,286.67 | |
| | | | | 89,434.80 | | | |



| United States Department of Agriculture | Forest Service | Alaska Region | P.O. Box 21628 Juneau, AK 99802-1628 |

File Code: 2430
Date: June 24, 2003

The Honorable Frank H. Murkowski
Governor
State of Alaska
P.O. Box 110001
Juneau, AK 99811-0001

Dear Governor Murkowski:

Since the release of the 1997 Tongass Land Management Plan Revision, the timber sales program in southeast Alaska has been in a constant state of flux. Some of the events that have produced this condition have been related to the 1999 modified Forest Plan Revision, the Roadless Conservation Rule, and appeals and litigation associated with both the Forest Plan and the Rule. The purpose of this letter is to outline the Forest Supervisor's intentions for the future timber program on the Tongass so that informed business decisions can be made by the industry as well as the communities' dependant on the jobs the industry produces.

The Tongass has approximately 600 million board feet (MMbf) of timber sale projects (29) in the planning phase of sale preparation. Five of these projects (113 MMbf) are exempt from the 2001 Roadless Conservation Rule and approximately 100 MMbf has no roadless associated with the projects. The remaining projects, approximately 387 MMbf, are being reviewed to determine if any aspects of the projects can be continued. Those projects not activated will be shelved at a logical stopping point until such time as a final outcome for Roadless is determined. In the meantime, the Forest Supervisor has directed the Tongass Rangers to begin planning on approximately 200 MMbf of new timber projects in the roaded landbase. The purpose of these projects is to provide a buffer for roadless projects shelved pending the final outcome of the Roadless Conservation Rule.

Currently there is approximately 200 MMbf of timber volume under contract to all of the operators on the Tongass. The volume associated with these projects was reduced by about 100 MMbf by the termination of the sales associated with Gateway Forest Products. Of the remaining volume, about half is associated with projects having poor economics due to changed market and processing conditions. The Forest and the Region are working with the Washington Office to determine if there is any potential to modify these contracts so they better fit with the existing market conditions the Region faces today.

New projects planned for offer in Fiscal Year (FY) 2003 totaled approximately 95 MMbf after those affected by roadless were removed. With the retrieval of the volume associated with Gateway Forest Products sales, the Tongass is preparing a new revised Six and Twelve Month Timber Sale Announcement to incorporate some of these projects prior to the end of the Fiscal Year with the remaining being added to that planned for FY04. From this list of projects, one or more ten-year timber sale contracts, from a combination of projects within logical operating areas, will be attempted. The criteria for these contracts will be that the volume has completed


Caring for the Land and Serving People

Printed on Recycled Paper

E: Exh. 2

the planning process, has been cruised and appraised, and then will be advertised for competitive bid. The Tongass is expecting the total volume in each of the contracts to range from 50 to 100 MMbf and implementation being conducted similar to that of how subdivisions would be entered under a normal project. Volume needs in addition to the ten-year contract volume can be acquired through the normal sales program.

The limiting factor for the Tongass to fill the timber pipeline quickly is the effect of the Roadless Conservation Rule on the planning projects containing a significant amount of roadless acreage. Resolution of the Roadless effects will provide a significant boost of projects into the pipeline providing stability in the program in the outyears. Rulemaking to address the Roadless Conservation Rule will be completed this fall, however, we anticipate that appeals and litigation will follow the final rulemaking determination. In the meantime the Tongass will prepare the buffer projects in the roaded landbase so that a sustained supply of timber volume can be made available to the current industry.

Should the Tongass become exempt from the Roadless Conservation Rule, the goal of the Forest timber program will be to move toward about five ten-year timber sales under contract. The ten-year contracts would total about one-third to one-half of the total program with the remaining volume included in short duration timber sale projects. The Tongass overall goal is to have three years of economical timber supply under contract.

We will ask the industry to consider a timber conference this winter to fully address the many issues that have been raised over the last year with the program. At this conference, we would outline where we are with outyear supply, cost collection and the appraisal system, involvement by the industry in planning of timber sale projects, cruising, marketing, economical sales, and any other related issues.

Please call Tongass Forest Supervisor, Tom Puchlerz at 907-228-6281, or Forest and Fire Management Staff Officer, Charley Streuli at 907-772-5882, if you need additional clarification.

Sincerely,

/s/ Dennis E. Bschor
DENNIS E. BSCHOR
Regional Forester

Exh 1, pg 2 of 2



| United States Department of Agriculture | Forest Service | Alaska Region Tongass National Forest | 648 Mission Street Ketchikan, Alaska 99901 (907) 225-3101 FAX: (907) 225-6215 |

File Code: 1920
Date: April 14, 2006

Owen Graham
Alaska Forest Association
111 Stedman – Suite 200
Ketchikan, AK 99901

Dear Owen:

I have enclosed information for the North Thorne, Scratchings and Traitors Cove NEPA projects that you requested. The enclosure displays the volume of the initial Logging System Transportation Analysis (LSTA); the volume made available after application of Standard and Guidelines by the Interdisciplinary Team (IDT) and the economics of each project.

