Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE<br>et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br>et al.,<br><br>　　　　Defendants. | Case No. J04-029 CV (JKS) |

## NOTICE OF ERRATUM

Intervenor Defendant Alaska Forest Association, (AFA) provides notice of an error in filing the Opposition to Plaintiffs' Motion for Equitable Relief on April 17, 2006. Due to a problem with the Electronic case Filing system, AFA was unable to attach the exhibits to the Opposition. Attached with this notice is Exhibits 7-8.

RESPECTFULLY SUBMITTED this 18th day of April, 2006.

        s/Amy Gurton Mead
        STEVE SILVER
        AMY GURTON MEAD
        Robertson, Monagle & Eastaugh
        801 W 10th St., Ste. 300
        Juneau, AK  99801
        (907) 586-3340 (telephone)
        (907) 586-6818     (facsimile)

        ssilver628@aol.com
        agmead@romea.com

        Of Attorneys for Alaska Forest Association,
        Intervenor Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day if April 2006, a copy of the foregoing document was served electronically on the following attorneys of record:

Bruce Landon
Thomas Waldo
Nathaniel Lawrence
Kevin Saxby


s/
Laurie Gyles-Chesnut

**Protecting Alaska's Wilderness...**

# The ALASKA TRUTH 

January 19, 2005                                    Volume 3, Number 2

## VENEER MILL THREATENS TONGASS WILDLANDS

On January 3, 2005 the Ketchikan Gateway Borough assembly approved an agreement to lease the former veneer plant at Ward Cove to Ted Falconer, a Washington state timber products consultant. The veneer mill, built in 2000 by Gateway Forest Products, has been idle since February, 2001 when Gateway declared bankruptcy after operating the mill for one month. During the last two years two other timber products companies have proposed restarting the mill but both backed away from the project after assessing all of the economic risks and benefits.

Reopening the veneer mill concerns local Alaska and national conservation organizations because it will increase pressure to log old-growth trees in roadless areas of the Tongass National Forest.

Until a year ago, Tongass roadless areas were protected by the national Roadless Rule. However, the U.S. Forest Service unilaterally exempted the Tongass from the Roadless Rule in December 2003. The Forest Service is on record saying that the veneer mill would require trees from the roadless areas of the Tongass in order to operate profitably over the long run. Recently, Alaska's Governor Murkowski has further aggravated the situation by calling for logging levels in the Tongass that could only be fulfilled by entering roadless areas on a wholesale basis.

"As long as these Tongass wildlands remain open to logging, with the federal government using the veneer mill as a rationale for keeping them open, we will continue to oppose restarting the mill," said Tim Bristol, Executive Director of the Alaska Coalition.

Restarting the veneer mill will also cause significant environmental problems for Ward Cove, the protected bay where the mill is located. Ward Cove is already heavily polluted from previous pulp operations, and is a Superfund site. Reopening the veneer mill and storing logs there would make matters much worse by allowing the discharge of more bark and other wood debris directly into the cove.

## WHAT THEY ARE SAYING ABOUT AMERICA'S RAINFOREST IN ALASKA...

"Maryland residents may have no national forests in their state, but they have 192 million acres of national forests. That America's national forests are a treasure belonging to all Americans seems to be a detail lost on the Bush administration and the U.S. Forest Service.

The administration has opened the magnificent temperate rain forest in the Tongass National Forest in Alaska to more logging, road-building and development, despite hundreds of thousands of comments urging its protection as home to old-growth forests and a grizzly bear and salmon habitat.

It also has proposed leaving the disposition of all of our 60 million acres of wild forest--roadless areas--to state governors.

True to form, just two days before Christmas, the Forest Service issued its long-anticipated "revision" of the National Forest Management Act, the guiding document for the public's 192 million acres of national forest and grasslands.

With this latest holiday gift to the timber industry, it appears the only thing left is for the Forest Service to change its motto from "Caring for the Land and Serving People" to "Caring for the Land in Service of the Corporations."

The new rules eliminate the requirement that national forest plans be subject to the National Environmental Policy Act and evaluated for their potential environmental impacts on wildlife and water supplies...

...This policy was a Christmas gift to the American Forest and Paper Association, Weyerhaeuser and the other corporate timber barons. It's also a cynical back of the hand to all Americans of this generation or those that follow who expect our public lands to be there for all of us and for the protection of species that have nowhere else to go."

—Commentary by David Muhly, Appalachian region representative of the Sierra Club, in the *Baltimore Sun*, 1/15/05.


*Alaska Coalition*

For more information, contact
Tim Bristol at the Alaska
Coalition, 907-586-0147
www.alaskacoalition.org

Alaska Journal of Commerce Online

Web posted Sunday, March 6, 2005

Prospective veneer plant operator suffers fax attack

The Associated Press

KETCHIKAN - Environmentalists faxed dozens of letters to a Washington state forest products company to voice concerns over its plans to reopen a veneer plant at Ketchikan's Ward Cove.
Ted Falconer of T.F. Inc. in Gig Harbor, Wash., said 153 letters jammed his fax machine in late February. The letters came from people across the country, and were faxed from the Natural Resources Defense Council's office in Washington, D.C.
The faxes have stopped, though letters are still arriving in the mail, Falconer said.
"Nobody has signed their name and they all came from (the NRDC) fax machine a minute and a half apart," he said.
Debbie Hammel, a senior resource specialist with NRDC, said the organization had collected nearly 15,000 comments from its members.
"We know it's a very large volume, and we're only allowing a few to go through on fax," she said. "The rest we're probably going to put on a disk and mail to him so he understands the level of concern regarding his negotiations (with the borough)."
Right now, the campaign involves only NRDC, but that could change, Hammel said. The group wouldn't oppose a veneer mill in Ketchikan if the U.S. Forest Service reinstated roadless area protections in the Tongass National Forest, she said.
"Our members are communicating their concern about Mr. Falconer's continued negotiations with the borough to reopen and operate the veneer mill," she said.
The NRDC, the Alaska Rainforest Campaign and the Alaska Coalition conducted a similar campaign a year ago against Timber Products Co., which had been looking at the Ketchikan mill. In that instance, the groups say they organized 60,000 phone calls and messages to Timber Products Springfield, Ore., office.
Ketchikan's Borough Assembly considered filing a lawsuit against the groups last year over the campaign, but ultimately dropped the idea. The borough owns the veneer plant and has signed a memorandum of agreement with Falconer.
Borough Manager Roy Eckert said a lawsuit against the environmentalists remains a possibility.
The Tongass has approximately 9.4 million acres of inventoried roadless areas, of which about 300,000 acres are available for timber harvest, according to the Forest Service.
Tongass National Forest spokesman Dennis Neill said the forest plan keeps most Tongass roadless areas unmodified. Forest Service management is based on science and there are provisions in timber sale contracts to protect streams and wildlife, he said.
"We recognize that some segments of society have desires that are different, and those concerns need to be taken up with Congress or

Exh. 8

us instead of a private businessman," he said. "He's not responsible for decisions made under the forest plan and shouldn't be held accountable for it. And I think they know that."

© 2004 The Alaska Journal of Commerce and Morris Communications Corp.