Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com


Attorneys for
Alaska Forest Association,
Intervenor Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE ) <br> et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES FOREST SERVICE, ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. J04-029 CV (JKS) |

## NOTICE OF ERRATUM

Intervenor Defendant Alaska Forest Association, (AFA) provides notice of an error in filing the Opposition to Plaintiffs' Motion for Equitable Relief on April 17, 2006. Due to a problem with the Electronic case Filing system, AFA was unable to attach the exhibits to the Opposition. Attached with this notice is Exhibits 9-11.

RESPECTFULLY SUBMITTED this 18th day of April, 2006.

        s/Amy Gurton Mead
        STEVE SILVER
        AMY GURTON MEAD
        Robertson, Monagle & Eastaugh
        801 W 10th St., Ste. 300
        Juneau, AK  99801
        (907) 586-3340 (telephone)
        (907) 586-6818          (facsimile)

        ssilver628@aol.com
        agmead@romea.com

        Of Attorneys for Alaska Forest Association,
        Intervenor Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day if April 2006, a copy of the foregoing document was served electronically on the following attorneys of record:

Bruce Landon
Thomas Waldo
Nathaniel Lawrence
Kevin Saxby


s/
Laurie Gyles-Chesnut

```
31/5/2004 -- Oregon company faces barrage of letters, phone calls over Alaska
millForest
           Conservation Portal
              Forest Conservation ArchivesSearch 3,000 forest conservation sites
```

Oregon company faces barrage of letters, phone calls over Alaska mill

Source:  Copyright 2004, Associated Press
Date:  May 31, 2004
Byline:  JOE HARWOOD / Associated Press

It's rare for a privately held, low-profile Oregon wood products company to become the target of a national activist campaign waged by heavyweight environmental groups.

Yet that's what happened earlier this year, when Springfield-based Timber Products Co., owned by the local Gonyea family, found itself in the crosshairs of the Natural Resources Defense Council.

The well-connected environmental organization, with more than a million members, in its February newsletter called for a letter-writing campaign against Timber Products. The goal: to stop Timber Products from buying and restarting a bankrupt veneer mill in Ketchikan, Alaska.

The NRDC worries that restarting the mill would lead the U.S. Forest Service to open roadless areas of the nearby 17-million-acre Tongass National Forest to logging. The NRDC sought, at the very least, a public pledge from Timber Products that the company would not use Tongass timber if the firm decided to buy the mill.

The Tongass is the country's largest national forest, with almost a third designated as wilderness. Protecting it has become a rallying cry for many environmental groups — while the Bush administration wants to increase logging there.

The story of Timber Products and the activists shows how a company becomes a target, how it responds, and what effects such campaigns have. In recent years, environmental groups have become increasingly adept at pressuring companies. And firms have become increasingly shrewd at collaborating with, or battling, environmental groups.

The Bush administration five months ago exempted the Tongass from the so-called roadless rule, a Clinton-era ban on construction of new roads in many portions of national forests that didn't already have substantial road networks. In exempting the Tongass from the road-building ban, the administration drew the ire of dozens of environmental groups, but won plaudits from wood products firms and Alaska's governor.

Earlier this year, an NRDC-induced letter-writing campaign generated more than 40,000 letters and faxes from across the country to Timber Products President

Exh. 9

and CEO Joe Gonyea II, pleading with him to not use Tongass timber in the mill.

On March 29-30, an initiative by the Alaska Rainforest Campaign flooded Timber Products' headquarters with 800 to 1,000 telephone calls with the same message. Timber Products had spent several years studying whether to buy the mill. But within a couple of months of the start of the environmentalists' campaign, the company announced that it wouldn't be buying the facility — although it might still help another buyer market the mill's output.

Roger Rutan, Timber Product's assistant vice president of marketing, said the activist campaigns had little effect on his firm. The company made its decision on business fundamentals, he said.

Yet Rutan also admits that being a target is no fun, and said company officials were unhappy with "misstatements of fact" by the two environmental groups.

And if a new mill owner of the Ketchikan mill uses Tongass timber and is aided by Timber Products Co., the Springfield firm could remain a target.

Sami Yassa, a senior NRDC scientist, said the organization mounted the letter campaign in order to push Timber Products into meeting and discussing where the company might get timber if it bought the mill.

