Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. J04-029 CV (JKS) |

## NOTICE OF ERRATUM

Intervenor Defendant Alaska Forest Association, (AFA) provides notice of an error in filing the Opposition to Plaintiffs' Motion for Equitable Relief on April 17, 2006. Due to a problem with the Electronic case Filing system, AFA was unable to attach the exhibits to the Opposition. Attached with this notice is Exhibits 12-13.

RESPECTFULLY SUBMITTED this 18th day of April, 2006.

        s/Amy Gurton Mead
        STEVE SILVER
        AMY GURTON MEAD
        Robertson, Monagle & Eastaugh
        801 W 10th St., Ste. 300
        Juneau, AK  99801
        (907) 586-3340 (telephone)
        (907) 586-6818      (facsimile)

        ssilver628@aol.com
        agmead@romea.com

        Of Attorneys for Alaska Forest Association,
        Intervenor Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day if April 2006, a copy of the foregoing document was served electronically on the following attorneys of record:

Bruce Landon
Thomas Waldo
Nathaniel Lawrence
Kevin Saxby


s/
Laurie Gyles-Chesnut

**Protecting Alaska's Wilderness...**

# The ALASKA TRUTH 

March 30, 2004          Volume 2, Number 16

## ALASKA TIMBER MILL PROPOSAL SPARKS PUBLIC OUTCRY
### *Public Calls on Company Not to Turn Tongass into Plywood*

Timber Products Company, based in Springfield, OR, is receiving approximately one call every other minute from concerned citizens asking them to keep their veneer operations out of the Tongass National Forest in Alaska.

The Alaska Coalition, a coalition of over 800 conservation, sporting and religious groups across the country, is leading the call-in day to encourage Timber Products Company (TPC), based in Oregon, to end negotiations to run a veneer mill in Ketchikan, Alaska. Veneer is a product used in making plywood.

The Alaska Coalition would like to see TPC end the negotiations and develop a policy that ensures they do not use wood from endangered forests like the Tongass. "A majority of Americans want to know that the lumber, building supplies, and homes that they buy are not responsible for destroying our country's largest national forest and the world's largest remaining coastal temperate rainforest," said Patrick Shannon, organizer of the call in day. "We are asking Timber Products Company to make a commitment that is both good for business and good for the environment by not sourcing from the Tongass."

The Forest Service has stated in a published article in August 2003 that a portion of the timber supply would come from the Tongass and excluding the forest from the popular Roadless Rule would be required. According to the U.S. Forest Service, ensuring that the veneer mill could be run profitably was contingent upon removing the Tongass from the Roadless Rule.

"There is overwhelming public support nationally and in southeast Alaska, as well as from large companies, and even 460 gun clubs across America who want to see the roadless areas of the Tongass permanently protected," said Brian McNitt of the Alaska Rainforest Campaign. "This mill would use trees logged from roadless areas of the Tongass for veneer. TPC's activities in the Tongass would contribute to cutting down the best of what's left of the forest."

The steep mountains and many islands that epitomize the Tongass also make it one of the most expensive forests to log, and as a result, the Tongass timber program has been losing taxpayer money for decades. According to GAO calculations, industrial scale logging in the Tongass has cost taxpayers over $500 million since 1992. As taxpayers foot the bill for these logging projects, the private logging companies haul away old-growth trees at rock bottom prices. After decades of targeting the forests' biggest and best trees, the industry has clearcut over two-thirds of southeast Alaska's most valuable forests.

"This forest has so much more value to the economy of Southeast Alaska standing than it does in a sheet of plywood," said Wayne Weihing, a former sawmill worker and a resident of Ketchikan. "It is ridiculous that the Forest Service expects the public to allow private companies to log roadless areas of the Tongass for veneer and have the taxpayers pay the bill."

Tourism and recreation on the Tongass generate over twenty times more jobs than the timber industry. Yet the Forest Service annually spends more than two and half times more money on logging and road building than it does on tourism and recreation. Despite these facts, the Forest Service continues to plan roadless area timber sales even with record low demand in world timber market.


*Alaska Coalition*

For more information, contact Brian McNitt at the Alaska Rainforest Campaign, 907-747-8292 or Patrick Shannon at the Alaska Coalition, 503-285-1900

www.alaskacoalition.org

### Quote of the Day

"While Sealaska would provide 8 million to 10 million board feet of timber, the veneer plant would require about 33 million total to operate profitably. The mill would need to get most of the remaining timber supply from the surrounding Tongass National Forest. For that to happen, the Tongass would have to be excluded from a national policy called the roadless rule."

