Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com


Attorneys for
Alaska Forest Association,
Intervenor Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE<br>  et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br>  et al.,<br><br>           Defendants. | Case No. J04-029 CV (JKS) |

**NOTICE OF ERRATUM**

Intervenor Defendant Alaska Forest Association, (AFA) provides notice of an error in filing the Opposition to Plaintiffs' Motion for Equitable Relief on April 17, 2006. Due to a problem with the Electronic case Filing system, AFA was unable to attach the exhibits to the Opposition. Attached with this notice is Exhibit 5.

RESPECTFULLY SUBMITTED this 18th day of April, 2006.

                s/Amy Gurton Mead
                STEVE SILVER
                AMY GURTON MEAD
                Robertson, Monagle & Eastaugh
                801 W 10th St., Ste. 300
                Juneau, AK  99801
                (907) 586-3340 (telephone)
                (907) 586-6818            (facsimile)

                ssilver628@aol.com
                agmead@romea.com

                Of Attorneys for Alaska Forest Association,
                Intervenor Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day if April 2006, a copy of the foregoing document was served electronically on the following attorneys of record:

Bruce Landon
Thomas Waldo
Nathaniel Lawrence
Kevin Saxby


s/
Laurie Gyles-Chesnut

# ALASKA

*Its History, Resources, Geography, and Government*

By MARIETTE SHAW PILGRIM

Revised Edition



The CAXTON PRINTERS, Ltd.
Caldwell, Idaho
1952

LOCATION, POPULATION, ETC.    83

Alaska showed an increase greater than any state of the union for this ten-year period of 1940-1950. California came the closest with a 53.3 per cent increase.

The twenty-two principal cities in the order of their 1950 population and the population of the immediate area are as follows:

| | 1940 | 1950 | Immediate Area, 1950 |
|---|---|---|---|
| 1. Anchorage | 3,495 | 11,060 | 31,561 |
| 2. Juneau | 5,729 | 5,818 | 8,572 |
| 3. Fairbanks | 3,455 | 5,625 | 19,128 |
| 4. Ketchikan | 4,695 | 5,202 | 9,061 |
| 5. Sitka | 1,987 | 2,080 | 4,611 |
| 6. Seward | 949 | 2,063 | 2,653 |
| 7. Nome | 1,559 | 1,852 | 5,538 |
| 8. Kodiak | 864 | 1,635 | 5,895 |
| 9. Petersburg | 1,323 | 1,605 | 2,291 |
| 10. Wrangell | 1,162 | 1,227 | 1,575 |
| 11. Cordova | 938 | 1,141 | 1,499 |
| 12. Skagway | 634 | 761 | 791 |
| 13. Douglas | 522 | 690 | |
| 14. Valdez | 529 | 560 | 910 |
| 15. Hoonah | 716 | 558 | |
| 16. Seldovia | 410 | 428 | 1,526 |
| 17. Klawock | 455 | 398 | |
| 18. Craig | 505 | 370 | |
| 19. Hydaburg | 348 | 341 | |
| 20. Haines | 357 | 336 | 640 |
| 21. Yakutat | 292 | 293 | |
| 22. Nenana | 231 | 239 | 697 |

From twenty-five to thirty thousand persons, principally men, visit Alaska annually seeking em-