Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE<br>   et al.,<br><br>               Plaintiffs,<br><br>      v.<br><br>UNITED STATES FOREST SERVICE,<br>   et al.,<br><br>               Defendants. | Case No. J04-029 CV (JKS) |

**NOTICE OF ERRATUM**

Intervenor Defendant Alaska Forest Association, (AFA) provides notice of an error in filing the Opposition to Plaintiffs' Motion for Equitable Relief on April 17, 2006. Due to a problem with the Electronic case Filing system, AFA was unable to attach the exhibits to the Opposition. Attached with this notice is Exhibit 6.

RESPECTFULLY SUBMITTED this 18th day of April, 2006.

> s/Amy Gurton Mead
> STEVE SILVER
> AMY GURTON MEAD
> Robertson, Monagle & Eastaugh
> 801 W 10th St., Ste. 300
> Juneau, AK  99801
> (907) 586-3340 (telephone)
> (907) 586-6818        (facsimile)
>
> ssilver628@aol.com
> agmead@romea.com
>
> Of Attorneys for Alaska Forest Association,
> Intervenor Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day if April 2006, a copy of the foregoing document was served electronically on the following attorneys of record:

Bruce Landon
Thomas Waldo
Nathaniel Lawrence
Kevin Saxby


s/
Laurie Gyles-Chesnut

# Timber Products Output and Timber Harvests in Alaska: Projections for 2005-25

Allen M. Brackley, Thomas D. Rojas, and Richard W. Haynes

**Authors**

**Allen M. Brackley** is a research forester and **Thomas D. Rojas** is a research economist, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Alaska Wood Utilization Research and Development Center, 204 Siginaka Way, Sitka, AK 99835; and **Richard W. Haynes** is a research forester, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, P.O. Box 3890, Portland, OR 97208.

**Abstract**

**Brackley, Allen M.; Rojas, Thomas D.; Haynes, Richard W. 2006.** Timber products output and timber harvests in Alaska: projections for 2005-25. Gen. Tech. Rep. PNW-GTR-XXX.  Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. XX p.


Projections of Alaska timber products output, the derived demand for logs and chips, and timber harvest by owner are developed using a trend-based analysis.  These are revised projections of those made in 1990, 1994, and 1997, and reflect the consequences of recent changes in the Alaska forest sector and trends in markets for Alaska products.  With the cancellation of the long-term contracts and the closure of the two southeast Alaska pulp mills, demand for Alaska National Forest timber now depends on markets for sawn wood and the ability to export manufacturing residues and lower grade logs.  Four scenarios are presented that display a range of possible future demands.  The range in annual demand for timber from Alaska National Forests is 48 to 370 million board feet of logs annually.  Areas of uncertainty include the prospect of continuing changes in markets and conditions faced by competitors, and the rate of investment and innovation in manufacturing in Alaska.

Keywords: National Forest (Alaska), forest sector models, lumber.

# Contents

__Introduction

__Literature Review

   Recent Literature

__Timber Industry in Alaska from 1997-2004

   Tongass National Forest

   The Forest Products Industry in Alaska

   Demand Projections and Market Developments

__Methods

   Description of the Model

   Description of Data

   Applicability of the Model for Current Use

   Origin of Demand Functions Used in Current Projections

   Assumptions

__Results

   Alternative Projections

   Expanded Results Illustrated Using the Medium Integrated Scenario

   Key Market Share Values

   Sensitivity Analysis

   Stumpage Price Projections

   Maximum Derived Demand

   Most Probable Outcome

__Conclusions

__Suggestions for Future Research

__Acknowledgments

__Metric Equivalents

__Literature Cited

__Tables and Figures

of types of timber no longer available in Washington and Oregon. This firm's problem was supply and not markets. It appears that many of the small producers are finding that production of a dry, planed, and graded product is increasing their access to local markets. In addition to the changes in North America, the housing market in Japan has been dormant since 1998-99 and is just now showing signs of recovery. Regardless, it appears that the traditional link between Alaska and Japan may have become greatly diminished.

The Brooks and Haynes model was constructed based on the assumption that the major determinant of derived demand would be markets for lumber and pulp in Japan. All of the traditional elements of Japanese markets are in a state of flux. Just as in the United States, the high standard of living and associated costs of labor in Japan are resulting in the loss of many traditional jobs and the substitution of lower cost goods from China. As production shifts from Japan, the flow of resources is changing from Japan to China, or other low cost nations.

One logical solution for the suitability and continued use of the Brooks and Haynes model would be to revise it to represent recent changes in Pacific Rim forest products trade flows. Currently, this is not possible given the lack of available Chinese economic data.

## Origin of Demand Functions Used in Current Projections

In 2004, Japan's housing industry grew 2.5 percent (Nagahama 2005a) after a decade of little growth. In the same report, Nagahama noted that regardless of the increase in housing starts, imports of sawn lumber continued to decline. Nagahama (2004b, 2005b) and Japan Lumber Journal (2005) also reported that in 2004, imports of glulam increased at an annual rate of 13 percent. In addition, during the previous year China had captured 21 percent of the Japanese glulam market (Nagahama 2005b). China's share of the glulam market resulted from a rapid increase in production capacity supported by substantial Japanese investments in manufacturing in China. It is anticipated that similar shifts of manufacturing facilities to China will take place for many other engineered wood and value added products.

Sasatani et al. (2005) reviewed niche market opportunities for Alaska forest products in Japan. He concluded that there are numerous opportunities to market Alaska forest products in Japan given favorable economic changes (weakened U.S. dollar vs. yen) and Japan's traditional values for quality products.

Annual production of solid wood products in China was reviewed by Butterworth and Lei (2005). In 2005, marketable housing starts in China increased about 5 percent. The highlights of this report predicted that log, lumber, and wood-based panel productions were forecast to increase 5, 10, and 15 percent, respectively, in 2006.

Based upon the above sources of information, there will likely be a high and almost unprecedented demand for forest products in the Pacific Rim market. For the first time in history, however, there is a question if the Pacific Rim price will be sufficient to compete with domestic markets. During the past several years, Alaska producers have found ready markets for their products in domestic (Alaska and continental 48 states) markets.

Many people and organizations in Alaska would like to return to an integrated industry that uses both high and low-grade material. An integrated industry results in better utilization and larger volumes of operable wood, which in effect lowers unit operating costs. Studies by McDowell Group (2004), Leonard Guss Associates (2005), and Brackley and Davis (2004) have reviewed problems associated with medium density fiberboard (MDF) production in southeast Alaska. Leonard Guss (2005) identified high-grade MDF in thin sizes as a fiber product in short supply in Japan and China. The Guss study also suggested that sufficient resources existed in southeast Alaska to support two medium size plants. Additional studies by Wahl (2004) and Nagahama (2004a) confirm the increasing demand for MDF products and noted that manufacturing of the product in Japan increased 2.4 percent in 2003. The increase demand for this product is caused by a shift from thin plywood to thin MDF. In general, MDF is a fiber based product that can be produced from low cost material in the form of low-grade trees and residual products. On the other hand, solid wood, a relatively expensive raw material, is required for production of plywood.