PDF DOCUMENT CREATED TO ALLOW DOCUMENT ENTRY TO HAVE A DOCKET NO.  NO OTHER DOCUMENT IS ATTACHED