BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest, <br><br> Defendant. | Case No. 1:04-cv-0029 (JKS) |

NOTICE OF ERRATA

Federal defendants hereby give notice of errata regarding Federal Defendants' Opposition

to Plaintiffs' Motion for Relief Pending Revision of the Tongass Land Management Plan, the

Table of Exhibits to that Opposition, and the Declaration of Forrest Cole, filed as Exhibit 2 to that Opposition. All of those documents were filed on April 17, 2006.

The Declaration of Forrest Cole contained a mathematical error in the calculation of timber volume planned for sale in fiscal years 2006 and 2007. It also erroneously stated that the Cape Fanshaw/Port Houghton project had a site-specific Record of Decision (ROD) prior to the signing of the 1999 Tongass Land Management Plan ROD. It contained information regarding timber under contract. That information did not deal clearly with sales that are not technically under contract, but in the award process or which are technically under contract, but for which cancellation is anticipated. The new Declaration attached hereto corrects those errors and makes slight changes to the description of the timber schedule.

The Table of Exhibits identifies exhibit 2 as the Declaration of Jane Smith and exhibit 3 as the Declaration of Forrest Cole. The actual exhibit numbers are the reverse. The new Table of Exhibits attached hereto corrects that error.

The new Federal Defendants' Opposition brief attached hereto has been changed only to the extent necessary to make it consistent with the changes in the corrected Declaration of Forrest Cole and to correct typographical errors.

All three new documents should be substituted for the previously filed document. Other than the Declaration of Forrest Cole, the exhibits to Federal Defendants' Opposition should remain filed and unchanged.

Finally, Federal Defendants' Opposition stated that it was accompanied by a proposed order. That proposed order was inadvertently omitted from the filing, but is attached hereto.

Federal defendants will use the corrected versions of the documents when they provide

the courtesy copy to the Court.

    RESPECTFULLY SUBMITTED this 19th day of April, 2006 at Anchorage, Alaska.

>S/ Bruce M. Landon
>BRUCE M. LANDON
>Department of Justice
>Environment & Natural Resources Division
>801 B Street, Suite 504
>Anchorage, Alaska  99501-3657
>Phone: (907) 271-5452
>Facsimile: (907) 271-5827
>Email: bruce.landon@usdoj.gov
>
>Attorney for Federal Defendants

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 19th day of April, 2006, a copy of the foregoing NOTICE OF ERRATA, corrected FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF PENDING REVISION OF THE TONGASS LAND MANAGEMENT PLAN, corrected TABLE OF EXHIBITS, corrected EXHIBIT 2 and PROPOSED ORDER  were served electronically, to the following counsel of record:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Steve Silver
Amy Gurton Mead

s/ Bruce M. Landon
Bruce M. Landon