**TABLE OF EXHIBITS**
FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF
PENDING REVISION OF THE TONGASS LAND MANAGEMENT PLAN
*Organized Village of Kake v. U.S. Forest Service,* **1:04-cv-0029 (JKS) (D. Alaska)**

1. Stipulation of Federal Defendants

2. Declaration of Forrest Cole

3. Declaration of Jane L. Smith

4. Tongass Land Management Plan Final Environmental Impact Statement 1997 (excerpts)

5. April 1999 Record of Decision, Tongass National Forest Land and Resource Management Plan (excerpts)

6. Kuiu Timber Sale Area Draft Environmental Impact Statement (excerpts)

7. Threemile Timber Harvest Final Environmental Impact Statement (excerpts)

8. *Sierra Club v. Rey,* J00-0009 CV (JKS) (D. Alaska, Findings of Fact and Conclusions of Law filed May 13, 2002.

9. *Forest Conservation Council v. United States Forest Service,* C02-1293C (W.D. Wash., Order filed Sept. 14, 2004).

10. *Sierra Club v. Lyons,* J00-009 CV (JKS) (D. Alaska, Order filed April 26, 2002).

11. Tongass Land Management Plan Revision Final Supplemental Environmental Impact Statement, February 2003 (excerpts)

12. *City of Tenakee Springs v Courtright,* J86-024 CV (D. Alaska, Memorandum and Order on Port Camden Road/East Kuiu Management Area filed July 31, 1987) (excerpts)

13. *Alaska Wilderness Recreation and Tourism Ass'n v. Morrison,* J94-0033 CV (JWS) (D. Alaska, Order from Chambers filed April 29, 1996) (excerpts)