Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, <br><br>     Plaintiffs, <br><br>     v. <br><br>UNITED STATES FOREST SERVICE, *et al.*, <br><br>     Defendants, and <br><br>ALASKA FOREST ASSOCIATION, <br><br>     Intervenor-Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. J04-0029 CV (JKS) <br> ) <br> ) <br> ) |

**PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY**

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

Plaintiffs hereby move for an extension of time until May 12, 2006, to file a reply brief in support of their motion for equitable relief (Docket No. 57). The brief "is now due May 1, 2006, unless Plaintiffs seek discovery on factual materials relevant to allegations in opposition briefs. If Plaintiffs seek discovery, the parties will submit a report to the Court proposing a schedule for discovery and reply brief." Docket No. 69. In lieu of formal discovery, Plaintiffs have requested factual information informally from the Federal Defendants, who have now provided nearly all of the information requested. Plaintiffs do not intend to conduct any formal discovery in connection with this reply brief. However, Plaintiffs require additional time to prepare the brief.

Defendants and Intervenor-Defendants do not oppose this motion.

Respectfully submitted this 28th day of April, 2006,

/s/ Thomas S. Waldo

Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)                    1

## CERTIFICATE OF SERVICE

I, Thomas S. Waldo, certify that on April 28, 2006, a true and correct copy of PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY was served electronically to Bruce Landon, Steve Silver, and Amy Gurton Mead.

/s/ Thomas S. Waldo
Thomas S. Waldo

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)                                 2