Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES FOREST SERVICE, *et al.*, | ) |
| | ) |
| Defendants, and | ) |
| | ) |
| ALASKA FOREST ASSOCIATION, | ) Case No. J04-0029 CV (JKS) |
| | ) |
| Intervenor-Defendant. | ) |
| | ) |

**PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE OVERLENGTH REPLY**

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

Plaintiffs hereby move to file a reply brief totaling 35 pages in length, in support of their

motion for equitable relief (Docket No. 57).  Local Rule 10.1(*l*) provides that "[u]nless otherwise

ordered … replies may not exceed twenty-five (25) pages."  Here, Plaintiffs' reply responds to

two briefs, one filed by the original Defendants, U.S. Forest Service, et al., (Docket No. 81) and

one by Intervenor-Defendant, Alaska Forest Association (Docket No. 72).  Together these briefs

total 67 pages of argument and do not overlap.  While Plaintiffs have endeavored to keep their

reply brief to a minimum length, it has not been possible responsibly to answer the principal

points raised by the two separate parties in less than 35 pages.

Defendants and Intervenor-Defendants do not oppose this motion.

Respectfully submitted this 12th day of May, 2006,

  /s/ Thomas S. Waldo

Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)                    1

**CERTIFICATE OF SERVICE**

I, Thomas S. Waldo, certify that on May 12, 2006, a true and correct copy of PLAINTIFFS'
UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY was served
electronically to Bruce Landon, Steve Silver, and Amy Gurton Mead.


  /s/ Thomas S. Waldo
Thomas S. Waldo

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)                2