Figure S-4
**Eight Fathom, Alternative B**



LEGEND

- Previous Harvest
- VCU Boundary
- Project Area Boundary
- Existing Roads or Roads planned to Access SEIS Units
- Streams (Class 1, 2, & 3)
- Other Lands — Lands previously conveyed to private ownership or being held for conveyence.
- LUD II