

# Final Environmental Impact Statement
## Tongass National Forest
## Land Management Plan Revision

### Alaska

- Table of Contents
- Record of Decision
- Return to Welcome
- Maps

**Exhibit 86, page 1 of 5**

**Table 3-3**
**Conifer old-growth acres of the Tongass within five landscape positions (in 1996)**

| Landscape Position[1] | Productive Old-growth | Unproductive Old-growth | Total Old-growth |
|---|---|---|---|
| Beach/Estuary Fringe | 751,858 | 255,996 | 1,007,854 |
| Riparian corridor | 625,802 | 390,824 | 1,016,626 |
| <800 ft | 1,843,971 | 1,350,157 | 3,194,128 |
| 800-1,500 ft | 1,288,037 | 916,395 | 2,204,432 |
| >1,500 ft | 533,904 | 1,320,083 | 1,873,986 |
| **Total** | **5,063,571** | **4,233,455** | **9,297,026** |

[1] See text for definitions. For this table the beach fringe is an average of 1,000 feet in width.

Two of the above landscape elements, beach and estuary fringe, and riparian, have special importance as components of old-growth forests, providing unique wildlife habitats, serving as wildlife travel corridors, and providing a forest interface with marine or riverine influences that may distinguish them as separate ecosystems within the larger old-growth forest ecosystem. Riparian areas (also discussed under Fish and Water) are important for fisheries in providing the source of Large Woody Debris that creates pools for rearing habitat, and in controlling stream temperatures and the amount of sediment reaching a stream. Riparian areas provide habitat for terrestrial species associated with aquatic environments (amphibians, for instance, or mammals such as river otter and beaver), and for terrestrial species for which fish from streams are important food (brown and black bears). Riparian areas often contain plant species which can live only where water is available year-round. Riparian soils often support large spruce trees and some of the most highly-productive stands of old growth.

The beach fringe is the forested area adjacent to salt-water shorelines. It is thought to be important as a wildlife travel corridor, as a transition zone between interior forest and salt water influences, and as a unique habitat (or micro-climate) in itself. The beach fringe provides important horizontal or low-elevation connectivity between watersheds, many of which otherwise have very steep sides and/or non-forested ridgetops. In conjunction with riparian areas, which provide connectivity within watersheds, the beach fringe is a component of the major travel corridor system used by many resident wildlife species. The beach fringe is also thought to provide important avian migratory habitat, particularly for neo-tropical migrants.

Protection of the long-term integrity of the beach fringe habitat is a management concern that is addressed by the Beach and Estuary Fringe Forest-wide Standard and Guideline. The beach fringe is an area of approximately 1,000 feet slope distance inland from mean high tide along all marine coastline. The management objective is to maintain the structural and functional integrity of the beach fringe zone to sustain the multiple use values.

Habitat capability models developed for management indicator species indicate that the highest habitat suitability value was assigned to productive old growth forests within the 500' beach fringe zone for the bald eagle, marten, and river otter (Suring 1993). The beach fringe was rated second only to the 1,000' estuary fringe for brown and black bears in overall habitat quality, and higher deer habitat values generally occur in high-volume old growth below 800' elevation, much of which occurs in the beach zone with a moderated maritime-influenced microclimate. A



# 3 Environment and Effects

revised marten habitat capability model rated the beach fringe old growth forests highest among all habitat components (Flynn, 1995).

There are indications that the value of the beach zone habitat may extend beyond the original 500'. Gende et al. (1996) reported reduced bald eagle nesting densities and success in landscapes adjacent to clearcuts and recommended a beach buffer zone of at least 1,000'. The 1,000' beach fringe is also used very frequently by radio-marked goshawks (Iverson *et al.* 1996). The importance of a wider beach fringe zone has long been recognized and is a component of the Retention Factor Method (TLMP 1979 as amended); specifically, 1,000' beach fringe for brown/black bear, 600' for furbearers, and 1/4 mile inland from the beach for deer winter range. Lande (1994) specifically recommended 2,000' wide no-harvest corridors with an additional 1,000' buffer of light intensity management.

The 1,000 foot beach fringe serves many functions: providing more effective landscape linkages between habitat reserves, protecting long-term bald eagle habitat capability, buffering the primary beach fringe zone from windthrow (Hodges 1982, Harris 1989), maintaining a functional interior forest condition within the entire primary beach fringe (Concannon 1995), sustaining habitat for goshawks, and indirectly contributing to overall landscape management of lands between habitat reserves.

**Forest-wide Distribution.** These and other simple ways of characterizing the current condition of the biogeographic provinces can serve as baselines for estimated future changes under the Forest Plan alternatives. Table 3-4 displays the total, and current productive old-growth forest, acres within each of the 21 biogeographic provinces. It also shows, as a percentage of the original (1954) amount, how much of the productive old growth was harvested for timber products between 1954 and 1995 (on National Forest lands). About 400,000 of the 1954 estimated amount of 5,440,000 acres of productive old growth have been harvested since 1954 (about 7 percent of the total).

