

United States
Department of
Agriculture

Forest Service

Tongass
National
Forest
R10-MB-473

December 2002

# Woodpecker Project Area

## Record of Decision





# Woodpecker Project Area

## Record of Decision

**Tongass National Forest**
**USDA Forest Service**
**Alaska Region**

| | |
|---|---|
| Lead Agency: | Tongass National Forest<br>648 Mission Street<br>Ketchikan, Alaska 99901 |
| Responsible Official: | Thomas Puchlerz, Forest Supervisor<br>Tongass National Forest |
| For Further Information Contact: | Cynthia Sever<br>Tongass National Forest<br>PO Box 1328<br>Petersburg, Alaska 99833<br>(907) 772-3871 |

# Woodpecker Project Area Record of Decision

## Introduction

This Record of Decision (ROD) documents my decision to select a modification of Alternative 6 from the Woodpecker Project Area Final Environmental Impact Statement (Final EIS) published in August 2001.  This modification excludes any timber harvest, road construction, or ground disturbing activities within roadless areas as defined by the U.S. District Court, District for Alaska, in Sierra Club v. Rey (J00-0009 CV (JKS)).  That order, with certain exceptions, enjoined the Forest Service from permitting timber harvest and road building in roadless areas until 45 days after publication of the final supplemental environmental impact statement (SEIS) for the Forest Plan.  This injunction precluded the signing and implementing of decision documents for timber sales in roadless areas.  Therefore, the Record of Decision for this project includes only those areas not defined as roadless by the injunction.

The project area is located on Mitkof Island in Southeast Alaska, approximately 27 miles southwest of Petersburg, Alaska on the Petersburg Ranger District of the Tongass National Forest.  This project area, which is approximately 32,590 acres, is adjacent to Sumner Strait and the Wrangell Narrows.  This decision includes the specific location and design of timber harvest units and roads, recreation enhancement opportunities, and resource protection requirements.  Timber from this project will be sold in multiple sales of varying sizes.  In addition, this decision includes the implementation of road management objectives, including intended use and maintenance levels and projects such as culvert and bridge replacement.

## Decision

This Record of Decision documents my decision to implement activities in the Woodpecker Project Area.  My decision consists of:

- the location and method of timber harvest, road construction and reconstruction, log transfer facilities, and silvicultural practices,
- road management objectives,
- recreation projects,
- mitigation measures and monitoring requirements,
- whether there may be a significant possibility of a significant restriction on subsistence uses,  and
- whether any changes in small old-growth habitat reserves should be made and approved as a non-significant amendment to the Forest Plan (see Appendix 1).

Record of Decision

# Right to Appeal

This decision is subject to administrative appeal. Organizations or members of the general public may appeal this decision according to Title 36 Code of Federal Regulations (CFR) part 215. The appeal must be filed within 45 days of the date that legal notification of this decision is published in the *Juneau Empire,* the official newspaper of record. The written Notice of Appeal must be filed with:

> Regional Forester, Alaska Region
> U.S. Department of Agriculture, Forest Service
> P.O. Box 21628
> Juneau, AK 99802-1628

It is the responsibility of those who appeal a decision to provide the Regional Forester with sufficient written evidence and rationale to show why the decision by the Forest Supervisor should be changed or reversed. This written Notice of Appeal must:

1. State that the document is a Notice of Appeal filed pursuant to 36 CFR Part 215;
2. List the name, address, and, if possible, the telephone number of the appellant;
3. Identify the decision document by title and subject, date of the decision, and name and title of the Responsible Official;
4. Identify the specific change(s) in the decision that the appellant seeks or portion of the decision to which the appellant objects;
5. State how the Responsible Official's decision fails to consider comments previously provided, either before or during the comment period specified in 36 CFR 215.6 and, if applicable, how the appellant believes the decision violates law, regulation or policy.

For additional information concerning this decision, contact Patricia A. Grantham, District Ranger, Petersburg Ranger District, P.O. Box 1328, Petersburg, AK 99833, or call (907) 772-3871.

_____          12-24-02
THOMAS PUCHLERZ                          Date
Forest Supervisor