

**USDA**

United States
Department of
Agriculture

Forest Service
R10-MB-481a

February 2003



# Tongass Land
# Management Plan Revision

# Final Supplemental
# Environmental
# Impact Statement

## Roadless Area Evaluation
## for Wilderness Recommendations

## VOLUME I: Final SEIS
## Appendix A, B, D, E

Exhibit 90, page 1 of 4

# Tongass Land Management Plan Revision

## Final Supplemental Environmental Impact Statement
**February 2003**

Lead Agency:                USDA Forest Service

Responsible Official:       Dennis E. Bschor, Regional Forester
                            USDA Forest Service, Alaska Region

For Further Information:     Visit the SEIS Web site at: www.tongass-seis.net

                            Or Contact:
                                Larry Lunde
                                Project Team Leader
                                Tongass National Forest
                                Federal Building
                                Ketchikan, AK  99901-6591
                                (907) 228-6303

**Abstract:**

The Forest Service has evaluated roadless areas on the Tongass National Forest to consider them for recommendations as potential wilderness versus continued management of these areas as outlined in the current Forest Plan. This Final Supplemental Environmental Impact Statement describes the effects of seven action alternatives and one no-action alternative for future management of the roadless areas. The action alternatives include new wilderness recommendations for 0.7 to 9.6 million acres of roadless areas. Two key issues have been identified as the major issues driving the alternatives and the analysis:  1) additional wilderness designation would provide greater long-term protection of roadless areas and their values, and 2) additional wilderness designation would affect the social and economic well-being of communities in Southeast Alaska through the natural resource-based industries they depend on, by affecting transportation and utility projects, and by affecting the regional or local economies.

The United States Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status.  (Not all prohibited bases apply to all programs.)  Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write U.S. Department of Agriculture, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue SW, Washington, DC  20250-9410, or call (202) 720-5964 (voice and TDD).  USDA is an equal opportunity provider and employer.

## 2 Alternatives

### Alternative 1

**Framework**

This is the No-Action Alternative. The framework is defined by the current Tongass Forest Plan, which is based on Alternative 11 from the 1997 Forest Plan Revision Final EIS, as adjusted by the 1997 ROD and subsequent non-significant Forest Plan Amendments. All existing LUD allocations would remain unchanged, including existing wilderness and LUD II areas. This alternative does not respond to Key Issue 1, but responds to Key Issue 2 at a high level by not recommending any additional wilderness (see Chapter 1 for descriptions of Key Issues). The theme for Alternative 11 was to provide a mix of National Forest uses and activities with an emphasis on fish and wildlife habitat protection and the karst and caves resource, and less emphasis on some resource uses contributing to the local and regional economies of Southeast Alaska, relative to the other alternatives of the 1997 Tongass Forest Plan Revision Final EIS.

**New Wilderness or LUD II Areas**

No new wilderness or LUD II areas are recommended under this alternative. The 5.8 million acres of existing wilderness and the 0.7 million acres of existing LUD II areas, as well as all other current LUDs, would remain unchanged (see the Alternative 1 map in the *Map Packet* accompanying the SEIS hard copy or in the *Map Section* of the CD version).

**Land Use Designations**

If Alternative 1 is selected, the LUD allocation acres shown in Table 2-1 would result. Figure 2-1 shows the distribution of LUDs across the Tongass under Alternative 1 according to three LUD groups (see Table 2-1 for definitions of the LUD groups). Table 2-2 displays selected outputs and other measures associated with this alternative.

**Exhibit 90, page 3 of 4**

10_009958

**Table 2-2**
**Selected Outputs and Measures Associated with Alternative 1[1]**

| Resource/Category | Output/Measure |
|---|---|
| Amount of Wilderness and LUD II Protection (millions of acres) | |
| Recommended Wilderness plus Current Wilderness and National Monument | 5.9 |
| Recommended LUD II plus Current LUD II | 0.7 |
| Percent of Ecoregion Protected in Reserves | |
| Northern Pacific Coastal Forest | 19% |
| Pacific Coastal Mountain Tundra and Ice Fields | 37% |
| Productive Old-growth after 120 Years (millions of acres) | 4.51 |
| Estimated Land Suitable for Timber Production (acres)[2] | 664,000 |
| Allowable Sale Quantity (millions of board feet)[2,3] | |
| Non-interchangeable component I | 212 |
| Non-interchangeable component II | 47 |
| Total | 259 |
| Annual Road Construction during 1st Decade, based on the ASQ (miles) | 106 |
| Annual Timber Harvest during 1st Decade, based on the ASQ (acres) | 8,900 |
| Short-term Effects on Timber Industry | |
| Percent of Timber Sales Under Contract Affected | 0% |
| Percent of Proposed Timber Sales (10-year plan) Affected | 0% |
| Percent of Identified and Undiscovered Mineral Areas Withdrawn or Potentially Withdrawn | |
| Percent of Identified Mineral Tracts | 25% |
| Percent of Undiscovered Mineral Areas | 35% |
| Recreation Opportunity Spectrum Classes after 150 Years (millions of acres) | |
| Primitive and Semi-primitive Non-motorized | 11.8 |
| Semi-primitive Motorized | 1.2 |
| Roaded Natural and Roaded Modified | 3.7 |

[1] Unless otherwise noted, figures are average annual amounts for the next decade (2002 to 2012).
[2] Slight differences in suitable acres and ASQ between Alternative 1 (shown above) and Alternative 11 of the 1997 Final EIS are caused by: 1) changes in ownership, 2) changes in LUDs, and 3) the use of different estimation methods.
[3] All timber volumes are sawlog plus utility. Totals may not add exactly due to rounding.

**Exhibit 90, page 4 of 4**

10_009961