OMB APPROVAL NO. 2700-0042

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. R10-05-033 | 2. TYPE OF SOLICITATION ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 4 May 2005 | PAGE OF PAGES 1 |
|---|---|---|---|---|

**IMPORTANT** - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY                              CODE | 8. ADDRESS OFFER TO |
|---|---|
| USDA Forest Service R10<br>Regional Office<br>709 W. 9th<br>PO Box 21628<br>Juneau, AK 99802-1628 | **Tongass National Forest**<br>**Federal Building – 648 Mission Street**<br>**Ketchikan, AK 99901** |

| 9. FOR INFORMATION CALL: | A. NAME Caroline Wallace | B. TELEPHONE NO. *(Include area code)* **(NO COLLECT CALLS)** 907-586-7912 or cwallace@fs.fed.us |
|---|---|---|

### SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

**Upper Carroll Road Project**

**Price Range**

The Government's estimate is between $1,000,000 and $5,000,000.

11. The Contractor shall begin performance within <u>10</u> calendar days and complete it within <u>703</u> calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. *(See _____.)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* ☒ YES   ☐ NO | 12B. CALENDAR DAYS 15 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and <u>001</u> copies to perform the work required are due at the place specified in Item 8 by **1400** *(hour)* local time **3 Jun 2005** *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee    ☒ is,    ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than <u>60</u> calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212<br>Computer Generated | 1442-101 | **STANDARD FORM 1442** (REV. 4-85)<br>Prescribed by GSA<br>FAR (48 CFR) 53.236-1(e) |
|---|---|---|

**Exhibit 92, page 1 of 3**

| | |
|---|---|
| 52.222-37 | Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and other Eligible Veterans (DEC 2001) |
| 52.222-39 | Notification of Employee Rights Concerning Payments of Union Dues and Fees (DEC 2004) |
| 52.223-6 | Drug-Free Workplace (MAY 2001) |
| 52.223-14 | Toxic Chemical Release Reporting (AUG 2003) |
| 52.225-13 | Restrictions on Certain Foreign Purchases (DEC 2003) |
| 52.227-1 | Authorization and Consent (JUL 1995) |
| 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement (AUG 1996) |
| 52.227-4 | Patent Indemnity -- Construction Contracts (APR 1984) |
| 52.228-2 | Additional Bond Security (OCT 1997) |
| 52.228-11 | Pledges of Assets (FEB 1992) |
| 52.228-12 | Prospective Subcontractor Requests for Bonds (OCT 1995) |
| 52.228-14 | Irrevocable Letter of Credit (DEC 1999) |
| 52.228-15 | Performance and Payment Bonds – Construction (JUL 2000) |
| 52.229-3 | Federal, State, and Local Taxes (APR 2003) |
| 52.232-5 | Payments Under Fixed-Price Construction Contracts (SEP 2002) |
| 52.232-9 | Limitation on Withholding of Payments (APR 1984) |
| 52.232-17 | Interest (JUN 1996) |
| 52.232-23 | Assignment of Claims (JAN 1986) |
| 52.232-27 | Prompt Payment for Construction Contracts (OCT 2003) |
| 52.232-33 | Payment by Electronic Funds Transfer – Central Contractor Registration (OCT 2003) |
| 52.233-1 | Disputes (JULY 2002) |
| 52.233-3 | Protest After Award (AUG 1996) |
| 52.236-2 | Differing Site Conditions (APR 1984) |
| 52.236-3 | Site Investigation and Conditions Affecting the Work (APR 1984) |
| 52.236-5 | Material and Workmanship (APR 1984) |
| 52.236-6 | Superintendence by The Contractor (APR 1984) |
| 52.236-7 | Permits and Responsibilities (NOV 1991) |
| 52.236-8 | Other Contracts (APR 1984) |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements (APR 1984) |
| 52.236-10 | Operations and Storage Areas (APR 1984) |
| 52.236-11 | Use and Possession Prior to Completion (APR 1984) |
| 52.236-12 | Cleaning Up (APR 1984) |
| 52.236-13 | Accident Prevention (NOV 1991) |
| 52.236-15 | Schedules for Construction Contracts (APR 1984) |
| 52.236-17 | Layout of Work (APR 1984) |
| 52.236-21 | Specifications and Drawings for Construction (FEB 1997) |
| 52.236-26 | Preconstruction Conference (FEB 1995) |
| 52.242-13 | Bankruptcy (JUL 1995) |
| 52.243-4 | Changes (AUG 1987) |
| 52.245-1 | Property Records (APR 1984) |
| 52.245-2 | Government Property (Fixed-Price Contracts) (MAY 2004) |
| 52.246-21 | Warranty of Construction (MAR 1994) Alternate I (APR 1984) |
| 52.248-3 | Value Engineering -- Construction (FEB 2000) |
| 52.249-2 | Termination for Convenience of the Government (MAY 2004)--Alternate I (SEP 1996) |
| 52.249-10 | Default (Fixed-Price Construction) (APR 1984) |
| 52.253-1 | Computer Generated Forms (JAN 1991) |

**Exhibit 92, page 2 of 3**

**52.249-2  Termination for Convenience of the Government (Fixed-Price).**

*Alternate I (Sept 1996).* If the contract is for construction, substitute the following paragraph (g) for paragraph (g) of the basic clause:

   (g) If the Contractor and Contracting Officer fail to agree on the whole amount to be paid the Contractor because of the termination of work, the Contracting Officer shall pay the Contractor the amounts determined as follows, but without duplication of any amounts agreed upon under paragraph (f) of this clause:
      (1) For contract work performed before the effective date of termination, the total (without duplication of any items) of—
         (i) The cost of this work;
         (ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the terminated portion of the contract if not included in subdivision (g)(1)(i) of this clause; and
         (iii) A sum, as profit on subdivision (g)(1)(i) of this clause, determined by the Contracting Officer under 49.202 of the Federal Acquisition Regulation, in effect on the date of this contract, to be fair and reasonable; however, if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, the Contracting Officer shall allow no profit under this subdivision (g)(1)(iii) and shall reduce the settlement to reflect the indicated rate of loss.
      (2) The reasonable costs of settlement of the work terminated, including—
         (i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;
         (ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and
         (iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the termination inventory.

**Exhibit 92, page 3 of 3**