OMB APPROVAL NO. 2700-0042

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO.<br>AG-0116-S-06-0022 | 2. TYPE OF SOLICITATION<br>☒ SEALED BID (IFB)<br>☐ NEGOTIATED (RFP) | 3. DATE ISSUED<br>04/20/2006 | PAGE OF PAGES<br>1    77 |
|---|---|---|---|---|

**IMPORTANT** - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY    CODE | | 8. ADDRESS OFFER TO |
|---|---|---|
| Tongass National Forest<br>Federal Building, 648 Mission Street<br>Ketchikan, AK 99901 | | Same as Block 7 |

| 9. FOR INFORMATION CALL: | A. NAME<br>Tonya Rymer | B. TELEPHONE NO. *(Include area code)* **(NO COLLECT CALLS)**<br>(907) 228-6244 |
|---|---|---|

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

# LOGJAM ROADS

The Government's estimate is between $250,000 and $500,000.

NOTE:
(1) This is a competitive **HUBZONE Set-Aside** Procurement. All eligible and responsible HUBZONE sources may submit a bid. Any questions about HUBZONE eligibility should be directed to the Offeror's cognizant Small Business Administration Office. The North American Industrial Classification System Code for this procurement is 237310.
(2) Facsimile bids for this solicitation are acceptable however <u>bid guarantees must be original</u>.

11. The Contractor shall begin performance within <u>10</u> calendar days and complete it within <u>360</u> calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. *(See Section F.2.)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS?<br>*(If "YES," indicate within how many calendar days after award in Item 12B.)*<br>☒ YES    ☐ NO | 12B. CALENDAR DAYS<br>15 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and _____ copies to perform the work required are due at the place specified in Item 8 by **3:00 pm** *(hour)* local time **May 22, 2006** *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee  ☒ is,   ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than <u>60</u> calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212<br>Computer Generated | 1442-101 | **STANDARD FORM 1442** (REV. 4-85)<br>Prescribed by GSA<br>FAR (48 CFR) 53.236-1(e) |
|---|---|---|

**Exhibit 96, page 1 of 2**

## SECTION C--DESCRIPTION/SPECIFICATIONS

## C.1  PROJECT SCOPE

a. Description:

This project is for the reconditioning of 3.79 miles of existing Forest Service road (NFSR 2052000) and construction of 1.96 miles of new road (NFSR 2052000-2 and NFSR 3035246-2).

The reconditioning runs along NFSR 2052000 from its intersection with NFSR 20 to its end. This will entail installing three culverts, developing and placing 498 cubic yards of borrow at designated places to raise grade and to fill holes and slumps, and reconditioning 3.79 miles of road.

Construction of NFSR 2052000-2 MP 3.79 to MP 5.56 and NFSR 3035246-2 MP 0.75 to MP 0.94 includes clearing and grubbing; furnishing, hauling and placing road material on the traveled way including turnouts/pullouts, parking areas and approach road intersections; installing bridges, metal culverts and log culverts; mobilization, pit development, and seeding and fertilizing.

The intent of the contract is to provide for the complete construction of the project described in the contract.  Unless otherwise provided, the Contractor is to furnish all labor, materials, equipment, tools, transportation, and supplies, and perform all work required to complete the project in reasonably close conformity with the drawings and specifications, and in accordance with the provisions of the contract.  Payment for contract work will be made **only for and under** those pay items included in the Schedule of Items.  All other work and materials will be considered as incidental to and included in the payment for items shown.

b. Location:

This project is located on Prince of Wales Island in Southeast Alaska and begins approximately 25 miles by road west of the city of Thorne Bay.  Access to Prince of Wales Island is either by the IFA ferry, boat, airplane or helicopter.

c. Price Range:  $250,000 to $500,000

## C.2  Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03.

The Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03, are included by reference.  The requirements contained in these specifications are hereby made a part of this solicitation and any resultant contract.

The FP-03 U.S. Customary version is available through the Federal Lands Highway Headquarters office:

**Exhibit 96, page 2 of 2**