Natalie Dawson
159 Castetter Hall
Department of Biology
University of New Mexico
Albuquerque, NM 87131

Kris Rutledge
Team Leader Kuiu Project Area
Petersburg Ranger District
Tongass National Forest
P.O. Box 1328
Petersburg, AK 99833
**Re: Comments: Kuiu Timber Sale Draft Environmental Impact Statement**

Dear Kris (and Petersburg Ranger District),

I am responding to a request from the Petersburg Ranger District to review the Draft EIS for the Kuiu Timber Sale. I have conducted research activities on Kuiu Island since 2004 and visited the community of Petersburg on several occasions. I greatly appreciate the support and enthusiasm of the Petersburg RD regarding my project on the status of endemic carnivores on the Tongass. I am writing this letter with a focus on the endemic mammals present on Kuiu Island that were not included in the DEIS, particularly the marten, ermine, black bear, and Alexander Archipelago wolf. This response is also a timely follow-up to some of the new information regarding endemics that I and others (e.g. Dr. Joe Cook and Steve MacDonald) discussed at the Conservation Strategy Review meeting in Ketchikan in March, 2006.

Endemic mammals are not mentioned in the DEIS even thought there is a growing amount of information regarding endemic organisms found on Kuiu Island. My primary concern relates specifically to endemic marten on Kuiu Island that were not addressed in the DEIS. Two species of marten are present on Kuiu Island (referred to in the DEIS as *Martes americana* and *Martes caurina*). *Martes caurina* is a coastal endemic species, found throughout Oregon, Washington, and into western Montana. It is currently listed as endangered by the state of Oregon. *Martes americana* is an eastern species that comes into contact with *M. caurina* in Montana, and on Kuiu Island. These two species have independent colonization histories within the region and originated from different, distinct source populations (Stone et al. 2002). They were originally described as separate species (Merriam 1890) and later genetic analyses support this taxonomy (Carr and Hicks 1997, Stone et al. 2002, Small et al. 2003). Kuiu Island has an endemic marten population (Stone et al. 2002, Small et al. 2003) that is also a distinct species endemic to the North Pacific Coast (Cook et al. 2006). We know from habitat studies done across the country that marten are old-growth indicator species that are used as Management Indicator Species within many national forests.

The endemic *M. caurina* population on Kuiu represents almost ¼ of the genetic diversity for the entire species. Therefore, Kuiu Island remains a highly significant portion of this species' range. Although Admiralty Island, to the north, also has a significant population of *M. caurina*, those organisms lack the genetic diversity found in the Kuiu populations. Kuiu Island has a smaller

population of marten than Admiralty Island (various trappers' information, trapping records-ADF&G) but holds a large percentage of the total genetic diversity for the species.

Recent population trends on Kuiu suggest that marten populations have been low for at least ten years (Flynn pers. comm., Marsh pers. comm.). These trends can also be seen in the low trapping effort on Kuiu Island in the past ten years. Our genetic information suggests that marten populations on Kuiu may have been much higher at some point in the past, due to the high genetic diversity in a small population. To compare, Admiralty Island has higher populations of marten (based on trapping effort and Flynn pers. comm.) but the Admiralty marten have much lower genetic variation than the Kuiu marten. This suggests a bottleneck event sometime in history on Admiralty Island. Kuiu marten have high genetic diversity and low population size which suggests that disturbances causing low population numbers are recent and are not yet reflected in the genetic signatures of the Kuiu marten. Either way, the marten populations on Kuiu are now low, and no large timber sales should occur without a population estimate for marten on the island.

