| PW Proj.Name | Contract or | Miles C/R | Cont. Cost $$ | PW Award Date | Associated TS | TS Purchaser | TS Bid Value | TS Rd. Cost $$ | Remarks | TS Award Date | Percent Complete (PW) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Midway | Rock-n-Road | 9.26C 8.4R | 2,5000,000 | 6/21/02 | Midway | Icy Straits Lumber | 52,467 | 0 | | 11/3/04 | 100 |
| Summore Change | DuRette Const. | 9.8C 35.7R | 2,539,000 | 6/21/02 | Summore Change II | Viking Lumber | 443,524 | 0 | | 1/22/03 | 100 |
| Mad Rush | DuRette Const. | 1.6C 8.0R | 402,713 | 8/18/03 | Fusion | Viking Lumber | 277,772 | 1,594,520 | | 5/26/04 | 100 |
| Mad Rush II | DuRette Const | 2.8C 8.5R | 374,000 | 2/2/04 | Fusion | Viking Lumber | | | | 5/26/04 | 100 |
| Chrome | Shaan Seet | 2.5C 2.1R | 629,140 | 2/28/04 | Fusion | Viking Lumber | | | | 5/26/04 | 100 |
| South Lindy Rds. | DuRette Const. | 3.0C | 680,991 | 3/31/04 | Finger Pt. | Viking Lumber | 67,561 | 0 | | 9/3/04 | 100 |
| Kogish Roads | DuRette Const. | 2.9C 25.2R | 875,923 | 6/10/03 | Kogish-Shinaku II | Viking Lumber | 96,001 | 0 | | 1/14/05 | 100 |
| Luc Lac Roads | Shaan Seet | 1.15C 8.0R | 224,627 | 7/20/05 | Luc Lac II | Viking Lumber | 121,817 | 0 | | 9/1/05 | 100 |
| Lindenberg Roads | Rock-n-Road | 2.3C | 391,000 | 3/2/06 | Lindenberg | Viking Lumber | 231,295 | 246,560 | | 12/21/05 | 5 |
| Buckdance-Madder Roads | Channel Const. | 10.4C | 2,877,000 | 4-21-06 | Buckdance-Madder | Pacific Log and Lumber | 106926 | 67,000 | PEPE turnback | 4/06 tentative | 0 |
| Skipping Cow | DuRette Const. | 6.0R 7.0C | 1,300,000 | 06/05 | Skipping Cow | Alcan | 143,196 | 425,000 | | 4/06 tentative | 45 |
| 2006 Skipping Cow | Advertised | 4.9C | | N/A | Skipping Cow | ALCAN Forest Products | | | PEPE Turnback | 4/06 tentative | 0 |

**Exhibit 98, page 1 of 2**

| Upper Carrol Roads | DuRette Const. | 6.0C 1.2R | 1,555,000 | 07/20/05 | Upper Carrol II | Pacific Log and Lumber | 179,952 | 796,580 | 12/9/05 | 25 |