U.S. Forest Service, Alaska Region, Remaining Timber Sales Volumes (MBF) and Values Through March 31, 2006 — May 11, 2006

| District | Contract Identification | Bid Date | Termination Date | Purchaser Name | Sale Name | Current Quantity Estimate | Volume Cut | Remaining Volume | Remaining Value | Remaining Volume by Purchaser |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Tongass National Forest** | | | | | |
| Wrangell | 61138 | 12/20/2005 | 12/31/2006 | Alaska Timber Wolf | Midpoint Special Salvage | 115.79 | 0.00 | 115.79 | $1,090.52 | 115.79 |
| Yakutat | 60718 | 4/26/2005 | 10/31/2007 | Alcan Forest Products LLP | Coyak Salvage | 3,429.71 | 3,429.71 | 0.00 | $0.00 | |
| Wrangell | 61161 | 3/7/2006 | 10/31/2008 | Alcan Forest Products LLP | Red Mountain | 5,888.70 | 0.00 | 5,888.70 | $38,426.69 | |
| Yakutat | 60312 | 10/20/2003 | 10/31/2007 | Alcan Forest Products LLP | Situk Blowdown Reoffer | 23,517.31 | 23,389.41 | 127.90 | $3,266.57 | 6,016.60 |
| Thorne Bay | 57573 | 7/25/2000 | 10/31/2005 | Beaver Creek Logging. | Buster Bay | 268.75 | 268.75 | 0.00 | $0.00 | |
| Thorne Bay | 61153 | 2/17/2006 | 12/30/2006 | Brent Cole | Microsale #118 | 60.00 | 0.00 | 60.00 | $4,248.62 | 60.00 |
| Juneau | 60924 | 7/27/2005 | 10/31/2008 | Coeur Alaska, Inc | Kensington Gold Project | 887.50 | 150.87 | 736.63 | $56,034.03 | |
| Juneau | 61005 | 10/11/2005 | 10/31/2008 | Coeur Alaska, Inc | Kensington Gold Settlement | 949.20 | 0.00 | 949.20 | $98,286.38 | 1,685.83 |
| Thorne Bay | 60999 | 7/22/2005 | 7/26/2010 | CSL Farm and Services | Kosciusko Stewardship | 470.40 | 0.00 | 470.40 | $5,100.50 | 470.40 |
| Hoonah | 60932 | 8/25/2005 | 10/31/2008 | D & L Woodworks | Big Bear | 149.90 | 0.00 | 149.90 | $2,900.43 | 149.90 |
| Juneau | 60684 | 1/31/2005 | 9/30/2006 | Dept. Of Transportation | Cascade Point ROW Settlement | 634.57 | 634.57 | 0.00 | $0.00 | |
| Thorne Bay | 61120 | 12/13/2005 | 10/31/2008 | Ernie Eads | Bucktooth Special Salvage | 213.14 | 0.00 | 213.14 | $15,925.78 | |
| Thorne Bay | 60874 | 7/13/2005 | 10/31/2006 | Ernie Eads | Prime Special Salvage | 161.69 | 36.05 | 125.64 | $13,863.27 | 338.78 |
| Sitka | 60304 | 9/29/2003 | 9/30/2004 | Gregg Jones | False Island Alder | 16.37 | 16.37 | 0.00 | $0.00 | |
| Sitka | 60023 | 10/4/2002 | 9/15/2003 | Gregg Jones | Summit Windjammer | 20.17 | 20.17 | 0.00 | $0.00 | 0.00 |
| Craig | 60866 | 7/13/2005 | 10/31/2007 | H & L Salvage, Inc | Ambrosia | 142.64 | 0.00 | 142.64 | $3,534.15 | |
| Craig | 61013 | 10/18/2005 | 10/31/2007 | H & L Salvage, Inc | Little Rock | 143.74 | 0.00 | 143.74 | $2,684.87 | |
| Thorne Bay | 60403 | 3/16/2004 | 6/1/2006 | H & L Salvage, Inc | Rocky Ratz Special Salvage | 41.62 | 17.69 | 23.93 | $3,439.35 | |
