Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants, and <br><br> ALASKA FOREST ASSOCIATION, <br><br> Intervenor-Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. J04-0029 CV (JKS) |

**DECLARATION OF BOB CHRISTENSEN**

I, Bob Christensen, declare as follows:

1. I have been working as a Geographic Information Systems (GIS) Analyst in Southeast Alaska since 1999. I am the primary GIS technician for a Southeast based information

gathering and conservation education organization called Southeast Alaska Wilderness Exploration, Analysis and Discovery.

2. I received a B.S. degree in Applied Human Ecology and Appropriate Technology from Huxley College at Western Washington University in 1996. My GIS training was provided through mentoring with 3 GIS professionals: David Albert with The Nature Conservancy; Page Else, formerly with the Sitka Conservation Society; and Rankin Holmes of the Big Sky Institute. I have participated in cooperative research projects as a GIS specialist for a variety of agencies and organizations, including: United States Forest Service (USFS), United States Park Service (USPS), United States Fish and Wildlife Service (USFWS), Alaska Department of Fish and Game (ADF&G), National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), United States Fish and Wildlife Foundation (USFWF), Sitka Conservation Society, Discovery Southeast, Icy Strait Environmental Services, Eight Fathom Alliance, Friends of Berners Bay, and the Landmark Trees Foundation.

3. In 2005 I worked in cooperation with the Sitka Conservation Society to re-establish a data sharing protocol with the USFS Alaska regional headquarters.

4. Since 1996, I have been conducting GIS analyses related to management of natural resources in Southeast Alaska with particular focus on patterns of wildlife habitat use and the Tongass National Forest Land Management Plan.

5. Attached hereto as Attachment 1 is a map that I created in April of 2006 of Kuiu Island logging. This map displays the status of roads and cutting units based on the most current and accurate GIS data available from the U.S. Forest Service (data provided by

the Petersburg Ranger District in April of 2006). Elevation and terrain shading on these maps is based on a digital elevation model.

6. Seventy-seven percent of all past logging on Kuiu Island has occurred in ADF&G Wildlife Analysis Area (WAA) 5012, which is the portion of Kuiu island located approximately north of Port Camden and the Bay of Pillars. This Area contains 147,179 acres, of which 27,588 acres have been logged. USFS vegetation (quadratic mean diameter), logging data (managed stands) and ADF&G analysis areas were used for these calculations.

7. Attached hereto as Attachments 2 and 3 are maps that I created in April of 2006 for winter deer habitat before logging occurred in WAA 5012 and after logging occurred in WAA 5012. The data used for this map are based on the Tongass Land Management Plan deer habitat capability model. I analyzed these data using five equal interval classes that range from no winter habitat to very good habitat. Before past logging the top two classes of winter deer habitat equaled 23,314 acres. Logging has reduced this total to 12,397 for a 47% loss of high quality winter deer habitat to date.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: May 8, 2006

_____
Bob Christensen

3





**Exhibit 100, page 5 of 6**



Exhibit 100, page 6 of 6