Figure S-4
**Eight Fathom, Alternative B**



LEGEND
- ▦ Previous Harvest
- ∿ VCU Boundary
- N Project Area Boundary
- ∿ Existing Roads or Roads planned to Access SEIS Units
- ∿ Streams (Class 1, 2, & 3)
- ▨ Other Lands — Lands previously conveyed to private ownership or being held for conveyence.
- ▨ LUD II