Tongass NF Bidders & Buyers FY04 & FY05

| Sale Name | Bid Status | District Name | MBF Volume | Adv Date | Bidder Name | Bid Value | Rk |
|---|---|---|---|---|---|---|---|
| Lucky Logger | Valid Bids | Thorne Bay | 491.62 | 10/1/2003 | Viking Lumber Company | $4,074.00 | 1 |
| Flora's Folly | Valid Bids | Yakutat | 192.39 | 10/16/2003 | T & T Lumber Harold Robbi | $1,901.00 | 1 |
| Situk Blowdown Re-Offer | Valid Bids | Yakutat | 22194.73 | 10/17/2003 | Alcan Forest Products, LLC | $378,544.00 | 1 |
| Election Special Salvage | Valid Bids | Thorne Bay | 56.17 | 12/1/2003 | Ronger E Grant | $403.00 | 1 |
| Election Special Salvage | Valid Bids | Thorne Bay | 56.17 | 12/1/2003 | Ralph Porter, Porter Lumb | $213.00 | 2 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | Ralph Porter, Porter Lumb | $4,785.00 | 1 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | James Harrison | $4,059.00 | 2 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | 3-D Logging | $3,056.00 | 3 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | Ronger E Grant | $2,509.00 | 4 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | Red Esslinger Mountain Ma | $1,720.00 | 5 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | Keith Landers H & L Salva | $552.00 | 6 |
| Cabin Fever | Valid Bids | Thorne Bay | 27.88 | 12/3/2003 | Pat Richter Csl Farm And | $377.00 | 1 |
| Microsale #68 | Valid Bids | Thorne Bay | 8.62 | 12/8/2003 | Brent Cole | $1,240.00 | 1 |
| Microsale #70 | Valid Bids | Thorne Bay | 2.72 | 12/8/2003 | Hummer Enterprise Richard | $414.00 | 1 |
| Microsale #71 | Valid Bids | Thorne Bay | 9.43 | 1/8/2004 | Ralph Porter, Porter Lumb | $904.00 | 1 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | H & L Salvage, Inc. | $5,749.00 | 1 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | Jack Harrison | $4,814.00 | 2 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | Ronger E Grant | $4,804.00 | 3 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | Ralph Porter, Porter Lumb | $4,180.00 | 4 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | 3-D Logging | $3,104.00 | 5 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | Red Esslinger Mountain Ma | $2,816.00 | 6 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | W R Jones & Sons Lumber | $2,251.00 | 7 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | Brent Cole | $530.00 | 8 |
| Green's Creek Settlement | Valid Bids | Admiralty | 29.23 | 3/26/2004 | Kennecott Green's Creek M | $116.00 | 1 |
| Surku Swing Salvage | Valid Bids | Thorne Bay | 314.68 | 4/3/2004 | Dean Blankenship North St | $17,570.00 | 1 |
| Thorne Island | Valid Bids | Thorne Bay | 1906.23 | 4/3/2004 | Viking Lumber Company | $47,282.00 | 1 |
| Microsale 72 | Valid Bids | Thorne Bay | 14.35 | 4/5/2004 | Hummer Enterprise Richard | $1,687.00 | 1 |
| Prime Special Salvage | Valid Bids | Thorne Bay | 139.57 | 4/7/2004 | Jack Harrison | $14,146.00 | 1 |
| Prime Special Salvage | Valid Bids | Thorne Bay | 139.57 | 4/7/2004 | H & L Salvage, Inc. | $11,275.00 | 2 |
| Prime Special Salvage | Valid Bids | Thorne Bay | 139.57 | 4/7/2004 | Alpine Forest Products | $1,772.00 | 3 |
| Prime Special Salvage | Valid Bids | Thorne Bay | 139.57 | 4/7/2004 | Dean Blankenship North St | $1,666.00 | 4 |
| Prime Special Salvage | Valid Bids | Thorne Bay | 139.57 | 4/7/2004 | Ralph Porter, Porter Lumb | $1,570.00 | 5 |
| Yatuk Creek Salvage | Valid Bids | Thorne Bay | 272.7 | 4/14/2004 | Ralph Porter, Porter Lumb | $4,833.00 | 1 |
| Yatuk Creek Salvage | Valid Bids | Thorne Bay | 272.7 | 4/14/2004 | James Harrison | $1,907.00 | 2 |
| Micro Sale #13 | Valid Bids | Craig | 11.26 | 4/21/2004 | Red Esslinger Mountain Ma | $825.00 | 1 |
| Orion North | Valid Bids | Ketchikan | 8374.73 | 4/23/2004 | Pacific Log & Lumber Ltd. | $81,128.00 | 1 |
| Mop Point Administrative | Valid Bids | Ketchikan | 2660.1 | 4/26/2004 | Pacific Log & Lumber Ltd. | $22,393.00 | 1 |
| Micro Sale # 2 | Valid Bids | Craig | 10.01 | 5/13/2004 | H & L Salvage, Inc. | $1,064.00 | 1 |
| Microsale # 77 | Valid Bids | Thorne Bay | 11.07 | 6/9/2004 | William Kaufman Murwood | $1,302.00 | 1 |
| Microsale #78 | Valid Bids | Thorne Bay | 2.87 | 6/9/2004 | Jerry Baker Weird Alaska | $337.00 | 1 |
| Microsale #79 | Valid Bids | Thorne Bay | 4.1 | 6/15/2004 | William Thomason Wood Cut | $1,655.00 | 1 |
| Microsale #80 | Valid Bids | Thorne Bay | 1.23 | 7/6/2004 | Harold A Rhodes | $145.00 | 1 |

