Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES FOREST SERVICE, *et al.*, | ) |
| Defendants, and | ) Case No. J04-0029 CV (JKS) |
| ALASKA FOREST ASSOCIATION, | ) |
| Intervenor-Defendant. | ) |

**DECLARATION OF LISA K. CRONE**

I, Lisa K. Crone, hereby declare as follows:

    1. I am a Resource Economist with The Wilderness Society in Alaska. I previously worked as a Research Economist with the Pacific Northwest Research Station at the Juneau

Forestry Sciences Lab. One of my primary responsibilities, in that capacity, was to analyze and synthesize research on Southeast Alaska timber markets and products. I received my Ph.D. in Economics from the University of Wyoming in 1993. I have published three articles in peer reviewed journals, and four peer reviewed PNW Research Station Reports, including two articles on the economy of Southeast Alaska. My curriculum vitae is attached.

2. I have read the declarations submitted in this case by Brian Brown, Kirk Dahlstrom, Jackie DuRette, Owen Graham, Walt Schrader, and Steve Seley. In addition I have read the intervenor-defendants' April 18, 2006, brief opposing plaintiffs' motion for equitable relief.

3. My purpose in this declaration is to analyze assertions in the listed documents regarding the "market demand" for Tongass timber over the next few years. Where appropriate, I apply generally accepted principles of economic science to the analysis.

4. In reading the documents listed above, it appears that the intervenors are attempting to equate "installed mill capacity" with market demand. While installed mill capacity could be viewed as a theoretical upper limit on market demand if this capacity is fully utilized, it is only one of many factors (to be discussed below) that determine market demand. In reality, at least since 1981 (the earliest year I could find estimates), the Southeast Alaska sawmill industry has never operated at installed mill capacity. The chart below is based on data contained in Table 4 in the report *Responding to the Market Demand for Tongass Timber* (Morse 2000) and Table 2 in the report *Estimating Sawmill Processing Capacity for Tongass Timber* (Kilborn, Parent, and Housley 2004). No estimates were available for the years 1998, 1999 or 2001. Brackley, Rojas and Haynes write, "From 2002-2004 production has been at a level of 12 to 16 percent of total capacity," in their draft report *Timber Products Output and Timber Harvests in Alaska: Projections for 2005-2025*. The Irland Group wrote "…even at a high in lumber demand, major

mills ran below capacity in 1989, …" in its draft report, *Demand Outlook for Alaska Timber and Wood Products* (1991).



As Morse (2000) points out, "the rate of capacity utilization varies considerably and is closely linked to market conditions." She goes on to state, "most of the sawmills in Southeast Alaska have been in place for many years . . . Because the initial investment has been amortized, decisions about production levels for these mills are disproportionately influenced by short-term profitability. Therefore, given their lower fixed costs, Alaska's mills will be more likely to close during periods of poor markets. Coupled with Alaska's relatively high operating costs, this heightened sensitivity to market cycles serves to amplify the effect on lumber output in the region. Poor markets trigger temporary mill closures . . ."

5. By focusing solely on the installed mill capacity as the basis for determining the "market demand" for Tongass timber, the intervenors are ignoring other factors that affect demand. These factors include market conditions in end product markets and costs of production. By market conditions in end product markets, I mean the demand for the products the Southeast Alaska mills are producing, the prevailing prices for these products, and other suppliers (competitors) in these markets. In their report, *Assessment of the Competitive Position of the Forest Products Sector in Southeast Alaska, 1985-94,* Robertson and Brooks (2001) analyzed total lumber productions costs (stumpage, harvest and manufacturing costs) across all species in 1994, and found Southeast Alaska to be the highest cost producer in comparison to British Columbia and the Pacific Northwest. Southeast Alaska had both the highest manufacturing costs and the lowest stumpage prices. They argued that the low stumpage prices are indicative of the competitive disadvantage Alaska has in harvesting and manufacturing compared to the Pacific Northwest. Southeast Alaska processors are essentially charging some of their higher production costs against the scarcity value of timber, so that the National Forest (and taxpayer) bears some of the regional inefficiencies. Their analysis of stumpage values for individual species in Southeast Alaska revealed high values for Alaska yellow-cedar, lower values for Sitka spruce and the lowest values for hemlock. Because hemlock accounts for the largest portion of volume, this implies the profitability of southeast Alaska processors will be very sensitive to changes in the price of hemlock. The following three charts illustrate what has happened to the demand for Southeast Alaska hemlock. The first chart shows average stumpage prices per thousand board feet (MBF) for timber sold on the Tongass from 1997 to 2005. In general, if the demand for end products produced from Southeast Alaska hemlock were high, the mills would bid up the stumpage price, while if the demand for end products were low, bids

