Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>   Defendants. | Case No. J04-0029 CV (JKS) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

Pursuant to Local Rule 7.1(h)(1)(B), Plaintiffs hereby provide notice of the following supplemental authority relevant to Plaintiffs' Motion to Strike Extra-Record Declaration of Owen Graham and Opposition Brief of Intervenor-Defendant Alaska Forest Association and for Extension of Time (Docket No. 55) (Plaintiffs' Motion to Strike).  In *Center for Biological Diversity v. United States Fish & Wildlife Service*, Slip Op. No. 04-55084 at 6151-53 (9th Cir. June 5, 2006), the Ninth Circuit addressed issues relevant to the discussion on pages 3 to 6 of Plaintiffs' Motion to Strike.  A copy of the opinion is attached.

Respectfully submitted this 14th day of June 2006.

   /s/ Thomas S. Waldo

Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)                    1

## CERTIFICATE OF SERVICE

I, Thomas S. Waldo, certify that on June 14, 2006, a true and correct copy of NOTICE OF SUPPLEMENTAL AUTHORITY, with accompanying documents, was served electronically to Bruce Landon, Steve Silver, and Amy Gurton Mead.


/s/ Thomas S. Waldo

Thomas S. Waldo

Organized Village of Kake, et al. v
United States Forest Service, et al.
J04-0029 CV (JKS)                2