Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. 1:04-cv-0029-JKS |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

*Organized Village of Kake, et al. v*
*U.S. Forest Service, et al.*
1:04-cv-0029-JKS

The parties move jointly for an extension of time to December 8, 2006, to file their report setting forth their views on further proceedings in this action, as required by this Court's order at Docket No. 96. The parties seek this extension because they have been engaged in settlement discussions relating to this Court's September 29 decision and possible appeals thereof. Those continuing discussions could have an impact on the parties' views of what further proceedings will be necessary.

Counsel for defendants and intervenor-defendants have authorized the undersigned to file this motion as the joint motion of the parties.

A proposed order accompanies this joint motion.

Dated this 20th day of November 2006.

>Respectfully submitted,

>/s/ Thomas S. Waldo

>Thomas S. Waldo (ABA# 9007047)
>Eric P. Jorgensen (ABA# 8904010)
>EARTHJUSTICE
>325 Fourth Street
>Juneau, AK 99801
>Ph: 907-586-2751
>Fax: 907-463-5891
>Email: twaldo@earthjustice.org

>Nathaniel S.W. Lawrence
>NATURAL RESOURCES DEFENSE COUNCIL
>3723 Holiday Drive, SE
>Olympia, WA 98501
>Ph: 360-534-9900
>Fax: 360-534-9909
>Email: nlawrence@nrdc.org

>*Attorneys for Plaintiffs*

*Organized Village of Kake, et al. v*
*U.S. Forest Service, et al.*
1:04-cv-0029-JKS                                              1

## CERTIFICATE OF SERVICE

I, Thomas S. Waldo, certify that on November 20, 2006, a true and correct copy of JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT, with accompanying attachment, was served electronically to Bruce Landon, Steve Silver, and Amy Gurton Mead.


/s/ Thomas S. Waldo

Thomas S. Waldo

*Organized Village of Kake, et al. v*
*U.S. Forest Service, et al.*
1:04-cv-0029-JKS                               2