IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>       Defendants. | Case No. 1:04-cv-0029-JKS |

**(PROPOSED) ORDER GRANTING EXTENSION OF TIME TO FILE STATUS REPORT**

The parties' Joint Motion for Extension of Time to File Status Report is GRANTED. The parties shall meet, confer, and submit a written status report no later than December 8, 2006, filed by the Plaintiffs separately in *Organized Village of Kake v. U.S. Forest Service*, 1:04-cv-0029-JKS (D. Alaska), *Natural Resources Defense Council v. U.S. Forest Service (NRDC I)*, 1:03-cv-0029-JKS (D. Alaska), and *Natural Resources Defense Council v. U.S. Forest Service (NRDC III)*, 1:04-cv-0010-JKS (D. Alaska), informing the Court what issues, if any remain open in each case and what remains to be done to bring each case to a close.

*Organized Village of Kake, et al. v*
*U.S. Forest Service, et al.*
1:04-cv-0029-JKS         1

SO ORDERED this _____ day of _____ 2006.

```
                                        _____
                                        JAMES K. SINGLETON, JR.
                                        United States District Judge
```

*Organized Village of Kake, et al. v*
*U.S. Forest Service, et al.*
1:04-cv-0029-JKS                    2