IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacty as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest,<br><br>　　　　　　　　　　Defendant. | Case No. 1:04-cv-0029 (JKS) |

**ORDER**

The parties' Joint Motion for Extension of Time to File Status Report is GRANTED. The parties shall meet, confer, and submit a written status report no later than December 22, 2006, filed by the Plaintiffs separately in *Organized Village of Kake v. U.S. Forest Sevice*, 1;04-CV-29-JKS (D. Alaska), *Natural Resources Defense Council v. U.S. Forest Service (NRDC I)*, 1:03-cv-29-JKS (D. Alaska) and *Natural Resources Defense Council v. U.S. Forest Service (NRDC III)*, 1:04-cv-10-JKS (D. Alaska), informing the Court what issues, if any remain open in each case and what remains to be done to bring each case to a close.

Dated:　December 11, 2006　　　　　　　　/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　U.S. District Judge