BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) Case No. 1:04-cv-0029 (JKS) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacty as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest, | ) ) ) ) ) ) ) ) |
| Defendant. | ) ) ) ) |

(PROPOSED) ORDER

The parties' Joint Motion for Extension of Time to File Status Report is GRANTED.  The

parties shall meet, confer, and submit a written status report no later than March 9, 2007, filed by

the Plaintiffs separately in *Organized Village of Kake v. U.S. Forest Service*, 1;04-CV-29-JKS

(D. Alaska), *Natural Resources Defense Council v. U.S. Forest Service (NRDC I)*,  1:03-cv-29-

JKS (D. Alaska)  and *Natural Resources Defense Council v. U.S. Forest Service (NRDC III)*,

1:04-cv-10-JKS (D. Alaska), informing the Court what issues, if any remain open in each case

and what remains to be done to bring each case to a close.


Dated: _____                    _____

                                          JAMES K. SINGLETON
                                          U.S. District Judge