BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiff,<br><br> v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacty as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest,<br><br>      Defendant. | Case No. 1:04-cv-0029 (JKS) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

  The parties move jointly for an extension of time to and including April 6, 2007, to file their report on what further proceedings, if any, are necessary to conclude this action. The

Kake, et al.  v. USFS, et al.
1:04-CV-0029
Motion for Extension of Time          1

parties seek this extension because they have been engaged in settlement discussions relating to this Court's decision of September 29, 2006 in *Natural Resources Defense Council v. United States Forest Service*, 1:03-cv-0029 (JKS) (D. Alaska) and the appeals thereof. The parties in that case have reached a settlement in principle that would have an impact on the parties' views on what further proceedings will be necessary in this action. The parties estimate that it will take until early April for the parties to draft and obtain final client approval of the settlement in principle.

Counsel for plaintiffs and for intervenor-defendant Alaska Forest Ass'n have authorized the undersigned to file this motion as the joint motion of the parties.

A proposed order accompanies this joint motion.

RESPECTFULLY SUBMITTED this 9th day of March, 2007, at Anchorage, Alaska.

    S/ Bruce M. Landon
    BRUCE M. LANDON
    Department of Justice
    Environment & Natural Resources Division
    801 B Street, Suite 504
    Anchorage, Alaska  99501-3657
    Phone: (907) 271-5452
    Facsimile: (907) 271-5827
    Email: bruce.landon@usdoj.gov

    Attorney for Federal Defendants

Kake, et al. v. USFS, et al.
1:04-CV-0029
Motion for Extension of Time                    2

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 9th day of March, 2007, a copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT** and a Proposed Order were served electronically to the following counsel of record:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Steve Silver
Amy Gurton-Mead

s/ Bruce M. Landon
Bruce M. Landon

Kake, et al. v. USFS, et al.
1:04-CV-0029
Motion for Extension of Time   3