BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacty as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest,<br><br>               Defendant. | Case No. 1:04-cv-0029 (JKS) |

JOINT MOTION FOR EXTENSION OF TIME

      The parties jointly move for an extension of time to and including June 13, 2007, in which to file their report on what further proceedings are necessary to resolve Counts V and IX of the First Amended Complaint, including a proposed a schedule for those proceedings.  This extension is necessary due to the travel schedules of counsel.  Counsel for plaintiffs and intervenor-defendants have authorized the undersigned to file this as the joint motion of the

parties.  A proposed order is attached.

   RESPECTFULLY SUBMITTED this 7th day of June, 2007, at Anchorage, Alaska.

          S/ Bruce M. Landon

          BRUCE M. LANDON
          Department of Justice
          Environment & Natural Resources Division
          801 B Street, Suite 504
          Anchorage, Alaska  99501-3657
          Phone: (907) 271-5452
          Facsimile: (907) 271-5827
          Email: bruce.landon@usdoj.gov

          Attorney for Federal Defendants

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 7th day of June, 2007, a copy of the foregoing Motion for Extension and Proposed Order were served electronically to the following counsel of record:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Steve Silver

s/ Bruce M. Landon
Bruce M. Landon