BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacty as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest,<br><br>          Defendant. | Case No. 1:04-cv-0029 (JKS) |

(PROPOSED) ORDER

The parties' Joint Motion for Extension of Time (Docket #) is hereby GRANTED. The parties shall have to and including June 13, 2007, in which to file their report on what further proceedings are necessary to resolve Counts V and IX of the First Amended Complaint,

Kake v. USFS 1:04-cv-0029 (JKS)
Order                                                    - 1 -

including a proposed a schedule for those proceedings.


Dated: _____          _____
                                  JAMES K. SINGLETON
                                  United States District Judge