IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacty as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest,<br><br>Defendant. | Case No. 1:04-cv-0029 (JKS) |

ORDER

The parties' Joint Motion for Extension of Time at **Docket No. 109** is **GRANTED**. The parties shall have until and including June 13, 2007, in which to file their report on what further proceedings are necessary to resolve Counts V and IX of the First Amended Complaint, including a proposed schedule for those proceedings.

Dated: June 12, 2007              /s/ James K. Singleton, Jr.
                                  JAMES K. SINGLETON
                                  United States District Judge

- 1 -