Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants, <br><br> and <br><br> ALASKA FOREST ASSOCIATION, <br><br> Intervenor-Defendant. | Case No. 1:04-cv-0029-JKS |

**JOINT MOTION FOR EXTENSION OF TIME**

The parties jointly move for an extension of time to and including June 28, 2007, in which to file their report on what further proceedings are necessary to resolve Counts V and IX of the First Amended Complaint, including a proposed schedule for those proceedings. This

extension is necessary due to the travel schedules of counsel.  Counsel for defendants and intervenor-defendant have authorized the undersigned to file this as the joint motion of the parties.  A proposed order is attached.

Dated this 12th day of June 2007.

Respectfully submitted,

/s/ Thomas S. Waldo

Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Tom Waldo, certify that on June 12, 2007 a true and correct copy of the foregoing document, JOINT MOTION FOR EXTENSION OF TIME , and this Certificate of Service, was served electronically to Bruce Landon, Steve Silver, and Amy Gurton Mead.

/s/ Thomas S. Waldo

Thomas S. Waldo