Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES FOREST SERVICE, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> ALASKA FOREST ASSOCIATION, ) <br> ) <br> Intervenor-Defendant. ) <br> ) | Case No. 1:04-cv-0029-JKS |

**(PROPOSED) ORDER**

The parties' Joint Motion for Extension of Time (Docket No. _____ ) is hereby

GRANTED.  The parties shall have to and including June 28, 2007, in which to file their report

on what further proceedings are necessary to resolve Counts V and IX of the First Amended

Complaint, including a proposed schedule for those proceedings.

    Dated this \_\_\_\_ day of June, 2007.

                                                  _____
                                                  JAMES K. SINGLETON
                                                  United States District Judge