IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES FOREST SERVICE, *et al.*, | ) Case No. 1:04-cv-0029-JKS |
| Defendants, | ) ) ) |
| and | ) ) |
| ALASKA FOREST ASSOCIATION, | ) ) |
| Intervenor-Defendant. | ) ) ) |

**ORDER**

The parties' Joint Motion for Extension of Time at **Docket No. 111** is hereby **GRANTED.** The parties shall have until and including **June 28, 2007**, in which to file their report on what further proceedings are necessary to resolve Counts V and IX of the First Amended Complaint, including a proposed schedule for those proceedings.

Dated this 13th day of June, 2007.

/s/ James K. Singleton, Jr.
JAMES K. SINGLETON
United States District Judge