MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Organized Village of Kake, et al. v. United States Forest Service, et al.*
Case No. 1:04-cv-00029-JKS

By:            THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:  Linda Christensen, Case Management: 677-6104*

PROCEEDINGS:   ORDER FROM CHAMBERS

The Court is in receipt of the parties' joint status report at Docket No.113.  The motion to strike the Graham declaration and AFA's brief at Docket No. 55 regarding Counts V and IX is GRANTED.

AFA's substitute brief will be due **Monday, July 30, 2007.**  Plaintiffs' consolidated reply brief is due fourteen days later, Monday, August 13, 2007

**IT IS SO ORDERED.**


Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: July 2, 2007

*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* Fed. R. Civ. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.