RECEIVED
JUL 0 6 2004
ALASKA FOREST ASSOCIATION



**USDA**

United States
Department of
Agriculture

Forest Service

Tongass National Forest

R10-MB-446a

April 2004

# Threemile Timber Harvest
## Record of Decision





# Record of Decision

- The location, design, and scheduling of timber harvest and silvicultural practices
- Access management measures such as road closures, road construction and reconstruction, and the location and type of log-transfer facilities
- Mitigation measures and monitoring requirements
- Whether there may be a significant restriction on subsistence uses
- Whether any changes in small old-growth reserves should be made and approved as a non-significant amendment to the Forest Plan

**It is my decision to choose Alternative 6 from the FEIS as the Selected Alternative and I authorize the actions necessary to implement my decision.**

This decision meets the purpose and need for the project, is consistent with the Forest Plan, and is responsive to the issues raised during scoping and to the public comment on the DEIS. Alternative 6, the Selected Alternative, will harvest approximately 19.5 million board feet (mmbf) of timber and construct 4.2 miles of classified road and 4.2 miles of temporary road.

I have approved the non-significant Forest Plan amendment changing the small Old-growth Habitat Reserve (Appendix 1 and Figure R-2).

I have determined that there may be a significant possibility of a significant restriction on subsistence use of deer as a result of the cumulative effects of this project including past management and reasonably foreseeable actions in the project area. There is not a significant possibility of a significant restriction on subsistence uses of other wildlife, fish, shellfish, marine mammals, other foods, and timber resources as a result of this project. I have made this determination after careful review of the subsistence analysis and public input from subsistence users, the Organized Village of Kake, and the Alaska Department of Fish and Game.

I have based this decision upon the results of an analysis including habitat modeling of wildlife population trends, human population trends, subsistence use in the area in which this project occurs as well as the important areas it avoids. I believe the protection measures established by the Forest Plan and the overall project design will minimize impacts to deer and other subsistence resources.

In response to public comments, the Preferred Alternative identified in the DEIS (Alternative 3) was modified to create a new alternative (Alternative 6). This new alternative combined some features of Alternative 4 with some features of Alternative 3. The following modifications were made to Alternative 3 in creating the Selected Alternative:

- Harvest units (Units 1, 2, 3, 4, and 6) in the Apricot Creek area were not included in the Selected Alternative due to numerous concerns expressed about the potential resource impacts in this area. Comments expressed concerns about soil erosion, blowdown, and landslides, as well as the current condition of the Apricot Creek watershed. Concerns were also expressed about the visual impacts and the effects to the recreational resources in the area. No harvest will occur in the Apricot Creek area at this time, however these units will remain in the suitable timber base and