**FY 2007 5 Year Timber Sale Plan**
Unit: Tongass NF
Date: January 2007

| NEPA Project Name | NEPA Date | DO | Vol S+U (MMbf) | Sale Name | Award Date | Term Date | Purchaser | Sale S+U (MMbf) | % of Vol Roadless | LTF | Army COR OR Discharge Permit | State Tideland Permit | ASQ Volume | FY06 Vol | FY06 Gate | FY07 Vol | FY07 Gate | FY07 Gate | FY08 Vol | FY08 Gate | FY08 Gate | FY09 Vol | FY09 Gate | FY09 Gate | FY10 Vol | FY10 Gate | FY10 Gate | FY11 Vol | FY11 Gate | FY11 Gate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | 6 | | 2 | 3 | 5 | | 2 | 3 | 5 | | 2 | 3 | 5 | | 2 | 3 | 5 | |
| Traitors Cove EIS | Feb-07 | KRD | 18.0 | Traitors | | | | 18.0 | 0.0% | Margaret Bay | Current | Mar-13 | | | 8.0 | 18.0 | *738,739,740* | | | | | | | | | | | | | |
| | | | | | | | | | | Fire Cove | Current | Jan-08 | | | 7.0 | | *737, 739* | | | | | | | | | | | | | | |
| | | | | | | | | | | SW Neets | Current | Sep-08 | | | 3.0 | | *736, 738* | | | | | | | | | | | | | | |
| Soda Nick EA | Jan-07 | CRD | 2.6 | Soda Nick Small Sales | | | | 1.0 | 0.0% | N/A | N/A | N/A | | 2.6 | 1.0 | 1.0 | *622,624* | | | | | | | | | | | | | |
| Roadside EA | X | CRD | | Micro-Sales | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | 0.1 | 0.1 | *620,621* | | | | | | | | | | | | | |
| Scratchings EIS ROD I | Apr-07 | CRD | 15.0 | Scratchings | | | | 15.0 | 0.0% | Suemez | N/A | In Progress | | 27.0 | 15.0 | 15.0 | *636,634,635* | | | | | | | | | | | | | |
| TNB Small Sales EA's & CE's | Apr-07 | TNB | | Various | | | | 1.5 | 0.0% | N/A | N/A | N/A | | | 1.5 | 1.5 | N/A | | | | | | | | | | | | | |
| Roadside EA | X | TNB | | Micro Sales | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | 0.1 | 0.1 | *Various* | | | | | | | | | | | | | |
| Tuxekan EIS | Oct-06 | TNB | 18.3 | Tuxekan | | | | 18.3 | 0.0% | Nichen Cove | Current | Oct-26 | | 18.3 | 18.3 | 18.3 | *565* | | | | | | | | | | | | | |
| Goose EA | X | TNB | | Various | | | | 2.0 | 0.0% | N/A | N/A | N/A | | | 2.0 | 2.0 | *586,597,598* | | | | | | | | | | | | | |
| Couverden EIS | X | JRD | | Couverden Small Sales | | | | 0.1 | 0.0% | Homeshore | Current | Current | | | 0.1 | 0.1 | *119,120* | | | | | | | | | | | | | |
| Corner Bay CE | Dec-06 | SRD | 0.2 | Last Call Reoffer | | | | 0.1 | 0.0% | Corner Bay | Current | Current | | | 0.2 | 0.1 | *236* | | | | | | | | | | | | | |
| Chichagof CE | X | SRD | 0.2 | Buckhorn | | | | 0.1 | 0.0% | False Island | Current | Current | | 0.2 | 0.1 | 0.2 | *243* | | | | | | | | | | | | | |
| Above Road CE | Mar-07 | HRD | 0.2 | Above Road | | | | 0.2 | 0.0% | N/A | N/A | N/A | | 0.2 | 0.2 | 0.2 | *204* | | | | | | | | | | | | | |
| Boomerrang CE | Mar-07 | HRD | 0.2 | Boomerrang CE | | | | 0.2 | 0.0% | N/A | N/A | N/A | | 0.2 | 0.2 | 0.2 | *207,208,209* | | | | | | | | | | | | | |
| Small Otter EA | X | HRD | 0.5 | Small Otter | | | | 0.5 | 0.0% | 8-Fathom | Pending | Feb-28 | | 0.0 | 0.5 | 0.5 | *201* | | | | | | | | | | | | | |
| YRD Small Sales EA | Feb-07 | YRD | 2.0 | Small Sale | | | | 0.3 | 0.0% | N/A | N/A | N/A | | 2.0 | 0.3 | 0.3 | | | | | | | | | | | | | | |
| Yakutat Salvage EA | X | YRD | | Three Spot | | | | 0.15 | 0.0% | N/A | N/A | N/A | | | 0.15 | 0.15 | | | | | | | | | | | | | | |
| Woodpecker EIS 2002 | X | PRD | | Blind Slough | | | | 0.4 | 0.0% | N/A | N/A | N/A | | | 0.4 | 0.4 | *452* | | | | | | | | | | | | | |
| Woodpecker EIS 2002 | X | PRD | | Woodpecker II | | | | 2.4 | 0.0% | N/A | N/A | N/A | | | 2.4 | 2.4 | *452* | | | | | | | | | | | | | |
| Scott Peak EIS | X | PRD | 11.0 | Scott Peak/Bocephus | | | | 11.0 | 0.0% | Portage Bay | Sep-96 | Dec-10 | | | 11.0 | 11.0 | *444,446* | | | | | | | | | | | | | |
| Overlook EA | Oct-06 | PRD | 4.1 | Overlook | | | | 4.1 | 0.0% | Olsens | Aug-76 | Oct-17 | | 4.1 | 4.1 | 4.1 | *450, 453* | | | | | | | | | | | | | |
| Kuiu EIS ROD I | May-07 | PRD | 17.0 | Kuiu Roaded | | | | 17.0 | 0.0% | Rowen Bay | Oct-97 | Jun-27 | | 17.0 | 17.0 | 17.0 | *400,402,421* | | | | | | | | | | | | | |
| Backline EA, Doughnut EA | Jul-06 | WRD | 4.0 | Backline Cable | | | | 4.0 | 0.0% | Pat's Creek/Earl West | Current | Jul-10 | | | 4.0 | 4.0 | *475,476,465,468* | | | | | | | | | | | | | |
| Backline EA | Jan-06 | WRD | 9.0 | Backline Heli | | | | 9.0 | 0.0% | Pat's Creek/Earl West | Current | Jul-10 | | | 9.0 | 9.0 | *475,476,523,524* | | | | | | | | | | | | | |
| Baht EIS | Mar-07 | WRD | 25.0 | Baht | | | | 25.0 | 0.0% | St. Johns or Deep Bay | Current | Jan-26 | | 25.0 | 25.0 | 25.0 | *456,457* | | | | | | | | | | | | | |
| Misc Small Sales CE | X | | 0.2 | Fishtrap Salvage | | | | 0.2 | 0.0% | Anita Bay (north) | Current | Jul-14 | | 0.2 | 0.2 | 0.2 | *467* | | | | | | | | | | | | | |
| Emerald Bay EIS | Sep-05 | KRD | 16.0 | Emerald Bay | | | | 16.0 | 100.0% | Emerald | New | New | 8.0 | | | 8.0 | 16.0 | *721* | | | | | | | | | | | | | |
| TNB Small Sales EA's & CE's | Apr-08 | TNB | 1.0 | Various | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | 1.0 | | | 1.0 | 1.0 | | | | | | | | | | | | |
