```
DATE: 01/19/07                    TIMBER CUT AND SOLD ON NATIONAL FORESTS              REGION 10
                                    UNDER SALES AND LAND EXCHANGES                     QUARTER 1
                                                                                       FISCAL 2007
          STATE: 02   ALASKA

 DATA   SIZE                              *        S O L D          *        C U T              *
 CLASS  CLASS   DESCRIPTION     SALES     VOLUME-MBF      VALUE         VOLUME-MBF      VALUE

   2     1    NON-CONVERTIBLE      1          .00         $4.00               .00          $4.00
         3    TO $300              4        34.60       $407.38             56.19        $834.00
         4    $301 TO $10,000      7       946.00     $62,925.08           202.79     $13,582.48

         5    $10,001 TO 100,000       2   2,339.10    $26,204.28         1,665.57     $19,997.04
         6    $100,001 TO 1,000,000        .00          $.00              1,286.78     $17,355.58
                                         --------------  --------------   -------------  --------------
              TOTAL TYPE 2  DATA   14    3,319.70     $89,540.74          3,211.33     $51,773.10


 DATA   SPECIES                           *        S O L D          *        C U T              *
 CLASS   CODE   DESCRIPTION              VOLUME-MBF      VALUE           PER MBF       VOLUME-MBF

    4    01    SAWTIMBER

         042   CEDAR, ALASKA              314.34     $10,959.63          $34.87          192.17
         098   SPRUCE, SITKA              683.63     $22,539.19          $32.97          481.93
         242   REDCEDAR, WEST             439.00     $43,276.04          $98.58          211.58
         263   HEMLOCK, WEST            1,410.47      $7,986.16           $5.66        1,724.11
                                        ------------  ------------    ------------    ------------
         01    SAWTIMBER    SUB-TOTAL   2,847.44     $84,761.02          $29.77        2,609.79

    4    02    PULPWOOD

         098   SPRUCE, SITKA               53.33        $106.66           $2.00           39.06
         263   HEMLOCK, WEST              268.33        $536.66           $2.00          363.48
                                        ------------  ------------    ------------    ------------
         02    PULPWOOD     SUB-TOTAL     321.66        $643.32           $2.00          402.54

    4    07    FUELWOOD

         001   SOFTWOOD OTHER                .00          $.00             $.00             .13
         042   CEDAR, ALASKA               32.60        $332.80          $10.21           50.12
         090   SPRUCE(RD,W,B)             118.00      $3,799.60          $32.20             .00
         098   SPRUCE, SITKA                 .00          $.00             $.00             .27
         263   HEMLOCK, WEST                 .00          $.00             $.00            3.59
                                        ------------  ------------    ------------    ------------
         07    FUELWOOD     SUB-TOTAL     150.60      $4,132.40          $27.44           54.11
```

