| Ranger District | Unit | Contract ID | Bid Date | Termination Date | Purchaser | Sale Name (Not in Default) | Current Qty Est (MBF) | Volume Cut (MBF) | Remaining Vol (MBF) | Remaining Value ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Tongass National Forest** | | | | | |
| Juneau | 100533 | 61385 | 9/26/2006 | 10/1/2007 | Alaska Electric Light & Power | Lake Dorthy Powerline | 799.96 | 420.96 | 379.00 | $6,721.27 |
| Wrangell | 100522 | 61138 | 12/20/2005 | 6/24/2007 | Alaska Timber Wolf | Midpoint Special Salvage | 115.96 | 115.96 | 0.00 | $0.00 |
| Wrangell | 100522 | 61161 | 3/7/2006 | 10/31/2007 | Alcan Forest Products LLP | Red Mountain | 5,888.70 | 0.00 | 5,888.70 | $38,426.69 |
| Wrangell | 100522 | 61047 | 11/1/2005 | 8/19/2012 | Alcan Forest Products LLP | Skipping Cow | 18,640.91 | 0.00 | 18,640.91 | $143,196.20 |
| Thorne Bay | 100554 | 61153 | 2/17/2006 | 4/30/2007 | Brent Cole | Microsale #118 | 65.11 | 65.11 | 0.00 | $0.00 |
| Juneau | 100533 | 60924 | 7/27/2005 | 10/31/2008 | Coeur Alaska, Inc | Kensington Gold Project | 1,128.22 | 295.19 | 833.03 | $66,886.04 |
| Juneau | 100533 | 61005 | 10/11/2005 | 10/31/2008 | Coeur Alaska, Inc | Kensington Settlement | 949.20 | 260.25 | 688.95 | $91,041.03 |
| Thorne Bay | 100554 | 60999 | 7/22/2005 | 7/26/2010 | CSL Farm & Supply | Kosciusko Stewardship | 470.40 | 0.00 | 470.40 | $5,100.50 |
| Hoonah | 100532 | 60932 | 8/25/2005 | 10/31/2008 | D&L Woodworks | Big Bear | 149.90 | 0.00 | 149.90 | $2,900.43 |
| Hoonah | 100532 | 61310 | 8/22/2006 | 10/30/2009 | D&L Woodworks | Divide | 233.00 | 56.50 | 176.50 | $2,005.48 |
| Thorne Bay | 100554 | 61120 | 12/13/2005 | 10/31/2008 | Ernie Eads | Bucktooth Special Salvage | 213.13 | 31.89 | 181.24 | $13,253.01 |
| Wrangell | 100522 | 61534 | 6/5/2007 | 10/31/2008 | Ernie Eads | Fishtrap Special Salvage | 208.00 | 0.00 | 208.00 | $14,226.00 |
| Ketchikan | 100552 | 61401 | 10/17/2006 | 10/31/2009 | Four Dam Pool Power Agency | Swan Tyee Timber Settlement | 1,543.00 | 0.00 | 1,543.00 | $12,056.00 |
| Sitka | 100531 | 61492 | 3/12/2007 | 10/31/2007 | Gregg Jones | Sandy Cove Special Salvage | 32.50 | 3.70 | 28.80 | $159.60 |
| Craig | 100551 | 60866 | 7/13/2005 | 10/31/2007 | H & L Salvage, Inc | Ambrosia | 142.64 | 0.00 | 142.64 | $3,534.15 |
| Craig | 100551 | 61013 | 10/18/2005 | 10/31/2007 | H & L Salvage, Inc | Little Rock | 144.73 | 45.00 | 99.73 | $1,481.51 |
| Thorne Bay | 100554 | 61468 | 12/12/2006 | 10/31/2009 | H & L Salvage, Inc | Setter Lake | 684.00 | 0.00 | 684.00 | $41,365.15 |
| Thorne Bay | 100554 | 61286 | 8/2/2006 | 10/31/2008 | H & L Salvage, Inc | Swingset Special Salvage | 228.00 | 0.00 | 228.00 | $4,070.76 |
