Document for Threemile Planning Record

Planning Record Number _____
(Do not fill in this space)

Document Date __5/2004__     File Number __08C__

Document Type: (Check one)

___ Book             ___ Article/Clipping      _X_ Agency Study

___ Letter           ___ Memo                  ___ Numerical Data

___ Map              ___ Other _____

Title __Estimating Sawmill__

Publisher/Agency __USDA__

Author __Kilburn, Parrent, Housley__

# of Pages to Place in the Planning Record: __14__

Actual # of Pages in the book or magazine: __14__

Short Summary of the Information Referenced:
Installed mill capacity — how calculated, relationship to demand calculations, capacity for SE AK mills.

Keywords: _____

Exempt from FOIA requests: ___ yes  _X_ no

Submitted by: __Saver__



United States
Department of
Agriculture

Forest Service

Pacific Northwest
Research Station

Research Note
PNW-RN-545

May 2004



# Estimating Sawmill Processing Capacity for Tongass Timber

Kenneth A. Kilborn, Daniel J. Parrent, Robert D. Housley[1]

## Abstract

In spring 2001 and 2003, sawmill capacity and utilization information was collected directly from 20 producers (usually the largest and most active) in southeast Alaska. The estimated mill capacity in southeast Alaska for calendar year (CY) 2000 was 501,850 thousand board feet (MBF) (log scale) and for CY 2002 was 453,850 MBF (log scale). The actual production by these mills for CY 2000 was 87,117 MBF (log scale) and for CY 2002 was 39,701.6 MBF (log scale).

Keywords: Alaskan sawmills, lumber capacity.

## Preface

Section 101 of the Tongass Timber Reform Act (TTRA 1990) amended the Alaska National Interest Lands Conservation Act (ANILCA 1980) by deleting Section 705 and inserting a new Section 705.

(a) Subject to appropriations, other applicable law, and the requirements of the National Forest Management Act (NFMA 1976); except as provided in subsection 9d of this section, the Secretary shall, to the extent consistent with providing for the multiple use and sustained yield of all renewable forest resources, seek to provide a supply of timber from the Tongass National Forest which (1) meets the annual market demand for timber from such forest and (2) meets the market demand from such forest for each planning cycle.

## Introduction

The May 1997 Record of Decision for the Tongass Land and Resource Management Plan Revision included a commitment to "develop procedures to ensure that

---

[1] Kenneth A. Kilborn is a forest products technologist, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Sitka Wood Utilization Center, 204 Siginaka Way, Sitka, AK 99835-7316; Daniel J. Parrent is a wood utilization specialist, Juneau Economic Development Council, 204 Siginaka Way, Sitka, AK 99835-7316; and Robert D. Housley is a timber valuation forester, U.S. Department of Agriculture, Forest Service, Alaska Region, 709 W 9th Street, Juneau, AK 99801.

annual timber sale offerings are consistent with market demand" as required by the Tongass Timber Reform Act (USDA Forest Service 1997). These procedures are designed to be flexible given the uncertainty associated with forecasting market conditions. This is especially difficult in southeast Alaska because of the structural transformation underway there in the timber industry. The procedures also account for the fact that the USDA Forest Service's timber sale program cannot quickly respond to market fluctuations and allow the industry to accumulate an adequate "volume under contract" (a supply of uncut timber).[2] The procedure that is used includes provisions to monitor industry behavior and ways to adjust timber sale program levels to reflect harvest activity.

One of the key assumptions in this procedure is an estimate of the capacity of the softwood lumber industry in Alaska. In the procedure, industry capacity is assumed to reflect an upper limit to the annual market demand for timber and depends on the short-run performance of the various firms owning the mills. This approach acknowledges that the short-term objective for most manufacturers is to use their existing capital to maximize profits or minimize losses. For example, a sawmill owner may change the amount of wood processed or the number of shifts employed, but will generally not invest large sums of money or enter or exit a market on the basis of short-run performance. In the short run, a firm may even continue to operate at a loss as long as the variable costs of production can be covered. Under these conditions, resource demand tends to be fairly inelastic. That is, the existing mills will absorb a relatively wide range of prices before making significant changes in the volume of timber purchased.

The purpose of this report is to document the development of the capacity and capacity utilization estimates for the major softwood sawmills in southeast Alaska. Various definition issues will be discussed as well as some limitations of the estimates.

## Defining What Is Needed

The equation below shows how the relationship between manufacturing capability and raw material supply can be used to estimate theoretical timber consumption levels for the industry.

Timber consumption:

$$e = (a \times b/c)\, d,$$

---

[2] There are three definitions of volumes used with Forest Service sales. First, there is the volume appraised and offered for sale. Once sold, this is referred to as the sold volume. When this timber is harvested, it is referred to as the cut volume. Forest Service timber sale contracts are typically multiyear so that volume sold but not yet harvested is referred to as uncut volume under contract.

where

$a$ = installed and operable processing capacity,

$b$ = industry rate of capacity utilization,

$c$ = percentage of usable wood in average timber sale,

$d$ = share of industry raw material provided by the Tongass, and

$e$ = timber consumption.

The following sections provide more detail on the data and assumptions used to determine the initial values for each of these parameters.

## Installed and Operable Sawmill Capacity

Processing capacity can be measured and reported in various ways, including:

- Design capacity. This is the maximum output that can possibly be attained.
- Actual output. This is the output actually achieved. It cannot exceed design capacity and is often less than design capacity because of machinery breakdowns, employee absenteeism, defective output, shortage of materials, and other problems outside the control of management (Stevenson 1986).

