# Meeting "Market Demand" for Timber on the Tongass National Forest

Prepared for the

Alaska Forest Association

December 8, 1997

by

**Robert Flynn & Associates**
**6824 19th St. West, #330**
**Tacoma, Washington  98466**

**Phone: (253) 565-4846**
**Fax: (253) 565-7265**

# e-mail: bobgflynn@aol.com

## EXECUTIVE SUMMARY

1.  The Forest Service continues to underestimate the market demand for timber sold from the Tongass National Forest. In fact, the inadequate volume of timber sold from the Tongass, the lack of consideration for economic operation of timber sales, and the uncertainty of supply, are some of the most important impediments to sustaining a viable forest products industry in Southeast Alaska.

2.  The timber harvest projections in the various reports by Forest Service economists Brooks and Haynes are inaccurate measures of demand for Tongass timber, because of overly pessimistic assumptions of the demand for wood products in Asian markets, and because of overly optimistic assumptions regarding the competitiveness of wood products suppliers from other regions. In contrast to the Forest Service analysis, we provide evidence that:

Demand'
 - The long-term outlook for imports of lumber in Japan is still good, despite the recent market downturn.
 - The prospects for increased wood demand in countries such as China or India, not even considered in the Forest Service analysis, are strong.
 - The initiatives agreed on at the recent APEC conference in Vancouver (to focus on reduction of tariff and non-tariff barriers in a number of sectors including forest products) indicates a very strong potential for increase in trade of forest products in the Pacific rim countries.

Competition from other source may be overstated
 - Radiata pine may be increasing in supply, but does not generally compete with Alaskan species in Japan.
 - Russian log exports have increased, but problems with infrastructure and quality will limit further increases, and sawnwood exports are expected to remain low.
 - European lumber exports to Japan have increased rapidly, at least partly because of a combination of economic factors which may not be repeated in the future. Volumes may have already reached maximum levels.
 - Canadian producers are credited with great success by the Forest Service in competing against Alaskan forest products in Japan. These same producers face formidable problems in decreasing timber supply and increasing costs, and may be less competitive in the future. In addition, Canada's past success demonstrates what a similar "high-cost" region, and with similar timber, can achieve if a stable timber supply is guaranteed.

3.  The poor log import market in Japan in 1997 reflects not only a cyclical downturn but also an acceleration of the trend towards greater imports of lumber in Japan and lower volumes of log imports.  To the extent that the industry in Alaska can provide economically competitive finished products, produced from its fine-grained, slow growing timber, this trend towards greater import of finished products could benefit the Alaskan wood products in dustry in the long term.

4.  The Forest Service failed to provide sufficient timber to allow the industry to maintain 3-years volume under contract during the first half of the 1990s.  The current process for implementing TTRA Section 101 does not account for the negative impact this timber supply shortage had on industry performance and investments during the 1990s, and hence underestimates true market demand for Tongass timber.

5.  Although acknowledging the importance of a secure timber base in maintaining a viable forest products industry in Alaska, Forest Service demand forecasts do not account for the impact this instability of supply has had on the industry.  Just as the existence of a guaranteed supply of public timber has allowed the British Columbia timber industry to establish competitive manufacturing facilities, the lack of a stable timber supply in Southeast Alaska has prevented the industry from making the investments needed to be competitive in the global markets.  It is simply not possible to finance investments in new mills or up-grading older mills unless a reliable supply of timber in the region is available.

6.  The Forest Service has not considered the importance of maintaining  a minimum scale for efficient operation of the forest products industry in Southeast Alaska.  Sufficient timber must be made available to allow for maintaining all necessary components of a viable in-dustry, including a variety of contractors and a sufficient trained labor force.  By provid-ing enough timber for mills to operate at two shifts instead of just one, operating costs can be greatly reduced.  The Governor's Southeast Regional Timber Task Force, in their "Four Visions" analysis, estimate that the absolute minimum volume of Tongass timber needed to maintain an industry of viable scale is 300 MMBF per year.  The volume of lumber which could be produced from a timber sales volume of 300-400 MMBF is a tiny fraction, around 0.5%, of the annual sawnwood consumption in the Asia-Pacific region or in North America.  Demand for sawnwood from Alaskan species is more than sufficient to absorb this level of production.

