We believe that the continued shipment of logs from Alaska through the mid-1990s indicates that there is an on-going demand for Alaskan wood in Japan. The declining exports of lumber reflects mill closures and timber supply problems in Alaska, not a decline in preference, or demand for, Alaskan sawnwood.

**Fig. 7**

Haynes and Brooks do not really discuss the importance of the quality of wood products which can be manufactured from Tongass National Forest timber. The high quality spruce and hemlock logs are greatly superior to the second growth logs which make up the bulk of timber supply in the U.S. Pacific Northwest today. Niche markets for products such as musical instruments have been developed for many years, and could be developed further. However, even the lower quality logs available from the Tongass may have properties which permit the manufacture of relatively higher value products also. For example, the proposed Ketchikan Pulp/Sealaska veneer mill, discussed later, would produce veneer from logs which formerly were chipped for pulp production. Ketchikan has been testing these logs for veneer production for LVL, and has found that an unusually high percentage of veneer is suitable for the higher value LVL products, due to the slow growing, fine-grained wood.

The Governor's Marketing Alaska effort in 1995 identified a wide range of industries which could be developed to a) utilize lower grade logs and b) manufacture higher value products. Currently there is an effort to foster the development of "value-added" products in Alaska in order to generate more employment per Mbf of timber processed. However, it should be noted that there cannot be any "value-added" industry without a viable primary forest products industry to manufacture the lumber and veneer required.

## Overemphasis on Lack of Residue Market in Alaska

Another factor cited by Brooks and Haynes as a reason for much lower forecasts of lumber production and timber consumption in Alaska was the lack of a local market for the sawmill residues and low grade logs. Certainly the closure of the pulp mills removes what was the major market for sawmill residues, but this does not really present an insurmountable problem. While there has been a large surplus of wood residues in the Pacific Northwest during 1995 and 1996, this has now disappeared. The chart below shows that pulp mill inventories came back into balance with consumption last May, and the September, 1997 data revealed the lowest ratio of chip inventory to consumption in at least the past 6 years. Pulp log buyers from British Columbia have reportedly been purchasing Alaskan logs in increasing quantities since May. Ketchikan Pulp has concluded a long-term agreement to supply woodchips to the Georgia-Pacific pulp mill in Bellingham, Washington. And finally, we note that woodchip exports from Alaska to Japan reached a record volume of almost 200,000 bone-dry short tons in 1996, an increase of 172% since 1994!

Certainly, the logistics of marketing wood residues from Southeast Alaska sawmills will not be easy, but this is no reason to assume that Alaska sawmills can't be competitive in the future. Processing the residues and low grade logs in Alaska would bring obvious benefits to the industry over selling the residues to B.C. or the U.S. Pacific Northwest. The proposed veneer mill (discussed in a later section) is planned to operate on low grade logs which formerly would have gone to the pulp mill. Some proposals for an MDF (medium density fiberboard) plant in Southeast Alaska have also been made. Whether or not this currently would be an economically viable project is beyond the scope of this report. However, one fact is indisputable--- without a guaranteed supply of economically priced wood available from the Tongass National Forest, no forest products company in the world would be willing to invest the $60-100 million necessary to construct such a facility. Only if a reliable supply of wood is made available to the industry will such a facility in Southeast Alaska receive serious consideration.

Meeting Market Demand For Timber

PNW Pulp Mills:
Chip Inventory and Consumption
1,000 BDT
2400
2200
2000
1800
1600
1400
1200
1000
800
Sep-90
Jan-91
May-
Sep-91
Jan-92
May-
Sep-92
Jan-93
May-
Sep-93
Jan-94
May-
Sep-94
Jan-95
May-
Sep-95
Jan-96
May-
Sep-96
Jan-97
May-
Sep-97
Inventory
Consumption

Fig. 8

Robert Flynn & Associates 24

## Part II. Changes in Alaska lumber production incorrectly based on recent operating levels, not market demand

Between their 1994 and 1997 reports, the forecasts of Alaskan lumber production by Brooks and Haynes show extreme variation, too much so to be explained by shifting market demand.

