to an increase of 8.9%. This potential increase of as much as 1.6 million m³ in exports would be to all destinations, including other European countries, so it is very unclear that there will be any significant increase in exports to Japan beyond those achieved in 1997 (i.e., 1997 volumes are higher than 1994, so further increases might not be inferred from the FAO forecast).[22]

In fact, the surge in exports from Europe to Japan may reflect a convergence of trends that very likely may reverse in the future. Lumber exports from Europe, particularly Scandinavia, to Japan increased sharply in 1996 and again in 1997. However, Figure 4 shows that European lumber consumption has been relatively weak during these last two years, and producers there were aggressively seeking alternative markets. Demand will increase in Europe in the future, absorbing some of the lumber now being directed to Japan. At the same time, an imbalance in the distribution of containers led transportation companies to offer very competitive rates on container freight to the Far East, where containers were in short supply. Thus the price for ocean freight from Europe to Japan has been about the same as from the U.S. West Coast. However, there is no guarantee that these very low freight rates will continue in the future, and an increase in freight could make the European lumber much less competitive in Japan. Finally, the Scandinavians have benefited from a weakening of their currencies, relative to the U.S. dollar, which makes their products more competitive in Japan. Since January, 1996, the Swedish Krona has weakened 18.7% against the U.S. dollar, and the Finnish Markka has weakened by 21.6%.



---

[22] In fact, the well known Swedish consulting firm Timwood has provided a forecast of Japanese wood demand to a client of RFA, in which they predict that Japanese imports of European lumber will not exceed 2.0 million cubic meters by 2002. In 1997, the Japan Lumber Report estimates that total imports of European wood will reach 1.8 million cubic meters, which translates to only an 11% gain over the next five years.

**Fig. 4**

Brooks and Haynes also stress the importance of competition from Canadian suppliers in the Japanese market: "Recent data on Japanese softwood log and lumber imports indicates that Canada continues to be the most significant competitor supplying lumber to Japan."[23] While Canada has taken a very large share of the Japanese softwood import market, there are many indications that producers in British Columbia may be facing significantly higher costs and limited timber supply in the future. In our 1996 report for the Alaska Forest Association[24] we listed a number of very pessimistic forecasts on the future timber harvest volumes in B.C. (most experts believe the harvest will decline from 75 million m3 to 60-65 million m3 in the next decade). Brooks and Haynes apparently disagree with these experts, as there is no mention of an anticipated decline in timber harvest in B.C. in their report. While a complete discussion of the outlook for British Columbia timber supply is beyond the scope of this report, we feel it is important to stress three recent trends which support the conclusion that the British Columbia wood products industry is in trouble, and will likely be <u>less</u> of a competitive threat in the future.

First, the recently completed Timber Supply Review gives an indication of the expected decline in timber supply. While the total Annual Allowable Cut (AAC) has only been reduced by 0.5%, the conventional softwood sawlog component (which accounts for almost all lumber production) has fallen by 5%, or 3.5 million m3.[25] The Vancouver (on the South Coast) and Nelson (Interior) timber supply areas have been hit the hardest. More importantly, according to B.C. expert Phil Musgrave[26] and others, this review did not reflect all the changes required by the Forest Practices Code, which was not fully implemented until June, 1997. This means that the AAC is expected to continue falling, by at least another 6% over the next 5 years. The harvest in the Coast region, where many mills cut lumber primarily for the Japanese market, is expected to decline further than the timber harvest in the Interior. For example, Zak (1997) estimates that the combined impact of the Forest Practices Code, Timber Supply Review, and Protected Area strategy will be to reduce the 1997/98 timber harvest on the Coast by 24%, versus a decline of 11% in the Interior.[27]

Second, lumber producers in British Columbia have been facing a decline in log quality. During the last 20 years, the average log diameter has declined across B.C. by roughly one-third, and the grade mix has also suffered. F.L.C. Reed[28] estimates that the share of pulp logs

---

[23] Brooks and Haynes, May 26, 1997 draft, page 14.
[24] "Timber Supply from the Tongass National Forest: Meeting Market Demand", Robert Flynn & Associates, July 30, 1996
[25] Ministry of Forests, "Summary of Timber Supply Review Results, 1992-1996", 1997
[26] Phil Musgrave, personal communication.
[27] Brian Zak, "Challenges Facing B.C. Producers", Miller Freeman's "3rd Annual Conference—The North American Wood Products Market: Outlook for 1998.", Vancouver, B.C., Sec 3-5, 1997.
[28] "British Columbia Fiber Report in a Canadian Context", F.L.C. Reed, American Pulpwood Association Western Technical Division, Richmond, B.C., October 9, 1997.

