# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALASKA FOREST ASSOCIATION; et al., | No. 04-35519 |
| Plaintiffs - Appellants, | D.C. No. CV-99-00013-JKS<br>District of Alaska, Juneau |
| v. | |
| U.S. DEPARTMENT OF AGRICULTURE; et al., | ORDER |
| Defendants - Appellees, | |
| SIERRA CLUB; et al., | |
| Defendant-Intervenors - Appellees, | |
| v. | |
| CITY OF WRANGELL; et al., | |
| Plaintiff-Intervenors - Appellants. | |

Jul-30-07   07:06am   From-ROBERTSON, MONAGLE & EASTAUGH   703 527 0421   T-760   P.003/005   F-307

| | |
|---|---|
| ALASKA FOREST ASSOCIATION; et al., | No. 04-35533 |
| Plaintiffs - Appellees, | D.C. No. CV-99-00013-J-JKS |
| v. | District of Alaska, Juneau |
| U.S. DEPARTMENT OF AGRICULTURE; et al., | |
| Defendants, and, | |
| SIERRA CLUB; et al., | |
| Defendant-Intervenors - Appellants, | |
| v. | |
| CITY OF WRANGELL; et al., | |
| Plaintiff-Intervenors - Appellees. | |

Jul-30-07   07:06am   From-ROBERTSON, MONAGLE & EASTAUGH      703 527 0421        T-760   P.004/005   F-307

| | |
|---|---|
| ALASKA FOREST ASSOCIATION; et al., | No. 04-35543 |
| Plaintiffs - Appellees, | D.C. No. CV-99-00013-JKS |
| v. | District of Alaska, Juneau |
| U.S. DEPARTMENT OF AGRICULTURE; et al., | |
| Defendants - Appellants, | |
| and, | |
| SIERRA CLUB; et al., | |
| Defendant-Intervenors, | |
| v. | |
| CITY OF WRANGELL; et al., | |
| Plaintiff-Intervenors - Appellees. | |

The court is in receipt of counsels' correspondence, dated July 20, 2007 and July 25, 2007 respectively, both requesting voluntary dismissal of these appeals. The court construes counsels' letters as motions to dismiss. So construed, the motions are granted and these appeals are dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

Jul-30-07   07:06am   From-ROBERTSON, MONAGLE & EASTAUGH   703 527 0421   T-760   P.005/005   F-307

In light of these dismissals, the follow-up conference scheduled for July 26, 2007 at 11:00 a.m. is cancelled.

FOR THE COURT

*Lisa J. Evans*
Circuit Mediator