# Notices

**Federal Register**
Vol. 63, No. 228
Friday, November 27, 1998

This section of the FEDERAL REGISTER contains documents other than rules or proposed rules that are applicable to the public. Notices of hearings and investigations, committee meetings, agency decisions and rulings, delegations of authority, filing of petitions and applications and agency statements of organization and functions are examples of documents appearing in this section.

## DEPARTMENT OF AGRICULTURE

### Forest Service

### Tongass National Forest Timber Demand Considerations; Alaska

**AGENCY:** Forest Service, USDA.

**ACTION:** Notice of availability; request for comments.

**SUMMARY:** The Tongass Timber Reform Act of 1990 requires the Secretary to seek to provide a supply of timber that meets the annual market demand for timber from the Tongass as well as the market demand for timber from the Tongass for each planning cycle. The draft procedures for considering market demand in planning annual timber sale offerings are now available for public review and comment.

**DATES:** Comments must be received in writing on or before January 11, 1999.

**ADDRESSES:** Single copies of the draft procedures may be obtained by writing the Regional Forester, Alaska Region, Forest Service, USDA, PO Box 21628, Juneau, Alaska 99802–1628. Send written comments on the draft procedures to the same address. The document is also posted on the internet at ww.fs.fed.us/r10/issues.htm.

**FOR FURTHER INFORMATION CONTACT:** Frederick L. Norbury or Kathleen S. Morse, Ecosystem Planning and Budgeting Staff, Alaska Region, Forest Service, USDA, PO Box 21628, Juneau, Alaska 99802–1728, (907) 586–8886/8809.

**SUPPLEMENTARY INFORMATION:** The draft procedures estimate the volume of timber likely to be purchased from the Tongass National Forest in the coming year based on observations of industry behavior in prior years. The industry draws its annual raw material supply from an accumulated inventory of timber volume under contract, sometimes called the ''buffer stock''. This inventory must be large enough to keep mills operating at a steady rate while new sales are prepared for offer and harvest. Historically, the Forest Service has attempted to allow the industry to hold the equivalent of two to three years worth of raw material as volume under contract. The draft procedures essentially suggest a similar approach but defined this inventory requirement in more analytical terms.

The draft procedures assume that, at a minimum, the industry will want to maintain its existing timber inventory and will purchase timber to replace that harvested in a given year. If the existing timber inventory is lower than the desired, the industry may want to purchase more timber than is processed in order to build up inventory. By comparing the current inventory with an estimate of the desired inventory and factoring in projected annual harvest, the Forest Service can develop a range of expected timber purchases for any given year. The volume offered will be adjusted to fall within the most current estimate.

Dated: November 20, 1998.

**James A. Caplan,**
*Acting Regional Forester, Alaska Region.*
[FR Doc. 98–31609 Filed 11–25–98; 8:45 am]
**BILLING CODE 3410–11–M**

## DEPARTMENT OF COMMERCE

### International Trade Administration

**[A–549–502]**

### Notice of Extension of Time Limit for Antidumping Duty Administrative Review of Certain Welded Carbon Steel Pipes and Tubes From Thailand

**AGENCY:** Import Administration, International Trade Administration, Department of Commerce.

**EFFECTIVE DATE:** November 27, 1998.

**SUMMARY:** The Department of Commerce (the Department) is extending the time limit for the preliminary results of the antidumping duty administrative review of the antidumping order on certain welded carbon steel pipes and tubes from Thailand, covering the period March 1, 1997 through February 28, 1998.

**FOR FURTHER INFORMATION CONTACT:** John Totaro or Abdelali Elouaradia, AD/CVD Enforcement Office 7, Import Administration, International Trade Administration, U.S. Department of Commerce, 14th Street and Constitution Avenue, NW, Washington, DC 20230, telephone (202) 482–1374 or 482–2243, respectively.

**SUPPLEMENTARY INFORMATION:** Under section 751(a)(3)(A) of the Tariff Act, as amended (the Act), the Department may extend the deadline for completion of an administrative review if it determines that it is not practicable to complete the review within the statutory time limit of 365 days. In the instant case, the Department has determined that it is not practicable to complete the review within the statutory time limit. See Memorandum from Roland L. MacDonald to Robert S. LaRussa (November 9, 1998).

Therefore, in accordance with section 751(a)(3)(A) of the Act, the Department is extending the time limit for the preliminary results until March 31, 1999.

Dated: November 19, 1998.

**Joseph A. Spetrini,**
*Deputy Assistant Secretary, Enforcement Group III.*
[FR Doc. 98–31660 Filed 11–25–98; 8:45 am]
**BILLING CODE 3510–DS–P**

## DEPARTMENT OF COMMERCE

### National Oceanic and Atmospheric Administration

**[I.D. 101598A]**

### Marine Mammals

**AGENCY:** National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Commerce.

**ACTION:** Issuance of permit amendment.

**SUMMARY:** Notice is hereby given that PRBO International Biological Research, 4990 Shoreline Highway, Stinson Beach, CA 94970–9701, has been issued an amendment to scientific research permit No. 939.

**ADDRESSES:** The amendment and related documents are available for review upon written request or by appointment in the following offices:

Permits Division, Office of Protected Resources, NMFS,

1315 East-West Highway, Room 13130, Silver Spring, MD 20910 (301/713–2289); and

Regional Administrator, Southwest Regional Office, NMFS, NOAA, 501