# Notices

**Federal Register**
Vol. 65, No. 69
Monday, April 10, 2000

This section of the FEDERAL REGISTER contains documents other than rules or proposed rules that are applicable to the public. Notices of hearings and investigations, committee meetings, agency decisions and rulings, delegations of authority, filing of petitions and applications and agency statements of organization and functions are examples of documents appearing in this section.

## DEPARTMENT OF AGRICULTURE

### Forest Service

**Tongass National Forest Timber; Demand Considerations; Alaska**

**AGENCY:** Forest Service, USDA.

**ACTION:** Notice of availability.

**SUMMARY:** A notice of availability and request for comment on draft timber sale procedures for the Tongass National Forest was published in the **Federal Register** on November 27, 1998 (Vol. 63, No. 228). The draft procedures described an approach for incorporating market and industry information in planning the annual sale program for the Tongass National Forest in accordance with Section 101 of the Tongass Timber Reform Act. The draft procedures were made available to the public at the Regional Forester's office in Juneau, Alaska, and the three Forest Supervisor's Offices in Ketchikan, Petersburg, and Sitka, Alaska. In addition, the document was posted on the internet at a location identified in press releases and briefing sessions. A total of six sets of comments were received and incorporated in the final procedures (''Responding to the Market Demand for Tongass Timber,'' R10–MB–413, April 2000, USDA Forest Service, Alaska Region). Implementation direction for the procedures is included in the Forest Service Sale Preparation Handbook, Region 10 Supplement 2409.18–2000–1. The Forest Service hereby gives notice that the final procedures and Forest Service directive are now available to the public.

**ADDRESSES:** Copies of the final procedures and Region 10 Supplement may be obtained by writing Rick Cables, Regional Forester, Alaska Region, Forest Service, USDA, P.O. Box 21628, Juneau, Alaska 99802–1628. The final procedures are also posted on the Alaska Region internet site at www.fs.fed.us./r10/ro/epb/economic.htm.

**FOR FURTHER INFORMATION CONTACT:** Frederick L. Norbury or Kathleen S. Morse, Ecosystem Planning Staff, Forest Service, USDA, P.O. Box 21628, Juneau, Alaska 99802–1628; (907) 586–8886/8809.

**SUPPLEMENTARY INFORMATION:**

### Statutory and Regulatory Background

Section 705(a) of the Alaska National Lands Conservation Act (Pub. L. 96–487) required the Forest Service to ''maintain the timber supply from the Tongass National Forest to dependent industry at a rate of four billion five hundred million board feet measure per decade.'' Section 101 of the Tongass Timber Reform Act (Pub. L. 101–626) removed the timber supply mandate and substituted a more general requirement that the Forest Service seek to provide a supply of timber from the Tongass which meets the annual market demand for timber from such forest and meets the market demand for timber from such forest over the planning cycle. The legislation qualified this admonishment, saying that efforts to meet market demand must be consistent with providing for the multiple use and sustained yield of all renewable forest resources. Further, such efforts are subject to appropriations, other applicable law and the requirements of the National Forest Management Act (Pub. L. 94–588).

In the Record of Decision (ROD) for the Tongass Land and Resource Management Plan (May 23, 1997) the Regional Forester made a commitment to ''develop procedures to ensure that annual timber offerings are consistent with market demand.'' In April 1999, a new ROD for the Tongass Forest Plan was issued by Under Secretary Lyons. The 1999 ROD referenced the draft procedures, finding them to be ''an appropriate methodology for the purposes of implementing the 'seek to meet market demand' language of the TTRA.'' The 6* draft procedures were made available for public review and comment via **Federal Register** notification on November 27, 1998 (Vol. 63, No. 228). The procedures and implementing direction have been finalized.

