

United States
Department of
Agriculture

Forest Service
R10-MB-450a

May 2002



# Tongass Land Management Plan Revision

# Draft Supplemental Environmental Impact Statement

Roadless Area Evaluation
for Wilderness Recommendations

**VOLUME I: Draft SEIS**

# Environment and Effects 3

The following section is divided into three parts. The first two parts evaluate the alternatives in terms of projected demand for 2005 and installed production capacity identified during the Forest Service's 2000 mill survey, respectively. The third part assesses the long-term effects of the alternatives in terms of employment and income.

**Demand.** Brooks and Haynes' (1997) medium projection for 2005 is used as one benchmark to evaluate the alternatives. This projection, summarized in Table 3.4-6, estimates that 152 MMBF of Tongass timber would be harvested in 2005. This estimate is generally comparable with the 2002 demand analysis that was developed to comply with Section 101 of TTRA and ensure that annual timber sale offerings are consistent with market demand (USDA Forest Service, 2000). This projected level of demand is compared with the estimated annual average NIC I component of each alternative for 2002 to 2012 in Figure 3.4-16. It is important to understand that like the ASQ volume, the NIC I component is not a future sale level projection or target. Rather, it represents the maximum volume that could be harvested with normal logging systems. It would take unprecedented conditions to meet the maximum volume authorized for each sale by the programmatic Forest Plan. In order for this to occur, sales would need to consistently meet the upper limits established by the 1997 Forest Plan's standards and guidelines regulating timber sale design and resource protection. The sales would also need to meet the economic criteria required to sell and sale implementation would need to not be affected by litigation. Realistically, approximately 70 percent of the total volume allowed by the NIC I ceiling can be expected to be sold and harvested under any of the alternatives. This is reflected in the second set of bars on the supply side of Figure 3.4-16.

The Brooks and Haynes 2005 scenario provides one benchmark against which to evaluate potential harvest levels by alternative. As discussed in the affected environment section, this scenario merely describes possible levels of activity given certain assumptions and is meant to be instructive rather than indicative. As no

**Figure 3.4-16**
**Projected Demand and Estimated Average Annual Supply, 2002-2012**



Notes:
1. The estimated demand for 2005 (152 MMBF) is based on the Brooks and Haynes (1997) medium scenario.
2. Estimated supply by alternative is based on the projected volume of the NIC I component of the ASQ. The projected volume of the NIC I component is not a projected harvest level. It would take unprecedented conditions to meet the maximum volume authorized for each sale by the programmatic Forest Plan. In order for this to occur, sales would need to consistently meet the upper limits established by the Forest Plan's standards and guidelines regulating timber sale design and resource protection. The sales would also need to meet the economic criteria required to sell and sale implementation would need to not be affected by litigation. Realistically, approximately 70 percent of the total volume allowed by the NIC I ceiling can be expected to be sold and harvested under any of the alternatives. This is reflected in the second set of bars on the supply side of the figure.

supply curves and subsequent price equilibrium are used in these studies, their results do not correspond to an economic concept of demand and are more correctly viewed as predicted levels of production and sales under key assumptions. It is, therefore, important to note that the results of the Forest Service's 2000 mill survey and data from the annual Timber Supply and Demand reports, suggest a number of differences between Brooks and Haynes' (1997) assumptions and actual conditions in 2000. Brooks and Haynes assumed, for example, that North America's share of Japanese softwood lumber imports would range from 70 to 76 percent, depending on their scenario. North America accounted for just 61 percent of Japanese softwood lumber imports in 1999 (USDA Forest Service, 2001d). Similarly, Brooks and Haynes assumed that 25 percent of lumber production would go to domestic U.S. markets. According to the mill survey, 72 percent of production in 2000 supplied domestic markets.

**Installed Production Capacity.** Estimated installed production capacity and percent utilization are identified by mill in Table 3.4-5. Installed production projected capacity is compared with the estimated sawlog component of the average annual NIC I volumes by alternative for the 2002 to 2012 period in Figure 3.4-17. The full production capacity (343 MMBF) used in this comparison is the installed production capacity for 2000, excluding the Annette Island Sawmill and Metlakatla Forest Products facilities, which are closed and considered unlikely to reopen. Actual mill production in 2000 was 87 MMBF (Table 3.4-5), which represents 25 percent of total installed capacity, excluding the Annette Island and Metlakatla Forest Product facilities. This low overall utilization rate may indicate that changes in capacity are likely as the region's wood products sector adjusts to current supply and end-market realities.

The estimated sawlog components of the projected NIC I volumes range from 13 percent of the adjusted installed production capacity (343 MMBF) under Alternative 6 to 40 percent under Alternatives 1, 2, and 4 (Figure 3.4-17). Again, it is important to recognize that the NIC I component is not a future sale level projection or target. Rather, it represents the maximum volume that could be harvested with normal logging systems. It would take unprecedented conditions to meet the maximum volume authorized for each sale by the programmatic Forest Plan. In order for this to occur, sales would need to consistently meet the upper limits established by the Forest Plan's standards and guidelines regulating timber sale design and resource protection. The sales would also need to meet the economic criteria required to sell and sale implementation would need to not be affected by litigation. Realistically, approximately 70 percent of the total volume allowed by the NIC I ceiling can be expected to be sold and harvested under any of the alternatives. This is reflected in the second set of bars on the supply side of Figure 3.4-17. Assuming this were the case, the sawlog component of the average annual harvest over the next decade would range from 9 percent (Alternative 6) to 28 percent (Alternatives 1, 2, and 4) of the adjusted installed production capacity (343 MMBF). This would be equivalent to 0.4 (Alternatives 6 and 8) to 1.1 (Alternatives 1, 2, and 4) times actual mill production in 2000.

**Employment and Income.** Projected levels of employment and income are presented by alternative in Table 3.4-15. These estimates are based on the annual average NIC I component of the ASQ and calculated using the same job/MMBF ratios used in the short-term effects section (3.33 sawmill jobs/MMBF and 1.95 logging jobs/MMBF). These estimates assume that the entire NIC I component for 2002 to 2012 would be harvested, which is, as noted in the preceding sections, unlikely to occur. They also assume a linear relationship between harvest and employment levels, with a one percent change in harvest resulting in a one percent change in employment. As noted in the short-term effects section, this rarely occurs in the real world.