

**USDA**
United States
Department of
Agriculture

Forest Service
R10-MB-338b

January 1997



# Tongass Land Management Plan Revision

# Final Environmental Impact Statement

**Part 1:** Summary, Chapters 1 and 2, and Chapter 3 (Physical and Biological Environment)



Exhibit 37, Page 1 of 4

of subsistence resources may, in part, explain variations in the diversity of harvest activity among rural Southeast's communities. Edna Bay subsistence resource harvesters gather the most diverse number of resources, while residents of Skagway harvest the least. Geographic differences in the richness of the resource base may explain community differences both in the mean per capita harvest and percent of protein from such harvests. In addition to the geographic aspects of the land base, harvest regulations and other sociocultural considerations are also factors that determine levels and diversity of resource harvest (Kruse, 1990). The diversity of resource harvest activities does not appear to vary greatly by size of place, income, length of residence, or ethnicity. Forest-wide, however, there is a slight tendency for households located in small communities, and households with lower incomes, to harvest a greater variety of resources than other households.

Figure 3-9 identifies the resources used by the rural communities of Southeast Alaska. This figure has been developed primarily from the information supplied in the Tongass Resource Use Cooperative Survey. Supplemental information and verification of information supplied from the TRUCS data has been obtained from Alaska Department of Fish and Game, Division of Subsistence, Technical Reports for the communities of Angoon, Haines, Klawock, Kluckwan, Petersburg, Sitka, Skagway, Tenakee Springs, Wrangell and Yakutat. These technical reports provide site-specific detail related to the communities from which information was gathered while the TRUCS information is by community and related Southeast-wide.

**Where Subsistence Harvest Occurs.** Historically, subsistence use occurred where access to the resources cost less in energy than the resources gathered. Many of the gathering activities occurred in easily-accessed areas. These activities occurred close to settlements where they could be accessed by foot or boat. Over time, as new technology developed, ease of access meant a movement outward into new resource use areas. The motorboat and development of road systems associated with timber harvest activities in Southeast Alaska have had perhaps the greatest influence on subsistence gathering activity. Today, all communities may be accessed by motorized boats or many are tied to interior lands by road systems. As new roads are developed, subsistence use has moved from areas with higher access costs to areas with easily-achieved access.

The traditional household deer hunting areas mapped in Appendix H show that the road systems are extensively used. This is particularly true on Prince of Wales Island. These maps also show that subsistence use is concentrated in close proximity to individual communities and along the beaches.

Each community throughout Southeast Alaska has distinct home ranges with concentrated use occurring in these home ranges. A wide range of use on a less concentrated scale exists outside the normal home range. More than half (54 percent) of all households in rural Southeast Alaska travel a minimum of 11 miles by boat to reach the one reliable deer hunting area that they chose to describe in the Tongass Resource Use Cooperative Survey (Kruse and Muth, 1990). An additional 18 percent of all households also use boats to reach their reliable deer hunting area, but travel shorter distances (10 miles or less) (Kruse and Muth, 1990). Only 15 percent of all households use cars or trucks to travel to most reliable areas (Kruse and Muth, 1990). Thirteen percent use some other form of transportation, such as airplanes, walking, all-terrain vehicles, and the Alaska Marine Highway System (Kruse and Muth, 1990). While the majority of use occurs within about a 15-mile radius of rural communities, nearly all of the forested lands of the Tongass are used to some degree for subsistence deer hunting (ADF&G Technical Report Numbers

39, 71, 90, 95, 126, 131, 138, 159, 164, and 165). Appendix H displays, by community, the individual Wildlife Analysis Areas where approximately 75 percent of the average annual deer were harvested.

