BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacty as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for Tongass National Forest,<br><br>　　　　　　　　Defendant. | Case No. 1:04-cv-0029 (JKS) |

REQUEST FOR ORAL ARGUMENT

Federal defendants request oral argument on the merits of Counts V and IX in this action. Federal defendants further request that oral argument be scheduled prior to October 3, 2007[1]/, when the undersigned will retire. Counsel for intervenors has authorized the undersigned to represent that intervenors join in this request.

---

[1]/ The undersigned has been summoned for jury duty for the week of September 16th, and the state court Jury Clerk has denied a request to be excused from the jury duty.

Kake v. USFS 1:04-cv-0029 (JKS)
Req. For Oral Argument                - 1 -

RESPECTFULLY SUBMITTED this 16th day of August, 2007, at Anchorage, Alaska.

                  S/ Bruce M. Landon

                  BRUCE M. LANDON
                  Department of Justice
                  Environment & Natural Resources Division
                  801 B Street, Suite 504
                  Anchorage, Alaska  99501-3657
                  Phone: (907) 271-5452
                  Facsimile: (907) 271-5827
                  Email: bruce.landon@usdoj.gov

                  Attorney for Federal Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September, 2007, a copy of the foregoing notice was served electronically to the following counsel of record.

Thomas S. Waldo
Nathaniel S.W. Lawrence
Steve Silver
s/ Bruce M. Landon
Bruce M. Landon