IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>Defendants. | Case No. 1:04-cv-00029 (JKS)<br><br>JUDGMENT IN A CIVIL CASE |

___ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**.  The Court having entered its Order of even date herewith disposing of all issues raised.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

the United States Forest Service violated NEPA and ANILCA by providing outdated and misleading information in its FEIS and ROD for the Threemile Timber Harvest.  The FEIS and ROD are hereby

[J04-0029.jmt.frm]{JMT1.WPT*Rev.3/03}

vacated, and the Forest Service is enjoined from offering the Threemile Timber Harvest for sale until it has updated its long-term market demand projections for Tongass National Forest timber and complied with its NEPA and ANILCA duties based on the updated projections.

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

Date: September 26, 2007                            Entered by:

Approved by:

                                              Ida Romack

/s/ James K. Singleton, Jr.                         Clerk
**JAMES K. SINGLETON, JR.**
United States District Judge