RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
LORI CARAMANIAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Facsimile: (303) 844-1350
e-mail: lori.caramanian@usdoj.gov
DEAN DUNSMORE
801 B. Street
Anchorage, AK 99501
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
e-mail: dean.dunsmore@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br> v. <br><br> U.S. FOREST SERVICE, UNITED STATES DEPARTMENT OF AGRICULTURE, MARK REY, in his official capacity as Alaska Regional Forester; and FORREST COLE, Forest Supervisor for the Tongass National Forest, <br><br> Defendant. | Civ. No. 1:04-cv-00029-JKS <br><br> NOTICE OF SUBSTITUTION OF COUNSEL |

The United States of America, Department of the Agriculture, U.S. Forest Service, Mark Rey, Alaska Regional Forester, and Forrest Cole, Forest Supervisor (collectively "United States") hereby provide notice to the Court of substitution of counsel. Effective immediately, Bruce M. Landon is withdrawn as counsel in the above-captioned cases, and Lori Caramanian is substituted as its counsel in these proceedings. Mr. Landon has retired from the Department of Justice. He is no longer active in this case and has authorized the clerk to terminate service.

All future pleadings and other documents in this case should be served on Ms. Caramanian as follows:

> Lori Caramanian
> Trial Attorney
> Natural Resources Section
> Environmental and Natural Resources Division
> U.S. Department of Justice
> 1961 Stout Street, 8th Floor
> Denver, Colorado 80294
> Telephone: (303) 844-1499
> Fax: (303) 844-1350
> Email: lori.caramanian@usdoj.gov

Respectfully submitted,

Dated this 24th day of October, 2007.

> RONALD J. TENPAS
> Acting Assistant Attorney General
> Environment & Natural Resources Division
>
>   s/Lori Caramanian
> LORI CARAMANIAN
> Natural Resources Section
> Environment and Natural Resources Division
> U.S. Department of Justice
> 1961 Stout Street, 8th Floor
> Denver, Colorado 80294
> Telephone: (303) 844-1499
> Facsimile: (303) 844-1350
> e-mail: lori.caramanian@usdoj.gov
>
> ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2007, a copy of NOTICE OF SUBSTITUTION OF COUNSEL was electronically via the CM/ECF system by the United States District Court, District of Alaska to the following parties:

Thomas S. Waldo
Email: twaldo@earthjustice.org

Steven W. Silver
Email: ssilver628@aol.com

Amy Gurton Mead
Email: agmead@romea.com

                        s/Lori Caramanian