RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
LORI CARAMANIAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Facsimile:  (303) 844-1350
e-mail: lori.caramanian@usdoj.gov
DEAN DUNSMORE
801 B. Street
Anchorage, AK 99501
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
e-mail: dean.dunsmore@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br>  v.<br><br>U.S. FOREST SERVICE, UNITED STATES DEPARTMENT OF AGRICULTURE, MARK REY, in his official capacity as Alaska Regional Forester; and FORREST COLE, Forest Supervisor for the Tongass National Forest,<br><br>    Defendant. | Civ. No. 1:04-cv-00029-JKS<br><br>NOTICE OF APPEAL |

1     **NOTICE** is hereby given this 26th day of November, 2007, that the Defendants United States Department of Agriculture, the U.S. Forest Service, Mark Rey, and Forrest Cole in the above-captioned case hereby appeal to the United States Court of Appeals for the District of Alaska, 9th Circuit from the judgment of this Court entered on September 26, 2007, in favor of Plaintiffs Organized Village of Kake, Southeast Alaska Conservation Council, Natural Resources Defense Council, Sierra Club, the Wilderness Society, and Center for Biological Diversity, and against said Defendants.

    Respectfully submitted,

    Dated this 26th day of November, 2007.

                                      RONALD J. TENPAS
                                      Acting Assistant Attorney General
                                      Environment & Natural Resources Division

                                      _s/Lori Caramanian_
                                      LORI CARAMANIAN
                                      Natural Resources Section
                                      Environment and Natural Resources Division
                                      U.S. Department of Justice
                                      1961 Stout Street, 8th Floor
                                      Denver, Colorado 80294
                                      Telephone: (303) 844-1499
                                      Facsimile:  (303) 844-1350
                                      e-mail: lori.caramanian@usdoj.gov

                                      ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007, a copy of NOTICE OF APPEAL was electronically via the CM/ECF system by the United States District Court, District of Alaska to the following parties:

Thomas S. Waldo
Email: twaldo@earthjustice.org

Steven W. Silver
Email: ssilver628@aol.com

Amy Gurton Mead
Email: agmead@romea.com

　　　　　　　　　　　　　　　　　　s/Lori Caramanian