UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>ORGANIZED VILLAGE OF KAKE et al v. UNITED STATES FOREST SERVICE et al</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>JAMES K. SINGLETON 1:04-cv-00029-JKS</u>
Date Complaint Filed: <u>11-05-04</u>
Date Appealed Judgment *entered*: 09-26-07
Date NOA *filed*: <u>11-26-07</u>
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending
Court Reporter(s) Name and Phone Number: <u>NONE</u>
Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __    Date Docket Fee billed: __
Date FP granted: __    Date FP denied:  Is FP pending? <u>NO</u>
Was FP Limited/Revoked? US Government Appeal? <u>YES</u>  Companion Cases? Please list:
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **LORI L CARAMANIAN** | **THOMAS S WALDO** |
| U.S. Dept of Justice | Earthjustice |
| 1961 Stout Street - 8th Floor | 325 Fourth Street |
| Denver, CO 80294 | Juneau, AK 99801 |
| FAX : 303-844-1350 | FAX : 907-463-5891 |
| | **STEVEN W SILVER** |
| | Robertson, Monagle & Eastaugh P.C. |
| | 2300 Clarendon Blvd., Suite 1010 |
| | Arlington, VA 22201 |
| | FAX : 703-527-0421 |
| | **AMY GURTON MEAD** |
| | Robertson, Monagle & Eastaugh P.C. |
| | 9360 Glacier Hwy, Suite 202 |
| | Juneau, AK 99801 |
| | FAX : 907-586-6818 |

<u> X </u>retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __    Address: __  Custody: __ Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:   <u>CARLA APPLEBEE</u>
<u>907-677-6138</u>