Case 1:04-cv-00029-JKS  Document 126  Filed 12/14/2007  Page 1 of 2

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT



FILED
DEC 10 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE; SOUTHEAST ALASKA CONSERVATION COUNCIL; NATURAL RESOURCES DEFENSE COUNCIL, INC.; SIERRA CLUB; THE WILDERNESS SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs - Appellees,<br><br>V.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Alaska Regional Forester; FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>Defendants - Appellants. | No. 07-36025<br>D.C. No. CV-04-00029-JKS<br><br>TIME SCHEDULE ORDER |

RECEIVED
DEC 14 2007
CLERK
DISTRICT COURT
Deputy Clerk

The parties shall meet the following time schedule:

        Appellant/petitioner shall immediately file the civil appeals docketing statement (CADS), pursuant to Circuit Rule 33-1;

1/22/08      Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

2/21/08      The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

\*\*\*   The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:
Cathy A. Catterson
Clerk of Court

RT

By: Ruben Talavera
Deputy Clerk