Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES FOREST SERVICE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:04-cv-0029-(JKS) |

**STIPULATION REGARDING ATTORNEYS' FEES, COSTS AND EXPENSES**

Defendants and Plaintiffs agree and stipulate as follows:

    1. In *Natural Resources Defense Council v. United States Forest Service (NRDC I),* 421 F.3d 797 (9th Cir. 2005) the Ninth Circuit identified certain defects in the revised Tongass Land Management Plan (TLMP) and remanded to this Court for a determination of the appropriate remedy.

_____
*Organized Village of Kake, et al. v.*
*U.S. Forest Service, et al.*
1:04-cv-0029-(JKS)

2. The Complaint in this action alleged the same defects in the revised TLMP as the Ninth Circuit found in *NRDC I*.

3. On the *NRDC I* remand regarding the appropriate remedy, the parties filed their primary remedy brief in this action and adopted that brief by reference in *NRDC I,* 1:03-cv-029 (JKS) (D. Alaska); *Natural Resources Defense Council v. United States Forest Service (NRDC III),* and *Southeast Alaska Conservation Council v. United States Forest Service (SEACC),* 1:06-cv-005 (JWS) (D. Alaska).

4. The parties in all four cases reached a global settlement regarding the remedy for the defects in the revised TLMP. That settlement provided for the dismissal of *NRDC III,* all parties to bear their own costs and attorney fees. The settlement also provided for a dismissal of a portion of *SEACC* and entry of a final judgment relating to the undismissed portion. Plaintiffs in *SEACC* did not file an application for attorney fees, costs or expenses. The settlement provided for the entry of an order of dismissal relating to the portion of this action challenging the revised TLMP, but did not result in a final judgment or dismissal of Counts V and IX, which relate to the site-specific environmental impact statement and record of decision for the Threemile Timber Sale Project.

5. Plaintiffs in *NRDC I,* have filed a petition for attorney fees, costs and expenses for the remedy phase of that action. The government and the *NRDC I* plaintiffs have reached a tentative settlement of that claim. Because the same attorneys represented the plaintiffs in *NRDC I* and this action, and because of the great overlap of work relating to the remedy phase between the two cases, the government is unwilling to settle the claim in *NRDC I* without assurance that it is settling the attorneys' fees, costs and expenses relating to the remedy stage of Counts I-IV in this case. The government, however, does not expect the plaintiffs in this action to forego any future

_____
*Organized Village of Kake, et al. v.*
*U.S. Forest Service, et al.*
1:04-cv-0029-(JKS)                                              2

claims for attorneys' fees, costs or expenses incurred with regard to Counts V and IX, should plaintiffs prevail on those claims in the future.

6. Plaintiffs in this action agree that they will not file a claim for attorneys' fees, costs and expenses in this action, except that plaintiffs reserve the right to file a claim for attorney fees, costs and expenses incurred with regard to Counts V and IX, should plaintiffs prevail on those claims in the future. Defendants reserve the right to contest any such claims.

Respectfully submitted this 17th day of December, 2007.

/s/ Thomas S. Waldo

Thomas S. Waldo (ABA#9007047)
Eric P. Jorgensen (ABA#8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

_____
*Organized Village of Kake, et al. v.*
*U.S. Forest Service, et al.*
1:04-cv-0029-(JKS)                                           3

      /s/ Lori Caramanian

Lori Caramanian
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone: (303) 844-1499
Fax: (303) 844-1350
Email: lori.caramanian@usdoj.gov

*Attorney for Federal Defendants*

## CERTIFICATE OF SERVICE

    I, Thomas S. Waldo, certify that on December 17, 2007, a true and correct copy of the foregoing STIPULATION REGARDING ATTORNEYS' FEES, COSTS AND EXPENSES was served electronically on Lori Caramanian, Kevin Saxby, Steve Silver, and Amy Gurton Mead.

  /s/ Thomas S. Waldo
Thomas S. Waldo

_____

*Organized Village of Kake, et al. v.*
*U.S. Forest Service, et al.*
1:04-cv-0029-(JKS)                          4