**FILED**

APR 24 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; et al., <br><br> Defendants - Appellants. | No. 07-36025 <br><br> D.C. No. CV-04-00029-JKS <br> District of Alaska, <br> Juneau <br><br> ORDER |

**RECEIVED**

APR 2 9 2008

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation