Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Case No. 1:04-cv-0029-JKS ) ) ) ) ) ) ) ) ) |

## DECLARATION OF Gary E. Williams

**DECLARATION** OF Gary E. Williams

I, Gary E. Williams, hereby declare as follows:

1.      I am the Executive Director of the Organized Village of Kake (OVK).  I am familiar with OVK's structure and operations.  I make this declaration in support of the Petitioners' application for attorneys' fees and expenses in this case.  This declaration is based on my own personal knowledge.

2.      OVK is a federally-recognized Indian Tribe under the authority of the Indian Reorganization Acts of 1934 and 1936, with about 390 members.  I have examined our most recent records and determined that in November 2004, when this litigation was initiated, OVK had a net worth of less than 7 million dollars and less than 500 employees.  This is still true today.

3.      OVK's members have strong historical ties to Kuiu Island, which they have used for fishing, hunting, and gathering for generations.  These activities are part of our culture and identity.  Protecting the forests of Kuiu Island and the wildlife upon which Kake's members depend, is critical to OVK's mission of furthering the interests of its members.  OVK became a plaintiff in this case to assert its members' subsistence interests in greater protection of areas in the Tongass National Forest scheduled for logging, particularly on Kuiu Island.  We challenged the proposed Threemile Timber Harvest on grounds that it violated the Alaska National Interest Lands Conservation Act and the National Environmental Policy Act.

4.      OVK could not have brought this case without the services of qualified pro bono counsel.  As a federally-recognized Indian Tribe with limited resources, our ability to pay for qualified counsel in complex environmental litigation, even if we could locate counsel willing to represent us, is limited to non-existent.  The rates charged by private firms for litigation as complex and time consuming as this case were and are far beyond the reach of OVK to afford.  Earthjustice and the Natural Resources Defense Council (NRDC) do not charge us for their attorney time.

5.      At the time OVK filed this case, we knew that the lawyers at Earthjustice and NRDC had specialized expertise in environmental litigation that was critical to the successful prosecution

**Exhibit 1, Page 2 of 3**

Page 3

of this case. We did not know of any other attorneys with the necessary expertise willing to take this case. The attorneys from Earthjustice and NRDC who represented us in this case provided top-notch legal representation that we could not have obtained otherwise.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____05/20/08_____
DATE

_____
Gary E. Williams, Executive Director