Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. 1:04-cv-0029-JKS |

**DECLARATION OF SHARON BUCCINO**

I, Sharon Buccino, hereby declare as follows:

1. I am the Lands Program director for the Natural Resources Defense Council (NRDC), and I make this declaration in support of the petitioners' application for attorneys' fees and expenses in this case. This declaration is based on my personal knowledge.

2. NRDC is a tax-exempt organization described in section 501(c)(3) of the Internal Revenue Code of 1986. In November 2004, when this litigation was initiated, it had fewer than 500 employees. NRDC currently still has fewer than 500 employees.

3. NRDC is a non-profit environmental membership organization with more than a million members and e-activists throughout the United States, including Alaska. NRDC uses law, science, and the support of its members and others in the public to protect the planet's wildlife and wild places and to ensure a safe and healthy environment for all living things. NRDC has worked to protect wildlands and natural values on national forests for many years; NRDC's involvement in conservation of the Tongass National Forest dates back almost to the organization's inception. Among many other kinds of advocacy around protection of the Tongass, its forestlands and waters, NRDC has participated in the revision of the Tongass Land Management Plan, issues surrounding inclusion of the Tongass in the Roadless Area Conservation Rule, and decision-making about the Threemile Timber Harvest project. We participated in this litigation to further our organizational interests, including the preservation of roadless areas in the Tongass National Forest.

4. Although we were able to invest some staff time from in-house counsel in this case, NRDC did not have attorney resources available to litigate it by ourselves. Nor could we, as a non-profit organization, have afforded to hire outside counsel at market rates. We therefore could not have brought this case without the services of qualified pro bono counsel.

5. At the time NRDC filed this case, we knew that lawyers at Earthjustice had specialized expertise in environmental litigation which was critical to the successful prosecution of this case. The expertise of the attorneys who represented us in this matter influenced our decision to co-counsel with Earthjustice and, indeed, to bring the case at all. Knowing first-hand

how demanding court challenges to federal agency decisions are, given the deference they are normally accorded by judges, we are extremely pleased with the work done by Earthjustice on this case, and with the outcome.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_5/14/08_
/Date/

_[signature]_
Sharon Buccino

**Exhibit 2, Page 3 of 3**