Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> Defendants. | Case No. 1:04-cv-0029-JKS |

**DECLARATION OF RUSSELL HEATH**

I, Russell Heath, hereby declare as follows:

1.  I am the Executive Director of the Southeast Alaska Conservation Council (SEACC), and I make this declaration in support of the petitioners' application for attorneys' fees and expenses in this case. This declaration is based on my own personal knowledge.

2.  SEACC is a tax-exempt organization described in section 501(c)(3) of the Internal Revenue Code of 1986. In November 2004, when this litigation was initiated, it had fewer than 500 employees. SEACC currently still has fewer than 500 employees.

3.  SEACC advocates for the conservation and wise long-term management of the scenic, wilderness, fish, wildlife, recreation, subsistence and other natural resources and values of southeast Alaska and the Tongass National Forest in particular. Promoting the conservation and wise long-term management of southeast Alaska's forests through education, advocacy and litigation is and has been one of the highest priorities for SEACC. SEACC has been and continues to be deeply involved in reviewing, publicizing, commenting on, and, where necessary, appealing timber sale projects proposed by the U.S. Forest Service for the Tongass National Forest. SEACC commented on, educated others about, and appealed a number of timber sales implementing the Tongass Land Management Plan Revision, including the Threemile timber sale project. SEACC's participation in this litigation as a plaintiff has been important in furthering the organization's mission.

4.  SEACC could not have brought this case, however, without the services of qualified pro bono counsel. As a non-profit environmental organization, our ability to pay for qualified counsel in complex environmental litigation, even if we could locate counsel willing to represent us, is limited to non-existent. The rates charged by private firms for litigation as complex and time consuming as this case were and are far beyond the reach of SEACC to afford. Earthjustice and the Natural Resources Defense Council (NRDC) do not charge us for their attorney time.

5.  At the time SEACC filed this case, we knew that the lawyers at Earthjustice and NRDC had specialized expertise in environmental litigation and in the complex issues

surrounding management of the Tongass National Forest. Such expertise was critical to the successful prosecution of this case. The attorneys from Earthjustice and NRDC who represented us in this case provided top-notch legal representation that we could not have obtained otherwise.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_5/14/08_
DATE

_Russell Heath_
RUSSELL HEATH

**Exhibit 3, Page 3 of 3**