Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. 1:04-cv-0029-JKS |

**DECLARATION OF ELEANOR HUFFINES**

Exhibit 4, Page 1 of 3

I, Eleanor Huffines, hereby declare as follows:

1. I am the Alaska Regional Director for The Wilderness Society, and I make this declaration in support of the Petitioners' application for attorneys' fees and expenses in this case. This declaration is based on my own personal knowledge of the case.

2. The Wilderness Society is a tax-exempt organization described in section 501(c)(3) of the Internal Revenue Code of 1986. In November 2004, when this litigation was initiated, it had fewer than 500 employees. The Wilderness Society currently still has fewer than 500 employees.

3. The Wilderness Society's mission is to protect wilderness and inspire Americans to care for our wild places. The Wilderness Society has a long history of involvement in issues related to the Tongass National Forest, and, in addition to participating in this case, has been involved in other cases promoting the preservation of roadless areas in the Tongass. We have also participated in the revision of the 1997 Tongass Land Management Plan, the Threemile Project, and issues surrounding the inclusion of the Tongass in the Roadless Area Conservation Rule. We participated in this litigation because of our interest in preserving wild natural ecosystems in the Tongass National Forest and nationwide.

4. The Wilderness Society could not have brought this case without the services of qualified pro bono counsel. As a non-profit environmental organization, our ability to pay for qualified counsel in complex environmental litigation, even if we could locate counsel willing to represent us, is limited to non-existent. The rates charged by private firms for litigation as complex and time consuming as this case were and are far beyond the reach of The Wilderness Society to afford.. Earthjustice and the Natural Resources Defense Council (NRDC) do not charge us for their attorney time. I do not know of any other lawyers other than Earthjustice or NRDC who were competent and available to represent us on a pro bono basis.

5. At the time The Wilderness Society filed this case, we knew that the lawyers at Earthjustice and NRDC had specialized expertise in environmental litigation that was critical to the successful prosecution of this case. The attorneys from Earthjustice and NRDC who

represented us in this case provided excellent legal representation that we could not have obtained otherwise.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_5-21-08_
DATE

_[signature]_
ELEANOR HUFFINES