Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>　　　　Defendants. | Case No. 1:04-cv-0029-JKS |

**DECLARATION OF KIERAN SUCKLING**

**Exhibit 5, Page 1 of 3**

I, Kieran Suckling, hereby declare as follows:

1. I am the Executive Director of the Center for Biological Diversity, and I make this declaration in support of the petitioners' application for attorneys' fees and expenses in this case. This declaration is based on my own personal knowledge.

2. The Center for Biological Diversity is a tax-exempt organization described in section 501(c)(3) of the Internal Revenue Code of 1986. In November 2004, when this litigation was initiated, it had fewer than 500 employees. We currently still have fewer than 500 employees.

3. The Center for Biological Diversity works to protect wild places and their inhabitants and has been involved in protecting Alaska's wildlife since the early 1990's. The Center for Biological Diversity has an ongoing Alaska program focused on the protection of Alaska's forests and species diversity within those forests. The Center has a long history of involvement in issues related to the Tongass. For example, in 1994 the Center petitioned the United States Fish and Wildlife Service to protect the Queen Charlotte goshawk due to concerns over large-scale habitat loss in the Tongass National Forest. The Center has been extensively involved in analyzing the adequacy of wildlife management strategies adopted in the 1997 Tongass Land Management Plan, including participating the National Environmental Policy Act process at the programmatic and site-specific levels. The Center for Biological Diversity participated in this litigation to promote its interest in protecting the important habitat areas of the Tongass National Forest.

4. The Center for Biological Diversity could not have brought this case without the services of qualified pro bono counsel. As a non-profit environmental organization, our ability to pay for qualified counsel in complex environmental litigation, even if we could locate counsel willing to represent us, is limited to non-existent. The rates charged by private firms for litigation as complex and time consuming as this case were and are far beyond the reach of the Center to afford. Earthjustice and the Natural Resources Defense Counsel (NRDC) do not charge us for their attorney time.

3

     5.    At the time the Center filed this case, we knew that the lawyers at Earthjustice and NRDC had specialized expertise in environmental litigation and experience with the complex issues concerning the management of the Tongass National Forest. This expertise was critical to the successful prosecution of this case. The attorneys from Earthjustice and NRDC who represented us in this case provided effective, specialized legal representation that we could not have obtained otherwise.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

May 19, 2008
_____       _____
      DATE                                        KIERAN SUCKLING

**Exhibit 5, Page 3 of 3**