Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. 1:04-cv-0029-JKS |

**DECLARATION OF RICHARD D. MONKMAN**

I, Richard D. Monkman, hereby declare as follows:

1. I am a partner in the Juneau office of the law firm of Sonosky, Chambers, Sachse, Miller & Munson, LLP. We have offices in Juneau, Alaska; Anchorage, Alaska; Washington, D.C.; Albuquerque, New Mexico; and San Diego, California. I have practiced law for 28 years in Alaska, in Anchorage and Juneau, and in recent years have represented clients in federal litigation in Alaska, New Mexico, and Washington State. I have practiced both in private law firms and in state government.

2. In my current position, I am familiar with the hourly billing rates of the attorneys in our Juneau and Anchorage offices. I am also familiar with the rates charged by the attorneys in our other offices and am generally familiar with the rates charged by attorneys in other private law firms in Alaska and in the lower 48.

3. In our law firm, Alaska-based partners and other attorneys with more than ten years experience bill their time at the rate of $350 per hour.

4. Our clients sometimes retain other law firms with expertise in specialty areas, and litigate against private firms with specialty practices, and as a result I am familiar with those firms' rates. For example, a number of national law firms have satellite offices in Alaska. The Alaska lawyers with special expertise in these national firms typically bill at rates of $300 to $575 per hour, for non-profit and for-profit clients alike.

5. Earthjustice is a national law firm with a strong specialty in environmental litigation. It employs highly qualified attorneys with special expertise in environmental and administrative matters. This expertise is essential for the federal environmental cases that

Earthjustice litigates in Alaska. In my opinion, Earthjustice's attorneys are as qualified, capable, and experienced as the attorneys I have dealt with in other national law firms.

6. For these reasons, I believe that $350 per hour is a very reasonable billing rate for an attorney from Earthjustice's Juneau office who has more than 10 years of experience. For attorneys with less than 10 years of experience, I believe $250 per hour is well within the range of reasonable billing rates.

7. I believe that it would be very difficult for a person to find an attorney in Alaska with expertise in environmental litigation who would bring a lawsuit against a federal agency and charge rates less than the ones mentioned above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_5/13/08_
DATE

_[signature]_
RICHARD D. MONKMAN

**Exhibit 7, Page 3 of 3**