IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:04-cv-0029-JKS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING ATTORNEY'S FEES AND EXPENSES**

The application of plaintiffs Organized Village of Kake, Southeast Alaska Conservation Council, Natural Resources Defense Council, The Wilderness Society, and Center for Biological Diversity ("Applicants") for reasonable attorney's fees and expenses pursuant to the Equal Access for Justice Act, 28 U.S.C. § 2412, is hereby **GRANTED**. The Court has reviewed all of the materials submitted in support of and opposition to the application and finds that the application was timely filed and the Applicants are eligible prevailing parties under EAJA. The position of the United States in this litigation was not

substantially justified, nor do any other special circumstances make an award unjust. The cost of living adjustment to the $125 statutory rate results in hourly rates for attorney time of: $152 in 2004; $157 in 2005; $162 in 2006; $166 in 2007; and $171 in 2008. In addition, the Applicants' attorneys Tom Waldo, Eric Jorgensen, Niel Lawrence, and Michael LeVine are specialists in environmental litigation entitled to an enhanced rate under EAJA. They possess distinctive knowledge and skills developed in their specialties in public lands law in Alaska, which were needed in this litigation and not available at the statutory rate. A reasonable market rate for Tom Waldo, Eric Jorgensen, and Niel Lawrence is $350/hour. A reasonable market rate for Michael LeVine is $250/hour. In light of the foregoing, the following are reasonable attorney's fees in this case:

| | | | |
|---|---|---|---|
| Tom Waldo | 187.20 hours | @ $ 350/hour: | $ 65,520.00 |
| Michael LeVine | 95.59 hours | @ $ 250/hour: | 23,897.50 |
| Eric Jorgensen | 9.90 hours | @ $ 350/hour: | 3,465.00 |
| Niel Lawrence | 6.40 hours | @ $ 350/hour: | 2,240.00 |
| Erik Grafe | 19.50 hours | @ $ 171/hour: | 3,334.50 |
| Kate Glover | 5.72 hours | @ $ 157/hour: | 898.04 |
| Layla Hughes | 5.67 hours | @ $ 157/hour: | 890.19 |
| Demian Schane | 1.67 hours | @ $ 157/hour: | 262.19 |
| Law Clerks | 60.87 hours | @ $ 125/hour: | 7,608.75 |
| Paralegal | 9.83 hours | @ $ 75/hour: | 737.25 |

                                                              TOTAL:   $ 108,853.42

2

*Organized Village of Kake, et al. v.*
*U.S. Forest Service, et al.*,
J04-0029 CV (JKS)

The following are reasonable expenses in this case:

| Expense Category | Amount |
|---|---|
| Postage | $   84.00 |
| Photocopying & Printing | 188.60 |
| Online Research | 114.94 |
| Court Fees | 150.00 |
| TOTAL | $ 537.54 |

**IT IS THEREFORE ORDERED**, the defendants United States Forest Service, Mark Rey in his official capacity as Under Secretary of Agriculture, Dennis E. Bschor in his official capacity as Alaska Regional Forester, and Forrest Cole in his official capacity as Forest Supervisor for the Tongass National Forest shall pay to plaintiffs Organized Village of Kake, Southeast Alaska Conservation Council, Natural Resources Defense Council, The Wilderness Society, and Center for Biological Diversity $108,853.42 in attorney's fees and $537.54 in other expenses.  The check or checks shall be made payable to the Applicants' counsel Earthjustice.

Dated at Anchorage, Alaska, this _____ day of _____, 2008.

                                                                                                  _____
                                                                                                  **JAMES K. SINGLETON, JR.**
                                                                                                  United States District Judge

_____
*Organized Village of Kake, et al. v.*
*U.S. Forest Service, et al.*,
J04-0029 CV (JKS)

3