RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
LORI CARAMANIAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Facsimile:  (303) 844-1350
e-mail: lori.caramanian@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. FOREST SERVICE, UNITED STATES DEPARTMENT OF AGRICULTURE, MARK REY, in his official capacity as Alaska Regional Forester; and FORREST COLE, Forest Supervisor for the Tongass National Forest, <br><br> Defendant. | Civ. No. 1:04-cv-00029-JKS <br><br> **MOTION FOR STAY OF BRIEFING** |

1  Defendants hereby move the Court for a stay of briefing of the question of attorneys' fees
2  in this case. This motion is filed out of time. The parties have discussed settlement of fees, and
3  have agreed that a 60 stay of proceedings is appropriate to explore settlement. Defendants'
4  response to the fees motion would have been due June 16. Due to a calendaring error,
5  Defendants overlooked filing the motion for stay prior to that date. Defendants apologize for
6  the oversight. Plaintiffs do not object to this motion. Defendants therefore request that the Court
7  stay proceedings until August 19, 2008.
8  Dated: June 19, 2008.

        RONALD J. TENPAS
        Assistant Attorney General

          s/ Lori Caramanian
        LORI CARAMANIAN
        Environment & Natural Resources Division
        U.S. Department of Justice
        1961 Stout Street, 8th Floor
        Denver, Colorado   80294
        Telephone: (303) 844-1499
        Fax: (303) 844-1350
        lori.caramanian@usdoj.gov

        ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008, a copy of MOTION FOR STAY OF BRIEFING was electronically via the CM/ECF system by the United States District Court, District of Alaska to the following parties:

Thomas S. Waldo
Email: twaldo@earthjustice.org

Steven W. Silver
Email: ssilver628@aol.com

Amy Gurton Mead
Email: agmead@romea.com

                                                s/Lori Caramanian