1

2

3

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

4

5

6

7

ORGANIZED VILLAGE OF KAKE, SOUTHEAST
ALASKA CONSERVATION COUNCIL, NATURAL
RESOURCES DEFENSE COUNCIL, SIERRA
CLUB, THE WILDERNESS SOCIETY, and CENTER
FOR BIOLOGICAL DIVERSITY,

Civ. No. 1:04-cv-00029-JKS

[PROPOSED] ORDER

8

9

           Plaintiff,

      v.

10

11

12

U.S. FOREST SERVICE, UNITED STATES
DEPARTMENT OF AGRICULTURE, MARK REY,
in his official capacity as Alaska Regional Forester;
and FORREST COLE, Forest Supervisor for the
Tongass National Forest,

13

           Defendant.

14

15

16

17

18

19

      For good cause shown, the motion to stay proceedings so that the parties may explore a

negotiated settlement of fees is GRANTED.  The case is stayed until August 19, 2008, at which

time Defendants will file their response to Plaintiffs' fees motion or the parties shall submit a

status report or settlement agreement to the Court.

20

Dated: _____

21

22

                  _____
THE HONORABLE JAMES K. SINGLETON

23

24

25

26

27

28