IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>　　　　　Defendants. | Case No. 1:04-cv-00029 (JKS)<br><br><br>O R D E R |

　　　For good cause shown, the motion at Docket No. 132 to stay proceedings so that the parties may explore a negotiated settlement of fees is GRANTED. The case is stayed until August 19, 2008, at which time Defendants will file their response to Plaintiffs' fees motion or the parties shall submit a status report or settlement agreement to the Court.

　　　Dated this the 20th day of June 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge