RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
LORI CARAMANIAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1499
Facsimile:  (303) 844-1350
e-mail: lori.caramanian@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOREST SERVICE, UNITED STATES DEPARTMENT OF AGRICULTURE, MARK REY, in his official capacity as Alaska Regional Forester; and FORREST COLE, Forest Supervisor for the Tongass National Forest,<br><br>Defendant. | Civ. No. 1:04-cv-00029-JKS<br><br>**DEFENDANTS' SECOND UNOPPOSED MOTION TO STAY** |

In its June 20, 2008, Order (Dkt No 133), the Court granted Defendants' motion to stay proceedings until August 19, 2008 (Dkt No 132). Defendants hereby move the Court for a second stay of the proceedings. The parties are continuing to negotiate and need an additional six weeks for further discussions. Defendants respectfully request that the filing deadline be rescheduled to September 30, 2008. Plaintiffs do not object to this motion.

Dated: August 14, 2008.

>    RONALD J. TENPAS
>    Assistant Attorney General
>
>    s/ Lori Caramanian
>    LORI CARAMANIAN
>    Environment & Natural Resources Division
>    U.S. Department of Justice
>    1961 Stout Street, 8th Floor
>    Denver, Colorado   80294
>    Telephone: (303) 844-1499
>    Fax: (303) 844-1350
>    lori.caramanian@usdoj.gov
>
>    ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2008, a copy of DEFENDANTS' SECOND UNOPPOSED MOTION TO STAY was electronically served via the CM/ECF system by the United States District Court, District of Alaska to the following parties:

Thomas S. Waldo
Email: twaldo@earthjustice.org

Steven W. Silver
Email: ssilver628@aol.com

Amy Gurton Mead
Email: agmead@romea.com


        s/Lori Caramanian