UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br> v. <br><br> U.S. FOREST SERVICE, UNITED STATES DEPARTMENT OF AGRICULTURE, MARK REY, in his official capacity as Alaska Regional Forester; and FORREST COLE, Forest Supervisor for the Tongass National Forest, <br><br> Defendant. | Civ. No. 1:04-cv-00029-JKS <br><br> [PROPOSED] ORDER |

For good cause shown, Defendants' second motion to stay proceedings so that the parties may continue negotiations for a settlement of fees is GRANTED. The case is stayed until September 30, 2008, at which time Defendants will file their response to Plaintiffs' fees motion or the parties shall submit a status report or settlement agreement to the Court.

Dated: _____

_____
THE HONORABLE JAMES K. SINGLETON