If you have questions, please call me at (907) 772 – 5882.


DAVID FLETCHER
Timber Prep Program Manager

Enclosure (1)

Cc: Forest Cole, Ketchikan SO
    Tim Obst, OGC
    Charley Streuli, Petersburg SO



Caring for the Land and Serving People

Exh. 3

North Thorne Timber Sale

The North Thorne Timber Sale EIS is located on the Thorne Bay Ranger District. The alternatives range from 5.0 million board feet (345 acres) to 15.3 million board feet (1,075 acres). The unit pool within the roaded base for the EIS consists of 2,050 acres (approx. 41.0 million board feet). Following IDT review 975 acres (approx. 21.0 million board feet) were dropped for Forest Standards and Guidelines. Below is a table that outlines each alternative.

| North Thorne | Alternative 2 | Alternative 3 | Alternative 4 | Alternative 5 |
|---|---|---|---|---|
| Total Acres | 1,075 | 442 | 567 | 345 |
| Total Volume | 15.3 | 9.3 | 9.8 | 5.0 |
| Helicopter Acres | 689 | 332 | 332 | 0 |
| Helicopter Volume | 9.8 | 7.0 | 6.2 | 0 |
| Appraises Positive | No | No | No | Yes |
| | | | | |

Traitors Cove Timber Sale EIS is located on the Ketchikan-Misty Ranger District. The alternatives range from 7.3 million board feet to 18.3 million board feet. The unit pool within the roaded base for the EIS consists of 5,256 acres (approx. 94,000 million board feet. Following the IDT review 4,283 acres (approx. 77.00 million board feet) were dropped for Forest Standards and Guidelines. Below is a table that outlines each alternative.

| Traitors Cove | Alternative 2 | Alternative 3 | Alternative 4 | Alternative 5 |
|---|---|---|---|---|
| Total Acres | 973 | 436 | 378 | 735 |
| Total Volume | 18.3 | 8.3 | 7.3 | 13.9 |
| Helicopter Acres | 116 | 77 | 0 | 116 |
| Helicopter Volume | 2.2 | 1.3 | 0 | 2.2 |
| Appraises Positive | No | No | Yes | No |
| | | | | |

The Scratchings Timber Sale DEIS, located on the Craig Ranger District. The alternatives range from 22.0 million board feet (1,011 acres) to 42 million board feet (1,932 acres). The LSTA for the project consisted of 6,531 acres (130.6 million board feet). Following IDT review 2,733acres (approx. 54.7 million board feet) were dropped from the LSTA for Forest Standards and Guidelines. The resulting unit pool for the DEIS consists of 3,798 acres (approx.76.0 million board feet). Below is a table that outlines each alternative.

| **Scratchings** | Alternative 2 | Alternative 3 | Alternative 4 | Alternative 5 |
|---|---|---|---|---|
| Total Acres | 1932 | 1391 | 1195 | 1011 |
| Total Volume | 42 | 29 | 24 | 22 |
| Helicopter Acres | 594 | 248 | 379 | 110 |
| Appraises Positive | No | Yes | No | Yes |
|  |  |  |  |  |

Case 1:04-cv-00029-JKS   Document 73   Filed 04/18/2006   Page 11 of 16

# Timber Markets Update and Analysis of an Integrated Southeast Alaska Forest Products Industry

FINAL REPORT

PREPARED FOR:
**Southeast Conference**

**McDowell GROUP**

Research-Based Consulting

Juneau
Anchorage

September 2004

Exh. 4

# Timber Markets Update and Analysis of an Integrated Southeast Alaska Forest Products Industry

FINAL Report

PREPARED FOR:
Southeast Conference

PREPARED BY



Juneau • Anchorage

In Association with:

**Walt Sheridan Associates**
Juneau Alaska

and

**Leonard Guss Associates**
Woodinville, Washington

September 2004

## Table of Contents

**Executive Summary** ................................................................................................. 1

**Introduction** ............................................................................................................. 4
   **Current Situation** ................................................................................................ 4
   **A Potential Long Term Strategy** ........................................................................ 5
      Integrated Wood Products Manufacturing ......................................................... 5
      Core Operations ................................................................................................ 6
      Key Issues ......................................................................................................... 6
   **Study Design** ..................................................................................................... 7
      Purpose ............................................................................................................. 7
      Methodology ...................................................................................................... 7
      Study Team ....................................................................................................... 7