Only a few of the letters came from Alaska, Rutan said.

He estimated that the Alaska Rainforest Campaign's call-in initiative generated up to 1,000 calls.

"They did barrage us with phone calls in some attempt to disrupt our business," Rutan said.

About 10 percent of the callers cited the wrong topic, he said.

"Some of them were complaining about oil or gas (exploration), so you could tell they were reading off the Internet," he said.

Brian McNitt, conservation director for the Alaska Rainforest Campaign in Sitka, said his group was "really happy with the turnout."

Alaska Gov. Frank Murkowski wasn't happy with the campaigns targeting the Ketchikan mill and Timber Products. He labeled the two organizations "extreme environmental groups."

John Manly, Murkowski's spokesman, said the campaigns are a way for the groups to drum up cash contributions from members, a charge the organizations deny.

Timber Products set up a Web site to counter the campaign, including information about its commitment to buy wood certified as coming from sustainably managed forests.

Timber Products spent about three years looking for sources of logs to feed the Ketchikan mill, Rutan said, noting that the company had said it would not depend on Tongass National Forest timber.

"There's enough second growth timber on (Alaska) Native and private lands to fully wood the mill," Rutan said. "Not for two or three years, but for the long haul."

Eckert, the borough manager, said Murkowski has sought to free up timber under state ownership to help supply the mill.

Rutan said the activist campaigns played little or no part in his company's decision earlier this month not to buy the mill.

"These campaigns, once they come at you, to say they have no effect in decision-making is unrealistic," Rutan said. "But you have to make a business decision based on sound fundamentals. And we could never get past the basic business case to buy the mill."

After a May 7 purchase deadline set by the borough, only one company submitted a letter of interest. Forrest Products Co., which runs a dimension sawmill in Hoquiam, Wash., was the lone firm, Eckert said.

Walt Schrader, president of Forrest Products, told The Associated Press that his company is sorting through the same timber supply issues that Timber Products wrestled with.

Still, Timber Products may stay involved.

"We have not ruled out some involvement with an Alaskan partner," Rutan said.

As it does with two or three small veneer mills in Canada, Timber Products might guarantee that all the mill's production is sold.

McNitt, of the Alaska Rainforest Campaign, said his organization is likely to continue the campaign against Timber Products if the firm acts as the mill's marketing arm.

"Several large customers of (Timber Products) have made commitments not to buy Tongass wood," McNitt said. "So we'll follow the chain of custody, find out where the wood comes from, where it goes, and continue the campaign from there."

Originally posted at:
http://www.kgw.com/sharedcontent/APStories/stories/D8CT3LFG1.html

Forests.org users agree to the site disclaimer as a condition for use.
Networked by Forests.org - Forest Conservation Portal, a project of Ecological Internet, Inc.

UniversalJournal/AYJW - Articles, Papers, Essays - Association of Young Journalists and Writers

Catching Heat in the Ketchikan
By Christopher Stollar

They weren't planning to club baby seals and skin them alive. They just wanted to cut down trees for sale.

John Manly, the Alaskan governor's press secretary, used this extreme comparison to defend Timber Products Co., a Springfield-based business that has recently come under attack by the Natural Resources Defense Council and the Alaska Rainforest Campaign for its interest in buying and restarting a bankrupt veneer mill just outside Ketchikan, Alaska, near the Tongass National Forest.

"It's just tree huggers in their extreme," Manly said. "Environmental groups want people to believe that it's the last remaining rain forest on earth. It's true that it's an important forest, but ... the trees grow back. New growth produces more oxygen than old growth."

The Tongass is the country's largest national forest. Spanning 500 miles of Alaskan coast, it supports the world's largest concentration of grizzly bears and eagles with islands, glaciers and 100 rivers.

In December, the U.S. Forest Service exempted the Tongass from the Roadless Area Conservation Rule roadless rule, a Clinton-era ban on almost all road building and commercial logging in large unroaded areas of national forests. Timber Products' interest in the Ketchikan mill immediately fueled activist fervor.

The NRDC, a New York-based environmental organization with more than 1 million members, launched a letter-writing campaign against Timber Products, which has been in the Springfield community for more than 80 years. The activists sought to stop Timber Products from restarting the mill from fear that it would lead the U.S. Forest Service to open roadless areas of the 17-million-acre Tongass National Forest to logging.