– *Anchorage Daily News* article paraphrasing Steve Brink, deputy regional forester for the U.S. Forest Service, 8/12/03.

Exh. 12

# Agreement may keep mill running

By Rob Stapleton
*Alaska Journal of Commerce*
Publication Date: 02/05/06

An unprecedented agreement between the state of Alaska and the U.S. Forest Service to offer timber from the Tongass National Forest was signed Jan. 29 in Juneau.

The memorandum of understanding between the Forest Service and the state will offer a timber sale to Pacific Log and Lumber in Ketchikan.

There are two memorandums of understanding, one to provide a framework for economically viable timber sales and the other to share biological information that will be used in a rewrite of the Tongass National Forest Plan by the Forest Service.

Pacific Log and Lumber, located on Gravina Island, was on the threshold of closing before the penning of the agreement.

"This is a cooperative agreement that accomplishes two things: to provide a timber supply, and to collectively share state data on all biological information gathered and collected with the Forest Service to help rewrite the Tongass Land Management Plan," said Michael Menge, commissioner of the state Department of Natural Resources.

One of the Forest Service's sticking points in offering sales, according to industry and state officials, is the rewrite of the plan.

"The formalizing of the agreement is unusual, but we work with the state all the time," said Dan Castillo, director of forest management for the Forest Service in Juneau. "One of the key databases that we need for the Tongass Plan is data about the goshawk. This type of information will help us with the new plan."

But some in the timber industry think the agreements are too little too late.

"This is just a Band-Aid measure," said Bob Hild, president of Alaska Pacific Logging, who left Yakutat last year. "I don't think this will go far enough into the future for us to bank on."

Hild, whose company builds roads, and logs the timber for companies like SeaAlaska and Viking Lumber, said Pacific Log and Lumber owner Steve Seley may be in for a surprise.

"He's not going to get any timber," Hild said. "The environmental community will sue, and then it will end up in the Ninth Circuit Court. The attorneys will make sure of that."

Buck Lindekugel, conservation director for the Southeast Alaska Conservation Council, is adamantly against long-term timber sales. The biggest problem the timber industry faces is not sales of timber, but that there is no market for the wood, he said.

Exh. 13

"This is just paper, and it doesn't mean anything," Lindekugel said of the agreements. "This is the same old policies of the past, and an old way of doing business ... behind closed doors. The reality here is it won't work."

Lindekugel is quick to point out that Gov. Frank Murkowski's chief of staff, Jim Clark, who was the former chief lobbyist and attorney for the Alaska Logging Association, signed the memorandums for the state, and that Jack Phelps, special projects manager for the state, is the former executive director of the Alaska Forest Association.

Seley threatened to close his mill in early January. After not getting satisfaction from the local Forest Service, he took his complaints and wishes to the U.S. Department of Agriculture office in Washington, D.C., in hopes of getting a sale that would keep his Gravina Island mill open and profitable.

"They are just using Seley's plight for their own agenda to create long-term contract sales, which are not good for the Tongass," Lindekugel said. "Not to mention that the timber is just too far from the market and the costs don't make it economically feasible."

Seley on the other hand is optimistic, as are state officials, about the two agreements that offer viable timber and a "quid pro quo" arrangement for wildlife and biology information from the state Department of Fish and Game.

Menge said the memorandums, a cooperative agreement between the state and the Forest Service, were "unprecedented" and that the agreements came as a result of a meeting the governor had called with one of the USDA's top officials.

"The governor called Mark Rey to Juneau to work this out," Menge said.

Mark Rey is the USDA's undersecretary for Natural Resources and Environment.

After cries for help to the Forest Service and the local forest supervisor, Seley openly threatened to close down his mill. The move was taken into consideration by the state and Forest Service, according to Menge.

"I am optimistic that this will give both governments the chance to show that they can prove up," Seley said. "But what is at hand here is whether the timber is economically viable, and whether the public will accept the forest plan for logging access at the end of this arrangement."

The agreement is in effect until July 1, 2007, but may be canceled, amended or extended at any time.

As part of the plan, the state has offered not only help with the Tongass plan with valuable state data of observations about the ecosystem, but also will examine the economic viability of the sales.