Table 3-4 also displays the proportion of high volume old-growth in each biogeographic province that averages nearly 42% of all productive old-growth forest. It also shows the amount of high volume old-growth at occurring at elevations less than 500 feet. Table 3-4 also shows the amount of private, state, and municipal lands in each province. Most of these non-federal lands are available for timber harvest and many have been heavily developed which cumulatively impacts old-growth forest resources (see Timber).

Across the Tongass, timber harvest has been concentrated in the higher volume classes (harvested stands have averaged 39,000 board feet per acre). In contrast to the approximately 93 percent of productive old growth remaining, a smaller percentage, about 85 percent, of the higher volume acres remains unharvested. To a lesser extent, timber harvest has also been concentrated at the lower elevations: 79 percent of the higher volume old-growth timber lands below 500 feet in elevation remain. Timber harvest has occurred in a spatially clumped fashion across the Tongass, with activity concentrated on islands like Prince of Wales, Northeast Chichagof, and Zarembo. Very little activity has occurred on islands and parts of the mainland within the 19 Wildernesses and 12 legislated LUD II areas.

Fourteen of the 21 biogeographic provinces currently have more than 50 percent of their area in old-growth forest, and for all but two of these the productive old-growth forest component accounts for the majority of the old growth. Sixteen provinces each currently have over 100,000 acres of productive old growth, and three (Admiralty, North Prince of Wales, and Revilla/Cleveland) each have over 500,000

acres. Five provinces: East Chichagof, East Baranof, Etolin, North Prince of Wales, and Southern Outer Islands, have had ten percent or more of their original (1954) productive old growth harvested (i.e., it is no longer old growth); of these, North Prince of Wales is considerably higher at 24 percent. In most cases this harvest is a relatively small percentage of total province acres (for instance, the roughly 12,000 acres harvested in East Baranof are about 3 percent of that province's 395,000 acres); in one case, North Central Prince of Wales, harvest (through 1995) is 14 percent of total province acres.

Table 3-4
Distribution of Acres of Private, State, and City Lands and Conifer Old-growth Types by the 21 Biogeographic provinces.

| | Geographic Unit | Total Land | Private, City & State Ownership | % Private City & State Ownership | Productive Old-growth | High Volume Old-growth | High Volume Old-growth <500' Elev. | Percent[1] Old-growth Harvested | Other forest lands |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Yakutat Forelands [2] | 339,470 | 32,294 | 10 | 47,720 | 27,881 | 27,561 | 6 | 56,746 |
| 2 | Yakutat Uplands [2] | 918,943 | 681 | 0 | 24,136 | 11,448 | 9,648 | 4 | 18,864 |
| 3 | East Chicagof Is | 1,131,878 | 67,532 | 6 | 409,659 | 155,323 | 64,092 | 9 | 272,166 |
| 4 | West Chicagof Is | 287,581 | 2,345 | 0 | 72,274 | 18,984 | 10,922 | 0 | 113,697 |
| 5 | East Baranof Is | 395,140 | 2,201 | 0 | 97,888 | 31,768 | 15,351 | 10 | 101,237 |
| 6 | West Baranof Is | 798,802 | 23,566 | 3 | 218,763 | 56,691 | 30,159 | 6 | 245,798 |
| 7 | Admiralty Is | 1,086,102 | 35,278 | 3 | 591,407 | 337,194 | 14,0141 | 0 | 272,548 |
| 8 | Lynn Canal | 671,709 | 20,897 | 3 | 155,577 | 62,363 | 23,844 | 0 | 123,692 |
| 9 | North Coast Range | 1,111,129 | 96,554 | 9 | 324,305 | 131,789 | 42,325 | 0 | 176,556 |
| 10 | Kupreanof/Mitkof Is | 843,439 | 81,549 | 10 | 318,928 | 104,893 | 39,653 | 8 | 342,836 |
| 11 | Kuiu Is | 494,345 | 920 | 0 | 302,451 | 173,022 | 89,415 | 7 | 132,999 |
| 12 | Central Coast Range | 739,566 | 10,108 | 1 | 245,065 | 105,020 | 44,801 | 2 | 181,687 |
| 13 | Etolin Island | 519,254 | 16,325 | 3 | 229,765 | 82,216 | 31,778 | 12 | 201,354 |
| 14 | North Central POW | 1,489,549 | 255,630 | 17 | 531,261 | 220,131 | 96,175 | 24 | 413,367 |
| 15 | Revilla Is/Cleveland Pen. | 1,347,906 | 173,535 | 13 | 520,989 | 254,814 | 78,756 | 6 | 476,166 |
| 16 | Southern Outer Islands | 223,959 | 8,681 | 4 | 115,487 | 50,784 | 26,413 | 10 | 70,277 |
| 17 | Dall Island and Vicinity | 199,109 | 83,222 | 42 | 68,326 | 33,925 | 16,111 | 0 | 31,993 |
| 18 | South Prince of Wales | 394,907 | 30,363 | 8 | 161,981 | 74,361 | 34,446 | 1 | 156,657 |
| 19 | North Misty Fiords | 977,955 | 3,900 | 0 | 198,824 | 77,162 | 27,233 | 0 | 288,578 |
| 20 | South Misty Fiords | 906,884 | 681 | 0 | 312,945 | 111,452 | 49,872 | 0 | 371,442 |
| 21 | Ice Fields [2] | 3,007,014 | 980 | 0 | 115,821 | 37,798 | 9,600 | 3 | 184,795 |
| | **Forest-wide** | **17,884,641** | **947,242** | **5** | **5,063,571** | **2,159,020** | **908,295** | **7** | **4,233,455** |