Most preferred marten habitat occurs on the north half of Kuiu Island. The north half of the island has a karst limestone system, along with major pinch points, or corridors of movement for wildlife species. Trapping effort for marten on Kuiu Island has been most successful on the North half of the island (Marsh pers. comm., Youngberg trapping records, Dawson unpub. data). The most productive old-growth areas on Kuiu Island exist on the northern half of the island (extending north from Elena Bay). This productive old-growth is primary habitat for marten and has been shown in numerous studies to contribute to the health of marten populations (more old growth means larger marten populations). Timber sales on North Kuiu could be especially detrimental to marten since our survey work indicates they are restricted to the northern half of the island. Even though intense logging pressure over the years may have decreased marten populations (which is why we see high genetic diversity with low population numbers), North Kuiu remains a vital component of the continued success of the endemic marten on the island. The only two marten I caught while working on Kuiu during the summer/fall 2005 season were caught in the project area-one caught near Kadake Creek and one caught at the road junction for 6402/6415.

Standards and Guidelines for marten were not applied to Kuiu Island because it was not included in the original TLMP (1997) as a biogeographic region of high concern (DEIS 3.3.9.1 3-44). In March, 2006, we acknowledged the inadequacy of these biogeographic regions with the USFS at the Conservation Strategy Review meetings in Ketchikan. According to the map of biodiversity "hotspots" for the Alexander Archipelago, Kuiu remains a high region for endemism for marten, bears, ermine, and wolves (Dawson et al. in press, Cook et al. in press). TLMP Standards and Guidelines are inadequate for marten because they assume that habitat alone is an indicator of potentially healthy populations. They do not prioritize islands or island groups based on endemic island fauna. Our work analyzes the Tongass based on endemic fauna found across the islands, and it indicates that Kuiu Island is extremely important for biological diversity, particularly for the marten on the Tongass.

Additionally, Kuiu island is a known contact zone between two species of marten. The contact zone between the two species of marten makes Kuiu Island an extremely important island in the

evolutionary history and future of these species. Contact zones have long been attributed to increasing the biodiversity of organisms across the planet (Hewitt 2005) and evolutionarily distinct populations (such as the endemic marten on Kuiu) tend to reflect biodiversity hotspots for the entire species (Sechrest et al. 2002). Contact zones on islands are rare in scientific literature and this contact zone is significant because it represents hybridization between an older endemic species (*M. caurina*) and a recent colonizer (*M. americana*). Preliminary research on Kuiu island suggests that *M. americana* is better adapted to habitat alteration than *M. caurina* (Dawson unpub. data).

The two marten species on Kuiu are hybridizing (Small et al. 2003). Although this is a natural process, due to the movement of *americana* marten to Kuiu island, it also means that hybrids of both species may be present, and these hybrids deserve protection for the unique genetic lineage they represent. Interactions between these two marten species may be causing the population declines on Kuiu Island. Because Kuiu is an island, and preferred habitat for marten is restricted to the northern half of the island, decreasing marten populations may be driven by forced the interaction of both species with each other. These two distinct marten species are not addressed in the current TLMP even though there is a section on endemics. We now know where many endemics are located on the Tongass, and this information needs to be incorporated in the new Forest Plan so that distinct population segments, such as the endemic marten on Kuiu Island, will not be overlooked. Hopefully, the new plan will afford more protection for these endemic species with the hopes of preserving the biodiversity represented by the endemic mammals across the Tongass.

Based on habitat information for both species found in the literature, *Martes caurina* has historically been a species restricted to old-growth forests in the Pacific Northwest. We may be losing an endemic species on Kuiu because it is being replaced by a species that does better in altered environments. This is not a natural process because it is being driven by anthropogenic activities. Logging has decreased habitat on Kuiu island, forcing two species of marten to interact with each other, which may also drive declines in the endemic marten on Kuiu.

The issues raised in this letter are pertinent to several species on Kuiu Island including those like marten, who have been found within the project area. Kuiu island is a contact zone for two different evolutionary lineages of black bears (Stone and Cook 2000, Peacock 2004) and acts as a source population for other nearby islands such as Kupreanof and Mitkof (Peacock 2004). During summer 2005 we caught two ermine on North Kuiu, both of which have been genetically screened and indicate a distinct evolutionary lineage found within southeast Alaska (Fleming and Cook 2002). The wolves on Kuiu are members of a distinct subspecies (species?) found within southeast Alaska and retain most of the genetic diversity for all wolves throughout North America (Weckworth et al. 2005). The wolves on Kuiu are distinct from wolves on other islands, and this suggests minimal movement of wolf populations across multiple islands.