| Thorne Bay | 60825 | 6/14/2005 | 10/31/2006 | H & L Salvage, Inc | Vientos Cinco #5 | 69.68 | 0.00 | 69.68 | $1,730.96 | 379.99 |
| Thorne Bay | 60767 | 5/26/2005 | 6/1/2006 | Harold A Rhodes | Microsale #105 | 42.23 | 42.23 | 0.00 | $0.00 | 0.00 |
| Hoonah | 60940 | 8/25/2005 | 10/31/2007 | Icy Straits Lumber & Mill | Dry Stream Special Salvage | 111.91 | 111.91 | 0.00 | $0.00 | |
| Hoonah | 60627 | 10/26/2004 | 10/31/2011 | Icy Straits Lumber & Mill | Midway Reoffer II | 8,222.48 | 0.00 | 8,222.48 | $57,289.81 | |
| Hoonah | 60585 | 9/21/2004 | 10/31/2006 | Icy Straits Lumber & Mill | Upside | 237.56 | 237.56 | 0.00 | $0.00 | 8,222.48 |
| Thorne Bay | 61039 | 10/18/2005 | 10/31/2008 | James Harrison | Beaver Tail Special Salvage | 212.11 | 0.00 | 212.11 | $13,410.70 | 212.11 |
| Thorne Bay | 60916 | 7/26/2005 | 7/22/2006 | Jeff Larson | Microsale # 110 | 3.69 | 0.00 | 3.69 | $250.29 | 3.69 |
| Thorne Bay | 60361 | 6/25/2003 | 10/1/2007 | Keith Dahl | Lucky Duck Reoffer | 494.08 | 381.74 | 112.34 | $7,735.79 | 112.34 |
| Ketchikan | 58118 | 5/20/2002 | 10/31/2006 | Ketchikan Public Utility | Swan Tyee Settlement | 17,960.38 | 16,409.91 | 1,550.47 | $9,380.10 | 1,550.47 |
| Admiralty | 60783 | 6/7/2005 | 7/1/2007 | Kwaan Electric Transmission | B' Road Powerline | 313.19 | 0.00 | 313.19 | $0.00 | |
| Juneau | 60544 | 8/30/2004 | 8/30/2006 | Kwaan Electric Transmission | KGCMC - Intertie Settlement | 62.65 | 42.75 | 19.90 | $121.53 | 19.90 |
| Thorne Bay | 60809 | 6/14/2005 | 10/31/2006 | Mel Cook | Angel | 101.15 | 34.66 | 66.50 | $4,108.89 | 66.50 |
| Ketchikan | 60619 | 10/12/2004 | 10/31/2007 | Pacific Log & Lumber Ltd | Licking Creek | 15,353.63 | 8,293.61 | 7,060.02 | $36,667.57 | |
| Ketchikan | 60437 | 5/11/2004 | 10/31/2009 | Pacific Log & Lumber Ltd | Orion North | 8,374.68 | 0.00 | 8,374.68 | $81,128.50 | |
| Ketchikan | 61070 | 11/17/2005 | 10/31/2010 | Pacific Log & Lumber Ltd | Upper Carroll II | 16,494.56 | 0.00 | 16,494.56 | $185,142.93 | 31,929.26 |
| Thorne Bay | 61088 | 12/6/2005 | 10/31/2006 | Porter Lumber | Power Line ROW | 86.49 | 0.00 | 86.49 | $8,775.78 | |
| Thorne Bay | 60460 | 5/18/2004 | 6/1/2006 | Porter Lumber | Yatuk Creek Salvage | 272.70 | 85.80 | 186.90 | $3,376.90 | 273.39 |
| Thorne Bay | 60791 | 6/2/2005 | 5/10/2006 | Red Esslinger | Microsale #102 | 21.73 | 21.73 | 0.00 | $0.00 | |
| Thorne Bay | 60981 | 9/23/2005 | 9/30/2006 | Rodney Howard | Microsale # 111 | 9.50 | 4.00 | 5.50 | $481.38 | 5.50 |
| Wrangell | 60734 | 5/3/2005 | 10/31/2007 | SE Alaska Wood Products | Shady | 4,091.44 | 1,785.87 | 2,305.57 | $20,482.52 | |
| Petersburg | 60759 | 5/20/2005 | 6/19/2006 | SE Alaska Wood Products | Woodchine Re-Sale | 41.61 | 41.61 | 0.00 | $0.00 | 2,305.57 |