Tongass NF Bidders & Buyers FY04 & FY05

| Sale Name | Bid Status | District Name | MBF Volume | Adv Date | Bidder Name | Bid Value | Rk |
|---|---|---|---|---|---|---|---|
| Finger Point | Valid Bids | Petersburg | 10311.04 | 7/20/2004 | Viking Lumber Company | $73,926.00 | 1 |
| Microsale #83 | Valid Bids | Thorne Bay | 5.74 | 7/21/2004 | Pete Smith | $1,731.00 | 1 |
| Microsale #74 | Valid Bids | Thorne Bay | 5.33 | 7/22/2004 | Ralph Porter, Porter Lumb | $622.00 | 1 |
| Microsale #81 | Valid Bids | Thorne Bay | 4.1 | 8/3/2004 | Hummer Enterprise Richard | $482.00 | 1 |
| Licking Creek | Valid Bids | Ketchikan | 15278.77 | 8/9/2004 | Pacific Log & Lumber Ltd. | $70,349.00 | 1 |
| Microsale 85 | Valid Bids | Thorne Bay | 4.51 | 8/17/2004 | Harold A Rhodes | $530.00 | 1 |
| Beaver Pond | Valid Bids | Hoonah | 189.76 | 8/20/2004 | Dan Fanning D & L Woodwor | $17,037.00 | 1 |
| Beaver Pond | Valid Bids | Hoonah | 189.76 | 8/20/2004 | Icy Straits Lumber & Mill | $9,086.00 | 2 |
| Upside | Valid Bids | Hoonah | 237.56 | 8/20/2004 | Icy Straits Lumber & Mill | $27,233.00 | 1 |
| Upside | Valid Bids | Hoonah | 237.56 | 8/20/2004 | Dan Fanning D & L Woodwor | $10,041.00 | 2 |
| KGCMC - Intertie Settlement | Valid Bids | Juneau | 42.76 | 8/30/2004 | Kwaan Electric Transmissi | $257.00 | 1 |
| Microsale # 84 | Valid Bids | Thorne Bay | 8.2 | 8/30/2004 | William Kaufman Murwood | $964.00 | 1 |
| Micro Sale # 17 | Valid Bids | Craig | 22.55 | 9/2/2004 | Norsemen Wood Products | $2,652.00 | 1 |
| Micro Sale # 15 | Valid Bids | Craig | 6.97 | 9/15/2004 | H & L Salvage, Inc. | $777.00 | 1 |
| Microsale # 73 | Valid Bids | Thorne Bay | 13.12 | 9/23/2004 | Hummer Enterprise Richard | $1,543.00 | 1 |
| Microsale # 89 | Valid Bids | Thorne Bay | 7.79 | 9/24/2004 | Glenn Keller Bear Valley | $898.00 | 1 |
| Midway Reoffer ii | Valid Bids | Hoonah | 8222.44 | 9/27/2004 | Icy Straits Lumber & Mill | $53,050.00 | 1 |
| Microsale # 90 | Valid Bids | Thorne Bay | 17.63 | 9/28/2004 | Harold A Rhodes | $2,073.00 | 1 |
| Kogish Shinaku II | Valid Bids | Thorne Bay | 8025.96 | 9/30/2004 | Viking Lumber Company | $130,000.00 | 1 |
| Micro Sale #12 | Valid Bids | Craig | 1.53 | 9/30/2004 | Raymond Clavel, Rehoboth | $141.00 | 1 |