would be low and stumpage prices would fall. The stumpage chart below indicates the latter. The next two charts depicting the reduction in hemlock lumber exports from Alaska and the reduction in log exports from the Tongass respectively, also suggest a weak market for Southeast Alaska hemlock.







As many (including the Irland Group (1991) and Morse (2000)) have noted, the profitability and sustainable size of the Southeast Alaska wood products industry are directly related to its ability to find a market for the low value species and log grades that make up the majority of the

6                                    **Exhibit 101, page 6 of 12**

Southeast Alaska timber inventory.  Robertson and Brooks (2001) write, "Successful policies directed to this portion of the resource likely would involve efforts to promote cost minimization and economies of scale in processing. An alternative would be to reduce or forego processing of this material altogether, thereby allowing the region to concentrate on those areas where it has a demonstrated advantage.  This could be obtained either by relaxing those harvest restrictions that prohibit partial harvests (favoring better species or grades) or by relaxing processing requirements for certain lower grades."

      6.  The intervenor's brief also suggests that a fully integrated industry which includes a wood processing facility that could make use of the lower valued species and grades of logs is likely to develop in Southeast Alaska, if only the timber supply were increased.  I believe the likelihood of this fully integrated industry developing over the next few years is very low.  The most recent attempt to analyze the feasibility of such an industry was a study commissioned by the University of Alaska Fairbanks-Sitka Forest Products program and conducted by Leonard Guss Associates, Inc. (*Technical & Economic Feasibility of Constructing a Medium Density Fiber Board Plant in Southeast Alaska*, 2005).  Among the conclusions of this study, which included an analysis of potential end product markets, were:

    1)  There is no feasible market in China.

    2)  Given present costs a Medium Density Fiberboard (MDF) mill is not economically feasible.

    3)  To be feasible wood costs would need to be 48% lower, freight cost to Japan would need to be 50% lower, energy costs would need to be 40% lower, and resin (a necessary additive) costs would need to be 14% lower than they were in 2005.  In addition, capital investment costs would need to be reduced by 32%.

As part of the study, the authors contacted every MDF manufacturer in North America to determine "whether, or under what conditions, they would be interested in participating in some way in this mill, either by investment, or selling the output or both." They state, "Most companies replied; some did not. No company expressed any interest in participation via investment or marketing." The authors write that the respondents "usually pointed out the present level of over capacity in North America and Europe, and their past experience exporting to Asia. This experience has often been conflicted between the desire of Asian customers for stability in pricing and the desire of North American producers to maximize short term revenue."

7. I know of no other studies that have demonstrated that a wood processing facility located in Southeast Alaska could use Alaska's lower value species and grades and be economically feasible.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 12 day of May, 2005.

*Lisa K. Crone*

Lisa K. Crone

## CURRICULUM VITAE

## Lisa K. Crone

**WORK ADDRESS**:

The Wilderness Society
430 W. 7th Avenue, Suite 210
Anchorage, AK 99501
(907) 272-9453

**EDUCATION**:

    Graduate:    Ph.D. in Economics, University of Wyoming, 1993.  GPA: 3.91
    Undergraduate:  B.A. in Economics, University of Montana, 1984.  GPA: 3.86.

**RESEARCH EXPERIENCE**:

    Economist/Planner Recreations Solutions, Troy and Missoula, MT, Feb. 2003- present.

    Natural Resource Economist, PNW Research Station, Juneau, AK, April 2001 – Feb. 2003.

    Natural Resource Economist/Social Scientist, Chugach NF, Anchorage, AK, July 1999 - Aug. 2000.