| Roadside EA | X | TNB | | Micro Sales | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | 0.1 | 0.1 | | | | | | | | | | | | |
| Goose EA | X | TNB | | Various | | | | 2.4 | 0.0% | N/A | N/A | N/A | | | | | | 2.4 | 2.4 | *586,597,598* | | | | | | | | | | | |
| Kos EIS | Mar-08 | TNB | 17.0 | Kosciusco | | | | 17.0 | 25.0% | Kosiusko | Need New | Need New | | | | | | 17.0 | 17.0 | *543,544,545,546* | | | | | | | | | | | |
| Soda Nick EA | X | CRD | | Soda Nick Small Sales | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | 1.0 | 1.0 | *622,624* | | | | | | | | | | | |
| Roadside EA | X | CRD | | Micro-Sales | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | 0.1 | 0.1 | *620,621* | | | | | | | | | | | |
| Scratchings EIS ROD II | Dec-07 | CRD | 12.0 | Sue | | | | 12.0 | 67.0% | Suemez | N/A | In Progress | | | | | | 12.0 | 12.0 | *636,634,635* | | | | | | | | | | | |
| HRD Small Sales EA | Sep-07 | HRD | 0.4 | Small Sales | | | | 0.4 | 0.0% | N/A | N/A | N/A | | | 0.4 | | | 0.4 | 0.4 | *15,218* | | | | | | | | | | | |
| Iyoutug EIS | Nov-07 | HRD | 20.0 | Iyoutug Small Sales | | | | 2.0 | 0.0% | Homeshore | N/A | N/A | | | | | | 20.0 | 2.0 | *209,210* | | | | | | | | | | | |
| Couverden EIS | X | JRD | | Couverden Small Sales | | | | 0.2 | 0.0% | Homeshore | Current | Current | | | | | | 0.2 | 0.2 | *119,120* | | | | | | | | | | | |
| SRD Small Sale CE | Apr-08 | SRD | 0.5 | Various | | | | 0.2 | 0.0% | Corner Bay/False Is | Current | Current | | | | | | 0.2 | 0.2 | *TBD* | | | | | | | | | | | |
| YRD Small Sales EA | X | YRD | 0 | Small Sale | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | 0.1 | 0.1 | | | | | | | | | | | | |
| Central Kupreanof | Nov-07 | PRD | 40.0 | Big John | | | | 40.0 | 66.0% | Little Hamilton | Mar-93 | Aug-17 | | | | | | 40.0 | 40.0 | *426,429,436,438,440* | | | | | | | | | | | |
| Navy EIS | Mar-08 | WRD | 50.0 | Three Sisters | | | | 18.0 | 0.0% | Anita Bay (south) | Current | Pending | | | | | | 50.0 | 18.0 | 18.0 | *464,465,467* | | | | | | | | | | |
| Misc Small Sales CE | Sep-07 | WRD | 0.2 | North Etolin Small Sales | | | | 1.2 | 0.0% | Honeymoon | Current | Current | | 0.2 | | | | 0.2 | 0.2 | *462* | | | | | | | | | | | |
| Gravina Island EIS | Feb-08 | KRD | 32.0 | House Mountain | | | | 12.0 | 100% | Lewis Reef | N/A | Private | | | | | | 32.0 | 12.0 | | | | 12.0 | *761, 763* | | | | | | | |
| Chasina EIS | X | CRD | 6.0 | North | | | | 6.0 | 100% | Lascaster | Current | Jun-29 | | | | | | | | | | 6.0 | 6.0 | *679,680* | | | | | | | |
| Chasina EIS | X | CRD | 3.5 | Dolomi | | | | 3.5 | 100% | Lascaster | Current | Jun-29 | | | | | | | | | | 3.5 | 3.5 | *680, 681* | | | | | | | |
| Soda Nick EA | X | CRD | | Soda Nick Small Sales | | | | 0.6 | 0.0% | N/A | N/A | N/A | | | | | | | | | | 0.6 | 0.6 | *622,624* | | | | | | | |
| Roadside EA | X | CRD | | Micro-Sales | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | | | | | 0.1 | 0.1 | *620,621* | | | | | | | |
| Old Franks EA | Apr-09 | CRD | 1.0 | Old Franks | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | 2.0 | 1.0 | 1.0 | *621,613* | | | | | | | |
| TNB Small Sales EA's & CE's | Apr-09 | TNB | 1.0 | Various | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | 1.0 | 1.0 | 1.0 | | | | | | | | |
| Roadside EA | X | TNB | | Micro Sales | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | | | | | 0.1 | 0.1 | | | | | | | | |
| Logjam EIS | Dec-08 | TNB | 30.0 | Logjam | | | | 22.0 | 40.0% | Whale Pass | Need New | Oct-26 | | | | | | | | | 30.0 | 22.0 | 22.0 | *577,573* | | | | | | | |
| Goose EA | X | TNB | | Various | | | | 3.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | | 3.0 | 3.0 | *586,597,598* | | | | | | | |
| Iyoutug EIS | X | HRD | 0.0 | Iyoutug Small Sale | | | | 2.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | | 2.0 | 2.0 | *208,209,210* | | | | | | | |
| SRD Small Sale CE | Apr-09 | SRD | 0.2 | Various | | | | 0.2 | 0.0% | TBD | TBD | TBD | | | | | | | | | 0.2 | 0.2 | 0.2 | *TBD* | | | | | | | |
| YRD Small Sales EA | X | YRD | | Small Sale | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | | | | | 0.1 | 0.1 | | | | | | | | |
| Couverden EIS | X | JRD | | Couverden Small Sales | | | | 0.2 | 0.0% | Homeshore | Current | Current | | | | | | | | | | 0.2 | 0.2 | *119,120* | | | | | | | |
| Thomas Bay | Nov-08 | PRD | 50.0 | Thomas Bay | | | | 50.0 | 84.0% | Thomas Bay | Apr-99 | Dec-08 | | | | | | | | | 50.0 | 50.0 | 50.0 | *487,489* | | | | | | | |
| Navy EIS | X | WRD | | Mosman | | | | 32.0 | 95.0% | Anita Bay (south) | Current | Pending | | | | | | | | | | 32.0 | 32.0 | *464,467,468* | | | | | | | |
| Klam Creek EIS | Aug-08 | KRD | 37.0 | Klam Creek | | | | 11.0 | 96.0% | Klu Bay | N/A | Expired | | | | | | | 37.0 | | | | 11.0 | | | | 11.0 | *732,733* | | | |
| Klam Creek EIS | X | KRD | | Neets Bay | | | | 3.0 | 100.0% | Saltwater Barge | N/A | N/A | | | | | | | | | | | 3.0 | | | | | *737* | | | |
| Cholmondeley EIS | X | CRD | 10.2 | Cher | | | | 10.2 | 100.0% | Sunny Cove | Current | Current | | | | | | | | | | | | | | | 10.2 | *674,675,676* | | | |