Page 1 – Data Class 2 excludes road costs.                              Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
         C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr1_mbf.doc

```
                            TIMBER CUT AND SOLD ON NATIONAL FORESTS          REGION 10
                                UNDER SALES AND LAND EXCHANGES                QUARTER 1
                                                                              FISCAL 2007
              STATE: 02   ALASKA

DATA     SPECIES                    *                       S O L D                    *        C U T      *
CLASS    CODE    DESCRIPTION         VOLUME-MBF             VALUE              PER MBF          VOLUME-MBF

 4        19    SM RND WD

         001    SOFTWOOD OTHER            .00               $.00               $.00              136.15
         042    CEDAR, ALASKA             .00               $.00               $.00                 .90
         098    SPRUCE, SITKA             .00               $.00               $.00                 .67
         242    REDCEDAR, WEST            .00               $.00               $.00                 .07
         263    HEMLOCK, WEST             .00               $.00               $.00                7.10
                                    -------------      -------------      -------------      -------------
         19     SM RND WD    SUB-TOTAL    .00               $.00                                 144.89

 4       29N    LIMB/BOUGH

         042    CEDAR, ALASKA              0               $1.00               $.00                 0
         098    SPRUCE, SITKA              0               $1.00               $.00                 0
         242    REDCEDAR, WEST             0               $1.00               $.00                 0
         263    HEMLOCK, WEST              0               $1.00               $.00                 0
                                    -------------      -------------      -------------      -------------
         29N    LIMB/BOUGH   SUB-TOTAL     0               $4.00                                    0

                                    -------------      -------------      -------------      -------------
                TOTAL TYPE  4   DATA    3,319.70        $89,540.74                              3,211.33
```

```
                       TIMBER CUT AND SOLD                          REGION 10
                       CONVERTIBLE  PRODUCTS                        QUARTER 1
                                                                    FISCAL 2007

                                          TIMBER SOLD                         TIMBER CUT
                                NUM    VOLUME        VALUE            VOLUME        VALUE
STATE  -  FOREST                SALES  MBF           DOLLARS          MBF           DOLLARS
--------------    --------------------  ------      -------------    -----------   -------------

ALASKA       CHUGACH             1      118.00       $3,799.60          .00           $.00
             TONGASS            12    3,201.70      $85,737.14       3,211.33     $51,769.10
      TOTAL  ALASKA             13    3,319.70      $89,536.74       3,211.33     $51,769.10
--------------    --------------------  ------      -------------    -----------   -------------
      REGION TOTALS:            13    3,319.70      $89,536.74       3,211.33     $51,769.10


                            NON-CONVERTIBLE PRODUCTS                      QUARTER 1
                                                                          FISCAL 2007

                             SOLD               SOLD            SOLD         CUT
                             CHRISTMAS TREES    MISCELLANEOUS   TOTAL        CHRISTMAS      CUT TOTAL
STATE  -  FOREST             NUMBER    VALUE    VALUE           VALUE        TREES-NUMBER   VALUE
--------------    --------------------  -------  --------       -------      -----------    -------------

ALASKA       CHUGACH                    $.00     $.00           $.00                        $.00
             TONGASS                    $.00     $4.00          $4.00                       $4.00
      TOTAL  ALASKA                     $.00     $4.00          $4.00                       $4.00
--------------    --------------------  -------  --------       -------      -----------    -------------
      REGION TOTALS:                    $.00     $4.00          $4.00                       $4.00


                              NUMBER OF SALES MADE                        QUARTER 1
                                                                          FISCAL 2007

               NON-CON-              $301      $10,001    $100,001   $1,000,001  $500,000,001   TOTAL
               VERTIBLE    TO        TO        TO         TO         TO          AND            CONVERTIBLE    TOTAL NUMBER
FOREST         PRODUCTS    $300      $10,000   $100,000   $1,000,000 $5,000,000  OVER           PRODUCTS       OF SALES
------------   --------   -------   --------   ---------  ---------- ----------  -----------   ------------   -------------

CHUGACH                                         1                                                  1              1
TONGASS           1          4       6          2                                                 12             13
------------   --------   -------   --------   ---------  ---------- ----------  -----------   ------------   -------------
REGION TOTALS:    1          4       7          2                                                 13             14
```

```
                        TIMBER CUT AND SOLD ON NATIONAL FORESTS        REGION 10
                             UNDER SALES AND LAND EXCHANGES            QUARTER 1
                                                                       FISCAL 2007
                                  FOREST: 04   CHUGACH
```

| DATA CLASS | SIZE CLASS | DESCRIPTION | SALES | * SOLD VOLUME-MBF | VALUE * | CUT VOLUME-MBF | VALUE * |
|---|---|---|---|---|---|---|---|
| 2 | 4 | $301 TO $10,000 | 1 | 118.00 | $3,799.60 | .00 | $.00 |
| | | TOTAL TYPE 2 DATA | 1 | 118.00 | $3,799.60 | .00 | $.00 |

| DATA CLASS | SPECIES CODE | DESCRIPTION | * | SOLD VOLUME-MBF | VALUE | * PER MBF | CUT VOLUME-MBF * |
|---|---|---|---|---|---|---|---|
| 4 | 07 | FUELWOOD | | | | | |
| | 090 | SPRUCE(RD,W,B) | | 118.00 | $3,799.60 | $32.20 | .00 |
| | 07 | FUELWOOD   SUB-TOTAL | | 118.00 | $3,799.60 | $32.20 | .00 |
| | | TOTAL TYPE 4 DATA | | 118.00 | $3,799.60 | | .00 |

```
                        TIMBER CUT AND SOLD ON NATIONAL FORESTS              REGION 10
                            UNDER SALES AND LAND EXCHANGES                   QUARTER 1
                                                                             FISCAL 2007
                               FOREST: 05   TONGASS
```

| DATA CLASS | SIZE CLASS | DESCRIPTION | SALES | * SOLD VOLUME-MBF | VALUE * | CUT VOLUME-MBF | VALUE * |
|---|---|---|---|---|---|---|---|
| 2 | 1 | NON-CONVERTIBLE | 1 | .00 | $4.00 | .00 | $4.00 |
|  | 3 | TO $300 | 4 | 34.60 | $407.38 | 56.19 | $834.00 |
|  | 4 | $301 TO $10,000 | 6 | 828.00 | $59,125.48 | 202.79 | $13,582.48 |
|  | 5 | $10,001 TO 100,000 | 2 | 2,339.10 | $26,204.28 | 1,665.57 | $19,997.04 |
|  | 6 | $100,001 TO 1,000,000 |  | .00 | $.00 | 1,286.78 | $17,355.58 |
|  |  | TOTAL TYPE 2 DATA | 13 | 3,201.70 | $85,741.14 | 3,211.33 | $51,773.10 |