| Thorne Bay | 100554 | 60825 | 6/14/2005 | 10/31/2007 | H & L Salvage, Inc | Vientos Cinco #5 | 69.68 | 0.00 | 69.68 | $1,730.96 |
| Hoonah | 100532 | 60940 | 8/25/2005 | 10/31/2007 | Icy Straits Lumber & Mill | Dry Stream Special Salvage | 111.91 | 111.91 | 0.00 | $0.00 |
| Hoonah | 100532 | 60627 | 10/26/2004 | 10/31/2014 | Icy Straits Lumber & Mill | Midway Reoffer II | 8,222.48 | 98.05 | 8,124.43 | $56,559.74 |
| Hoonah | 100532 | 61237 | 5/25/2006 | 6/25/2009 | Icy Straits Lumber & Mill | Tall Tree | 235.59 | 235.59 | 0.00 | $0.00 |
| Hoonah | 100532 | 61369 | 9/11/2006 | 10/30/2009 | Icy Straits Lumber & Mill | Twist | 74.00 | 67.00 | 7.00 | $90.18 |
| Thorne Bay | 100554 | 61039 | 10/18/2005 | 10/31/2008 | James Harrison | Beaver Tail Special | 218.93 | 150.76 | 68.17 | $3,475.51 |
| Thorne Bay | 100554 | 61427 | 10/31/2006 | 10/31/2009 | James Harrison | Power Lake | 408.00 | 0.00 | 408.00 | $20,177.44 |
| Thorne Bay | 100554 | 60361 | 6/25/2003 | 10/1/2007 | Keith Dahl | Lucky Duck Reoffer | 494.08 | 381.74 | 112.34 | $7,735.79 |
| Thorne Bay | 100554 | 61435 | 10/31/2006 | 10/31/2009 | Keith Dahl | Twin Shovel | 373.00 | 0.00 | 373.00 | $35,413.04 |
| Thorne Bay | 100554 | 61351 | 9/5/2006 | 9/12/2007 | Kevin Kriener | Microsale #132 | 2.00 | 2.00 | 0.00 | $0.00 |
| Thorne Bay | 100554 | 61419 | 10/24/2006 | 10/26/2007 | Kevin Kriener | Microsale #133 | 13.00 | 5.00 | 8.00 | $800.00 |
| Thorne Bay | 100554 | 61542 | 6/19/2007 | 6/26/2008 | Larry Trumble | Microsale #135 | 17.00 | 0.00 | 17.00 | $868.36 |
| Craig | 100551 | 61518 | 5/15/2007 | 6/5/2008 | Larry Trumble | Microsale #19 | 1.00 | 1.00 | 0.00 | $0.00 |
| Thorne Bay | 100554 | 60809 | 6/14/2005 | 6/30/2008 | Last Chance Enterprises | Angel | 101.15 | 34.66 | 66.50 | $4,108.89 |
| Thorne Bay | 100554 | 61294 | 8/2/2006 | 10/31/2008 | Last Chance Enterprises | Brisket Special Salvage | 196.00 | 0.00 | 196.00 | $23,072.62 |
| Wrangell | 100522 | 61179 | 3/21/2006 | 6/21/2007 | Orlando B Bell | Mustang Salvage Reoffer | 125.48 | 125.48 | 0.00 | $0.00 |
| Ketchikan | 100552 | 61146 | 2/14/2006 | 10/31/2010 | Pacific Log & Lumber Ltd | Buckdance Madder Reoffer | 15,422.67 | 732.97 | 14,689.70 | $104,374.21 |
| Ketchikan | 100552 | 60619 | 10/12/2004 | 10/31/2007 | Pacific Log & Lumber Ltd | Licking Creek | 14,967.00 | 14,377.64 | 589.36 | $3,243.36 |
| Ketchikan | 100552 | 61070 | 11/17/2005 | 10/31/2010 | Pacific Log & Lumber Ltd | Upper Carroll II | 16,494.56 | 0.00 | 16,494.56 | $185,142.93 |
| Thorne Bay | 100554 | 60460 | 5/18/2004 | 9/1/2007 | Porter Lumber | Yatuk Creek Salvage | 279.66 | 256.38 | 23.28 | $102.66 |