By referring to various industry and government sources, one can get a general sense of mill capacity in southeast Alaska; however, it is not always clear what the available data represent. Some mills report end-product output vs. log input; others report design capacity vs. effective capacity. Consequently, there is a need for the systematic collection of information on the effective capacity of the wood product manufacturers in the region.

Industry experts estimate the design capacity of a sawmill or other wood processing facility by looking at the installed equipment. The industry standard is to estimate log volume consumption during 500 eight-hour shifts per year. Double shifts do not necessarily double the design mill capacity as the evening shift may resaw material rejected by the day shift. Given this precise standardization of capacity, most operators, in consultation with knowledgeable specialists, can come up with a reasonable figure for design mill capacity.

Because the emphasis here is on the short-run operating decisions of existing firms, capacity estimates for inoperable or incomplete facilities are not included. When evidence suggests that new wood processing facilities (or expansions to existing mills) are moving past the planning stage to become viable wood processing entities (e.g., demonstrated financial commitment, lease or purchase of mill site, environmental permits approved, etc.) then capacity figures will be increased accordingly. Conversely, permanent mill closures with dismantling of equipment will trigger a downward adjustment in the reported industry capacity.

Table 1 presents a summary of basic mill information for the established 20

3

Table 1—Basic mill information

| Mill name | Location | Description | Status | Number of employees |
|---|---|---|---|---|
| Icy Straits Lumber Co. | Hoonah | Conventional carriage, circle saw headrig, edger, trim saw, log debarker and merchandizer | 2000–active<br>2001–active<br>2002–active | 18<br>18<br>3 |
| Viking Lumber Co. | Craig | Conventional carriage, band saw headrig, linebar and gang resaws, edgers, trim saw, log debarker and merchandizer, end-dogging circle saw scragg | 2000–active<br>2001–active<br>2002–active | 33<br>33<br>45 |
| D&L Woodworks | Hoonah | Portable band saw mill and portable circle saw mill | 2000–active<br>2001–active<br>2002–active | 2<br>2.5<br>2 |
| Gateway Forest Products (lumber) | Ketchikan | | 2000–active<br>2001–idle<br>2002–closed | 74<br>0 |
| Gateway Forest Products (veneer) | Ketchikan | Rotary veneer mill, log debarker and merchandizer | 2000–under construction<br>2001–active<br>2002–idle | <br>34<br>0 |
| Northern Star Cedar | Thorne Bay | Portable circle saw mill and shake/shingle mills; additional heavy duty portable circle mill | 2000–active<br>2001–active<br>2002–active | 8<br>8<br>8 |
| Herring Bay Lumber | Ketchikan | Conventional carriage, circle saw headrig, resaw edger, trim saw | 2000–active<br>2001–idle<br>2002–idle | 9<br>0<br>0 |
| Alaska Fibre | Petersburg | Portable circle saw mill, horizontal band resaw, edger | 2000–active<br>2001–active<br>2002–active | 2<br>2<br>2 |
| Southeast Alaska Wood Products | Petersburg | Two portable circle saw mills, trim saw | 2000–active<br>2001–active<br>2002–active | 4<br>3<br>3 |
| Thorne Bay Wood Products | Thorne Bay | Portable circle saw mill, trim saw | 2000–active<br>2001–active<br>2002–active | 4.5<br>4.5<br>5 |
| Annette Island Sawmill (KPC) | Metlakatla | Conventional carriage, single cut band saw headrig, linebar resaw, gang edger/resaw, edger, trim saw, log debarker and merchandizer | 2000–idle<br>2001–idle<br>2002–idle | 0<br>0<br>0 |
| Metlakatla Forest Products | Metlakatla | | 2000–active<br>2001–idle<br>2002–closed | 25 sgl.[a]<br>0<br>0 |
| Thuja Plicata Lumber | Thorne Bay | Portable circle saw mill and shake/shingle mill | 2000–active<br>2001–active<br>2002–idle | 7<br>7<br>0 |

Table 1—Basic mill information (continued)

| Mill name | Location | Description | Status | Number of employees |
|---|---|---|---|---|
| Porter Lumber Co. | Thorne Bay | Conventional carriage, circle saw headrig, gang resaw edger, trim saw and portable circle saw mill | 2000–active<br>2001–active<br>2002–active | 9<br>9<br>3 |
| Silver Bay, Inc. | Wrangell | Conventional carriages, band saw headrigs, linebar resaw edgers, trim saw, log debarker and merchandizer, planer mill | 2000–active<br>2001–active<br>2002–active | 55<br>55<br>38–45 |
| W.R. Jones and Son Lumber Co. | Craig | Portable circle saw mill, dry kiln, planer mill | 2000–active<br>2001–active<br>2002–active | 2<br>2<br>2.5 |
| Kasaan Mountain Lumber and Log | Kasaan | Conventional carriage, circle saw headrig, circle saw linebar resaw, edger, debarker | 2000–active<br>2001–idle<br>2002–idle | 15<br>0<br>0 |
| The Mill | Petersburg | Four portable circle saw mills | 2000–idle<br>2001–active<br>2002–idle | 0<br>6<br>0 |
| Pacific Log and Lumber | Ketchikan | Two conventional carriage mills with circle saw headrigs, horizontal band resaw, edger, trim saw, log debarker and merchandizer | 2000–active<br>2001–active<br>2002–active | 43<br>43<br>43 |
| Chilkoot Lumber Co. | Haines | Conventional carriage, 8-ft band headrig, 6-ft and 7-ft band resaws, debarker, chipper, edger, etc. | 2000–idle<br>2001–idle<br>2002–idle | 0<br>0<br>0 |

*a* sgl. = single shift.

mills operating during the 2000–2002 period. These data were obtained from a variety of sources including directories, interviews with mill owners and managers, and onsite examination.