7.  There is no evidence that the Forest Service truly considers the economic viability of its timber sale offerings in analyzing market demand.  Timber sales must be of sufficient scale, timber duration, timber quality and species mix, etc., to allow companies to operate at a profitable level.  In addition, minimum stumpage levels should not be set too high for profitable operation.  Only companies which have the ability to operate profitably, at least during the high periods of the wood product market cycles, can afford to make the invest-ments necessary to maintain a competitive industry in the region.

**Meeting Market Demand For Timber**

8. In assessing the demand for timber from the Tongass National Forest in international markets, it is essential to consider the quality of wood in this region, especially in comparison with timber from regions with faster growing trees, such as New Zealand, or even the Pacific Northwest (second growth from private lands). The success of even low grade logs from the Tongass in producing relatively high percentages of veneer suitable for LVL indicates that the advantages of this old growth timber resource have not truly been analyzed by the Forest Service.

9. Failure to include timber for proposed new facilities in Southeast Alaska is one of the most obvious shortcomings of the Forest Service efforts to implement TTRA Section 101. This is particularly important in regard to facilities such as the proposed veneer plant in Ketchikan, which will process lower grade logs. If the forest products industry in Southeast Alaska cannot be economically competitive, the market will force adjustments. However, for the Forest Service to assume a low level of demand and reduce their timber offerings accordingly, is to abort the infant industry before it has the opportunity to be born.

10. In summary, restrictions on timber supply, not market demand, have limited the development of the forest products industry in Southeast Alaska. With the closure of the two pulp mills, and termination of the long-term timber sale agreements, the Forest Service must make substantial changes in its timber sale program, and the methods it uses to analyze market demand. If these changes are not made, and a reliable supply of economically priced timber is not made available, a viable forest products industry in Southeast Alaska cannot exist.

**END OF SUMMARY**

# Meeting "Market Demand" for Timber on the Tongass National Forest

## Introduction

Section 101 of the Tongass Timber Reform Act (1990) requires the Secretary of Agriculture to "...seek to provide a supply of timber from the Tongass National Forest which (1) meets the annual market demand for timber from such forest and (2) meets the market demand from such forest for each planning cycle." The Forest Service has attempted to implement this legislation through a four-step procedure, described by Morse[1], which relies heavily on the forecasts of timber products output made by Forest Service economists Brooks and Haynes.[2]

We believe that these efforts have significantly underestimated true market demand for timber from the Tongass National Forest, which means the Forest Service has failed to effectively implement Section 101 as required. The Forest Service continues to underestimate market demand for Tongass timber because the approach used by Brooks and Haynes is fundamentally flawed. Despite paying lip service to the trends in international forest products markets, in the end their forecast appears to be little more than a summing of the demand for timber by the existing mills in Southeast Alaska.

In the Brooks/Haynes analysis, market demand for Tongass timber is a derived demand, based on the quantity of forest products manufactured and exported from Alaska. Declining production and reduced market share in the 1990s led to a much lower forecast of timber demand in the current Brooks/Haynes report than was forecast in earlier studies. Because declining production levels in the 1990s have themselves been largely a function of the inadequate Tongass timber sale program, the methodology used by Brooks and Haynes is inappropriate. It places too much emphasis on current consumption, rather than potential demand based on wood product demand trends in the major markets.

The current situation is analogous to that faced in the 1940s and 1950s, before the two pulp mills were constructed in Southeast Alaska. Without existing mill capacity, was there any market demand for timber from the Tongass National Forest? The Forest Service correctly identified that demand did exist, and for more than 30 years Tongass timber was processed into pulp and lumber products to meet that demand. The industry in Southeast Alaska was created because the Forest Service recognized that a strong long-term demand for Tongass timber did exist, despite the lack of processing facilities and timber consumption at that time.

---

[1] "Implementing Section 101 of the Tongass Timber Reform Act of 1990" (F.L. 101-626), K. Morse, draft 8/18/97.

[2] Brooks, David J. and Richard W. Haynes, "Timber Products Output and Timber Harvests in Alaska", 1990, 1994, and draft May 26, 1997. See full citation in References.

Robert Flynn & Associates                                                                 5

The trend-based analysis used by Brooks and Haynes would have been impossible to use in the 1950s, and it is inappropriate to use today. The relatively low level of timber consumption in Southeast Alaska in the 1990s does not indicate a lack of demand for wood products made from Tongass timber. The true "market demand" for Tongass timber is that quantity which may be demanded by wood products producers in Southeast Alaska who are not restricted by inadequate timber supplies, and who have the security of knowing what supply of timber will be available in the future. **This includes demand both by existing mills and mills which may be built.**[3] Because the Brooks/Haynes demand forecast does not seriously consider proposed new facilities, it does not provide an accurate measure of market demand, and in fact ensures that the industry will probably not receive sufficient timber to sustain its current industry.