In 1994 Haynes and Brooks forecast that lumber production in Alaska would reach 246.7 MMBF in 2000. In their 1997 study, they reduced this estimate to only 94.9 MMBF, a reduction of 61.5%. This reduction in lumber production forecast is not just for the short term, as their forecast for the year 2010 is now 47.8% lower than it was just 3 years ago. We maintain that this change in forecast is not due to a massive shift in the market place away from higher quality softwoods, nor has a new competing supply source opened up that was unanticipated three years ago. (While we concede that the entry of European suppliers into the Japan market is surprising in its rapidity, further extension beyond the volumes seen this year appears unlikely, and certainly does not give justification for such a sharp reduction in forecast of Alaska lumber production 13 years in the future.)

**Changes in Forecast of Alaska Lumber Production**

| Year | Date of Study* 1990 | 1994 | 1997 | Percent change 1997/94 |
|---|---|---|---|---|
| 1995 | 217.8 | 199.4 | 110.3 | |
| 2000 | 262.8 | 246.7 | 94.9 | -61.5% |
| 2005 | 268.5 | 286.2 | 133 | -53.5% |
| 2010 | 270.9 | 303.4 | 158.3 | -47.8% |

* Dates of Brooks/Haynes studies on "Timber Products Output and Timber Harvests in Alaska"

**Table 1** *(Note: Volume shown in MMBF)*

The Brooks and Haynes forecast of Alaska lumber production is evidently heavily influenced by the performance of the industry during the 1992-1996 period, rather than on expected market demand for lumber produced from Tongass timber. Several times in the 1997 report, the authors point out that the use of updated data for this recent period is one of the main reasons for the radical change in their forecast. For example, on page 6:

"This revised data (for 1992-96) are especially important, as they display trends and patterns for the early part of the current decade (1990-99), and establish the starting point for subsequent projections."[32]

[32] Brooks and Haynes (1997 Draft), at page 6.

And again on page 7:

"In this revised projection, the most important new data are those for Alaska production and exports of logs, pulp, and lumber, and Japanese production, consumption, and imports."

Several other times in the report, the authors stress the importance of the pulp mill closures in affecting their forecast. Projections of future lumber production and exports are based on differing levels of increase from the current extremely low level.

However, this recent period (1992-96) was a period during which the industry operated at a distinct disadvantage because of the uncertainty surrounding their timber supply, and the failure of the Forest Service to provide sufficient timber for the mills to maintain an adequate volume under contract. Hence, actual production levels probably did not reflect the true competitive position of the Alaskan forest products industry.

For example, during the early 1990s, the industry in Alaska maintained a volume of timber under contract (for independent mills) of less than one year's annual consumption. As discussed later in the report, the Forest Service has itself repeatedly stressed the need for industry to maintain a 3-year's supply of timber, in order to take advantage of market cycles, insure adequate time for permitting and road construction, etc.--- in general, to remain competitive. Thus, during the early 1990s the industry was hamstrung because of inadequate supplies of timber being made available, which led to mill closures and low production levels, which in turn now leads Forest Service economists to forecast even lower levels of production, and hence lower demand for timber. Estimates of lower demand are used to justify lower volumes of timber sales, and the vicious downward cycle continues.

This point has been made many times in the discussion over timber supply from the Tongass in the last 5 years. The Irland Group, in an independent report to the Forest Service in 1992, put it succinctly:

> "A Tongass National Forest ASQ based on an assumed low level of demand will become a self-fulfilling prophecy."[33]

We believe that by focusing on recent declines in lumber production in Alaska, the Forest Service is incorrectly assuming that this represents a sharp decline in demand for Tongass timber products. In fact it has been the restricted timber supply, not demand, which has limited timber consumption in Southeast Alaska.