Meeting Market Demand For Timber

in the Coast region has increased from 10-15% of total harvest to 30-40%. Lower log quality will make it more difficult for B.C. sawmills to be competitive in international markets.

Finally, a recent report by KPMG Peat Marwick showed that the cumulative impact of higher stumpage and tighter logging restrictions has been to greatly increase delivered log costs to wood processors in B.C. Between 1992 and 1996, logging costs have increased 69% in the Coast region, and 80% in the Interior.[29] Despite relatively high lumber prices, many companies in B.C. continue to operate at losses or relatively low levels of profitability.

Brooks and Haynes state that competition from Canadian producers in the Japanese market is an important factor in their forecast of declining demand for Tongass timber. The fact that virtually all experts are forecasting a decline in competitiveness of the B.C. sawmill industry should have been acknowledged in the Forest Service report. This view is shared by Dr. Con Schallau:

"We do not share the pessimistic assessment by Brooks and Haynes of the 'stiff competition' from producers in Canada. They neglect to point out that production from British Columbia will decrease significantly in the very near future. There is nothing to prevent Alaska from filling the niche vacated by B.C. processors provided there is a reliable National Forest timber supply." (Emphasis added)

Finally, in regard to Canada, there is an important lesson relative to the industry in Southeast Alaska. Brooks and Haynes forecast that it will be difficult for Alaskan producers to increase their share of the Japanese market because they are a "high-cost" region. However, lumber producers in British Columbia are also in a "high-cost" region, facing often difficult and expensive working conditions. For example, RISI estimates that labor costs in B.C. sawmills are 50% higher, per thousand board feet of lumber production, than their counter-parts in the U.S. Pacific Northwest. Yet, as Haynes and Brooks point out, Canadian producers have been very successful in increasing lumber exports to Japan during the 1990s.

A key difference between the "high-cost" region of Coastal British Columbia, and the neighboring "high-cost" region of Southeast Alaska, is that in B.C. the government has made timber available to the industry under long-term agreements that ensure a sustainable volume of timber to various companies for many years. This means that the companies have been able to make investments in improving their processing facilities, because they had a guaranteed (or nearly so) volume of timber available for supplying their mills. In many cases which could be cited, the timber supplying B.C. sawmills cutting lumber for Japan was of the same species, and quality, as the timber growing on the Tongass National Forest in Southeast Alaska. The difference has been that B.C. mills knew how much timber they could cut, could make investments accordingly, and were able to make the effort to develop new products and

---

[29] See George Malpass, "British Columbia's Forest Industry", Pacific Rim-World Wood Products Marketing Conference, Vancouver, B.C., April 27-29, 1997. Also, "Financial State of the Forest Industry and Delivered Wood Cost Drivers", KPMG, Ministry of Forests Web Site (www.for.gov.bc.ca/HET/Costs/fin-1.htm#exec).

Meeting Market Demand For Timber

customers because they could guarantee supply for years into the future. As will be discussed in a later section, reliability of timber supply is essential in permitting forest products companies to make the investments necessary to remain competitive in the international wood markets.

### Lack of Consideration for the Uniqueness and Quality of the Tongass Timber Resource

In recent years, several studies of the global supply of and demand for wood have reached widely varying conclusions on the future fiber balance. For example:

- Jaakko Poyry (Jaakko Poyry 1995) published an assessment of the global fiber supply and demand in 1995, and suggested that there is sufficient wood to meet global demand, although there will be some regional imbalances (including a shortage in the Asia Pacific region). They estimated global industrial roundwood consumption will be 1.7 billion $m^3$ in 2010.

- David Brooks helped the European Forest Institute complete a study in 1996 (Solberg, et al, 1996). This study included a number of scenarios, with forecasts of industrial roundwood consumption varying from 1.84 billion $m^3$ to 2.09 billion $m^3$. They also concluded that the world's forests should be able to produce a volume of wood consistent with that level of demand.