### Summary of Procedures

The procedures estimate the volume of timber likely to be purchased from the Tongass National Forest in the coming year based on observations of industry behavior in prior years. The industry draws its annual raw material supply from an accumulated inventory of timber volume under contract, sometimes called the ''buffer stock.'' This inventory must be large enough to keep mills operating at a steady rate while new sales are being prepared for offer and harvest. Historically, the Forest Service has attempted to allow the industry as a whole to hold the equivalent of two to three years' worth of raw material as volume under contract. The procedures suggest a similar approach but define this inventory requirement in more analytical terms.

The draft procedures assume that, at a minimum, the industry will want to maintain its existing timber inventory and will purchase timber to replace that harvested in a given year. If the existing timber inventory is lower than desired, the industry is likely to purchase more timber than is processed in order to build inventory. Commonly, if the inventory is higher than desired, the industry is likely to purchase less. By comparing the current inventory with an estimate of the desired inventory and factoring in projected annual harvest, the Forest Service can develop a range of expected timber purchases for any given year. The volume offered will be adjusted to fall within the most current estimate.

### Comments and Responses

The Forest Service issued a Notice of Availability and Request for Comment on the draft procedures in the **Federal Register** on November 27, 1998 (Vol. 63, No. 228). The comment period closed January 1, 1999.

All relevant comments have been given full consideration in adoption of the final procedures and implementing direction. Comments were received from two environmental organizations, one timber industry association, two economic consulting firms, and one timber sale purchaser. All respondents were from Alaska or from entities representing Alaskan interests. A summary of the comments and responses is in the final report.

Dated: March 24, 2000.

**James A. Caplan,**
*Deputy Regional Forester for Natural Resources.*

[FR Doc. 00–8726 Filed 4–7–00; 8:45 am]
**BILLING CODE 3410–11–M**

## DEPARTMENT OF COMMERCE

### International Trade Administration

**[A–428–802; A–475–802; A–559–802; A–588–807]**

### Industrial Belts from Germany, Italy, Singapore, and Japan; Corrected Final Results of Expedited Sunset Reviews

**AGENCY:** Import Administration, International Trade Administration, Department of Commerce.

**ACTION:** Notice of correction to final results of expedited sunset reviews: industrial belts from Germany, Italy, Singapore, and Japan.

**SUMMARY:** On December 30, 1999, the Department of Commerce ("the Department") published in the **Federal Register** (64 FR 73511) the final results of the June 1999 sunset reviews of the antidumping duty orders on industrial belts from Germany, Italy, Singapore, and Japan. Subsequent to the publication of the final results, we identified an inadvertent error in the "Scope" section of the notice. Therefore, we are correcting and clarifying this error.

On page 73511, the error lies in the following sentence: "The merchandise covered by the antidumping duty orders on Germany and Japan includes industrial belts other than V-belts and synchronous belts used for power transmission, in part or wholly of rubber or plastic, and containing textile fiber (including glass fiber) or steel wire, cord or strand, and whether in endless (*i.e.* closed loops) belts, or in belting lengths or links from Germany and Japan." This sentence should be replaced with: "The merchandise covered by the antidumping duty order on Germany includes industrial belts, other than V-belts and synchronous belts used for power transmission, in part or wholly of rubber or plastic, and containing textile fiber (including glass fiber) or steel wire, cord or strand, and whether in endless (*i.e.* closed loops) belts, or in belting lengths or links.[1]

Further, we are inserting the following sentence, which was inadvertently left out: "The antidumping duty order on imports from Japan covers industrial V-belts and synchronous belts and other industrial belts, in part or wholly of rubber or plastic, and containing textile fiber (including glass fiber) or steel wire, cord or strand, and whether in endless (*i.e.,* closed loops) belts, or in belting in lengths or links."[2]

**EFFECTIVE DATE:** April 10, 2000.

**FOR FURTHER INFORMATION CONTACT:** Kathryn B. McCormick or Carole A. Showers, Office of Policy for Import Administration, International Trade Administration, U.S. Department of Commerce, 14th Street & Constitution Avenue, NW, Washington, D.C. 20230: telephone (202) 482–1930 and (202) 482–3217, respectively.