**Figure 3-9**
**Rural Communities Resource Use**

| Community | Wildlife[2] | | | | | | | Fisheries[3] | | | Marine Mammals[4] | | Plants[5] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D | M | MG | B | Wf | Sb | Fb | SG | Sa | Ff | I | H Seal | O M | G | S | B | F | T | R |
| Angoon | X | | | | X | X | | | X | X | X | X | | x | x | x | x | x | |
| Coffman Cove | X | | | | X | X | X | X | X | X | X | X | | x | x | x | x | x | |
| Craig | X | X | | X | X | X | X | X | X | X | X | X | | x | x | x | x | x | |
| Edna Bay | X | X | | X | X | X | X | X | X | X | X | | X | x | x | x | x | x | |
| Elfin Cove | X | | | | | X | X | | X | X | X | | | x | x | x | x | x | |
| Gustavus | X | | | | X | X | X | X | X | X | X | | | x | x | x | x | x | |
| Haines | X | X | X | X | X | X | X | X | X | X | X | | | x | x | x | x | x | |
| Hollis | X | | | X | | | X | X | X | X | X | | X | x | x | x | x | x | |
| Hoonah | X | | | X | X | X | X | X | X | X | X | X | X | x | x | x | x | x | x |
| Hydaburg | X | | | X | X | X | | X | X | X | X | X | | x | x | x | x | x | |
| Hyder | | X | X | X | X | X | X | X | X | X | X | X | | x | x | x | x | x | |
| Kake | X | | | | X | X | | | X | X | X | X | | x | x | x | x | x | |
| Kasaan | X | | | | X | X | X | X | X | X | X | X | | x | x | x | x | x | |
| Klawock | X | X | | X | X | X | X | X | X | X | X | X | | x | x | x | x | x | |
| Klukwan | X | | | X | X | X | | X | X | X | X | X | | x | x | x | x | x | |
| Metlakatla | X | | | | X | X | X | X | X | X | X | X | X | | x | x | x | x | |
| Meyers Chuck | X | X | | | X | X | X | X | X | X | X | | X | x | x | x | x | x | |
| Pelican | X | X | | | X | X | X | X | X | X | X | X | X | x | x | x | x | x | |
| Petersburg | X | X | | X | X | X | X | X | X | X | X | X | X | x | x | x | x | x | |
| Point Baker | X | | | X | X | X | | X | X | X | X | | | x | x | x | x | x | |
| Port Alexander | X | | | X | X | X | X | X | X | X | X | X | | | x | x | x | x | |
| Port Protection | X | | | X | X | X | X | X | X | X | X | | | x | x | x | x | x | |
| Saxman | X | X | | | X | X | | X | X | X | X | X | | x | x | x | x | x | |
| Sitka | X | | X | X | X | X | X | X | X | X | X | X | X | x | x | x | x | x | |
| Skagway | X | | X | X | X | X | X | X | X | X | X | | | x | x | x | x | x | |
| Tenakee Springs | X | | | | X | X | X | X | X | X | X | X | X | x | x | x | x | x | |
| Thorne Bay | X | X | X | X | X | X | X | X | X | X | X | | | x | x | x | x | x | |
| Whale Pass | X | X | | X | X | X | X | X | X | X | X | X | | x | x | x | x | x | |
| Wrangell | X | X | X | X | X | X | X | X | X | X | X | | | x | x | x | x | x | |
| Yakutat[1] | X | X | X | X | X | X | X | X | X | X | X | X | | x | x | x | x | x | |

Source: Subsistence Use of Renewable Resources by Rural Southeast Alaska Residents, 8/90
[1] Fish and Wildlife Use in Yakutat, Alaska, 5/86
[2] Wildlife: D=Deer, M=Moose, MG=Mountain Goat, B=Black Bear (No Brown Bear data collected specific to subsistence use), Wf=Waterfowl, Sb=Seabirds, Fb=Furbearers, and SG=Small Game.
[3] Fisheries: Sa=Salmon, Ff=Other Finfish, and I=Invertebrates.
[4] Marine Mammals: Hseal=Harbor Seal, OM=Other Mammals
[5] Plants: G=Beach Greens, S=Seaweed, B=Berries, F=Firewood, T=Green Timber, and R=Roots (Source: Hanlon v. Barton).

Kruse and Muth (1990) found that nearly one-half of the households harvesting deer mentioned the existence of clearcuts of various ages occurring in presently reliable areas (44 percent), most-often-used areas (48 percent), and areas no longer used (55 percent). They also reported that old-growth forests were mentioned as most reliable by 90 percent of households harvesting deer, were most-often-used areas by 91 percent of households and were areas no longer used by 90 percent of those households harvesting deer.

While Kruse and Muth (1990) could not assume that the differences in physical attributes between current and abandoned deer harvest areas reflect the reason why residents stopped hunting in the abandoned areas, respondents did offer reasons for abandoning certain areas. One-third of all households that ceased hunting in one or more deer harvest area said that they did so because of an absence of deer in the area. One-fifth of all households stopped using an area because there were too many hunters. Likewise, a fifth mentioned that an area was closed to hunting. About one in ten households said that the area was inconvenient to reach, that it had been logged, or that they had no means to get to the area any longer.

### Abundance and Distribution

**Wildlife.** Wildlife populations for deer, moose, mountain goat, black and brown bear, furbearers and small game range from low to high across Southeast. Trends in population levels for all species range from stable to increasing (USDI, Subsistence Management and Use, 3/88).

Sitka black-tailed deer are important subsistence resources for Southeast Alaska's rural residents. In 1987, deer constituted 21 percent of the total pounds of subsistence resource harvested by rural residents with an estimated 11,600 deer being harvested by 3,000 households. Over one-third (37 percent) of all rural households harvested at least one deer (Kruse, 1989).

Deer harvest levels vary substantially by community. Residents of Edna Bay, Port Alexander, Pelican, Tenakee Springs, Hoonah, and Angoon harvested an average of 250 pounds (80 pounds of useable meat per deer) per household in 1987. These communities are in close proximity to prime deer habitats with healthy deer populations. Liberal regulations have allowed relatively high harvest levels. Harvest levels were understandably lower in communities located away from areas of high deer populations (Kruse, 1989).

"Land mammals other than deer" account for only 4 percent of the total harvest of edible subsistence resources. In 1987, at least 30 percent of the households in Edna Bay, North Whale Pass, Thorne Bay, and Meyers Chuck harvested land mammals other than deer. These mammals included moose, black bear, or furbearers (Kruse, 1989).

Expressed in mean pounds, the harvest of land mammals other than deer is highest in Petersburg and Wrangell where moose was harvested by 9 and 7 percent of the households, respectively. Other land mammals were much more likely to be harvested by low income households (Kruse, 1989).

**Waterfowl.** Waterfowl and seabirds range throughout Southeast Alaska with population fluctuations occurring seasonally as birds migrate from summer to winter