**Status of Southeast Alaska Timber Supplies** ........................................................ 8
   **Historical Overview** ............................................................................................ 8
   **Types and Sources of Timber** ............................................................................ 9
      Tongass National Forest Timber Supply ........................................................... 9
      State of Alaska Timber Supply ......................................................................... 14
      State of Alaska Mental Health Trust Timber Supply ........................................ 15
      ANCSA Corporations Timber Supply ............................................................... 15
      Other Potential Timber Supply Sources ........................................................... 16
   **Summary of Current Supply** ............................................................................. 16

**Status of Southeast Alaska Timber Processing** ................................................. 18
   **Existing Mills** .................................................................................................... 18
      Installed Mill Capacity ...................................................................................... 20
      Recent Mill Production ..................................................................................... 20
      Current Markets and Trends ............................................................................ 22
   **Recent and Planned Technological Improvements** ......................................... 24
      Statewide and Southeast Alaska Regional Strategies ..................................... 24
      Mill Efficiency ................................................................................................... 24
      New Species Designations .............................................................................. 25
      Other Technological Advances ........................................................................ 25

**A Sustainable Southeast Alaska Timber Industry** ........................................... **27**

   **Components of an Integrated Industry** ................................................................. **27**

      Role of Existing Saw Mills..................................................................................28
      Uses for Low-Grade Logs and Sawmill Residuals............................................28
      Waste Handling..................................................................................................30
      Potential for an MDF Plant.................................................................................30
      Cost of Operations ............................................................................................32

   **Timber Requirements for an Integrated Industry**............................................... **33**

   **Marketing Products from an Integrated Industry**............................................... **36**

      Legal, Regulatory and Policy Impediments to an Integrated Industry ..............38

   **Potential Economic Impacts of an Integrated Industry**...................................... **40**

      Regional and Statewide Impacts.......................................................................40
      Community Impacts ..........................................................................................42

**Appendix I – Characteristics of Key Products and Markets**.......................... **44**

   **Sawmill / Certified Glued Lumber (CGL)** ............................................................. **44**

   **Sawmill / Glulam Beams**........................................................................................ **45**

   **Veneer and Laminated Veneer Lumber (LVL)** ..................................................... **51**

   **Medium Density Fiberboard (MDF)** ...................................................................... **57**

   **Fiber** ........................................................................................................................ **62**

A diversity of timber sources (with different management objectives) results in the most stable supply. But though, state and private holdings have a role, access to public timber is a necessary condition for revitalization of the region's timber industry. The largest private forestland owners in Southeast Alaska, the Native corporations, show limited interest in selling timber for local processing or in processing it themselves. They have found it more profitable to concentrate on the international market for round logs. Without access to large private tracts, existing mills must rely on timber from the Tongass National Forest.

Yet, "market demand" for Tongass timber, as it is defined by the USDA Forest Service, continues to decline in spite of positive trends in many wood products markets. One reason is that, without a profitable way to process low-value timber (i.e., the timber that used to be employed in making pulp), the viability of a timber sale depends heavily on its high-value sawlogs, mainly spruce and cedar. If there are not enough of these logs, or if they are too expensive to harvest, the sale is not "economic," i.e., cannot pay for itself and the sale is not purchased. Since the Forest Service defines the need for new timber sales largely in terms of recent mill production, this scenario tends to lead to smaller or fewer timber offerings. This, in turn, discourages new ventures and makes it difficult for existing companies to alter their operating strategies in any fundamental way. Businesses are subject to a chicken-and-egg scenario:

- Mills are often unable to respond to timber sale offerings with the production technology and delivered log cost available to them.

- The Forest Service interprets this as low market demand and reduces supply still further.

- With an uncertain supply, mills are unable to develop the new technology, complementary production capacity, and market relationships to break out of the cycle.

## A Potential Long Term Strategy

This study begins with the premise that the Tongass timber resource has a role to play in a healthy, diverse regional economy. Since timber markets are highly variable relative to some other commodities, it follows that the industry must move beyond a condition of extreme economic tenuousness under which its workers, companies and communities are vulnerable to even small shifts in markets or forest management policy. The situation may be markedly improved by making the best economic use of a predictable annual harvest by means of integrated manufacturing.

### Integrated Wood Products Manufacturing

An integrated industry is one that includes a spectrum of operations matched to the nature of the timber supply. In simplest terms, this means one or more sawmills and a process to utilize the roughly 40 percent of Tongass timber that is not suitable for lumber. However, other, more specialized components such as cedar mills, specialty products manufacturers, and a variety of engineered wood production, are potential components of an integrated industry. Specialization allows plants to minimize waste, focus on niche markets, and command premium prices. In turn, these businesses may