The first letter was sent in September 2003. By the end of the campaign, people from across the country had submitted more than 40,000 letters, urging Timber Products President and CEO Joe Gonyea II not to use Tongass timber in the mill.

"We oppose all efforts to run the mill until roadless areas in the Tongass are protected," said NRDC Resource Specialist Debbie Hammel. "We're concerned about protecting habitat in

Exh. 10

roadless areas in the Tongass. (This is) the last largest remaining intact habitat in temperate rain forests in the world."

Environmentalists with the Alaska Rainforest Campaign waged a similar war, but they relied more heavily on the phone as a weapon. People flooded Timber Products' headquarters with about 1,000 telephone calls.

"We're trying to show the public what the threats would be to the Tongass if the veneer mill did open," said Patrick Shannon, the campaign's West Coast organizer. "There are thousands of local residents who use the healthy roadless areas for hunting, fishing and recreation, and those are all integral to the economic livelihood of these small towns. ... Building roads is the main culprit of the degradation of forests."

Timber Products established a Web site to counter many of the campaigns' allegations, primarily noting that the mill was built to process small-diameter trees and cannot handle logs larger than 21 inches in diameter.

"The thrust of the campaign was we were going to roadless areas in the Tongass to use old growth timber in the mill," Rutan said. "That's an absolute oxymoron. ... It's physically impossible to use old growth (in the mill)."

Although Timber Products has decided to not purchase the mill at this point, Rutan said the company made that decision more from business concerns than heated calls and letters.
"To say they had no impact is unrealistic," Rutan said. "Sure, they had an impact with all the letters, but that wasn't driving our decision. ... The thing that (made) our decision was the bottom line. ... Doing business is costly up there."

Alaskan Gov. Frank Murkowski regrets Timber Products'

"Timber Products Co. is an upstanding, environmentally-conscientious company, which I would be proud to have operating in Alaska," Murkowski said in a March press release. "Facts don't seem to be an obstacle to the militant environmentalists who have targeted Timber Products Co. They will stop at nothing in their quest to see all timber production halted on the Tongass."

Although the Tongass exemption has fueled the recent campaigns, the debate goes back more than five decades, when the U.S. Forest Service made 50-year contracts with two mills to log in Southeast Alaska. Alaska Pulp Corp. bought a mill in Sitka, and Louisiana Pacific Corp. purchased the Ketchikan mill, according to Manly, the Alaskan governor's press secretary.

Both contracts terminated in the '90s, and Louisiana Pacific officially shut down the veneer mill in 1997 due to log supply

shortages and withering markets, according to NRDC Resource Specialist Hammel.

Some former pulp mill executives purchased the mill site in 1999, and they built the Gateway Forest Products veneer mill with a $7 million loan from the Ketchikan Gateway Borough a year later, Hammel said.

Timber Products agreed to market most of the veneer produced by Gateway, but the mill closed in 2001, and Timber Products officials traveled to Alaska to begin talking about acquiring the mill.

The environmental campaigns began two years later, and Forrest Products Co., which runs a dimension sawmill in Hoquiam, Wash., is looking at purchasing the mill. Rutan said Timber Products may still develop a sales relationship with the Ketchikan mill, but the company has made no decisions yet.

"What's next is absolutely up in the air," Rutan said. "Someone, someday will operate this mill."

© Christopher Stollar

Comments to Author
    Your Name
    Your Email
    Message

Conservation Newsletter - April 2004 The Newsletter of the Conservation Committees Angeles Chapter, Sierra Club

The Conservation Committees provide forums for Club members to discuss impending conservation issues and to coordinate efforts of conservation subcommittees with groups and sections. They meet monthly every third Tuesday Orange County) and third Wednesday (Angeles Chapter). Contact the Conservation Committee Chairs by the end of the previous month for a place on the agenda. Deadline or newsletter articles is 10 days before the first meeting. Email items or articles to Robin Ives, Editor