"This is a step in a different direction," said state forester Chris Maisch. "We, the state, will take a look at the economic viability of the Forest Service sales and make comments on proposed sales early on in the process."

Maisch says this will help determine if the sales are economic for the logging company. Also, according to the agreement, the state and the Forest Service will work together to identify timber and logging aspects, such as roads, access and the quality of the timber to determine that the sale offered is economically viable.

Maisch said that this would eliminate time and the costly and mandatory National Environmental Protection Act processes if a sale is not viable economically.

Maisch also said that the state has immediately identified 12.2 million board feet of lumber, called the Bostwick sale, on Gravina Island, near Seley's mill.

"We have already identified the sale, and Seley has the contract on it. But he has not executed the contract yet," Maisch said.

"Yes, I have identified both the Buckdance/Madder (in the Tongass) sale and the Bostwick sale as my options for 2006 and 2007," Seley said.

However, while the state and Forest Service officials work out the exact details of the two memorandums of agreement, Lindekugel says they are wasting their time.

"These agreements are worthless paper tigers," Lindekugel said. "The reality is that they had their time in the Tongass, and we don't want to see anymore 360 million-board-feet contracts for logging. This is a multiple-use forest that has more value standing than being cut."

Lindekugel said that the small specialty mills, and special micro-sale programs are the future for Southeast logging.

"This is a new era," Lindekugel said. "They need to wake up to the reality that British Columbia beetle kill spruce is going to flood the market, and New Zealand plantation wood that grows faster is also available. There is no way the Alaska industry can compete, with or without these pieces of paper."

Hild, who has soured on Alaska because of the environmental communitys' challenges and lawsuits, says there is another factor that is driving up industry costs and killing the logging business.

"Its the attorneys who are killing the logging business in Alaska," Hild said. "They get paid, whether they win or lose."

Rob Stapleton can be reached at rob.stapleton@alaskajournal.com.
Click here to return to story:

http://www.alaskajournal.com/stories/020506/hom_20060205005.shtml

© The Alaska Journal of Commerce Online


## adn.com
Anchorage Daily News

### Southeast sawmill reopens this week
**PACIFIC LOG: Forest Service helps end mill's timber shortage.**

The Associated Press

*(Published: February 19, 2006)*

KETCHIKAN -- The owner of a Southeast Alaska sawmill plans to reopen for business on Wednesday.

Steve Seley recently closed the Pacific Log & Lumber mill on Gravina Island because of a shortage of timber. On Friday, he said the U.S. Forest Service responded to the news of the closure with efforts to make timber available.


Logs are stacked after being stripped of their barks at Steve Seley's mill on Gravina Island near Ketchikan last month. *(Photo by MARC LESTER / Anchorage Daily News)*

Seley is now the apparent high bidder on the agency's Buckdance-Madder timber sale, about 22 miles northeast of the Ketchikan area mill. The sale contains about 13 million board feet of saw quality timber.

Seley also has a contract for another 16 million board feet from other sales.

"I have developed a new appreciation for many of the people in the (Forest Service) who, from the top down, listened to my plea and made every effort to address my concerns to the degree possible within the system," he said.

Dave Sherman, a spokesman for the Southeast Alaska Conservation Council, said he was glad to see the agency "filling their end of the deal" worked out a year ago. The council asked Seley to forgo certain timber near Thorne Arm and agreed not to object to the Buckdance-Madder sale, he said.

"This is a good example of industry and conservation sitting at the same table and hammering out an agreement," Sherman said. "It's good for hunters and fishers, while also getting wood to the industry."

Seley said 18 mill workers will return to work Wednesday. A 25-member camp crew will begin work March 1, he said. About 20 maintenance, preparation and road construction workers also will go to work.

Seley also is looking to the state for support in the form of the Bostwick timber sale on Gravina Island. That sale contains 11 million board feet of good quality timber, he said.

State Forester Chris Maisch said Friday that the Bostwick sale had been considered an economically viable project until a recent spike in energy costs. The largest expense will be a $1.5 million road-building cost.

"We're trying to make it an economic sale again," Maisch said.

**Copyright © 2006 The Anchorage Daily News (www.adn.com)**

Saturday, February 18, 2006
Seley: Pacific Log and Lumber to re-open

Pacific Log and Lumber's Swiss-made wood kiln is seen under a shelter in July 2004. Staff photo by Hall Anderson
By TOM MILLER

Daily News Staff Writer

Steve Seley's February is going much better than his January.