1 Percentage of the original (1954) productive old-growth harvest between 1954 and 1995.
2 For these provinces the oldest tree stands are used; they may not contain all the characteristics associated with old-growth stands.

The remaining aspects of the compositional component of biodiversity are described elsewhere in this FEIS. These include the abundance and distribution of animal and plant species, the management indicator species, and species vulnerability. See in particular Threatened, Endangered, and Sensitive species; and Wildlife (viability and species-specific discussions).

**Structure**

Structure, at the landscape scale, refers to how many of the compositional elements just discussed are distributed across the landscape or forest. Some of these distributional aspects have been discussed or suggested, such as the relationship between elevation and productive vs. non-productive old-growth forests. Beyond that, distribution is difficult to describe narratively: the "Land and Timber Type" map in the map packet, and the map of the old-growth block inventory, give a better picture. In relation to wildlife habitats, distribution is a key element of the viability analyses for wildlife and fish.



# Biodiversity

## Environmental Consequences

**Direct, Indirect, and Cumulative Effects**

The previous discussions in this section emphasized old-growth forests as the key to describing and understanding the biological diversity of Southeast Alaska and the Tongass National Forest. These old-growth forests, covering about one-half of the 17-million acres of the Tongass, are the primary habitat for the majority of the terrestrial wildlife species. Thus in discussing the potential consequences to biological diversity of the alternatives, old-growth forests as wildlife habitat, and as an ecosystem with uniquely-defined characteristics, will be the major focus. The Wildlife and Fish sections, including results of several panel assessments, address the habitat aspect (and include considerations of abundance, distribution, vulnerability, and so on). The discussion here focuses on general effects to the composition, structure, and functions of the old-growth forest ecosystem, including results of the old-growth ecosystem panel assessment.

Another major reason for focusing on potential effects to the old-growth resource is that most changes to the physical and biological environments of the Tongass resulting from the Forest Plan alternatives will occur in old-growth forest. The majority of potential alterations to vegetation are a direct result of timber harvest and associated road construction, and under any alternative harvest is limited to old growth for at least another six decades. While road construction may occur in all vegetation types (see also the sections on Soils and Water), timber harvest is limited to the productive old-growth forest component. In this context it can be said that the old-growth forest ecosystem is the one most "at risk" from continued Tongass National Forest timber management.

Table 3-5 gives a general overview of anticipated changes to the old-growth forest resource over time. This table displays, by Biogeographic Province, the maximum amount of productive old-growth that is estimated to be in a harvested condition after 10 and 100 years under each alternative. This is expressed as a percent of the estimated amount of productive old-growth forest that existed in 1954 (see discussion of Table 3-4 above). Information from this table is used below to evaluate potential short-term effects to biodiversity, and for comparing to panel assessment results (long-term effects) at the end of this environmental consequences section.

High volume old-growth is a special concern since past timber harvest has been concentrated in these stands. Table 3-6 displays the amount of original (1954) high volume old-growth remaining in 2095 by each province and among alternatives. Alternatives 11, 4 and 5 will retain the greatest amount (76 percent) of the original old-growth of those alternatives that schedule any timber harvest. Only 62 and 66 percent of the high volume old-growth will be retained in Alternatives 7 and 9, respectively.

**Short-term Effects.** The affected environment discussion noted that the current cumulative amount of timber harvest of productive old-growth forests in the biogeographic provinces, expressed as a percentage of the total productive old growth within the province in 1954, varies considerably. For example, five provinces have had more than 10 percent of their productive old-growth forests logged since 1954, with one (North Central Prince of Wales Island) as high as 24 percent. The amount of the 1954 productive old-growth forest no longer in an old-growth condition can serve as a general indicator of the potential loss of several