The Kuiu timber sale would remove a large portion of old-growth in the north-central part of the island, creating impassable barriers for marten and other species while reducing vital pinch points, such as stream valleys (Mowat and Paetkau 2002) for these species. Given the genetic diversity within the endemic marten on Kuiu, the already fragmented habitat, the encroachment of second-growth forests onto much of the island, the contact zone between the two species, and

the already low population size of marten on Kuiu, it is imperative to protect remaining habitat on Kuiu island for the persistence of endemic marten into the future. Kuiu island is the most important island on the Tongass for the conservation of endemic marten.

We expressed our concern over the inadequacy of the Conservation Strategy to address endemic mammals on the Tongass at the meetings in Ketchikan. The marten on Kuiu island are a perfect example of how the current forest plan cannot protect the genetic diversity that is so important to the persistence of these island species.

Thank you for the opportunity to write this letter, to summarize the new information about endemics on Kuiu Island, and express my concerns. I hope to continue working with the Forest Service in the future to ensure the sound management of the important wildlife resources on the Tongass.

Sincerely,

Natalie Dawson
PhD Candidate
University of New Mexico

Carr, S.M. and S.A. Hicks. 1997. Are there two species of marten in North America? Genetic and evolutionary relationships within *Martes in: Martes*: Taxonomy, Ecology, Techniques, and Management. G. Proulx, H.N. Bryant, and P.M. Woodard [eds].

Cook, J. A., N. G. Dawson, and S. O. MacDonald. In Press. Management of highly fragmented systems: the north temperate Alexander Archipelago. Biological Conservation

Dawson, N. G., S. O. MacDonald and J. A. Cook. In press. Endemic Mammals of the Alexander Archipelago. In J. Schoen (ed). Wildlife Management on the Tongass National Forest. Audubon Special Publication

Fleming, M. A., and J. A. Cook. 2002. Phylogeography of endemic ermine (*Mustela erminea*) in southeast Alaska. Molecular Ecology 11:795-808.

Hewitt, G.M. 2005. Speciation, hybrid zones, and phylogeography-or seeing genes in space and time. Molecular Ecology 10: 537-549.

Merriam, C. H. 1890. Descriptions of twenty-six new species of North American mammals. North American Fauna 4:1-55

Mowat, G. and D. Paetkau. 2002. Estimating marten (*Martes americana*) population size using hair capture and genetic tagging. Wildlife Biology 8:201-209.

Peacock, E. 2004. Population, genetic, and behavioral studies of black bears *Ursus americanus* in Southeast Alaska. Doctoral Dissertation, University of Nevada, Reno. 230 pp.

Sechrest, W., T.M. Brooks, G.A.B. da Fonseca, W.R. Konstant, R.A. Mittermeier, A. Purvis, A.B. Rylands, and J.L. Gittleman. 2002. Hotspots and the conservation of evolutionary history. Proceedings of the National Academy of Sciences 99: 2067-2071.

Small, M. P., K. D. Stone, and J. A. Cook. 2003. American marten (*Martes americana*) population structure across a landscape fragmented in time and space. Molecular Ecology 12:89-103.

Stone, K. D., and J. A. Cook. 2000. Phylogeography of black bears (*Ursus americanus*) from the Pacific Northwest. Canadian Journal of Zoology 78:1-6.

Stone, K., R. Flynn, and J. Cook. 2002. Post-glacial colonization of northwestern North America by the forest associated American marten (*Martes americana*). Molecular Ecology 11:2049-2064.

Weckworth B., S. Talbot, G. Sage, D. Person, and J. Cook. 2005. A signal for independent coastal and continental histories for North American wolves. Molecular Ecology 14:917-931