| Sitka | 36058 | 9/7/1994 | 7/31/2002 | Silver Bay Logging Inc | Appleton Resale | 26,241.42 | 26,241.42 | 0.00 | $0.00 | |
| Wrangell | 23214 | 5/13/1997 | 5/21/2007 | Silver Bay Logging Inc | King George cancel by agreement. | 15,624.53 | 15,624.53 | 0.00 | $0.00 | |

**Exhibit 99, page 1 of 2**

U.S. Forest Service, Alaska Region, Remaining Timber Sales Volumes (MBF) and Values Through March 31, 2006 — May 11, 2006

| District | Contract Identification | Bid Date | Termination Date | Purchaser Name | Sale Name | Current Quantity Estimate | Volume Cut | Remaining Volume | Remaining Value | Remaining Volume by Purchaser |
|---|---|---|---|---|---|---|---|---|---|---|
| **Tongass National Forest** | | | | | | | | | | |
| Sitka | 36074 | 9/29/1994 | 9/15/2003 | Silver Bay Logging Inc | Saook pending cancellation. No harvest took place. | 23,348.00 | 0.00 | 0.00 | $0.00 | 0.00 |
| Petersburg | 23289 | 10/28/1997 | 8/28/2005 | Silver Bay Logging Inc | South Lindy | 10,607.13 | 4,678.13 | 5,929.00 | $724,189.14 | |
| Petersburg | 58217 | 7/22/2002 | 6/30/2005 | Silver Bay Logging Inc | South Sand Reoffer | 753.14 | 753.14 | 0.00 | $0.00 | 5,929.00 |
| Hoonah | 60965 | 8/25/2005 | 10/30/2008 | Steve Little | Low Ridge | 159.89 | 0.00 | 159.89 | $2,825.71 | 159.89 |
| Yakutat | 60346 | 10/29/2003 | 9/30/2006 | T & T Lumber | Flora's Folly | 192.39 | 192.39 | 0.00 | $0.00 | 0.00 |
| Petersburg | 23578 | 7/27/1999 | 11/1/2006 | The Mill Inc | Wedge | 643.95 | 0.00 | 643.95 | $24,871.94 | 643.95 |
| Petersburg | 23107 | 10/31/1995 | 12/31/2005 | Viking Lumber Company | Bohemia | 35,784.00 | 27,939.00 | 7,845.00 | $522,354.59 | |
| Petersburg | 23404 | 5/20/1999 | 6/30/2005 | Viking Lumber Company | Crane | 7,706.86 | 7,706.86 | 0.00 | $0.00 | |
| Petersburg | 60510 | 7/20/2004 | 3/31/2009 | Viking Lumber Company | Finger Point | 0.00 | 0.00 | 0.00 | $0.00 | |
| Petersburg | 23552 | 10/26/1999 | 10/31/2005 | Viking Lumber Company | Fourleaf | 21,906.02 | 21,906.02 | 0.00 | $0.00 | |
| Petersburg | 23107 | 10/31/2003 | 5/26/2009 | Viking Lumber Company | Fusion | 31,892.71 | 29,290.68 | 2,602.03 | $29,200.89 | |
| Craig | 60338 | 10/27/2003 | 5/26/2009 | Viking Lumber Company | Kogish Shinaku II | 8,169.20 | 6,714.06 | 1,455.14 | $24,020.90 | |
| Thorne Bay | 60650 | 11/4/2004 | 10/31/2009 | Viking Lumber Company | Kuakan | 11,159.83 | 11,159.83 | 0.00 | $0.00 | |
| Wrangell | 57714 | 1/9/2001 | 12/31/2005 | Viking Lumber Company | Lindenberg | 23,240.19 | 4,548.90 | 18,691.29 | $214,962.93 | |
| Petersburg | 61062 | 11/8/2005 | 11/30/2009 | Viking Lumber Company | Luck Lac II | 8,586.04 | 2,631.31 | 5,954.73 | $91,025.91 | |