| Microsale # 93 | Valid Bids | Thorne Bay | 4.92 | 10/21/2004 | Ernie Eads | $2,864.00 | 1 |
| Microsale # 86 | Valid Bids | Thorne Bay | 5.33 | 11/18/2004 | William Kaufman Murwood | $627.00 | 1 |
| Greens Creek Sand Pit | Valid Bids | Juneau | 13.03 | 11/19/2004 | Kennecott Green's Creek M | $52.00 | 1 |
| Microsale # 92 | Valid Bids | Thorne Bay | 3.28 | 12/6/2004 | Jerry Baker Weird Alaska | $386.00 | 1 |
| Micro Sale # 94 | Valid Bids | Thorne Bay | 1.64 | 10/26/2004 | Scott Arrington | $193.00 | 1 |
| Micro Sale # 91 | Valid Bids | Thorne Bay | 4.1 | 12/9/2004 | Steve Johnson | $482.00 | 1 |
| Micro Sale # 95 | Valid Bids | Thorne Bay | 5.33 | 12/9/2004 | Scott Arrington | $378.00 | 1 |
| Micro Sale # 87 | Valid Bids | Thorne Bay | 25.01 | 11/18/2004 | Brent Cole | $2,911.00 | 1 |
| Micro Sale #11 | Valid Bids | Craig | 2.47 | 12/16/2004 | Larry Trumble | $264.00 | 1 |
| Micro Sale #9 | Valid Bids | Craig | 0.89 | 12/16/2004 | Fred Ensign Windy Point S | $117.00 | 1 |
| Micro Sale # 98 | Valid Bids | Thorne Bay | 5.33 | 1/4/2005 | Steve Johnson | $441.00 | 1 |
| Cascade Point ROW Settlement | Valid Bids | Juneau | 634.56 | 1/31/2005 | Dept. Of Transporation & | $3,287.00 | 1 |
| Micro Sale #82 | Valid Bids | Thorne Bay | 22.96 | 2/8/2005 | Steve Johnson | $1,898.00 | 1 |
| Flyboy Salvage | Valid Bids | Thorne Bay | 10.66 | 2/8/2005 | Harold A Rhodes | $3,000.00 | 1 |
| Flyboy Salvage | Valid Bids | Thorne Bay | 10.66 | 2/8/2005 | Steve Johnson | $1,560.00 | 2 |
| Micro Sale #97 | Valid Bids | Thorne Bay | 23.37 | 2/9/2005 | Scott Arrington | $1,932.00 | 1 |
| Micro Sale #18 | Valid Bids | Craig | 0.35 | 3/17/2005 | Larry Trumble | $38.00 | 1 |
| Microsale #88 | Valid Bids | Thorne Bay | 2.05 | 3/22/2005 | William Kaufman Murwood | $170.00 | 1 |
| Coyak Salvage | Valid Bids | Yakutat | 7958.53 | 4/13/2005 | Alcan Forest Products, Ll | $94,109.00 | 1 |
| Microsale # 102 | Valid Bids | Thorne Bay | 21.73 | 4/15/2005 | Red Esslinger Mountain Ma | $1,598.00 | 1 |
| Microsale # 99 | Valid Bids | Thorne Bay | 4.1 | 4/15/2005 | William Kaufman Murwood | $339.00 | 1 |
| Microsale #101 | Valid Bids | Thorne Bay | 18.86 | 4/15/2005 | Steve Johnson | $1,559.00 | 1 |