    Natural Resource Economist, PNW Research Station, ICBEMP, Walla Walla, WA, Nov. 1997 - June 1999.

    Natural Resource Economist, PNW Research Station, Corvallis, OR, Nov. 1996 - Oct. 1997.

    Asst. Professor, Dept. of Economics, Weber State University, Sept. 1992 - July 1995.

    Research Assistant, University of Wyoming, June 1989 – Dec. 1989.

    Research Assistant, University of Wyoming, June 1987 – Dec. 1988.

**TEACHING EXPERIENCE**:

    Asst. Professor (tenure track), Dept. of Economics, Weber State University, Natural Resource /Environmental Economics, Statistics, Managerial Economics, Introductory and Intermediate Microeconomics, Sept. 1992 - July 1995.

    Instructor, Dept. of Economics, University of Wyoming, Money and Banking and Intermediate Macroeconomics, Sept. 1990 - May 1992.

**SCHOLARLY PRESENTATIONS**:

Western Forest Economists Meeting, May 4, 1993, Welches, OR.
Southern Economics Association Meeting, Nov. 21, 1993, New Orleans, LA.
Faculty Seminar Series (Weber State University), 1992 and 1994, Ogden, UT.
International Conference on Forestry and the Environment, Oct. 14, 1994, Banff, BC.
Western Forest Economists Meeting, May 5, 1997, Welches, OR.
Eastside Ecosystem Coalition of Counties meetings, Dec. 1998, Walla Walla, WA.
Chugach Forest Plan Revision public meetings, Sep. 1999 – April 2000, Anchorage, AK.
International Symposium on Society and Resource Management, June 20, 2000, Bellingham, WA.
PNW Research Station and Tongass NF, Tongass Land Management Plan Follow-On Research Studies. October 23-25, 2003, Ketchikan, AK.

**PAPERS**:

National Forest Policy:  An Economic Analysis of Roadless Area Designations, Ph. D. Dissertation, University of Wyoming, 1993

"National Forest Policy: Bureaucratic Discretion or Congressional Dominance." (Working Paper. Weber State University. Nov. 1994)

"Separating Economic from Political Influences on Government Decisions," with J. Tschirhart, (Journal of Economic Behavior and Organization, May 1998).

"Different Perspectives on Economic Base," with R. Haynes and N. Reyna (PNW-RN-538, April 1999).

"Revised Estimates for Direct-Effect Recreational Jobs in the Interior Columbia River Basin," with R. Haynes (PNW-GTR-483, Dec. 1999).

"Socioeconomic Evaluation of Broadscale Land Management Strategies," with R. Haynes (Forest Ecology and Management, Nov. 2001).

"Social and Economic Elements" p. 413-464, DEIS Chugach National Forest Land Management Plan Revision, PNW-MB-416B-08/00 Aug. 2000.

"Social and Economic Assessment of the Chugach National Forest Area," with P. Reed and J. Schaefers  (PNW-GTR-561, Dec. 2002).

"Social and Economic Components," p. 283-296, Emigrant Wilderness Dams Project DEIS, Stanislaus NF, Sep. 2003.

"Economics Component" p. 347-360, Diamond Lake Restoration Project DEIS, Umpqua NF, March 2004

"Rural Manufacturing and the U.S. Wood Products Industry:  Trends and Influences on Rural

      Areas," In: R. Mazza (Tech. Editor), Economic Growth and Change in Southeast Alaska. (PNW-GTR-611, July 2004)

"Southeast Alaska Economics: A resource abundant region competing in a global marketplace," (Landscape and Urban Planning, 2005)

"Economics Component" p. 194-201, Trails Designation Project DEIS, Shawnee NF, Sep. 2005.

"Socioeconomics Specialist Report" Kenai Winter Access Project DEIS, Chugach NF, Sep. 2005.

**JOB RELATED SKILLS**:

Statistical computing proficiency in LIMDEP, SAS and SYSTAT. Training in Recreation Behavior Simulation Modeling. Strong quantitative skills including Calculus, Differential Equations, Concave Programming, Econometrics and Statistics. Advanced Access, Excel, and PowerPoint. Working knowledge of GIS. Excellent writing skills.