| Chasina EIS | X | CRD | 5.9 | Johnson Mt. | | | | 5.9 | 100.0% | Barge Drop | N/A | N/A | | | | | | | | | | | | | | 5.9 | 5.9 | *681,682* | | | |
| Roadside EA | X | CRD | | Micro-Sales | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | | 0.1 | 0.1 | | | | |
| Old Franks EA | X | CRD | | Old Franks II | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | | 1.0 | 1.0 | *621,613* | | | |
| TNB Small Sales EA's & CE's | Apr-10 | TNB | 1.0 | Various | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | | 1.0 | 1.0 | 1.0 | | | |
| Roadside EA | X | TNB | | Micro Sales | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | | 0.1 | 0.1 | | | | |
| Staney EIS | Dec-09 | TNB | 17.0 | Staney | | | | 8.0 | 35.0% | Naukati | Need New | 39478 | | | | | | | | | | | | | | 17.0 | 8.0 | 8.0 | *571, 587, 588,590* | | | |
| Staney EIS | X | TNB | | Masada | | | | 9.0 | 35.0% | N/A | N/A | N/A | | | | | | | | | | | | | | | 9.0 | 9.0 | *571, 587, 588,590* | | | |
| Logjam EIS | X | TNB | | Various Small Sales | | | | 8.0 | 0.0% | Whale Pass | Need New | Oct-26 | | | | | | | | | | | | | | | 8.0 | 8.0 | *577,573* | | | |
| SRD Small Sale CE | Apr-10 | SRD | 0.2 | Various | | | | 0.2 | 0.0% | TBD | TBD | TBD | | | | | | | | | | | | | | | 0.2 | 0.2 | *TBD* | | | |
| Iyoutug EIS | X | HRD | | Iyoutug Small Sales | | | | 2.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | | | 2.0 | 2.0 | *208,209,210* | | | |
| Couverden EIS | X | JRD | | Couverden Large Sale | | | | 20 | 0.0% | Homeshore | Current | Current | | | | | | | | | | | | | | | 20 | 20 | *119,120* | | | |
| YRD Small Sales EA | X | YRD | | Small Sale | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | | | 0.1 | 0.1 | | | | |
| Central Mitkof EIS | Nov-09 | PRD | | Middling | | | | 10.0 | 36% | Olsens | N/A | Oct-17 | | | | | | | | | | | | | | | 10.0 | 10.0 | *447,450* | | | |
| Kuiu EIS ROD II | Nov-08 | PRD | 17.0 | Kuiu II | | | | 17.0 | 100% | Rowen Bay | Oct-97 | Jun-27 | | | | | | | | | | | | | | 17.0 | 17.0 | 17.0 | *399,400* | | | |
| Highbuch & Fools EIS | Sep-09 | WRD | 25.0 | Highbush | | | | 10.0 | 50% | Earl West | Current | Jan-10 | | | | | | | | | | | | | | | 25.0 | 10.0 | *478,480,504,505* | | | |
| Maden EIS | X | WRD | | Maden | | | | 21.0 | 100% | Moose Cr./Jenkins Cove | New | New | | | | | | | | | | | | | | | 21.0 | 21.0 | *502,504* | | | |
| Woronkofski EIS | Sep-09 | WRD | 10.0 | Woronkofski | | | | 10.0 | 95% | New | New | New | | | | | | | | | | | | 10.0 | | | 10.0 | 10.0 | *461* | | | |
| Gravina Island EIS | X | KRD | | Smooth Mountain | | | | 14.0 | 100.0% | Lewis Reef | N/A | Private | | | | | | | 7.0 | | | 7.0 | | | | | | | | 14.0 | *763* | |
| Moira EIS | Jun-09 | CRD | 56.0 | JC | | | | 21.8 | 100.0% | South Moria | New | New | | | | | | | 56.0 | | | | | 21.8 | | | | | | 21.8 | *692,699* | |
| Roadside EA | X | CRD | | Micro-Sales | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | | | | | | 0.1 | 0.1 | |
| TNB Small Sales EA's & CE's | Apr-11 | TNB | 1.0 | Various | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | | | | | 1.0 | 1.0 | 1.0 | |
| Roadside EA | X | TNB | | Micro Sales | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | | | | | | 0.1 | 0.1 | |
| Sarker EA | Dec-10 | TNB | 5.0 | Sarker | | | | 5.0 | 0.0% | Naukati | Need New | Jan-08 | | | | | | | | | | | | | | | | | 5.0 | 5.0 | *554,557,571* | |
| Neck Lake EA | Oct-10 | TNB | 5.0 | Neck Lake | | | | 5.0 | 0.0% | Whale Pass | Need New | Oct-26 | | | | | | | | | | | | | | | | | 5.0 | 5.0 | *550,538,540,537,549* | |
| Calder EIS | Oct-10 | TNB | 25.0 | Neck Lake | | | | 25.0 | 50.0% | Calder | Current | Dec-09 | | | | | | | | | | | | | | | | | 25.0 | 25.0 | *528,531,538* | |
| Iyoutug EIS | X | HRD | | Iyoutug Small Sale | | | | 2.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | | | | | | 2.0 | 2.0 | *208,209,210* | |
| SRD Small Sale CE | Apr-11 | SRD | 0.2 | Various | | | | 0.2 | 0.0% | TBD | TBD | TBD | | | | | | | | | | | | | | | | | | 0.2 | 0.2 | *TBD* | |
| YRD Small Sales EA | X | YRD | | Small Sale | | | | 0.1 | 0.0% | N/A | N/A | N/A | | | | | | | | | | | | | | | | | | 0.1 | 0.1 | | |
| JRD No Sales Scheduled | | JRD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lindenberg EIS | Nov-10 | PRD | 50.0 | Mitchell | | | | 50.0 | 62.0% | Tonka | N/A | Pending | | | | | | | | | | | | | | | | | | 50.0 | 50.0 | *437,439,447* |
| Bohemia Towers EIS | Nov-10 | PRD | 10.0 | North by NE | | | | 10.0 | 71.0% | Portage Bay | N/A | Dec-10 | | | | | | | | | | | | | | | | | | 10.0 | 10.0 | *424,440,441,442* |
| Crittenden EIS | Sep-10 | WRD | 30.0 | Crittenden | | | | 15.0 | 100.0% | New | New | Jan-10 | | | | | | | | | | | | | 30.0 | | | | | 15.0 | 15.0 | *501* |
| Highbuch & Fools EIS | X | WRD | | Fools | | | | 15.0 | 50.0% | Earl West | Current | New | | | | | | | | | | | | | | | | | | 15.0 | 15.0 | *478,480,504,505* |
| **NEPA TOTAL** | | | **663** | **SALE TOTAL** | | | | **688** | | | | | | | | | FY07 | | | FY08 | | | FY09 | | | FY10 | | | FY11 | | |
| | | | | | | | | | | | | | | 97 | 139 | 131 | 209 | | 122 | 111 | 189 | | 143 | 134 | 68 | | 145 | 148 | 96 | 129 | 164 |