| DATA CLASS | SPECIES CODE | DESCRIPTION | * VOLUME-MBF | SOLD VALUE | * PER MBF | CUT VOLUME-MBF * |
|---|---|---|---|---|---|---|
| 4 | 01 | SAWTIMBER |  |  |  |  |
|  | 042 | CEDAR, ALASKA | 314.34 | $10,959.63 | $34.87 | 192.17 |
|  | 098 | SPRUCE, SITKA | 683.63 | $22,539.19 | $32.97 | 481.93 |
|  | 242 | REDCEDAR, WEST | 439.00 | $43,276.04 | $98.58 | 211.58 |
|  | 263 | HEMLOCK, WEST | 1,410.47 | $7,986.16 | $5.66 | 1,724.11 |
|  | 01 | SAWTIMBER SUB-TOTAL | 2,847.44 | $84,761.02 | $29.77 | 2,609.79 |
| 4 | 02 | PULPWOOD |  |  |  |  |
|  | 098 | SPRUCE, SITKA | 53.33 | $106.66 | $2.00 | 39.06 |
|  | 263 | HEMLOCK, WEST | 268.33 | $536.66 | $2.00 | 363.48 |
|  | 02 | PULPWOOD SUB-TOTAL | 321.66 | $643.32 | $2.00 | 402.54 |
| 4 | 07 | FUELWOOD |  |  |  |  |
|  | 001 | SOFTWOOD OTHER | .00 | $.00 | $.00 | .13 |
|  | 042 | CEDAR, ALASKA | 32.60 | $332.80 | $10.21 | 50.12 |
|  | 098 | SPRUCE, SITKA | .00 | $.00 | $.00 | .27 |
|  | 263 | HEMLOCK, WEST | .00 | $.00 | $.00 | 3.59 |
|  | 07 | FUELWOOD SUB-TOTAL | 32.60 | $332.80 | $10.21 | 54.11 |

Page 5 – Data Class 2 excludes road costs.                                                      Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
        C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr1_mbf.doc

```
                        TIMBER CUT AND SOLD ON NATIONAL FORESTS            REGION 10
                              UNDER SALES AND LAND EXCHANGES               QUARTER 1
                                                                           FISCAL 2007
                                    FOREST: 05   TONGASS

DATA    SPECIES                      *            S O L D             *         C U T    *
CLASS   CODE      DESCRIPTION           VOLUME-MBF        VALUE           PER MBF     VOLUME-MBF

 4       19   SM RND WD

         001     SOFTWOOD OTHER              .00           $.00             $.00         136.15
         042     CEDAR, ALASKA               .00           $.00             $.00            .90
         098     SPRUCE, SITKA               .00           $.00             $.00            .67
         242     REDCEDAR, WEST              .00           $.00             $.00            .07
         263     HEMLOCK, WEST               .00           $.00             $.00           7.10
                                       ---------------   --------------   ---------------   ---------------
         19   SM RND WD      SUB-TOTAL       .00           $.00                            144.89

 4      29N   LIMB/BOUGH

         042     CEDAR, ALASKA                 0          $1.00             $.00              0
         098     SPRUCE, SITKA                 0          $1.00             $.00              0
         242     REDCEDAR, WEST                0          $1.00             $.00              0
         263     HEMLOCK, WEST                 0          $1.00             $.00              0
                                       ---------------   --------------   ---------------   ---------------
        29N   LIMB/BOUGH     SUB-TOTAL         0          $4.00                               0
                                       ---------------   --------------   ---------------   ---------------
                    TOTAL TYPE 4   DATA   3,201.70      $85,741.14                          3,211.33
                                  (SOFTWOOD) 3,201.70   $85,741.14                          3,211.33
```