| Thorne Bay | 100554 | 61229 | 5/23/2006 | 10/31/2008 | R&R Conner Inc | Drumlin Reoffer II | 1,105.96 | 0.00 | 1,105.96 | $51,279.54 |
| Craig | 100551 | 61443 | 11/7/2006 | 10/31/2007 | Richard Blauvelt | Polk Inlet Microsale | 9.00 | 0.00 | 9.00 | $405.00 |
| Thorne Bay | 100554 | 61278 | 7/28/2006 | 8/10/2007 | Richard Blauvelt | Red Bull Salvage Sale | 73.00 | 40.00 | 33.00 | $1,369.50 |
| Petersburg | 100521 | 61484 | 12/15/2006 | 10/31/2009 | SE Alaska Wood Products | Blind Slough | 429.00 | 0.00 | 429.00 | $14,117.26 |
| Wrangell | 100522 | 60734 | 5/3/2005 | 10/31/2008 | SE Alaska Wood Products | Shady | 4,113.18 | 2,475.49 | 1,637.69 | $14,233.17 |
| Petersburg | 100521 | 58217 | 7/22/2002 | 6/30/2005 | Silver Bay Logging Inc | South Sand Re-Offer | 753.14 | 753.14 | 0.00 | $0.00 |
| Hoonah | 100532 | 60965 | 8/25/2005 | 10/30/2008 | Steve Little | Low Ridge | 159.89 | 0.00 | 159.89 | $2,825.71 |
| Petersburg | 100521 | 23578 | 7/27/1999 | 3/31/2008 | The Mill Inc | Wedge | 643.95 | 13.77 | 630.19 | $24,288.02 |
| Petersburg | 100521 | 61377 | 9/19/2006 | 9/30/2007 | Tom Stearns | Sleepy Cedar Firewood | 110.50 | 1.50 | 109.00 | $2,512.38 |

| Ranger District | Unit | Contract ID | Bid Date | Termination Date | Purchaser | Sale Name (Not in Default) | Current Qty Est (MBF) | Volume Cut (MBF) | Remaining Vol (MBF) | Remaining Value ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Petersburg | 100521 | 23107 | 10/31/1995 | 12/31/2005 | Viking Lumber Company | Bohemia | 27,939.00 | 27,939.00 | 0.00 | $0.00 |
| Petersburg | 100521 | 23404 | 5/20/1999 | 6/30/2005 | Viking Lumber Company | Crane | 7,706.86 | 7,706.86 | 0.00 | $0.00 |
| Petersburg | 100521 | 60510 | 7/20/2004 | 10/31/2011 | Viking Lumber Company | Finger Point | 12,226.90 | 10,021.73 | 2,205.17 | $15,288.70 |
| Petersburg | 100521 | 23552 | 10/26/1999 | 10/31/2005 | Viking Lumber Company | Fourleaf | 21,906.02 | 21,906.02 | 0.00 | $0.00 |
| Craig | 100551 | 60338 | 10/27/2003 | 4/26/2011 | Viking Lumber Company | Fusion | 31,895.50 | 31,895.50 | 0.00 | $0.00 |
| Thorne Bay | 100554 | 60650 | 11/4/2004 | 10/31/2009 | Viking Lumber Company | Kogish Shinaku II | 7,433.90 | 7,433.90 | 0.00 | $0.00 |
| Petersburg | 100521 | 61062 | 11/8/2005 | 10/31/2011 | Viking Lumber Company | Lindenberg | 23,253.74 | 9,590.62 | 13,663.12 | $156,835.29 |
| Thorne Bay | 100554 | 60957 | 8/25/2005 | 8/31/2011 | Viking Lumber Company | Luck Lac II | 8,586.04 | 6,036.33 | 2,549.71 | $34,714.08 |
| Thorne Bay | 100554 | 60056 | 10/30/2002 | 10/31/2010 | Viking Lumber Company | Summore Change | 11,016.01 | 7,005.11 | 4,010.90 | $227,771.67 |