## Industry Rate of Capacity Utilization

In theory, with complete knowledge of the production functions, markets, and profit objectives for the sawmills listed in table 1, the rate of capacity utilization could be estimated by dividing the actual production by the estimate of design capacity.

## Mill Capacity and Utilization Study

During spring 2001 and 2003, information was gathered on sawmill capacity and utilization directly from producers in southeast Alaska. Sampling was conducted onsite in 80 percent of cases with the remainder conducted via telephone interviews. In all, 20 producers, usually the largest and most active, were surveyed.

The best available information (documented in table 2) was used to arrive at design capacity for CY 2000 and CY 2002.

Data collected consisted of the following items:

- Mill name
- Owner's name(s)
- Mill location
- Mill description
- Estimated mill capacity
- Actual mill production
- Mill employment
- Mill classification
- Percentage over- or under-run
- Source(s) of logs processed by the mill
- Products produced
- Market information

Additional tables were established to display mill production by species (table 3), mill production by product (table 4), sources of logs processed (table 5), and destination of products manufactured (table 6).

## Discussion

The estimated mill capacity in southeast Alaska for CY 2000 was 501,850 thousand board feet (MBF) (log scale) and for CY 2002 was 453,850 MBF (log scale). The actual production by these mills for CY 2000 was 87,117 MBF (log scale) and for CY 2002 was 39,801 MBF (log scale). The capacity was determined by interviews with the managers of 15 active sawmills, 4 idle mills, and 1 mill under construction in CY 2000. In CY 2002, there were 11 active mills and 7 idle mills (table 1). The mill that was under construction in CY 2000 was idle in CY 2002.

Before this report could be published, there were major changes in the established sawmill industry in Alaska that affected how these industries responded to willingness and ability to purchase and utilize the quality and quantity of timber being offered for sale. One of the larger sawmills has been sold, a medium-size mill has been sold and removed from Alaska, and a second large mill will not be operating again unless there is great improvement in the economics of either the processing or markets of products. The markets, both domestic and export, for softwood logs and sawn products from Alaska have been depressed for several years.

## Conclusion

The recent changes in capacity and production information gathered from the southeast Alaska industry demonstrate the need to monitor annual changes. This is consistent with the direction in the Tongass Land Management Plan. Such a plan would serve as a monitor if the volume of timber offered each year (1) allows existing mills to operate at a level consistent with market conditions, (2) provides for the opening of new timber processing facilities or expansion of existing facilities, and (3) will be purchased when offered.

Table 2—Estimated mill capacity and actual mill production for southeast Alaska, calendar years (CYs) 2000 and 2002

| Mill name | Estimated mill capacity[a] | | Actual mill production[b] | | Utilization of installed capacity | |
|---|---|---|---|---|---|---|
| | CY 2000 | CY 2002 | CY 2000 | CY 2002 | CY 2000 | CY 2002 |
| | ---------- Thousand board feet, log scale ---------- | | | | -------- Percent ------- | |
| Icy Straits Lumber Co. | 20,000 | 20,000 | 5,000 | 450 | 25.00 | 2.25 |
| Viking Lumber Co. | 60,000 | 80,000 | 13,000 | 17,000 | 21.67 | 21.25 |
| D&L Woodworks | 1,750 | 1,750 | 625 | 250 | 35.71 | 14.29 |
| Gateway Forest Products (lumber) | 50,000 | — | 19,000 | — | 38.00 | — |
| Gateway Forest Products (veneer) | 30,000 | 30,000 | 0 | 0 | 0 | 0 |
| Northern Star Cedar | 7,500 | 14,500 | 2,500 | 2,000 | 33.33 | 13.79 |
| Herring Bay Lumber | 10,000 | 10,000 | 0 | 0 | 0 | 0 |
| Alaska Fibre | 1,500 | 1,500 | 200 | 80 | 13.33 | 5.33 |
| Southeast Alaska Wood Products | 4,500 | 4,500 | 1,000 | 350 | 22.22 | 7.78 |
| Thorne Bay Wood Products | 5,000 | 5,000 | 750 | 800 | 15.00 | 16.00 |
| Annette Island Sawmill (KPC) | 70,000 | 70,000 | 0 | 0 | 0 | 0 |
| Metlakatla Forest Products | 25,000 | — | 0 | — | 0 | — |
| Thuja Plicata Lumber | 7,500 | 7,500 | 3,000 | 0 | 40.00 | 0 |
| Porter Lumber Co. | 11,000 | 11,000 | 4,200 | 250 | 38.18 | 2.27 |
| Silver Bay, Inc. | 65,000 | 65,000 | 13,642 | 12,530 | 20.99 | 19.28 |
| W.R. Jones and Son Lumber Co. | 1,000 | 1,000 | 600 | 400 | 60.00 | 40.00 |
| Kasaan Mountain Lumber and Log | 15,000 | 15,000 | 7,000 | 0 | 46.67 | 0 |
| The Mill | 8,500 | 8,500 | 7,200 | 0 | 84.71 | 0 |
| Pacific Log and Lumber | 33,600 | 33,600 | 9,400 | 5,591.6 | 27.98 | 16.64 |
| Chilkoot Lumber Co. | 75,000 | 75,000 | 0 | 0 | 0 | 0 |
| Total | 501,850 | 453,850 | 87,117 | 39,701.6 | Average 17.36 | Average 8.75 |

— = mill closed.

[a] Estimated mill capacity is an estimate of the processing capability of the mill based on the amount of net saw-log volume (Scribner log scale) that could be processed by the mill, as currently configured, during a standard 250-day year, two shifts per day operating schedule, not limited by availability of employment, raw materials, or market.

[b] Actual mill production is the net saw-log volume (Scribner log scale) that received primary manufacture during the CY 2000. This is the actual net saw-log volume used during the year to manufacture sawn products.