For a forest industry to exist in Southeast Alaska, it must be of large enough scale to sustain all the various direct and indirect components of the industry, including logging and road building contractors, tug and barge lines, financial services, etc. A guaranteed supply of timber, of sufficient scale to justify the investments needed to make Southeast Alaska's industry competitive in the global markets, is absolutely essential to maintaining a sustainable forest industry in this region. In addition, timber offerings must have minimum bid rates that permit the purchasers to operate economically (i.e., at a reasonable profit), to allow for further value-added capital investments. The Governor's Southeast Alaska Timber Task Force estimated that the minimum volume needed to sustain a viable industry is 300 MMBF, a volume which should easily be accepted in the market if economic timber sales are available. By estimating a demand well below this level, Brooks and Haynes have failed to take into account the importance of minimum industry scale in their analysis, and hence have estimated a level of demand which is unrealistic.

We believe that a more complete analysis of market demand for Tongass National Forest timber would reveal a significantly higher underlying demand than that forecast by Brooks and Haynes. Their conservative estimate of demand for Tongass timber and forest products is based on highly questionable assumptions concerning the demand for wood products in Asia and the expected supply of timber from other producing regions in the Pacific Rim markets. In this report, we paint a different picture of Pacific Rim wood products demand than that found in Brooks and Haynes. We conclude that the analysis done by The Irland Group for the Forest Service in 1992 is still basically correct: "Markets are so large that Alaska's industry will not be constrained by market size or long-term growth trends."[4]

---

[3] The Forest Service acknowledges this in Morse's report: "In assessing market demand over the planning cycle, it must be assumed that all inputs to the manufacturing process, including the number and type of processing facilities in the region, are subject to change." Morse, 1997 draft (Emphasis added.)

[4] The Irland Group. 1992. "Timber Demand Scenarios For Tongass National Forest 1991 - 2010. Report to Alaska Region USDA Forest Service", page 1.

**Robert Flynn & Associates**                                                                 6

**Meeting Market Demand For Timber**

Despite mill closures in Southeast Alaska, the true demand for Tongass timber is still well in excess of any level of timber supply which might be offered by the Forest Service, given the constraints of multiple use, sustained yield, and the recent Amendment 157 to the Interior Appropriations Bill.[5] In its efforts to meet market demand for timber, the Forest Service must recognize that timber supply, not demand, is the limiting factor in consumption of timber from the Tongass National Forest.

## Organization of the Report

In this report, we first offer evidence which contradicts many of the Brooks/Haynes assumptions on market demand for wood products in Pacific Rim and the expected supply of timber from competing sources. We believe the demand for timber is more than adequate to absorb much higher timber volumes from the Tongass than forecast by Brooks and Haynes. Next, we discuss their incorrect methodology of focusing on recent consumption trends by existing mills, and explain the problems in using recent production rates in Southeast Alaska as an indicator of market demand. We also discuss the minimum scale of timber sales needed to support a viable industry in Southeast Alaska and the need to consider the quality of wood available from the Tongass in analyzing market potential. Finally, we emphasize the need to include potential new facilities when estimating market demand for Tongass National Forest timber, and the importance of a stable, reliable timber supply in encouraging new investments in the industry.

---

[5] See Section 347. This amendment will ensure the economic viability of timber sale offerings from the Tongass National Forest.

**Robert Flynn & Associates**                                                                 7

## Brooks/Haynes Assumptions Result in Inaccurate Estimates of Demand for Tongass Timber

The Forest Service, through its Pacific Northwest Research Station, periodically publishes timber harvest projections for the Alaska region. The authors, Brooks and Haynes, forecast wood products consumption, primarily in the main export market, Japan, and then estimate the volume of timber needed to produce that volume of wood products. These results were published in 1990 and 1994, and in 1997 a draft report has been circulated. (In these comments we are referring to the draft of May 26, 1997). One would expect that the outlook for forest products consumption would change over time, but the magnitude of the change in demand for Alaska timber projected in the current 1997 report is staggering.