Brooks and Haynes forecast that log exports from Alaska (total volume) will decline from 518 MMBF in 1995 to 162 MMBF in 2000 and only 85.6 MMBF in 2005. While it is true that a decline in log exports from Alaska will not automatically translate into an equivalent demand for Alaska lumber, the long term trend from North America has been towards a smaller vol-

[33] The Irland Group, 1992. Ref. Cited, at page 1.

ume of logs, and a greater volume of lumber shipped to Japan. If the Tongass National Forest makes available a greater volume of timber in the future, subject to the economic viability criteria in Section 347 of the Interior Appropriations Bill, then lumber producers in Southeast Alaska should find good demand for their products, both in the Asian markets and the U.S.

**Insufficient Timber Under Contract**

A major reason that the Forest Service continues to underestimate the demand for Tongass timber is they fail to acknowledge that a key factor in declining timber consumption in the 1990s has been an inadequate volume of timber under contract for Southeast Alaska companies.

The Forest Service has repeatedly stated that an important goal in meeting market demand for timber on the Tongass is to allow the industry to maintain a backlog of timber purchases, ("volume under contract"), equal to three years of timber harvesting for each company. For example, on page 3 of the 1995 Timber Supply and Demand report,

> "The Forest Service attempts to maintain the industry's pool at a level equal to approximately three years of harvest activity."[34]

From Morse (1995b):

> "To be responsive to market demand, the Forest Service attempts to provide an opportunity for the industry as a whole to accumulate a supply of purchased but unharvested timber (i.e. volume under contract) equal to about three years of timber consumption. .....First, this allows the industry ample time to plan an orderly and systematic harvest schedule that meets all timing restrictions and permit requirements. Second, it allows the industry to better manage its financial resources and to secure financing on the basis of longer term timber supply. Third, it allows time for the necessary infrastructure (roads, log transfer facilities, and logging camps) to be put in place prior to timber harvest. Finally, an ample timber supply gives the industry more opportunity to sustain itself through market cycles."[35]

And from Morse (1997):

> "An underlying assumption is that the industry will attempt to build up and retain a level of "volume under contract" equal to the sum of the harvest projections for the next three years...... In light of these operational considerations, the region has attempted to give indus

---

[34] Timber Supply and Demand 1995. 1996. Alaska National Interest Lands Conservation Act Section 706(a) Report to Congress. Rept. No. 15.

[35] Morse, K. 1995B. Tongass National Forest - Independent Sale Program Market Assessment. Rpt. For USDA Forest Service.

try the opportunity to accumulate sufficient volume under contract to support 2-3 years of average harvest activity.......... The accumulation of volume under contract provides a necessary condition for industry stability, allows operators to take full advantage of high points in timber market cycles, and moderates the effects of short-term supply disruptions."[36]

Other examples could be cited, so it is apparent that the Forest Service considers Volume Under Contract to be an important component of meeting market demand for timber, and a good indication of the success of the Forest Service in achieving this goal. It is somewhat shocking, then, to realize how poorly the Forest Service has done in this respect. Using the statistics included in the appendix of the Morse (1997) report, we can calculate that during the 1991-1995 period, the volume of timber harvested under the Independent Sale Program averaged 64 MMBF per year, while the volume offered averaged 54 MMBF and the volume actually sold averaged 66 MMBF. This is equal to only one year's required timber volume, not three, if we use the actual harvest average for 1991-95.

In Figure 9, below, we have charted volume under contract in terms of the number of year's of timber consumption that volume represents for the Independent mills. To avoid problems with annual fluctuations in harvest, we have used the average of the previous 3 years of harvest, to indicate annual timber consumption. During the period 1991-1995, the volume of timber under contract for the Independent mills was equal to an average of just 0.69 years of timber consumption. If the goal was 3 years of timber consumption under contract, then only 23% of that goal was achieved. Since this does not include proposed new facilities, or existing facilities which might have operated if sufficient timber had been available, we must assume that the volume of timber sold was in fact equal to even less than 0.69 years of true demand for timber.

[36] Morse, 1997 draft (Ref. Cited)

**Fig. 9**

Unless volume sold exceeds volume harvested, no buildup in volume under contract is possible. If the Forest Service was actively seeking to meet market demand by allowing the industry to build up 3-years volume of timber under contract, that effort is not apparent in these results for the 1991-1995 period.