- In contrast, Apsey and Reed (1995) concluded that their projected level of roundwood consumption (2.08 billion $m^3$) would be much greater than actual supply of roundwood, leading to a "shortfall" in supply, of some 400 million $m^3$ in 2010.

- Finally, Nilsson, in reviewing a number of studies, had a "mainstream" result of a shortage of supply (in meeting projected global demand) of nearly 800 million $m^3$ in 2010.

So take your pick. Either the world is running out of wood, and potential demand will exceed supply by 400-800 million $m^3$ in 2010[30] or the world will have plenty of wood to meet projected demand.

A basic problem with global wood demand studies is that they focus on the global fiber balance, and hence ignore regional imbalances, which may be quite severe. In addition, these global studies typically do not examine demand for the species and quality of timber available from particular regions, such as the Tongass. Many of these studies do examine demand for softwood versus hardwood, but this is hardly adequate when trying to determine demand for timber from a unique resource area such as the Tongass. Likewise, the Brooks/Haynes report

---

[30] To put this in perspective, the FY1995 timber harvest on the Tongass National Forest was 221.1 MMBF, according to the 1995 Timber Supply and Demand report. Assuming a rough average of 5 $m^3$ per Mbf, this is a harvest of about 1.1 million $m^3$. The total harvest on the Tongass in 1995, then, was equal to only 0.14-0.28% of the projected shortfall in timber in the Apsey and Reed and Nilsson studies.

fails to adequately identify and analyze the market demand for the <u>quality</u> of wood products which can be produced from Tongass National Forest timber.

For example, Radiata pine producers in New Zealand have been trying to export structural lumber to Japan for many years, with very little success. They have been successful in exporting packaging and other low-grade lumber to Japan, and these show up in the data as an increasing volume of softwood lumber and logs exported to Japan. However, there is almost no overlap between the markets for Alaskan lumber producers and those served by producers in New Zealand. Moreover, when Brooks and Haynes point to the "sharply increased log and lumber exports to Japan" (from New Zealand), it should be recognized that radiata pine has <u>failed to take a larger share of the Japanese softwood lumber import market since 1990</u>. In fact, the chart below indicates that the overall trend has been downward (Fig. 5).



**Fig. 5**

Robertson and Waggener also point out that "Radiata pine, which comprise the bulk of both New Zealand's and Chile's forest resource, is also not felt to be of sufficient quality to adequately substitute for North American species (in the Japan market)."[31]

There appears to be a strong and continuing demand for Alaska spruce and hemlock in Japan. It is interesting to note that while Japanese imports of Alaskan lumber have declined in recent years, imports of Alaskan hemlock and spruce logs have continued at a surprisingly high rate.

---

[31] Robertson & Waggener, ref. Cited, page 67

**Robert Flynn & Associates**                                                                 20

**Meeting Market Demand For Timber**

The figure below shows log shipments remaining around 300 MMBF during the 1991-1995 period, while lumber shipments dropped sharply (Fig. 6). In fact, the demand for Alaskan logs has remained remarkably stable compared with log export volumes from the Pacific Northwest. In 1996, log exports from the Pacific Northwest were only about 40% of the volume shipped from that region in 1988. By comparison, Alaskan log exports have remained at roughly the same level for the last 9 years (Fig. 7).



Fig. 6

Meeting Market Demand For Timber

We believe that the continued shipment of logs from Alaska through the mid-1990s indicates that there <u>is an on-going demand for Alaskan wood in Japan</u>. The declining exports of lumber reflects mill closures and timber supply problems in Alaska, not a decline in preference, or demand for, Alaskan sawnwood.



Fig. 7

Haynes and Brooks do not really discuss the importance of the quality of wood products which can be manufactured from Tongass National Forest timber. The high quality spruce and hemlock logs are greatly superior to the second growth logs which make up the bulk of timber supply in the U.S. Pacific Northwest today. Niche markets for products such as musical instruments have been developed for many years, and could be developed further. However, even the lower quality logs available from the Tongass may have properties which permit the manufacture of relatively higher value products also. For example, the proposed Ketchikan Pulp/Sealaska veneer mill, discussed later, would produce veneer from logs which formerly were chipped for pulp production. Ketchikan has been testing these logs for veneer production for LVL, and has found that an unusually high percentage of veneer is suitable for the higher value LVL products, due to the slow growing, fine-grained wood.