This correction is issued and published in accordance with sections 751(h) and 777(i) of the Act.

Dated: April 4, 2000.

**Joseph A. Spetrini,**
*Acting Assistant Secretary for Import Administration.*

[FR Doc. 00–8820 Filed 4–7–00; 8:45 am]
**BILLING CODE 3510–DS–P**

## DEPARTMENT OF COMMERCE

### International Trade Administration

**[A–570–847]**

### Persulfates From the People's Republic of China: Preliminary Results of Antidumping Duty Administrative Review, and Partial Rescission of Administrative Review

**AGENCY:** Import Administration, International Trade Administration, Department of Commerce.

**SUMMARY:** The Department of Commerce is conducting an administrative review of the antidumping duty order on persulfates from the People's Republic of China in response to requests by the petitioner, FMC Corporation, and the following two manufacturers/exporters of the subject merchandise: Shanghai Ai Jian Import and Export Corporation, and Sinochem Jiangsu Wuxi Import and Export Corporation. In addition to these two respondents, the petitioner also requested a review of Guangdong Petroleum Chemical Import & Export Trade Corporation. The period of review is July 1, 1998, through June 30, 1999.

We have preliminarily found that sales of subject merchandise have been made below normal value. If these preliminary results are adopted in our final results of administrative review, we will instruct the Customs Service to assess antidumping duties based on the difference between the export price and the normal value. We also have preliminarily determined that the review of Sinochem Jiangsu Wuxi Import & Export Trade Corporation should be rescinded.

**EFFECTIVE DATE:** April 10, 2000.

**FOR FURTHER INFORMATION CONTACT:** James Nunno, AD/CVD Enforcement Group I, Office II, Import Administration, International Trade Administration, U.S. Department of Commerce, 14th Street and Constitution Avenue, N.W., Washington, D.C. 20230; telephone: (202) 482–0783.

**APPLICABLE STATUTE AND REGULATIONS:** Unless otherwise indicated, all citations to the Tariff Act of 1930, as amended (the Act), are references to the provisions effective January 1, 1995, the effective date of the amendments made to the Act by the Uruguay Round Agreements Act. In addition, unless otherwise indicated, all citations to the Department of Commerce's (the Department's) regulations are to 19 CFR part 351 (April 1998).

**SUPPLEMENTARY INFORMATION:**

### Background

On July 15, 1999, the Department published in the **Federal Register** a notice of "Opportunity to Request an Administrative Review" of the antidumping duty order on persulfates from the People's Republic of China (PRC) covering the period July 1, 1998 through June 30, 1999. See Antidumping or Countervailing Duty Order, Finding, or Suspended Investigation; Opportunity to Request Administrative Review, 64 FR 38181 (July 15, 1999).

On July 31, 1999, in accordance with 19 CFR 351.213(b), the petitioner requested an administrative review of Shanghai Ai Jian Import & Export Corporation (Ai Jian), Sinochem Jiangsu Wuxi Import & Export Corporation (Wuxi), and Guangdong Petroleum Chemical Import & Export Trade Corporation (Guangdong Petroleum). We also received requests for a review from Ai Jian and Wuxi on July 31, 1998. We published a notice of initiation of this review on August 30, 1999. See Initiation of Antidumping and Countervailing Duty Administrative Reviews and Requests for Revocation in Part, 64 FR 47167 (August 30, 1999).

On September 8, 1999, we issued an antidumping questionnaire to Ai Jian, Wuxi, and Guangdong Petroleum. The Department received a response from Ai

---

[1] See Antidumping Duty Order of Sales at Less Than Fair Value; Industrial Belts and Components and Parts Thereof, Whether Cured or Uncured, From the Federal Republic of Germany, 54 FR 25316 (June 14, 1989).

[2] See Industrial Belts and Components and Parts Thereof, Whether Cured or Uncured , From Japan; Final Results of Antidumping Duty Administrative Review, 60 FR 39929 (August 4, 1995).