Help Stop the Tongass from Becoming Plywood!
The Alaska Coalition is asking you for support in this critical time for the Tongass National Forest, our nation's largest forest. As many of you may know, the Bush Administration lifted protection for 9 million acres of roadless areas when it exempted the Tongass from the Roadless Rule two days before Christmas last year. This opened the door for business to the logging industry and we face a threat that could turn old growth trees in the Tongass into plywood!
The Tongass National Forest in Alaska represents the largest intact temperate rainforest left in the world, it is the Amazon of North America. The Tongass is a remote coastal rainforest with centuries-old trees providing critical habitat for wolves, bears, salmon and Bald Eagles that have nearly disappeared from the rest of the country.
The steep mountains and many islands that epitomize the Tongass also make it one of the most expensive forests to log, and as a result, the Tongass timber program has been losing taxpayer money for decades. According to GAO calculations, industrial scale logging in the Tongass has cost the American taxpayer over $500 million since 1992. As taxpayers foot the bill for these logging projects, the private logging companies haul away old-growth trees at rock bottom prices.
What is left of the Tongass? After decades of targeting the forest's biggest and best trees, the industry has clearcut over 70% of Southeast Alaska's most valuable forests.
The Villain: Timber Products Company
Timber Products Company (TPC), based in Oregon, is in negotiations to re-open a veneer mill in Ketchikan, Alaska that would require logging old growth roadless areas in the Tongass to make veneer, a product used in making plywood. According to the US Forest Service, running the veneer mill profitably was contingent upon the removal of the Tongass from the Clinton era Roadless Rule. In preliminary negotiations, the Forest Service promised to work to provide a supply of trees from pristine roadless areas formerly protected by the Roadless Rule. This is the last stop! Remember, EVERY tree cut from the Tongass is still an old growth tree. Help stop them from becoming plywood!
Flood the Phone Lines!
You can defend the Tongass by calling TPC directly and urge them to withdraw from negotiations to re-open the Ketchikan veneer mill. If they stop negotiations, we'll stop calling them!
Call Timber Products Company at: 1-888-744-7861.
Ask to speak to Joe Gonyea (chief operating officer). Tell him (or the person who probably won't let you talk to Joe) that TPC needs to stay out of the Tongass! Tell them that you will not purchase any TPC products if they run the veneer mill in Ketchikan.!
Governor Arnold Schwarzenegger, State Capitol Building, Sacramento, CA 95814
Phone: 916-445-2841, Fax: 916-445-4633, governor@governor.ca.gov
<mailto:governor@governor.ca.gov>
Taking a Spin in Our National Parks
A group of retired National Park Service officials are criticizing the Bush

Exh. 11

administration for attempting to cut back hours and services at America's National Parks. Even worse, the former officials released a memo that shows the Bush administration told employees to misrepresent those changes when talking to the press and public. The administration told agency staff, for example, to refer to obvious cutbacks, such as closing parks on federal holidays, as "service level adjustments." Thanks to the Bush administration, visitors to National Parks can now expect hiking, camping, fishing, and now spinning.

Useful Information

Action Directory

Sierra Club Legislative Hotline: (202) 675-2394
Sierra Club National: (415) 977-5500
Sierra Club Sacramento Legislative Office: (916) 557-1100; fax (916) 227-9669
White House Comment Line: (202) 456-1111
White House Fax Line: (202) 456-2461
    President George W Bush president@whitehouse.gov
    Vice President Dick Cheney: vice-president@whitehouse.gov
White House Address: 1600 Pennsylvania Ave, Washington, DC 20500
US Capitol Switchboard: (202) 224-3121
To contact your senators: Senate Office Bldg, Washington DC 20510
http://www.senate.gov/contacting/index.cfm
To contact your representative: House Office Bldg, Washington DC 20515
http://www.house.gov/writerep
California Capitol Switchboard: (916) 322-9900
Governor Arnold Schwarzenegger: State Capitol Building, Sacramento CA 95814
    Phone: 916-445-2841, Fax: 916-445-4633, governor@governor.ca.gov
<mailto:governor@governor.ca.gov>