Seley said Friday he plans to restart operations at Pacific Log and Lumber on Gravina Island Wednesday.

The mill, which closed for a two-week holiday shutdown in December, did not reopen in January. In mid-January, Seley announced that he might have to close the mill in February and auction off its equipment due to a lack of economical timber.

"The industry is out of capital, out of logs and almost out of desire," he said then.

On Friday, he said the Forest Service responded to that news with great energy — on local, state and federal levels — to make timber available.

Steve Seley

As a result, he is now the apparent high bidder on the U.S. Forest Service Buckdance-Madder timber sale in the Carroll Inlet area, about 22 miles northeast of the mill. It contains about 13 million board feet of saw quality timber, according to Seley.

That timber, in addition to 16 million board feet already under contract to Seley in the Upper Carroll and Licking Creek sales, also near Carroll Inlet, provides a total of 29 million board feet of federal timber to his operation.

"I have developed a new appreciation for many of the people in the (Forest Service) who, from the top down, listened to my plea and made every effort to address my concerns to the degree possible within the system," he said. "I truly appreciate the time that they dedicated solely to this purpose and hope that it does not go unnoticed by my employees, the community and the state."

Dave Sherman, a spokesman for the Southeast Alaska Conservation Council, said he was glad to see the Forest Service "filling their end of the deal" that was worked out about a year ago.

"We worked out an agreement just about a year ago to get some wood to (Seley's) mill, while not sacrificing community use areas," Sherman said. SEACC asked Seley to forsake certain timber near Thorne Arm and agreed not to object to the Buckdance-Madder sale, he said.

"This is a good example of industry and conservation sitting at the same table and hammering out an agreement," Sherman said. "It's good for hunters and fishers, while also getting wood to the industry."

The good news for Seley and his employees also is good news for the community, Seley said Friday.

In his operation, 18 millworkers will return to work Wednesday. On March 1, a 25-member camp crew will begin work, he said. About 20 maintenance, preparation and road construction workers also will go to work, he said.

The Forest Service soon will select one of two local companies — Ketchikan Ready-Mix or DuRett Construction Co. — as the road contractor for the Buckdance-Madder sale, said Seley.

"By March 15, at least 100 more employees will have jobs in the Ketchikan area," Seley said.

Seley also is looking to the State of Alaska for support in the form of the Bostwick timber sale near Bostwick Lake on Gravina Island. It contains 11 million board feet of good quality timber, he said.

"This supply is important for two reasons," he said Friday.

First, it provides enough timber to sustain the mill through the spring of 2008, he said. Also, its low elevation and easy truck haul to the mill ensure steady supply through adverse winter conditions when the supply from Carroll Inlet would be interrupted, said Seley.

"We remain hopeful that the Alaska Department of Natural Resources will actively pursue an economically viable Bostwick timber sale," he said.

State Forester Chris Maisch said Friday that the Bostwick sale had been considered an economically viable project until the recent spike in energy costs changed the situation. The largest expense is the $1.5 million road-building cost, said Maisch.

"We're trying to make it an economic sale again," Maisch said.

Once it's built, the road will provide access to future national timber sale area, which would help recoup some of the cost, he said.

Looking beyond the state's wood on Gravina Island, Seley said the Forest Service potentially could offer up to 50 million board feet on Gravina in the future.

Despite good news, the timber industry in Alaska remains in a precarious position, Seley said.

"The U.S. Forest Service has been hamstrung with regulatory requirements that go far beyond sound science," he said. "Today, we find ourselves building roads through economic stands of timber that have been removed from the harvest base as the Forest Service strives to meet policy, regulations and restrictions related to wolves, marten, goshawks, rare plants, karsts, caves and other desires or concerns expressed by some who comment on the alternatives (that are) developed prior to the preparation of the timber sales.

"At the same time, industry has been hit hard with substantial increases in the cost of fuel, explosives, culverts, bridges, wire rope and rigging, tires and insurance (which drives) the delivered log cost higher," he said.

Case 1:04-cv-00029-JKS   Document 76   Filed 04/18/2006   Page 13 of 15

SATURDAY/SUNDAY, FEB. 18-19, 2006

# Seley: Pacific Log and Lumber to re-open



Steve Seley
AP Photo/Anchorage Daily News

By TOM MILLER
Daily News Staff Writer

Steve Seley's February is going much better than his January.