| Petersburg | 60957 | 8/25/2005 | 10/31/2008 | Viking Lumber Company | Shamrock | 24,339.33 | 20,791.33 | 3,548.00 | $713,881.11 | |
| Petersburg | 23172 | 10/29/1996 | 6/30/2005 | Viking Lumber Company | Summore Change | 11,016.01 | 7,005.11 | 4,010.90 | $227,771.67 | |
| Thorne Bay | 60452 | 5/4/2004 | 7/31/2007 | Viking Lumber Company | Thorne Island | 1,906.22 | 0.00 | 1,906.22 | $47,281.99 | 46,013.31 |
| Thorne Bay | 61104 | 12/13/2005 | 10/31/2007 | William Thomason | Lucky Charm Reoffer | 38.79 | 0.00 | 38.79 | $991.04 | |
| Thorne Bay | 60890 | 7/19/2005 | 7/28/2006 | William Thomason | Microsale # 112 | 12.30 | 12.30 | 0.00 | $0.00 | |
| Thorne Bay | 61021 | 10/18/2005 | 10/31/2008 | William Thomason | Mink Tail Special Salvage | 152.89 | 0.00 | 152.89 | $9,718.55 | |
| Thorne Bay | 61112 | 12/13/2005 | 10/31/2006 | William Thomason | Red Carpet Special Salvage | 20.83 | 0.00 | 20.83 | $1,304.25 | 212.51 |
| Wrangell | 903180 | 10/31/2006 | | Alaska Timber Wolf | Hoedown Special Salvage | 6.48 | 0.00 | 6.48 | $77.76 | 6.48 |
| Thorne Bay | 903297 | 3/13/2006 | | Commercial Firewood | Permit | 6.00 | 0.00 | 6.00 | $60.00 | |
| Thorne Bay | 903289 | 3/11/2006 | | Commercial Firewood | Permit | 5.00 | 0.00 | 5.00 | $50.00 | |
| Thorne Bay | 903263 | 12/31/2006 | | Commercial Firewood | Permit | 5.00 | 0.00 | 5.00 | $50.00 | |
| Thorne Bay | 903230 | 12/15/2006 | | Commercial Firewood | Permit | 7.50 | 0.00 | 7.50 | $75.00 | |
| Thorne Bay | 903271 | 3/11/2006 | | Commercial Sawlog | Permit | 2.46 | 0.00 | 2.46 | $6.00 | 25.96 |
| Thorne Bay | 903164 | 11/5/2006 | | Jerry Baker | Microsale #115 | 7.00 | 0.00 | 7.00 | $327.32 | 7.00 |
| Thorne Bay | 903321 | 2/1/2007 | | John Howell | Microsale #121 | 5.00 | 0.00 | 5.00 | $233.80 | 5.00 |
| Thorne Bay | 903255 | 12/31/2006 | | Larry Trumble | Microsale #114 | 8.00 | 0.00 | 8.00 | $374.08 | 8.00 |
| Thorne Bay | 903339 | 4/14/2007 | | Richard Blauvelt | Microsale #120 | 0.10 | 0.00 | 0.10 | $467.60 | 0.10 |
| Thorne Bay | 903156 | 10/30/2006 | | Scott Arrington | Microsale #100 | 9.00 | 0.00 | 9.00 | $420.84 | 9.00 |
| Thorne Bay | 903313 | 2/1/2007 | | William Kaufman Murwood | Microsale #119 | 23.00 | 0.00 | 23.00 | $1,138.22 | 23.00 |
| Craig | 903206 | 10/31/2006 | | Winrod Logging | Microsale #21 | 16.46 | 0.00 | 16.46 | $1,802.37 | 16.46 |
| Subtotals | | | | | 54 Sales & Permits > 0 | 373,175.53 | 242,965.17 | 106,862.37 | $3,317,277.90 | 106,862.37 |
| **Chugach National Forest** | | | | | | | | | | |
| Seward | | | | | Permit | | | | | |
| Subtotals | | | | | 0 Permits > 0 | 0.00 | 0.00 | 0.00 | $0.00 | 0.00 |
| **Alaska Region** | | | | | | | | | | |
| Totals | | | | | 54 Sales & Permits > 0 | 373,175.53 | 242,965.17 | 106,862.37 | $3,317,277.90 | 106,862.37 |

**Exhibit 99, page 2 of 2**