| Sale Name | Bid Status | District Name | MBF Volume | Adv Date | Bidder Name | Bid Value | Rk |
|---|---|---|---|---|---|---|---|
| | | Tongass NF Bidders & Buyers FY04 & FY05 | | | | | |
| Woodchine Re-Sale | Valid Bids | Petersburg | 41.31 | 4/26/2005 | Se Alaska Wood Products | $515.00 | 1 |
| Microsale # 104 | Valid Bids | Thorne Bay | 2.05 | 5/2/2005 | Larry Trumble | $170.00 | 1 |
| Shady | Valid Bids | Wrangell | 4091.34 | 5/3/2005 | Se Alaska Wood Products | $27,841.00 | 1 |
| Microsale # 103 | Valid Bids | Thorne Bay | 8.61 | 5/12/2005 | Scott Arrington | $680.00 | 1 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | Mel Cook | $6,232.00 | 1 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | Ralph Porter, Porter Lumb | $4,798.00 | 2 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | H & L Salvage, Inc. | $3,497.00 | 3 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | Thorne Bay Wood Products | $2,718.00 | 4 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | William Thomason Wood Cut | $2,523.00 | 5 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | W R Jones & Sons Lumber | $1,671.00 | 6 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | Keith Dahl | $1,576.00 | 7 |
| Binder | Valid Bids | Thorne Bay | 43.25 | 5/14/2005 | James Harrison | $3,134.00 | 1 |
| Binder | Valid Bids | Thorne Bay | 43.25 | 5/14/2005 | Ralph Porter, Porter Lumb | $2,785.00 | 2 |
| Binder | Valid Bids | Thorne Bay | 43.25 | 5/14/2005 | Mel Cook | $1,250.00 | 3 |
| Binder | Valid Bids | Thorne Bay | 43.25 | 5/14/2005 | H & L Salvage, Inc. | $810.00 | 4 |
| Binder | Valid Bids | Thorne Bay | 43.25 | 5/14/2005 | William Thomason Wood Cut | $734.00 | 5 |
| Microsale #105 | Valid Bids | Thorne Bay | 42.23 | 5/26/2005 | Harold A Rhodes | $3,460.00 | 1 |
| 'B' Road Powerline | Valid Bids | Admiralty | 313.19 | 6/7/2005 | Kwaan Electric Transmissi | $1,803.00 | 1 |
| Ambrosia | Valid Bids | Craig | 142.71 | 6/11/2005 | H & L Salvage, Inc. | $3,534.00 | 1 |
| Ambrosia | Valid Bids | Craig | 142.71 | 6/11/2005 | Keith Dahl | $2,518.00 | 2 |
| Microsale # 107 | Valid Bids | Thorne Bay | 3.69 | 6/17/2005 | Larry Trumble | $305.00 | 1 |
| Microsale # 67 | Valid Bids | Thorne Bay | 15.58 | 6/17/2005 | H & L Salvage, Inc. | $1,431.00 | 1 |
| Prime Special Salvage Res | Valid Bids | Thorne Bay | 153.79 | 6/17/2005 | Ernie Eads | $18,515.00 | 1 |
| Prime Special Salvage Res | Valid Bids | Thorne Bay | 153.79 | 6/17/2005 | Ralph Porter, Porter Lumb | $17,791.00 | 2 |
| Prime Special Salvage Res | Valid Bids | Thorne Bay | 153.79 | 6/17/2005 | Norsemen Wood Products | $13,938.00 | 3 |
| Microsale # 112 | Valid Bids | Thorne Bay | 12.3 | 7/19/2005 | William Thomason Wood Cut | $431.00 | 1 |
| Microsale # 108 | Valid Bids | Thorne Bay | 1.23 | 7/19/2005 | Danny Sunde | $141.00 | 1 |
| Microsale # 106 | Valid Bids | Thorne Bay | 6.56 | 7/19/2005 | Steve Johnson | $445.00 | 1 |
| Microsale # 109 | Valid Bids | Thorne Bay | 6.15 | 7/7/2005 | William Kaufman Murwood | $535.00 | 1 |
| Big Bear | Valid Bids | Hoonah | 149.9 | 7/22/2005 | Dan Fanning D & L Woodwor | $2,900.00 | 1 |
| Big Bear | Valid Bids | Hoonah | 149.9 | 7/22/2005 | Vincent S. Schafer | $2,178.00 | 2 |
| Dry Stream Special Salvag | Valid Bids | Hoonah | 111.9 | 7/22/2005 | Wes Tyler Icy Straits Lum | $1,026.00 | 1 |
| Low Ridge | Valid Bids | Hoonah | 159.9 | 7/22/2005 | Steve Little | $2,826.00 | 1 |
| Low Ridge | Valid Bids | Hoonah | 159.9 | 7/22/2005 | Wes Tyler Icy Straits Lum | $2,474.00 | 2 |
| Microsale # 110 | Valid Bids | Thorne Bay | 3.69 | 7/26/2005 | Jeff Larson | $250.00 | 1 |
| Kensington Gold Proj Sett | Valid Bids | Juneau | 887.5 | 7/27/2005 | Coeur Alaska, Inc. | $67,510.00 | 1 |
| Luck Lac II | Valid Bids | Thorne Bay | 8586.04 | 7/29/2005 | Viking Lumber Company | $123,653.00 | 1 |