**HONORS, SCHOLARSHIPS, FELLOWSHIPS AND AWARDS**:

Montana Honor Scholarship, 1978 - 1980.
AFS-CME Union Scholarship, 1978.
Buttrey Scholarship, University of Montana, 1981 - 1982.
Watkins Scholarship, University of Montana, 1982 - 1983.
John S. Bugas Fellowship, University of Wyoming, 1987 - 1988.
Senior Graduate Fellowship, University of Wyoming, 1988 - 1991.
Best Ph.D. Student, Econ. Dept., University of Wyoming, 1991-92.
Who's Who Among American University and College Students, 1992.
Nominated for Outstanding Dissertation Award, University of Wyoming, 1994.
USDA Certificate of Merit and cash award for ICBEMP Science work, 1998.
Certificate of Appreciation, from Mike Dombeck, FS and Tom Fry, BLM, 1999
USDA Certificate of Merit and cash award for ICBEMP Science work, 2000.
USDA Certificate of Merit and cash award for TLMP Socioeconomic studies, 2002.
USDA NEPA award for Diamond Lake Restoration Project, 2005.
Phi Kappa Phi.

**GRANTS**:

Weber State University, Research and Professional Growth Grant, March 1994.
College of Business and Economics, Summer Research Grant, Summer 1994.
PNW Joint Venture Agreement for RBSim Workshop in Alaska, Summer 2002.

**SERVICE**:

Faculty Advisor for WSU Student Economics Association and Omicron Delta Epsilon.

      WSU Business Ethics/Environmental Responsibility Committee.
      WSU Teaching Subcommittee of Diversity Committee.

**TRAINING:**

      Public Lands Management Course, Laramie, WY 1988
      Global Climate Change, Interdisciplanary Graduate Seminar, Laramie, WY 1991
      Geographic Information Systems Practicum, Corvallis, OR 1997
      National Workshop on Recreation Values and Economic Impact, Chatanooga, TN 1998
      Conjoint Analysis Workshop, San Diego, CA 1998
      Accelerating Team Development, Sublimity, OR 1998
      Implan Impact Analysis Workshop, Fort Collins, CO 1998
      Advanced Supervision Training, Baker, OR 1999
      Hell's Canyon Complex Relicensing Meeting, Lakewood, CO 1999
      USFS Economists' Roundtable, Denver,CO 1999
      Forum on Estimating the Total Economic Value of Chugach Outputs, Ft. Collins, CO 2000
      Environmental Justice and Traditional Ecological Knowledge Workshop, Ketchikan, AK 2000
      Forum on Recreation and Tourism Research in Alaska, Juneau, AK 2001
      Forest Plan Implementation Course (NEPA) 1900-01, Ketchikan, AK 2001
      USFS Social Science and Economics Researchers National Meeting, Albuquerque, NM 2001
      Recreation Behavior Simulation Workshop, Melbourne, Australia, 2002

**REFERENCES:**

Dr. David Brooks, Research Economist, Office of the U.S. Trade Representative, Executive Office of the President, 600 17th Street, NW, Washington, DC  20508.  Phone: 202-395-9579, FAX: 202-395-6865. Email: dbrooks@ustr.gov.

Dr. Richard Haynes, Program Manager, Human and Natural Resource Interactions, Pacific Northwest Research Station, 620 Main, Suite 400, Portland, OR 97205.  Phone:  503-808-2002, FAX:  503-808-2033. Email: rhaynes@fs.fed.us.

Dr. John Tschirhart, Professor of Economics, Dept. of Economics and Finance, University of Wyoming, P.O. Box 3985, University Station, University of Wyoming, Laramie, WY 82071 3985. Phone:  307-766-2356, FAX: 307-898-6575. Email:jtsch@uwyo.edu

Dr. Patrick Reed, Regional Social Scientist, Alaska Region, Chugach National Forest, 3301 "C" Street, Suite 300, Anchorage, AK 99503-3998.  Phone:  907-743-9571.  FAX:  907-271-3992. Email:  preed01@fs.fed.us