Prepared By: /s/ David Fletcher
Timber Sale Preparation Program Manager
Date: December 18, 2006

Submitted By: /s/ Charley Streuli
Ecology, Fire, and Forest Management Staff Officer
Date: 1/30/2007

Approved By: /s/ Forrest Cole
Forest Supervisor
Date: 1/30/2007

**U.S. Forest Service Remaining Timber Sales Volumes and Values Through September 30, 2003**

| rrffdd | Contract ID | Bid Date | Term Date | Purchaser Name | Sale Name | Current Quantity Estimate (MBF) | Volume Cut (MBF) | Remaining Volume (MBF) | Remaining Value | Purchaser Subtotal Remaining Volume (MBF) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Tongass National Forest | | | | | |
| 100554 | 58001 | 10/22/2001 | 6/30/2004 | 3-D Logging | Deadwood #3 Salvage | 116 26 | 43.70 | 72.56 | 11,454.33 | 72.56 |
| 100522 | 60262 | 9/16/2003 | 10/15/2004 | Alaska Timber Wolf | Basin Roadside | 21.15 | 0.00 | 21.15 | 376.57 | |
| 100522 | 60296 | 9/23/2003 | 10/22/2004 | Alaska Timber Wolf | Nemo Roadside | 49.85 | 0.00 | 49.85 | 1,255.88 | 71.00 |
| 100551 | 57078 | 4/13/1999 | 9/30/2003 | Alcan Forest Products LLP | Longline | 4,419.41 | 4,419.41 | 0.00 | 0.00 | 0.00 |
| 100554 | 57573 | 7/25/2000 | 10/31/2005 | Beaver Creek Logging | Buster Bay | 295.05 | 233.89 | 61.16 | 3,777.89 | 61.16 |
| 100554 | 60205 | 7/22/2003 | 7/30/2004 | Brent Cole | Microsale # 57 | 8.61 | 0.00 | 8.61 | 1,485.10 | |
| 100554 | 60254 | 9/11/2003 | 9/10/2004 | Brent Cole | Microsale # 69 | 12.71 | 0.00 | 12.71 | 1,932.23 | 21.32 |
| 100554 | 60098 | 12/9/2002 | 1/5/2004 | Cary Walker Walker Wood P | Microsale #53 | 9.23 | 2.46 | 6.77 | 82.50 | 6.77 |
| 100532 | 60015 | 9/25/2002 | 11/30/2003 | Dan Fanning D & L Woodwor | Big Pit | 122.55 | 67.40 | 55.15 | 9,680.81 | 55.15 |
| 100554 | 57268 | 10/26/1999 | 7/1/2007 | David Seaford | Log Jam | 1,190 95 | 0.00 | 1,190.95 | 12,983.17 | |
| 100554 | 57102 | 6/11/1999 | 10/31/2005 | David Seaford | Rush Fast | 782.79 | 623.93 | 158.86 | 4,646.16 | 1,349.81 |
| 100531 | 60023 | 10/4/2002 | 9/15/2003 | Gregg Jones | Summit Windjammer | 20.17 | 20.17 | 0.00 | 0.00 | 0.00 |
| 100551 | 58068 | 4/25/2002 | 10/31/2003 | H & L Salvage Inc. | Gnu | 24.70 | 24.70 | 0.00 | 0.00 | 0.00 |
| 100551 | 58076 | 4/25/2002 | 10/31/2003 | Jack Harrison | Curve | 50.43 | 50.43 | 0.00 | 0.00 | 0 00 |
| 100552 | 58118 | 5/20/2002 | 10/31/2005 | Ketchikan Pub Util | Swan Tyee Settlement | 15,938.76 | 15,708.34 | 230.43 | 1,332.52 | 230.43 |
| 100551 | 58209 | 7/23/2002 | 10/31/2004 | Mnt. Man Cutting | Change Up | 44.81 | 44.81 | 0.00 | 0.00 | 0.00 |
| 100551 | 58191 | 7/23/2002 | 10/31/2004 | Mnt. Man Cutting | Shaken | 119.41 | 119.41 | 0.00 | 0.00 | 0.00 |
| 100554 | 57177 | 7/5/1999 | 8/31/2006 | New Age Mining&Excavation | Wolf Pup | 1,192.77 | 0.00 | 1,192.77 | 10,996.77 | 1,192.77 |
| 100554 | 56781 | 10/15/1997 | 10/31/2005 | Pacific Log & Lumber Ltd | Abandon | 278.00 | 278.00 | 0.00 | 0.00 | |
| 100554 | 56716 | 8/20/1997 | 9/15/2004 | Pacific Log & Lumber Ltd | Alder Creek | 2,183.00 | 2,183.00 | 0.00 | 0.00 | |
| 100554 | 56740 | 9/17/1997 | 6/15/2004 | Pacific Log & Lumber Ltd | Ridge | 629.00 | 629.00 | 0.00 | 0.00 | |
| 100521 | 23453 | 6/30/1999 | 10/31/2005 | Pacific Log & Lumber Ltd | Rowan Mountain | 20,231.09 | 0.00 | 20,231 09 | 108,233.00 | |
| 100552 | 57755 | 6/1/2001 | 7/31/2006 | Pacific Log & Lumber Ltd | Salty | 6,356.52 | 6,274.27 | 82.25 | 22,918.35 | |
| 100521 | 23396 | 5/20/1999 | 10/31/2005 | Pacific Log & Lumber Ltd | Todahl Backline | 7,868.14 | 0.00 | 7,868.14 | 73,081.74 | 28,181.48 |
| 100554 | 57516 | 6/28/2000 | 10/31/2005 | Porter Lumber | Ahtun Point Salv III | 69 65 | 69.65 | 0.00 | 0.00 | |
| 100554 | 57904 | 8/13/2001 | 10/31/2006 | Porter Lumber | Nossuk Creek Salvage | 363.66 | 70 49 | 293.17 | 4,748.51 | 293.17 |
| 100521 | 60189 | 7/15/2003 | 3/31/2006 | SE Alaska Wood Products | Bowen | 705.42 | 0.00 | 705.42 | 7,176.41 | |
| 100521 | 60155 | 5/13/2003 | 3/31/2005 | SE Alaska Wood Products | Last Twin Re-Offer | 1,296.79 | 329.74 | 967.05 | 15,932.01 | 1,672.47 |
| 100552 | 58225 | 9/6/2002 | 10/31/2003 | Seley Family Partnership | Fire Cove Salv Re-Offer | 551 97 | 551.97 | 0.00 | 0.00 | |
| 100552 | 60221 | 8/11/2003 | 10/31/2006 | Seley Family Partnership | Orion South | 3,430.59 | 0 00 | 3,430.59 | 34,568.96 | |
| 100552 | 56997 | 9/23/1998 | 10/31/2005 | Seley Family Partnership | Picasso | 614.01 | 376.41 | 237.60 | 31,539.69 | 3,668.19 |
| 100531 | 36058 | 9/7/1994 | 7/31/2002 | Silver Bay Logging Inc | Appleton Reesle | 26,241.42 | 26,241.42 | 0.00 | 0.00 | |
| 100522 | 23461 | 7/11/2000 | 8/30/2005 | Silver Bay Logging Inc | Canal Hoya | 16,127.01 | 0.00 | 16,127.01 | 68,385.90 | |
| 100521 | 23594 | 10/27/1999 | 5/23/2005 | Silver Bay Logging Inc | Cryst | 7,016.54 | 0.00 | 7,016 | 23,686.83 | |
| 100522 | 60031 | 10/29/2002 | 10/31/2005 | Silver Bay Logging Inc | Honey/George | 3,609.20 | 3,609.20 | 0.00 | 0.00 | |
| 100522 | 23214 | 5/13/1997 | 8/23/2004 | Silver Bay Logging Inc | King George | 25,459.06 | 14,886 65 | 10,572.41 | 742,889.65 | |
| 100554 | 57169 | 7/7/1999 | 9/30/2008 | Silver Bay Logging Inc | Rio Beaver | 5,519.51 | 0.00 | 5,519.51 | 145,021.84 | |
| 100531 | 36074 | 9/29/1994 | 9/15/2003 | Silver Bay Logging Inc | Saook canceled by accord. | 23,348.00 | 0.00 | 23,348.00 | 807,991.32 | |
| 100521 | 23636 | 4/18/2000 | 12/31/2003 | Silver Bay Logging Inc | South Central | 941.53 | 941.53 | 0.00 | 0.00 | |
| 100521 | 23289 | 10/28/1997 | 8/28/2005 | Silver Bay Logging Inc | South Lindy | 10,591 09 | 2,027.09 | 8,564.00 | 1,068,141.03 | |
| 100521 | 23503 | 11/10/1998 | 12/31/2003 | Silver Bay Logging Inc | South Lindy One | 1,575 09 | 0 00 | 1,575 09 | 24,876.00 | |
| 100521 | 58175 | 7/9/2002 | 3/31/2005 | Silver Bay Logging Inc | South Park Re-Sale | 302.16 | 302.16 | 0.00 | 0.00 | |
| 100521 | 57953 | 10/2/2001 | 3/31/2006 | Silver Bay Logging Inc | South Saddle | 1,700.90 | 1,700.90 | 0 00 | 0.00 | |
| 100521 | 58217 | 7/22/2002 | 3/31/2005 | Silver Bay Logging Inc | South Sand Re-Offer | 704.23 | 704.23 | 0.00 | 0.00 | |
| 100552 | 56658 | 7/22/1997 | 4/19/2005 | Silver Bay Logging Inc | Upper Carroll | 30,184.19 | 8,165.13 | 22,019 06 | 2,969,053.70 | 94,741.62 |
| 100521 | 23578 | 7/27/1999 | 11/1/2003 | The Mill Inc... | Wedge | 643.95 | 0.00 | 643 95 | 24,871.94 | 643.95 |
| 100554 | 58027 | 10/22/2001 | 6/30/2004 | Thorne Bay Wood Products | Deadwood #1 Salvage | 146.61 | 0.00 | 146.61 | 36,632.68 | 146.61 |