Page 6 – Data Class 2 excludes road costs.                                   Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
        C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr1_mbf.doc

```
DATE: 04/19/07              TIMBER CUT AND SOLD ON NATIONAL FORESTS              REGION 10
                                 UNDER SALES AND LAND EXCHANGES                  QUARTER 2
                                                                                 FISCAL 2007
           STATE:     ALASKA

DATA  SIZE                              *         S O L D          *         C U T                *
CLASS CLASS  DESCRIPTION       SALES      VOLUME-MBF       VALUE       VOLUME-MBF       VALUE

 2     1   NON-CONVERTIBLE       1           .00           $200.00         .00             $.00
       3   TO $300               2         38.77           $297.60        9.52          $151.38
       4   $301 TO $10,000                   .00             $.00       312.74        $6,079.65
       5   $10,001 TO 100,000    2      1,113.00        $55,482.41    1,676.89       $22,970.23
       6   $100,001 TO 1,000,000             .00             $.00         .00         $1,892.46-
                                ---------   ------------    ------------   ------------   ------------
           TOTAL TYPE 2  DATA    5      1,151.77        $55,980.01    1,999.15       $27,308.80


DATA   SPECIES                          *         S O L D                     *    C U T         *
CLASS   CODE    DESCRIPTION       VOLUME-MBF       VALUE          PER MBF       VOLUME-MBF

 4      01    SAWTIMBER

        001   SOFTWOOD OTHER          .00            $.00            $.00            .00
        042   CEDAR, ALASKA         87.70       $20,739.56         $236.48         93.53
        098   SPRUCE, SITKA        190.20       $20,932.20         $110.05        452.87
        242   REDCEDAR, WEST       303.00       $12,556.10          $41.44          2.31
        263   HEMLOCK, WEST        443.00        $1,244.95           $2.81        475.76
                                  ---------    ------------      ----------     ---------
        01    SAWTIMBER   SUB-TOTAL  1,023.90   $55,472.81          $54.18      1,024.47
                         (SOFTWOOD)  1,023.90   $55,472.81          $54.18      1,024.47

 4      02    PULPWOOD

        098   SPRUCE, SITKA         14.10          $28.20            $2.00        133.19
        263   HEMLOCK, WEST        107.50         $215.00            $2.00        587.18
                                  ---------    ------------      ----------     ---------
        02    PULPWOOD    SUB-TOTAL    121.60      $243.20            $2.00        720.37
                         (SOFTWOOD)    121.60      $243.20            $2.00        720.37

 4      07    FUELWOOD

        042   CEDAR, ALASKA          6.27          $64.00           $10.21          7.52
        090   SPRUCE(RD,W,B)          .00           $.00              $.00         55.00
                                  ---------    ------------      ----------     ---------
        07    FUELWOOD    SUB-TOTAL      6.27       $64.00           $10.21         62.52
                         (SOFTWOOD)      6.27       $64.00           $10.21         62.52
```

Page 1 – Data Class 2 excludes road costs.                             Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
         C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr2_mbf.doc

```
DATE: 04/19/07                  TIMBER CUT AND SOLD ON NATIONAL FORESTS            REGION 10
                                    UNDER SALES AND LAND EXCHANGES                 QUARTER 2
                                                                                   FISCAL 2007
            STATE:      ALASKA

DATA    SPECIES                         *          S O L D              *       C U T      *
CLASS   CODE    DESCRIPTION             VOLUME-MBF       VALUE        PER MBF   VOLUME-MBF

 4      17N  MISC. NOT CONVERT

             001    SOFTWOOD OTHER            0         $200.00         $.00         0
                                        ------------    ------------   ----------   ------------
        17N  MISC. NOT CONVERT  SUB-TOTAL     0         $200.00                      0
                          (SOFTWOOD)          0         $200.00                      0

 4      19   SM RND WD

             042    CEDAR, ALASKA           .00         $.00            $.00        19.77
             098    SPRUCE, SITKA           .00         $.00            $.00        14.83
             242    REDCEDAR, WEST          .00         $.00            $.00         1.57
             263    HEMLOCK, WEST           .00         $.00            $.00       155.62
                                        ------------    ------------   ----------   ------------
        19   SM RND WD    SUB-TOTAL         .00         $.00                       191.79
                          (SOFTWOOD)        .00         $.00                       191.79
                                        ------------    ------------   ----------   ------------
                    TOTAL TYPE 4   DATA    1,151.77     $55,980.01                 1,999.15
                          (SOFTWOOD)       1,151.77     $55,980.01                 1,999.15
```

Page 2 – Data Class 2 excludes road costs.                Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
        C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr2_mbf.doc

```
                                      TIMBER CUT AND SOLD                            REGION 10
                                      CONVERTIBLE  PRODUCTS                          QUARTER 2
                                                                                     FISCAL 2007

                                                     TIMBER SOLD                          TIMBER CUT
                                      NUM      VOLUME         VALUE              VOLUME         VALUE
    S T A T E  -  F O R E S T         SALES    MBF            DOLLARS            MBF            DOLLARS
    --------------   --------------------   ---------------   ------------------   ---------------   ------------------

    ALASKA           CHUGACH                              .00              $.00              55.00           $1,771.00
                     TONGASS              4          1,151.77        $55,780.01           1,944.15          $25,537.80
             TOTAL   ALASKA               4          1,151.77        $55,780.01           1,999.15          $27,308.80
    --------------   --------------------   ---------------   ------------------   ---------------   ------------------
         REGION TOTALS:                    4          1,151.77        $55,780.01           1,999.15          $27,308.80


                                             NON-CONVERTIBLE PRODUCTS
                                           SOLD                      SOLD             SOLD           CUT                 CUT
                                        CHRISTMAS   TREES       MISCELLANEOUS         TOTAL       CHRISTMAS            TOTAL
    S T A T E  -  F O R E S T            NUMBER     VALUE           VALUE             VALUE      TREES-NUMBER          VALUE
    --------------   --------------------   ----------   --------------   ----------------   ----------------   -----------   ------------------

    ALASKA           CHUGACH                                        $.00          $200.00            $200.00                             $.00
                     TONGASS                                        $.00             $.00               $.00                             $.00
             TOTAL   ALASKA                                         $.00          $200.00            $200.00                             $.00
    --------------   --------------------   ----------   --------------   ----------------   ----------------   -----------   ------------------
         REGION TOTALS:                                             $.00          $200.00            $200.00                             $.00


                                                 NUMBER OF SALES MADE
                          NON-CON-            $301        $10,001      $100,001    $1,000,001  $500,000,001     TOTAL            TOTAL
                          VERTIBLE    TO       TO          TO           TO          TO          AND         CONVERTIBLE       NUMBER
    FOREST                PRODUCTS   $300    $10,000     $100,000    $1,000,000  $5,000,000    OVER         PRODUCTS         OF SALES
    --------------------   ----------   ------   --------   --------   --------   --------   ----------   -------------   ------------   --------------

    CHUGACH                    1                                                                                                                  1
    TONGASS                               2          2                                                                             4              4
    --------------------   ----------   ------   --------   --------   --------   --------   ----------   -------------   ------------   --------------
    REGION TOTALS:             1          2          2                                                                             4              5
```