| Thorne Bay | 100554 | 60452 | 5/4/2004 | 6/30/2008 | Viking Lumber Company | Thorne Island | 1,910.98 | 1,910.98 | 0.00 | $0.00 |
| Thorne Bay | 100554 | 61203 | 4/18/2006 | 6/9/2007 | Wesley Baird | Microsale #123 | 16.00 | 0.00 | 16.00 | $841.32 |
| Thorne Bay | 100554 | 61245 | 6/27/2006 | 9/21/2007 | William Kaufman | Microsale #125 | 13.00 | 5.75 | 7.25 | $275.57 |
| Thorne Bay | 100554 | 61260 | 7/25/2006 | 10/6/2007 | William Kaufman | Microsale #128 | 9.00 | 1.50 | 7.50 | $292.50 |
| Thorne Bay | 100554 | 61336 | 8/29/2006 | 10/31/2008 | William Thomason | Dogleg Special Salvage | 242.00 | 0.00 | 242.00 | $5,673.60 |
| Thorne Bay | 100554 | 61104 | 12/13/2005 | 10/31/2007 | William Thomason | Lucky Charm Reoffer | 38.79 | 0.00 | 38.79 | $991.04 |
| Thorne Bay | 100554 | 61252 | 6/27/2006 | 7/31/2007 | William Thomason | Microsale #126 | 26.00 | 0.00 | 26.00 | $644.62 |
| Thorne Bay | 100554 | 61021 | 10/18/2005 | 10/31/2008 | William Thomason | Mink Tail Special Salvage | 152.89 | 4.00 | 148.89 | $9,394.15 |
| Thorne Bay | 100554 | 61344 | 8/29/2006 | 10/31/2007 | William Thomason | Moxie Special Salvage | 217.00 | 0.00 | 217.00 | $9,672.56 |
| Craig | 100551 | 61476 | 12/19/2006 | 10/31/2007 | Windy Point Sawmill | Ladrones Islands Microsale #22 | 9.00 | 0.00 | 9.00 | $720.00 |
| Craig | 100551 | 61450 | 11/28/2006 | 10/31/2007 | Winrod Logging | Sukkwan Island Microsale #24 | 16.00 | 3.00 | 13.00 | $975.00 |
| Wrangell | 100522 | 903453 | | 12/17/2007 | Commercial Firewood | Permit | 12.55 | 0.00 | 12.55 | $128.00 |
| Wrangell | 100522 | 903495 | | 7/24/2007 | Commercial Firewood | Permit | 12.55 | 0.00 | 12.55 | $128.00 |
| Wrangell | 100522 | 903503 | | 8/11/2007 | Commercial Firewood | Permit | 6.27 | 0.00 | 6.27 | $64.00 |
| | | | Subtotals | | 56 | Sales/Permits w/Vol Remaining | 251,508.17 | 152,618.94 | 98,889.25 | $1,468,760.19 |
| | | | | | **Chugach National Forest** | | | | | |
| Seward | 100430 | 2471 | 10/19/2006 | 4/30/2007 | Frontier Timber Company | Hope Highway Commercial | 118.00 | 118.00 | 0.00 | $0.00 |
| | | | Subtotals | | 0 | Sales/Permits w/Vol Remaining | 118.00 | 118.00 | 0.00 | $0.00 |
| | | | | | **Alaska Region** | | | | | |
| | | | Totals | | 56 | Sales/Permits w/Vol Remaining | 251,626.17 | 152,736.94 | 98,889.25 | $1,468,760.19 |

| Ranger District | Unit | Contract ID | Bid Date | Termination Date | Purchaser | Sale Name (Not in Default) | Current Qty Est (MBF) | Volume Cut (MBF) | Remaining Vol (MBF) | Remaining Value ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Lookup Table** | | | | | **Summary by Purchaser** | | | | |
| | 100410 | Glacier | | | Alaska Electric Light & Power | | | | 379.00 | $6,721.27 |