*Estimating Sawmill Processing Capacity for Tongass Timber*

8

Table 3—Mill production by species

| Mill name | Actual mill production | | Sitka spruce[a] | | Western hemlock[b] | | Western redcedar[c] | | Alaska yellow-cedar[d] | | Other | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CY 2000 | CY 2002 | CY 2000 | CY 2002 | CY 2000 | CY 2002 | CY 2000 | CY 2002 | CY 2000 | CY 2002 | CY 2000 | CY 2002 |
| | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Thousand board feet, log scale - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | | | | | | | | | | |
| Icy Straits Lumber Co. | 5,000 | 450.0 | 1,500.0 | 225.0 | 3,250.00 | 225.0 | 0 | 0 | 250.00 | 0 | 0 | 0 |
| Viking Lumber Co. | 13,000 | 17,000.0 | 4,964.0 | 5,000.0 | 7,248.00 | 10,000.0 | 788.0 | 2,000.0 | 0 | 0 | 0 | 0 |
| D&L Woodworks | 625 | 250.0 | 312.5 | 150.0 | 156.25 | 25.0 | 0 | 0 | 156.25 | 75.0 | 0 | 0 |
| Gateway Forest Products (lumber) | 19,000 | — | 5,214.0 | — | 13,000.00 | — | 786.0 | — | 0 | — | 0 | — |
| Gateway Forest Products (veneer) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Northern Star Cedar | 2,500 | 2,000.0 | 50.0 | 110.0 | 80.00 | 110.0 | 2,320.0 | 1,780.0 | 50.00 | 0 | 0 | 0 |
| Herring Bay Lumber | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Alaska Fibre | 200 | 80.0 | 45.0 | 40.0 | 45.00 | 17.6 | 0 | 6.4 | 100.00 | 16.0 | 10.0 | 0 |
| Southeast Alaska Wood Products | 1,000 | 350.0 | 200.0 | 168.0 | 750.00 | 168.0 | 0 | 0 | 50.00 | 14.0 | 0 | 0 |
| Thorne Bay Wood Products | 750 | 800.0 | 520.0 | 240.0 | 100.00 | 80.0 | 80.0 | 40.0 | 50.00 | 440.0 | 0 | 0 |
| Annette Island Sawmill (KPC) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Metlakatla Forest Products | 0 | — | 0 | — | 0 | — | 0 | — | 0 | — | 0 | — |
| Thuja Plicata Lumber | 3,000 | 0 | 0 | 0 | 0 | 0 | 2,000.0 | 0 | 1,000.00 | 0 | 0 | 0 |
| Porter Lumber Co. | 4,200 | 250.0 | 1,050.0 | 125.0 | 2,940.00 | 0 | 126.0 | 100.0 | 84.00 | 25.0 | 0 | 0 |
| Silver Bay, Inc. | 13,642 | 12,530.0 | 4,776.0 | 4,860.0 | 6,830.60 | 6,357.4 | 1,346.9 | 730.5 | 688.40 | 582.1 | 0 | 0 |
| W.R. Jones and Son Lumber Co. | 600 | 400.0 | 30.0 | 20.0 | 150.00 | 100.0 | 360.0 | 240.0 | 60.00 | 40.0 | 0 | 0 |
| Kasaan Mountain Lumber and Log | 7,000 | 0 | 1,750.0 | 0 | 4,550.00 | 0 | 350.0 | 0 | 350.00 | 0 | 0 | 0 |
| The Mill | 7,200 | 0 | 1,920.0 | 0 | 5,280.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pacific Log and Lumber | 9,400 | 5,591.6 | 3,126.0 | 616.6 | 5,622.00 | 4,332.7 | 652.0 | 456.5 | 0 | 0 | 0 | 185.8 |
| Chilkoot Lumber Co. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 87,117 | 39,701.6 | 25,457.5 | 11,554.6 | 50,001.85 | 21,415.7 | 8,808.9 | 5,353.4 | 2,838.65 | 1,192.1 | 10.0 | 185.8 |

— = mill closed.
[a] Sitka spruce (*Picea sitchensis* (Bong.) Carr.).
[b] Western hemlock (*Tsuga heterophylla* (Raf.) Sarg.).
[c] Western redcedar (*Thuja plicata* Donn. ex D. Don)
[d] Alaska yellow-cedar (*Chamaecyparis nootkatensis* (D. Don) Spach).