The Brooks/Haynes report published in 1994 forecast that average timber harvests for the period 2003-2010 would be about 16% lower than previously forecast in the 1990 report. After four years' time, a change of 16% in harvest forecast was not unreasonable. However, the 1997 draft report, following just 3 years after the 1994 report, forecasts a much greater decline in timber harvest: the "high" demand scenario forecasts a drop of 38% in 2003-2007, and a drop of 48% in the period 2008-2010 (See Fig. 1). The "low" demand scenario predicts a decline of 78% for both 2003-2007 and 2008-2010. That is, in just three year's time, the authors have lowered their estimates of future timber demand by as much as 78%. Such wild swings in forecast are a) not justified on the basis of changing market conditions, or at least are not fully justified in the 1997 report and b) create additional hardship on the industry because, under the current procedure used by the Forest Service to implement TTRA Section 101, such forecasts play an important role in determining the actual timber sale offerings of the Forest Service.



Fig. 1

The large decline in timber harvest forecast is due primarily to a number of questionable assumptions made by Brooks and Haynes in their analysis. Several of the assumptions in the recent Brooks/Haynes report which lead to an inaccurate estimate of demand for Tongass timber include:

- An overly pessimistic outlook for market demand for wood imports in Japan.
- Lack of consideration of other potential wood markets, especially China and India.
- Excessive importance placed on increased competition from other supply regions.
- Lack of consideration for uniqueness and quality of the Tongass timber resource.
- Over-emphasis on lack of Alaskan residue markets.

We will discuss each of these shortcomings in turn, in Part I of this report, and provide evidence that the true demand for Tongass timber products is likely much greater than estimated in the Brooks/Haynes report.

As stressed in our introduction, an even more important reason for the sharp decline in consumption forecast by Brooks and Haynes is their incorrect methodology, which emphasizes recent timber consumption by existing mills in Southeast Alaska. Their focus on recent changes in mill capacity and wood products production skews their estimate of long-term demand for Tongass timber. This problem with the efforts of the Forest Service to estimate market demand for timber is discussed in Part II of this report.

## Part I - Market demand for Alaskan wood

### Outlook on Japan

Brooks and Haynes stress that one of the primary reasons for their pessimistic forecast of demand for Tongass National Forest timber is the "changes in the Japanese market."[6] While the Japanese market is currently very poor for wood products from all countries, a review of the situation in Japan indicates a market that has many positive aspects, which are not apparent in the Brooks/Haynes analysis. We will also discuss the current short-term market situation in Japan, and what it means in terms of long-term market demand, at the end of this section.

Total housing starts in Japan were 1.64 million units in 1996, up 11.8% over 1995. Wooden housing has remained at 45% of total starts for the last three years. Moreover, average floor space for wooden housing in 1996 exceeded 116 square meters, a 17% increase in floor space since 1990 (Fig. 2). Larger houses means that total wood usage per housing start is higher. This trend is expected to continue, as houses continue to grow larger, and there is greater

---

[6] Brooks and Haynes, May 26, 1997 draft, page 4.

**Robert Flynn & Associates**

acceptance of 3-story wooden houses in Japan. For example, in 1997, the Japan Housing Research Institute predicted a continued increase in floor area of housing starts, to well above current levels, through the year 2010. In addition, new codes and standards are expected to increase the amount of wood used in post and beam constructed houses in Japan.[7]



**Fig. 2**

Japanese imports of North American lumber in 1996 were 8.3 million m³ (includes about 95% softwood). This is more than <u>double</u> the volume of lumber imported in 1986. In 1996, imports of North American softwood accounted for 75% of Japanese softwood lumber imports.[8]

It is true that the North American share of Japan's softwood market has declined recently, largely as a result of competition from European lumber producers. For example, North American share fell from 76.8% in 1995 to 75.4% in 1996. In the Brooks/Haynes reports, declining <u>share</u> of the Japanese market has a large influence on estimated demand for timber in Alaska. However, we note that the total <u>volume</u> of imports of North American lumber into

---

[7] D.A. Neilson & Associates, 1997. "The Forests and Forest Industry of Japan" (draft).