We emphasize this insufficient volume of timber under contract, because, as stressed by the Forest Service in numerous reports, this buffer of timber is vital in allowing the industry to maintain profitability and to survive. During the period 1991-1995, then, the industry was forced to operate at a severe competitive disadvantage, and the result was a declining production of forest products in Southeast Alaska during 1992-1996. Brooks and Haynes use the industry's performance during those years, 1992-96, as a major reason for forecasting a decline in demand for timber from the Tongass. Again, the vicious downward cycle is evident---- insufficient timber supply leads to lower production, which is used as an excuse for offering less timber, which prevents the industry from investing and adapting to meet changing markets, etc. A better method of measuring "market demand" needs to be utilized, rather than depending on these "self-fulfilling prophecies of low demand" that The Irland Group warned about in 1992.

<u>Stability of Timber Supply Necessary to Meet Market Demand</u>

In a 1992 report to the Forest Service, The Irland Group pointed out that "We cannot simply equate market demand with past or present consumption.... If current consumption were taken

as a measure of demand, it would be an underestimate."[37] Meeting "market demand" for Tongass timber means, among other things, "...establishing a level of security about future supply that does not now exist on the Tongass."

We note that Brooks and Haynes acknowledge, as have others in the Forest Service, that the inability of the Agency to provide a stable flow of timber is one of the factors which has severely damaged the industry's ability to compete in the international wood markets. In the recent (1997) report, the authors explain that Alaska was unable to take advantage of the declining timber harvests in the Pacific Northwest, for a number of reasons, including "...uncertainty in the level and dependability of timber supplies in Alaska."[38] Also, they state that "Recent declines in Alaska timber harvests and market share may be partly a result of uncertainty and delays associated with management policies and litigation. To the extent that this is true, a more stable management and policy environment may enable Alaska to increase production quickly and competitively."[39]

Others in the Forest Service apparently agree. The Tongass Land Management Plan R.O.D. includes the statement, "Demand also will be influenced by whether or not businesses choose to invest in new wood-processing industries in Southeast Alaska over the next decade. Such decisions will be determined in part by investors' subjective evaluations of the certainty with which they can rely on the Tongass as a reliable source of timber."[40]

This point cannot be over emphasized. We believe that the continuing reliance of the Forest Service on economic studies which forecast widely varying levels of timber demand only serves to further undermine the business community's confidence in the reliability of timber supply from the Tongass. The instability of timber supply from the Tongass in the 1990s has been a major cause in reducing log consumption in that region. This was anticipated by The Irland Group in 1992:

> "In Southeast Alaska, the economics of processing depends on the cost levels of harvesting wood, on the level of the uncut volume under contract, on the security of new supplies, and on the ability to obtain enough wood to operate facilities at high operating rates during market peaks. At present, TNF timber can fulfill none of these requirements. As a result, the industry's competitive position is even worse than it would otherwise be."[41]

Instability of timber supply has been a key factor in preventing the forest industry in Southeast Alaska from investing and upgrading their processing facilities to become more competitive. A number of mills have been forced to close, which has reduced timber consumption in the region. If the Forest Service then takes this recent drop in production as further evidence

[37] The Irland Group, 1992. "Adequacy of Supply Study for the Tongass", Appendix at page 49.
[38] Brooks and Haynes (1997) p. 5
[39] Brooks and Haynes (1997), p. 9
[40] Tongass Land Management Plan, Record of Decision, at page 25.
[41] The Irland Group (1992), p. 49

of lower demand for timber, they are compounding their error and condemning the forest products industry to an even dimmer future.

For the forest products industry in Southeast Alaska to be competitive in the global markets, significant investments must be made to upgrade facilities and to build new ones (discussed below). These investments cannot be financed without guarantee of a timber supply from the Tongass National Forest which is sufficient to allow the companies involved to amortize those investments.