The Governor's Marketing Alaska effort in 1995 identified a wide range of industries which could be developed to a) utilize lower grade logs and b) manufacture higher value products. Currently there is an effort to foster the development of "value-added" products in Alaska in order to generate more employment per Mbf of timber processed. However, it should be noted that there cannot be any "value-added" industry without a viable primary forest products industry to manufacture the lumber and veneer required.

Meeting Market Demand For Timber

Overemphasis on Lack of Residue Market in Alaska

Another factor cited by Brooks and Haynes as a reason for much lower forecasts of lumber production and timber consumption in Alaska was the lack of a local market for the sawmill residues and low grade logs. Certainly the closure of the pulp mills removes what was the major market for sawmill residues, but this does not really present an insurmountable problem. While there has been a large surplus of wood residues in the Pacific Northwest during 1995 and 1996, this has now disappeared. The chart below shows that pulp mill inventories came back into balance with consumption last May, and the September, 1997 data revealed the lowest ratio of chip inventory to consumption in at least the past 6 years. Pulp log buyers from British Columbia have reportedly been purchasing Alaskan logs in increasing quantities since May. Ketchikan Pulp has concluded a long-term agreement to supply woodchips to the Georgia-Pacific pulp mill in Bellingham, Washington. And finally, we note that woodchip exports from Alaska to Japan reached a record volume of almost 200,000 bone-dry short tons in 1996, an increase of 172% since 1994!

Certainly, the logistics of marketing wood residues from Southeast Alaska sawmills will not be easy, but this is no reason to assume that Alaska sawmills can't be competitive in the future. Processing the residues and low grade logs in Alaska would bring obvious benefits to the industry over selling the residues to B.C. or the U.S. Pacific Northwest. The proposed veneer mill (discussed in a later section) is planned to operate on low grade logs which formerly would have gone to the pulp mill. Some proposals for an MDF (medium density fiberboard) plant in Southeast Alaska have also been made. Whether or not this currently would be an economically viable project is beyond the scope of this report. However, one fact is indisputable--- without a guaranteed supply of economically priced wood available from the Tongass National Forest, no forest products company in the world would be willing to invest the $60-100 million necessary to construct such a facility. Only if a reliable supply of wood is made available to the industry will such a facility in Southeast Alaska receive serious consideration.

Meeting Market Demand For Timber



Fig. 8

## Part II. Changes in Alaska lumber production incorrectly based on recent operating levels, not market demand

Between their 1994 and 1997 reports, the forecasts of Alaskan lumber production by Brooks and Haynes show extreme variation, too much so to be explained by shifting market demand.

In 1994 Haynes and Brooks forecast that lumber production in Alaska would reach 246.7 MMBF in 2000. In their 1997 study, they reduced this estimate to only 94.9 MMBF, a reduction of 61.5%. This reduction in lumber production forecast is not just for the short term, as their forecast for the year 2010 is now 47.8% lower than it was just 3 years ago. We maintain that this change in forecast is not due to a massive shift in the market place away from higher quality softwoods, nor has a new competing supply source opened up that was unanticipated three years ago. (While we concede that the entry of European suppliers into the Japan market is surprising in its rapidity, further extension beyond the volumes seen this year appears unlikely, and certainly does not give justification for such a sharp reduction in forecast of Alaska lumber production 13 years in the future.)