Sierra Club Links

Angeles Chapter site:http://angeles.sierraclub.org/home.html
Angeles Chapter Conservation page: http://angeles.sierraclub.org/newsletter/
Sierra Club California: http://www.sierraclub.org/ca/
Sierra Club World Wide Web: http://www.sierraclub.org
Sierra Club Vote Watch Website: http://www.sierraclub.org/votewatch/
National site main page: http://www.sierraclub.org/
National Clubhouse activist resource site: http://clubhouse.sierraclub.org/
Need help contacting your US representatives or finding out about legislation?
US House of Representatives: http://www.house.gov/
US Senate: http://www.senate.gov/
California State Assembly: http://www.assembly.ca.gov/
California State Senate: http://www.sen.ca.gov/
California State: http://www.ca.gov/state/portal/myca_homepage.jsp
California Legislative Information:http://www.leginfo.ca.gov/
California Secretary of State voter information:
http://www.ss.ca.gov/elections/elections.htm

This Electronic Conservation Committee Newsletter is sent free, automatically, on email to all activists who hold any of the following positions in the Angeles Chapter or its entities: Executive Committee Member; Entity Chair or Conservation Chair, Political, and Newsletter Editor, Conservation Subcommittee or Task Force Chair. In addition, many activists throughout the Chapter and state receive it free by email, either by request or by position. Distribution is approximately 350 by email, and 45 by postal hard copy. If you no longer hold the Club office with the automatic pull and wish to continue to receive it, email ivesico@earthlink.net. If we do not have your email address - please let us know. If you wish (and tell us), it will be tagged "private" and not printed or given out.

    The Newsletter (without upcoming resolutions) is available on the Chapter website at http://angeles.sierraclub.org/

    Paper postal copy is available ($20/year payable Angeles Chapter, Sierra

Club) for those who are technically challenged or simply don't want to be bothered. To receive The Newsletter by first class mail, send a donation of $20 to (almost) cover printing/mailing costs to Conservation Newsletter, 112 Harvard Ave PMB 297, Claremont CA 91711.

National's GoldBook provides information to chapters and groups on the differences between 501(c)(3) and 501(c)(4) funds; how to utilize and access charitable 501(c)(3) funds; how to get a project approved; fundraising plus much, much, more material on the Sierra Club. It is now available at the Clubhouse website. Go to http://www.clubhouse.sierraclub.org; follow the instructions for obtaining the password. The GoldBook can be found by clicking on A - Z List of Materials box, then on "G" under A-Z List of Documents, then on GoldBook, Educational Project Guidelines.

California/Nevada Regional Activist Directory (RedBook) is now available online. It also includes the Handbook of Sierra Club California Bylaws and Standing Rules (GreenBook). Contact Lori Ives for the online address and password. Send your membership number, your position in the Club, and your reason for needing the information. The paper edition ($20) will soon be available on special order.

Chapter Office Parking
Weeknights: You may park free inside the building after 5:30 pm. Be prepared to show your membership card or one of our parking passes, available at the front desk in the Chapter office. Take a ticket when you enter through the gate; present it at the parking office near the elevators, and sign it. The ticket machine at the front gate may be turned off after 6 pm. If so, buzz the attendant and say you are going to a Sierra Club meeting. There is no entry after 8 pm.
   Visitor parking on Saturday is in the outside lot. Tell the attendant that you are going to a Sierra Club meeting.
   Visitor parking on Sunday is in the outside lot. There is no attendant, and the gate is open

E-Mail Lists: There are four important discussion lists for Angeles environmental activists:
Angeles Chapter Cons Listserve angeles-conservation@lists.sierraclub.org
Angeles-Alerts Listserve angeles-alerts@lists.sierraclub.org
California/Nevada Listserve calif-activists@lists.sierraclub.org (moderated list for announcements)
California/Nevada Listserve calif-activists-forum@lists.sierraclub.org (unmoderated discussion list)
   Subscribe to California Activists: calif-activists-request@lists.sierraclub.org
   Subscribe to California Activists Forum: calif-activists-forum-request@lists.sierraclub.org
   For either list, send your name, email address, Sierra Club membership number, your position in Club (how are you active?)
Subscription is processed by one of the list owners, usually the same day.
   Subscribe to Angeles-Alerts: email listserv@lists.sierraclub.org with the message "subscribe angeles-conservation"
or "subscribe calif-activists"  or "subscribe angeles-alerts" Note: it's "listserv," not "listserve."
   To leave a list, send an e-mail to listserv@lists.sierraclub.org In the text of your message (not the subject line), write: "signoff calif-activists" or "signoff angeles-conservation" or "signoff angeles-alerts"
The Angeles Chapter's website is www.angeles.sierraclub.org