Seley said Friday he plans to restart operations at Pacific Log and Lumber on Gravina Island Wednesday.

The mill, which closed for a two-week holiday shutdown in December and did not reopen in January in mid-January, Seley announced that he might have to close the mill in February and auction off its equipment due to a lack of economical timber.

"The industry is out of capital, out of logs and almost out of desire," he said then.

Pacific Log and Lumber's Swiss-made wood kiln is seen under a shelter in July 2004.

Staff photo by Rick Anderson

On Friday, he said the Forest Service responded to that news with great energy — at local, state and federal levels — to make timber available.

As a result, he is now the apparent high bidder on the U.S. Forest Service Buckshot-Madder timber sale in the Carroll Inlet area, about 20 miles northeast of the mill. It contains about 15 million board feet of saw quality timber, according to Seley.

That timber, in addition to 10 million board feet already under contract to Seley in the Upper Carroll and Licking Creek sales, also near Carroll Inlet, provides a total of 25 million board feet of federal timber to his operation.

"I have developed a new appreciation for many of the people in the Forest Service who, from the top down, listened to my pleas and made every effort to address my concerns to the degree possible within the system," he said. "I truly appreciate the time that they dedicated solely to this purpose and hope that it does not go unnoticed by my employees, the community and the state."

Dave Sherman, a spokesman for the Southeast Alaska Conservation Council, said he was glad to see the Forest Service "lifting their end of the deal" that was worked out about a year ago.

"We worked out an agreement just about a year ago to get some wood to Seley's mill while not sacrificing community use areas," Sherman said. SEACC asked Seley to forsake certain timber near Thorne Arm and agreed not to object to the Buckshore Madder sale, he said.

See Mill re-opens, page A-2

## Mill re-opens
Continued from page A-1

"This is a good example of industry and conservation sitting at the same table and hammering out an agreement," Sherman said. "It's good for hunters and fishers, while also getting wood to the industry."

The good news for Seley and his employees also is good news for the community, Seley said Friday.

In his operation, 15 millworkers will return to work Wednesday. On March 1, a 25-member camp crew will begin work, he said. About 20 maintenance, preparation and road construction workers also will go to work, he said.

The Forest Service soon will select one of two local companies — Ketchikan Ready-Mix or DuRett Construction Co. — as the road contractor for the Buckdance-Madder sale, said Seley.

"By March 15, at least 100 more employees will have jobs in the Ketchikan area," Seley said.

Seley also is looking to the State of Alaska for support in the form of the Bostwick timber sale near Bostwick Lake on Gravina Island. It contains 11 million board feet of good quality timber, he said.

"This supply is important for two reasons," he said Friday.

First, it provides enough timber to sustain the mill through the spring of 2008, he said. Also, its low elevation and easy truck haul to the mill ensure steady supply through adverse winter conditions when the supply from Carroll Inlet would be interrupted, said Seley.

"We remain hopeful that the Alaska Department of Natural Resources will actively pursue an economically viable Bostwick timber sale," he said.

State Forester Chris Maisch said Friday that the Bostwick sale had been considered an economically viable project until the recent spike in energy costs changed the situation. The largest expense is the $1.5 million road-building cost, said Maisch.

"We're trying to make it an economic sale again," Maisch said.

Once it's built, the road will provide access to future national timber sale area, which would help recoup some of the cost, he said.

Looking beyond the state's wood on Gravina Island, Seley said the Forest Service potentially could offer up to 50 million board feet on Gravina in the future.

Despite good news, the timber industry in Alaska remains in a precarious position, Seley said.

"The U.S. Forest Service has been hamstrung with regulatory requirements that go far beyond sound science," he said. "Today, we find ourselves building roads through economic stands of timber that have been removed from the harvest base as the Forest Service strives to meet policy regulations and restrictions related to wolves, marten, goshawks, rare plants, karsts, caves and other desires or concerns expressed by some who comment on the alternatives that are developed prior to the preparation of the timber sales.

"At the same time industry has been hit hard with substantial increases in the cost of fuel, explosives, culverts, bridges, wire rope and rigging, tires and insurance, which drives the delivered log cost higher," he said.

E-mail  ronmiller@ketchikandailynews.com