## Tongass NF Bidders & Buyers FY04 & FY05

| Sale Name | Bid Status | District Name | MBF Volume | Adv Date | Bidder Name | Bid Value | Rk |
|---|---|---|---|---|---|---|---|
| Micro Sale #20 | Valid Bids | Craig | 5.49 | 8/29/2005 | Winrod Logging Jon D Winr | $610.00 | 1 |
| Little Rock | Valid Bids | Craig | 143.74 | 9/18/2005 | H & L Salvage, Inc. | $2,685.00 | 1 |
| Beaver Tail Special Salva | Valid Bids | Thorne Bay | 212.11 | 9/19/2005 | James Harrison | $13,411.00 | 1 |
| Beaver Tail Special Salva | Valid Bids | Thorne Bay | 212.11 | 9/19/2005 | William Thomason Wood Cut | $12,993.00 | 2 |
| Beaver Tail Special Salva | Valid Bids | Thorne Bay | 212.11 | 9/19/2005 | Ernie Eads | $11,110.00 | 3 |
| Beaver Tail Special Salva | Valid Bids | Thorne Bay | 212.11 | 9/19/2005 | Ralph Porter, Porter Lumb | $10,887.00 | 4 |
| Mink Tail Special Salvage | Valid Bids | Thorne Bay | 152.89 | 9/19/2005 | William Thomason Wood Cut | $9,719.00 | 1 |
| Mink Tail Special Salvage | Valid Bids | Thorne Bay | 152.89 | 9/19/2005 | Ernie Eads | $6,519.00 | 2 |
| Mink Tail Special Salvage | Valid Bids | Thorne Bay | 152.89 | 9/19/2005 | Ralph Porter, Porter Lumb | $3,296.00 | 3 |
| Microsale # 111 | Valid Bids | Thorne Bay | 9.5 | 9/23/2005 | Rodney Howard | $1,139.00 | 1 |
| Microsale # 113 | Valid Bids | Thorne Bay | 6 | 9/23/2005 | William Kaufman Murwood | $281.00 | 1 |
| Kosciusko Stewardship Pro | Valid Bids | Thorne Bay | 517.05 | 9/29/2005 | Pat Richter Csl Farm And | $4,580.00 | 1 |
| Lindenberg | Valid Bids | Petersburg | 23239.47 | 9/29/2005 | Viking Lumber Company | $233,339.00 | 1 |
| Skipping Cow | Valid Bids | Wrangell | 18640.9 | 9/29/2005 | Alcan Forest Products, Ll | $554,135.00 | 1 |

Page 4

**Exhibit 93, page 4 of 5**

Tongass NF Bidders & Buyers FY04 & FY05

| Sale Name | Bid Status | District Name | MBF Volume | Adv Date | Bidder Name | Bid Value | Rk | |
|---|---|---|---|---|---|---|---|---|
| Luck Lac | No Bids | Thorne Bay | 11451.08 | 6/23/2004 | Repackaged & awarded as Luck Lac II. | | | |
| Kake Stringer | No Bids | Petersburg | 13.94 | 7/1/2004 | | | | |
| Drumlin | No Bids | Thorne Bay | 1253.85 | 9/25/2004 | | | | |
| Boundary | No Bids | Ketchikan | 3067.21 | 9/30/2004 | | | | |
| Power Special Salvage | No Bids | Thorne Bay | 39.24 | 10/16/2004 | | | | |
| Porcupine Salvage Sale | No Bids | Wrangell | 804.38 | 12/23/2004 | | | | |
| Porcupine Salvage Reoffer | No Bids | Wrangell | 753.9 | 4/27/2005 | | | | |
| Bearclaw Special Salvage | No Bids | Wrangell | 25.78 | 5/19/2005 | | | | |
| Buckdance-Madder | No Bids | Ketchikan | 17326.26 | 6/1/2005 | | | | |
| Cobble Creek | No Bids | Thorne Bay | 349.65 | 7/30/2005 | | | | |
| Drumlin Reoffer | No Bids | Thorne Bay | 1079.65 | 7/30/2005 | | | | |
| Doughnut | No Bids | Wrangell | 2296.69 | 8/4/2005 | | | | |
| Bocephus | No Bids | Petersburg | 6242.33 | 8/11/2005 | | | | |
| Midpoint Special Salvage | | Wrangell | 115.79 | 9/23/2005 | Alaska Timber Wolf | $1,090.52 | 1 | FY 06 Award |
| Upper Carroll II | | Ketchikan | 16494.59 | 9/30/2005 | Pacific Log & Lumber | $185,142.93 | 1 | FY 06 Award |

**Exhibit 93, page 5 of 5**