**U.S. Forest Service Remaining Timber Sales Volumes and Values Through September 30, 2003**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 100521 | 57839 | 5/21/2001 | 3/31/2004 | Viking Lumber Company | 6402 | 9,488.43 | 0.00 | 9,488.43 | 119,948.57 | |
| 100521 | 23107 | 10/31/1995 | 3/31/2005 | Viking Lumber Company | Bohemia | 35,694.30 | 27,849.30 | 7,845.00 | 524,269.23 | |
| 100521 | 23404 | 5/20/1999 | 3/31/2004 | Viking Lumber Company | Crane | 7,706.86 | 7,706.86 | 0.00 | 0.00 | |
| 100521 | 23552 | 10/26/1999 | 10/31/2005 | Viking Lumber Company | Fourleaf | 21,906.02 | 21,906.02 | 0.00 | 0.00 | |
| 100522 | 57714 | 1/9/2001 | 3/31/2005 | Viking Lumber Company | Kuakan | 11,159.83 | 11,159.83 | 0.00 | 0.00 | |
| 100554 | 60072 | 10/30/2002 | 10/1/2007 | Viking Lumber Company | Pepper | 9,256.53 | 2,225.60 | 7,030.93 | 57,539.28 | |
| 100551 | 58126 | 5/16/2002 | 6/30/2004 | Viking Lumber Company | Pit Five | 142.88 | 142.88 | 0.00 | 0.00 | |
| 100521 | 23172 | 10/29/1996 | 3/31/2005 | Viking Lumber Company | Shamrock | 24,312.03 | 20,764.03 | 3,548.00 | 713,881.11 | |
| 100551 | 57250 | 10/12/1999 | 10/17/2006 | Viking Lumber Company | South Arm | 10,094.01 | 5,344.56 | 4,749.45 | 15,469.07 | |
| 100554 | 60056 | 10/30/2002 | 10/31/2007 | Viking Lumber Company | Summore Change | 10,986.09 | 1,194.64 | 9,791.45 | 591,711.78 | |
| 100554 | 60171 | 7/14/2003 | 10/31/2006 | Viking Lumber Company | Twin Bridges II | 7,014.29 | 0.00 | 7,014.29 | 140,942.19 | 49,467.55 |
| 100532 | 36264 | 4/10/1997 | 9/30/2004 | Whitestone SE Logging Co | Humpback/Gallagher | 21,417.00 | 10,151.71 | 11,265.29 | 29,111.20 | 11,265.29 |
| 100554 | 902273 | | 11/19/2003 | Peavey Logging | Microsale #52 | 4.10 | 0.00 | 4.10 | 584.90 | 4.10 |
| 100554 | 902323 | | 12/8/2003 | Tom Bouy | Microsale #55 | 3.28 | 0.00 | 3.28 | 467.92 | 3.28 |
| 100554 | 902380 | | 10/31/2003 | Danny Sunde | Microsale #59 | 8.61 | 0.00 | 8.61 | 1,057.60 | 8.61 |
| 100554 | 902398 | | 6/9/2004 | Larry Trumble | Microsale #62 | 19.27 | 0.00 | 19.27 | 2,929.51 | 19.27 |
| 100554 | 902414 | | 8/13/2004 | Hummer Enterprises | Microsale #63 | 19.27 | 0.00 | 19.27 | 2,929.51 | 19.27 |
| 100522 | 902406 | | 10/31/2003 | Herman Ludwigsen | Microsale 1 | 2.14 | 0.00 | 2.14 | 163.45 | 2.14 |
| 100554 | 902455 | | 8/6/2004 | Pete Smith | Pete Smith | 0.41 | 0.00 | 0.41 | 39.29 | 0.41 |
| 100521 | 902471 | | 11/18/2003 | PRD - Special Forest Prod | PRD - Special Forest Prod | 0.64 | 0.00 | 0.64 | 6.40 | 0.64 |
| 100554 | 902257 | | 10/29/2003 | TBRD - Commercial Firewoo | TBRD - Commercial Firewoo | 5.00 | 0.00 | 5.00 | 50.00 | 5.00 |
| 100554 | 902372 | | 6/10/2004 | TBRD - Commercial Firewoo | TBRD - Commercial Firewoo | 10.00 | 0.00 | 10.00 | 100.00 | 10.00 |
| 100532 | 902026 | | 10/1/2003 | Vince Schafer-SLB Cedar D | Vince Schafer-SLB Cedar D | 68.00 | 0.00 | 68.00 | 1,054.00 | 68.00 |
| 100522 | 902463 | | 11/14/2003 | WRD Commercial Fuelwood D | WRD Commercial Fuelwood D | 6.27 | 0.00 | 6.27 | 64.00 | 6.27 |
| | | Subtotals | | | 50.00 | Sales & Permits > 0 | 392,433.20 | 199,144.92 | 193,288.29 | 8,472,072.50 | 193,288.29 |
| | | | | | Chugach National Forest | | | | | | |
| 100430 | 2448 | 1/1/1999 | 12/30/2001 | Jim Skogstad | Alder Cr Salvage | 154.94 | 154.94 | 0.00 | 0.00 | 0.00 |
| 100430 | 930754 | | 4/3/2004 | Melvin Hislop | | 6.15 | 0.00 | 6.15 | 75.00 | 6.15 |
| | | Subtotals | | | 1.00 | Permits > 0 | 161.09 | 154.94 | 6.15 | 75.00 | 6.15 |
| | | | | | Alaska Region | | | | | | |
| | | Totals | | | 51 | Sales & Permits > 0 | 392,594.29 | 199,299.86 | 193,294.44 | 8,472,147.50 | 193,294.44 |



United States
Department of
Agriculture

Forest Service

Tongass
National
Forest
R10-MB-401

December 1999



# Finger Mountain Timber Sale(s)

## Draft Environmental Impact Statement



# Summary

## Introduction

This summary outlines the effects of proposed timber sale(s) and several alternatives on southeast Chichagof Island known as the Finger Mountain project. It describes the "No Action" Alternative (Alternative A), a "Proposed Action" (Alternative B), and two other alternative strategies for harvesting timber. The three action alternatives also include building and maintaining roads and log transfer facilities (LTFs), to transport the timber harvested in this project out of the area. The details of the project are fully presented in the Finger Mountain Timber Sale(s) Draft Environmental Impact Statement (DEIS). The DEIS discloses the environmental effects that are expected from the Proposed Action and each of the other alternatives, including the No Action Alternative.

The Finger Mountain project area incorporates approximately 72,780 acres on Chichagof Island in Southeast Alaska. It extends from Peril Strait in the south to Tenakee Inlet on the north and is located about 38 air miles north of Sitka, 24 air miles northwest of Angoon, and 3 air miles southwest of Tenakee Springs. The Sitka Ranger District of the Tongass National Forest administers the project area.

## Proposed Action

The Forest Service proposes to harvest approximately 21 million board feet (MMBF) of timber from 936 acres within the Finger Mountain project area. About 21 miles of new road would be constructed, and 13 miles of existing road would be reconstructed. One new log transfer facility (LTF) would be constructed at Inbetween Creek (VCU 230), which would be removed upon completion of this sale. A second LTF would be reconstructed on an existing site near the mouth of Crab Bay (VCU 233). Timber from this project would be offered through the Tongass National Forest timber sale program through two or more sales of varying sizes.

## Decision to be Made

The Tongass Assistant Forest Supervisor in Sitka will decide whether and how to make timber available from the Finger Mountain project area, in accordance with Forest Plan goals, objectives, and desired future conditions. The decision will be documented in the Record of Decision (ROD) expected in June 2000, and will include:

- the estimated timber volume to make available from the project area at this time;
- the location, design, and scheduling of timber harvest, including road and LTF construction and reconstruction, and silvicultural practices;
- access management measures (road, trail, and area restrictions and closures);
- mitigation measures and monitoring requirements; and
- whether there may be a significant restriction on subsistence uses.



United States
Department of
Agriculture

Forest Service

Tongass
National Forest
R10-MB-310c

February 1996



# Northwest Baranof Timber Sales

## Final Environmental Impact Statement

### Summary and Record of Decision



## Decision

This record documents my decision to make timber available from the Northwest Baranof Project Area in accordance with TLMP. My decision includes the following:

- the volume of timber to make available through independent timber sales;
- the location of harvest units, roads, and log transfer facilities (LTFs);
- mitigation measures and enhancement opportunities for sound resource management; and
- whether there may be a significant restriction on subsistence uses.

It is my decision to select Alternative 2 with modifications, as described below, for implementation in the Northwest Baranof Project Area. This decision meets the purpose and need for the project; is consistent with sound management of the National Forests; and is responsive to the issues raised during scoping, public responses to the Draft EIS, and testimony received at the subsistence hearings.