Page 3 - Data Class 2 excludes road costs.                                              Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
         C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr2_mbf.doc

```
   DATE: 04/13/07                    TIMBER CUT AND SOLD ON NATIONAL FORESTS       REGION 10 - FOREST 04
                                        UNDER SALES AND LAND EXCHANGES             QUARTER 2
                                              FOREST: CHUGACH                      FISCAL YEAR 07

DATA   SIZE                                  *         S O L D             *            C U T              *
CLASS  CLASS   DESCRIPTION         SALES           VOLUME-MBF        VALUE          VOLUME-MBF       VALUE

 2      1   NON-CONVERTIBLE          1                 .00          $200.00              .00          $.00
        4   $301 TO $10,000                            .00            $.00             55.00        $1,771.00
                                  --------------   -----------------  --------------------  --------------------  --------------------
            TOTAL TYPE 2  DATA      1                 .00          $200.00             55.00        $1,771.00


DATA          SPECIES                        *           S O L D                *          C U T              *
CLASS          CODE    DESCRIPTION              VOLUME-MBF         VALUE          PER MBF         VOLUME-MBF

 4             07    FUELWOOD

              090    SPRUCE(RD,W,B)                 .00             $.00            $.00             55.00
                                               -----------------  --------------------  --------------------  --------------------
               07    FUELWOOD      SUB-TOTAL        .00             $.00                             55.00
                                   (SOFTWOOD)       .00             $.00                             55.00

 4            17N    MISC. NOT CONVERT

              001    SOFTWOOD OTHER                  0            $200.00            $.00              0
                                               -----------------  --------------------  --------------------  --------------------
              17N    MISC. NOT CONVERT   SUB-TOTAL   0            $200.00                              0
                                         (SOFTWOOD)  0            $200.00                              0

                                               -----------------  --------------------  --------------------  --------------------
              TOTAL TYPE 4  DATA                    .00          $200.00                             55.00
                           (SOFTWOOD)               .00          $200.00                             55.00
```

Page 4 - Data Class 2 excludes road costs.                                      Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
         C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr2_mbf.doc

```
DATE: 04/13/07                    TIMBER CUT AND SOLD ON NATIONAL FORESTS         REGION 10 - FOREST 05
                                      UNDER SALES AND LAND EXCHANGES              QUARTER 2
                                             FOREST: TONGASS                      FISCAL YEAR 07

DATA   SIZE                              *         S O L D              *            C U T             *
CLASS  CLASS   DESCRIPTION        SALES       VOLUME-MBF       VALUE         VOLUME-MBF       VALUE

  2      3    TO $300              2            38.77         $297.60            9.52         $151.38
         4    $301 TO $10,000                     .00           $.00           257.74       $4,308.65
         5    $10,001 TO 100,000   2          1,113.00      $55,482.41       1,676.89      $22,970.23
         6    $100,001 TO 1,000,000             .00           $.00              .00        $1,892.46-
                                  --------    -----------    -----------    -----------    -----------
              TOTAL TYPE 2   DATA   4          1,151.77      $55,780.01       1,944.15      $25,537.80


DATA        SPECIES                      *         S O L D              *            C U T             *
CLASS       CODE    DESCRIPTION             VOLUME-MBF       VALUE         PER MBF         VOLUME-MBF

  4     01   SAWTIMBER

             001    SOFTWOOD OTHER             .00            $.00           $.00              .00
             042    CEDAR, ALASKA            87.70        $20,739.56       $236.48           93.53
             098    SPRUCE, SITKA           190.20        $20,932.20       $110.05          452.87
             242    REDCEDAR, WEST          303.00        $12,556.10        $41.44            2.31
             263    HEMLOCK, WEST           443.00         $1,244.95         $2.81          475.76
                                          -----------    -----------    -----------    -----------
        01   SAWTIMBER      SUB-TOTAL     1,023.90        $55,472.81        $54.18        1,024.47
                           (SOFTWOOD)     1,023.90        $55,472.81        $54.18        1,024.47

  4     02   PULPWOOD

             098    SPRUCE, SITKA            14.10            $28.20         $2.00          133.19
             263    HEMLOCK, WEST           107.50           $215.00         $2.00          587.18
                                          -----------    -----------    -----------    -----------
        02   PULPWOOD       SUB-TOTAL       121.60           $243.20         $2.00          720.37
                           (SOFTWOOD)       121.60           $243.20         $2.00          720.37

  4     07   FUELWOOD

             042    CEDAR, ALASKA             6.27            $64.00        $10.21            7.52
                                          -----------    -----------    -----------    -----------
        07   FUELWOOD       SUB-TOTAL         6.27            $64.00        $10.21            7.52
                           (SOFTWOOD)         6.27            $64.00        $10.21            7.52
```