| | 100420 | Cordova | | | Alaska Timber Wolf | | | | 0 | $0.00 |
| | 100430 | Seward | | | Alcan Forest Products LLP | | | | 24,529.61 | $181,622.89 |
| | 100521 | Petersburg | | | Beaver Creek Logging Inc. | | | | 0.00 | $0.00 |
| | 100522 | Wrangell | | | Brent Cole | | | | 0.00 | $0.00 |
| | 100531 | Sitka | | | Coeur Alaska, Inc | | | | 1,521.98 | $157,927.07 |
| | 100532 | Hoonah | | | Commercial Firewood | | | | 31.37 | $320.00 |
| | 100533 | Juneau | | | Commercial Products | | | | 0.00 | $0.00 |
| | 100534 | Admirality | | | Commercial Sawlog | | | | 0.00 | $0.00 |
| | 100535 | Yakutat | | | CSL Farm & Supply | | | | 470.40 | $5,100.50 |
| | 100551 | Craig | | | D&L Woodworks | | | | 326.40 | $4,905.91 |
| | 100552 | Ketchikan | | | Ernie Eads | | | | 389.24 | $27,479.01 |
| | 100554 | Thorne Bay | | | Four Dam Pool Power Agency | | | | 1,543.00 | $12,056.00 |
| | | | | | Frontier Timber Company | | | | 0.00 | $0.00 |
| | | | | | Gregg Jones | | | | 28.80 | $159.60 |
| | | | | | H & L Salvage, Inc | | | | 1,224.05 | $52,182.53 |
| | | | | | Icy Straits Lumber & Mill | | | | 8,131.43 | $56,649.92 |
| | | | | | James Harrison | | | | 476.17 | $23,652.95 |
| | | | | | John Howell | | | | 0.00 | $0.00 |
| | | | | | Keith Dahl | | | | 485.34 | $43,148.83 |
| | | | | | Ketchikan Public Utility | | | | 0.00 | $0.00 |
| | | | | | Kevin Kriener | | | | 8.00 | $800.00 |
| | | | | | Larry Trumble | | | | 17.00 | $868.36 |
| | | | | | Larson Wood Products | | | | 0.00 | $0.00 |
| | | | | | Last Chance Enterprises | | | | 262.50 | $27,181.51 |
| | | | | | Orlando B Bell | | | | 0.00 | $0.00 |
| | | | | | ==Pacific Log & Lumber Ltd== | | | | ==31,773.62== | $292,760.50 |
| | | | | | Porter Lumber | | | | 23.28 | $102.66 |
| | | | | | R&R Conner Inc | | | | 1,105.96 | 51,279.54 |
| | | | | | Richard Blauvelt | | | | 42.00 | 1,774.50 |
| | | | | | Rodney Howard | | | | 0.00 | $0.00 |
| | | | | | SE Alaska Wood Products | | | | 2,066.69 | $28,350.43 |
| | | | | | Silver Bay Logging Inc | | | | 0.00 | $0.00 |
| | | | | | Steve Little | | | | 159.89 | $2,825.71 |
| | | | | | T & T Lumber | | | | 0.00 | $0.00 |
| | | | | | The Mill Inc | | | | 630.19 | $24,288.02 |
| | | | | | Tom Stearns | | | | 109.00 | $2,512.38 |
| | | | | | ==Viking Lumber Company== | | | | ==22,428.90== | $434,609.74 |
| | | | | | Wesley Baird | | | | 16.00 | $841.32 |
| | | | | | William Kaufman | | | | 14.75 | $568.07 |
| | | | | | William Thomason | | | | 672.68 | $26,375.97 |
| | | | | | Windy Point Sawmill | | | | 9.00 | $720.00 |
| | | | | | Winrod Logging | | | | 13.00 | $975.00 |
| | | | | | | | | | | |
| | | | | | | 56 | Sales/Permits w/Vol Remaining | | Check | 98,889.25 | $1,468,760.19 |