RESEARCH NOTE PNW-RN-545

Table 4—Mill production by product, calendar years (CYs) 2000 and 2002

| Mill name | Actual mill production | | Lumber | | Cants | | Other | |
|---|---|---|---|---|---|---|---|---|
| | CY 2000 | CY 2002 | CY 2000 | CY 2002 | CY 2000 | CY 2002 | CY 2000 | CY 2002 |
| | ---------- Thousand board feet ---------- | | | | | | | |
| Icy Straits Lumber Co. | 5,000 | 450 | 0 | 450 | 0 | 0 | 5,000 | 0 |
| Viking Lumber Co. | 13,000 | 17,000 | 8,430.0 | 17,000 | 4,570.0 | 0 | 0 | 0 |
| D&L Woodworks | 625 | 250 | 625.0 | 250 | 0 | 0 | 0 | 0 |
| Gateway Forest Products (lumber) | 19,000 | — | 19,000.0 | — | 0 | — | 0 | — |
| Gateway Forest Products (veneer) | 0 | 0 | 0 | 0. | 0 | 0 | 0 | 0 |
| Northern Star Cedar | 2,500 | 2000 | 180.0 | 220 | 0 | 0 | 2,320 | 1,780 |
| Herring Bay Lumber | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Alaska Fibre | 200 | 80 | 200.0 | 80 | 0 | 0 | 0 | 0. |
| Southeast Alaska Wood Products | 1,000 | 350 | 1,000.0 | 350 | 0 | 0 | 0 | 0 |
| Thorne Bay Wood Products | 750 | 800 | 750.0 | 800 | 0 | 0 | 0 | 0 |
| Annette Island Sawmill (KPC) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Metlakatla Forest Products | 0 | — | 0 | — | 0 | — | 0 | — |
| Thuja Plicata Lumber | 3,000 | 0 | 3,000.0 | 0 | 0 | 0 | 0 | 0 |
| Porter Lumber Co. | 4,200 | 250 | 4,200.0 | 250 | 0 | 0 | 0 | 0 |
| Silver Bay, Inc. | 13,642 | 12,530 | 6,777.5 | 12,530 | 6,864.5 | 0 | 0 | 0 |
| W.R. Jones and Son Lumber Co. | 600 | 400 | 600.0 | 400 | 0 | 0 | 0 | 0 |
| Kasaan Mountain Lumber and Log | 7,000 | 0 | 2,100.0 | 0 | 4,900.0 | 0 | 0 | 0 |
| The Mill | 7,200 | 0 | 1,704.0 | 0 | 5,496.0 | 0 | 0 | 0 |
| Pacific Log and Lumber | 9,400 | 5,591.6 | 9,400.0 | 5,041.6 | 0 | 550 | 0 | 0 |
| Chilkoot Lumber Co. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0. |
| Total | 87,117 | 39,701.6 | 57,966.5 | 37,371.6 | 21,830.5 | 550 | 7,320 | 1,780 |

— = mill closed.

9

10

RESEARCH NOTE PNW-RN-545

Table 5—Sources of logs processed (source of logs included in actual mill production), calendar years (CYs) 2000 and 2002

| Mill name | National forest CY 2000 | National forest CY 2002 | Other federal CY 2000 | Other federal CY 2002 | State of Alaska CY 2000 | State of Alaska CY 2002 | Private Native CY 2000 | Private Native CY 2002 | Private other CY 2000 | Private other CY 2002 | Import CY 2000 | Import CY 2002 | Total CY 2000 | Total CY 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Thousand board feet | | | | | | | |
| Icy Straits Lumber Co. | 4,900 | 351 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 99 | 0 | 0 | 5,000 | 450 |
| Viking Lumber Co. | 13,000 | 14,501 | 0 | 0 | 0 | 2,499 | 0 | 0 | 0 | 0 | 0 | 0 | 13,000 | 17,000 |
| D&L Woodworks | 625 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 625 | 250 |
| Gateway Forest Products (lumber) | 18,430 | — | 0 | — | 570 | — | 0 | — | 0 | — | 0 | — | 19,000 | — |
| Gateway Forest Products (veneer) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Northern Star Cedar | 1,875 | 40 | 0 | 0 | 500 | 1,960 | 125 | 0 | 0 | 0 | 0 | 0 | 2,500 | 2,000 |
| Herring Bay Lumber | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Alaska Fibre | 40 | 80 | 0 | 0 | 150 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 200 | 80 |
| Southeast Alaska Wood Products | 500 | 0 | 0 | 0 | 500 | 350 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000 | 350 |
| Thorne Bay Wood Products | 225 | 480 | 0 | 0 | 5178 | 240 | 0 | 0 | 7 | 80 | 0 | 0 | 750 | 800 |
| Annette Island Sawmill (KPC) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Metlakatla Forest Products | 0 | — | 0 | — | 0 | — | 0 | — | 0 | — | 0 | — | 0 | — |
| Thuja Plicata Lumber | 3,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,000 | 0 |
| Porter Lumber Co. | 3,700 | 225 | 0 | 0 | 449 | 0 | 0 | 0 | 50 | 25 | 0 | 0 | 4,200 | 250 |
| Silver Bay, Inc. | 12,687 | 12,530 | 0 | 0 | 941 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 13,642 | 12,530 |
| W.R. Jones and Son Lumber Co. | 240 | 100 | 0 | 60 | 210 | 20 | 150 | 0 | 0 | 220 | 0 | 0 | 600 | 400 |
| Kasaan Mountain Lumber and Log | 7,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,000 | 0 |
| The Mill | 6,480 | 0 | 0 | 0 | 504 | 0 | 0 | 0 | 216 | 0 | 0 | 0 | 7,200 | 0 |
| Pacific Log and Lumber | 7,520 | 559 | 0 | 0 | 1,880 | 5,032 | 0 | 0 | 0 | 0 | 0 | 0 | 9,400 | 5,592 |
| Chilkoot Lumber Co. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 80,222 | 29,116 | 0 | 60 | 6,222 | 10,101 | 275 | 0 | 397 | 424 | 0 | 0 | 87,117 | 39,702 |

— = mill closed.