[8] Statistics on Japanese imports are not always consistent, depending on the source. We note that Brooks and Haynes report the North American share of the Japanese softwood import market in 1996 was only 66.1%. Our data, from the Japan Wood-Products Information and Research Center, indicate that the market share, for softwood lumber imports, was 75% for North America in 1996 (Andy Patterson, Weyerhaeuser, used this same figure when speaking at the Jay Gruenfeld Associates Conference, Seattle, WA, Dec. 3, 1997). We do not know which source Brooks and Haynes utilize. We are aware that some sources, such as the Japan Lumber Importers Association, reportedly monitor imports by their members only, and so may not account for softwood lumber imports from North America that go directly to wholesalers or others farther down the value chain (Scott Davidson, Weyerhaeuser, personal communication).

**Robert Flynn & Associates**                                                                                    10

Japan actually <u>increased</u> in 1996, by 91,000 m³, or roughly 39 MMBF. That increase in imports was greater than the total lumber production in Alaska in 1996!

Brooks and Haynes cite a recently completed FAO study (FAO 1997) as an important justification for their sharp reduction in forecasted timber demand from the Tongass. For example, Brooks and Haynes state that "Current (FAO 1997) projections suggest that consumption in 2010 (of sawnwood in Japan) will not reach the level reported for 1990."[9]  While this is true, the same FAO study also forecasts that sawnwood consumption in 2010 in Japan will be between 0.6% and 8.2% <u>higher</u> than actual consumption in 1994 (note: the FAO study includes 3 different scenarios). More importantly to Alaskan lumber producers, the FAO forecast that total Japanese <u>imports</u> of sawnwood in 2010 will be between 1.3% and 26.7% higher than actual imports in 1994.[10]

One other trend which would tend to favor Alaskan lumber producers in the Japanese market is the continuing replacement of log imports with lumber imports. For example, since 1990, Japanese imports of North American logs have declined 35%, while lumber imports have increased 27% (Fig. 3).[11]  This trend is expected to continue in the future, which will mean less competition from Pacific Northwest log imports, and more opportunities for lumber imports, including those from Alaska.



**Fig. 3**

---

[9] Brooks and Haynes, May 26, 1997 draft, page 14.
[10] FAO, "Provisional Outlook for Global Forest Products Consumption, Production and Trade to 2010", Rome, 1997, pages 121 and 265.
[11] Note: Chart indicates cubic volume of logs and lumber. If shown on a roundwood equivalent basis, lumber import volume would have exceeded log volume in 1991/92.

**Robert Flynn & Associates**                                                        11

Numerous forecasts of Japanese housing starts indicate a lower level of activity in number of starts in the future than during the early 1990s, although the average level of housing starts is expected to remain above 1.2 million units through the year 2010. In addition, as mentioned previously, average floor space in Japanese houses is expected to continue to increase. The general consensus is that Japan will continue to have a high demand for wood usage, and that wood imports will continue at a strong level for at least the next 15 years. There is little evidence of a long term decline in lumber imports in Japan, certainly nothing that would support the greatly reduced demand for Alaskan wood products evident in the Brooks/Haynes report.

Current market situation in Japan

In the second half of 1997, the Japan lumber and log import market has been one of the worst in many years. Import volumes for all wood products have declined sharply. The reasons for this poor market are well known, and have been extensively discussed in the media and at recent wood products marketing conferences. We will describe the major reasons for this market decline, and what it means for the wood products industry in Southeast Alaska.

A primary reason that housing starts in Japan were so high in 1996 (1.64 million units) was a rush by home-buyers to beat an increased tax on consumption that went into effect April 1, 1997. In 1997, housing starts have fallen sharply, and for the fiscal year 1998 (ends March 31, 1998) total starts are expected to be only 1.34 million.[12] However, housing starts fell off so quickly in 1997 that wood importers were unable to stop the flow of imports fast enough. For example, imports of North American lumber did not begin declining in response to the weaker market until a full quarter after housing starts began to decline. Due to the longer lead time involved, imports of European lumber continued increasing until a full two quarters after the housing start peak. The same pattern held true for logs.[13]

With the sudden drop in consumption (due to the increased consumption tax April 1) and the continued high level of log and lumber imports into Japan, inventories quickly mushroomed to very high levels. Japanese importers tried to reduce volumes, and greatly reduced prices offered. This was followed closely by the Asian currency crisis, which further dampened demand in Japan, a typical response to "uncertainty" in the economy there. Log and lumber imports dropped to their lowest levels in years. However, several speakers at a recent marketing conference in Seattle stressed that this decline was a response to high inventory levels and a cyclical decline in housing starts, brought on by a particular set of circumstances, and did not mean that the longer term outlook for wood demand in Japan has changed.[14] While no