## Importance of Minimum Industry Scale and Timber Sale Profitability

The Governor's Southeast Regional Timber Task Force, in their "Four Visions" analysis[42], points out that a major consideration in meeting market demand for timber from the Tongass is the minimum scale needed to maintain a viable industry in the region. A sustainable forest industry must be large enough to support all the direct and indirect components of the industry, including at least several logging and road building contractors, tug and barge lines, financial services, etc. Annual timber harvest volumes must be large enough to ensure that all these components of the industry can operate profitably. The Task Force estimated that at a minimum, 300 MMBF of timber from the Tongass National Forest was needed each year.

In addition to total volume, the Forest Service must also consider the scale of individual timber offerings to fit the special conditions found in Alaska. Sufficient scale is needed to justify the establishment of remote logging camps, moving in equipment on barges, etc. Providing a longer time horizon on these sales, to permit adequate time for planning, road building, etc., is also essential.

Finally, to truly meet market demand for Tongass timber, the National Forest must design its sale offerings to include a species mix and timber quality that permits companies to operate at a profitable level. The problem with excessive amounts of cedar in some areas has long been a topic of discussion. In addition, minimum stumpage levels should not be set too high to allow for profitable operation. If stumpage rates are driven too high, by the combined effect of minimum stumpage and restricted supply, then companies will not be able to earn an adequate return on investment. This means that less money will be available for value-added capital investments, and the industry will be unable to maintain its competitiveness in the international markets.

## Lack of Consideration for Potential New Industries

Another key problem with the procedure for implementation of Section 101 as outlined by the Forest Service is the lack of serious consideration of demand by potential new industries in the region. While there is lip service paid to the possibility of some new industry in Southeast

[42] "Four Visions of the Timber Industry on the Tongass National Forest", Dec. 12, 1996.

Alaska in the Brooks/Haynes report, it is not apparent that this had any impact on harvest forecasts. For example, on page 6:

"Our model starts with the array of products produced in Alaska (logs, lumber and chips) and then develops an understanding of the outlook for consumption of those products in possible markets."

In other words, products not currently produced in Southeast Alaska, such as veneer or plywood, are not considered at all by their model. Also in their summary Brooks and Haynes stress that their forecast will consider only those products currently produced in Southeast Alaska:

"Although proposals have been made for mills that would, in effect, replace the pulp mills; demand for utility logs and manufacturing residues, these are no more than proposals."

Finally, in their conclusion, Brooks and Haynes mention that recent suggestions for alternative industries have been made in the "hope that they might increase the demand for timber (especially National Forest timber) in Southeast Alaska." This seems to imply that the industry wants to harvest timber just for the sake of cutting trees, rather than because they feel that wood products can be profitably produced from the Tongass timber. Whatever their thinking, the authors give no indication that demand for timber from new industries was even considered by their model.

Consideration of the demand for timber by potential new industries and new processing facilities also appears to receive little or no consideration by Forest Service personnel at the Regional planning level. In Morse's description of the implementation of Section 101, she mentions only that "Significant changes in Alaska's manufacturing capacity, product mix, or competitive position, may warrant revision and reconsideration of the long-range harvest projections in the context of overall management goals" (emphasis added).[43] Evidently, once new capacity is actually put in place, its timber demand may be considered, but not before. The second step of the Forest Service implementation process is "to reconcile the long-range outlook developed in Step 1 with the operational considerations of the existing industry" (emphasis added). Again, no consideration given to potential new industries.

There have been a number of serious projects proposed for Southeast Alaska. For example, Steve Seley is in the process of re-establishing his sawmill after moving to a better location. Silver Bay Logging is in the final stages of purchasing the Wrangell sawmill, which they hope to operate in conjunction with a new chipper. Perhaps the most important project is the recently proposed veneer project by Louisiana-Pacific (Ketchikan Pulp), which may become a joint venture with Sealaska.[44] In fact, this veneer project is well past the discussion stage: LP

[43] Morse, 1997 draft, p. 6

[44] In particular, we feel that the veneer project should be considered very seriously. Japanese plywood mills have greatly increased their use of softwood in plywood manufacturing, and plywood manufacturers in the U.S.

has been testing their logs for months at an Oregon veneer mill, and has determined that at least 60% of the veneer is suitable for production of LVL (laminated veneer lumber, a higher-value engineered wood product). In addition, the veneer production equipment is already in Ketchikan, and will be installed if the project gets final approval. This is an extremely important project for Southeast Alaska, as it will utilize lower grade logs which formerly were utilized for pulp production. Having an outlet for low grade logs is essential for the health of the forest products industry in Southeast Alaska. However, it does not appear that demand for this facility is included in the Brooks/Haynes report.