### Changes in Forecast of Alaska Lumber Production

| Year | Date of Study* 1990 | 1994 | 1997 | Percent change 1997/94 |
|------|------|------|------|------|
| 1995 | 217.8 | 199.4 | 110.3 | |
| 2000 | 262.8 | 246.7 | 94.9 | -61.5% |
| 2005 | 268.5 | 286.2 | 133 | -53.5% |
| 2010 | 270.9 | 303.4 | 158.3 | -47.8% |

* Dates of Brooks/Haynes studies on "Timber Products Output and Timber Harvests in Alaska"

Table 1        (Note: Volume shown in MMBF)

The Brooks and Haynes forecast of Alaska lumber production is evidently heavily influenced by the performance of the industry during the 1992-1996 period, rather than on expected market demand for lumber produced from Tongass timber. Several times in the 1997 report, the authors point out that the use of updated data for this recent period is one of the main reasons for the radical change in their forecast. For example, on page 6:

"This revised data (for 1992-96) are especially important, as they display trends and patterns for the early part of the current decade (1990-99), and establish the starting point for subsequent projections."[32]

---

[32] Brooks and Haynes (1997 Draft), at page 6.

**Robert Flynn & Associates**                                                                 25

And again on page 7:

"In this revised projection, the most important new data are those for Alaska production and exports of logs, pulp, and lumber, and Japanese production, consumption, and imports."

Several other times in the report, the authors stress the importance of the pulp mill closures in affecting their forecast. Projections of future lumber production and exports are based on differing levels of increase from the current extremely low level.

However, this recent period (1992-96) was a period during which the industry operated at a distinct disadvantage because of the uncertainty surrounding their timber supply, and the failure of the Forest Service to provide sufficient timber for the mills to maintain an adequate volume under contract. Hence, actual production levels probably did not reflect the true competitive position of the Alaskan forest products industry.

For example, during the early 1990s, the industry in Alaska maintained a volume of timber under contract (for independent mills) of less than one year's annual consumption. As discussed later in the report, the Forest Service has itself repeatedly stressed the need for industry to maintain a 3-year's supply of timber, in order to take advantage of market cycles, insure adequate time for permitting and road construction, etc.--- in general, to remain competitive. Thus, during the early 1990s the industry was hamstrung because of inadequate supplies of timber being made available, which led to mill closures and low production levels, which in turn now leads Forest Service economists to forecast even lower levels of production, and hence lower demand for timber. Estimates of lower demand are used to justify lower volumes of timber sales, and the vicious downward cycle continues.

This point has been made many times in the discussion over timber supply from the Tongass in the last 5 years. The Irland Group, in an independent report to the Forest Service in 1992, put it succinctly:

> "A Tongass National Forest ASQ based on an assumed low level of demand will become a self-fulfilling prophecy."[33]

We believe that by focusing on recent declines in lumber production in Alaska, the Forest Service is incorrectly assuming that this represents a sharp decline in demand for Tongass timber products. In fact it has been the restricted timber supply, not demand, which has limited timber consumption in Southeast Alaska.

Brooks and Haynes forecast that log exports from Alaska (total volume) will decline from 518 MMBF in 1995 to 162 MMBF in 2000 and only 85.6 MMBF in 2005. While it is true that a decline in log exports from Alaska will not <u>automatically</u> translate into an equivalent demand for Alaska lumber, the long term trend from North America has been towards a smaller vol-

---

[33] The Irland Group, 1992. Ref. Cited, at page 1.

**Robert Flynn & Associates**                                                                                             26

ume of logs, and a greater volume of lumber shipped to Japan. If the Tongass National Forest makes available a greater volume of timber in the future, subject to the economic viability criteria in Section 347 of the Interior Appropriations Bill, then lumber producers in Southeast Alaska should find good demand for their products, both in the Asian markets and the U.S.

### Insufficient Timber Under Contract

A major reason that the Forest Service continues to underestimate the demand for Tongass timber is they fail to acknowledge that a key factor in declining timber consumption in the 1990s has been an inadequate volume of timber under contract for Southeast Alaska companies.

The Forest Service has repeatedly stated that an important goal in meeting market demand for timber on the Tongass is to allow the industry to maintain a backlog of timber purchases, ("volume under contract"), equal to three years of timber harvesting for each company. For example, on page 3 of the 1995 Timber Supply and Demand report,

> "The Forest Service attempts to maintain the industry's pool at a level equal to approximately three years of harvest activity."[34]

From Morse (1995b):