**Table 1**
**Summary of Harvest Methods**

| | Number of Units | Acres | % of Total Acres | Volume (mmbf) (Sawlog) | % of Total Volume (Sawlog) |
|---|---|---|---|---|---|
| Clearcut with Reserves | 55 | 1,049 | 38% | 25.8 | 48% |
| Seed Tree Cut | 29 | 674 | 25% | 15.8 | 29% |
| Overstory Removal | 23 | 452 | 17% | 9.1 | 17% |
| Group Selection | 10 | 549 | 20% | 3.2 | 6% |
| Total | 117 | 2,724 | 100% | 53.9 | 100% |

## Selected Alternative

The Selected Alternative for the Northwest Baranof Project is described in this section of the ROD and is displayed on the accompanying Record of Decision map. Specifically, my decision authorizes the following:

1. Timber will be harvested in this entry on approximately 2,285 acres of commercial forest land. I expect implementation to occur in five independent timber sales. The final decision on the number of sales will be made later during final timber sale preparation. This specified timber harvest will result in approximately 53.9 million board feet of sawlog volume and 12.8 million board feet of utility volume for a total of 66.7 million board feet. There will be 117 timber harvest units located in the five proposed sale areas. The Selected Alternative includes a mixture of harvest methods to achieve silviculture and other resource objectives. Table 1 displays a summary of the harvest methods applied in the Selected Alternative.

# Timber Sales on the Tongass National Forest
## with Scheduled Decisions in 1998 or 1999 (as of 7/98)

Dates & total volume are from current agency Statements of Proposed Actions. Volume is from sale specific documents if SOPAs lack info or a ROD has been issued. East Kuiu volume is SOPA plus 15%, to account for utility volume not included in SOPA entry. Mid-point volumes are used if a range is given. In some cases, the proposed volume is "up to" the listed figure. Small sales that are not listed in SOPAs are not included here. Roadless volume is estimated from map review.

| Sale Name (NEPA) | Proposed Volume (mmbf) | Estimated Roadless Area Volume (mmbf) | Administrative Area | Scheduled Decision Date |
|---|---|---|---|---|
| Port Houghton | 151.50 | 151.50 | Chatham/Stikine | Sep. 1998 |
| East Kuiu | 94.30 | 94.30 | Stikine | Fall 1999 |
| Port Stewart | 75.00 | 75.00 | Ketchikan | 1999 |
| Control Lake | 58.00 | 8.00 | Ketchikan | June 1998 |
| Finger Mountain | 50.00 | 36.00 | Chatham | Aug. 1999 |
| Chasina | 43.00 | 22.00 | Ketchikan | April 1998 |
| Sea Level | 40.00 | 20.00 | Ketchikan | Fall 1998 |
| Cholmondeley | 37.00 | 37.00 | Ketchikan | Apr. 1999 |
| Indian River | 35.00 | 15.00 | Chatham | August 1998 |
| Madan Bay | 25.00 | 25.00 | Stikine | Fall 1999 |
| Crane & Rowan Mtn. | 23.00 | 12.00 | Stikine | Summer 1998 |
| Skipping Cow | 22.50 | 10.00 | Stikine | Spring 1999 |
| Staney Creek | 18.00 | | Ketchikan | Dec. 1998 |
| Crystal Creek | 16.00 | | Stikine | July 1998 |
| Kuakan | 15.50 | 15.50 | Stikine | Spring 1999 |
| Canal Hoya | 14.00 | 12.00 | Stikine | May 1998 |
| Luck Lake | 13.00 | 7.00 | Ketchikan | Sep. 1998 |
| Todahl Backline | 6.00 | | Stikine | Apr. 1998 |
| Twin Creek | 3.00 | | Stikine | July 1998 |
| Nemo Loop | 3.50 | | Stikine | Summer 1998 |
| Wrangell Single/Group | 0.25 | | Stikine | Summer 1998 |
| Wrangell Cedar Slvg | 1.30 | | Stikine | Summer 1998 |
| Small Salvage | 0.95 | | Chatham | Spring 1999 |
| Sumez Salvage | 0.95 | 0.00 | Ketchikan | Aug. 1998 |
| Brand X | 0.90 | | Ketchikan | Jan. 1998 |
| Baird Peak Salvage | 0.90 | | Ketchikan | June 1998 |
| Logjam-Election Ck | 0.80 | | Ketchikan | Aug. 1998 |
| Narrow Point Salvage | 0.72 | | Ketchikan | July 1998 |
| Harris Peak | 0.60 | 0.00 | Ketchikan | Aug. 1998 |
| Snakey Lakes Sm. Sl | 0.70 | | Ketchikan | Aug. 1998 |
| Hoonah Salvage | 0.50 | | Chatham | Summer 1998 |
| Zarembo/Etolin | 0.50 | | Stikine | Summer 1999 |
| Broad Creek | 0.45 | | Chatham | Apr. 1998 |
| Muri Creek | 0.45 | | Chatham | Apr. 1998 |
| White Rock Creek | 0.45 | | Chatham | Apr. 1998 |
| Dry Straits/Fredrick Pt | 0.25 | | Stikine | June 1998 |
| Tinman Salvage | 0.15 | | Ketchikan | Mar. 1998 |
| Totals | 754.12 | 540.30 | | |



United States
Department of
Agriculture

Forest Service

Tongass
National
Forest
R10-MB-496

September 2003



# Woodpecker Project Area

## 2003 Record of Decision





| United States Department of Agriculture | Forest Service | Alaska Region Tongass National Forest | 648 Mission Street Ketchikan, AK 99901 Phone: (907) 225-3101 Fax: (907) 228-6215 |

File Code: 1950
Date: September 12, 2003

Dear Reader:

Here is your copy of the 2003 Record of Decision (2003 ROD) for the Woodpecker Project Area on the Petersburg Ranger District, Tongass National Forest. The 2003 ROD documents my decision and the rationale considered in reaching the decision to harvest approximately 10.9 million board feet of timber and to build approximately 4.8 miles of classified road and approximately 1.3 miles of temporary road to facilitate the harvest.

The August 13, 2001 Record of Decision for this project was reversed on appeal because of some data discrepancies. A supplemental information report was prepared to analyze whether these discrepancies influenced the effects analysis. This review found that only minor changes were necessary and that these changes did not affect the analysis displayed in the Woodpecker Project Area Final EIS. A Record of Decision signed for the Woodpecker Project Area on December 24, 2002 (2002 ROD) included only those activities within the roaded portion of the project area. No appeals were received on the 2002 ROD. At that time, the Forest Service was operating under a court injunction that prohibited timber harvest and road building in roadless areas until the completion of the final supplemental environmental impact statement (SEIS) for the Forest Plan. The SEIS was signed on February 24, 2003, so another decision can be made regarding the roadless portion of the proposal.

The Woodpecker Project Area is partly within the Crystal Inventoried Roadless Area on the Tongass National Forest. The Roadless Area Conservation Rule (Roadless Rule, 36 CFR 294.10, January 12, 2001) generally prohibits timber harvesting and road building in roadless areas with a period of transition for the Tongass. This transition period makes an exception for projects where a notice of availability for a draft environmental impact statement was published prior to January 12, 2001. Since the notice of availability for the Woodpecker project was published on August 18, 2000, this project is exempted from the prohibitions in the Roadless Rule. The Woodpecker project is consistent with the Tongass National Forest Land and Resource Management Plan (Forest Plan) and the Forest Plan SEIS.

This decision is subject to appeal under 36 Code of Federal Regulations Part 215. The appeal must be filed within 45 days of the date that legal notification of this decision is published in the *Juneau Empire*, the newspaper of record. The Right to Appeal information and the earliest effective date of implementation for the decision are also specified.

If you would like a copy of the Woodpecker Final EIS (2001) and /or the 2002 ROD and Summary, please contact Cynthia Sever, Woodpecker Project Team Leader, P.O. Box 1328, Petersburg, Alaska 99833; e-mail address: csever@fs.fed.us; or call (907) 772-3871. Copies of these documents are also available at the Forest Service office in Petersburg, Alaska.