Page 5 – Data Class 2 excludes road costs.                                    Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
             C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr2_mbf.doc

```
DATE: 04/13/07                   TIMBER CUT AND SOLD ON NATIONAL FORESTS            REGION 10 - FOREST 05
                                     UNDER SALES AND LAND EXCHANGES                 QUARTER 2
                                            FOREST: TONGASS                         FISCAL YEAR 07

DATA     SPECIES                     *                          S O L D                     *         C U T      *
CLASS     CODE     DESCRIPTION              VOLUME-MBF           VALUE             PER MBF           VOLUME-MBF

  4        19    SM RND WD

           042    CEDAR, ALASKA                  .00              $.00              $.00               19.77
           098    SPRUCE, SITKA                  .00              $.00              $.00               14.83
           242    REDCEDAR, WEST                 .00              $.00              $.00                1.57
           263    HEMLOCK, WEST                  .00              $.00              $.00              155.62
                                          ------------------  --------------------  --------------------  ------------------
           19    SM RND WD     SUB-TOTAL         .00              $.00                                    191.79
                               (SOFTWOOD)        .00              $.00                                    191.79

                                          ------------------  --------------------  --------------------  ------------------
                 TOTAL TYPE 4   DATA         1,151.77         $55,780.01                                1,944.15
                               (SOFTWOOD)    1,151.77         $55,780.01                                1,944.15
```

Page 6 – Data Class 2 excludes road costs.                                    Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
           C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr2_mbf.doc

Case 1:04-cv-00029-JKS    Document 115-5    Filed 07/30/2007    Page 13 of 18

```
DATE: 07/23/07    TCS007        TIMBER CUT AND SOLD ON NATIONAL FORESTS           REGION 10
                                    UNDER SALES AND LAND EXCHANGES                QUARTER 3
                                                                                  FISCAL 2007
              STATE:    ALASKA                FOREST:    ALL
```

| DATA CLASS | SIZE CLASS | DESCRIPTION | SALES | * SOLD VOLUME-MBF | VALUE | * CUT VOLUME-MBF | VALUE * |
|---|---|---|---|---|---|---|---|
| 2 | 1 | NON-CONVERTIBLE |  | .00 | $.00 | .00 | $200.00 |
|  | 3 | TO $300 | 5 | 35.35 | $471.29 | 28.51 | $617.29 |
|  | 4 | $301 TO $10,000 | 2 | 225.00 | $15,094.36 | 560.08 | $14,624.89 |
|  | 5 | $10,001 TO 100,000 |  | .00 | $.00 | 227.33 | $3,886.66- |
|  | 6 | $100,001 TO 1,000,000 |  | .00 | $.00 | 1,596.51 | $15,671.10 |
|  |  | TOTAL TYPE 2  DATA | 7 | 260.35 | $15,565.65 | 2,412.43 | $27,226.62 |