Table 6—Destination of products manufactured from volume in actual mill production, calendar years (CYs) 2000 and 2002

| Mill name | Alaska CY 2000 | Alaska CY 2002 | Other U.S. States CY 2000 | Other U.S. States CY 2002 | Canada CY 2000 | Canada CY 2002 | Pacific Rim CY 2000 | Pacific Rim CY 2002 | Total CY 2000 | Total CY 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Thousand board feet | | | | | |
| Icy Straits Lumber Co. | 1,500.0 | 450.0 | 3,500.0 | 0 | 0 | 0 | 0 | 0 | 5,000.0 | 450.0 |
| Viking Lumber Co. | 0 | 0 | 1,430.0 | 13,600.0 | 0 | 0 | 11,570.0 | 3,400.0 | 13,000.0 | 17,000.0 |
| D&L Woodworks | 312.5 | 162.5 | 312.5 | 87.5 | 0 | 0 | 0 | 0 | 625.0 | 250.0 |
| Gateway Forest Products (lumber) | 0 | — | 19,000 | — | 0 | — | 0 | — | 19,000.0 | — |
| Gateway Forest Products (veneer) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Northern Star Cedar | 125.0 | 100.0 | 2,375.0 | 1,900.0 | 0 | 0 | 0 | 0 | 2,500.0 | 2,000.0 |
| Herring Bay Lumber | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Alaska Fibre | 170.0 | 80.0 | 30.0 | 0 | 0 | 0 | 0 | 0 | 200.0 | 80.0 |
| Southeast Alaska Wood Products | 200.0 | 320.0 | 800.0 | 30.0 | 0 | 0 | 0 | 0 | 1,000.0 | 350.0 |
| Thorne Bay Wood Products | 180.0 | 240.0 | 510.0 | 80.0 | 0 | 480.0 | 60.0 | 0 | 750.0 | 800.0 |
| Annette Island Sawmill (KPC) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Metlakatla Forest Products | 0 | — | 0 | — | 0 | — | 0 | — | 0 | — |
| Thuja Plicata Lumber | 600.0 | 0 | 2,370.0 | 0 | 0 | 0 | 30.0 | 0 | 3,000.0 | 0 |
| Porter Lumber Co. | 3,780.0 | 250.0 | 420.0 | 0 | 0 | 0 | 0 | 0 | 4,200.0 | 250.0 |
| Silver Bay, Inc. | 0 | 0 | 8,185.2 | 9,397.5 | 2,046.3 | 0 | 3,410.5 | 3,132.5 | 13,642.0 | 12,530.0 |
| W.R. Jones and Son Lumber Co. | 360.0 | 240.0 | 240.0 | 160.0 | 0 | 0 | 0 | 0 | 600.0 | 400.0 |
| Kasaan Mountain Lumber and Log | 0 | 0 | 3,500.0 | 0 | 0 | 0 | 3,500.0 | 0 | 7,000.0 | 0 |
| The Mill | 720.0 | 0 | 4,752.0 | 0 | 1,728.0 | 0 | 0 | 0 | 7,200.0 | 0 |
| Pacific Log and Lumber | 188.0 | 0 | 6,862.0 | 5,591.6 | 0 | 0 | 2,350.0 | 0 | 9,400.0 | 5,591.6 |
| Chilkoot Lumber Co. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 8,135.5 | 1,842.5 | 54,286.7 | 30,846.6 | 3,774.3 | 480.0 | 20,920.5 | 6,532.5 | 87,117.0 | 39,701.6 |

— = mill closed.

## Literature Cited

Alaska National Interest Lands Conservation Act of 1980 [ANILCA]; Act of December 2; 94 Stat. 2457; 16 U.S.C. 3210. P.L. 96–487.

National Forest Management Act of 1976 [NFMA]; Act of October 22, 1976; 16 U.S.C. 1600.

Stevenson, W.J. 1986. Production/operations management. 3rd ed. Chicago, IL: Irwin/McGraw-Hill, Inc. 827 p.

Tongass Timber Reform Act of 1980 [TTRA]. Public Law 101-626, 104 Stat. 4426.

U.S. Department of Agriculture, Forest Service. 1997. Tongass land and resource management plan revision record of decision. R10-MB-338a. Federal Register. Juneau, AK: Alaska region. 37 p.

The **Forest Service** of the U.S. Department of Agriculture is dedicated to the principle of multiple use management of the Nation's forest resources for sustained yields of wood, water, forage, wildlife, and recreation. Through forestry research, cooperation with the States and private forest owners, and management of the National Forests and National Grasslands, it strives—as directed by Congress—to provide increasingly greater service to a growing Nation.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, or marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 14th and Independence Avenue, SW, Washington, DC 20250-9410 or call (202) 720-5964 (voice and TDD). USDA is an equal opportunity provider and employer.

USDA is committed to making its information materials accessible to all USDA customers and employees.

| Pacific Northwest Research Station | |
|---|---|
| Web site | http://www.fs.fed.us/pnw |
| Telephone | (503) 808-2592 |
| Publication requests | (503) 808-2138 |
| FAX | (503) 808-2130 |
| E-mail | pnw_pnwpubs@fs.fed.us |
| Mailing address | Publications Distribution<br>Pacific Northwest Research Station<br>P.O. Box 3890<br>Portland, OR 97208-3890 |

U.S. Department of Agriculture
Pacific Northwest Research Station
333 SW First Avenue
P.O. Box 3890
Portland, OR 97208-3890

Official Business
Penalty for Private Use, $300

Case 1:04-cv-00029-JKS    Document 115-7    Filed 07/30/2007    Page 16 of 20

Document for Threemile Planning Record

Planning Record Number _____
(Do not fill in this space)
04.00.00

Document Date Spring 2007    File Number 08 d

Document Type: (Check one)

____ Book            ____ Article/Clipping       _X_ Agency Study

____ Letter          ____ Memo                   ____ Numerical Data

____ Map             ____ Other _____

Title  Installed (Saw) mill Capacity Estimate for SE AK

Publisher/Agency _____

Author  Parrent

# of Pages to Place in the Planning Record:  4

Actual # of Pages in the book or magazine:  4

Short Summary of the Information Referenced:
updates installed mill capacity and standardizes production estimates

Keywords: _____

Exempt from FOIA requests: ___ yes  _X_ no

Submitted by: Sever

## Installed [Saw] Mill Capacity Estimate for Southeast Alaska

New procedures were developed for gathering and evaluating the demand for Tongass timber in 2001. In that year, Bob Housley, Ken Kilborn and I collected field data from 19 sawmills in southeast Alaska. Preliminary analysis of the data estimated the installed [saw] mill capacity at **438,475,000** board feet. That estimate has since changed for two reasons:

1. We overlooked the large sawmill installation in Haines. Even though the mill has been idle for a number of years, the equipment is still "installed". Inclusion of Chilkoot Lumber Co. brings the number of mills to 20 and increases the estimate of installed capacity by 75 million board feet.