---

[12] Linda Barr, Pacific Rim Wood Market Report, November, 1997.
[13] Jim Shields, "World Wood Products Market Outlook in 1998", at Miller Freeman's "3rd Annual Conference-- The North American Wood Products Market: Outlook for 1998", Dec. 3-5, 1997, Vancouver, B.C.
[14] For example, Colin McKenzie, Groome Poyry, "Outlook for Asian Timber and Fiber Supply", and Andy Paterson, Weyerhaeuser Company, "The Japan Log Market for U.S. Wood: What's Happening", at Marketing Forest Products of the Pacific Rim: Emphasis on Timber Supply, Jay Gruenfeld Associates Inc., Dec. 1&2, 1997, Seattle, Washington.

one knows for certain when the Japanese market for wood imports will improve, the presumption by most exporters is that in the mid-to-long term, housing starts will increase again, and the demand for wood imports will also increase.

However, many in the log export industry do agree that in addition to a cyclical down-turn in the Japanese market, this decreased demand for logs in 1997 does represent a fundamental shift in the Japanese market which has profound implications for wood products producers in Alaska.[15] For years, Japanese sawmills have paid very high premiums for Douglas-fir logs, because this species was preferred for production of some key products, including hirakaku beams. It appears now that many Japanese home builders are switching to the use of glulam beams in place of green Douglas-fir beams. For example, production of structural glulam beams in Japan increased 63% in 1996, and imports of glulam beams also increased.

Log exporting companies in North America believe that 1997 represents an acceleration of the long term trend towards greater imports of lumber and fewer imports of logs. In addition, there seems to be a switch away from the strong preference for Doug-fir, and towards greater acceptance of other species. In particular, finished lumber and engineered wood products have gained greater acceptance in the Japanese market.

In the current downturn in Japanese wood imports, and the uncertain economic situation, no one knows for sure when the Japanese demand will return to more "normal" levels, and what those levels will be. However, the trend away from high-priced Douglas-fir, and towards greater imports of lumber in place of logs, is favorable for those areas which focus on lumber exports, such as Southeast Alaska. In addition, the greater acceptance of engineered wood products speaks favorably to the development of LVL (laminated veneer lumber), which is the focus of development for the proposed Ketchikan Pulp/Sealaska veneer mill, discussed later. In summary, the current poor market conditions in Japan should not be used to forecast long-term weak demand for Alaska wood products, and in fact, some of the changes this year could eventually prove to be favorable for the Southeast Alaska industry.

## Lack of Discussion of Other Potential Markets for Alaskan Wood Products

Judging by the discussion in the Brooks/Haynes report, the only two markets for Alaskan wood products are Japan and the U.S. While this has generally been true to date, Alaskan logs have been exported to China (more than 33 MMBF in 1992), and also to South Korea. Between 1988 and 1996, an average of 104 MMBF of Alaskan logs were exported to South Korea each year. We believe that the potential exists for Alaskan producers to serve markets in Asia other than just Japan in the future.

For example, China's economy has experienced rapid growth for the last 10 years, and many experts predict that China may be the dominant Asian economy early in the 21st century. The

---

[15] This information comes from a survey of log exporting companies, completed as part of a project for Simpson Timber Company by Robert Flynn & Associates in September/October, 1997.

FAO study cited by Brooks and Haynes reflects the anticipated growth in China's economy: sawnwood imports are expected to increase by as much as 1.8 million m3 between 1994 and 2000 (to a total of 4.2 million m3), and could expand to as much as 8.9 million m3 by 2010. By comparison, FAO reported that Japan imported a total of 10.7 million m3 in 1994. No mention is made in the Brooks/Haynes report of the potential for Alaskan producers to serve even a small portion of this Chinese market, which the FAO expects to expand rapidly.

The Foreign Agricultural Service (USDA) also notes that wood imports in China could increase, and cites impressive statistics on housing construction. China is reportedly planning to build 1.2 billion m3 of urban housing during the current Five-Year Plan (1996-2000). "In addition, 2.9 billion m3 of old residential houses are waiting to be refurbished and 230 new towns are expected to be established. In rural areas, another 600 million m3 of residential houses are planned for construction."[16] However, the same report cautions that import tariffs and non-tariff barriers are still an impediment to trade. If the initiatives on reducing trade and non-tariff barriers are successful (proposed at the latest APEC meeting in Vancouver in November, 1997), export of wood products to China could eventually become an important market for North American producers.