The problem, of course is that discovered by numerous mill owners in the Pacific Northwest over the last 6-10 years: any time you seek financing for a proposed forest industry project, the first question by bankers is, "What is your timber supply?" Given the history of timber sale problems on the Tongass National Forest, and lack of certainty involved, it is almost impossible to attract any financing for a project in Southeast Alaska.

The 2004 Timber Task Force, in discussing this problem, pointed out the need for the Forest Service to work with industry to establish a framework which would allow for greater certainty of supply for proposed timber projects:

> "The key to industry evolution in general and increased value added processing in particular is to provide a sufficient and reliable timber supply, and otherwise establish a climate in which venture capital can be invested and amortized profitably. Only if these requirements are met can we expect to attract funds needed to improve and modernize manufacturing capacity and increase local value added processing...... At a minimum, the starting point is the need for secure reasonably priced raw material supply. The Forest Service and other public and private entities should work as partners, establishing a framework which encourages making these capital investments."[45]

The recent "Four Visions" paper by the Governor's Southeast Regional Timber Task Force repeatedly stresses the need for a contractual guarantee of timber supply by the Forest Service to enable the industry to develop new processing options in Southeast Alaska:

> "In addition to pipeline volume, the industry needs a contractual guarantee of timber supply to secure and maintain financing for existing and proposed facilities. A contractually guaranteed timber supply will assure investors and bankers that their investments and loans can be amortized, thus permitting investors and bankers to approve those investments and loans in the first place."[46]

---

West have been aggressively seeking new sources of veneer, particularly for LVL (for example, see "Potential Sources of Veneer for the U.S. Plywood Industry", prepared for the APA-The Engineered Wood Association by Robert Flynn & Associates, January, 1996).
[45] "2004 Timber Task Force Report", 1994
[46] "Four Visions of the Timber Industry on the Tongass National Forest", Southeast Regional Timber Task Force, Dec. 12, 1996, p. 10-11.

It is difficult to conceive that the Forest Service is seriously "seeking to meet market demand" for timber from the Tongass National Forest, when it gives no consideration to potential new projects which require assurances of future timber supply in order to become reality. Any legitimate analysis of demand must include serious new projects.

## Summary

In 1993, Irland wrote: "Under the supply/demand conditions of the 1990's there is clearly a Pacific Rim demand for Alaska logs, lumber, pulp, and chips. Whether industry capacity will exist to create effective demand for Tongass stumpage depends on an number of factors. But a critical one will be the cost, quality, volume, and reliability of TNF timber offerings."[47]

Although the pulp mills have been forced to close, we believe that there is still, clearly, a Pacific Rim demand for Alaska logs, lumber, chips, and other products such as veneer. The Forest Service has failed to meet market demand for Tongass timber, largely because they continue to base estimates of demand on recent industry performance, rather than on long-term market trends. The key points which should be considered in assessing market demand for timber from the Tongass National Forest include:

1. The timber harvest projections in the various reports by Brooks and Haynes are inaccurate measures of demand for Tongass timber, because of overly pessimistic assumptions on the demand for wood products in Asian markets, and because of overly optimistic assumptions regarding the competitiveness of wood products suppliers from other regions.
2. The poor log market in Japan in 1997 reflects not only a cyclical downturn but also an acceleration of the trend towards greater imports of lumber in Japan and lower volumes of log imports. To the extent that the industry in Alaska can provide economically competitive finished products, produced from fine-grained, slow growing timber, this trend towards greater import of finished products could benefit the Alaskan wood products industry in the long term.
3. The Forest Service failed to provide sufficient timber to allow the industry to maintain 3-years volume under contract during the first half of the 1990s. The current process for implementing TTRA Section 101 does not account for the negative impact this timber supply shortage had on industry performance and investments during the 1990s, and hence underestimates true market demand for Tongass timber.
4. Although acknowledging the importance of a secure timber base in maintaining a viable forest products industry in Alaska, Forest Service demand forecasts ignore the impact this instability of supply has had on the industry.
5. The Forest Service has not considered the importance of maintaining a minimum scale for efficient operation of the forest products industry in Southeast Alaska. Sufficient timber must be made available to allow for maintaining all necessary components of a