> "To be responsive to market demand, the Forest Service attempts to provide an opportunity for the industry as a whole to accumulate a supply of purchased but unharvested timber (i.e. volume under contract) equal to about three years of timber consumption. .....First, this allows the industry ample time to plan an orderly and systematic harvest schedule that meets all timing restrictions and permit requirements. Second, it allows the industry to better manage its financial resources and to secure financing on the basis of longer term timber supply. Third, it allows time for the necessary infrastructure (roads, log transfer facilities, and logging camps) to be put in place prior to timber harvest. Finally, an ample timber supply gives the industry more opportunity to sustain itself through market cycles."[35]

And from Morse (1997):

> "An underlying assumption is that the industry will attempt to build up and retain a level of "volume under contract" equal to the sum of the harvest projections for the next three years...... In light of these operational considerations, the region has attempted to give indus

---

[34] Timber Supply and Demand 1995. 1996. Alaska National Interest Lands Conservation Act Section 706(a) Report to Congress. Rept. No. 15.

[35] Morse, K. 1995B. Tongass National Forest - Independent Sale Program Market Assessment. Rpt. For USDA Forest Service.

try the opportunity to accumulate sufficient volume under contract to support 2-3 years of average harvest activity.......... The accumulation of volume under contract provides a necessary condition for industry stability, allows operators to take full advantage of high points in timber market cycles, and moderates the effects of short-term supply disruptions."[36]

Other examples could be cited, so it is apparent that the Forest Service considers Volume Under Contract to be an important component of meeting market demand for timber, and a good indication of the success of the Forest Service in achieving this goal. It is somewhat shocking, then, to realize how poorly the Forest Service has done in this respect. Using the statistics included in the appendix of the Morse (1997) report, we can calculate that during the 1991-1995 period, the volume of timber harvested under the Independent Sale Program averaged 64 MMBF per year, while the volume offered averaged 54 MMBF and the volume actually sold averaged 66 MMBF. This is equal to only one year's required timber volume, not three, if we use the actual harvest average for 1991-95.

In Figure 9, below, we have charted volume under contract in terms of the number of year's of timber consumption that volume represents for the Independent mills. To avoid problems with annual fluctuations in harvest, we have used the average of the previous 3 years of harvest, to indicate annual timber consumption. During the period 1991-1995, the volume of timber under contract for the Independent mills was equal to an average of just 0.69 years of timber consumption. If the goal was 3 years of timber consumption under contract, then only 23% of that goal was achieved. Since this does not include proposed new facilities, or existing facilities which might have operated if sufficient timber had been available, we must assume that the volume of timber sold was in fact equal to even less than 0.69 years of true demand for timber.

---

[36] Morse, 1997 draft (Ref. Cited)



Fig. 9

Unless volume sold exceeds volume harvested, no buildup in volume under contract is possible. If the Forest Service was actively seeking to meet market demand by allowing the industry to build up 3-years volume of timber under contract, that effort is not apparent in these results for the 1991-1995 period.

We emphasize this insufficient volume of timber under contract, because, as stressed by the Forest Service in numerous reports, this buffer of timber is vital in allowing the industry to maintain profitability and to survive. During the period 1991-1995, then, the industry was forced to operate at a severe competitive disadvantage, and the result was a declining production of forest products in Southeast Alaska during 1992-1996. Brooks and Haynes use the industry's performance during those years, 1992-96, as a major reason for forecasting a decline in demand for timber from the Tongass. Again, the vicious downward cycle is evident---- insufficient timber supply leads to lower production, which is used as an excuse for offering less timber, which prevents the industry from investing and adapting to meet changing markets, etc. A better method of measuring "market demand" needs to be utilized, rather than depending on these "self-fulfilling prophecies of low demand" that The Irland Group warned about in 1992.

### Stability of Timber Supply Necessary to Meet Market Demand

In a 1992 report to the Forest Service, The Irland Group pointed out that "We cannot simply equate market demand with past or present consumption.... If current consumption were taken

Meeting Market Demand For Timber

as a measure of demand, it would be an underestimate."[37] Meeting "market demand" for Tongass timber means, among other things, "...establishing a level of security about future supply that does not now exist on the Tongass."