Sincerely,

FORREST COLE
Forest Supervisor



Caring for the Land and Serving People                    Printed on Recycled Paper

| District | Contract Identification | Bid Date | Termination Date | Purchaser Name | Sale Name | Current Quantity Estimate | Volume Cut | Remaining Volume | Remaining Value | Remaining Volume by Purchaser |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | U.S. Forest Service, Alaska Region, Remaining Timber Sales Volumes (MBF) and Values Through December 31, 2004 | | | | | July 29, 2007 |
| | | | | | **Tongass National Forest** | | | | | |
| Yakutat | 60312 | 10/20/2003 | 10/31/2006 | Alcan Forest Products LLP | Situk Blowdown Re-Offer | 24,250.48 | 18,697.15 | 5,553.33 | 89,042.17 | 5,553.33 |
| Thorne Bay | 57573 | 7/25/2000 | 10/31/2005 | Beaver Creek Logging. | Buster Bay | 295.05 | 233.89 | 61.16 | 3,777.89 | 61.16 |
| Hoonah | 60577 | 9/21/2004 | 10/31/2006 | D & L Woodworks | Beaver Pond | 189.75 | 53.77 | 135.98 | 12,162.58 | 135.98 |
| Thorne Bay | 57102 | 6/11/1999 | 10/31/2005 | David Seaford | Rush Fast | 782.80 | 661.35 | 121.45 | 3,353.47 | 121.45 |
| Thorne Bay | 60478 | 5/4/2004 | 10/31/2005 | Dean Blankenship | Surku Swing Salvage | 314.68 | 0.00 | 314.68 | 17,570.14 | 314.68 |
| Thorne Bay | 60635 | 10/29/2004 | 10/31/2005 | Ernie Eads | Microsale # 86 | 4.92 | 4.92 | 0.00 | 0.00 | 0.00 |
| Sitka | 60304 | 9/29/2003 | 9/30/2004 | Gregg Jones | False Island Alder | 16.37 | 16.37 | 0.00 | 0.00 | |
| Sitka | 60023 | 10/4/2002 | 9/15/2003 | Gregg Jones | Summit Windjammer | 20.17 | 20.17 | 0.00 | 0.00 | 0.00 |
| Craig | 60569 | 9/15/2004 | 9/30/2005 | H & L Salvage, Inc | Micro Sale # 15 | 6.97 | 0.00 | 6.97 | 776.73 | 6.97 |
| Thorne Bay | 60593 | 9/29/2004 | 9/30/2005 | Hummer Enterprise | Microsale # 73 | 13.12 | 1.31 | 11.81 | 1,388.45 | 11.81 |
| Hoonah | 60627 | 10/26/2004 | 10/31/2011 | Icy Straits Lumber & Mill | Midway Reoffer II | 8,222.48 | 0.00 | 8,222.48 | 57,289.81 | |
| Hoonah | 60585 | 9/21/2004 | 10/31/2006 | Icy Straits Lumber & Mill | Upside | 237.56 | 122.68 | 114.88 | 13,168.88 | 8,337.36 |
| Petersburg | 60320 | 10/24/2003 | 1/31/2005 | J R Sokol | Woodchine | 49.94 | 18.97 | 30.97 | 300.76 | 30.97 |
| Thorne Bay | 60486 | 5/4/2004 | 10/31/2005 | Jack Harrison | Prime Special Salvage | 147.66 | 7.18 | 140.48 | 14,145.58 | 140.48 |
| Thorne Bay | 60361 | 6/25/2003 | 10/31/2005 | Keith Dahl | Lucky Duck Reoffer | 453.00 | 0.00 | 453.00 | 31,506.12 | 453.00 |
| Thorne Bay | 60403 | 3/16/2004 | 10/31/2005 | Keith Landers | Rocky Ratz Special Salvage | 41.62 | 0.00 | 41.62 | 5,748.93 | |
| Craig | 60395 | 8/21/2003 | 10/31/2004 | Keith Landers | Stirred Re-Offer | 17.53 | 17.53 | 0.00 | 0.00 | 41.62 |
| Ketchikan | 58118 | 5/20/2002 | 10/31/2005 | Ketchikan Pub Util | Swan Tyee Settlement | 17,960.38 | 16,409.91 | 1,550.47 | 9,380.10 | 1,550.47 |
| Juneau | 60544 | 8/30/2004 | 8/30/2005 | Kwaan Electric Transmission | KGCMC - Intertie Settlement | 62.65 | 0.00 | 62.65 | 378.56 | 62.65 |
| Craig | 60247 | 8/21/2003 | 9/30/2005 | Mnt. Man Cutting | Vestal Re-Offer | 135.35 | 135.35 | 0.00 | 0.00 | 0.00 |
| Craig | 60551 | 9/3/2004 | 9/30/2005 | Norsemen Wood Products | Micro Sale # 17 | 25.69 | 14.21 | 11.48 | 1,349.88 | 11.48 |
| Ketchikan | 60619 | 10/12/2004 | 10/31/2007 | Pacific Log & Lumber Ltd | Licking Creek | 15,278.86 | 0.00 | 15,278.86 | 77,935.82 | |
| Ketchikan | 60411 | 4/26/2004 | 7/31/2005 | Pacific Log & Lumber Ltd | Mop Point | 2,660.96 | 1,640.28 | 1,020.68 | 8,571.00 | |
| Ketchikan | 60437 | 5/11/2004 | 10/31/2009 | Pacific Log & Lumber Ltd | Orion North | 8,374.68 | 0.00 | 8,374.68 | 81,128.50 | |
| Petersburg | 23453 | 6/30/1999 | 10/31/2005 | Pacific Log & Lumber Ltd | Rowan Mountain | 20,231.09 | 0.00 | 20,231.09 | 108,233.00 | |
| Ketchikan | 57755 | 6/1/2001 | 7/31/2006 | Pacific Log & Lumber Ltd | Salty | 6,369.43 | 6,310.39 | 59.04 | 16,622.05 | |
| Petersburg | 23396 | 5/20/1999 | 10/31/2005 | Pacific Log & Lumber Ltd | Todahl Backline | 7,868.14 | 0.00 | 7,868.14 | 73,081.74 | 52,832.49 |
| Thorne Bay | 57904 | 8/13/2001 | 10/31/2006 | Porter Lumber | Nossuk Creek Salvage | 370.56 | 172.10 | 198.46 | 3,361.10 | |
| Thorne Bay | 60379 | 12/2/2003 | 10/31/2005 | Porter Lumber | Stromboli Special Salvage | 73.16 | 0.00 | 73.16 | 4,784.82 | |
| Thorne Bay | 60460 | 5/18/2004 | 10/31/2005 | Porter Lumber | Yatuk Creek Salvage | 545.40 | 0.00 | 545.40 | 9,665.24 | 817.02 |
| Craig | 60601 | 10/1/2004 | 9/30/2005 | Raymond Clavel | Micro Sale #12 | 1.53 | 1.23 | 0.30 | 27.50 | 0.30 |
| Thorne Bay | 60387 | 12/2/2003 | 10/31/2005 | Ronger E Grant | Election Special Salvage | 56.17 | 0.00 | 56.17 | 402.54 | |
| Thorne Bay | 902539 | | 12/17/2004 | Ronger E Grant | "Permit" | 1.23 | 0.00 | 1.23 | 139.89 | 57.40 |
| Petersburg | 60189 | 7/15/2003 | 3/31/2006 | SE Alaska Wood Products | Bowen | 563.03 | 563.03 | 0.00 | 0.00 | |
| Petersburg | 60155 | 5/13/2003 | 3/31/2005 | SE Alaska Wood Products | Last Twin Re-Offer | 797.10 | 797.10 | 0.00 | 0.00 | 0.00 |
| Ketchikan | 60221 | 8/11/2003 | 10/31/2006 | Seley Family Partnership | Orion South | 2,906.44 | 2,906.44 | 0.00 | 0.00 | |
| Ketchikan | 56997 | 9/23/1998 | 10/31/2005 | Seley Family Partnership | Picasso | 614.01 | 376.41 | 237.60 | 31,539.69 | 237.60 |
| Sitka | 36058 | 9/7/1994 | 7/31/2002 | Silver Bay Logging Inc | Appleton Resale | 26,241.42 | 26,241.42 | 0.00 | 0.00 | |
| Wrangell | 23214 | 5/13/1997 | 5/21/2007 | Silver Bay Logging Inc | King George | 25,479.04 | 15,624.53 | 9,854.51 | 686,536.67 | |
| Thorne Bay | 57169 | 7/7/1999 | 9/30/2008 | Silver Bay Logging Inc | Rio Beaver | 5,519.05 | 1,273.27 | 4,245.78 | 124,010.67 | |
| Sitka | 36074 | 9/29/1994 | 9/15/2003 | Silver Bay Logging Inc | Saook pending cancellation. Not harvested. | 23,348.00 | 0.00 | 0.00 | 0.00 | |
| Petersburg | 23636 | 4/18/2000 | 6/30/2005 | Silver Bay Logging Inc | South Central | 941.53 | 941.53 | 0.00 | 0.00 | |
| Petersburg | 23289 | 10/28/1997 | 8/28/2005 | Silver Bay Logging Inc | South Lindy | 10,607.13 | 4,678.13 | 5,929.00 | 730,425.61 | |
| Petersburg | 23503 | 11/10/1998 | 6/30/2005 | Silver Bay Logging Inc | South Lindy One | 1,575.09 | 0.00 | 1,575.09 | 24,876.00 | |