| DATA CLASS | SPECIES CODE | DESCRIPTION | * | SOLD VOLUME-MBF | VALUE | * PER MBF | CUT VOLUME-MBF * |
|---|---|---|---|---|---|---|---|
| 4 | 01 | SAWTIMBER |  |  |  |  |  |
|  | 001 | SOFTWOOD OTHER |  | .00 | $.00 | $.00 | .00 |
|  | 042 | CEDAR, ALASKA |  | 53.00 | $5,300.00 | $100.00 | 168.22 |
|  | 098 | SPRUCE, SITKA |  | 42.00 | $2,279.65 | $54.28 | 764.61 |
|  | 242 | REDCEDAR, WEST |  | 127.00 | $7,620.00 | $60.00 | 52.56 |
|  | 263 | HEMLOCK, WEST |  | 4.00 | $40.00 | $10.00 | 815.48 |
|  | 01 | SAWTIMBER    SUB-TOTAL |  | 226.00 | $15,239.65 | $67.43 | 1,800.87 |
| 4 | 02 | PULPWOOD |  |  |  |  |  |
|  | 098 | SPRUCE, SITKA |  | 2.00 | $4.00 | $2.00 | 121.64 |
|  | 263 | HEMLOCK, WEST |  | 1.00 | $2.00 | $2.00 | 399.38 |
|  | 02 | PULPWOOD    SUB-TOTAL |  | 3.00 | $6.00 | $2.00 | 521.02 |
| 4 | 07 | FUELWOOD |  |  |  |  |  |
|  | 042 | CEDAR, ALASKA |  | 31.35 | $320.00 | $10.21 | 18.81 |
|  | 090 | SPRUCE(RD,W,B) |  | .00 | $.00 | $.00 | 63.00 |
|  | 07 | FUELWOOD    SUB-TOTAL |  | 31.35 | $320.00 | $10.21 | 81.81 |
| 4 | 19 | SM RND WD |  |  |  |  |  |
|  | 042 | CEDAR, ALASKA |  | .00 | $.00 | $.00 | .90 |
|  | 098 | SPRUCE, SITKA |  | .00 | $.00 | $.00 | .67 |
|  | 242 | REDCEDAR, WEST |  | .00 | $.00 | $.00 | .06 |
|  | 263 | HEMLOCK, WEST |  | .00 | $.00 | $.00 | 7.10 |
|  | 19 | SM RND WD    SUB-TOTAL |  | .00 | $.00 |  | 8.73 |

Page 1 – Data Class 2 excludes road costs.                                    Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
        C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr3_mbf.doc

```
                  TOTAL TYPE 4   DATA              260.35         $15,565.65                                          2,412.43
```

```
DATE: 07/23/07      TCS002              TIMBER CUT AND SOLD              REGION 10
                                        CONVERTIBLE  PRODUCTS            QUARTER 3
                                                                         FISCAL 2007

                                           TIMBER SOLD                        TIMBER CUT
                            NUM      VOLUME          VALUE            VOLUME          VALUE
  S T A T E  -  F O R E S T  SALES    MBF            DOLLARS            MBF           DOLLARS
  --------------  -------------------- ---------------  ------------------  -----------------  ------------------

  ALASKA          CHUGACH                      .00            $.00            63.00          $2,028.60
                  TONGASS         7         260.35       $15,565.65         2,349.43         $24,998.02
           TOTAL  ALASKA          7         260.35       $15,565.65         2,412.43         $27,026.62

  --------------  -------------------- ---------------  ------------------  -----------------  ------------------
       REGION TOTALS:            7         260.35       $15,565.65         2,412.43         $27,026.62


                                         NON-CONVERTIBLE PRODUCTS
                              SOLD                  SOLD              SOLD          CUT              CUT
                            CHRISTMAS     TREES     MISCELLANEOUS     TOTAL       CHRISTMAS          TOTAL
  S T A T E  -  F O R E S T  NUMBER      VALUE         VALUE          VALUE      TREES-NUMBER        VALUE
  --------------  -------------------- ----------  ---------------  ---------------  -----------------  -----------  ------------------

  ALASKA          CHUGACH                              $.00             $.00            $.00                          $200.00
                  TONGASS                              $.00             $.00            $.00                            $.00
           TOTAL  ALASKA                               $.00             $.00            $.00                          $200.00

  --------------  -------------------- ----------  ---------------  ---------------  -----------------  -----------  ------------------
       REGION TOTALS:                                  $.00             $.00            $.00                          $200.00


                                              NUMBER OF SALES MADE
                         NON-CON-      $301      $10,001    $100,001   $1,000,001  $500,000,001    TOTAL        TOTAL
                         VERTIBLE       TO         TO         TO          TO          AND         CONVERTIBLE    NUMBER
       FOREST            PRODUCTS      $300      $10,000    $100,000   $1,000,000  $5,000,000     OVER          PRODUCTS      OF SALES
  --------------------  ------------  ---------  ---------  ---------  ---------- ----------  -------------  ------------  --------------

  CHUGACH
  TONGASS                                 5          2                                                              7              7
  --------------------  ------------  ---------  ---------  ---------  ---------- ----------  -------------  ------------  --------------
       REGION TOTALS:                    5          2                                                              7              7
```