2. While conducting the 2003 survey, Ken and I realized some inconsistencies in the reported production capacity estimates provided by various producers, especially for smaller installations. To reconcile these differences, Ken and I developed standardized production estimates so that our results would be consistent and repeatable. Those standard estimates can be found in Table 1.

Table 1. Standard Sawmill Capacity (Production) Estimates

| Sawmill Type | Auxiliary Equipment | Production Estimate* | Installed Capacity** |
|---|---|---|---|
| Portable band - manual | None | 600 | 300,000 |
| Portable band - auto | None | 1,500 | 750,000 |
| Portable band - auto | Edger | 2,000 | 1,000,000 |
| Mobile Dimension | None | 2,000 | 1,000,000 |
| Mobile Dimension | Band resaw | 3,000 | 1,500,000 |
| Mobile Dimension | Auto Log Deck/turner | 4,000 | 2,000,000 |
| Mobile Dimension, electric | Auto Log deck/lumber deck/green chain | 10,000 | 5,000,000 |
| Mighty Mite | None | 5,000 | 2,500,000 |
| Mighty Mite | Auto Log Deck | 6,000 | 3,000,000 |
| Small auto circle mill | Edger, offbearer | 20,000 | 10,000,000 |
| Medium auto circle mill | Edger, offbearer, conveyors | 30-50,000 | 15-25,000,000 |
| Large auto circle mill | Above plus trim saw and green chain | Over 50,000 | Over 25,000,000 |
| Large band mills | Above plus resaws | 100,000 + | 50,000,000 + |

* board feet per single 8-hour shift     ** 500 shifts per year

Based on the changes discussed above, the revised estimate of installed capacity for calendar year 2000 now stands at **501,850,000** board feet (Scribner log scale). Actual production in CY2000 was estimated at **87,117,000** bd.ft. (Scribner log scale) or about 17.36 percent of installed capacity.

In 2003 Ken Kilborn and I collected field data from the same population of sawmills in southeast Alaska, with two exceptions: the Gateway Forest Products sawmill and Metlakatla Forest Products. In both cases the mills have been closed and the equipment has been "un-installed". The loss of these two facilities resulted in an installed capacity reduction of 75 million board feet. Countering that loss somewhat was the expanded capacity at Viking Lumber Co. in Craig and Northern Star Cedar in Thorne Bay. The combined installed capacity increase at these two facilities amounts to 27 million board feet. The overall net loss was 48 million board feet which brought the calendar year 2002 installed capacity estimate down to **453, 850,000** board feet (Scribner log rule). Actual production in CY2002 was estimated at **39,801,600** bd.ft. (Scribner log scale) or about 8.77 percent of installed capacity.

Daniel Parrent
Juneau Economic Development Council/Wood Products Development
204 Siginaka Way
Sitka, AK  99835
Telephone: (907) 747-5688
Email: dparrent@ptialaska.net

# CAUTION: PRELIMINARY DATA
## Timber Demand Assessment for Southeast Alaska for Calendar Year 2000
### A Summary of Field Data Collected From 20 Sawmills in Southeast Alaska
NOTE: This summary does not include any estimate of data for mills not actually surveyed.

| | | |
|---|---|---|
| 5. Estimated mill capacity (log scale, mbf): | 501,850.0 | **Revised 10/16/03** |
| 6. Actual mill production (log scale, mbf): | 87,117.0 | |
| 7. Mill employees: | 321.0 | |
| 8. Mill classification: | | |
| 9. Percent over-run or under-run | | |

### 10. Source of logs processed by the mill:

| National Forest | Other Federal | State of Alaska | Private Native | Private Other | Import | Total |
|---|---|---|---|---|---|---|
| Source of volume included in actual mill production (percent) | | | | | | |
| 92.1 | 0.0 | 7.1 | 0.3 | 0.5 | 0.0 | 100 |
| Source of volume NOT included in actual mill production (percent) | | | | | | |
| 98.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 100 |

### 11. Product

| | SS | H | WRC | AYC | Other | Total |
|---|---|---|---|---|---|---|
| Primary manufactured product and volume by species included in actual production | | | | | | |
| Lumber | 13761.2 | 36191.6 | 6176.2 | 1827.6 | 10.0 | 57966.5 |
| Cants | 10196.3 | 10560.3 | 312.7 | 761.1 | 0.0 | 21830.5 |
| (sawn) | 1500.0 | 3250.0 | 2320.0 | 250.0 | 0.0 | 7320.0 |
|  | 25457.5 | 50001.9 | 8808.9 | 2838.7 | 10.0 | 87117.0 |
| Primary manufactured product and volume by species NOT included in actual mill production | | | | | | |
| Chip util. | 4793.0 | 22059.0 | 0.0 | 0.0 | 0.0 | 26852.0 |
| Chip saw. | 3321.0 | 14233.0 | 478.0 | 0.0 | 0.0 | 18032.0 |
|  | 8114.0 | 36292.0 | 478.0 | 0.0 | 0.0 | 44884.0 |
| Volume of round logs exported from NF timber sales by species (indicate sawlog (S) or Utility (U) log | | | | | | |
| Lower 48 | 350.0 | 1260.0 | 3524.0 | 0.0 | 0.0 | 5134.0 |
| Canada | 1475.5 | 6464.5 | 256.0 | 0.0 | 0.0 | 8196.0 |
| Pacific Rim | 0.0 | 0.0 | 4465.0 | 9727.0 | 0.0 | 14192.0 |
|  | 1825.5 | 7724.5 | 8245.0 | 9727.0 | 0.0 | 27522.0 |