Another potential market which is not even mentioned by Brooks and Haynes is India. While India has traditionally not imported a large portion of its wood consumption, some recent changes indicate that this trade pattern may change in the future. India's Supreme Court recently prohibited the Forestry Department from harvesting wood products in the northeast region, where most of the country's forests are located. In March, 1997, the Supreme Court ordered the closure of all unlicensed saw mills and wood processing plants, and forbade states from licensing new operations.[17] In Summer, 1997, a number of companies began shipping logs to northeast India, including two shipments of spruce logs from Alaska.[18]

Recent Foreign Agricultural Service reports also highlight the prospect of increased wood exports to India. "India has lifted virtually all non-tariff barriers on wood products in recent years and cut duties for a number of products. Recent field travel points to heightened import interest among wood product producers in southern India."[19] As with China, a more complete estimate of the potential demand for Tongass timber products should include the expanding demand potential in markets such as India. Particularly in light of the new APEC initiatives to remove barriers to trade in forest products, we believe there is the possibility of greatly increased trade in forest products in the Asia-Pacific region in the future.

---

[16] "China's Forestry Industry at a glance", Wood Products: International Trade and Foreign Markets, USDA Foreign Agricultural Service, Circular Series WP-3-97, August, 1997, p. 9-14.
[17] From "Wood Products: International Trade and Foreign Markets", USDA Foreign Agricultural Service, Circular Series WP3-97, August, 1997.
[18] Jim Carmichael, Afognak Native Corporation, personal communication.
[19] M.S. Takkar, Attache Report AGR Number : IN7067, July 11, 1997, USDA Foreign Agricultural Service.

## Excessive Importance Placed on Increased Competition from Other Supply Regions

Another important reason cited by Brooks and Haynes for their low demand forecast is the competition from other supply regions: "Our expectation of modest growth in Alaska lumber exports is based on an outlook for competing supply regions that reflects their considerable timber volume and aggressive marketing strategies."[20] We believe the threat from other competitors has been over-emphasized, and actually represents a lesser threat to the industry in Southeast Alaska than implied by Brooks and Haynes.

For example, they suggest that increased exports from Russia may weaken the demand for Alaskan timber. Again examining the same FAO study cited as support by Brooks and Haynes can lead to some different conclusions. While the FAO study does project increased exports of roundwood (logs) from the former USSR, the FAO outlook for sawnwood exports is quite different. From a level of 8.1 million m³ in 1994, the FAO projects that sawnwood exports from the former USSR will fall to a level between 7.3 million m³ (a 9.9% reduction) and 5.5 million m³ (a 32% reduction) by 2010. Since purchasers of Tongass timber are much more interested in the sawnwood markets than the log export markets, this highly negative forecast should also have been considered by the Forest Service economists.

Another recent report published by the Center for International Trade in Forest Products also is skeptical of Russia's ability to compete more aggressively in Japan in the future:

"Russian productive capacity and the ability of Russian species (mostly larch, spruce, and fir) to substitute for Pacific Northwest Douglas fir and Western Hemlock, however, is limited. Inadequate infrastructure and a chronic shortage of capital currently restricts increases in production, and the quality of Russian timber generally does not meet Japanese specifications for the main structural components used in traditional housing. Japanese imports of lumber from Russia have been relatively insignificant. The same sort of processing capacity and quality constraints pertaining to logs apply to lumber as well."[21]

Brooks and Haynes also cite increased competition from European suppliers of sawnwood as another reason for their greatly reduced forecast of demand for Tongass timber. While it is true that Japanese imports of European sawnwood are higher this year, the potential for further long term expansion of volume to Japan remains questionable, due to the very long transport distance involved. Again citing the same FAO forecast used by Brooks and Haynes, the outlook for increased sawnwood exports from Scandinavia is not really intimidating for Alaskan competitors. For example, in 1994 the combined sawnwood exports of Finland and Sweden were 17.9 million m3. Forecasts of exports for 2010 range from a decrease of 2.1%

---

[20] Brooks and Haynes, May 26, 1997 draft, page 14.
[21] Robertson, Guy and Thomas R. Waggener, "The Japanese Market for Softwood Sawnwood and Changing Pacific Rim Wood Supply Conditions: Implications for U.S. Pacific Northwest Producers", CINTRAFOR Working Paper 52, Seattle, Washington, January, 1995.

**Robert Flynn & Associates**                                                                15