[47] Irland, Lloyd with Al Sampe and Tony Cheng. 1993. Towards Sustainable Forestry On the Tongass National Forest: An Introduction to Factual and Policy Issues. Written for the Forest Policy Center, Washington, D.C.

viable industry, including a variety of contractors and a sufficient trained labor force. By providing enough timber for mills to operate at two shifts instead of just one, operating costs can be greatly reduced. Estimates by the Governor's Task Force indicate that an absolute minimum volume of 300 MMBF per year is needed to maintain a viable industry, and volumes over 400 MMBF would have a greater likelihood of encouraging development of a successful industry.

6. There is no evidence that the Forest Service truly considers the economic viability of its timber sale offerings. Timber sales must be of sufficient scale, timber duration, timber quality and species mix, etc., to allow companies to operate at a profitable level. In addition, minimum stumpage levels should not be set too high for profitable operation. Only companies which have the ability to operate profitably, at least during the high periods of the wood product market cycles, can afford to make the investments necessary to maintain a competitive industry in the region.
7. In assessing the demand for timber from the Tongass National Forest in international markets, it is essential to consider the quality of wood in this region, especially in comparison with timber from regions with faster growing trees, such as New Zealand, or even the Pacific Northwest (second growth from private lands). The success of even low grade logs from the Tongass in producing relatively high percentages of veneer suitable for LVL indicates that the advantages of this old growth timber resource have not truly been analyzed by the Forest Service.
8. Failure to include timber for proposed new facilities in Southeast Alaska is one of the most obvious shortcomings of the Forest Service efforts to implement TTRA Section 101. This is particularly important in regard to facilities such as the proposed veneer plant in Ketchikan, which will process lower grade logs. If the forest products industry in Southeast Alaska cannot be economically competitive, the market will force adjustments. However, for the Forest Service to assume a low level of demand and reduce their timber offerings accordingly, is to abort the infant industry before it has the opportunity for life.

Given the level of demand which still exists in the Pacific Rim for high quality forest products, there appears to be more than adequate demand for the maximum volume of timber which might be sold from the Tongass National Forest, given other constraints on sustained yield and economic viability of timber offerings. In seeking to meet market demand for timber, the Forest Service must recognize that timber supply, not demand, has limited the industry's development and competitiveness in Southeast Alaska. To maintain a viable forest products industry in Southeast Alaska, especially in light of the recent pulp mill closures, the Forest Service must broaden its definition of market demand to include both existing and potential new processing facilities.

## References

Apsey, Mike and Reed, Les. 1995.World timber resources outlook, current perceptions; a discussion paper. Second edition. Vancouver, B.C., Canada; Council of Forest Industries.

Barr, Linda. 1997. Pacific Rim Wood market Report, Nov. 1997.

Brooks, D. J. and R. W. Haynes. 1990. Timber Products Output and Timber Harvests in Alaska: projections for 1989-2010. USDA Forest Service Pacific Northwest Forest Experiment Station. *Gen. Tech. Rept.* PNW-GTR-261. 48 pp.

Brooks, D. J. and R. W. Haynes. 1994. Timber Products Output and Timber Harvests in Alaska: projections for 1992-2010. USDA Forest Service Pacific Northwest Forest Experiment Station. *Gen. Tech. Rept.* PNW-GTR-334

Brooks, David J. and Richard W. Haynes. 199x. Timber Products Output and Timber Harvests in Alaska: projections for 1997-2010. USDA Forest Service Pacific Northwest Forest Experiment Station. *Gen. Tech. Rept.* PNW-GTR-xxx (Draft, May 26, 1997)

Food and Agriculture Organization of the United Nations. 1997. FAO Provisional Outlook for Global Forest Products Consumption, Production and Trade 10 2010.