We note that Brooks and Haynes acknowledge, as have others in the Forest Service, that the inability of the Agency to provide a stable flow of timber is one of the factors which has severely damaged the industry's ability to compete in the international wood markets. In the recent (1997) report, the authors explain that Alaska was unable to take advantage of the declining timber harvests in the Pacific Northwest, for a number of reasons, including "...uncertainty in the level and dependability of timber supplies in Alaska."[38] Also, they state that "Recent declines in Alaska timber harvests and market share may be partly a result of uncertainty and delays associated with management policies and litigation. To the extent that this is true, a more stable management and policy environment may enable Alaska to increase production quickly and competitively."[39]

Others in the Forest Service apparently agree. The Tongass Land Management Plan R.O.D. includes the statement, "Demand also will be influenced by whether or not businesses choose to invest in new wood-processing industries in Southeast Alaska over the next decade. Such decisions will be determined in part by investors' subjective evaluations of the certainty with which they can rely on the Tongass as a reliable source of timber."[40]

This point cannot be over emphasized. We believe that the continuing reliance of the Forest Service on economic studies which forecast widely varying levels of timber demand only serves to further undermine the business community's confidence in the reliability of timber supply from the Tongass. The instability of timber supply from the Tongass in the 1990s has been a major cause in reducing log consumption in that region. This was anticipated by The Irland Group in 1992:

> "In Southeast Alaska, the economics of processing depends on the cost levels of harvesting wood, on the level of the uncut volume under contract, on the security of new supplies, and on the ability to obtain enough wood to operate facilities at high operating rates during market peaks. At present, TNF timber can fulfill none of these requirements. As a result, the industry's competitive position is even worse than it would otherwise be."[41]

Instability of timber supply has been a key factor in preventing the forest industry in Southeast Alaska from investing and upgrading their processing facilities to become more competitive. A number of mills have been forced to close, which has reduced timber consumption in the region. If the Forest Service then takes this recent drop in production as further evidence

---

[37] The Irland Group, 1992. "Adequacy of Supply Study for the Tongass", Appendix at page 49.
[38] Brooks and Haynes (1997) p. 5
[39] Brooks and Haynes (1997), p. 9
[40] Tongass Land Management Plan, Record of Decision, at page 25.
[41] The Irland Group (1992), p. 49

Robert Flynn & Associates                                                         30

of lower <u>demand</u> for timber, they are compounding their error and condemning the forest products industry to an even dimmer future.

For the forest products industry in Southeast Alaska to be competitive in the global markets, significant investments must be made to upgrade facilities and to build new ones (discussed below). These investments cannot be financed without guarantee of a timber supply from the Tongass National Forest which is sufficient to allow the companies involved to amortize those investments.

<u>Importance of Minimum Industry Scale and Timber Sale Profitability</u>

The Governor's Southeast Regional Timber Task Force, in their "Four Visions" analysis[42], points out that a major consideration in meeting market demand for timber from the Tongass is the minimum scale needed to maintain a viable industry in the region. A sustainable forest industry must be large enough to support all the direct and indirect components of the industry, including at least several logging and road building contractors, tug and barge lines, financial services, etc. Annual timber harvest volumes must be large enough to ensure that all these components of the industry can operate profitably. The Task Force estimated that at a minimum, 300 MMBF of timber from the Tongass National Forest was needed each year.

In addition to total volume, the Forest Service must also consider the scale of individual timber offerings to fit the special conditions found in Alaska. Sufficient scale is needed to justify the establishment of remote logging camps, moving in equipment on barges, etc. Providing a longer time horizon on these sales, to permit adequate time for planning, road building, etc., is also essential.

Finally, to truly meet market demand for Tongass timber, the National Forest must design its sale offerings to include a species mix and timber quality that permits companies to operate at a profitable level. The problem with excessive amounts of cedar in some areas has long been a topic of discussion. In addition, minimum stumpage levels should not be set too high to allow for profitable operation. If stumpage rates are driven too high, by the combined effect of minimum stumpage and restricted supply, then companies will not be able to earn an adequate return on investment. This means that less money will be available for value-added capital investments, and the industry will be unable to maintain its competitiveness in the international markets.

<u>Lack of Consideration for Potential New Industries</u>

Another key problem with the procedure for implementation of Section 101 as outlined by the Forest Service is the lack of serious consideration of demand by potential new industries in the region. While there is lip service paid to the possibility of some new industry in Southeast

---

[42] "Four Visions of the Timber Industry on the Tongass National Forest", Dec. 12, 1996.