| District | Contract Identifi-cation | Bid Date | Termination Date | Purchaser Name | Sale Name | Current Quantity Estimate | Volume Cut | Remaining Volume | Remaining Value | Remaining Volume by Purchaser |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Tongass National Forest** | | | | | |
| Petersburg | 58175 | 7/9/2002 | 6/30/2005 | Silver Bay Logging Inc | South Park Re-Sale | 302.16 | 302.16 | 0.00 | 0.00 | |
| Petersburg | 58217 | 7/22/2002 | 6/30/2005 | Silver Bay Logging Inc | South Sand Re-Offer | 753.14 | 753.14 | 0.00 | 0.00 | 21,604.38 |
| Yakutat | 60346 | 10/29/2003 | 9/30/2006 | T & T Lumber | Flora's Folly | 192.39 | 80.80 | 111.59 | 1,102.59 | 111.59 |
| Petersburg | 23578 | 7/27/1999 | 11/1/2006 | The Mill Inc | Wedge | 643.95 | 0.00 | 643.95 | 24,871.94 | 643.95 |
| Petersburg | 23107 | 10/31/1995 | 3/31/2005 | Viking Lumber Company | Bohemia | 35,784.00 | 27,939.00 | 7,845.00 | 522,354.59 | |
| Petersburg | 23404 | 5/20/1999 | 3/30/2005 | Viking Lumber Company | Crane | 7,706.86 | 7,706.86 | 0.00 | 0.00 | |
| Petersburg | 60510 | 7/20/2004 | 3/31/2009 | Viking Lumber Company | Finger Point | 10,311.02 | 0.00 | 10,311.02 | 73,926.03 | |
| Petersburg | 23552 | 10/26/1999 | 10/31/2005 | Viking Lumber Company | Fourleaf | 21,906.02 | 21,906.02 | 0.00 | 0.00 | |
| Craig | 60338 | 10/27/2003 | 5/26/2009 | Viking Lumber Company | Fusion | 31,892.41 | 10,830.76 | 21,061.65 | 206,807.92 | |
| Wrangell | 57714 | 1/9/2001 | 3/31/2005 | Viking Lumber Company | Kuakan | 11,159.83 | 11,159.83 | 0.00 | 0.00 | |
| Thorne Bay | 60072 | 10/30/2002 | 10/1/2007 | Viking Lumber Company | Pepper | 9,314.34 | 6,681.29 | 2,633.05 | 22,293.37 | |
| Petersburg | 23172 | 10/29/1996 | 3/31/2005 | Viking Lumber Company | Shamrock | 24,312.03 | 20,764.03 | 3,548.00 | 713,881.11 | |
| Craig | 57250 | 10/12/1999 | 10/17/2006 | Viking Lumber Company | South Arm | 10,094.01 | 5,339.72 | 4,754.28 | 15,995.66 | |
| Thorne Bay | 60056 | 10/30/2002 | 10/31/2007 | Viking Lumber Company | Summore Change | 11,016.01 | 6,266.60 | 4,749.40 | 290,351.08 | |
| Thorne Bay | 60452 | 5/4/2004 | 7/31/2006 | Viking Lumber Company | Thorne Island | 1,906.22 | 0.00 | 1,906.22 | 47,281.99 | |
| Thorne Bay | 60171 | 7/14/2003 | 10/31/2006 | Viking Lumber Company | Twin Bridges II | 7,457.24 | 3,888.53 | 3,568.71 | 81,231.54 | 60,377.33 |
| Thorne Bay | 60494 | 6/21/2004 | 6/30/2005 | William Thomason | Microsale #79 | 4.10 | 0.00 | 4.10 | 1,655.00 | 4.10 |
| Thorne Bay | 902836 | | 11/23/2005 | Brent Cole | Microsale #87 | 25.01 | 0.00 | 25.01 | 2,910.57 | 25.01 |
| Thorne Bay | 902752 | | 10/1/2005 | Glenn Keller | Microsale #89 | 7.79 | 0.00 | 7.79 | 898.35 | 7.79 |
| Thorne Bay | 902760 | | 10/1/2005 | Harold A Rhodes | Microsale #90 | 17.63 | 0.00 | 17.63 | 2,073.03 | 17.63 |
| Juneau | 902802 | | 9/30/2005 | Kennecott Green's Creek Mine | Green's Creek Sand Pit | 13.03 | 0.00 | 13.03 | 51.53 | |
| Admirality | 902604 | | 3/25/2005 | Kennecott Green's Creek Mine | Green's Creek Settlement | 29.23 | 0.00 | 29.23 | 116.23 | 42.26 |
| Craig | 902893 | | 4/30/2005 | Larry Trumble | Microsale #11 | 2.47 | 0.00 | 2.47 | 263.69 | 2.47 |
| Thorne Bay | 902877 | | 12/1/2005 | Scott Arrington | Mircorsale #95 | 5.33 | 0.00 | 5.33 | 377.72 | 5.33 |
| Thorne Bay | 902869 | | 12/5/2005 | Steve Johnson | Mircorsale #94 | 4.10 | 0.00 | 4.10 | 482.10 | 4.10 |
| Thorne Bay | 902638 | | 7/1/2005 | William Kaufman | Microsale #77 | 11.07 | 0.00 | 11.07 | 1,301.67 | |
| Thorne Bay | 902828 | | 11/23/2005 | William Kaufman | Microsale #93 | 5.33 | 0.00 | 5.33 | 626.73 | 16.40 |
| Wrangell | 902778 | | 12/18/2004 | WRD Commercial Fuelwood | "Permit" | 3.14 | 0.00 | 3.14 | 32.00 | |
| Wrangell | 902786 | | 12/31/2004 | WRD Commercial Fuelwood | "Permit" | 2.51 | 0.00 | 2.51 | 25.60 | 5.65 |
| | Subtotals | | | | 57 | Sales & Permits > 0 | 398,553.59 | 221,559.36 | 153,646.21 | $4,253,593.93 | 153,646.21 |
| | | | | | **Chugach National Forest** | | | | | |
| Seward | 930861 | | 5/31/2005 | Melvin Hislop | "Permit" | 8.20 | 0.00 | 8.20 | 100.00 | 8.20 |
| Seward | 930838 | | 5/30/2005 | Price 79 | "Permit" | 1.23 | 0.00 | 1.23 | 15.00 | 1.23 |
| Seward | 930846 | | 5/30/2005 | Robert Roberts | "Permit" | 1.23 | 0.00 | 1.23 | 15.00 | 1.23 |
| | Subtotals | | | | 3 | Permits > 0 | 10.66 | 0.00 | 10.66 | $130.00 | 10.66 |
| | | | | | **Alaska Region** | | | | | |
| | Totals | | | | 60 | Sales & Permits > 0 | 398,564.25 | 221,559.36 | 153,656.87 | $4,253,723.93 | 153,656.87 |

U.S. Forest Service, Alaska Region, Remaining Timber Sales Volumes (MBF) and Values Through December 31, 2004 — July 29, 2007