Page 3 – Data Class 2 excludes road costs.                                    Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
        C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr3_mbf.doc

```
DATE: 07/23/07    TCS007       TIMBER CUT AND SOLD ON NATIONAL FORESTS              REGION 10
                                  UNDER SALES AND LAND EXCHANGES                    QUARTER 3-3
                                                                                    FISCAL 2007
                                       FOREST:  04   CHUGACH

DATA   SIZE                              *          S O L D           *          C U T              *
CLASS  CLASS   DESCRIPTION      SALES       VOLUME-MBF         VALUE        VOLUME-MBF      VALUE

 2      1   NON-CONVERTIBLE                    .00              $.00            .00         $200.00
        4   $301 TO $10,000                    .00              $.00          63.00       $2,028.60
                                         --------------  --------------   --------------   --------------
            TOTAL TYPE 2  DATA                 .00              $.00          63.00       $2,228.60


DATA         SPECIES                     *          S O L D           *          C U T              *
CLASS        CODE     DESCRIPTION            VOLUME-MBF         VALUE         PER MBF      VOLUME-MBF

 4           07   FUELWOOD

             090    SPRUCE(RD,W,B)             .00              $.00           $.00          63.00
                                         ------------------  ------------------   ------------------   ------------------
             07   FUELWOOD       SUB-TOTAL     .00              $.00                          63.00
                                         ------------------  ------------------   ------------------   ------------------
                  TOTAL TYPE 4  DATA           .00              $.00                          63.00
```

Page 4 – Data Class 2 excludes road costs.                                       Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
        C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr3_mbf.doc

```
DATE: 07/23/07    TCS007           TIMBER CUT AND SOLD ON NATIONAL FORESTS              REGION 10
                                       UNDER SALES AND LAND EXCHANGES                   QUARTER 3-3
                                                                                        FISCAL 2007
                                            FOREST: 05   TONGASS
```

| DATA CLASS | SIZE CLASS | DESCRIPTION | SALES | * SOLD VOLUME-MBF | VALUE * | CUT VOLUME-MBF | VALUE * |
|---|---|---|---|---|---|---|---|
| 2 | 3 | TO $300 | 5 | 35.35 | $471.29 | 28.51 | $617.29 |
|   | 4 | $301 TO $10,000 | 2 | 225.00 | $15,094.36 | 497.08 | $12,596.29 |
|   | 5 | $10,001 TO 100,000 |   | .00 | $.00 | 227.33 | $3,886.66- |
|   | 6 | $100,001 TO 1,000,000 |   | .00 | $.00 | 1,596.51 | $15,671.10 |
|   |   | TOTAL TYPE 2  DATA | 7 | 260.35 | $15,565.65 | 2,349.43 | $24,998.02 |

| DATA CLASS | SPECIES CODE | DESCRIPTION | * SOLD VOLUME-MBF | VALUE | * PER MBF | CUT VOLUME-MBF * |
|---|---|---|---|---|---|---|
| 4 | 01 | SAWTIMBER |   |   |   |   |
|   | 001 | SOFTWOOD OTHER | .00 | $.00 | $.00 | .00 |
|   | 042 | CEDAR, ALASKA | 53.00 | $5,300.00 | $100.00 | 168.22 |
|   | 098 | SPRUCE, SITKA | 42.00 | $2,279.65 | $54.28 | 764.61 |
|   | 242 | REDCEDAR, WEST | 127.00 | $7,620.00 | $60.00 | 52.56 |
|   | 263 | HEMLOCK, WEST | 4.00 | $40.00 | $10.00 | 815.48 |
|   | 01 | SAWTIMBER   SUB-TOTAL | 226.00 | $15,239.65 | $67.43 | 1,800.87 |
| 4 | 02 | PULPWOOD |   |   |   |   |
|   | 098 | SPRUCE, SITKA | 2.00 | $4.00 | $2.00 | 121.64 |
|   | 263 | HEMLOCK, WEST | 1.00 | $2.00 | $2.00 | 399.38 |
|   | 02 | PULPWOOD   SUB-TOTAL | 3.00 | $6.00 | $2.00 | 521.02 |
| 4 | 07 | FUELWOOD |   |   |   |   |
|   | 042 | CEDAR, ALASKA | 31.35 | $320.00 | $10.21 | 18.81 |
|   | 07 | FUELWOOD   SUB-TOTAL | 31.35 | $320.00 | $10.21 | 18.81 |
| 4 | 19 | SM RND WD |   |   |   |   |
|   | 042 | CEDAR, ALASKA | .00 | $.00 | $.00 | .90 |
|   | 098 | SPRUCE, SITKA | .00 | $.00 | $.00 | .67 |
|   | 242 | REDCEDAR, WEST | .00 | $.00 | $.00 | .06 |
|   | 263 | HEMLOCK, WEST | .00 | $.00 | $.00 | 7.10 |
|   | 19 | SM RND WD   SUB-TOTAL | .00 | $.00 |   | 8.73 |
|   |   | TOTAL TYPE 4  DATA | 260.35 | $15,565.65 |   | 2,349.43 |

Page 5 – Data Class 2 excludes road costs.                          Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
        C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr3_mbf.doc

Page 6 – Data Class 2 excludes road costs.                                                                     Data Class 4 includes road costs.  "Per MBF" refers to SOLD.
          C:\Documents and Settings\Owen Graham\My Documents\3-Mile record - excerpts + brief\Documents for brief 7-29-07\Highlighted cut_and_sold_fy2007qtr3_mbf.doc