### 12. Markets

| Alaska | Cont. U.S. | Canada | Pacific Rim | | | Total | |
|---|---|---|---|---|---|---|---|
| Destination of products manufactured from volume included in actual mill production | | | | | | | |
| 9.3 | 62.3 | 4.3 | 24.0 | 0 | 0 | 100.0 | percent |
| 8135.5 | 54286.7 | 3774.3 | 20920.5 | 0 | 0 | 87117 | mbf |
| Destination of products manufactured from non-sawlog volume (percent) | | | | | | | |
| 7.1 | 61.6 | 31.3 | 0.0 | 0.0 | 0.0 | 100.0 | percent |
| 3289.728 | 28374 | 14415.272 | 0 | 0 | 0 | 46079 | mbf |
| Destination of round logs exported from NF timber sales (indicate sawlog (S) or utility (U) log) percent | | | | | | | |
| 0.0 | 21.5 | 28.1 | 45.5 | 4.9 | 0.0 | 100.0 | percent |
| 0 | 5908 | 7747 | 12519 | 1348 | 0 | 27522 | mbf |

**Field data collected during on-sites visits and telephone interviews in March and April 2001 by:**
  Bob Housley, Appraisal Specialist, USDAFS, Region 10, Juneau, AK
  Ken Kilborn, Team Leader, USDAFS PNW Alaska Wood Utilization R&D Center, Sitka, AK
  Dan Parrent, Wood Utilization Specialist, Juneau Economic Development Council, Sitka, AK

# CAUTION: PRELIMINARY DATA

## Timber Demand Assessment for Southeast Alaska for Calendar Year 2002
### A Summary of Field Data Collected From 18 Sawmills in Southeast Alaska
NOTE: This summary does not include any estimate of data for mills not actually surveyed.

| | |
|---|---|
| 5. Estimated mill capacity (log scale, mbf): | 453,850.0 |
| 6. Actual mill production (log scale, mbf): | 39,801.6 |
| 7. Mill employees: | 159.5 |
| 8. Mill classification: | |
| 9. Percent over-run or under-run | |

**10. Source of logs processed by the mill:**

| National Forest | Other Federal | State of Alaska | Private Native | Private Other | Import | Total |
|---|---|---|---|---|---|---|
| Source of volume included in actual mill production (percent) | | | | | | |
| 73.4 | 0.2 | 25.4 | 0.0 | 1.1 | 0.0 | 100 |
| Source of volume NOT included in actual mill production (percent) | | | | | | |
| 99.4 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 100 |

**11. Product**

| 11. Product | SS | H | WRC | AYC | Other | Total |
|---|---|---|---|---|---|---|
| Primary manufactured product and volume by species included in actual production | | | | | | |
| Lumber | 11004.6 | 21415.7 | 5353.4 | 1192.1 | 285.8 | 39251.6 |
| Cants | 550.0 | 0.0 | 0.0 | 0.0 | 0.0 | 550.0 |
| (sawn) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
|  | 11554.6 | 21415.7 | 5353.4 | 1192.1 | 285.8 | 39801.6 |
| Primary manufactured product and volume by species NOT included in actual mill production | | | | | | |
| Chip util. | 3212.0 | 5304.0 | 385.0 | 257.5 | 0.0 | 9158.5 |
| Chip saw. | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
|  | 3217.0 | 5304.0 | 385.0 | 257.5 | 0.0 | 9163.5 |
| Volume of round logs exported from NF timber sales by species (indicate sawlog (S) or Utility (U) log | | | | | | |
| Lower 48 | 0.0 | 0.0 | 0.0 | 381.0 | 0.0 | 381.0 |
| Canada | 255.0 | 1784.0 | 0.0 | 0.0 | 0.0 | 2039.0 |
| Pacific Rim | 50.0 | 863.0 | 0.0 | 1607.0 | 0.0 | 2520.0 |
|  | 305.0 | 2647.0 | 0.0 | 1988.0 | 0.0 | 4940.0 |

**12. Markets**

| Alaska | Cont. U.S. | Canada | Pacific Rim | | | Total | |
|---|---|---|---|---|---|---|---|
| Destination of products manufactured from volume included in actual mill production | | | | | | | |
| 4.9 | 77.5 | 1.2 | 16.4 | 0 | 0 | 100.0 | percent |
| 1942.499995 | 30846.6 | 480 | 6532.5 | 0 | 0 | 39801.6 | mbf |
| Destination of products manufactured from non-sawlog volume (percent) | | | | | | | |
| 0.1 | 0.3 | 99.7 | 0.0 | 0.0 | 0.0 | 100.0 | percent |
| 5.0 | 25.0 | 9133.5 | 0 | 0 | 0 | 9163.5 | mbf |
| Destination of round logs exported from NF timber sales (indicate sawlog (S) or utility (U) log) percent | | | | | | | |
| 0.0 | 0.0 | 41.3 | 58.7 | 0.0 | 0.0 | 100.0 | percent |
| 0 | 0 | 2039 | 2901 | 0 | 0 | 4940 | mbf |

**Field data collected during on-sites visits and telephone interviews in April and May 2003 by:**
Ken Kilborn, Team Leader, USDAFS PNW Alaska Wood Utilization R&D Center, Sitka, AK
Dan Parrent, Wood Utilization Specialist, Juneau Economic Development Council, Sitka, AK