Hill, Alexandra and Hull Teresa. 1997. *Timber Harvest and Wood Products Manufacture in Alaska, 1995.* Prepared for USDA Forest Service Pacific Northwest Experiment Station Forestry Sciences Laboratory, Anchorage, Alaska.

Jacques, Romain. 1996. Economic Studies Research Note No. 47e. *Global Demand for Forest Products to the Year 2010.* Written for the Industry, Economics and Programs Branch of Canadian Forest Service.

Irland, Lloyd with Al Sampe and Tony Cheng. 1993. Towards Sustainable Forestry On the Tongass National Forest: An Introduction to Factual and Policy Issues. Written for the Forest Policy Center, Washington, D.C.

Japan Wood-Products Information and Research Center, 1997.

Malpass, George, 1997. British Columbia's Forest Industry, Pacific Rim-World Wood Products Marketing Conference, Vancouver, B.C. April 27-29, 1997.

McKenzie, Groome Poyry, 1997. Outlook for Asian Timber and Fiber Supply. At Marketing Forest Products of the Pacific Rim: Emphasis on Timber Supply, Jay Gruenfeld Associates Inc. Dec. 1 & 2, 1997, Seattle. WA.

Ministry of Forests, 1997. Summary of Timber Supply Review Results, 1992-1996.

Morse. K. 1997. Implementing Section 101 of the Tongass Timber Reform Act of 1990. (P.L. 101-626)

Morse, K. 1995A. Tongass National Forest Timber Sale Program Market Assessment. Rpt. For USDA Forest Service.

Morse, K. 1995B. Tongass National Forest - Independent Sale Program Market Assessment. Rpt. For USDA Forest Service.

Neilson, D. A., 1997. The Forests and Forest Industry of Japan.

Paterson, Andy, 1997. The Japan Log Market for U.S. Wood: What's Happening. At Marketing Forest Products of the Pacific Rim: Emphasis on Timber Supply, Jay Gruenfeld Associates Inc. Dec. 1 & 2, 1997, Seattle. WA.

Reed, F. L. C., 1997. British Columbia Fiber Report in a Canadian Context" American Pulpwood Association Western Technical Division, Richmond, B.C. Oct. 9, 1997.

Robertson, Guy and Waggener, Thomas R., 1995. "The Japanese Market for Softwood Sawnwood and changing Pacific Rim Wood Supply Conditions: Implications for U.S. Pacific Northwest Producers", CINTRAFOR Working Paper 52, Seattle, Wa. Jan. 1995.

Shields, Jim, 1997. World Wood Products Market Outlook in 1998, Dec. 3-5, 1997. Vancouver B.C. Miller Freeman's 3rd Annual Conference - The North American Wood Products Market: Outlook for 1998.

Southeast Regional Timber Task Force, 1996. Four Visions of the Timber Industry on the Tongass National Forest, Dec. 12, 1996., p 10-11.

Takkar, M. S., 1997. Attache Report AGR Number: IN7067, July 11, 1997, USDA Foreign Agricultural Service.

The Irland Group. 1992. Timber Demand Scenarios For Tongass National Forest 1991 - 2010. Report to Alaska Region USDA Forest Service

Timber Supply and Demand 1995. 1996. Alaska National Interest Lands Conservation Act Section 706(a) Report to Congress. Rpt. No. 15.

USDA Foreign Agricultural Service, 1997. "China's Forestry Industry at a Glance", Wood Products: International Trade and Foreign markets, Circular Series WP-3-97, August 1997, p. 9-14.

Zak, Brian, 1997. Challenges Facing B.C. Producers", Miller Freeman's 3rd Annual Conference - The North American Wood Products Market: Outlook for 1998," Vancouver, B.C. Sec. 3-5.